UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES C. KISTNER,

                    Plaintiff,

        vs.                                        Civil No.:  18-CV-00402

LAUREN McDERMOTT
JENNY VELEZ
KARL SCHULTZ, and
KYLE MORIARITY, *et al.*,

                    Defendants.
_____

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS McDERMOTT, VELEZ, SCHULTZ, AND MORIARITY

**NATURE OF ACTION**:          Violation of Civil Rights.

**MOVING PARTY**:             Plaintiff, James C. Kistner.

**DATE AND TIME**:           To be determined by the Court.

**PLACE**:                      Hon. Jeremiah J. McCarthy
                                    Robert H. Jackson United States Courthouse
                                    2 Niagara Square
                                    Buffalo, New York 14202

**SUPPORTING PAPERS**:      Declaration of R. Antony Rupp III, Esq., sworn to on April 28, 2021, with exhibits; Declaration of Dr. Jennifer L. Yaek, PhD, P.E., sworn to on April 27, 2021, with exhibits; Local Rule 56 Statement of Material Facts, dated April 28, 2021; and accompanying memorandum of law.

**ANSWERING PAPERS**:       Pursuant to Local Rule 7(b), unless the Court issues an order otherwise.

**REPLY PAPERS**:              Plaintiff intends to submit reply papers.

**RELIEF REQUESTED**:   Pursuant to Rule 56, Plaintiff seeks an order granting summary judgment on his claims for false arrest, false imprisonment, and malicious prosecution, under Federal and New York State law, in addition to an order dismissing the defense of qualified immunity for Defendants McDermott, Velez, Schultz, and Moriarity.

**GROUNDS FOR RELIEF**:  Federal Rule of Civil Procedure 56, case law, and other authorities cited in the attached memorandum of law.

**ORAL ARGUMENT**:   Requested.


Dated: April 28, 2021
    Buffalo, New York


         **RUPP BAASE PFALZGRAF CUNNINGHAM** LLC
         Attorneys for Plaintiff


         By:  *s/R. Anthony Rupp III*
            R. Anthony Rupp III
            Jill L. Yonkers
            Chad A. Davenport
         1600 Liberty Building, 424 Main Street
         Buffalo, New York  14202
         (716) 854-3400


**TO:** **CITY OF BUFFALO**
   Corporation Counsel
   Attorneys for Defendants
   Maeve E. Huggins, Esq.
   65 Niagara Square, 11th Floor
   Buffalo, New York 14202
   (716) 851-4317