UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES C. KISTNER,

           Plaintiff,

  vs.                                     Civil No.: 18-CV-00402

LAUREN McDERMOTT
JENNY VELEZ
KARL SCHULTZ, and
KYLE MORIARITY, *et al.*,

           Defendants.
_____

## NOTICE OF MANUAL FILING

Please take notice that, pursuant to Western District of New York's Administrative Procedures Guide for Electronic Filing, Section 2(D)(vii), as part of Plaintiff's motion for partial summary judgment against Defendants McDermott, Velez, Schultz, and Moriarity, we are filing conventionally with the Court a flashdrive containing Exhibits C, D, and E to the Affidavit of Dr. Jennifer L. Yaek, in addition to all documents listed on Appendix A of Dr. Yaek's expert report, which has been attached as Exhibit B to the Yaek Affidavit.

Dated:  April 28, 2021
         Buffalo, New York

                                      **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                      Attorneys for Plaintiff

                                  By:    *s/R. Anthony Rupp III*
                                          R. Anthony Rupp III
                                          Jill L. Yonkers
                                          Chad A. Davenport
                             1600 Liberty Building, 424 Main Street
                                 Buffalo, New York  14202
                                 (716) 854-3400

**TO:** **CITY OF BUFFALO**
Corporation Counsel
Attorneys for Defendants
Maeve E. Huggins, Esq.
65 Niagara Square, 11th Floor
Buffalo, New York 14202
(716) 851-4317