UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMES C. KISNTER,** | **NOTICE OF MOTION** |
| | **TO DISMISS AND FOR** |
| **Plaintiff,** | **SUMMARY JUDGMENT** |
| | |
| v. | Case No. 18-cv-00402 |
| | |
| **THE CITY OF BUFFALO,** *et al.* | |
| | |
| **Defendants.** | |

| | |
|---|---|
| **MOTION MADE BY:** | Defendants, CITY OF BUFFALO, BYRON LOCKWOOD (incorrectly sued here as "BRYON LOCKWOOD"), DANIEL DERENDA, LAUREN MCDERMOTT, JENNY VELEZ, KARL SCHULTZ, KYLE MORIARITY (incorrectly sued here as "KYLE MORIARTY"), DAVID T. SANTANA, ANTHONY MCHUGH, and JOHN DOE(S) (hereinafter "Defendants"). |
| **DATE, TIME AND PLACE OF HEARING** | On a date to be set by the Court at the United States District Court for the Western District of New York. |
| **RELIEF SOUGHT**: | Dismissal of Plaintiff's complaint pursuant to Fed.R.Civ.P. 12(c) for judgment on the pleadings and/or Fed.R.Civ.P. 56 for summary judgment, costs, and such other relief as deemed proper. |

1

| | |
|---|---|
| **SUPPORTING PAPERS:** | Statement of Undisputed Material Facts, Declaration of Maeve E. Huggins, Esq., Assistant Corporation Counsel, *of Counsel* to Timothy A. Ball, Esq., Corporation Counsel for the City of Buffalo, dated April 30, 2021, together with the accompanying Memorandum of Law and Exhibits, and all the pleadings and proceedings before had herein. |
| **ANSWERING PAPERS:** | Any answering papers must be served in accordance with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and any briefing schedule set by the Court. The Defendants request the opportunity to submit reply papers. |

Dated:	April 30, 2021
	Buffalo, New York

TIMOTHY A. BALL, ESQ.
Corporation Counsel
*Attorney for the Defendants*

*/s/ Maeve E. Huggins*
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202
Tel.: (716) 851-4317
Fax.: (716) 851-4105
mhuggins@city-buffalo.com

TO:	Jill L. Yonkers, Esq.
	R. Anthony Rupp III, Esq.
	Chad A. Davenport, Esq.
	Rupp Baase Pfalzgraf Cunningham LLC
	1600 Liberty Building
	Buffalo, New York 14202

2