

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# D

JAMES C. KISTNER


STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

------------------------------------------
IN THE MATTER OF THE CLAIM
                    OF
JAMES KISTNER,

                    Claimant,

            - against -

THE CITY OF BUFFALO,

                    Respondent.
------------------------------------------


        Examination under oath of **JAMES C. KISTNER**,

Claimant, taken pursuant to Section 50-h of the

General Municipal Law, in the Office of Buffalo

Corporation Counsel, 1137 City Hall, Buffalo,

New York, on June 27, 2017, commencing at

11:08 a.m., before ANNE T. BARONE, RPR, Notary

Public.

2

```
 1  APPEARANCES:      JAMES M. OSTROWSKI, ESQ.,
                      63 Newport Avenue,
 2                    Buffalo, New York  14216,
                      (716) 435-8918,
 3                    jameso@apollo3.com,
                      Appearing for the Claimant.
 4
                      TIMOTHY A. BALL, ESQ.,
 5                    Corporation Counsel,
                      By MAEVE E. HUGGINS, ESQ.,
 6                    Assistant Corporation Counsel,
                      1137 City Hall,
 7                    Buffalo, New York  14202,
                      (716) 851-4334,
 8                    mhuggins@city-buffalo.com,
                      Appearing for the Respondent,
 9                    The City of Buffalo.

10  PRESENT:          EARL KISTNER

11
```

11:08:26 12   J A M E S   C.   K I S T N E R, 33 Schmarbeck,

11:08:42 13   Buffalo, New York  14212, after being duly called

11:08:42 14   and sworn, testified as follows:

11:08:48 15

11:08:48 16          EXAMINATION BY MS. HUGGINS:

11:08:48 17

11:08:50 18          Q.   Nice to see you again.  We met off the

11:08:51 19   record last week.  My name is Maeve Huggins.  I'm

11:08:54 20   an attorney for the City of Buffalo.

11:08:56 21          We're here today to discuss a notice of

11:08:58 22   claim that you filed regarding an incident

11:09:00 23   involving the Buffalo Police Department that you

*J. Kistner - Huggins - 6/27/17*

3

| | | |
|---|---|---|
| 11:09:02 | 1 | allege caused physical injuries to you. |
| 11:09:05 | 2 | What -- do you recall the date that that |
| 11:09:07 | 3 | incident occurred on? |
| 11:09:09 | 4 | A.    January 1st. |
| 11:09:12 | 5 | Q.    I'm going to ask you some questions |
| 11:09:14 | 6 | about your background, as well as regarding that |
| 11:09:15 | 7 | incident. |
| 11:09:16 | 8 | Have you ever testified before? |
| 11:09:20 | 9 | A.    In a civil case? |
| 11:09:21 | 10 | Q.    Any type of sworn testimony. |
| 11:09:23 | 11 | A.    Yeah. |
| 11:09:24 | 12 | Q.    In what context? |
| 11:09:26 | 13 | A.    Criminal trial. |
| 11:09:30 | 14 | Q.    Have you ever given deposition |
| 11:09:32 | 15 | testimony before? |
| 11:09:33 | 16 | A.    No. |
| 11:09:34 | 17 | Q.    It's going to be similar, but let me |
| 11:09:37 | 18 | just remind you of the ground rules. |
| 11:09:39 | 19 | We have a court reporter here who's taking |
| 11:09:41 | 20 | down everything that's being said.  She can only |
| 11:09:43 | 21 | take down verbal answers.  No head nods, shoulder |
| 11:09:46 | 22 | shrugs.  So I'm going to ask that your responses to |
| 11:09:49 | 23 | my questions be verbal. |

*J. Kistner - Huggins - 6/27/17*

4

| | | |
|---|---|---|
| 11:09:50 | 1 | If I ask you a question and you begin to |
| 11:09:54 | 2 | answer, I'm going to assume that you understood my |
| 11:09:56 | 3 | question.  If you don't, just let me know and I'll |
| 11:09:59 | 4 | rephrase my question. |
| 11:10:01 | 5 | **A.**    Okay. |
| 11:10:02 | 6 | **Q.**    If at any point you need a break, let |
| 11:10:03 | 7 | me know.  If I've just posed a question, I'm going |
| 11:10:06 | 8 | to ask that you answer the question before we take |
| 11:10:08 | 9 | that break. |
| 11:10:13 | 10 | The court reporter can't take down when two |
| 11:10:16 | 11 | people are speaking over each other, so I'm just |
| 11:10:18 | 12 | going to ask that you give me the courtesy of |
| 11:10:20 | 13 | allowing me to finish my question before you |
| 11:10:22 | 14 | answer, and I'll extend the same courtesy to you. |
| 11:10:25 | 15 | I think that's it for ground rules.  Do you |
| 11:10:30 | 16 | understand and ready to proceed? |
| 11:10:32 | 17 | **A.**    Yes. |
| 11:10:33 | 18 | **Q.**    Before coming in here to testify today, |
| 11:10:36 | 19 | have you taken any drugs or alcohol that would |
| 11:10:40 | 20 | inhibit your ability to give truthful testimony |
| 11:10:42 | 21 | within the last 24 hours? |
| 11:10:44 | 22 | **A.**    No. |
| 11:10:45 | 23 | **Q.**    Did you skip taking any medication |

*J. Kistner - Huggins - 6/27/17*

5

11:10:47  1   that you should have been taking within those last

11:10:49  2   24 hours?

11:10:49  3        A.   No.

11:10:54  4        Q.   In preparation for your testimony

11:10:56  5   today, did you review any documentation?

11:10:59  6   Photographs?  Video?

11:11:02  7        A.   Within the last 24 hours, no.

11:11:05  8        Q.   Did you do any of that in preparation

11:11:07  9   last week when we had originally scheduled this?

11:11:10  10       A.   No.

11:11:11  11       Q.   Did you look at anything at all knowing

11:11:17  12  that you were going to give testimony today

11:11:20  13  regarding this incident?

11:11:24  14       A.   The best way to answer that is I

11:11:27  15  haven't reviewed the video of what happened -- I

11:11:29  16  haven't reviewed the video in probably a month.

11:11:33  17       Q.   Okay.  And I should say on the record,

11:11:38  18  last week, when we originally had scheduled this

11:11:40  19  50-h, your attorney provided me a disc that

11:11:43  20  contained four separate video files.  It's my

11:11:47  21  understanding that's what your attorney is in

11:11:49  22  possession of.

11:11:50  23       I'm going to ask -- because it's also my

*J. Kistner - Huggins - 6/27/17*

6

11:11:54  1   understanding from prior testimony that video was

11:11:58  2   recorded, I'm just going to ask that that video be

11:12:03  3   preserved and that I have an opportunity to inspect

11:12:07  4   the complete video, if anything else exists other

11:12:11  5   than the four video files that I was already given.

11:12:14  6        A.    Okay.

11:12:15  7        Q.    And I'll make that request through your

11:12:17  8   attorney.

11:12:17  9        Aside from conversations with your attorney --

11:12:20  10  those, I don't want to know about -- have you

11:12:22  11  discussed this incident with anyone else?

11:12:28  12       A.    Friends and family, yes.

11:12:30  13       Q.    What friends and family?

11:12:34  14       A.    My sisters.

11:12:36  15       Q.    What are their names?

11:12:38  16       A.    Gwen Cassidy, Gail Malone.  I'm going

11:12:57  17  to call him Mr. Gary.  I don't know Gary's first

11:13:00  18  name, but he was the one that recovered the video

11:13:03  19  from the DVR.  He's an IT guy.

11:13:08  20       Q.    Does he work for you?

11:13:09  21       A.    He -- in this instance, yes.  We gave

11:13:14  22  him $150 to take the DVR and put it to disc because

11:13:17  23  we didn't know how to do it.

*J. Kistner - Huggins - 6/27/17*

7

| | | |
|---|---|---|
| 11:13:19 | 1 | Q.   What type of system was this video |
| 11:13:21 | 2 | recorded on? |
| 11:13:22 | 3 | A.   A Swann. |
| 11:13:26 | 4 | Q.   And forgive me.  I don't know what that |
| 11:13:29 | 5 | is.  What is it? |
| 11:13:29 | 6 | A.   It's a Swann DVR with eight cameras. |
| 11:13:35 | 7 | Q.   What location is that video system on? |
| 11:13:38 | 8 | A.   It's at 37 Schmarbeck.  It covers |
| 11:13:44 | 9 | 41 Schmarbeck and 33 Schmarbeck. |
| 11:13:52 | 10 | Q.   Are those eight cameras -- |
| 11:13:55 | 11 | A.   They're spread out all over those |
| 11:13:57 | 12 | buildings. |
| 11:13:57 | 13 | Q.   So it covers those three addresses? |
| 11:14:00 | 14 | A.   Yeah.  Well, actually, it covers 24 as |
| 11:14:04 | 15 | well. |
| 11:14:04 | 16 | Q.   Do you own and control that system? |
| 11:14:08 | 17 | A.   Rachel Glurich owns the system. |
| 11:14:18 | 18 | Q.   And who is Rachel to you? |
| 11:14:20 | 19 | A.   We have three children in common. |
| 11:14:23 | 20 | She's my next-door neighbor. |
| 11:14:27 | 21 | Q.   Are you currently in a relationship? |
| 11:14:31 | 22 | A.   Yes. |
| 11:14:32 | 23 | Q.   How long have you been together? |

*J. Kistner - Huggins - 6/27/17*

8

11:14:37  1    **A.**    12 years at least.   Maybe longer.   I'll

11:14:41  2    be in trouble if that's wrong.

11:14:50  3    **Q.**    So is Rachel the one that operates that

11:14:52  4    camera system?

11:14:58  5    **A.**    When you say operates, it kind of

11:15:00  6    operates itself.   You just turn it on.

11:15:02  7    **Q.**    Like hit a button and it goes?

11:15:04  8    **A.**    And then if something happens, then you

11:15:06  9    go to the machine and do the best you can to try to

11:15:10  10   say, okay, let me see what just happened down

11:15:13  11   there.

11:15:13  12   **Q.**    Does that system record over itself, or

11:15:15  13   does it preserve the video?

11:15:17  14   **A.**    Yeah, it records over -- it depends on

11:15:19  15   how you set it, but yeah, I'm pretty sure the way

11:15:23  16   we've been able to -- we're not expert IT people,

11:15:25  17   and the way it's been essentially set up is it

11:15:29  18   records over itself.

11:15:30  19   That's why we called Gary, this fellow, the

11:15:33  20   IT guy, and said, come over here and get the DVR

11:15:37  21   and make sure this gets preserved, because we're

11:15:40  22   afraid it's going to record over itself if we don't

11:15:42  23   do it quickly.

*J. Kistner - Huggins - 6/27/17*

9

11:15:44   1        Q.   Were you able to preserve everything
11:15:44   2   with regard to this incident, in terms of the
11:15:48   3   video?
11:15:48   4        A.   Gary asked us:  What do you want
11:15:50   5   preserved?  And I told him essentially what had
11:15:54   6   happened and said that's what we need.  We need
11:15:59   7   any -- any pictures or views that will reveal what
11:16:03   8   happened in the front of the house, that's what we
11:16:06   9   need preserved.
11:16:07  10        So he took what was on the DVR and he made
11:16:11  11   those files on that disc that you got the other
11:16:15  12   day.
11:16:15  13        Q.   The four separate files?
11:16:16  14        A.   Yeah.
11:16:18  15        Q.   And any other video from that day has
11:16:21  16   now since been deleted?
11:16:24  17        A.   What Gary did at Gary's house when he
11:16:27  18   got the DVR and he put it into his computer and
11:16:29  19   transferred files, I have no clue if there's still
11:16:32  20   more stuff there.
11:16:36  21        I thought it important that we get the views
11:16:38  22   from the front of the house, so that's essentially
11:16:40  23   what -- what's on the four files.

*J. Kistner - Huggins - 6/27/17*

| | | |
|---|---|---|
| 11:16:44 | 1 | Q.   Did everything with regard to this |
| 11:16:46 | 2 | incident occur in the front of the house? |
| 11:16:53 | 3 | A.   Yeah.  On the street in the front of |
| 11:16:57 | 4 | the buildings, yeah.  There wasn't anything going |
| 11:16:59 | 5 | on in the house, behind the house. |
| 11:17:00 | 6 | Q.   Did you ever discuss this incident with |
| 11:17:02 | 7 | Rachel? |
| 11:17:05 | 8 | A.   Yeah.  Yeah. |
| 11:17:08 | 9 | Q.   Did you ever discuss with anyone that |
| 11:17:11 | 10 | you were going to come in and give testimony today |
| 11:17:12 | 11 | with regard to this incident, aside from your |
| 11:17:16 | 12 | attorney, of course? |
| 11:17:18 | 13 | A.   Yeah.  Several people knew.  Rachel |
| 11:17:21 | 14 | knows.  My sisters know.  My son Earl knows.  My -- |
| 11:17:25 | 15 | two of my daughters know. |
| 11:17:27 | 16 | Q.   And I guess we should put for the |
| 11:17:29 | 17 | record -- indicate that your son, Earl Kistner, |
| 11:17:32 | 18 | is also present for this 50-h. |
| 11:17:35 | 19 | A.   Yeah. |
| 11:17:36 | 20 | Q.   Okay.  How old are you? |
| 11:17:37 | 21 | A.   57. |
| 11:17:38 | 22 | Q.   What is your date of birth? |
| 11:17:39 | 23 | A.   ███ 60. |

*J. Kistner - Huggins - 6/27/17*

11

| | | | |
|---|---|---|---|
| 11:17:42 | 1 | Q. | Where were you born? |
| 11:17:44 | 2 | A. | Cincinnati, Ohio, Jewish Hospital. |
| 11:17:49 | 3 | Q. | Where were you raised? |
| 11:17:51 | 4 | A. | Large part in Cincinnati as a child. |
| 11:17:55 | 5 | Q. | When did you come to the City of |

11:17:59    6  Buffalo?

11:17:59    7       A.    I got here in '90.  I think it was '90.

11:18:03    8       Q.    What brought you here?

11:18:04    9       A.    I had a sister that lived here.

11:18:13   10       Q.    What is your Social Security number?

11:18:14   11       A.    ▮▮▮▮5112.

11:18:21   12       Q.    Have you ever used any other Social

11:18:23   13  Security number?

11:18:23   14       A.    No.

11:18:27   15       Q.    What was your approximate height and

11:18:28   16  weight on January 1st, 2017?

11:18:32   17       A.    I'm going to say five ten and 210

11:18:37   18  pounds.

11:18:39   19       Q.    Are you right- or left-handed?

11:18:41   20       A.    Right-handed primarily.

11:18:42   21       Q.    Do you wear contacts or glasses?

11:18:47   22       A.    I haven't traditionally, but as I get

11:18:49   23  older, I think I might need them.  But no, I don't.

*J. Kistner - Huggins - 6/27/17*

12

| | | |
|---|---|---|
| 11:18:52 | 1 | Q. Do you have any hearing problems? |
| 11:18:55 | 2 | A. Sometimes. A lot of background noise. |
| 11:19:01 | 3 | Q. Have you ever been diagnosed with |
| 11:19:03 | 4 | anything with regard to those hearing problems? |
| 11:19:05 | 5 | A. No. |
| 11:19:06 | 6 | Q. Ever seen a doctor specifically for |
| 11:19:08 | 7 | those problems? |
| 11:19:11 | 8 | A. Not that I remember, no. |
| 11:19:14 | 9 | Q. What is your middle name? |
| 11:19:15 | 10 | A. Charles. |
| 11:19:18 | 11 | Q. Have you ever been known by any other |
| 11:19:21 | 12 | name other than James Kistner? |
| 11:19:23 | 13 | A. No. |
| 11:19:23 | 14 | Q. Do you have any nicknames? |
| 11:19:25 | 15 | A. No. |
| 11:19:27 | 16 | Q. Are you married? |
| 11:19:29 | 17 | A. No. |
| 11:19:29 | 18 | Q. Have you ever been married? |
| 11:19:31 | 19 | A. Yes. Once. |
| 11:19:33 | 20 | Q. Who was -- who were you married to? |
| 11:19:35 | 21 | A. Danielle Bradley. |
| 11:19:40 | 22 | Q. When did you get divorced? |
| 11:19:46 | 23 | A. I want to say 2000. |

*J. Kistner - Huggins - 6/27/17*

13

| | | |
|---|---|---|
| 11:19:50 | 1 | **Q.**   Do you have any children? |
| 11:19:50 | 2 | **A.**   Seven. |
| 11:19:54 | 3 | **Q.**   Now I'm going to test you.  What are |
| 11:19:55 | 4 | their names and ages? |
| 11:19:59 | 5 | **A.**   Okay.  I'll do this chronologically, |
| 11:20:01 | 6 | and I bet I don't get any birth dates right. |
| 11:20:05 | 7 | Laurel Kistner, she's 25.  Joelle Kistner, |
| 11:20:14 | 8 | she's 22.  Kendall Barber, she's 22 also.  Earl |
| 11:20:28 | 9 | Kistner, he's 21.  And then E█████ and F█████ |
| 11:20:36 | 10 | K█████, they're twins.  They're two and a half. |
| 11:20:43 | 11 | And C█████ K█████, he's three and a half. |
| 11:20:51 | 12 | **Q.**   Do any of these children reside with |
| 11:20:53 | 13 | you? |
| 11:20:53 | 14 | **A.**   They live with their mom next door. |
| 11:20:55 | 15 | **Q.**   That would be E█████, F█████, and |
| 11:20:59 | 16 | C█████? |
| 11:20:59 | 17 | **A.**   Yeah.  But I'm there every day.  We |
| 11:21:02 | 18 | have an empty lot between our two houses, so |
| 11:21:05 | 19 | there's a place to be. |
| 11:21:14 | 20 | **Q.**   You listed 33 Schmarbeck as your |
| 11:21:17 | 21 | residence.  How long have you lived there? |
| 11:21:24 | 22 | **A.**   Four years, five years. |
| 11:21:28 | 23 | **Q.**   What type of residence is that? |

11:21:32  1          A.    It's a typical Buffalo, 30-foot wide,

11:21:37  2    90-foot deep lot with a house on it.  It's in

11:21:42  3    Polonia.

11:21:42  4          Q.    Is it a single- or multi-family unit?

11:21:44  5          A.    It's a single, but we always have more

11:21:47  6    than me living there.

11:21:53  7          Q.    Do you rent or own that location?

11:21:54  8          A.    I own 33.

11:21:58  9          Q.    Does anyone live there with you

11:22:00  10   currently?

11:22:01  11         A.    Bobby Gleen rents the second floor

11:22:06  12   and --

11:22:07  13         Q.    I'm sorry to interrupt.  Is that second

11:22:10  14   floor like a separate unit or just --

11:22:11  15         A.    Yeah, it's a separate place.

11:22:13  16         Q.    So is there more than one unit within

11:22:15  17   33?

11:22:15  18         A.    Yeah.  And then the Hammers live in the

11:22:24  19   front off the first floor.

11:22:25  20         Q.    Hammers, like the tool?

11:22:27  21         A.    Eugene and Mary.  Eugene and Mary were

11:22:32  22   not there on January 1st.  They weren't tenants.

11:22:36  23   And they're supposed to be moving this afternoon,

*J. Kistner - Huggins - 6/27/17*

15

11:22:39  1  so I don't know.

11:22:40  2       Q.   What about Bobby?   Was he a tenant at

11:22:42  3  the time this happened?

11:22:43  4       A.   Bobby's been there five years, I think.

11:22:47  5  And Bobby's car was not there.   Usually when

11:22:51  6  Bobby's car is there, Bobby's upstairs.   But his

11:22:53  7  car wasn't there that day on the 1st, so I don't

11:22:56  8  think Bobby was home that day.

11:22:57  9       Q.   Ever talk to Bobby or Eugene and Mary

11:22:59  10 about what happened on the 1st?

11:23:02  11      A.   I haven't talked to Eugene and Mary

11:23:04  12 about it at all.   I don't know if I've talked to

11:23:10  13 Bobby about it or not.

11:23:12  14      I know the downstairs tenant that was there

11:23:14  15 on the 1st of January, Mike Wolfe, I told Bobby

11:23:21  16 Mike Wolfe moved and told him under the

11:23:25  17 circumstances, but I don't think I really got

11:23:27  18 into the minutia of it.

11:23:29  19      Q.   In your actual unit, does anyone reside

11:23:33  20 in that unit with you?

11:23:34  21      A.   No.

11:23:37  22      Q.   Do you receive rent from Bobby, Eugene,

11:23:41  23 and Mary for these units?

*J. Kistner - Huggins - 6/27/17*

16

| | | |
|---|---|---|
| 11:23:44 | 1 | A.    Yeah. |
| 11:23:47 | 2 | Q.    On January 1st, 2017, did anyone reside |
| 11:23:50 | 3 | in that unit with you? |
| 11:23:52 | 4 | A.    No. |
| 11:23:53 | 5 | Q.    And when I say, that unit, I mean the |
| 11:23:55 | 6 | one that you live in. |
| 11:23:56 | 7 | A.    Yeah.   No. |
| 11:24:01 | 8 | Q.    Are you currently employed? |
| 11:24:03 | 9 | A.    No. |
| 11:24:04 | 10 | Q.    What do you do for income? |
| 11:24:13 | 11 | A.    You mean how do I get by? |
| 11:24:17 | 12 | Q.    How do you support yourself? |
| 11:24:20 | 13 | A.    I collect rents, and I pay expenses |
| 11:24:24 | 14 | with those rents, and what meager is left over, |
| 11:24:29 | 15 | I try to keep me off of food stamps. |
| 11:24:32 | 16 | Q.    What -- you listed a bunch of addresses |
| 11:24:34 | 17 | at Schmarbeck -- on Schmarbeck.  Which ones do you |
| 11:24:38 | 18 | own? |
| 11:24:38 | 19 | A.    I own 24, I own 29, and I own 33. |
| 11:24:46 | 20 | Q.    Do you correct -- collect rent income |
| 11:24:49 | 21 | from all three of those locations? |
| 11:24:51 | 22 | A.    No.  24 is empty, 29 is an empty lot, |
| 11:24:55 | 23 | and 33 is mine. |

*J. Kistner - Huggins - 6/27/17*

17

| | | |
|---|---|---|
| 11:25:07 | 1 | Do I collect rent elsewhere?  Yes.  I |
| 11:25:10 | 2 | collect off of one second floor unit that Rachel |
| 11:25:15 | 3 | Glurich owns at 41. |
| 11:25:27 | 4 | From those rents, which could potentially be |
| 11:25:30 | 5 | three if they're full, I pay everything on all six |
| 11:25:35 | 6 | properties.  All property taxes, city and county; |
| 11:25:40 | 7 | all water; all sewage rental; all garbage fees; all |
| 11:25:45 | 8 | gas on all units; all electric on all units. |
| 11:25:48 | 9 | And our primary tenants are referrals from |
| 11:25:54 | 10 | mental health agencies.  Restoration Society here |
| 11:25:58 | 11 | in Buffalo sends us a lot of tenants.  It's like |
| 11:26:03 | 12 | you pay one bill and we take care -- |
| 11:26:05 | 13 | MR. OSTROWSKI:  Wait for a question. |
| 11:26:07 | 14 | THE WITNESS:  -- of the rest. |
| 11:26:10 | 15 | Does that answer the question? |
| 11:26:11 | 16 | MR. OSTROWSKI:  I said wait for a question. |
| 11:26:13 | 17 | THE WITNESS:  I'm sorry.  I'm sorry. |
| 11:26:14 | 18 | BY MS. HUGGINS: |
| 11:26:15 | 19 | Q.   No.  That's okay. |
| 11:26:16 | 20 | What's your highest level of education? |
| 11:26:18 | 21 | A.   I have a master's degree in urban |
| 11:26:22 | 22 | planning from UB.  Graduated in 2011. |
| 11:26:29 | 23 | Q.   Any other degrees besides that urban |

*J. Kistner - Huggins - 6/27/17*

18

| | | |
|---|---|---|
| 11:26:33 | 1 | planning master's? |
| 11:26:34 | 2 | A.   I've got a BA from UB in sociology and |
| 11:26:40 | 3 | history.  A dual major. |
| 11:26:41 | 4 | Q.   When did you receive that degree? |
| 11:26:45 | 5 | A.   I want to say '08. |
| 11:26:47 | 6 | And an associate's of arts from Niagara |
| 11:26:51 | 7 | County Community College, and I want to say that |
| 11:26:56 | 8 | was '04, '03. |
| 11:26:57 | 9 | I got them in a row.  I was in school for |
| 11:26:59 | 10 | nine years. |
| 11:27:00 | 11 | Q.   Did you graduate from high school out |
| 11:27:01 | 12 | in Cincinnati? |
| 11:27:03 | 13 | A.   No.  I got a GED in 1978 in Ohio.  I |
| 11:27:08 | 14 | didn't go to high school. |
| 11:27:11 | 15 | Q.   Any other training or educational |
| 11:27:14 | 16 | programs aside from the two degrees from UB and the |
| 11:27:17 | 17 | associate's from Niagara Community? |
| 11:27:19 | 18 | A.   I went to the American Institute for |
| 11:27:22 | 19 | Paralegal Studies in Cincinnati, Ohio, in 1978, |
| 11:27:27 | 20 | after I got my GED. |
| 11:27:32 | 21 | Q.   Do you have a driver's license? |
| 11:27:33 | 22 | A.   No.  I've never had a driver's license. |
| 11:27:35 | 23 | I've never driven. |

*J. Kistner - Huggins - 6/27/17*

19

| | | |
|---|---|---|
| 11:27:47 | 1 | Q.   I may have asked this before, so I |
| 11:27:49 | 2 | apologize if I have.  On January 1st, 2017, were |
| 11:27:52 | 3 | you employed aside from the work you do renting out |
| 11:27:55 | 4 | these apartments? |
| 11:27:56 | 5 | A.   No. |
| 11:28:07 | 6 | Q.   Do you collect any unemployment or |
| 11:28:10 | 7 | public assistance? |
| 11:28:11 | 8 | A.   Not currently. |
| 11:28:14 | 9 | Q.   Were you collecting any on January 1st, |
| 11:28:16 | 10 | 2017? |
| 11:28:17 | 11 | A.   No. |
| 11:28:25 | 12 | Q.   Do you have any criminal convictions? |
| 11:28:30 | 13 | A.   No crimes of moral turpitude. |
| 11:28:33 | 14 | Q.   Do you have any other criminal |
| 11:28:34 | 15 | convictions aside from crimes of moral turpitude? |
| 11:28:39 | 16 | MR. OSTROWSKI:  Misdemeanor or felony is a |
| 11:28:42 | 17 | crime. |
| 11:28:42 | 18 | THE WITNESS:  Yes. |
| 11:28:43 | 19 | BY MS. HUGGINS: |
| 11:28:44 | 20 | Q.   What are your criminal convictions? |
| 11:28:48 | 21 | MR. OSTROWSKI:  Can I -- can we have a |
| 11:28:52 | 22 | time frame here?  Because I want to go by the rules |
| 11:28:54 | 23 | of evidence.  I think it's ten years. |

*J. Kistner - Huggins - 6/27/17*

20

11:28:56 1        **MS. HUGGINS:**  Do you want to do ten?  Does

11:28:59 2  he have -- do you have criminal convictions?

11:29:00 3        **MR. OSTROWSKI:**  I mean, I'm just trying to

11:29:02 4  keep it relevant.

11:29:04 5        **THE WITNESS:**  Do I have any felony

11:29:06 6  conviction within the last decade?  No.

11:29:08 7        **BY MS. HUGGINS:**

11:29:08 8        Q.   Do you have any misdemeanor convictions

11:29:09 9  within the last decade?

11:29:11 10        A.   I don't think so, no.

11:29:14 11        Q.   Could you have any that you don't

11:29:16 12  remember?

11:29:19 13        A.   I think if I had them, I'd remember.

11:29:24 14  The question is the ten-year frame.  I don't think

11:29:27 15  I have any in the last ten years.

11:29:29 16        **MR. OSTROWSKI:**  Do you want to talk to me

11:29:31 17  outside?

11:29:39 18        **THE WITNESS:**  I think that's it.

11:29:40 19        **MR. OSTROWSKI:**  Let's talk outside.

11:29:41 20        **THE WITNESS:**  All right.

11:30:27 21        (A recess was then taken.)

11:30:27 22        **MR. OSTROWSKI:**  He's going to clarify that

11:30:28 23  last answer.

*J. Kistner - Huggins - 6/27/17*

21

| | | |
|---|---|---|
| 11:30:30 | 1 | THE WITNESS: I'm hoping to reiterate what I |
| 11:30:33 | 2 | said earlier. No, I don't have any convictions in |
| 11:30:35 | 3 | the last ten years. |
| 11:30:36 | 4 | BY MS. HUGGINS: |
| 11:30:36 | 5 | Q. Okay. Have you been arrested by the |
| 11:30:37 | 6 | police in the last ten years? |
| 11:30:40 | 7 | A. Yes. January 1st. |
| 11:30:41 | 8 | Q. Aside from the incident on January 1st, |
| 11:30:44 | 9 | 2017, were you -- have you been arrested previous |
| 11:30:49 | 10 | to that? |
| 11:30:53 | 11 | MR. OSTROWSKI: In the last ten years? |
| 11:30:55 | 12 | MS. HUGGINS: I mean, really, Jim, he's put |
| 11:30:58 | 13 | it at issue by making a claim regarding unlawful |
| 11:31:01 | 14 | arrest and saying that he has emotional damages as |
| 11:31:03 | 15 | a result of it. |
| 11:31:06 | 16 | MR. OSTROWSKI: Could we just go off the |
| 11:31:07 | 17 | record? |
| 11:31:08 | 18 | MS. HUGGINS: Sure. |
| 11:32:09 | 19 | (Discussion off the record.) |
| 11:32:09 | 20 | BY MS. HUGGINS: |
| 11:32:11 | 21 | Q. Aside from January 1st, 2017, have you |
| 11:32:14 | 22 | ever been arrested previous to that? |
| 11:32:18 | 23 | A. In the last ten years, yes. Once. |

*J. Kistner - Huggins - 6/27/17*

22

| | | |
|---|---|---|
| 11:32:20 | 1 | Q.   When was that? |
| 11:32:23 | 2 | A.   I'm thinking it was 2005. |
| 11:32:28 | 3 | Q.   Do you recall what town or city that |
| 11:32:31 | 4 | took place in? |
| 11:32:33 | 5 | A.   City of Buffalo. |
| 11:32:33 | 6 | Q.   Were criminal charges pressed? |
| 11:32:39 | 7 | A.   I have to ask to qualify that or to -- |
| 11:32:42 | 8 | Q.   Did you ever have to go to court for |
| 11:32:44 | 9 | it? |
| 11:32:44 | 10 | A.   Yes. |
| 11:32:44 | 11 | Q.   Do you know what happened in court |
| 11:32:46 | 12 | regarding that arrest? |
| 11:32:48 | 13 | A.   The ultimate outcome of it was it was |
| 11:32:53 | 14 | reduced and an ACD was issued, and it went away on |
| 11:32:58 | 15 | the calendar, I guess. |
| 11:33:02 | 16 | Q.   What police department arrested you? |
| 11:33:03 | 17 | A.   City of Buffalo. |
| 11:33:07 | 18 | Q.   Without going into every detail about |
| 11:33:09 | 19 | what happened, briefly, can you tell me what led up |
| 11:33:11 | 20 | to those charges?  What type of arrest was it? |
| 11:33:16 | 21 | A.   Oh, it was an arrest at 33 Schmarbeck, |
| 11:33:22 | 22 | and it was a trespass. |
| 11:33:36 | 23 | Q.   Was it trespass on your own property? |

*J. Kistner - Huggins - 6/27/17*

23

| | | |
|---|---|---|
| 11:33:41 | 1 | A.   I can't answer that.  I don't know how |
| 11:33:42 | 2 | to answer that. |
| 11:33:44 | 3 | Q.   What caused the police to get involved? |
| 11:33:49 | 4 | A.   Oh, they were summoned there. |
| 11:33:51 | 5 | Q.   Do you know who called the police? |
| 11:33:55 | 6 | A.   Mr. Calderone is his name. |
| 11:33:58 | 7 | Q.   Was that a tenant of yours? |
| 11:34:00 | 8 | A.   No, he was not a tenant at 33 Schmarbeck. |
| 11:34:03 | 9 | He was dating my daughter at the time. |
| 11:34:07 | 10 | Q.   Did you have any sort of physical |
| 11:34:08 | 11 | altercation with him? |
| 11:34:09 | 12 | A.   I think he claimed one. |
| 11:34:17 | 13 | Q.   Any other arrests aside from this one |
| 11:34:20 | 14 | in 2005? |
| 11:34:21 | 15 | A.   Not in ten years, no. |
| 11:34:22 | 16 | Q.   Have you ever been issued a summons or |
| 11:34:24 | 17 | desk appearance ticket by the police department? |
| 11:34:26 | 18 | A.   On January 1st, the instant matter. |
| 11:34:31 | 19 | Q.   Were you given a desk appearance |
| 11:34:35 | 20 | ticket? |
| 11:34:35 | 21 | Do you know what it was exactly that you |
| 11:34:37 | 22 | were given? |
| 11:34:38 | 23 | A.   It was an appearance ticket, but I |

*J. Kistner - Huggins - 6/27/17*

24

| | | |
|---|---|---|
| 11:34:41 | 1 | wasn't released. |
| 11:34:44 | 2 | Q.   Do you have any prior bankruptcies? |
| 11:34:46 | 3 | A.   No.  I've never filed bankruptcy. |
| 11:34:49 | 4 | Q.   Any military service? |
| 11:34:51 | 5 | A.   None. |
| 11:34:53 | 6 | Q.   Do you recall what day of the week |
| 11:34:54 | 7 | January 1st, 2017 was? |
| 11:34:57 | 8 | A.   No. |
| 11:34:59 | 9 | Q.   Do you recall what time you woke up |
| 11:35:01 | 10 | that day? |
| 11:35:05 | 11 | A.   About 8 o'clock, 9 o'clock. |
| 11:35:06 | 12 | Q.   Where were you when you woke up that |
| 11:35:07 | 13 | day? |
| 11:35:08 | 14 | A.   33 Schmarbeck.  I was in the shop, |
| 11:35:12 | 15 | sleeping in a chair. |
| 11:35:17 | 16 | Q.   What time did this incident that we're |
| 11:35:19 | 17 | here to talk about today occur? |
| 11:35:20 | 18 | A.   It was about -- I'm going to say |
| 11:35:23 | 19 | between 10 o'clock in the morning and 11. |
| 11:35:25 | 20 | Q.   Did you consume any drugs or alcohol |
| 11:35:27 | 21 | within the 24 hours leading up to that -- |
| 11:35:30 | 22 | A.   No. |
| 11:35:31 | 23 | Q.   -- incident? |

*J. Kistner - Huggins - 6/27/17*

25

11:35:31 1          A.    No.

11:35:36 2          Q.    Did you have breakfast --

11:35:39 3          A.    Yeah.

11:35:39 4          Q.    -- on January 1st?

11:35:40 5          A.    Yeah.

11:35:41 6          Q.    Do you recall what you had for

11:35:42 7     breakfast?

11:35:43 8          A.    Some kind of eggs.  Just regular fare.

11:35:46 9     Eggs and bacon or something.

11:35:49 10         Q.    Did you skip taking any medication that

11:35:51 11    you should have been taking on that day?

11:35:53 12         A.    No.  I don't take any medication at

11:36:00 13    all.

11:36:00 14         Q.    And I said drugs and alcohol.  Did you

11:36:02 15    take any prescription or other type of like

11:36:07 16    nonillegal drugs that day?

11:36:08 17         A.    No.  I don't take any drugs, legal or

11:36:10 18    illegal.  I haven't drank since 1999.

11:36:20 19         Q.    Well, what happened during this

11:36:21 20    incident?

11:36:23 21         A.    Should I give a narrative?

11:36:28 22         Q.    Yeah.  I wasn't there.  That's why I'm

11:36:30 23    asking you.

*J. Kistner - Huggins - 6/27/17*

26

11:36:31 1        A.   Okay.  All right.  I'll give a narrative.

11:36:33 2        We're upstairs eating.  Earl was there.  We

11:36:37 3   were in Rachel's kitchen on the second floor.  And

11:36:41 4   we had the three boys in highchairs, and we were

11:36:44 5   all eating.

11:36:45 6        And I can't remember whether it was Earl or

11:36:48 7   Rachel or me or somebody said, Mike's driving.  And

11:36:54 8   I looked outside, and Mike Wolfe, the tenant in the

11:37:01 9   first floor at 33, had pulled up in a red van.

11:37:08 10        And I said, are you sure -- whoever it was,

11:37:11 11   I said, are you sure that's Mike who was driving?

11:37:14 12   And they said, yeah.  And I said, well, Mike ain't

11:37:18 13   got a driver's license, and he don't own a van.  So

11:37:20 14   Mike's driving that van?

11:37:21 15        Q.   How do you know he doesn't have a

11:37:23 16   driver's license?

11:37:23 17        A.   Because I had spoken to him probably

11:37:26 18   three or four weeks previous to this about him

11:37:30 19   cashing checks.  He needed a place to cash checks.

11:37:33 20   I said, well, don't you have ID or a driver's

11:37:36 21   license or something?  And he says, no.

11:37:37 22   He explained to me he didn't have a driver's

11:37:40 23   license.

*J. Kistner - Huggins - 6/27/17*

27

| | | |
|--|--|--|
| 11:37:40 | 1 | **Q.** Okay. Had you ever seen that red van |
| 11:37:42 | 2 | before? |
| 11:37:42 | 3 | **A.** No. |
| 11:37:45 | 4 | **Q.** What happened after you saw the van |
| 11:37:47 | 5 | pull up? |
| 11:37:47 | 6 | **A.** Well, first, I was concerned because |
| 11:37:54 | 7 | he -- it was recently he had been staying at -- I |
| 11:38:04 | 8 | want to say the Brothers of the Poor. It was a |
| 11:38:10 | 9 | social service agency. He had stayed there from |
| 11:38:12 | 10 | the 18th of December through about the 27th. |
| 11:38:17 | 11 | And when I found out about it, I contacted |
| 11:38:20 | 12 | them, and I said, why is he staying with you? He's |
| 11:38:24 | 13 | got a subsidized apartment at 33 Schmarbeck. They |
| 11:38:28 | 14 | didn't know. |
| 11:38:29 | 15 | **Q.** How did you come to know he was staying |
| 11:38:30 | 16 | there? |
| 11:38:32 | 17 | **A.** He wasn't staying at 33. I've lived |
| 11:38:40 | 18 | there for a decade. I can pretty well know when |
| 11:38:43 | 19 | somebody's not there. And I inquired. I asked |
| 11:38:46 | 20 | people. I said, where is Mike? They said, well, I |
| 11:38:50 | 21 | think he's over at the Little Brothers of the Poor |
| 11:38:51 | 22 | Friary or wherever he's at. I said, what's he |
| 11:38:54 | 23 | doing there? |

*J. Kistner - Huggins - 6/27/17*

28

11:38:54  1        So I called them.  They said, yeah.  He's

11:38:57  2   been here for ten days claiming he's homeless.  So

11:39:00  3   then I called the people that subsidize his rent,

11:39:02  4   the Restoration.  They said, we need to all get on

11:39:06  5   the same page here.

11:39:06  6        Q.   Did you ever have any disputes with

11:39:08  7   Mike about where he was living?

11:39:10  8        A.   The only problem I ever had with Mike

11:39:13  9   was that he had -- he brought somebody else into

11:39:16 10   the apartment, and under the terms of, you know,

11:39:19 11   his tenancy there, it's not that kind of movie.

11:39:22 12   It's for him.  If he wants somebody else to come

11:39:25 13   in, we need to have an application filled out from

11:39:28 14   them.

11:39:29 15        Q.   Like was he subletting it and getting a

11:39:31 16   rent from it or just allowing someone to stay

11:39:33 17   there?

11:39:34 18        A.   I don't know that deep of minutia.  If

11:39:38 19   he was using it as a resource and trying to profit

11:39:40 20   from it, I don't know.

11:39:46 21        But it had been growing and growing and

11:39:49 22   growing out of hand, Mike's tenancy there, so we

11:39:53 23   had given him a 30-day notice on December 30th,

*J. Kistner - Huggins - 6/27/17*

29

11:39:58  1  after we had found out that he wasn't in the unit

11:40:02  2  and that he was staying over at the social service

11:40:04  3  agency and making these claims.

11:40:08  4      Q.   Did that create any issues -- this

11:40:09  5  30-day notice create any issues between you and

11:40:11  6  Mike?

11:40:14  7      A.   Nah, because we had talked, and I told

11:40:17  8  him:  You know, you can't really do this here, you

11:40:20  9  know.

11:40:22 10      Q.   All right.  So what happened on

11:40:23 11  January 1st, when you saw that van?

11:40:26 12      A.   I said, oh, well, I hope he doesn't

11:40:28 13  steal the appliances.  Because we also furnish all

11:40:31 14  the appliances.  The washer, the dryer the stove,

11:40:33 15  and the fringe.  I said, just keep an eye on him,

11:40:36 16  and, you know, if he starts loading stuff into the

11:40:38 17  appliances -- he starts loading the appliances,

11:40:40 18  I'll call the cops.

11:40:41 19      Q.   Who did you say that to?

11:40:43 20      A.   I think Earl and Rachel.

11:40:44 21      Q.   Okay.  Did you have plans on January 1st?

11:40:49 22  Were you going to be home that day?

11:40:54 23      A.   Yeah.  No.  I don't think we were going

*J. Kistner - Huggins - 6/27/17*

30

11:40:57  1  anywhere.  I was just happy to have all the boys

11:41:02  2  home at once.

11:41:03  3       Q.   What happened next?

11:41:05  4       A.   I can't tell you how much time elapsed,

11:41:08  5  but I think it was less than a half hour,

11:41:11  6  a policeman pulled up right in front of

11:41:13  7  33 Schmarbeck.

11:41:14  8       Q.   Did you ever call the police?

11:41:16  9       A.   No.  Well --

11:41:18  10      Q.   Do you have an idea who called the

11:41:19  11  police?

11:41:21  12      A.   I suspect Mike called the police.  Mike

11:41:27  13  Wolfe.

11:41:27  14      Q.   On January 1st, was Mike Wolfe still

11:41:30  15  permitted to be in that first floor unit?

11:41:34  16      A.   You mean had he been evicted or locked

11:41:37  17  out?  No.

11:41:37  18      Q.   Right.

11:41:38  19      A.   He hadn't been evicted.  He hadn't been

11:41:40  20  locked out.

11:41:41  21      Q.   Okay.  What type of -- and I'm sorry.

11:41:48  22  I might have just -- you might have just said this.

11:41:51  23  When the police got there, how many police officers

*J. Kistner - Huggins - 6/27/17*

31

| | | |
|---|---|---|
| 11:41:53 | 1 | were there? |
| 11:41:57 | 2 | A.   I think you have -- one of those video |
| 11:42:00 | 3 | files has that, their arrival. |
| 11:42:04 | 4 | The first police car I saw was in the center |
| 11:42:06 | 5 | of the street.  That was the first one that |
| 11:42:08 | 6 | arrived.  I looked at the video, so I know the |
| 11:42:10 | 7 | order in which they got there. |
| 11:42:13 | 8 | In the video you see the first policeman |
| 11:42:15 | 9 | pull up.  He pulls up in the middle of the street. |
| 11:42:18 | 10 | And there were two men in that car. |
| 11:42:22 | 11 | Q.   How were they dressed? |
| 11:42:25 | 12 | A.   Like policemen. |
| 11:42:27 | 13 | Q.   Were they wearing a uniform? |
| 11:42:28 | 14 | A.   Yeah.   Yeah. |
| 11:42:31 | 15 | Q.   Without watching the video, did you -- |
| 11:42:35 | 16 | did you see these things yourself that day? |
| 11:42:37 | 17 | A.   When -- when it was brought to my |
| 11:42:40 | 18 | attention, I don't know if it was Rachel or I might |
| 11:42:42 | 19 | have looked out the window and seen it myself, |
| 11:42:44 | 20 | but:  The police are here. |
| 11:42:46 | 21 | So I looked outside, and the first thing I |
| 11:42:49 | 22 | thought when I saw the police were here is:  Well, |
| 11:42:53 | 23 | Mike's got a stolen car.  The red van is stolen. |

11:43:00  1  Or he's been out driving recklessly with a borrowed

11:43:02  2  car and they've just found him. That was the first

11:43:06  3  thing I thought.

11:43:07  4      Q.  What happened next?

11:43:12  5      A.  The policeman in the driver's seat of

11:43:15  6  the car in the street got out of his car and he

11:43:18  7  walked over, and he got four feet away from Mike

11:43:22  8  and he talked to him. I don't know what they were

11:43:24  9  saying back and forth, but they had a conversation

11:43:28 10  for probably two minutes.

11:43:31 11      Q.  Were you inside the house still at that

11:43:33 12  point?

11:43:33 13      A.  Yeah. I was on the second floor

11:43:35 14  looking out the window watching. I was 60 feet

11:43:37 15  away watching.

11:43:38 16      Q.  Okay. What happened next?

11:43:40 17      A.  Either Earl or Rachel said: What's

11:43:44 18  going on down there? And I said, well, I don't

11:43:47 19  know, but I'm finishing breakfast before I go down

11:43:49 20  there to find out.

11:43:50 21      I'm not going to go rushing down there

11:43:52 22  because they might be arresting him. And I'm just

11:43:56 23  going to stand here for a minute and watch what

*J. Kistner - Huggins - 6/27/17*

33

11:43:59  1  happens.

11:44:00  2       So Mike was pointing up -- as he was talking

11:44:04  3  to the policeman, was pointing up at the window

11:44:07  4  where Rachel, me, and Earl were with the three kids

11:44:11  5  in the kitchen watching this whole thing.

11:44:13  6       Q.    What happened next?

11:44:23  7       A.    The policeman walks back over and

11:44:27  8  starts talking to the policeman who's still in the

11:44:30  9  car in the passenger seat.  I don't know what was

11:44:36 10  said, but they were talking back and forth through

11:44:38 11  the window.

11:44:39 12       About that time another police car pulled up

11:44:45 13  along the curb between the police car in the street

11:44:53 14  and the curb, in a parking spot there, behind this

11:44:56 15  red van that Mike had pulled up in.

11:45:00 16       Q.    Did there come a time when you left

11:45:02 17  your house?  Exited your house?

11:45:05 18       A.    Yeah.  About this time when all these

11:45:07 19  police cars were arriving, I said to Rachel or

11:45:10 20  Earl, I said, we've got to go down there and find

11:45:12 21  out what's going on.

11:45:15 22       So we finished breakfast, and then I asked

11:45:19 23  Earl to come down with me.  I said, let's go find

*J. Kistner - Huggins - 6/27/17*

34

| | | |
|---|---|---|
| 11:45:22 | 1 | out what's going on. |
| 11:45:25 | 2 | Q. What happened when you went outside? |
| 11:45:27 | 3 | A. I walked out of the house, down the |
| 11:45:38 | 4 | steps, out in the street, crossed the path of the |
| 11:45:44 | 5 | police car that was in the front -- that was in the |
| 11:45:47 | 6 | middle of the street, and went around like to his |
| 11:45:49 | 7 | driver's door to talk to the driver who had been |
| 11:45:55 | 8 | speaking to Mike. |
| 11:45:56 | 9 | There was a secondary thing here too as well |
| 11:45:59 | 10 | as maybe it's a stolen car. Mike's a mental health |
| 11:46:03 | 11 | patient, so he could have been in crisis. There |
| 11:46:05 | 12 | was no telling what was going on with him. So -- |
| 11:46:08 | 13 | and when that happens, you've got to go find out. |
| 11:46:12 | 14 | Q. So when you walked up by the police in |
| 11:46:15 | 15 | front of the car, did you say anything or identify |
| 11:46:18 | 16 | yourself at all to the police? |
| 11:46:20 | 17 | A. Yeah. As I was walking toward the |
| 11:46:21 | 18 | police car off to the right, I said, I need to talk |
| 11:46:27 | 19 | to you. Can I talk to you? |
| 11:46:29 | 20 | Q. Did the police respond at all? |
| 11:46:32 | 21 | A. The officer who was in the passenger |
| 11:46:35 | 22 | side started yelling. |
| 11:46:38 | 23 | Q. From which police car? |

*J. Kistner - Huggins - 6/27/17*

35

11:46:40   1          A.    The one that was in the middle of the
11:46:41   2   street.
11:46:42   3          Q.    Okay.  What did they yell?
11:46:47   4          A.    He started yelling:  I'm not talking to
11:46:49   5   anybody.  I'm not talking to anybody.  Let's get
11:46:52   6   out of here.  Let's get out of here.
11:46:54   7          He started telling the guy that was driving:
11:46:57   8   We've got to leave.  We're leaving now.  We're
11:46:59   9   leaving now.  He said, I'm not talking to anybody.
11:47:02  10   Let's go.  Let's go.
11:47:04  11          And he started yelling at the guy that was
11:47:05  12   driving the car to let's go.
11:47:08  13          Q.    How close were you to the car at that
11:47:19  14   point?
11:47:19  15          A.    Honest to God, I can't remember
11:47:22  16   specifically.  I know I was within 30 feet.
11:47:27  17          Q.    Sure.  Do you know, were you in front
11:47:29  18   of the car or on the side of the car?
11:47:30  19          A.    When he started yelling, I was in front
11:47:32  20   of the car to the side.
11:47:35  21          Q.    Would that have been to the right or
11:47:38  22   left side of the car?
11:47:39  23          A.    It would have been the driver's side.

*J. Kistner - Huggins - 6/27/17*

36

11:47:40  1  I was off to the driver's side.

11:47:41  2      Q.    Okay.  So you're standing there I

11:47:44  3  presume facing the car?

11:47:45  4      A.    Yeah.

11:47:46  5      Q.    Were you walking towards the car still

11:47:48  6  at that point?

11:47:49  7      A.    Yeah.

11:47:50  8      Q.    What happened next?

11:47:54  9      A.    The driver floored it, so I got out of

11:47:59 10  the way and watched him drive by me.  And the two

11:48:03 11  women who were still in the police car by the

11:48:06 12  curb --

11:48:06 13      Q.    The one behind the red van?

11:48:08 14      A.    Yeah.  I looked over at them, and I

11:48:11 15  said, can I talk to you?

11:48:13 16      Q.    Did they respond?

11:48:15 17      A.    She smiled at me.

11:48:18 18      Q.    Who's she?

11:48:19 19      A.    The driver.

11:48:20 20      Q.    What did she look like?

11:48:24 21      A.    You.  I'm telling the truth.  She

11:48:29 22  looked just like you.

11:48:30 23      Q.    Did you ever come to learn her name?

J. Kistner - Huggins - 6/27/17

37

11:48:33 1          A.   I have to be quite frank, I can't put

11:48:36 2     their names with their faces.

11:48:38 3          Q.   Okay.  Did you ever come to learn the

11:48:42 4     names of the police officers that were involved

11:48:43 5     that day?

11:48:45 6          A.   Later on, from the criminal charging

11:48:49 7     documents, I was able to find out who four of them

11:48:52 8     were.

11:48:53 9          Q.   How many police officers were there

11:48:55 10    then total?

11:48:56 11         A.   There were -- there were five

11:48:59 12    altogether.  One didn't arrive until later.

11:49:07 13         Q.   When this happened, the interaction you

11:49:09 14    had with the first car pulling away and then the

11:49:12 15    second one with the two females in it, there's a

11:49:15 16    total of four officers there at that point?

11:49:17 17         A.   Yeah, there's four people there then.

11:49:19 18         Q.   And you said there was -- I apologize

11:49:21 19    if you said this before -- there were two males and

11:49:23 20    two females?

11:49:25 21         A.   Yeah.  The first two were guys and the

11:49:26 22    second two were girls.

11:49:28 23         Q.   Did they ever identify themselves to

*J. Kistner - Huggins - 6/27/17*

38

11:49:31  1  you at all?

11:49:31  2       A.   No.  I don't think anybody said, my

11:49:33  3  name is Officer -- no, nobody ever did that.  I

11:49:36  4  know nobody ever did that.

11:49:36  5       Q.   Okay.  After that female police officer

11:49:39  6  who was in the driver's seat smiled at you, what

11:49:42  7  happened next?

11:49:43  8       A.   I said, can I talk to you?  And she

11:49:46  9  looked over and smiled at me.  I took two steps

11:49:50 10  toward the car, was crossing that lane of traffic

11:49:54 11  where the officer had just driven away, I was

11:49:58 12  crossing that, and when I looked up, the car was

11:50:00 13  coming at me.

11:50:03 14       Q.   Did you move to get out of the way?

11:50:06 15       A.   I put up my arms, and I closed my eyes,

11:50:10 16  and boom, it hit me.

11:50:14 17       Q.   How long did that take?

11:50:16 18       What was the period of time between that

11:50:18 19  female driver looking at you and smiling and to you

11:50:21 20  getting hit?

11:50:23 21       A.   The time it took me to cross that lane

11:50:25 22  of traffic.  Three to five seconds, I guess.

11:50:28 23       Q.   Why did you walk towards the car?

J. Kistner - Huggins - 6/27/17

39

11:50:30  1      A.   Because I thought she was going to talk

11:50:32  2  to me.

11:50:32  3      Q.   Did she roll down her window?

11:50:35  4      A.   No, but she acknowledged me, and I know

11:50:39  5  she heard me when I said, can I talk to you?  And

11:50:42  6  she looked and went -- she smiled.  I know that

11:50:45  7  won't go into the transcript, but she smiled, and I

11:50:48  8  took it as an acknowledgement that she was going to

11:50:50  9  talk to me.

11:50:51 10      Q.   That somehow she was going to engage in

11:50:53 11  some sort of conversation with you?

11:50:54 12      A.   Yeah.  She was going to tell me why

11:50:56 13  they were there or what had gone on or what their

11:50:59 14  concern was at being at --

11:51:01 15      Q.   Did she say anything verbally to you?

11:51:05 16      A.   Not before she hit me.

11:51:07 17      Q.   What happened after you were struck?

11:51:13 18      Actually, let me ask you this:  Where were

11:51:15 19  you struck on your body?

11:51:20 20      A.   I think primarily my hands, because I

11:51:24 21  put my arms out.  I'm not sure if my torso or my

11:51:33 22  legs ever came in contact with that car, but I --

11:51:37 23      Q.   Did you try to stop the car from

*J. Kistner - Huggins - 6/27/17*

40

11:51:39  1   moving?

11:51:39  2        A.   No.   I tried to like just -- that's

11:51:41  3   what I did.   I just put my hands up and said, oh,

11:51:44  4   Christ.   In my head I said, oh, Christ.   I'm going

11:51:47  5   to get hit by a car.

11:51:49  6        Q.   Yeah.   The record should reflect you've

11:51:52  7   raised both of your hands with your palms and

11:51:53  8   fingers spread out --

11:51:55  9        A.   Yes.

11:51:55  10       Q.   -- in front of you.

11:51:57  11       What happened after you were struck?

11:52:05  12       A.   I remember opening my eyes and being on

11:52:10  13   my back on the ground.   I remember looking down at

11:52:16  14   my feet, and my feet were between the back wheels

11:52:20  15   and the front wheels of her patrol car.

11:52:27  16       Q.   Under her car?

11:52:27  17       A.   Yes, my feet were under her car.   How

11:52:31  18   deep under her car, I don't know.

11:52:33  19       Q.   What type of car was this?

11:52:41  20       A.   It wasn't like a car.   It was more like

11:52:44  21   an SUV.

11:52:48  22       Q.   Did it have any police markings on it?

11:52:50  23       A.   Yeah.   It was all marked.   Yeah.   They

*J. Kistner - Huggins - 6/27/17*

41

11:52:54  1   mark them historically so if you need one, you can

11:52:56  2   walk up and you know who to talk to.

11:52:58  3        Q.    What happened when you opened your eyes

11:53:00  4   and you were on the ground?

11:53:01  5        A.    The first thing I thought of is:

11:53:05  6   She's going to run over my legs.  And I got out --

11:53:08  7   like tried to roll on my side to get out from

11:53:11  8   underneath the police car.

11:53:13  9        I'm still on the -- I'm flat on my back, but

11:53:16 10   I'm I don't know why I want to say cartwheeling,

11:53:19 11   trying to just crawl out from underneath the car,

11:53:21 12   because I was afraid she was going to run over my

11:53:23 13   legs.

11:53:23 14        Q.    Were you bleeding at all?

11:53:24 15        A.    Not that I remember.

11:53:26 16        Q.    Did you say anything?

11:53:28 17        A.    Yeah.  I yelled for Earl.  I thought

11:53:32 18   Earl was right behind me.  I thought Earl was like,

11:53:35 19   you know, four feet away, and I yelled for Earl.

11:53:38 20        Q.    What did you say?

11:53:39 21        A.    Earl, call an ambulance.  She done run

11:53:41 22   me over.

11:53:41 23        Q.    Were you swearing?

*J. Kistner - Huggins - 6/27/17*

42

11:53:52  1     A.   I'm not sure.

11:53:53  2     Q.   Did you say anything to the police?

11:54:01  3     A.   No.  I just yelled for Earl initially.

11:54:06  4     Q.   Did the police stop?

11:54:13  5     A.   It seemed like a while -- I'm trying to

11:54:16  6  continue the narrative.  So we get to that point.

11:54:18  7  It seemed like a while, but Earl said, Dad.  I

11:54:21  8  said, yeah, call an ambulance.  And I -- I think

11:54:32  9  he -- I think he left.  I'm not sure, but I told

11:54:35  10  Earl to call an ambulance.

11:54:37  11     And when I started to get up -- when I

11:54:39  12  started to get up off the ground, at that point I'm

11:54:42  13  looking not at the police car anymore.  I'm looking

11:54:45  14  straight down Schmarbeck toward Schlenker, and

11:54:50  15  there's a police car down there at the stop sign.

11:54:52  16     That was the first police car that had left.

11:54:54  17  They went down as far as the stop sign at Schlenker

11:54:58  18  and stopped and that's what I saw when I looked

11:55:00  19  down the street.

11:55:01  20     But as I was getting up and I saw that, I

11:55:03  21  felt a pain in the back of my head, and I said, oh,

11:55:09  22  and that's when I went back down.  I said, I'm not

11:55:12  23  moving.  There's something wrong.

*J. Kistner - Huggins - 6/27/17*

43

| 11:55:13 | 1 | Q. So you laid back down on the ground? |
| 11:55:15 | 2 | A. Yeah. I didn't get up off the ground. |

I just kind of leaned forward a little bit and
that's when it hit me and went, boom. And I went:
Uh-oh. Never mind. I'm not getting up. I'm just
going to lay here.

Q. So was it in the same spot on the road?

A. Yes.

Q. What happened next?

A. Just laid there and yelled until Earl
came, and then Earl said, okay. Okay. And I don't
know if he left. The video shows that he left, but
I didn't know that at the time.

I thought he was still standing with me, and
I just tried to lay there on the ground and not
move around a lot and figure out what was going on.

Q. And did the police come over at all?

A. The first communication I remember
having with the police, after I hit the ground, was
the girl that was driving looking down at me
standing on her hips -- standing there with her
hands on her hips saying, if you don't get up off
the ground, I'm going to arrest you.

*J. Kistner - Huggins - 6/27/17*

44

11:56:14  1          Q.    Okay.  Did you say anything back to

11:56:15  2   her?

11:56:20  3          A.    I don't remember.

11:56:29  4          Q.    Did you ever yell at the police that

11:56:30  5   day?

11:56:36  6          A.    Not unjustly.

11:56:37  7          Q.    What did you yell at the police?

11:56:39  8          A.    Well, we had some choice conversation

11:56:41  9   when they got me to ECMC.

11:56:43 10          Q.    Let's just stay with in front of

11:56:45 11   Schmarbeck right now.

11:56:46 12          A.    I didn't -- I can't remember yelling at

11:56:48 13   the police.  I was more concerned with where Earl

11:56:50 14   was and getting to the hospital, getting to a

11:56:53 15   doctor.

11:56:53 16          Q.    Yeah.  Aside from that pain to the back

11:56:56 17   of your head, any other injuries that you noticed

11:56:57 18   while you were --

11:56:58 19          A.    Laying on the ground?

11:57:00 20          Q.    Sure.

11:57:01 21          A.    No.  That was my biggest complaint.

11:57:03 22          Q.    Any broken bones or anything that you

11:57:05 23   could visibly see while you were there in front of

*J. Kistner - Huggins - 6/27/17*

45

| | | |
|---|---|---|
| 11:57:11 | 1 | Schmarbeck? |
| 11:57:12 | 2 | A.   No. |
| 11:57:20 | 3 | Q.   What was the weather like that day? |
| 11:57:20 | 4 | A.    It was January 1st in Buffalo.  I want |
| 11:57:26 | 5 | to say it was kind of clear.  I don't think it was |
| 11:57:28 | 6 | like snowy or anything. |
| 11:57:29 | 7 | Q.   Did you have a jacket on when you went |
| 11:57:31 | 8 | outside? |
| 11:57:37 | 9 | A.    I think I had a North Face jacket on |
| 11:57:39 | 10 | maybe. |
| 11:57:39 | 11 | Q.   Do you remember what you were wearing |
| 11:57:41 | 12 | for shoes? |
| 11:57:43 | 13 | A.   Yeah.  Kenneth Cole. |
| 11:57:48 | 14 | Q.   Were they boots or dress shoes? |
| 11:57:51 | 15 | A.   No.  They were dress shoes. |
| 11:57:54 | 16 | Q.   Is it possible that you slipped on any |
| 11:57:56 | 17 | ice that day? |
| 11:57:59 | 18 | A.   There was no ice in the street. |
| 11:58:16 | 19 | Q.   Did you -- were you able to like see |
| 11:58:18 | 20 | that SUV after the accident? |
| 11:58:24 | 21 | A.   You mean the one that hit me? |
| 11:58:26 | 22 | Q.   Yes. |
| 11:58:31 | 23 | A.   Once I hit the ground and my head, I |

*J. Kistner - Huggins - 6/27/17*

46

| | | |
|---|---|---|
| 11:58:36 | 1 | wasn't paying too much attention to nothing. |
| 11:58:38 | 2 | Q. So you wouldn't know if there was |
| 11:58:40 | 3 | damage or not to that vehicle? |
| 11:58:46 | 4 | A. I don't see how there could have been. |
| 11:58:49 | 5 | Q. Do you know if there was? |
| 11:58:53 | 6 | A. I don't think there was, no. |
| 11:58:54 | 7 | Q. Did your clothes get damaged or torn up |
| 11:58:57 | 8 | in any way from the accident? |
| 11:59:06 | 9 | A. No, I don't think so. |
| 11:59:06 | 10 | Q. What happened after that officer said, |
| 11:59:11 | 11 | if you don't get up, you're going to get arrested? |
| 11:59:19 | 12 | A. I know what I've learned from the |
| 11:59:24 | 13 | video, which is the two male officers that were |
| 11:59:27 | 14 | down at the stop sign backed up the street, stopped |
| 11:59:31 | 15 | in front of 37, and got out of their car. Then |
| 11:59:35 | 16 | they -- |
| 11:59:36 | 17 | Q. Do you have any independent recollection |
| 11:59:37 | 18 | of that? |
| 11:59:37 | 19 | A. No. I just laid on the ground with my |
| 11:59:39 | 20 | eyes closed and my head hurt. |
| 11:59:41 | 21 | Q. Okay. What's the next recollection you |
| 11:59:44 | 22 | have aside from what you know from viewing the |
| 11:59:46 | 23 | video? |

*J. Kistner - Huggins - 6/27/17*

47

11:59:48 1       A.   38 seconds after I got hit by the car,

11:59:50 2 the two male officers picked me up, and with the

11:59:54 3 assistance of the one female officer that had hit

11:59:57 4 me, put me in handcuffs and pushed me down the

12:00:02 5 street to 37 with my hands behind me and put me in

12:00:08 6 a patrol car.

12:00:08 7       Q.   What kind of handcuffs were they?  Were

12:00:12 8 they metal or plastic?

12:00:12 9       A.   They were behind me.  I didn't see

12:00:14 10 them.  But they weren't plastic zip ties.  They

12:00:17 11 were metal of some kind.

12:00:19 12       Q.   Were you ever informed that you were

12:00:20 13 being arrested?

12:00:25 14       A.   You mean did any of the three police

12:00:27 15 officers who put their hands on me say, you're

12:00:30 16 under arrest?

12:00:31 17       Q.   Did they ever say that?

12:00:39 18       A.   I don't recall if any officer ever said

12:00:41 19 that to me at any time on January 1st.

12:00:47 20       Q.   Are you aware that -- if anyone called

12:00:50 21 the police to complain about you or would -- made a

12:00:55 22 report that would cause you to be arrested?

12:01:00 23       A.   Not on January 1st, no.

*J. Kistner - Huggins - 6/27/17*

48

| | | |
|---|---|---|
| 12:01:04 | 1 | Q. Did the police say anything to you when |
| 12:01:06 | 2 | they were picking you up and putting you in |
| 12:01:09 | 3 | handcuffs? |
| 12:01:10 | 4 | A. Yeah. |
| 12:01:10 | 5 | Q. What did they say? |
| 12:01:11 | 6 | A. You're going to jail. |
| 12:01:14 | 7 | Q. Did you say anything back to that? |
| 12:01:18 | 8 | A. Not at that point. |
| 12:01:19 | 9 | Q. Had you said anything while they were |
| 12:01:23 | 10 | picking you up? |
| 12:01:24 | 11 | A. Not that I recall.  It didn't happen -- |
| 12:01:29 | 12 | it happened so fast, it didn't give me a whole lot |
| 12:01:33 | 13 | of time to think. |
| 12:01:35 | 14 | Q. What happened -- how did the police |
| 12:01:38 | 15 | officers pick you up? |
| 12:01:46 | 16 | A. I'm pretty sure they rolled me over |
| 12:01:49 | 17 | because I was laying on my back.  I'm pretty sure |
| 12:01:51 | 18 | they rolled me over. |
| 12:01:52 | 19 | Q. Do you have a recollection of that, or |
| 12:01:53 | 20 | are you just saying that from the video? |
| 12:01:55 | 21 | A. No.  From my viewing of the video, you |
| 12:01:57 | 22 | can't see this.  There's a car between the camera |
| 12:02:02 | 23 | and me laying on the ground.  But I remember |

*J. Kistner - Huggins - 6/27/17*

49

| | | |
|---|---|---|
| 12:02:10 | 1 | getting hoisted up off the ground.  That's the best |
| 12:02:13 | 2 | way I can describe that. |
| 12:02:15 | 3 | It's like roll you over, put the handcuffs |
| 12:02:18 | 4 | on, and then grab you by the handcuffs by the |
| 12:02:21 | 5 | wrists, and lift you up. |
| 12:02:23 | 6 | Q.    Did they lift you to your feet or carry |
| 12:02:25 | 7 | you? |
| 12:02:26 | 8 | A.    They lifted me to my feet and then they |
| 12:02:28 | 9 | started pushing me down the street, like if you |
| 12:02:31 | 10 | don't walk, you're going to fall on your face now. |
| 12:02:33 | 11 | Q.    Were you able to walk? |
| 12:02:37 | 12 | A.    Yeah. |
| 12:02:38 | 13 | Q.    And they took you to another police -- |
| 12:02:42 | 14 | that other -- that first police car? |
| 12:02:44 | 15 | A.    Yeah.  They took me to where the two |
| 12:02:46 | 16 | males had parked their police car in front of 37. |
| 12:02:49 | 17 | Q.    Were you saying anything to the police |
| 12:02:51 | 18 | during that walk? |
| 12:02:51 | 19 | A.    No, not at all. |
| 12:03:04 | 20 | Q.    Once you were put in that police car, |
| 12:03:11 | 21 | what happened next? |
| 12:03:11 | 22 | A.    The time in the back of the police |
| 12:03:14 | 23 | car -- the time frames in between things happening |

*J. Kistner - Huggins - 6/27/17*

50

12:03:17  1   back there, I still can't figure that out.

12:03:22  2           I know what happened when I was in the back

12:03:24  3   of the police car, but I don't know if it was two

12:03:26  4   minutes after I got in the back of the police car

12:03:28  5   or 12 minutes after I got in the back of the police

12:03:30  6   car.

12:03:31  7           But I can tell you I got -- I got put in the

12:03:36  8   passenger side, and about -- I want to guess about

12:03:41  9   three minutes after I was in the car, one of the

12:03:50 10   two male officers stuck his head in the window.

12:03:53 11         Q.   The front or the back windows?

12:03:55 12         A.   The passenger -- the passenger front.

12:03:57 13   Like he was getting in to where his computer was.

12:04:01 14   And he said, you're going to jail. And I said, for

12:04:07 15   what? And he said, fraud.

12:04:10 16         Q.   Did you ask him what he meant by that?

12:04:16 17         A.   No.

12:04:19 18         Q.   Did you say anything back to him?

12:04:21 19         A.   No.

12:04:23 20         Q.   So you were silent during this whole

12:04:25 21   period of time?

12:04:25 22         A.   Yeah. I was all lawyered up when I hit

12:04:27 23   the ground.

J. *Kistner* - *Huggins* - *6/27/17*

51

| | | |
|---|---|---|
| 12:04:29 | 1 | Q. Like you told them you have a lawyer |
| 12:04:31 | 2 | and you didn't want to speak to them? |
| 12:04:32 | 3 | A. No. I -- that was facetious of me. |
| 12:04:37 | 4 | No. The whole thing, getting arrested after |
| 12:04:40 | 5 | getting hit by a police car, seemed absolutely |
| 12:04:43 | 6 | ludicrous to me, and I didn't want to entertain |
| 12:04:48 | 7 | this nut. |
| 12:04:48 | 8 | Q. All right. What -- what -- did you |
| 12:04:50 | 9 | ever give the police any ID or identify yourself to |
| 12:04:53 | 10 | them? Did they ever ask for that? |
| 12:05:05 | 11 | A. No. I can tell you how they knew who I |
| 12:05:10 | 12 | was. |
| 12:05:10 | 13 | When they were putting me in the back of |
| 12:05:12 | 14 | that police car, they quickly patted me down, and |
| 12:05:16 | 15 | the only thing that I had brought out of the house |
| 12:05:19 | 16 | with me in my pockets, I'm pretty sure, was a cell |
| 12:05:23 | 17 | phone and the 30-day notice that we had given Mike |
| 12:05:28 | 18 | on the 30th, in case anybody wanted to know what |
| 12:05:30 | 19 | was going on, because I'm still worried that he's |
| 12:05:33 | 20 | trying to boost the appliances or he needs Crisis |
| 12:05:39 | 21 | Services or something. |
| 12:05:40 | 22 | Q. Okay. So at this point did you know |
| 12:05:43 | 23 | where Earl was? |

*J. Kistner - Huggins - 6/27/17*

52

| | | |
|---|---|---|
| 12:05:45 | 1 |     **A.**   I thought Earl was with me the whole |
| 12:05:48 | 2 | time.  I didn't -- I didn't know Earl had left to |
| 12:05:53 | 3 | get his phone and come back until after I saw the |
| 12:05:56 | 4 | video later on. |
| 12:05:57 | 5 |     **Q.**   Okay. |
| 12:05:58 | 6 |     **A.**   I thought that when I was in the police |
| 12:06:00 | 7 | car, I kind of looked out of the police car to my |
| 12:06:03 | 8 | right toward 37 and I saw Earl there. |
| 12:06:07 | 9 |     **Q.**   Were you laying in the back of the |
| 12:06:09 | 10 | police car or were you seated? |
| 12:06:13 | 11 |     **A.**   Both.  At one point after -- after they |
| 12:06:21 | 12 | rousted Earl -- I'm going to use that term -- after |
| 12:06:23 | 13 | they -- |
| 12:06:24 | 14 |     **Q.**   What do you mean by rousted? |
| 12:06:27 | 15 |     **A.**   Abused him. |
| 12:06:29 | 16 |     **Q.**   Did you see that happen? |
| 12:06:32 | 17 |     **A.**   Most of it. |
| 12:06:33 | 18 |     **Q.**   What did you see happen? |
| 12:06:38 | 19 |     **A.**   I saw them drag him out in the street. |
| 12:06:41 | 20 | The two of them pushing back and forth, and the |
| 12:06:44 | 21 | four of them essentially ganged up on him and |
| 12:06:46 | 22 | started barking at him. |
| 12:06:47 | 23 |     **Q.**   Could you hear what was being said? |

*J. Kistner - Huggins - 6/27/17*

53

| | | |
|---|---|---|
| 12:06:53 | 1 | A. Parts of it. |
| 12:06:54 | 2 | Q. What did you hear? |
| 12:07:02 | 3 | A. I heard him tell him to turn off the |
| 12:07:04 | 4 | phone, and I heard him -- I'm pretty sure it was |
| 12:07:12 | 5 | the officer that was in the passenger side of the |
| 12:07:15 | 6 | police car again, he made remarks like: You'll be |
| 12:07:24 | 7 | lucky to get it back at all. Or something like |
| 12:07:27 | 8 | that. |
| 12:07:27 | 9 | Q. Was this the same police officer |
| 12:07:28 | 10 | talking the entire time? |
| 12:07:33 | 11 | A. Not when they were abusing Earl in the |
| 12:07:36 | 12 | street. There was the two male officers did most |
| 12:07:40 | 13 | of that, and the female officer, she just kind of |
| 12:07:42 | 14 | sat there like a dog being protected. |
| 12:07:45 | 15 | MR. OSTROWSKI: I hate to interrupt. I've |
| 12:07:47 | 16 | got to take a parking meter break. |
| 12:07:50 | 17 | MS. HUGGINS: Sure. |
| 12:07:50 | 18 | MR. OSTROWSKI: Ten minutes? |
| 12:07:51 | 19 | MS. HUGGINS: Yeah. That's fine. |
| 12:07:52 | 20 | Absolutely. |
| 12:23:48 | 21 | (A recess was then taken.) |
| 12:23:48 | 22 | BY MS. HUGGINS: |
| 12:23:48 | 23 | Q. Did you say anything while the police |

*J. Kistner - Huggins - 6/27/17*

54

| | |
|---|---|
| 12:23:50 | 1 |
| 12:24:00 | 2 |
| 12:24:02 | 3 |
| 12:24:07 | 4 |
| 12:24:12 | 5 |
| 12:24:13 | 6 |
| 12:24:16 | 7 |
| 12:24:19 | 8 |
| 12:24:22 | 9 |
| 12:24:24 | 10 |
| 12:24:26 | 11 |
| 12:24:36 | 12 |
| 12:24:40 | 13 |
| 12:24:41 | 14 |
| 12:24:44 | 15 |
| 12:24:47 | 16 |
| 12:24:47 | 17 |
| 12:24:59 | 18 |
| 12:25:02 | 19 |
| 12:25:06 | 20 |
| 12:25:20 | 21 |
| 12:25:21 | 22 |
| 12:25:22 | 23 |

were interacting with Earl?

A.   To intervene, no.

I did shout from the police car at one point while I was in it.  While I was sitting there in the police car, yeah, I did shout once.

Q.   What did you shout?

A.   Rachel was in the window in the second floor in the front watching all this, and she said, Jimmy, what do I do?

Q.   She shouted from the window?

A.   Yeah.  And I said, call Ostrowski and Dom.  Dominic Saraceno's another lawyer.  I said, call the lawyers.

That's what I yelled up at her.

Q.   Was Mr. Ostrowski already a lawyer you had previously used?

A.   I had known Jim from the Ron Paul 2008, 2012 campaign.  And I had known Dominic from Family Court years ago.

Q.   The car was positioned in a way that you were able to shout and have a conversation between the house and the car?

A.   No.  The police car was pointed toward

*J. Kistner - Huggins - 6/27/17*

12:25:26  1   Schlenker, and the passenger's front window was

12:25:33  2   down, and there's a tree right in front of 37,

12:25:39  3   which was next to the car, and then there's a

12:25:43  4   porch, and there's two upstairs windows, and she

12:25:45  5   was in the upstairs windows where the babies -- the

12:25:48  6   twins' cribs are.

12:25:49  7          And she was watching, and I think she was

12:25:52  8   crying, and she said, what do I do?  And I yelled

12:25:57  9   up -- because she said, Jimmy, what do I do?  And I

12:26:00 10   yelled up:  Call Ostrowski and Dominic.

12:26:05 11          Q.   Did you ever yell anything specifically

12:26:07 12   at the police during this period of time?

12:26:09 13          A.   No.  Never.

12:26:10 14          Q.   Did you ever swear or curse --

12:26:13 15          A.   No.

12:26:13 16          Q.   -- at this point?

12:26:14 17          A.   No.

12:26:15 18          Q.   Did you ever threaten the police at

12:26:17 19   all?

12:26:17 20          A.   No.

12:26:18 21          Q.   What happened next?

12:26:27 22          A.   Earl disappeared, and I think I laid

12:26:36 23   down in the car because my head hurt.  Earl went in

*J. Kistner - Huggins - 6/27/17*

12:26:43  1  the house.

12:26:44  2      Q.    Did there come a time when you were

12:26:45  3  taken away from 33 Schmarbeck by the police?

12:26:54  4      A.    Where the car was parked in front of

12:26:57  5  37, yeah.  It seemed like a half hour.  The whole

12:27:02  6  thing is on the video, though, from this period

12:27:06  7  when I'm sitting in the back of the police car.

12:27:11  8      At some point they got in -- the two male

12:27:13  9  officers got in and --

12:27:16  10     Q.    To the car you mean?

12:27:17  11     A.    Yeah.  And shut the door and --

12:27:22  12     Q.    Did they have any conversation with you

12:27:24  13  in the car?

12:27:29  14     A.    When they got into the car, I sat back

12:27:31  15  up, and the one was fiddling with the computer, and

12:27:40  16  they didn't -- they didn't say anything to me like

12:27:44  17  address me.  They seemed to be talking to each

12:27:46  18  other.

12:27:47  19     Q.    Could you hear what they were saying?

12:27:52  20     A.    It was not important enough for me to

12:27:54  21  remember it, but when I laid back down, the officer

12:27:59  22  that was in the passenger seat said, oh, I see how

12:28:03  23  you want to play this.  Okay.

*J. Kistner - Huggins - 6/27/17*

57

12:28:09  1          Q.    Did you say anything in response?

12:28:11  2          A.    No.

12:28:13  3          Q.    What did you take that to mean?

12:28:28  4          A.    It was a reflection of his character.

12:28:30  5     A negative reflection of his character.

12:28:32  6          Q.    What happened next?

12:28:39  7          A.    They drove me to ECMC.

12:28:40  8          Q.    Did you ever ask for medical assistance

12:28:43  9     while you were on Schmarbeck?

12:28:47 10          Am I saying that street right?

12:28:49 11          A.    Schmarbeck.

12:28:51 12          Q.    Schmarbeck.

12:28:51 13          A.    It's like the city in Germany.

12:28:53 14          Yeah.   I asked Earl to call an ambulance

12:28:55 15     a couple of times.

12:28:56 16          Q.    Did you ever ask the police for any

12:28:57 17     medical treatment?

12:28:58 18          A.    The police were aware that I had asked

12:29:02 19     Earl.   They were standing there, I think.   And at

12:29:07 20     one point when they were brutalizing Earl, he told

12:29:12 21     them:   I'm calling an ambulance for Dad.

12:29:15 22          Q.    Did you ever complain of the pain to

12:29:18 23     your head to the police officers on the scene?

*J. Kistner - Huggins - 6/27/17*

58

12:29:20  1          A.    Yeah.   They knew I was injured.

12:29:21  2          Q.    Did you say that to them?

12:29:24  3          A.    When I was on the ground I said, Earl,

12:29:28  4   I hit my head, and my head hurts.   Call an

12:29:31  5   ambulance.

12:29:31  6          I remember that.

12:29:32  7          Q.    Did you ever direct any requests for

12:29:34  8   medical attention specifically to the police?

12:29:39  9          A.    They didn't give me any opportunity and

12:29:41  10  they didn't ask me.

12:29:42  11         Q.    And you didn't say anything to them

12:29:44  12  like:   I need to go to the hospital, or my head

12:29:46  13  hurts?

12:29:47  14         A.    Once I was -- once I was in handcuffs,

12:29:50  15  there was little to be said to them that was going

12:29:52  16  to have any positive effect.

12:29:54  17         Q.    So you decided not to ask them for

12:29:55  18  medical help or treatment?

12:29:57  19         A.    No.   They decided not to render aid.

12:30:01  20         Q.    Did you ask them for aid?

12:30:04  21         A.    They were present when I asked Earl to

12:30:06  22  call the ambulance.   Yes.   They knew that I needed

12:30:09  23  to see --

*J. Kistner - Huggins - 6/27/17*

59

| | | |
|---|---|---|
| 12:30:09 | 1 | Q. The answer is no, you didn't |
| 12:30:11 | 2 | specifically ask the police officers? |
| 12:30:12 | 3 | A. We didn't have any conversation. |
| 12:30:13 | 4 | Q. Okay. |
| 12:30:14 | 5 | A. It was: You're going to jail. Get you |
| 12:30:17 | 6 | up off the ground. Put you in a police car. |
| 12:30:21 | 7 | Q. So at no point did you say, I need to |
| 12:30:24 | 8 | go to the hospital right now, right? |
| 12:30:26 | 9 | A. I might have. I don't have a specific |
| 12:30:30 | 10 | recollection of that. |
| 12:30:32 | 11 | Q. So the police take you to ECMC. Were |
| 12:30:36 | 12 | you examined by a doctor or a physician's assistant |
| 12:30:40 | 13 | there? |
| 12:30:40 | 14 | A. I remember getting out of the car at |
| 12:30:42 | 15 | ECMC, and they took me in the emergency room. I |
| 12:30:46 | 16 | don't remember walking down the hallway in the |
| 12:30:48 | 17 | emergency room. |
| 12:30:52 | 18 | The gospel truth, I don't remember -- from |
| 12:30:56 | 19 | the time the doors opened in the emergency room, I |
| 12:30:58 | 20 | don't even remember how I got in the room. |
| 12:31:00 | 21 | Q. You mentioned earlier you had choice |
| 12:31:02 | 22 | words when at the hospital. What did you mean? |
| 12:31:05 | 23 | A. Yeah. That happened -- that happened |

*J. Kistner - Huggins - 6/27/17*

60

12:31:07 1    after I was in -- in the -- there's an examining

12:31:13 2    room I guess they use for prisoners that's all the

12:31:16 3    way at the end of the hall, and when I was down

12:31:18 4    there in the examining room, they wanted to

12:31:21 5    orchestrate my care, the two female officers and

12:31:25 6    the two male officers.  They wanted to involve

12:31:28 7    themselves in the collection of forensic evidence.

12:31:32 8        Q.    What do you mean by that?

12:31:33 9        A.    Well, they were telling the doctors and

12:31:36 10   the nurses that I had jumped out in front of the

12:31:39 11   police car.  One said I had jumped on the police

12:31:42 12   car.

12:31:44 13       At one point one of these four officers that

12:31:46 14   were there in the emergency room said, yeah, he

12:31:49 15   attacked our police car.

12:31:52 16       Q.    It's the same four that were there on

12:31:53 17   the street?

12:31:54 18       A.    Yeah.

12:31:54 19       Q.    Okay.  Did you ever talk to any medical

12:31:59 20   professionals there about what happened?

12:32:02 21       A.    Yeah.

12:32:02 22       Q.    What did you tell them?

12:32:10 23       A.    I identified the woman that was driving

*J. Kistner - Huggins - 6/27/17*

61

| | | |
|---|---|---|
| 12:32:12 | 1 | because I could do that.  And I said, that one |
| 12:32:15 | 2 | right there, she hit me with a police car, and all |
| 12:32:19 | 3 | four of them are lying about it. |
| 12:32:22 | 4 | Q.   What specifically were they lying |
| 12:32:24 | 5 | about? |
| 12:32:26 | 6 | A.   Their inference to the staff at ECMC |
| 12:32:28 | 7 | that whatever had happened was my fault.  They had |
| 12:32:32 | 8 | a narrative, and they were going to create it, and |
| 12:32:36 | 9 | they were going to get everybody else at ECMC that |
| 12:32:42 | 10 | gets there hundred million dollars from the county |
| 12:32:44 | 11 | in loan guarantees that has the only CPAP unit in |
| 12:32:49 | 12 | the county, they were going to get the people at |
| 12:32:51 | 13 | ECMC to go along with them. |
| 12:32:54 | 14 | Q.   Well, did you hear anything being said |
| 12:32:56 | 15 | to that effect? |
| 12:32:58 | 16 | A.   Yeah.  There was -- the first nurse at |
| 12:33:03 | 17 | ECMC, I don't know her name -- I'd recognize her -- |
| 12:33:08 | 18 | but I heard her having this conversation to that |
| 12:33:11 | 19 | effect out in the hallway.  And the first thing she |
| 12:33:13 | 20 | said when she walked in to see me was:  What's |
| 12:33:18 | 21 | wrong with you?  Why did you jump on a police car? |
| 12:33:22 | 22 | And from then on out, I realized that this |
| 12:33:30 | 23 | is -- whatever was going on here is just -- they're |

*J. Kistner - Huggins - 6/27/17*

62

12:33:33  1   inventing it as they go.  There's not a whole lot

12:33:39  2   to be said to these people other than:  I don't

12:33:42  3   want that nurse involved in my care.

12:33:44  4         Q.   Were you admitted into the hospital?

12:33:46  5         A.   I was in the emergency room.  I was --

12:33:50  6   I had one hand cuffed to the bed I was on.  The

12:33:57  7   right one.

12:33:58  8         Q.   So were you admitted, or were you just

12:34:01  9   treated in the emergency room?

12:34:02 10         A.   I don't know the minutia of how --

12:34:04 11   whether -- you mean you've got to go up to a floor?

12:34:07 12         Q.   Did you stay overnight?

12:34:10 13         A.   I think I was there about four hours.

12:34:12 14   I think I was -- they use a police term, it's

12:34:16 15   called cleared for booking.  That's not a legal

12:34:18 16   term or a medical term.  It's a term the police

12:34:22 17   have invented.  I was cleared for booking, and I

12:34:26 18   think it took about four or five hours.

12:34:28 19         Q.   Did you receive any diagnostic testing

12:34:30 20   while you were there, like x-rays or CAT scans?

12:34:32 21   Anything of that sort?

12:34:35 22         A.   Can I read from a piece of paper to

12:34:38 23   tell you what they did or --

*J. Kistner - Huggins - 6/27/17*

63

12:34:39  1          Q.    Well --

12:34:40  2          A.    -- no?

12:34:41  3          Q.    -- I can get authorizations through

12:34:42  4     your attorney, which --

12:34:43  5          A.    I've got a bill.

12:34:44  6          Q.    Sure.  What I'm trying to figure out is

12:34:46  7     what you recall yourself from that day.

12:34:48  8          A.    Okay.

12:34:48  9          Q.    Do you recall if you received any type

12:34:50 10     of testing?

12:34:52 11          A.    I don't know if it was an MRI, a

12:34:54 12     CAT scan.  I don't know the difference.  But I went

12:34:56 13     in the big machine.  That lasted less than a

12:34:59 14     minute.  It was real peripheral.

12:35:05 15          Q.    Did you ever speak to a doctor or have

12:35:07 16     a doctor examine you that day?

12:35:08 17          A.    Yeah.

12:35:10 18          Q.    Did you receive any type of medical

12:35:11 19     diagnosis?

12:35:14 20          A.    Not that I was aware of that day.  I

12:35:17 21     became aware of it later on.  My discharge plan.

12:35:21 22     When they -- when you get out of the emergency

12:35:24 23     room, they give you a discharge thing to tell you

*J. Kistner - Huggins - 6/27/17*

64

12:35:25  1   what you should look for.

12:35:30  2        When I finally got that, it said, look for a

12:35:33  3   concussion, symptoms of a concussion.  But that was

12:35:36  4   confiscated by the officer in the car that hit me.

12:35:39  5   She got that.  And then they took me to Central

12:35:42  6   Booking and they never gave that to me.

12:35:44  7        I wouldn't even be aware of that now had I

12:35:47  8   not got medical records later on and found that

12:35:50  9   document.  But I was never given a discharge plan

12:35:53  10  at the hospital.

12:35:54  11       The hospital's records indicate that she was

12:35:58  12  given that document.  Discharge planning given to

12:36:01  13  the police.

12:36:02  14       Q.  Did they ever prescribe you any

12:36:03  15  medication while you were there?

12:36:06  16       A.  I think they told me like take

12:36:08  17  ibuprofen or something for a headache.

12:36:10  18       Q.  Okay.  Do you recall the injuries that

12:36:12  19  you complained of when you were there?

12:36:13  20       A.  Yeah.  The first one, the one that

12:36:15  21  upset me the most was when the doctor came in, I

12:36:20  22  was sitting in the -- I was sitting in the hospital

12:36:25  23  bed with the handcuffs on and both my hands were

*J. Kistner - Huggins - 6/27/17*

65

| | | |
|--|--|--|
| 12:36:31 | 1 | numb. |
| 12:36:31 | 2 | Q.   Did you ever complain of -- |
| 12:36:33 | 3 | A.   And I complained to the doctor.   I |
| 12:36:34 | 4 | said, I can't feel my hands.   So the doctor said, |
| 12:36:38 | 5 | can't we take the handcuffs off?   Or something to |
| 12:36:42 | 6 | that effect, directing the officers to take the |
| 12:36:44 | 7 | handcuffs off. |
| 12:36:45 | 8 | And when the handcuffs came off, both of my |
| 12:36:52 | 9 | wrists were black and blue.   My right wrist had |
| 12:36:56 | 10 | a -- had more than just a black and blue mark.   It |
| 12:36:59 | 11 | was down through the -- through the skin on both |
| 12:37:02 | 12 | sides of my wrist, and this one had the same thing |
| 12:37:05 | 13 | here and here.   And I looked like I had barbed wire |
| 12:37:11 | 14 | wrapped around my arms. |
| 12:37:12 | 15 | Q.   Did you ever complain about the |
| 12:37:13 | 16 | handcuffs to the police officers? |
| 12:37:23 | 17 | A.   Yes. |
| 12:37:23 | 18 | Q.   Did you ever ask that they be loosened? |
| 12:37:27 | 19 | A.   Yeah.   When I became aware that I was |
| 12:37:29 | 20 | in the emergency room and I was in the bed, I said, |
| 12:37:32 | 21 | can you take these off?   They hurt. |
| 12:37:34 | 22 | Q.   It was only at that point with that |
| 12:37:36 | 23 | doctor that you brought that up? |

*J. Kistner - Huggins - 6/27/17*

66

12:37:38 1     **A.**   Well, for whatever reason, the

12:37:41 2  unreasonable police, that I thought they were being

12:37:44 3  unreasonable at that point, I didn't think they

12:37:49 4  were going to be reasonable enough, until they felt

12:37:52 5  themselves in a safe environment, to get these

12:37:55 6  handcuffs off of me.

12:37:58 7     So the doctor told them to take them off,

12:38:00 8  they took them off, and they were swelled up.  And

12:38:03 9  I said, somebody get a camera.  Somebody get a

12:38:05 10  cell phone and take pictures of my hands.  Look

12:38:08 11  what they did to me.

12:38:09 12     **Q.**   So up until that point, you never

12:38:12 13  mentioned anything about your wrists or the

12:38:13 14  handcuffs to the police officers?

12:38:17 15     **A.**   I never mentioned anything to the

12:38:18 16  officer that said he was going to charge me with

12:38:21 17  fraud, no.  And the two female officers, after they

12:38:26 18  left Schmarbeck at 37, I didn't see them again

12:38:29 19  until they were at the hospital.

12:38:32 20     The officer that was driving the police car,

12:38:35 21  the one who had originally talked to Mike at the

12:38:38 22  curb, no.  I was laid back in the back of a police

12:38:42 23  car with my head hurting.  I wasn't about to have

*J. Kistner - Huggins - 6/27/17*

67

12:38:46   1   conversations with these people that had put the

12:38:47   2   handcuffs on me.

12:38:50   3          Was I going to tell them to pull the car

12:38:52   4   over and take the handcuffs off?  No, I wasn't

12:38:54   5   going to do that.

12:38:55   6          There was no really good opportunity, other

12:38:58   7   than once I got to the hospital, to say, you've

12:39:00   8   injured me.  Take these things off.  They're on too

12:39:03   9   tight.  You've brutalized me.

12:39:07   10         No.  I didn't have that chance until I got

12:39:09   11   there.

12:39:09   12         Q.  So for the entire car ride between

12:39:11   13   Schmarbeck and ECMC, you never once brought up the

12:39:13   14   handcuffs or --

12:39:14   15         A.  I pretty much had my head down and

12:39:17   16   said, listen--

12:39:17   17         Q.  I'm just going to direct you just to

12:39:18   18   answer my question.

12:39:19   19         During the drive from Schmarbeck to ECMC,

12:39:21   20   you never brought up the handcuffs or any pain to

12:39:25   21   your wrists to the police officers?

12:39:26   22         A.  No.  No.  Oh, they were well aware I

12:39:29   23   was in pain.  No, I didn't bring it up.

*J. Kistner - Huggins - 6/27/17*

68

12:39:31  1        Q.    How would the police be aware that you

12:39:34  2   were in pain?

12:39:34  3        A.    I was laying down in the back seat of

12:39:36  4   the police car.

12:39:37  5        Q.    Did you ever verbalize that you were in

12:39:39  6   pain to them?

12:39:41  7        A.    Yeah.   They were aware of that when I

12:39:43  8   asked Earl to call an ambulance because I hit my

12:39:46  9   head.

12:39:46  10        Q.    Okay.   But, again, you never asked them

12:39:48  11   for medical treatment yourself?

12:39:52  12        A.    I think the inference was clear by

12:39:53  13   asking for an ambulance, that they were aware of

12:39:58  14   and they had actually canceled ambulance calls.

12:40:00  15        Q.    How do you -- what makes you think they

12:40:03  16   canceled an ambulance?

12:40:12  17        A.    Can I say hearsay?

12:40:13  18        Q.    Well, I mean, any time I ask you a

12:40:15  19   question about what someone's saying, that's

12:40:17  20   hearsay.

12:40:17  21        A.    Okay.   Rachel told me later on, when

12:40:19  22   she was sitting in the window watching all this,

12:40:21  23   crying, with the three babies upstairs, she said,

*J. Kistner - Huggins - 6/27/17*

69

| | |
|---|---|
| 12:40:26 | 1 |

the officer -- the male officer in the passenger
side of the car, the male officer had got on his
radio and -- you know, his little chin strap radio
or shoulder radio, and said, cancel all ambulance
requests from 41, 37, and 33 Schmarbeck.

Q.   But that's nothing that you knew at the
time that this was happening, correct?  Rachel only
tells you this later?

A.   She confirms it later.  I as much as
suspected it when they were beating up on Earl.
When they were brutalizing Earl.  I won't say
beating up.

Q.   So you never heard them do that; you
just speculated that that's what they were doing?

A.   I never heard them do that.

Q.   Okay.

A.   I just -- when's the ambulance going to
get here?  And the ambulance never came.

Q.   Any other injuries that you complained
of at ECMC?

A.   Yeah.  My head.  My arms were pretty
well numb from like here down, my hands, and the
back of my head.  The back of my head hurt really

*J. Kistner - Huggins - 6/27/17*

70

12:41:33 1 | bad.

12:41:34 2 |             Q.   Were you given any instructions to

12:41:36 3 | follow up with or receive other medical treatment?

12:41:40 4 |             A.   I didn't -- I -- those instructions

12:41:43 5 | were issued by the ECMC emergency room, but I never

12:41:47 6 | got them because they were given to the police, who

12:41:50 7 | told the ECMC emergency room staff they were going

12:41:54 8 | to take me to jail.

12:41:56 9 |             And then when we got down to Central

12:41:59 10 | Booking, I was issued an appearance ticket, but

12:42:02 11 | I wasn't released.

12:42:04 12 |             Q.   Okay.  Have you ever had any injuries

12:42:06 13 | to your hands or wrists before?

12:42:11 14 |             A.   Not anything major.  I mean, you get

12:42:13 15 | a cut or something.

12:42:14 16 |             Q.   Ever break your wrist?

12:42:15 17 |             A.   No.  I've never had a broken bone.

12:42:19 18 |             Q.   Any nerve issues ever to your wrists or

12:42:22 19 | hands?

12:42:24 20 |             A.   No.  I had a -- no, I've never had

12:42:29 21 | anything.

12:42:29 22 |             Q.   What about to your head?  Have you ever

12:42:31 23 | suffered any concussions before?

*J. Kistner - Huggins - 6/27/17*

71

| | | |
|---|---|---|
| 12:42:32 | 1 | **A.** No. |
| 12:42:32 | 2 | **Q.** Any type of neurological issues to your |
| 12:42:34 | 3 | head? |
| 12:42:35 | 4 | **A.** Yeah.  I had a schwannoma tumor removed |
| 12:42:39 | 5 | from my spine. |
| 12:42:41 | 6 | **Q.** Is that back surgery, or -- |
| 12:42:43 | 7 | **A.** Yeah. |
| 12:42:43 | 8 | **Q.** -- is that -- |
| 12:42:45 | 9 | **A.** Lower back. |
| 12:42:49 | 10 | **Q.** Does that cause any type of numbness to |
| 12:42:52 | 11 | any extremities of your body? |
| 12:42:55 | 12 | **A.** What I'm experiencing now is not |
| 12:42:57 | 13 | related to my back because I didn't have it until |
| 12:42:59 | 14 | the 1st of January.  I'm not a neurologist. |
| 12:43:05 | 15 | **Q.** Sure.  I'm not either. |
| 12:43:06 | 16 | **A.** And what happens with the top of your |
| 12:43:08 | 17 | back and the bottom of your back and your left and |
| 12:43:10 | 18 | right feet and arms, you read stuff:  Well, this |
| 12:43:14 | 19 | can -- you can get numb here from that.  But no, |
| 12:43:17 | 20 | I don't know. |
| 12:43:17 | 21 | **Q.** When did you have that surgery to your |
| 12:43:19 | 22 | spine? |
| 12:43:22 | 23 | **A.** The last time I worked was in '98, so |

*J. Kistner - Huggins - 6/27/17*

72

12:43:25  1   I'm going to say it was in '98.  I've never worked

12:43:28  2   after that.  Not for a wage.  Not at a job with an

12:43:31  3   hourly wage.

12:43:32  4        Q.   So about 1999 you think you had that

12:43:34  5   surgery?

12:43:34  6        A.   Yeah.  Dr. Enunchuck, Hamburg.  Was

12:43:40  7   performed at Buffalo General.  Dr. Enunchuck is the

12:43:43  8   neurologist, neurosurgeon in Hamburg who did it.

12:43:46  9        Q.   What was the -- during the time at

12:43:49 10   ECMC, did you ever yell at the hospital staff?

12:43:59 11        A.   Yes.

12:44:00 12        Q.   What did you yell at them?

12:44:01 13        A.   I don't want that nurse involved with

12:44:03 14   my care.

12:44:04 15      That was the first nurse that walked in.

12:44:08 16   I'm going to call her the forensic nurse.  After

12:44:11 17   she told me that I jumped on a police car, I was

12:44:14 18   like: Nope.  We're done.  I can tell already

12:44:17 19   you've been tainted.

12:44:17 20        Q.   Did you ever swear or threaten any of

12:44:20 21   the medical staff?

12:44:20 22        A.   No.  I never threatened anybody.

12:44:22 23        Q.   Did you ever swear or yell at the

*J. Kistner - Huggins - 6/27/17*

73

| | | |
|---|---|---|
| 12:44:23 | 1 | police while you were there? |
| 12:44:25 | 2 | A.   I was rather boisterous and loud in my |
| 12:44:28 | 3 | assertions that this foolishness was not going to |
| 12:44:41 | 4 | go unhistorilized.  Does that help you? |
| 12:44:44 | 5 | Q.   Did you use those words? |
| 12:44:46 | 6 | A.   No. |
| 12:44:46 | 7 | Q.   What were the words you were using? |
| 12:44:53 | 8 | A.   I think I -- I think I called the two |
| 12:44:55 | 9 | women feminazis. |
| 12:44:57 | 10 | Q.   Why did you use those terms? |
| 12:44:59 | 11 | A.   Because their costumes kind of |
| 12:45:02 | 12 | resembled Army uniforms, and they had -- there was |
| 12:45:06 | 13 | like flak jackets on that the Army uses, and they |
| 12:45:11 | 14 | kind of walked around and were trying to extend |
| 12:45:13 | 15 | their authority the way a jackbooted thug nazi |
| 12:45:17 | 16 | would be thought of. |
| 12:45:18 | 17 | And I wasn't alive in World War II, but you |
| 12:45:22 | 18 | read and you see movies.  That's how they acted, I |
| 12:45:25 | 19 | think.  And that's the way these were acting.  As |
| 12:45:27 | 20 | though they had somehow arrested a wanted and |
| 12:45:30 | 21 | hardened fugitive and that they are in the right |
| 12:45:33 | 22 | and that what happened here was all his fault. |
| 12:45:38 | 23 | Q.   Did you ever threaten them? |

*J. Kistner - Huggins - 6/27/17*

74

| | | |
|---|---|---|
| 12:45:40 | 1 | A.   I think I told them I was going to go |
| 12:45:44 | 2 | to Internal Affairs. |
| 12:45:45 | 3 | Q.   Did you ever make a report to Internal |
| 12:45:47 | 4 | Affairs? |
| 12:45:47 | 5 | A.   No.  I wouldn't go to Internal Affairs. |
| 12:45:50 | 6 | No. |
| 12:45:50 | 7 | Q.   Why not? |
| 12:46:00 | 8 | A.   I don't think they're independent |
| 12:46:02 | 9 | enough to come to any kind of a reasonably |
| 12:46:06 | 10 | independent determination about anything.  I don't |
| 12:46:10 | 11 | think the police investigating the police can |
| 12:46:12 | 12 | happen. |
| 12:46:15 | 13 | Q.   Do you know how long you were at ECMC |
| 12:46:17 | 14 | for? |
| 12:46:19 | 15 | A.   I was there twice that day. |
| 12:46:24 | 16 | Q.   So let's just talk about the first time |
| 12:46:26 | 17 | then. |
| 12:46:26 | 18 | A.   I'm going to think I was there for |
| 12:46:28 | 19 | three hours, maybe four. |
| 12:46:29 | 20 | Q.   During that period of time, were you |
| 12:46:30 | 21 | ever -- were there other people -- doctors, |
| 12:46:34 | 22 | patients -- around in the area where you were in? |
| 12:46:37 | 23 | A.   No.  The room I was in was a private |

*J. Kistner - Huggins - 6/27/17*

75

12:46:40  1  room.   There were -- there was a door on the right,

12:46:43  2  and there was a door on the left.   They both went

12:46:46  3  out in the hall.

12:46:48  4       And what would happen whenever a clinician

12:46:51  5  would come in is one of these two feminazi cops

12:46:55  6  would walk in and interdict in my care or try to

12:47:02  7  create a narrative for this new clinician that:

12:47:07  8  Oh, yeah.   He jumped out in front of our police

12:47:09  9  car.

12:47:09  10      It was like the more they told the story,

12:47:11  11 the more they thought they were going to be

12:47:14  12 believed.

12:47:14  13      Q.   So about what time were you taken from

12:47:16  14 ECMC to Central Booking?

12:47:20  15      A.   I'm going to say 2, 2:30.

12:47:23  16      I could probably find out exactly looking at

12:47:25  17 documents, but about 2, 2:30.

12:47:28  18      Q.   How were you transported to Central

12:47:30  19 Booking?

12:47:32  20      A.   In a police car.

12:47:33  21      Q.   Did you have any conversation with the

12:47:35  22 police while you were with them during that ride?

12:47:40  23      A.   That was the two women.

*J. Kistner - Huggins - 6/27/17*

76

12:47:41 1          Q.    Same two women from earlier on

12:47:43 2    Schmarbeck?

12:47:44 3          A.    Yeah.   The two women were the same two

12:47:47 4    women officers.   Honest to God, I don't think I

12:47:54 5    said anything to them.

12:47:55 6          Q.    What happened once you got to Central

12:47:56 7    Booking?

12:47:57 8          A.    Well, they strip searched me and looked

12:47:59 9    up my ass.

12:47:59 10         Q.    Who did that?

12:48:01 11         A.    The Central Booking staff.   The Central

12:48:04 12   Booking staff were asking these two officers:

12:48:07 13   What's going to happen to him?   Where is he going

12:48:10 14   to go?   Is he going to go upstairs to jail?   You

12:48:12 15   know, what's going to happen?   Or are they taking

12:48:15 16   him somewhere?

12:48:16 17         And the two women officers wouldn't respond

12:48:18 18   to those queries in my presence.   And so they --

12:48:24 19   sooner than saying, well, he's getting an

12:48:27 20   appearance ticket, so that they didn't have to do a

12:48:29 21   strip search and look up my ass, they decided that

12:48:34 22   they would go ahead and let me be demoralized,

12:48:38 23   dehumanized, and go through this whole experience

*J. Kistner - Huggins - 6/27/17*

77

12:48:41   1   down at Central Booking, and then they would give

12:48:43   2   me -- give the staff the knowledge that I was

12:48:47   3   leaving.  But I really wasn't leaving.  They had

12:48:49   4   more planned.

12:48:50   5         Q.   At any point were you informed what

12:48:54   6   charges were being pressed?

12:48:58   7         A.   The first time I found out what I was

12:49:00   8   being charged with formally was when I was handed

12:49:04   9   the appearance ticket.

12:49:06  10         Q.   You were still in Central Booking at

12:49:08  11   that point?

12:49:08  12         A.   Yeah.

12:49:08  13         Q.   Were you ever placed in a cell?

12:49:16  14         A.   Yeah.  See, I came in, I sat on a bench

12:49:20  15   in a hallway with like a bank teller window, and

12:49:24  16   then I was taken down the hallway and the pictures

12:49:29  17   and the strip search, and then I was brought back.

12:49:31  18         And there was a cell off to the side.  I

12:49:33  19   think she told me to step into the cell, and I

12:49:35  20   walked into the cell, and then she said, no, come

12:49:38  21   out here and sit in the hallway.

12:49:40  22         I think that's -- but I was never in a cell

12:49:42  23   with other inmates, the way you would think of a

J. Kistner - Huggins - 6/27/17

78

12:49:46  1    cell with bars.

12:49:47  2         Q.   Did you ever request medical attention

12:49:49  3    while you were at Central Booking?

12:49:51  4         A.   I had just left the hospital.  I

12:49:54  5    figured the sooner I get this over with, the sooner

12:49:57  6    I can get to a doctor of my own choosing.

12:50:01  7         Q.   So you made no requests to any of the

12:50:02  8    staff at Central Booking for medical treatment?

12:50:04  9         A.   They were -- okay.  This is -- this is

12:50:07  10   in regards to that.  This does answer your question.

12:50:15  11        Inside the bank teller window, the woman

12:50:19  12   that was booking me through, there was an envelope

12:50:24  13   from ECMC, and the lady who was booking us through

12:50:29  14   asked one of the two female police officers:  Where

12:50:33  15   is he coming from?  They said ECMC.  Do you have

12:50:36  16   anything with him?

12:50:38  17        And at this time she was inside this booth,

12:50:42  18   and she opened -- made a flourish to open it up.

12:50:45  19   She says, oh, these must be his medical records.

12:50:47  20   She pulled it out and said, oh, yeah, they're his

12:50:50  21   medical records.

12:50:51  22        And she gave those medical records to the

12:50:54  23   woman that was booking -- that was inside this --

*J. Kistner - Huggins - 6/27/17*

79

| | | |
|---|---|---|
| 12:50:58 | 1 | Q.   Sir, my question, though, was:  Did you |
| 12:51:00 | 2 | ever make a request to any staff at Central |
| 12:51:02 | 3 | Booking? |
| 12:51:03 | 4 | A.   I wasn't there very long.  What I mean |
| 12:51:05 | 5 | by that is I was never asked that question when |
| 12:51:09 | 6 | they took my picture. |
| 12:51:10 | 7 | Q.   Well, my question is:  Did you ever |
| 12:51:12 | 8 | make a request to staff at Central Booking?  It's |
| 12:51:18 | 9 | a yes or no. |
| 12:51:19 | 10 | A.   You're right, it is.  No, I never did. |
| 12:51:23 | 11 | Q.   Were you experiencing any injuries at |
| 12:51:27 | 12 | that point when you were at Central Booking? |
| 12:51:29 | 13 | A.   My head still hurt, but not near as |
| 12:51:32 | 14 | much as it did when I hit the ground. |
| 12:51:33 | 15 | Q.   Were you bleeding? |
| 12:51:34 | 16 | A.   No.  No.  I never had that kind of an |
| 12:51:38 | 17 | injury where, you know, blood was gushing out of |
| 12:51:42 | 18 | me.  The worst that I could see was the handcuff |
| 12:51:46 | 19 | injury and the back of my head.  I couldn't figure |
| 12:51:49 | 20 | out why the back of my head wasn't swelled up.  I |
| 12:51:53 | 21 | kept trying to feel for knots. |
| 12:51:56 | 22 | Q.   You were just experiencing pain there? |
| 12:51:58 | 23 | A.   It hurt. |

*J. Kistner - Huggins - 6/27/17*

| | | |
|---|---|---|
| 12:52:01 | 1 | Q.   Did you ever see a judge? |
| 12:52:02 | 2 | A.   At Central Booking? |
| 12:52:02 | 3 | Q.   Yes. |
| 12:52:04 | 4 | A.   No. |
| 12:52:04 | 5 | Q.   Were you ever taken in to like |
| 12:52:07 | 6 | arraignment? |
| 12:52:07 | 7 | A.   At Central Booking?  No. |
| 12:52:10 | 8 | Q.   And eventually you were given a desk |
| 12:52:13 | 9 | appearance ticket? |
| 12:52:14 | 10 | A.   I signed an appearance ticket.  I don't |
| 12:52:17 | 11 | know if it's a desk appearance. |
| 12:52:22 | 12 | Q.   Sure. |
| 12:52:25 | 13 | How long were you at Central Booking? |
| 12:52:26 | 14 | A.   I'm going to say about an hour.  I |
| 12:52:29 | 15 | might be wrong. |
| 12:52:30 | 16 | Q.   Did there come a time when you were |
| 12:52:31 | 17 | released from Central Booking? |
| 12:52:33 | 18 | A.   No.  They put me back in a police car |
| 12:52:34 | 19 | and took me back to ECMC. |
| 12:52:36 | 20 | Q.   Do you know why you were taken back to |
| 12:52:37 | 21 | ECMC? |
| 12:52:38 | 22 | A.   Not at the time.  They didn't tell me: |
| 12:52:41 | 23 | We're going to take you back to ECMC. |

*J. Kistner - Huggins - 6/27/17*

81

12:52:43  1       When they loaded me into the car at Central

12:52:45  2   Booking, as in taking me out, I thought they were

12:52:49  3   taking me like to Alden Holding Center or some

12:52:52  4   other jail or some other wing of the prison.

12:52:55  5       Q.   Did you ever ask -- did you ever ask

12:52:56  6   where you were going?

12:52:59  7       A.   At this point I'm still under the power

12:53:01  8   and control of these two feminazis, and I don't

12:53:04  9   think I'm going to get a straight answer from them

12:53:07 10   even if I ask them for something, so --

12:53:09 11       Q.   Well, it's a yes or no question, right?

12:53:11 12   I'm going to direct you to answer my question.

12:53:14 13       A.   Okay.

12:53:15 14       Q.   Did you ever ask them where you were

12:53:17 15   going?

12:53:17 16       A.   No.

12:53:18 17       Q.   What happened when you got back to

12:53:21 18   ECMC?

12:53:25 19       A.   We went back in the emergency room, and

12:53:29 20   I'm not really familiar with like the corridors

12:53:34 21   there, but we went through the emergency room and

12:53:38 22   through a bunch of corridors and we got to a door.

12:53:42 23   It was a CPAP unit.

J. Kistner - Huggins - 6/27/17

82

12:53:49   1        Q.    Did you undergo any additional diagnostic

12:53:54   2   testing, like x-rays or CAT scans, when you were

12:53:56   3   there that second time?

12:54:06   4        A.    The question of diagnostic, I -- but

12:54:09   5   I didn't have any like CAT scans or machine

12:54:13   6   diagnostic.

12:54:14   7        Q.    So somebody examined you?

12:54:15   8        A.    Yeah.  I was triaged.

12:54:19   9        Q.    Were you given any medical diagnosis

12:54:21  10   that second stay at ECMC?

12:54:23  11        A.    No.  My understanding -- to be frank,

12:54:31  12   my understanding was gleaned from that experience

12:54:35  13   at the CPAP unit that until halfway through it,

12:54:38  14   they didn't even know I had been in the emergency

12:54:40  15   room that morning, so they were just treating me as

12:54:44  16   if I had been picked up by two policemen and

12:54:47  17   brought there and dropped off.

12:54:49  18        Q.    Did the -- did you speak to a doctor

12:54:52  19   while you were there?

12:54:53  20        A.    After the triage, I spoke to two -- two

12:54:56  21   different people there.  One was a woman.  I think

12:55:00  22   she was a psychiatric nurse.  And then the second

12:55:02  23   one was a man, oriental guy.  I think he was a

*J. Kistner - Huggins - 6/27/17*

83

12:55:07  1  psychiatrist.

12:55:09  2       After the triage, speaking to the woman, I

12:55:13  3  think that interview lasted about five minutes, and

12:55:15  4  then I think the interview with the doctor lasted

12:55:17  5  about two, maybe three minutes.

12:55:19  6       Q.   Did you curse or yell during that exam?

12:55:21  7       A.   No, no, no, no.

12:55:25  8       Q.   Were you prescribed any medication --

12:55:27  9       A.   No.

12:55:27  10      Q.   -- that second trip?

12:55:28  11      A.   No.

12:55:30  12      Q.   At what point did you leave ECMC that

12:55:32  13  second time?

12:55:34  14      A.   The second clinician, the doctor I

12:55:37  15  spoke to for a couple minutes, I essentially

12:55:40  16  explained to him a lot of the ground we've covered

12:55:44  17  here today.  And he said, is there any way I can

12:55:46  18  confirm this?  And I said, well, you can call

12:55:50  19  Rachel.  She was at home.  She watched the whole

12:55:52  20  thing.

12:55:54  21      And he said, so you have a lawyer?  I said,

12:55:56  22  yeah.  I've got a couple of them.  And he said,

12:55:58  23  they're already involved in this?  And I said,

12:56:01    1   yeah, I hope.  And he said, well, let me call

12:56:05    2   Rachel.

12:56:05    3          So he left.  About ten, 15 minutes later, a

12:56:10    4   woman called my name, and I walked up and said,

12:56:13    5   yes.  And she said, you've got the golden ticket.

12:56:15    6   And I said, well, that's Charlie and the Chocolate

12:56:19    7   Factory.  She said, no.  The doctor has ordered

12:56:23    8   your release immediately.

12:56:24    9          Q.   Do you recall the name of that doctor?

12:56:25   10          A.   Not off the top of my.  I've got

12:56:27   11   records that indicate who the guy was.

12:56:30   12          Q.   Okay.

12:56:30   13          A.   But I don't -- I don't remember his

12:56:32   14   name.

12:56:32   15          Q.   Did you leave ECMC of your -- on your

12:56:36   16   own?

12:56:36   17          A.   They were going to get me a cab home,

12:56:38   18   but Rachel had followed essentially where I was

12:56:43   19   most of the day, with the help of other people, and

12:56:48   20   she came to the hospital.

12:56:49   21          I think Earl was watching the three boys,

12:56:52   22   and she came to the hospital, and she picked me up

12:56:55   23   right there at the door, and they had already

*J. Kistner - Huggins - 6/27/17*

85

12:56:57 1  called a cab, but Rachel came and got me.

12:56:59 2       Q.  So at what point did the police leave

12:57:01 3  you at ECMC?

12:57:03 4       A.  When I got to the door of the CPAP

12:57:10 5  unit, my hands were still cuffed, and the one

12:57:13 6  police officer said, do you want me to take the

12:57:15 7  handcuffs off now? We're at the door where the

12:57:21 8  clinicians from the CPAP unit are going to come.

12:57:24 9      And I said, well, you've been brutalizing me

12:57:28 10  all day. I said, now you're going to take the

12:57:33 11  handcuffs off and try to make yourselves look good

12:57:36 12  in front of these CPAP people? I said, how much

12:57:39 13  longer do you think they're going to be on? He

12:57:41 14  said, oh, a minute or so. I said, well, why don't

12:57:44 15  you just let the handcuffs stay on for the next

12:57:46 16  minute.

12:57:46 17       Q.  So you didn't complain about them

12:57:49 18  hurting you or anything?

12:57:49 19       A.  Well, they weren't on excessively at

12:57:53 20  that point in the day. The injury had already been

12:57:56 21  sustained, and they were kind of loose. And I

12:57:58 22  said, well, you know, let's not -- let's show them

12:58:02 23  what you did, you know.

*J. Kistner - Huggins - 6/27/17*

12:58:03  1          Q.   But you didn't ask them to be taken off

12:58:05  2  at the point that they offered to take them off?

12:58:07  3          A.   I asked them how much longer they were

12:58:09  4  going to be on.  They said, another minute or so.

12:58:11  5  I said, well, let the staff see how you treat

12:58:14  6  people when you bring them to CPAP who were

12:58:18  7  completely reasonable.

12:58:18  8          Q.   Did you ever threaten the police in the

12:58:20  9  ride from Central Booking --

12:58:21 10          A.   No.

12:58:21 11          Q.   -- to ECMC?

12:58:22 12          A.   No.

12:58:22 13          Q.   Did you ever curse at them during that

12:58:23 14  ride?

12:58:24 15          A.   No.

12:58:24 16          Q.   Did you have any conversation with them

12:58:26 17  during that ride?

12:58:27 18          I'm sorry.  I think I already asked you

12:58:29 19  that.

12:58:30 20          A.   The first two male officers or the

12:58:32 21  second set of female officers?

12:58:34 22          Q.   Second set of females.

12:58:35 23          A.   No.  I don't think I had any -- I don't

*J. Kistner - Huggins - 6/27/17*

87

12:58:38  1  think I had any conversation with them.

12:58:46  2          Q.    When were you arraigned on criminal

12:58:49  3  charges?

12:58:55  4          A.    It was unusual, because it was ten or

12:58:58  5  12 days after.

12:58:59  6          When they gave me that appearance ticket,

12:59:01  7  they gave me an appearance ticket for a felony, and

12:59:05  8  then I had to come back for the arraignment like

12:59:08  9  ten or 12 days later.

12:59:09 10          Q.    Did the ticket direct you what day to

12:59:11 11  come back to court?

12:59:11 12          A.    Yeah.

12:59:11 13          Q.    Do you recall what judge you appeared

12:59:13 14  in front of?

12:59:13 15          A.    McLeod.

12:59:16 16          Q.    Was it the same judge every time?

12:59:19 17          A.    Yeah.

12:59:20 18          Q.    Do you recall how many times you went

12:59:21 19  back to court?

12:59:26 20          A.    If I said six or seven.

12:59:33 21          Q.    On your first arraignment did you enter

12:59:38 22  a plea?

12:59:43 23          A.    I think I did, but I can't remember for

*J. Kistner - Huggins - 6/27/17*

88

12:59:44  1  sure.

12:59:45  2       Q.   Okay.  Did you have an attorney with

12:59:48  3  you?

12:59:48  4       A.   I can't remember if Jim was in the

12:59:51  5  arraignment at that point.  I'm pretty sure he was,

12:59:54  6  because at that point, I didn't know I had been

12:59:57  7  charged with a felony, and I think it was at the

12:59:59  8  arraignment that Jim discovered that it was a

13:00:02  9  felony charge for the first time.  We thought that

13:00:04 10  they had charged me with a misdemeanor.

13:00:06 11       Q.   Was Jim your attorney on the criminal

13:00:08 12  matter?

13:00:09 13       A.   Yes.

13:00:09 14       Q.   Did you incur any fees or expenses as a

13:00:12 15  result of the criminal case?

13:00:17 16       A.   Yes.

13:00:20 17       Q.   What type of fees did you -- or

13:00:22 18  expenses did you incur?

13:00:25 19       A.   Well, I had to pay Jim to represent me

13:00:27 20  in the felony, and there was a violation attached

13:00:30 21  to that as well.

13:00:31 22       Q.   So was there a court mandated fee?

13:00:35 23       A.   No.

*J. Kistner - Huggins - 6/27/17*

89

13:00:36 1      Q.   I'm sorry.  A violation means one thing

13:00:37 2 to me.  Let me just clarify.  What do you mean by

13:00:40 3 violation?

13:00:41 4      A.   A V is below a misdemeanor?

13:00:45 5      Q.   Sure.  Did you end up pleading guilty

13:00:49 6 to a violation?

13:00:50 7      A.   No.  Both the charges were dismissed.

13:00:52 8      Q.   Okay.  Do you know why they were

13:00:53 9 dismissed?

13:01:06 10     A.   I believe it was because I didn't -- I

13:01:07 11 wasn't guilty of either one of them.  If there's a

13:01:10 12 legal minutia in there.

13:01:12 13     Q.   Do you know if they were outright

13:01:13 14 dismissed, or did you take what's called an ACD?

13:01:16 15     A.   No.  They were outright dismissed.

13:01:18 16     Q.   Did you ever give any testimony -- did

13:01:20 17 you ever appear in the grand jury regarding that?

13:01:27 18     A.   No.  The charges -- the felony, they

13:01:29 19 never had a felony hearing and that was never

13:01:31 20 presented to the grand jury.  I was willing to

13:01:34 21 testify at the grand jury but that never happened.

13:01:36 22     Q.   Did you ever give -- I'm sorry.  I may

13:01:39 23 have just asked you this again.  Did you ever give

*J. Kistner - Huggins - 6/27/17*

13:01:41  1  any testimony regarding this incident during the

13:01:44  2  criminal case?

13:01:49  3       A.   No.

13:01:50  4       Q.   Are you aware if any police officers

13:01:53  5  gave any testimony during the criminal case?

13:01:55  6       A.   They made sworn statements.  Part of a

13:02:02  7  complaint would be a sworn affidavit.

13:02:04  8       Q.   Sure.  So you're aware of a complaint.

13:02:07  9  Are you aware of them testifying in court at all?

13:02:08 10       A.   I'm not aware of them testifying in

13:02:10 11  court.

13:02:10 12       And there's an additional sworn statement

13:02:13 13  which one of the two female officers made that

13:02:20 14  provided my entry into the CPAP unit.  So there is

13:02:27 15  a -- under mental health law, she had to make a

13:02:29 16  sworn statement there too, so there were two sworn

13:02:33 17  statements by her.

13:02:43 18       Q.   Do you recall the ADA who handled the

13:02:45 19  criminal matter?

13:02:47 20       A.   No, I don't.  It was a man.

13:02:56 21       Q.   Aside from yourself, Earl, Rachel, and

13:03:01 22  the police officers present, are you aware if there

13:03:04 23  were any other witnesses to what happened on

*J. Kistner - Huggins - 6/27/17*

13:03:07  1  January 1st, 2017?

13:03:09  2       A.   Mike Wolfe might have been in his house

13:03:11  3  looking out the window.

13:03:12  4       Q.   Did you ever discuss this incident with

13:03:14  5  him?

13:03:16  6       A.   No.

13:03:19  7       Q.   I know you mentioned before that Mike,

13:03:23  8  shortly thereafter, stopped being your tenant.  Did

13:03:25  9  that have any connection to this incident?

13:03:28  10      A.   No.  He was well on his way gone before

13:03:29  11  this ever happened.  In fact, that's why -- one of

13:03:32  12  the reasons I took Earl downstairs and said, let's

13:03:34  13  go find out from these cops what's going on.

13:03:37  14      Because I have a lot of tenants from

13:03:40  15  Restoration, and I have a lot of tenants with

13:03:43  16  mental health problems, and they get in weird

13:03:46  17  things where they're in crisis in weird ways, and

13:03:49  18  if you know them and you've known them for four or

13:03:52  19  five months, sometimes you can see that.

13:03:54  20      But if you're a policeman and you pull up at

13:03:56  21  the curb and you talk to them for 30 seconds,

13:03:58  22  sometimes you don't know or sometimes you don't

13:04:01  23  care.  And in Buffalo's great open-air prison, the

J. Kistner - Huggins - 6/27/17

92

13:04:06  1  East Side, a lot of the policemen don't care if

13:04:09  2  they're having a problem.  Let's just get out of

13:04:11  3  here.

13:04:13  4          Q.    So I know you mentioned you had pain to

13:04:15  5  the back of your head, pain to your wrists,

13:04:17  6  numbness to your hands.

13:04:18  7          Any other injuries you suffered on

13:04:19  8  January 1st, 2017?

13:04:22  9          A.    The extent of my injuries right now

13:04:24 10  that I can -- that I relate directly to this, I

13:04:31 11  think I have rotator cuff injuries or something's

13:04:34 12  wrong with my shoulders.  Particularly my right

13:04:36 13  side.  I have numbness, and it moves, but I have

13:04:42 14  problems with my wrists, my elbow, and my shoulder

13:04:46 15  on the right side.  This hurts to touch.  And the

13:04:50 16  left side, the same thing, but to a lesser extent.

13:04:52 17  It comes and goes less over here.

13:04:55 18          Q.    After ECMC on those two days, did you

13:04:57 19  receive any other medical treatment after that?

13:04:58 20          A.    I went to see my primary.

13:05:01 21          Q.    Who is your primary?

13:05:05 22          A.    It's 1500 Broadway.  I want to tell you

13:05:13 23  her name, but I can't.

*J. Kistner - Huggins - 6/27/17*

93

13:05:14  1          Q.   Do you know the name of the practice

13:05:16  2   group or -- that she's in?

13:05:18  3          A.   No.  St. Vincent.  It's in a medical

13:05:23  4   mall at 1500 Broadway.

13:05:27  5          Q.   Did your primary care do any diagnostic

13:05:29  6   testing on your shoulder or any other body parts as

13:05:32  7   a result of this?

13:05:33  8          A.   That was the first time I had ever seen

13:05:35  9   her.  It was the first time I ever seen my primary

13:05:39 10   care physician, and she interviewed me, and she

13:05:42 11   said, what do you want to do?  I said, well, I

13:05:45 12   think I need to see a neurologist.  So she referred

13:05:49 13   me to a neurologist.

13:05:50 14          Q.   What's the name of the neurologist?

13:05:52 15          A.   The one -- I can't remember the one she

13:05:56 16   referred me to, but I'm still waiting to see a

13:05:58 17   neurologist.  A lot of this is supposed to go away

13:06:01 18   on its own.  A lot of the handcuff injury, with

13:06:07 19   time, it goes away on its own.

13:06:10 20          Q.   Is that what your primary care told

13:06:12 21   you?

13:06:13 22          A.   No.  My primary care doctor, she

13:06:15 23   essentially read the ECMC medical report and kind

*J. Kistner - Huggins - 6/27/17*

94

13:06:20  1  of reiterated what they said:  Medical records from

13:06:24  2  ECMC indicate he jumped on a police car.  That is

13:06:29  3  counter to what he tells me.

13:06:33  4       Q.   Did you ever end up actually getting

13:06:35  5  examined by a neurologist?

13:06:37  6       A.   No, not yet.

13:06:37  7       Q.   Do you have an upcoming appointment

13:06:40  8  scheduled?

13:06:48  9       A.   No.  The money has prevented that.  As

13:06:51 10  soon as they find out there's a lawsuit, they want

13:06:53 11  cash.  They will not accept Obamacare or any kind

13:06:57 12  of health insurance.

13:06:57 13       I've talked to two neurologist offices, and

13:06:59 14  the one said, well, if you're suing somebody,

13:07:01 15  you've got to bring us cash.  And then the other

13:07:03 16  one said the same thing.  But one was a little bit

13:07:06 17  cheaper than the other one.

13:07:07 18       And I wanted to stick with Catholic Health,

13:07:09 19  so I've got one; now all I've got do is get the

13:07:13 20  money to go see one.

13:07:14 21       Q.   So I take it by what you just said, you

13:07:17 22  don't have medical insurance?

13:07:17 23       A.   No.  I'm eligible for -- to apply for

*J. Kistner - Huggins - 6/27/17*

95

13:07:20 1 | Obamacare.

13:07:21 2 |     Q.   But you don't currently have it?

13:07:23 3 |     A.   No.

13:07:24 4 |     Q.   Do you have any Medicaid or anything

13:07:25 5 | else that's provided?

13:07:26 6 |     A.   No.  I'm 57.  I'm not eligible for that

13:07:30 7 | yet, I don't think.

13:07:31 8 |     Q.   Have you incurred any out-of-pocket

13:07:34 9 | expenses as a result of your injuries?

13:07:36 10 |     A.   To me, a lot, but I can't reiterate

13:07:41 11 | them right now or tell you what they are.

13:07:43 12 |     Q.   Do you know what those expenses related

13:07:45 13 | to?

13:07:46 14 |     A.   Well, every time you come to court

13:07:48 15 | downtown, it costs to go -- you've got to take the

13:07:53 16 | bus.  If somebody comes down with you or brings you

13:07:58 17 | down, you've got to pay to park.

13:08:01 18 |     Q.   Well, how did you get to court?  Either

13:08:03 19 | the bus or someone drives you?

13:08:04 20 |     A.   The bus or somebody picked me up and

13:08:08 21 | would drive me.

13:08:08 22 |     I had to pay for the lawyer's fee in the

13:08:10 23 | criminal.  That was cash.

*J. Kistner - Huggins - 6/27/17*

96

13:08:11 1      There are a lot of incidentals.  You come

13:08:18 2 down here, you spend all day down here in City

13:08:22 3 Court, are you allowed to eat?

13:08:24 4      Q.   Well, that's what I'm trying to figure

13:08:25 5 out.  Right.  Because you're making a claim for

13:08:28 6 some economic loss as a result of this, and I'm

13:08:29 7 trying to quantify that by asking you what your

13:08:32 8 out-of-pockets were.

13:08:33 9      A.   I would like to qualify that for you

13:08:35 10 right now, but I can't.  I just can't.

13:08:37 11      Q.   Sure.

13:08:38 12      Any other injuries aside from the right

13:08:40 13 shoulder, numbness, pain to your wrists, and pain

13:08:42 14 to the back of your head?

13:08:44 15      A.   Not that I know of.

13:08:46 16      Q.   Aside from the appointment with your

13:08:48 17 primary care, have you received any other medical

13:08:51 18 assessments or treatment?

13:08:54 19      A.   No.  I'd like to see a neurologist.

13:08:56 20 I'd like to see a doctor to find out what's wrong

13:08:58 21 with my arms.  But no, I have not yet.

13:09:00 22      Q.   Any mental health treatment as a result

13:09:02 23 of this incident?

*J. Kistner - Huggins - 6/27/17*

97

| | | |
|---|---|---|
| 13:09:03 | 1 | A.    No. |
| 13:09:04 | 2 | Q.    Any prior injury to your right |
| 13:09:06 | 3 | shoulder? |
| 13:09:08 | 4 | A.    No. |
| 13:09:16 | 5 | Q.    Do any of the injuries from January 1st |
| 13:09:18 | 6 | prevent you from doing daily activities in your |
| 13:09:22 | 7 | life? |
| 13:09:22 | 8 | A.    There's a lot.  It's getting worse too. |
| 13:09:26 | 9 | I used to try to keep -- do all the repairs myself. |
| 13:09:31 | 10 | Whatever broke, I'd try to fix it.  I've been doing |
| 13:09:34 | 11 | that about a decade.  A lot of stuff I've got to |
| 13:09:37 | 12 | ask Earl to help me with now.  I mean, simple stuff |
| 13:09:40 | 13 | like taking out the garbage cans every week. |
| 13:09:46 | 14 | My hands numb in one thumb right now when |
| 13:09:49 | 15 | I'm talking to you.  And a couple of times I've |
| 13:09:55 | 16 | dropped stuff.  Using a hammer, because I'm |
| 13:09:59 | 17 | right-handed, a couple of times I've been using a |
| 13:10:01 | 18 | hammer and just dropped the hammer.  Just dropped |
| 13:10:03 | 19 | it.  That's -- |
| 13:10:06 | 20 | Q.    Have you had to hire anybody to help |
| 13:10:08 | 21 | you out around the properties? |
| 13:10:09 | 22 | A.    Well, Earl's going to have -- when Earl |
| 13:10:12 | 23 | gets back from this, he'll hopefully be there. |

*J. Kistner - Huggins - 6/27/17*

98

13:10:17  1    Q.   While Earl's gone are you going to have

13:10:20  2  to hire anybody to help you out?

13:10:21  3    A.   It depends on whether or not I can find

13:10:23  4  anybody that wants to make peanuts taking out the

13:10:27  5  garbage once a week or make peanuts mowing the

13:10:31  6  grass.  There's not a lot of money to be made.

13:10:32  7    Q.   Any physical therapy since January 1st?

13:10:35  8    A.   Not yet.  But, again, not for want of

13:10:40  9  trying.  Just for want of resources.

13:10:41 10    Q.   Have you taken any medication to deal

13:10:43 11  with your pain or numbness, over the counter or

13:10:49 12  prescribed?

13:10:50 13    A.   No.

13:11:04 14    Q.   Did you take any photographs of any of

13:11:06 15  the injuries you suffered that day?

13:11:10 16    A.   I think I tried to get Earl and Rachel

13:11:13 17  to take pictures of the hands after I was out of

13:11:18 18  the hospital, but that's it.

13:11:24 19    Q.   So were photographs taken?

13:11:26 20    A.   Yeah, but I don't know if they survive.

13:11:28 21    Q.   Who took the photographs?

13:11:30 22    A.   I think Earl and Rachel both took some

13:11:34 23  because they've got different kind of phones and

*J. Kistner - Huggins - 6/27/17*

99

13:11:37  1    the pictures turn out different.

13:11:42  2            Q.    Have you suffered any loss of income as

13:11:45  3    a result of what happened on January 1st, 2017,

13:11:49  4    aside from like the expenses for parking and bus

13:11:52  5    that you've already listed?

13:12:00  6            A.    I'm going to say no.

13:12:05  7            Q.    Did you keep any records or written

13:12:07  8    statements regarding your injuries or this

13:12:09  9    incident?

13:12:11  10           A.    That I produced?

13:12:12  11           Q.    Yes.

13:12:15  12           A.    No.    I think I might have made some

13:12:18  13   notations on medical records that I was able to get

13:12:20  14   later on, but no, I didn't -- you mean like write a

13:12:25  15   description or a diary?

13:12:27  16           Q.    Sure.

13:12:27  17           A.    No.

13:12:28  18           Q.    The notations that you recorded on the

13:12:29  19   medical records, what were they in regards to?

13:12:33  20           A.    More highlighting than anything.    More

13:12:36  21   just highlighting.    Like if I saw something that I

13:12:38  22   didn't think was completely accurate, I'd highlight

13:12:41  23   it.

*J. Kistner - Huggins - 6/27/17*

100

13:12:41   1          Q.   And did you note what you thought

13:12:43   2   actually happened --

13:12:44   3          A.   No.

13:12:44   4          Q.   -- compared to what was recorded?

13:12:46   5          A.   No.   No.   I -- I can give you an

13:12:49   6   example of that.   It kind of jumps out at me.

13:12:54   7          After I left the CPAP unit and about ten

13:12:58   8   days later I went and saw my primary, she said, in

13:13:02   9   her two paragraphs that she wrote after she looked

13:13:07  10   at the ECMC records, that the doctor had -- the

13:13:11  11   psychiatrist had diagnosed me with a disorder in

13:13:15  12   his three-minute conversation with me.   And that

13:13:22  13   was the first I found out about it is when I was

13:13:25  14   talking to that primary ten days later.

13:13:26  15          Q.   Had you ever been diagnosed with --

13:13:28  16          A.   No.

13:13:28  17          Q.   When you say disorder, do you mean

13:13:31  18   mental health related disorder he diagnosed you

13:13:33  19   with, as opposed to some sort of physical --

13:13:40  20          A.   I can tell you the name of it.   It's

13:13:41  21   sitting in that envelope over there, if I can just

13:13:44  22   for a second look.

13:13:44  23          Q.   Sure.   Just let me know what you're

*J. Kistner - Huggins - 6/27/17*

101

13:13:46  1    looking at.

13:13:54  2         A.   Adjustment disorder.

13:13:57  3         Q.   And is that one of the records that

13:13:58  4    like you made notations on?

13:14:00  5         A.   No.  This is the record from Catholic

13:14:03  6    Health where I saw the primary that day.

13:14:05  7         Q.   Oh, okay.  So your primary physician's

13:14:08  8    at Catholic Health?

13:14:10  9         A.   Yeah.  And I didn't give you her name.

13:14:15  10        Visit with Jung.  J-I-Y-E-O-N is her first

13:14:23  11   name, and her last name is Jung, J-U-N-G, M.D.

13:14:28  12        Q.   What day did you see her?

13:14:32  13        A.   What date is this dated?

13:14:36  14        1/10.  A week later.  Ten days later.

13:14:40  15        Q.   And aside from that visit with your

13:14:43  16   primary care on January 10th, you've had no other

13:14:45  17   actual examinations?

13:14:46  18        A.   Yeah.  That's the last one.  I couldn't

13:14:48  19   even afford that one.

13:14:49  20        Q.   Ever been diagnosed with depression or

13:14:52  21   other mental health related --

13:14:54  22        A.   No.

13:14:54  23        Q.   -- disorders before?

*J. Kistner - Huggins - 6/27/17*

102

13:14:55  1        A.    No.

13:14:57  2        Q.    Have you given any interviews to the

13:14:59  3   media with regard to this incident?

13:15:02  4        A.    Not yet.

13:15:03  5        Q.    Do you plan to?

13:15:07  6        A.    I don't think so.

13:15:10  7        Q.    Have you had any interactions with the

13:15:13  8   Buffalo Police Department since this incident?

13:15:16  9        A.    No.

13:15:22 10        MR. OSTROWSKI:  You can't participate.

13:15:24 11        MS. HUGGINS:  You can't say anything.

13:15:25 12        THE WITNESS:  I'm sorry.

13:15:25 13        MS. HUGGINS:  So I guess the record should

13:15:27 14   indicate that your son has now said something to

13:15:29 15   you during this.

13:15:30 16        THE WITNESS:  Yeah.  He reminded me of

13:15:32 17   something.  I'm sorry.

13:15:32 18        BY MS. HUGGINS:

13:15:33 19        Q.    Without -- without having your son

13:15:35 20   remind you of something, have you had any -- do you

13:15:39 21   have a recollection of having interactions with the

13:15:40 22   police since this incident?

13:15:42 23        A.    No.  But with his reminding me, I do.

*J. Kistner - Huggins - 6/27/17*

103

13:15:46  1      Q.   What was the nature of that

13:15:47  2   interaction?

13:15:47  3      A.   33, where I stay in the back of 33, the

13:15:54  4   door was kicked in over there about between 1 o'clock

13:15:56  5   in the morning and 4, when I was next door watching

13:15:59  6   the kids, and that was reported.

13:16:06  7      Q.   To the police?

13:16:07  8      A.   To the police.   They came, they took

13:16:09  9   the report, and they left.   And it was one officer

13:16:12 10   there.

13:16:12 11      Q.   Was it any of the officers that you saw

13:16:14 12   on --

13:16:14 13      A.   No.

13:16:14 14      Q.   -- January 1st?

13:16:16 15      A.   No.   No.

13:16:18 16      Q.   Aside from the testimony you're giving

13:16:20 17   with me today, have you had any other conversations

13:16:23 18   with City of Buffalo employees regarding this

13:16:25 19   incident on January 1st?

13:16:28 20      A.   I don't think so.   I don't think I know

13:16:32 21   any City of Buffalo employees.

13:16:34 22      Q.   Have you made a claim against any other

13:16:38 23   party aside from the City of Buffalo with regard to

13:16:40  1  this incident?

13:16:44  2      **A.**   No.   Other than the stuff that Jim has

13:16:46  3  done, no.

13:16:47  4      **Q.**   Do you have any social media accounts?

13:16:49  5      **A.**   Yeah.

13:16:50  6      **Q.**   Did you write anything about this

13:16:51  7  incident on your social media?

13:16:56  8      **A.**   Oh, my.   No, I don't think so.   Not

13:16:59  9  overtly.   I didn't refer to it overtly.   No.   I

13:17:04  10 think I can honestly say no, I didn't.

13:17:07  11     **Q.**   So if you say not overtly, do you mean

13:17:10  12 to suggest that you might have wrote something that

13:17:12  13 vaguely references this?

13:17:15  14     **A.**   Yeah.

13:17:16  15     **Q.**   What did --

13:17:17  16     **A.**   Not the minutia of it, but the fact

13:17:19  17 that people are arrested, taken to forensic

13:17:23  18 centers, denied appropriate medical care, and that

13:17:26  19 the police lie.   Yeah, that I have referenced on my

13:17:30  20 social media account.

13:17:31  21     **Q.**   What type of social media accounts do

13:17:33  22 you have?

13:17:33  23     **A.**   All I have is Facebook.   I don't tweet

*J. Kistner - Huggins - 6/27/17*

105

13:17:36  1  or anything else like that.

13:17:37  2       Q.   What's your user name on Facebook?

13:17:39  3       A.   James Kistner.

13:17:41  4       Q.   Is it public or private?

13:17:43  5       A.   It's public.

13:17:49  6       Q.   Do you mean to suggest that you were

13:17:51  7  denied medical care on January 1st, 2017?

13:17:54  8       A.   I mean to suggest that I was denied

13:17:57  9  appropriate medical care on January 1st.

13:17:59  10       The officers at Schmarbeck should have

13:18:03  11  allowed the ambulance to come.  They should have

13:18:06  12  allowed me to go to the hospital of my choosing,

13:18:10  13  like a Catholic Health hospital, not a forensic

13:18:14  14  unit.

13:18:14  15       And they didn't do that because they were

13:18:17  16  more concerned with trying to cover up the fact

13:18:19  17  that they'd run somebody over with a police car

13:18:23  18  than they were -- they had just injured somebody

13:18:26  19  and he was laying in the middle of the street.

13:18:28  20       Q.   Well, did you ever make a request to go

13:18:30  21  to a Catholic Health hospital to the Buffalo Police

13:18:34  22  Department?

13:18:34  23       A.   My son was calling an ambulance and

*J. Kistner - Huggins - 6/27/17*

106

13:18:36  1  they told him to stop.

13:18:37  2      Q.   So it's --

13:18:38  3      A.   They were well-aware I wanted to go

13:18:40  4  there.

13:18:40  5      Q.   I want to just direct you to answer my

13:18:42  6  specific question.  Did you ever make a request to

13:18:44  7  the police, on January 1st, 2017, to go to a

13:18:46  8  Catholic Health hospital?

13:18:49  9      A.   I thought I was going to jail.  No.

13:18:51  10      Q.   Okay.  Did you ever make a request for

13:18:54  11  any other type of specific medical treatment that

13:18:57  12  you deemed appropriate for yourself on January 1st,

13:19:00  13  2017, to the Buffalo Police Department?

13:19:02  14      A.   Yeah.  After they had brutalized me and

13:19:04  15  put the handcuffs on and I was in the hospital, I

13:19:07  16  asked them to take the handcuffs off because they

13:19:09  17  had hurt my wrists with the handcuffs and that they

13:19:12  18  had injured me and --

13:19:14  19      Q.   That was that first trip to ECMC?

13:19:16  20      A.   Yeah.

13:19:17  21      Q.   Okay.

13:19:20  22      A.   In the morning.

13:19:22  23      Q.   So with regard that post you think you

*J. Kistner - Huggins - 6/27/17*

107

13:19:24  1  did on Facebook that might vaguely reference

13:19:27  2  this --

13:19:27  3        A.   You're -- you're more than -- I'm

13:19:28  4  sorry.

13:19:28  5        Q.   -- I'm going to ask you just to

13:19:31  6  preserve it, and I will make a request through your

13:19:33  7  attorney for a copy of it.

13:19:34  8        A.   I -- like I said, I don't think there

13:19:37  9  is one, so I would be preserving something that

13:19:40  10  doesn't exist.  I don't think there are any

13:19:42  11  specific references to this.

13:19:47  12        My Facebook account is yours to copy.  It's

13:19:51  13  public.  You can go on there and print all of it or

13:19:54  14  any part of it, but if you want to admit that you

13:19:57  15  want to talk about part of it, then talk about all

13:20:00  16  of it.

13:20:00  17        Q.   The -- have you ever been involved in

13:20:03  18  any civil lawsuits before?

13:20:06  19        A.   Yeah.  I've had small claims as a

13:20:09  20  landlord, and I've had --

13:20:16  21        Q.   Have you ever filed any prior notices

13:20:17  22  of claim against the City of Buffalo?

13:20:19  23        A.   No.

*J. Kistner - Huggins - 6/27/17*

108

13:20:28  1          **MS. HUGGINS:**  I don't have any other

13:20:30  2  questions.

13:20:32  3          **MR. OSTROWSKI:**  Thanks a lot.

4          (Proceedings concluded at 1:20 p.m.)

5

6                              *       *       *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

1   STATE OF NEW YORK)

2                    SS:

3   COUNTY OF ERIE   )

4

5       I DO HEREBY CERTIFY as a Notary Public in and

6   for the State of New York, that I did attend and

7   report the foregoing proceedings, which were taken

8   down by me in a verbatim manner by means of machine

9   shorthand.  Further, that the proceedings were then

10  reduced to writing in my presence and under my

11  direction.  That the proceedings were taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18      _____

19      ANNE T. BARONE, RPR,
        Notary Public.

20

21

22

23