

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# E

**JAMES KISTNER**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------
JAMES C. KISTNER,

                   Plaintiff,

           - vs -     Civil Action No.
                        18-cv-00402

THE CITY OF BUFFALO,
  c/o Corporation Counsel,
BYRON LOCKWOOD, individually and in
  his capacity as Police Commissioner
  of the Buffalo Police Department,
DANIEL DERENDA, individually and in his
  capacity as Police Commissioner of the
  Buffalo Police Department,
LAUREN McDERMOTT, individually and
  in her capacity as a Buffalo Police Officer,
JENNY VELEZ, individually and in her
 capacity as a Buffalo Police Officer,
KARL SCHULZ, individually and in his
  capacity as a Buffalo Police Officer,
KYLE MORIARTY, individually and in his
  capacity as a Buffalo Police Officer,
DAVID T. SANTANA, individually and in his
  capacity as a Buffalo Police Officer,
JOHN DOE(S), individually and in his/their
  capacity as a Buffalo Police Officer(s),
                    Defendants.
------------------------------------------

*JACK W. HUNT & ASSOCIATES, INC.*

CITY OF BUFFALO
DEPARTMENT OF LAW

FEB 2 1 2020

RECEIVED
WEH

2

1              Examination before trial of **JAMES KISTNER**,

2    Plaintiff, taken pursuant to the Federal Rules of

3    Civil Procedure, in the law offices of RUPP BAASE

4    PFALZGRAF & CUNNINGHAM, LLC, 1600 Liberty Building,

5    Buffalo, New York, on February 6, 2020, commencing

6    at 10:20 a.m., before ANNE T. BARONE, RPR, Notary

7    Public.

8

9    APPEARANCES:        RUPP BAASE
                         PFALZGRAF & CUNNINGHAM, LLC,
10                       By CHAD DAVENPORT, ESQ.,
                         1600 Liberty Building,
11                       Buffalo, New York  14202,
                         (716) 854-3400,
12                       davenport@ruppbaase.com,
                         Appearing for the Plaintiff.
13
                         TIMOTHY A. BALL, ESQ.,
14                       Corporation Counsel,
                         By MAEVE E. HUGGINS, ESQ.,
15                       Assistant Corporation Counsel,
                         1137 City Hall,
16                       Buffalo, New York  14202,
                         (716) 851-4334,
17                       mhuggins@city-buffalo.com,
                         Appearing for the Defendants.
18

19

10:20:59 20  J A M E S   K I S T N E R, 37 Schmarbeck, Buffalo,

10:21:12 21  New York  14212, after being duly called and sworn,

10:21:12 22  testified as follows:

10:21:19 23

3

| | | |
|---|---|---|
| 10:21:19 | 1 | **EXAMINATION BY MS. HUGGINS:** |
| 10:21:19 | 2 | |
| 10:21:19 | 3 | Q.   Good morning, Mr. Kistner.  We met |
| 10:21:22 | 4 | again for a second time just a moment ago off the |
| 10:21:25 | 5 | record.  My name is Maeve Huggins.  I'm an attorney |
| 10:21:27 | 6 | for the City of Buffalo.  We're here today for your |
| 10:21:30 | 7 | deposition in regards to a federal lawsuit that you |
| 10:21:32 | 8 | filed involving an incident with the Buffalo Police |
| 10:21:36 | 9 | Department. |
| 10:21:37 | 10 | Have you given any sworn testimony since |
| 10:21:39 | 11 | your 50-h in June of 2017? |
| 10:21:43 | 12 | A.   No. |
| 10:21:43 | 13 | Q.   Okay.  I'd just like to review the |
| 10:21:46 | 14 | ground rules before we proceed with the deposition. |
| 10:21:48 | 15 | We have -- you're under oath, obviously, |
| 10:21:50 | 16 | and we have a reporter here who's taking down |
| 10:21:52 | 17 | everything that's being said. |
| 10:21:54 | 18 | For the sake of the reporter and so that we |
| 10:21:55 | 19 | have a clean record, I'd ask that you allow me to |
| 10:21:57 | 20 | finish my question before you answer.  I'll extend |
| 10:21:59 | 21 | the same courtesy to you and allow you to finish |
| 10:22:01 | 22 | before I move on to the next question. |
| 10:22:03 | 23 | If at any point you don't understand my |

Kistner - Huggins - 2/6/20

4

| 10:22:05 | 1 | question, please let me know.  I'm happy to |
| 10:22:08 | 2 | rephrase it. |
| 10:22:10 | 3 | The reporter can only take down verbal |
| 10:22:12 | 4 | responses, so I'd ask that your responses be |
| 10:22:15 | 5 | verbal.  To the extent that you want to talk with |
| 10:22:17 | 6 | your hands or demonstrate something, I would just |
| 10:22:19 | 7 | verbalize it for the record so that we have it |
| 10:22:21 | 8 | memorialized. |
| 10:22:22 | 9 | If you need a break at any point, we can |
| 10:22:25 | 10 | take one.  I'm just going to ask that if there's |
| 10:22:27 | 11 | a question pending, that you answer it before we |
| 10:22:29 | 12 | break.  Fair enough? |
| 10:22:30 | 13 | A.    Yeah. |
| 10:22:33 | 14 | Q.    Oh.  And I should say this:  Mm-hmm, |
| 10:22:35 | 15 | shoulder shrugs, yeah, nah, those are difficult for |
| 10:22:40 | 16 | her to record accurately, so I would just ask that |
| 10:22:42 | 17 | you avoid those, if possible. |
| 10:22:44 | 18 | Obviously, at some point this may become |
| 10:22:47 | 19 | conversational, but for the sake of the record, I'd |
| 10:22:49 | 20 | ask that you avoid those type of words. |
| 10:22:51 | 21 | Before coming in today, have you taken any |
| 10:22:54 | 22 | medications within the -- |
| 10:22:55 | 23 | A.    No. |

*Kistner - Huggins - 2/6/20*

5

| | | |
|---|---|---|
| 10:22:56 | 1 | Q. -- last -- |
| 10:22:57 | 2 | MR. DAVENPORT: Yeah. You've got to wait |
| 10:22:59 | 3 | for her to finish her question. |
| 10:23:00 | 4 | THE WITNESS: Okay. |
| 10:23:00 | 5 | BY MS. HUGGINS: |
| 10:23:01 | 6 | Q. It's okay. Everyone does it, and |
| 10:23:03 | 7 | sometimes this becomes conversational, but she is |
| 10:23:06 | 8 | quite literally typing down every word we say. |
| 10:23:08 | 9 | A. Okay. |
| 10:23:09 | 10 | Q. And it's tough if we speak over each |
| 10:23:11 | 11 | other. |
| 10:23:11 | 12 | So before coming in today, in the last |
| 10:23:14 | 13 | 24 hours have you taken any medications that would |
| 10:23:16 | 14 | inhibit your ability to give truthful testimony? |
| 10:23:20 | 15 | A. No medications. |
| 10:23:21 | 16 | Q. Okay. Are there any medications that |
| 10:23:23 | 17 | you should have been taking that you did not within |
| 10:23:25 | 18 | the last 24 hours? |
| 10:23:26 | 19 | A. No. |
| 10:23:31 | 20 | Q. Have you consumed any drugs, alcohol, |
| 10:23:33 | 21 | or marijuana within the last 24 hours? |
| 10:23:36 | 22 | A. No. |
| 10:23:38 | 23 | Q. Is there any reason why you can't give |

*Kistner - Huggins - 2/6/20*

6

10:23:40   1   truthful testimony today?

10:23:41   2           A.     No.

10:23:43   3           Q.     Have you reviewed anything in

10:23:44   4   preparation for your testimony today?

10:23:47   5           A.     No.

10:23:49   6           Q.     Did you look at any documents in

10:23:51   7   preparation for today?

10:23:52   8           A.     No.

10:23:53   9           Q.     Review any video?

10:23:55 10           A.     No.

10:23:57 11           Q.     Review any photographs?

10:23:59 12           A.     No.

10:24:02 13           Q.     There is obviously some video clips

10:24:04 14   with regard to the incident on January 1st, 2017.

10:24:08 15   When was the last time that you viewed that video?

10:24:16 16           A.     Tuesday.

10:24:16 17           Q.     Of this week?

10:24:17 18           A.     Yeah.

10:24:23 19           Q.     Did you review any documents or

10:24:26 20   photographs on Tuesday?

10:24:27 21           A.     Yes.

10:24:28 22           Q.     Okay.  What did you review specifically

10:24:31 23   with regard to video on Tuesday?

*Kistner - Huggins - 2/6/20*

7

| | | |
|---|---|---|
| 10:24:37 | 1 | **A.** I watched the first clip. |
| 10:24:41 | 2 | **Q.** What is the first clip? What does that |
| 10:24:44 | 3 | depict? |
| 10:24:45 | 4 | **A.** It's the one I got hit in. I call it |
| 10:24:47 | 5 | the first clip. |
| 10:24:48 | 6 | **Q.** Okay. What documents -- before I move |
| 10:24:58 | 7 | on, any other video that you reviewed on Tuesday? |
| 10:25:02 | 8 | **A.** No. |
| 10:25:02 | 9 | **Q.** What documents did you review on |
| 10:25:04 | 10 | Tuesday? |
| 10:25:05 | 11 | **A.** The transcript of the 50-h hearing. |
| 10:25:12 | 12 | **Q.** Any other documents? |
| 10:25:13 | 13 | **A.** No. |
| 10:25:15 | 14 | **Q.** Did you review any photographs on |
| 10:25:17 | 15 | Tuesday? |
| 10:25:18 | 16 | **A.** No. |
| 10:25:30 | 17 | **Q.** I am going to try to not cover the same |
| 10:25:35 | 18 | ground of the 50-h, but for the sake of having to |
| 10:25:38 | 19 | orient you to time frame and place for some of my |
| 10:25:40 | 20 | questions, I may have to do that. |
| 10:25:42 | 21 | If at any point you're not sure about what |
| 10:25:45 | 22 | I'm referring to, please let me know. I want to |
| 10:25:49 | 23 | make sure that we are on the same page in terms of |

| | | |
|---|---|---|
| 10:25:51 | 1 | my questioning.  Fair enough? |
| 10:25:52 | 2 | **A.**    Okay. |
| 10:25:55 | 3 | **Q.**    Have you discussed the January 1st, |
| 10:25:57 | 4 | 2017 incident with anyone, aside from your |
| 10:26:02 | 5 | attorneys? |
| 10:26:06 | 6 | **A.**    Yes. |
| 10:26:06 | 7 | **Q.**    Who have you discussed that incident |
| 10:26:08 | 8 | with? |
| 10:26:08 | 9 | **A.**    My family. |
| 10:26:10 | 10 | **Q.**    Who in your family? |
| 10:26:15 | 11 | **A.**    My sister Gwen. |
| 10:26:18 | 12 | **Q.**    Anyone else in your family? |
| 10:26:21 | 13 | **A.**    Well, Rachel and I aren't married, but |
| 10:26:24 | 14 | I've talked to Rachel about it. |
| 10:26:27 | 15 | **Q.**    Anyone else aside from Gwen and Rachel |
| 10:26:33 | 16 | that you recall? |
| 10:26:34 | 17 | **A.**    Since when?  I mean -- |
| 10:26:37 | 18 | **Q.**    Well -- |
| 10:26:38 | 19 | **A.**    WIVB.  I did an interview with them. |
| 10:26:48 | 20 | **Q.**    Anyone else? |
| 10:26:49 | 21 | **A.**    I can't remember anybody off the top of |
| 10:26:55 | 22 | my head. |
| 10:26:55 | 23 | **Q.**    Have you discussed what you were going |

| | | |
|---|---|---|
| 10:26:57 | 1 | to testify about in this deposition with anyone |
| 10:27:00 | 2 | aside from your attorney? |
| 10:27:03 | 3 | A.   No.   Other that Rachel. |
| 10:27:12 | 4 | Q.   Did you take any photographs of the |
| 10:27:14 | 5 | January 1st, 2017 incident involving the Buffalo |
| 10:27:20 | 6 | Police Department? |
| 10:27:20 | 7 | A.   No. |
| 10:27:20 | 8 | Q.   Did you take any photographs of any |
| 10:27:23 | 9 | injuries you allegedly suffered from that incident? |
| 10:27:32 | 10 | THE WITNESS:   Rachel and Earl used their |
| 10:27:36 | 11 | cell phones, I think, to try to get pictures of my |
| 10:27:39 | 12 | wrists. |
| 10:27:42 | 13 | I'm not exactly sure which one of those cell |
| 10:27:44 | 14 | phones we were able to download, but you got them. |
| 10:27:51 | 15 | Other than that, no. |
| 10:27:52 | 16 | BY MS. HUGGINS: |
| 10:27:52 | 17 | Q.   Are you aware of how many photographs |
| 10:27:54 | 18 | were taken of your wrists? |
| 10:27:55 | 19 | A.   Not a clue.   I mean, off the top of my |
| 10:27:58 | 20 | head, no. |
| 10:27:59 | 21 | Q.   Do you know when those photographs were |
| 10:28:01 | 22 | taken? |
| 10:28:06 | 23 | A.   The first week of January 2017. |

10:28:10  1    I don't know the day.

10:28:25  2         Q.    Are you aware of any camera or

10:28:27  3    surveillance systems that captured any video of the

10:28:31  4    January 1st, 2017 incident involving the Buffalo

10:28:36  5    Police Department?

10:28:36  6         A.    Yeah.

10:28:37  7         Q.    What camera system or surveillance

10:28:40  8    system are you aware of that may have captured

10:28:44  9    footage on that day?

10:28:45  10        A.    Rachel's house at 37 Schmarbeck has

10:28:49  11   a Swann system.  I think it has eight cameras.

10:28:56  12        There are two of them that are mounted below

10:28:58  13   the eaves up on the third floor that photograph the

10:29:04  14   front of the house.  One on the right and one on

10:29:08  15   the left of those upper windows.

10:29:11  16        Q.    When you said two, are you referring to

10:29:13  17   two individual cameras of the eight?

10:29:15  18        A.    Yeah.

10:29:17  19        Q.    Where are the remaining six cameras

10:29:20  20   positioned?

10:29:20  21        A.    In the backyard, where the kids play;

10:29:22  22   or on the side of the house, looking down where the

10:29:29  23   kids play; or on the back of the house, looking to

| | | |
|---|---|---|
| 10:29:32 | 1 | the right and the left. |
| 10:29:40 | 2 | Q.   Who purchased that system? |
| 10:29:50 | 3 | A.   Rachel and I went to Walmart, and she |
| 10:29:54 | 4 | paid for it. |
| 10:29:54 | 5 | Q.   When was it installed? |
| 10:30:05 | 6 | A.   I'm going to guess, 2015.  I don't even |
| 10:30:11 | 7 | know the month. |
| 10:30:12 | 8 | Q.   How are the cameras in that system |
| 10:30:15 | 9 | activated? |
| 10:30:17 | 10 | A.   They run all the time.  There are ways |
| 10:30:23 | 11 | you can set it to where they'll just go on when |
| 10:30:27 | 12 | there's motion, but we're not that sophisticated. |
| 10:30:31 | 13 | We never understood how to make that work. |
| 10:30:33 | 14 | So we just took it out of the box, put it |
| 10:30:36 | 15 | on the shelf, plugged it in, wired the cameras up, |
| 10:30:39 | 16 | I mounted them outside, and turned it on.  And |
| 10:30:45 | 17 | that's essentially how it's worked ever since we |
| 10:30:48 | 18 | bought it.  It's still working like that. |
| 10:30:50 | 19 | Q.   Has it been just recording continuously |
| 10:30:52 | 20 | since it was installed? |
| 10:30:53 | 21 | A.   I think so, yeah.  Unless there's |
| 10:30:55 | 22 | a power failure or something, yeah.  But we never |
| 10:30:59 | 23 | turned it off except once, that I remember real |

| | | |
|---|---|---|
| 10:31:03 | 1 | distinctly. |
| 10:31:04 | 2 | Q. When did you turn it off? |
| 10:31:09 | 3 | A. In January of 2017, Jim Ostrowski told |
| 10:31:16 | 4 | me: You have to save the video on that machine. |
| 10:31:22 | 5 | I called Gary, a fellow who had repaired |
| 10:31:25 | 6 | a computer for me, and said, I've got to get this |
| 10:31:28 | 7 | off of here, and I don't know how to do it. |
| 10:31:33 | 8 | We had unplugged the machine I'm going to |
| 10:31:39 | 9 | say 9 o'clock at night on January 1st, which was |
| 10:31:43 | 10 | after all this was over and I was home, because we |
| 10:31:49 | 11 | were told: Don't let it keep running, because we |
| 10:31:53 | 12 | don't know when we're going to get there to |
| 10:31:56 | 13 | retrieve it. Just unplug it, and I'll try to be |
| 10:31:59 | 14 | there tomorrow or the next day. |
| 10:32:01 | 15 | That's what Gary, the guy that told me he |
| 10:32:04 | 16 | was coming to get it, so -- |
| 10:32:05 | 17 | Q. Do you have -- I apologize. Continue. |
| 10:32:11 | 18 | A. I don't know when Gary actually showed |
| 10:32:14 | 19 | up. I think it was probably the next day or the |
| 10:32:16 | 20 | day after. We gave him the keyboard, the mouse, |
| 10:32:20 | 21 | and the DVR. |
| 10:32:22 | 22 | We didn't give him any of the cameras |
| 10:32:24 | 23 | because they're all hooked up with leads going |

*Kistner - Huggins - 2/6/20*

13

10:32:26  1  outside.

10:32:27  2          So he took the machine and the keyboard that

10:32:30  3  came with it and the -- does it -- maybe it didn't

10:32:33  4  have a keyboard.  Just a mouse and the clicker.

10:32:35  5  The remote control.

10:32:38  6          Q.   In terms of hardware of that system,

10:32:42  7  there's eight cameras and then there's what you've

10:32:45  8  called a DVR.  Is that -- what is your understanding

10:32:48  9  of what that DVR is and does for the system?

10:32:54 10          A.   Just records everything, everything it

10:32:59 11  sees, and then it lets you go back in with the

10:33:01 12  mouse and ask it to replay what is up there.

10:33:06 13          That's about as sophisticated as we ever got

10:33:10 14  with it so we could see what happened outside if

10:33:12 15  something was amiss.  We could rewind it and say,

10:33:16 16  what happened here?

10:33:16 17          Q.   Do you view the video on the DVR or is

10:33:20 18  there a screen?

10:33:20 19          A.   There's a monitor.

10:33:23 20          Q.   Is the monitor something apart of the

10:33:26 21  Swann system?

10:33:26 22          A.   No.

10:33:27 23          Q.   You've hooked the system up to the

| | | |
|---|---|---|
| 10:33:28 | 1 | monitor? |
| 10:33:29 | 2 | A.    Yeah.   It's a TV. |
| 10:33:30 | 3 | Q.    What is your understanding of how |
| 10:33:33 | 4 | frequently the footage will record over itself? |
| 10:33:38 | 5 | A.    I don't know. |
| 10:33:44 | 6 | Q.    The two cameras that are affixed |
| 10:33:48 | 7 | under the third-floor eaves on the front of |
| 10:33:52 | 8 | 37 Schmarbeck, what areas of the street does those |
| 10:34:00 | 9 | cameras capture? |
| 10:34:03 | 10 | A.    The one on the left -- if you're in the |
| 10:34:05 | 11 | house looking out, the one on the left, if you're |
| 10:34:08 | 12 | in the house looking out, looks almost like |
| 10:34:10 | 13 | straight down. |
| 10:34:12 | 14 | The one on the right looks to the left, like |
| 10:34:16 | 15 | you're looking up the street toward Broadway. |
| 10:34:20 | 16 | Q.    Are other homes located on Schmarbeck |
| 10:34:24 | 17 | within the view of that second camera you've |
| 10:34:27 | 18 | described? |
| 10:34:32 | 19 | A.    24 -- to a large part, 24 Schmarbeck, |
| 10:34:40 | 20 | that's on that camera.   I'm pretty sure you can see |
| 10:34:47 | 21 | the profile of 33 on that camera.   The camera on |
| 10:34:57 | 22 | the right, as you're looking toward the street. |
| 10:34:59 | 23 | The camera on the left, I don't think you |

10:35:01  1  can see any other houses.  The one that looks

10:35:07  2  almost straight down, I don't think you can see any

10:35:09  3  other houses.

10:35:12  4          Q.    Does the camera capture the sidewalk

10:35:18  5  and the streets in front of both 24 and 33

10:35:23  6  Schmarbeck Avenue?

10:35:26  7          A.    The one on the right that looks in that

10:35:30  8  direction, yeah, it captures the sidewalk on both

10:35:36  9  sides of the street.

10:35:38  10         Q.    Why did you purchase the -- strike

10:35:41  11 that.

10:35:41  12         Why did Rachel purchase the Swann system, if

10:35:53  13 you know?

10:35:53  14         A.    There are two reasons.  For home

10:35:56  15 security, and it was on sale $200 off.

10:36:11  16         Q.    Does the Swann system allow someone to

10:36:16  17 access video footage without preserving the

10:36:19  18 footage?

10:36:22  19         A.    Say that again.

10:36:24  20         Q.    Sure.  Let me rephrase it slightly.

10:36:26  21         Using the system, are you able to view

10:36:29  22 footage without preserving it?

10:36:35  23         A.    I don't know.  You mean, can I --

10:36:41  1   I don't know.

10:36:42  2        Q.   Have you ever gone onto the system,

10:36:46  3   accessed footage from a period of time, and not

10:36:55  4   saved that footage?

10:37:05  5        A.   We -- either Rachel or I -- Earl even

10:37:09  6   used it in January, he looked at it.  We look at it

10:37:13  7   almost every day.  I mean, if there's something --

10:37:16  8   it's kind of like the window on the world outside.

10:37:25  9        If you're missing a garbage can, you can go

10:37:28 10   back and find out what happened to the trash can.

10:37:30 11   Where did the trash can go?

10:37:35 12        If Charlie lost his ball in the backyard,

10:37:37 13   you can look:  Where did Charlie's ball go?

10:37:44 14        We use it in that sense to look at what has

10:37:47 15   happened to try to understand.

10:37:54 16        Have we ever used it to look back and not

10:37:57 17   preserved it?  I think to preserve it -- it's still

10:38:00 18   beyond me.  I've still got to call somebody in and

10:38:03 19   say, get this off of here.  I want to keep it

10:38:05 20   forever.

10:38:05 21        Q.   Is it your understanding, based on your

10:38:09 22   experience with the Swann system, that you have the

10:38:11 23   ability to access video, and preserving it is

| | | |
|---|---|---|
| 10:38:14 | 1 | something separate? |
| 10:38:16 | 2 | A.   I don't know what its abilities are. |
| 10:38:19 | 3 | I don't know.  We just -- we use it for what we use |
| 10:38:22 | 4 | it for. |
| 10:38:23 | 5 | I'm sure it will do all kind of things if |
| 10:38:26 | 6 | you're smart enough to sit there and study the |
| 10:38:29 | 7 | book.  I don't even know if I've got the book |
| 10:38:31 | 8 | anymore. |
| 10:38:38 | 9 | Q.   In January of 2017, who had access to |
| 10:38:42 | 10 | the footage on the Swann system DVR? |
| 10:38:46 | 11 | A.   Just Rachel and I.  But Earl, he was |
| 10:38:50 | 12 | there that morning, and when I was in the police |
| 10:38:54 | 13 | car and he came back in the house, while Rachel was |
| 10:38:57 | 14 | at the front window, Earl went -- because he's |
| 10:39:02 | 15 | smart enough to figure out how to play and rewind, |
| 10:39:05 | 16 | which is about all I ever showed him, because I |
| 10:39:10 | 17 | don't know any more about it -- he looked at it. |
| 10:39:13 | 18 | So Earl looked at it. |
| 10:39:15 | 19 | Other than Earl looking at it that day -- |
| 10:39:18 | 20 | oh, and Earl showed it to Jim Ostrowski that |
| 10:39:22 | 21 | morning.  So that's at least twice that Earl |
| 10:39:25 | 22 | rewound it on that morning and looked at it. |
| 10:39:26 | 23 | Q.   How did you come to learn that? |

*Kistner - Huggins - 2/6/20*

18

| | | |
|---|---|---|
| 10:39:28 | 1 | **A.** That Earl had looked at it? |
| 10:39:31 | 2 | **Q.** Yes. |
| 10:39:32 | 3 | **A.** I talk to my son as much as I can. |
| 10:39:44 | 4 | **Q.** Prior to having Gary retrieve footage |
| 10:39:52 | 5 | from January 1st, 2017, had you viewed footage from |
| 10:39:57 | 6 | that date? |
| 10:40:02 | 7 | **A.** Yeah. I think I looked at it as soon |
| 10:40:04 | 8 | as I got home that day. |
| 10:40:07 | 9 | **Q.** What is Gary's full name? |
| 10:40:13 | 10 | **A.** I don't remember. |
| 10:40:17 | 11 | **Q.** How did you contact Gary to make |
| 10:40:19 | 12 | arrangements for him to retrieve the video? |
| 10:40:21 | 13 | **A.** A refrigerator magnet. |
| 10:40:23 | 14 | **Q.** Do you still have that magnet? |
| 10:40:25 | 15 | **A.** No. I gave it to Jill. I think Jill's |
| 10:40:29 | 16 | got it. I think I sent it to her in the mail. |
| 10:40:37 | 17 | **Q.** Have you had any contact with Gary |
| 10:40:39 | 18 | since his retrieval of the video off the system? |
| 10:40:51 | 19 | **A.** Well, he dropped it off and I paid him. |
| 10:40:59 | 20 | I might have talked to him on the phone over the |
| 10:41:01 | 21 | last several years twice, but I can't remember what |
| 10:41:04 | 22 | we talked about. |
| 10:41:08 | 23 | **Q.** Any time that you communicated with |

*Kistner - Huggins - 2/6/20*

19

10:41:11  1  him, was it through whatever contact information

10:41:13  2  was on that fridge magnet?

10:41:15  3       A.    Yeah, it would have had to have been.

10:41:19  4            Oh, and I think he's a friend of mine on

10:41:21  5  Facebook, but I don't -- I don't communicate with

10:41:24  6  him at all on Facebook, other than read his stuff

10:41:27  7  and he reads stuff that I repost.

10:41:32  8       Q.    Had Gary ever retrieved video footage

10:41:36  9  for you prior to --

10:41:37 10       A.    No.

10:41:37 11       Q.    -- January 1st, 2017?

10:41:40 12            Did you give Gary any instructions on what

10:41:48 13  footage you wanted retrieved?

10:41:50 14       A.    Yeah.

10:41:51 15       Q.    What instructions did you give him?

10:41:53 16       A.    I told him Jim -- Mr. Ostrowski --

10:41:56 17  I said, Jim Ostrowski -- Jim wants everything on

10:42:00 18  the front of the house that shows the incident from

10:42:02 19  the time the tenant arrives, until the time the

10:42:08 20  police leave.

10:42:15 21       Q.    Do you know if that footage was

10:42:18 22  preserved from the time the tenant arrived and the

10:42:22 23  police leaving?

*Kistner - Huggins - 2/6/20*

20

10:42:31    1          A.    I think so.  Yeah, I think so.

10:42:34    2          Q.    Are you aware of any footage aside from

10:42:39    3    the first clip that you've mentioned earlier in

10:42:43    4    your testimony?

10:42:49    5          A.    From those two cameras, the one on the

10:42:52    6    left that looks straight down, that shows the

10:42:58    7    police with Earl.

10:43:05    8          Q.    Was that footage also retrieved off the

10:43:07    9    system, if you are aware?

10:43:10   10          A.    Yeah, both of those views.

10:43:14   11          Q.    Is it your understanding that the

10:43:15   12    entire footage captured by both of those cameras

10:43:19   13    from the time that the tenant arrived and when the

10:43:22   14    police left on January 1st, 2017, was preserved?

10:43:35   15          A.    I think it was.

10:43:40   16          Can I articulate here?  I think I can help

10:43:43   17    answer your question here.

10:43:45   18          Q.    Let me ask more broadly.

10:43:47   19          A.    Okay.

10:43:48   20          Q.    Are you aware of any footage that

10:43:51   21    exists from that date that was not retrieved off

10:43:54   22    of your Swann system?

10:43:55   23          A.    That's more to the point.  I know that

10:43:59  1  there was video footage after the police left of

10:44:03  2  Jim Ostrowski arriving and Jim Ostrowski leaving,

10:44:10  3  but I don't know where it is.

10:44:12  4        I have looked and looked and looked, and

10:44:14  5  I am still looking, but I know I saw that on video,

10:44:20  6  and I can't find it anywhere.

10:44:26  7        Q.   Are you aware of any footage -- strike

10:44:38  8  that.

10:44:38  9        From the time that your tenant arrives on

10:44:41 10 Schmarbeck, until the time that the police leave,

10:44:44 11 are you aware of any footage that is no longer

10:44:48 12 available from that period of time?

10:44:59 13       A.   That's a no with an explanation or

10:45:03 14 a yes with an explanation.

10:45:07 15       When Gary came back with the stuff on the

10:45:15 16 disc, he had it on four discs.  All the discs were

10:45:20 17 just copies of each other, he told me.

10:45:25 18       And when I -- when I first was able to get

10:45:28 19 those discs to work and actually look at them,

10:45:30 20 there were like clips on there.  It wasn't one long

10:45:34 21 movie.  It wasn't one long, uninterrupted movie.

10:45:40 22 It was just this clip and then there was another

10:45:42 23 clip and then there was another clip and then there

10:45:46  1  was another clip.

10:45:51  2        That's what I'm aware.  The clips and the

10:45:54  3  time at the top -- the time at the top looks

10:45:57  4  different.

10:45:57  5        Q.   Are you aware of any footage from that

10:46:01  6  date and incident that is continuous and extends

10:46:05  7  for the entire period of time from when the tenant

10:46:08  8  arrived and the police left?

10:46:09  9        A.   Okay.  I don't think there is one.

10:46:12 10        The reason I say that is because when

10:46:16 11  I asked Gary, the video guy, about is there one

10:46:21 12  long one here, he told me, when he was delivering

10:46:24 13  the thing and picking up his pay, that that video

10:46:29 14  clip was so big, that the only way he could get it

10:46:33 15  off the machine and onto DVD was to make it smaller.

10:46:39 16        Like the two hours from beginning to end or

10:46:42 17  whatever time there was there, it was just too big

10:46:44 18  a clip, and he didn't know how to move it around,

10:46:47 19  other than to do it the way he did it.

10:46:50 20        Q.   Are you aware if the continuous footage

10:46:54 21  from this incident was preserved in any way aside

10:46:58 22  from --

10:46:58 23        A.   No, I'm not.

| | | |
|---|---|---|
| 10:47:00 | 1 | Q. -- reducing to a disc? |
| 10:47:02 | 2 | A. No. |
| 10:47:02 | 3 | Q. Do you have access to that continuous |
| 10:47:04 | 4 | footage today? |
| 10:47:06 | 5 | A. No. If I find it, you'll be the first |
| 10:47:10 | 6 | to get it. |
| 10:47:11 | 7 | Q. Do you have access to the same Swann |
| 10:47:15 | 8 | DVR system that was in place and recording footage |
| 10:47:19 | 9 | on January 1st, 2017? |
| 10:47:22 | 10 | A. Yeah. |
| 10:47:23 | 11 | Q. Is that Swann DVR system still |
| 10:47:27 | 12 | functioning? |
| 10:47:28 | 13 | A. Yeah. One of the cameras doesn't work. |
| 10:47:32 | 14 | We lost a view. |
| 10:47:34 | 15 | Q. Which camera? |
| 10:47:40 | 16 | A. The one on the front porch, looking to |
| 10:47:43 | 17 | the right. It just stopped working a couple months |
| 10:47:45 | 18 | ago. |
| 10:47:45 | 19 | Q. Do you know when it stopped working? |
| 10:47:47 | 20 | A. Yeah. A couple months ago. I think |
| 10:47:49 | 21 | it's got a short in the wire going to the camera. |
| 10:47:51 | 22 | Q. In the year 2019? |
| 10:47:53 | 23 | A. Oh, yeah. Yes. |

10:47:54  1        Q.   Had you ever performed any maintenance

10:47:56  2   on either the DVR system or the cameras itself?

10:47:59  3        A.   No.

10:48:11  4        Q.   After -- strike that.

10:48:14  5        In order for Gary to retrieve the footage,

10:48:18  6   did you have to physically give him the DVR system?

10:48:21  7        A.   Yeah.

10:48:22  8        Q.   And that system at some point was later

10:48:24  9   returned to you by Gary?

10:48:25 10        A.   Yeah.

10:48:26 11        Q.   Were you present at any point when Gary

10:48:29 12   was retrieving or preserving video footage from

10:48:34 13   January 1st, 2017?

10:48:35 14        A.   No.

10:48:39 15        Q.   Did you view any of the footage from

10:48:42 16   January 1st, 2017, on the DVR system, after it was

10:48:47 17   returned to you by Gary?

10:49:00 18        A.   I don't know.

10:49:00 19        Q.   Prior to giving Gary the DVR system,

10:49:03 20   had you viewed the January 1st, 2017 footage from

10:49:08 21   the time that your tenant arrived, until when the

10:49:10 22   police left Schmarbeck Avenue?

10:49:21 23        A.   I want to say yes, but I don't think

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 10:49:25 | 1 | I looked at it like all the way through, nonstop. |
| 10:49:34 | 2 | I, Rachel, and Earl together looked at it |
| 10:49:42 | 3 | the biggest part of half the day the next day. |
| 10:49:47 | 4 | Q.   At some point you became aware that |
| 10:49:52 | 5 | footage was captured from the time your tenant |
| 10:49:55 | 6 | arrived, to when police -- |
| 10:49:57 | 7 | A.   Yeah. |
| 10:49:58 | 8 | Q.   -- left the street. |
| 10:50:00 | 9 | A.   Yeah. |
| 10:50:00 | 10 | Q.   Okay.  Have you ever created any notes, |
| 10:50:05 | 11 | a log, a diary of any sort to reduce to writing |
| 10:50:09 | 12 | what happened on January 1st, 2017? |
| 10:50:14 | 13 | A.   Not a diary. |
| 10:50:17 | 14 | Q.   What form have you taken notes in? |
| 10:50:19 | 15 | A.   I tried to sit and look at the four |
| 10:50:22 | 16 | clips and tried to figure out what order they go in |
| 10:50:30 | 17 | and tried to figure out like how long this whole |
| 10:50:35 | 18 | thing -- how long this whole thing took to happen |
| 10:50:38 | 19 | to try to make some sense of how long from the time |
| 10:50:45 | 20 | he got there, until the time the last police car |
| 10:50:48 | 21 | left, and why did the police leave when they did, |
| 10:50:56 | 22 | and tried to make sense of that. |
| 10:51:01 | 23 | Q.   Did you reduce any of that to writing, |

Kistner - Huggins - 2/6/20

26

| 10:51:03 | 1 | either handwritten or typed?

| 10:51:05 | 2 |         A.    It was more that I was just keeping

| 10:51:07 | 3 | notes on the number of the clock, so it -- no.

| 10:51:12 | 4 | It wasn't the kind of thing you could understand.

| 10:51:15 | 5 | I didn't save it.

| 10:51:20 | 6 |         Q.    Have you created any notes, a log,

| 10:51:22 | 7 | a diary to help memorialize any injuries you allege

| 10:51:26 | 8 | that you suffered from the January 1st, 2017

| 10:51:28 | 9 | incident?

| 10:51:35 | 10 |         A.    No.

| 10:51:38 | 11 |         Q.    Sir, how old are you today?

| 10:51:41 | 12 |         A.    59.

| 10:51:46 | 13 |         Q.    What is your current height and weight?

| 10:51:51 | 14 |         A.    250, five eleven.

| 10:51:56 | 15 |         Q.    What was your approximate height and

| 10:51:59 | 16 | weight on January 1st, 2017?

| 10:52:05 | 17 |         A.    220, five eleven.

| 10:52:13 | 18 |         Q.    Have you been prescribed any contacts

| 10:52:15 | 19 | or glasses since your 50-h testimony in June of

| 10:52:18 | 20 | 2017?

| 10:52:20 | 21 |         A.    No.

| 10:52:28 | 22 |         Q.    Do you have any hearing problems?

| 10:52:40 | 23 |         A.    Maybe.

| | | |
|---|---|---|
| 10:52:40 | 1 | Q.   Since your testimony in your 50-h in |
| 10:52:44 | 2 | June of 2017, have you seen any medical provider |
| 10:52:47 | 3 | for any hearing-related issue? |
| 10:52:50 | 4 | A.   No. |
| 10:52:51 | 5 | Q.   When you say maybe, what do you mean by |
| 10:52:53 | 6 | that? |
| 10:52:55 | 7 | A.   If there's a crowd, if there's a lot of |
| 10:52:58 | 8 | noise, there's a lot of background noise, it's real |
| 10:53:00 | 9 | hard to pick up from the distance of five feet what |
| 10:53:06 | 10 | somebody's saying unless you watch their mouth. |
| 10:53:08 | 11 | Q.   Have you ever seen a medical provider |
| 10:53:11 | 12 | at all with regard to that issue? |
| 10:53:18 | 13 | A.   No. |
| 10:53:19 | 14 | Q.   Do you utilize anything to aid your |
| 10:53:23 | 15 | hearing in those types of situations? |
| 10:53:28 | 16 | A.   Rachel bought me two of them $20 |
| 10:53:33 | 17 | hearing aids, one for each ear, and -- but that was |
| 10:53:41 | 18 | more a here, I told you so, wear these, than it was |
| 10:53:45 | 19 | a physician telling me that I couldn't hear. |
| 10:53:49 | 20 | Q.   When did she buy those for you? |
| 10:53:53 | 21 | A.   Last year. |
| 10:53:56 | 22 | Q.   Were you wearing any type of aid on |
| 10:54:00 | 23 | January 1st, 2017? |

| | | |
|---|---|---|
| 10:54:05 | 1 | **A.** No. |
| 10:54:12 | 2 | **Q.** You mentioned earlier that you are |
| 10:54:14 | 3 | married to Rachel? |
| 10:54:15 | 4 | **A.** No, I'm not. We're not married. |
| 10:54:17 | 5 | **Q.** Okay. What did you mean by that when |
| 10:54:19 | 6 | you said earlier today that you were married to |
| 10:54:21 | 7 | her? |
| 10:54:24 | 8 | **MR. DAVENPORT:** I don't think that he said |
| 10:54:25 | 9 | that he was married to her. |
| 10:54:26 | 10 | **THE WITNESS:** I think I clarified that we're |
| 10:54:28 | 11 | not married earlier today. |
| 10:54:29 | 12 | **BY MS. HUGGINS:** |
| 10:54:29 | 13 | **Q.** Okay. Who is Rachel to you then? |
| 10:54:35 | 14 | **A.** We have three children in common. |
| 10:54:39 | 15 | **Q.** Have you ever been married before? |
| 10:54:41 | 16 | **A.** Yes. |
| 10:54:42 | 17 | **Q.** When did you first get married? |
| 10:54:56 | 18 | **A.** '90. |
| 10:54:58 | 19 | **Q.** Who did you marry? |
| 10:54:59 | 20 | **A.** Danielle Bradley. |
| 10:55:06 | 21 | **Q.** Are you still married to Ms. Bradley? |
| 10:55:08 | 22 | **A.** No. |
| 10:55:09 | 23 | **Q.** When did you get divorced? |

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 10:55:13 | 1 | A.   We had a jury trial on our divorce in |
| 10:55:17 | 2 | front of Lane in Niagara County in 2000. |
| 10:55:23 | 3 | Q.   Do you have any children in common with |
| 10:55:25 | 4 | Ms. Bradley? |
| 10:55:26 | 5 | A.   Three. |
| 10:55:28 | 6 | Q.   Which of your children are your |
| 10:55:32 | 7 | children in common with Ms. Bradley? |
| 10:55:35 | 8 | A.   Joelle, Laurel, and Earl. |
| 10:55:41 | 9 | Q.   Do you still have any contact with |
| 10:55:43 | 10 | Ms. Bradley? |
| 10:55:48 | 11 | A.   Once a year maybe she'll call and want |
| 10:55:52 | 12 | to know where Earl is, but no, we don't talk. |
| 10:55:55 | 13 | Q.   Have you ever discussed the |
| 10:55:56 | 14 | January 1st, 2017 incident with Ms. Bradley? |
| 10:56:00 | 15 | A.   I haven't. |
| 10:56:07 | 16 | Q.   How many children in total do you have, |
| 10:56:09 | 17 | sir? |
| 10:56:10 | 18 | A.   Seven. |
| 10:56:18 | 19 | Q.   Your middle child -- forgive me. |
| 10:56:22 | 20 | I forget your middle child's name.  We discussed |
| 10:56:35 | 21 | Joelle, Laurel, and Earl.  Who is your next? |
| 10:56:38 | 22 | A.   Kendall. |
| 10:56:39 | 23 | Q.   Kendall. |

| | | |
|---|---|---|
| 10:56:40 | 1 | A. Yeah. I have four big ones and three |
| 10:56:42 | 2 | little ones. |
| 10:56:43 | 3 | Q. Who is the mother of Kendall? |
| 10:56:48 | 4 | A. I want to make sure I get her last |
| 10:56:50 | 5 | name. I think her name is still Barber. Lisa |
| 10:56:57 | 6 | Barber. |
| 10:56:58 | 7 | Q. Do you have any contact with |
| 10:56:59 | 8 | Ms. Barber? |
| 10:57:03 | 9 | A. Not in six or seven years. |
| 10:57:06 | 10 | Q. Ever discuss this January 1st -- |
| 10:57:09 | 11 | A. No. |
| 10:57:10 | 12 | Q. -- incident with her? Okay. |
| 10:57:12 | 13 | Were any of your children residing with you |
| 10:57:14 | 14 | on January 1st, 2017? |
| 10:57:22 | 15 | A. The three little ones were at Rachel's |
| 10:57:25 | 16 | house at 37, next door. I'm sleeping and staying |
| 10:57:29 | 17 | over at 33, which is the house I own. Earl was |
| 10:57:32 | 18 | home. I can't remember whether he -- I know he had |
| 10:57:39 | 19 | to sleep over at Rachel's on the first floor at 37, |
| 10:57:42 | 20 | so Earl was staying with Rachel that night. I got |
| 10:57:48 | 21 | up early and came over. |
| 10:57:55 | 22 | Almost -- almost constantly since this, |
| 10:57:58 | 23 | though, I've been spending almost all of the time |

| 10:58:00 | 1 | over at Rachel's because she still worries. |
| 10:58:05 | 2 | Q.    When did you stop residing at 33 and |
| 10:58:09 | 3 | staying at 37? |
| 10:58:10 | 4 | A.    Consistently? |
| 10:58:11 | 5 | Q.    Consistently. |
| 10:58:17 | 6 | A.    I don't know.  Eight months ago. |
| 10:58:19 | 7 | A year ago. |
| 10:58:27 | 8 | Q.    What caused that change in staying at |
| 10:58:30 | 9 | 33 to then consistently staying -- |
| 10:58:32 | 10 | A.    Rachel's mental health. |
| 10:58:59 | 11 | Q.    -- at 37? |
| 10:58:59 | 12 | Where were Laurel, Joelle, and Kendall |
| 10:59:03 | 13 | living in January of 2017? |
| 10:59:16 | 14 | A.    I don't know.  I don't remember. |
| 10:59:17 | 15 | Q.    Were they residing in the Buffalo area? |
| 10:59:26 | 16 | A.    I want to say Joelle was, but I think |
| 10:59:30 | 17 | the other two were out of town. |
| 10:59:33 | 18 | Q.    Did you ever discuss the January 1st, |
| 10:59:36 | 19 | 2017 incident with Laurel, Joelle, or Kendall? |
| 10:59:40 | 20 | A.    No. |
| 10:59:57 | 21 | Q.    What properties, if any, do you own on |
| 11:00:01 | 22 | Schmarbeck Avenue? |
| 11:00:02 | 23 | A.    24, 29, and 33. |

*Kistner - Huggins - 2/6/20*

32

| | | |
|---|---|---|
| 11:00:09 | 1 | Q. What type of property is 24 Schmarbeck? |
| 11:00:11 | 2 | A. 24 is a double. A traditional 30 by 110. |
| 11:00:17 | 3 | Q. When you say double, is it like |
| 11:00:19 | 4 | a lower, upper double? |
| 11:00:21 | 5 | A. Yeah. |
| 11:00:24 | 6 | Q. How long have you owned 24 Schmarbeck? |
| 11:00:32 | 7 | A. I'm guessing to say 2007, but I think |
| 11:00:34 | 8 | that's kind of accurate. |
| 11:00:37 | 9 | Q. What type of property is 29 Schmarbeck? |
| 11:00:40 | 10 | A. It's an empty lot. |
| 11:00:44 | 11 | Q. Has it always been an empty lot while |
| 11:00:47 | 12 | you have owned it? |
| 11:00:48 | 13 | A. Yeah. |
| 11:00:48 | 14 | Q. And what type of residence -- not |
| 11:00:50 | 15 | residence -- what type of property is 33 Schmarbeck? |
| 11:00:54 | 16 | A. It's a single-family home. It's got -- |
| 11:01:00 | 17 | it's got an office in the back, and it's got -- |
| 11:01:10 | 18 | it's got a finished attic and a two bedroom on the |
| 11:01:14 | 19 | first floor, which if I get rid of the office, |
| 11:01:17 | 20 | I can make a three bedroom on the first floor. So |
| 11:01:20 | 21 | it's essentially a double. |
| 11:01:21 | 22 | Q. Are those rooms that you have described |
| 11:01:23 | 23 | separate units? |

*Kistner - Huggins - 2/6/20*

| 11:01:26 | 1 | A.   They have been since I got it. |
| 11:01:37 | 2 | Q.   What sources of income did you have in |

11:01:38   3   January of 2017?

11:01:47   4        A.   Two apartment rents -- no.   Three

11:01:50   5   apartment rents.   Three apartment rents.   I've got

11:01:53   6   one of Rachel's apartment rents and then the two --

11:01:59   7   the two rooms I had rented, so there were three

11:02:01   8   sources.

11:02:02   9        It's not that way anymore but that's what it

11:02:04  10   was then.

11:02:05  11        Q.   The three units that you have described,

11:02:11  12   does that encompass 24 and 33 Schmarbeck?

11:02:15  13        A.   No.   That would be the two at 33 and

11:02:20  14   one of Rachel's units at 41.

11:02:24  15        Q.   Was 24 Schmarbeck empty?

11:02:28  16        A.   24 has been a project since the day we

11:02:32  17   got it.   Other things are constantly calling me off

11:02:38  18   of it, and then I've got to go back to it, and

11:02:43  19   then --

11:02:46  20        Q.   The unit that Rachel owns at

11:02:47  21   41 Schmarbeck --

11:02:49  22        A.   Yeah.

11:02:50  23        Q.   -- did you ever reside at 41 Schmarbeck?

Kistner - Huggins - 2/6/20

11:02:52  1          A.    Yeah.

11:02:52  2          Q.    When did you reside there?

11:02:54  3          A.    When Rachel got the first building

11:02:57  4   there, we were still undergrads.  Rachel and

11:03:01  5   I lived together there, and then on the weekends,

11:03:04  6   the three older kids would come over.  They were

11:03:07  7   like eight, nine, and 12.  So -- I don't know

11:03:17  8   how -- that was 20 years ago.

11:03:21  9          We did live there I think for six years.

11:03:27 10   Maybe seven.

11:03:28 11          Q.    Some time ago, though?

11:03:29 12          A.    Oh, yeah.  It's a long, long time ago.

11:03:31 13          Q.    What type of building is 41 Schmarbeck?

11:03:34 14          A.    41 is identical to 24.  They're like

11:03:39 15   mirror images of each other.  They're just across

11:03:41 16   the street.  It's a traditional Buffalo double.

11:03:46 17   Four bedrooms on the first floor, three bedrooms on

11:03:49 18   the second floor.

11:03:50 19          Q.    With the two units being an upper and

11:03:52 20   a lower?

11:03:52 21          A.    Yeah.  And if you finish the attic,

11:03:55 22   that's another 900 square feet.

11:03:58 23          Q.    Aside from the rent that you

Kistner - Huggins - 2/6/20

35

| | | |
|---|---|---|
| 11:04:00 | 1 | were collecting from the two units in 33 and |
| 11:04:03 | 2 | 41 Schmarbeck, did you have any other sources |
| 11:04:05 | 3 | of income in January of 2017? |
| 11:04:11 | 4 | A. No. |
| 11:04:11 | 5 | Q. Were you doing anything else for work |
| 11:04:12 | 6 | to help support yourself at that time? |
| 11:04:15 | 7 | A. No. |
| 11:04:18 | 8 | Q. How much rent did you charge for the |
| 11:04:22 | 9 | units at 33 Schmarbeck? |
| 11:04:35 | 10 | A. I'm going to give you an answer. It's |
| 11:04:40 | 11 | not gospel. Don't hold me to it. But I can tell |
| 11:04:43 | 12 | you approximately 405 on the second floor, 525 on |
| 11:04:50 | 13 | the first floor, and Rachel's unit at 41 upstairs |
| 11:04:57 | 14 | was 555. So add those together and that was my |
| 11:05:03 | 15 | monthly income. Gross. |
| 11:05:09 | 16 | Q. Was there anything about the January 1st, |
| 11:05:12 | 17 | 2017 incident that prevented you from collecting |
| 11:05:15 | 18 | those rents? |
| 11:05:27 | 19 | A. Can you ask that again? |
| 11:05:28 | 20 | Q. Let me ask it a different way. |
| 11:05:31 | 21 | In other words, did the January 1st, 2017 |
| 11:05:33 | 22 | incident cause you to lose any rental income? |
| 11:05:47 | 23 | A. No. |

| | | |
|---|---|---|
| 11:05:48 | 1 | Q. What paperwork, if any, do you keep |
| 11:05:51 | 2 | regarding the tenants that rent from you? |
| 11:06:07 | 3 | A. Can you explain that? Can you be more |
| 11:06:09 | 4 | specific with that question? |
| 11:06:10 | 5 | Q. Sure. |
| 11:06:11 | 6 | Did you keep any records on the tenants that |
| 11:06:14 | 7 | rented from you? |
| 11:06:22 | 8 | A. Okay. The best way to answer that is |
| 11:06:26 | 9 | I don't have a file cabinet. I have boxes, and |
| 11:06:30 | 10 | I just put the papers in the boxes. |
| 11:06:36 | 11 | As the kids came along, as the three boys |
| 11:06:39 | 12 | came into our lives, you have to shed yourself of |
| 11:06:42 | 13 | that stuff, so you're constantly taking a box, |
| 11:06:46 | 14 | going through it, and going: Well, I haven't had |
| 11:06:48 | 15 | this lady for a tenant for eight years. That goes |
| 11:06:51 | 16 | in the garbage. |
| 11:06:53 | 17 | That's how I can describe my record keeping. |
| 11:06:56 | 18 | Q. Sure. |
| 11:06:57 | 19 | Did you have prospective tenants or tenants |
| 11:07:00 | 20 | that did indeed rent from you fill out an |
| 11:07:03 | 21 | application prior to them taking over a unit? |
| 11:07:05 | 22 | A. Yeah. |
| 11:07:05 | 23 | Q. Did you run background checks on your |

*Kistner - Huggins - 2/6/20*

37

| | | |
|---|---|---|
| 11:07:08 | 1 | tenants? |
| 11:07:09 | 2 | A.   No.   Can't afford to. |
| 11:07:16 | 3 | Q.   Who was the tenant or tenants living at |
| 11:07:18 | 4 | 33 Schmarbeck on January 1st, 2017? |
| 11:07:25 | 5 | A.   At 33?   33 Schmarbeck? |
| 11:07:27 | 6 | Q.   33. |
| 11:07:28 | 7 | A.   Mike Wolfe was on the first floor. |
| 11:07:29 | 8 | Q.   How long had Mike Wolfe rented from you |
| 11:07:33 | 9 | by January 1st, 2017? |
| 11:07:40 | 10 | A.   I want to say he'd been there a year. |
| 11:07:45 | 11 | Q.   Did you know Mike Wolfe prior to him |
| 11:07:47 | 12 | becoming a tenant of yours? |
| 11:07:49 | 13 | A.   No. |
| 11:07:55 | 14 | Q.   Did Mike Wolfe fill out an application |
| 11:07:57 | 15 | for the unit? |
| 11:07:58 | 16 | A.   Yeah. |
| 11:07:58 | 17 | Q.   Did you have any issues with Mike Wolfe |
| 11:08:01 | 18 | when he was your tenant at 33 Schmarbeck? |
| 11:08:09 | 19 | A.   No.   Close to the end, maybe a little, |
| 11:08:11 | 20 | but no. |
| 11:08:11 | 21 | He was a Restoration Society referral.   We |
| 11:08:15 | 22 | got him through the Restoration Society.   At that |
| 11:08:18 | 23 | point, we were getting a lot of people through the |

11:08:21  1   Restoration Society.

11:08:22  2        Q.   How does the Restoration Society -- or

11:08:25  3   how did the Restoration Society refer a tenant to

11:08:29  4   you in January of 2017?

11:08:31  5        A.   Here's the best way I can describe my

11:08:34  6   understanding of how that happened:  When we listed

11:08:38  7   something, we never list anywhere except on

11:08:42  8   craigslist because it's free and most people know

11:08:45  9   how to use it.  They can navigate it.

11:08:47 10        Restoration Society has a clubhouse

11:08:50 11   somewhere in Buffalo where homeless people and

11:08:52 12   their clients can go and use a computer to look for

11:08:57 13   apartments.  I'm pretty sure that's how Mike found

11:09:06 14   out about us.

11:09:09 15        And I know he came with Restoration.  He

11:09:12 16   came with -- when he initially established his

11:09:17 17   tenancy with us, he came with a counselor.  And we

11:09:26 18   became pretty familiar with the counselors, but the

11:09:32 19   counselors come and go pretty quick there too, so --

11:09:38 20        Q.   When did Mike Wolfe move out of the

11:09:42 21   unit at 33?

11:09:57 22        A.   Sometime between January 1st, 2017 and

11:10:02 23   January 3rd, 2017.

| | | |
|---|---|---|
| 11:10:05 | 1 | Q.    Is there anything about the incident |
| 11:10:07 | 2 | occurring involving the Buffalo Police Department |
| 11:10:11 | 3 | on January 1st, 2017, that caused Mike Wolfe to |
| 11:10:16 | 4 | move out of that unit, if you are aware? |
| 11:10:28 | 5 | THE WITNESS:  No.  This begs some |
| 11:10:36 | 6 | explanation here. |
| 11:10:37 | 7 | MR. DAVENPORT:  Go for it. |
| 11:10:41 | 8 | BY MS. HUGGINS: |
| 11:10:41 | 9 | Q.    Let me ask a more general question. |
| 11:10:43 | 10 | Why did Mike Wolfe's tenancy with you come to an |
| 11:10:48 | 11 | end? |
| 11:10:54 | 12 | A.    That begs an explanation too. |
| 11:10:56 | 13 | Q.    It's an open-ended question. |
| 11:10:57 | 14 | A.    All right.  All right.  Mike was a -- |
| 11:11:06 | 15 | he was a substance abuser who had mental health |
| 11:11:12 | 16 | issues.  His first few months of tenancy, first |
| 11:11:14 | 17 | five or six or seven months of tenancy were pretty |
| 11:11:17 | 18 | quiet. |
| 11:11:18 | 19 | He had his son or the guy who represented as |
| 11:11:21 | 20 | his son, he would come over and stay with him |
| 11:11:24 | 21 | periodically.  That wasn't an issue. |
| 11:11:26 | 22 | About November, we started seeing a fellow |
| 11:11:31 | 23 | come and he'd stay there for days.  And part of -- |

| 11:11:36 | 1 | part of this tenancy is we pay gas, we pay |
| 11:11:41 | 2 | electric, we give you a washer, stove, dryer |
| 11:11:44 | 3 | fridge.  We pay for everything.  Give you free |
| 11:11:46 | 4 | internet.  Everything. |
| 11:11:49 | 5 | If you have another adult move into the |
| 11:11:51 | 6 | unit, you've got -- they've got to get an |
| 11:11:54 | 7 | application filled out, they have to be approved, |
| 11:11:58 | 8 | and you've got to kick in another hundred bucks |
| 11:12:01 | 9 | a month. |
| 11:12:02 | 10 | I'm allowed to do that because I pay for |
| 11:12:05 | 11 | everything.  The water bill goes up.  The electric |
| 11:12:07 | 12 | goes up.  Wear and tear on the unit goes up.  But |
| 11:12:15 | 13 | we don't expect more of a deposit. |
| 11:12:17 | 14 | So I told Mike:  What's up with this guy? |
| 11:12:20 | 15 | Who is he?  Where is he coming from?  You know, |
| 11:12:23 | 16 | because it looks like to me, Mike, that he's living |
| 11:12:26 | 17 | with you.  He said, no.  He's just coming around. |
| 11:12:30 | 18 | Well, then it became apparent they were |
| 11:12:32 | 19 | using together, abusing drugs together.  And |
| 11:12:36 | 20 | I said, well, you know, you've got a subsidized |
| 11:12:42 | 21 | apartment.  Restoration is paying for this.  Are |
| 11:12:47 | 22 | you letting Restoration know that this guy's over |
| 11:12:50 | 23 | here?  Because I will if you won't. |

11:12:55  1          By the first week of December, the tenancy

11:13:00  2    had -- it was circling the drain.

11:13:04  3          Q.    You've mentioned November and December.

11:13:06  4    This is in the year 2017?

11:13:08  5          A.    '16.

11:13:09  6          Q.    Oh, I'm sorry.    2016?

11:13:11  7          A.    '16.

11:13:12  8          Q.    Yeah.

11:13:14  9          A.    The month immediately before.

11:13:15 10          Q.    Right.

11:13:18 11          A.    About the -- I'm going to say the 15th

11:13:21 12    or 16th of December, they disappeared.    They were

11:13:24 13    just gone.    And I thought:    Wow.    I didn't even

11:13:31 14    have to put a pay or quit or anything or a 90-day

11:13:35 15    or a 30-day notice on the door.    They just

11:13:37 16    disappeared.    Good for me.

11:13:39 17          And then -- but he didn't turn in the keys,

11:13:44 18    and I'd call him on the phone and say, are you done

11:13:51 19    over there yet?    You know, are you done with the

11:13:52 20    apartment?    Are you moved out?    That might have

11:13:54 21    happened twice that I called him, and he said no.

11:13:57 22          Well, then when he just disappeared -- and

11:14:01 23    I've had tenants do that too.    They just walk away

11:14:04   1   or they get arrested and you never hear from them.

11:14:09   2   He was gone for about a week, so I started, you

11:14:13   3   know, asking people that lived on the street:

11:14:15   4   Anybody know where Mike is?

11:14:17   5          And somebody told me they're over at the

11:14:26   6   Little Shepherd of the Poor.  Some social service

11:14:28   7   agency.  I don't know if I got the name right.  And

11:14:30   8   I said, what are they doing over there?  And the

11:14:34   9   guy that had been over there in the daytime and saw

11:14:37  10   Mike over there said, they're getting the Christmas

11:14:40  11   goodies.  So I said, oh.

11:14:44  12          So I called up Little Shepherd and I said,

11:14:47  13   is Mike Wolfe there?  And they said, who is this?

11:14:50  14   And I told them:  This is his landlord over here on

11:14:55  15   Schmarbeck, and I'm -- is he staying with you guys?

11:14:58  16   Has he moved in with you guys?  Because they house

11:15:01  17   them overnight there.  And they said, yeah.

11:15:04  18          And I said, well, are you aware that he's

11:15:07  19   got a subsidized apartment over here on Schmarbeck?

11:15:10  20   And he said, no.  And he said, who's it subsidized

11:15:14  21   through?  I said, Restoration.  So they said, well,

11:15:18  22   could you have Restoration call us?  And I said,

11:15:20  23   I don't want to get in the middle here.  Why don't

*Kistner - Huggins - 2/6/20*

43

| | | |
|---|---|---|
| 11:15:23 | 1 | you call Restoration.  And he said, yeah, we all |
| 11:15:26 | 2 | got to get together and figure this out.  And I said, |
| 11:15:29 | 3 | well, are you going to keep him?  Is he moved in |
| 11:15:32 | 4 | permanently? |
| 11:15:33 | 5 | Because if you can't talk to the tenant, you |
| 11:15:35 | 6 | have to figure out what's going on with the |
| 11:15:37 | 7 | building somehow. |
| 11:15:41 | 8 | And he said, well, we need to get on the |
| 11:15:43 | 9 | same page with Restoration.  We need to find out |
| 11:15:46 | 10 | what's going on. |
| 11:15:48 | 11 | Q.   Was there ultimately any conversation |
| 11:15:50 | 12 | with Mike about this? |
| 11:15:53 | 13 | A.   No.  No.  He called me back, and he |
| 11:15:58 | 14 | said, they have -- he's over here with a friend, |
| 11:16:02 | 15 | which we kind of deduced was the fellow he had |
| 11:16:05 | 16 | staying at the apartment with him on and off, that |
| 11:16:11 | 17 | were drug abusing together. |
| 11:16:18 | 18 | And I think it was around the 28th I talked |
| 11:16:22 | 19 | to them.  It was just after Christmas.  And I says, |
| 11:16:25 | 20 | is he going to stay there with you?  And they said, |
| 11:16:28 | 21 | well, he's got one more night.  He's able to stay |
| 11:16:33 | 22 | here for ten days.  And under the circumstances, we |
| 11:16:37 | 23 | wish you had called us earlier and we would have |

*Kistner - Huggins - 2/6/20*

44

| | | |
|---|---|---|
| 11:16:39 | 1 | told him go home to Schmarbeck because we needed |
| 11:16:42 | 2 | the bed. |
| 11:16:43 | 3 | And I said, well, I just wanted to know |
| 11:16:45 | 4 | whether he had permanent housing, he's got |
| 11:16:47 | 5 | something else.  Because it's always easier, if the |
| 11:16:49 | 6 | tenancy is going south, to make sure somebody has |
| 11:16:52 | 7 | a place to land, because they'll go out a whole lot |
| 11:16:55 | 8 | easier if they've got somewhere to go. |
| 11:16:57 | 9 | And like I said, we've dealt with a lot of |
| 11:16:59 | 10 | people in that situation before.  A lot of our |
| 11:17:01 | 11 | tenants are problematic. |
| 11:17:02 | 12 | Q.   Did you ever initiate any housing court |
| 11:17:04 | 13 | or other legal proceedings involving Mike? |
| 11:17:07 | 14 | A.   I don't know if I mailed it and nailed |
| 11:17:13 | 15 | it.  I think Earl might have nailed and mailed it |
| 11:17:17 | 16 | for me on the 30th.  Because Earl doesn't have |
| 11:17:21 | 17 | a physical interest in 33, he's able to be |
| 11:17:26 | 18 | a process server. |
| 11:17:27 | 19 | I can't do my own process serving on my own |
| 11:17:30 | 20 | buildings.  I've got to get somebody to do it.  And |
| 11:17:32 | 21 | I'd prefer to get somebody that I don't have to |
| 11:17:34 | 22 | pay. |
| 11:17:34 | 23 | Q.   What service -- what process did you |

11:17:38   1   serve on Mike?

11:17:38   2           A.   Well, I know we nailed on the door.  We

11:17:41   3   gave him a 30-day notice.

11:17:44   4           Q.   Of eviction?

11:17:45   5           A.   Yeah.  Which is what you have to do to

11:17:46   6   start the process, I think.

11:17:48   7           Q.   Did you do any other legal proceedings

11:17:51   8   involving Mike and the unit at 33?

11:18:01   9           A.   No.

11:18:01  10           Q.   Did you ever call the police with

11:18:02  11   regard to any issues with Mike at 33?

11:18:06  12           A.   I don't remember.

11:18:21  13           Q.   Did you ever come to learn the identity

11:18:23  14   of the person who was staying with Mike?

11:18:26  15           A.   No.  Not -- I might have known for

11:18:31  16   a second or thought I knew for a second but not

11:18:33  17   now.

11:18:33  18           Q.   Did Mike ever discuss with you any

11:18:36  19   issues he had with the person staying with him

11:18:39  20   at 33?

11:18:50  21           A.   I don't want to trash anybody too bad,

11:18:51  22   but Mike was always -- always had something that he

11:18:54  23   wanted you to listen to.  Mike always had some

*Kistner - Huggins - 2/6/20*

46

11:18:57  1  story.

11:19:03  2         Q.    Did he ever request that you help

11:19:05  3  remove that person from 33?

11:19:08  4         A.    If he did, I know exactly what I would

11:19:10  5  have told him, but I don't remember him doing that,

11:19:13  6  no.

11:19:27  7         Q.    Do you have any contact with Mike Wolfe

11:19:30  8  presently?

11:19:32  9         A.    No.

11:19:34 10         Q.    When was your last contact with Mike

11:19:42 11  Wolfe?

11:19:42 12         A.    During one of my court appearances in

11:19:46 13  City Court on these criminal charges around this

11:19:57 14  false arrest, I was in the hallway, and Mike Wolfe

11:20:01 15  walked into the large area up in the criminal court

11:20:07 16  city building over there, and I noticed him, but he

11:20:12 17  didn't notice me.

11:20:14 18         Within about 15 minutes he walked into

11:20:18 19  a court room on that floor.  My case hadn't been

11:20:23 20  called yet, so I went in and listened and saw that

11:20:28 21  Mike was involved in -- he was in a raid at a crack

11:20:31 22  house and had been swept up in a raid.

11:20:34 23         This was three or four or five months later,

Kistner - Huggins - 2/6/20

47

11:20:40  1    after January, so it would have been around June or

11:20:42  2    July.  Something like that.

11:20:46  3           And after I learned that, I went back and

11:20:48  4    sat in the hallway for my case to get called, and

11:20:50  5    Mike came out of the court room after his case was

11:20:53  6    called, and he walked over and said hello.  And

11:20:56  7    I really was kind of shy to talk to him, and I just

11:21:00  8    kind of acknowledged that he was standing there.

11:21:05  9           And he said, do you have something going on

11:21:08 10    here?  And I was real vague and said, there's

11:21:13 11    always something going on in this building, Mike.

11:21:16 12    He just kind of laughed.

11:21:19 13           But that was the last time I laid eyes on

11:21:21 14    Mike Wolfe.

11:21:22 15           Q.    Have you ever discussed the

11:21:24 16    January 1st, 2017 incident with the Buffalo

11:21:27 17    Police Department with Mike?

11:21:29 18           A.    No.

11:21:31 19           Q.    Are you aware if Mike witnessed any

11:21:34 20    portion of your interaction with the Buffalo police

11:21:38 21    officers on January 1st, 2017?

11:21:54 22           A.    No, but they're going to inform you

11:21:57 23    of -- because the way I answer this might infer

*Kistner - Huggins - 2/6/20*

48

11:21:59  1  that he did.

11:22:02  2          When I was not home -- during that January

11:22:08  3  1st, 2017 time, when I wasn't at home, Rachel got

11:22:14  4  30 calls from him on his cell phone.  Rachel said,

11:22:20  5  he's been calling here -- when I got home that day,

11:22:23  6  she said, he's been calling here all day.

11:22:25  7          Q.   Did she actually speak with him?

11:22:27  8          A.   No.  Rachel was smart enough to not --

11:22:30  9  just not answer the phone, or I can't talk now.

11:22:37 10          Because Rachel being home alone, if Mike

11:22:40 11  knew I wasn't there, could have been problematic.

11:22:46 12  If Mike and his drug-abusing friend were over

11:22:49 13  there, knowing that Rachel was home alone with

11:22:51 14  three kids, that could have become problematic for

11:22:55 15  her.

11:22:55 16          Q.   So other than him, Mike, repeatedly

11:22:57 17  calling Rachel that day, do you have any other

11:22:59 18  basis for thinking that maybe Mike saw any of your

11:23:02 19  interaction with the officers --

11:23:04 20          A.   No.

11:23:05 21          Q.   -- on January 1st?

11:23:07 22          A.   No.  He was hot to talk to me about

11:23:09 23  something that day.  And it wasn't -- and during

11:23:13  1  those times when he called Rachel, he told Rachel:

11:23:15  2  I'm done with the apartment.  I'm leaving.  Tell

11:23:19  3  Jim to come get the key.

11:23:21  4          Q.    Was that information left via voice-mail

11:23:24  5  message?

11:23:25  6          A.    Probably.

11:23:28  7          Q.    Did any of those 30 phone calls occur

11:23:30  8  prior to your interaction with the officers?

11:23:34  9          A.    No.  Mike never called that morning or

11:23:38 10  the day before, for that matter.  Or the day

11:23:42 11  before.

11:23:43 12          After -- after I had communicated with the

11:23:45 13  Little Portions Friary about Mike, other than maybe

11:23:50 14  seeing him on the -- maybe the 28th, very briefly,

11:23:55 15  I never saw him until the morning of the 1st.

11:23:58 16          Q.    Did you have any conversation with Mike

11:24:01 17  either in the days leading up to January 1st or on

11:24:04 18  January 1st, prior to your interaction with the

11:24:07 19  Buffalo Police Department?

11:24:08 20          A.    No.

11:24:12 21          Q.    Sir, I understand you were originally

11:24:14 22  born in Ohio?

11:24:15 23          A.    Yeah.

Kistner - Huggins - 2/6/20

50

11:24:15  1       Q.   Did you attend any schooling in Ohio?

11:24:22  2       A.   Yes.

11:24:23  3       Q.   What school -- schooling did you attend

11:24:26  4  in Ohio?

11:24:30  5       A.   I went to Chase Elementary School to

11:24:36  6  the third grade.  I went to -- these are all in

11:24:38  7  Cincinnati.  I went to Mount Airy Elementary School

11:24:41  8  in the third grade.  I went to Clovernook

11:24:46  9  Elementary School for fourth, fifth, and sixth,

11:24:55 10  about two weeks of seventh grade.  North College

11:24:58 11  Hill Junior High.  That's it.

11:25:01 12       Q.   Did you graduate high school?

11:25:02 13       A.   No.

11:25:03 14       Q.   What was the last grade that you

11:25:05 15  attended in your schooling in Ohio that you've just

11:25:09 16  described?

11:25:09 17       A.   Seventh.

11:25:10 18       Q.   Why did you drop out?

11:25:12 19       Did you drop out?

11:25:13 20       A.   Yeah.  I was shining shoes.  I was

11:25:15 21  making money.

11:25:16 22       Q.   Where in Ohio did you obtain your GED?

11:25:25 23       A.   I can't remember.  It's on the GED.  It

| | | |
|---|---|---|
| 11:25:28 | 1 | says where I got it.  It was in Cincinnati, in |
| 11:25:31 | 2 | 1978. |
| 11:25:31 | 3 | Q.   1978. |
| 11:25:33 | 4 | I understand you have an urban planning |
| 11:25:40 | 5 | degree from the University of Buffalo.  Have you |
| 11:25:44 | 6 | gotten any additional degrees since you obtained |
| 11:25:47 | 7 | the urban planning degree? |
| 11:25:50 | 8 | A.   No. |
| 11:25:52 | 9 | Q.   Any additional schooling after that? |
| 11:25:58 | 10 | A.   No. |
| 11:25:58 | 11 | Q.   Have you ever worked in the field of |
| 11:26:01 | 12 | urban planning? |
| 11:26:02 | 13 | A.   Not on a bet. |
| 11:26:05 | 14 | Q.   What was your most recent employment |
| 11:26:09 | 15 | outside of the rental units that you own? |
| 11:26:17 | 16 | A.   I am -- okay.  The last three jobs |
| 11:26:19 | 17 | I had for a dollar bill. |
| 11:26:22 | 18 | Q.   You don't even have to go that far for |
| 11:26:25 | 19 | three.  I'm just asking the most recent. |
| 11:26:27 | 20 | A.   Okay.  Well, it's easy.  I worked for |
| 11:26:32 | 21 | G&B Paving for six years when I was married with |
| 11:26:40 | 22 | Danielle Bradley.  I got -- G&B closed, and |
| 11:26:46 | 23 | I worked for a different paver for one season. |

11:26:51  1          And at the end of the season, my back was

11:26:53  2   hurting, so I had -- I could -- within about

11:26:58  3   eight months, I could go back to work, and I had

11:27:00  4   a schwannoma removed -- schwannoma tumor removed

11:27:03  5   from my back.

11:27:08  6          I'm going to jump ahead.  As an undergrad at

11:27:13  7   NCCC, I had two work study jobs.  For like four

11:27:18  8   days I had one and for like a week I had another,

11:27:23  9   and I couldn't do either one of them, so that

11:27:25 10   didn't work out.  And that's it.

11:27:28 11          Q.   Your work at the two paving companies

11:27:31 12   that you've mentioned, was that as a laborer?

11:27:33 13          A.   Yeah.

11:27:34 14          Q.   Was there any type of accident or

11:27:36 15   injury that caused the back pain you mentioned?

11:27:39 16          A.   No.

11:27:40 17          Q.   Okay.  When did you first start

11:27:42 18   experiencing the back pain?

11:27:44 19          A.   That last year I was working.

11:27:49 20          Q.   Do you recall what year that was?

11:27:51 21          A.   I really want to say '97, '98.

11:27:56 22          Q.   What year was your surgery?

11:27:57 23          A.   I think it was '98.

11:28:01  1        Q.    Have you -- in the years after 1998,
11:28:07  2   have you continued to receive medical treatment for
11:28:09  3   either pain to your back or for the tumor?
11:28:11  4        A.    I did until I realized that was going
11:28:14  5   no place.  I think I chased that squirrel up the
11:28:20  6   tree for maybe two or three years trying to figure
11:28:22  7   out how to get rid of it hurting still.
11:28:26  8        My problem was probably that I didn't get
11:28:28  9   the right kind of rehab after the schwannoma was
11:28:33 10   removed and everything kind of got stiff back
11:28:35 11   there.
11:28:36 12        And I was essentially told sometimes you
11:28:37 13   come out of those surgeries and you're fine,
11:28:39 14   sometimes you come out and you're not.  If you
11:28:41 15   can't do what you used to do, you're one of the
11:28:44 16   cannots.
11:28:45 17        Q.    What were the things that you were not
11:28:49 18   able to do after that surgery?
11:28:50 19        A.    Well, I wasn't pushing full barrels of
11:28:54 20   blacktop anywhere, and I wasn't working on my knees
11:28:57 21   finishing flatwork concrete anymore.
11:28:59 22        Q.    Fair to say that general labor type
11:29:01 23   work in the construction fields you are unable to

*Kistner - Huggins - 2/6/20*

54

11:29:04  1  do after that surgery?

11:29:05  2      A.   No.   The kind of labor I did in the

11:29:07  3  construction field required a 23-year-old back, and

11:29:14  4  I didn't have one.

11:29:19  5      You can work -- you can work hard or you can

11:29:23  6  work smart.  Well, at that point in my life, I was

11:29:26  7  working hard, and that's why I got paid was

11:29:31  8  because, you know, you can put seven wheelbarrows,

11:29:36  9  which is a ton of blacktop, on the ground here,

11:29:39 10  there, here, there, here, there, and keep doing

11:29:41 11  that all day long.  That's working hard.  It's not

11:29:44 12  working smart.

11:29:45 13      So what I was doing before the surgery was

11:29:48 14  I was working hard, and you can't work hard -- you

11:29:53 15  can't work smart to work hard.  You can't do it.

11:29:57 16  Or I couldn't then.

11:29:59 17      Q.   When did you stop treating for the back

11:30:02 18  tumor?

11:30:10 19      A.   Well, I know I checked in and out with

11:30:17 20  the neurologist who took it out, and I think I saw

11:30:21 21  him five or six times after the operation, and that

11:30:27 22  was it.

11:30:27 23      Q.   So would it be sometime in 1999 that

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 11:30:30 | 1 | you stopped treating for those issues with your |
| 11:30:32 | 2 | back? |
| 11:30:42 | 3 | **A.** It would be safe to say. |
| 11:30:58 | 4 | **Q.** Do you have any certificate or did you |
| 11:31:02 | 5 | graduate from the program you attended at American |
| 11:31:06 | 6 | Institute for Paralegal Studies in Cincinnati? |
| 11:31:09 | 7 | **A.** If I do -- if I did, I have no clue |
| 11:31:11 | 8 | where it is. |
| 11:31:11 | 9 | **Q.** Did you ever work in the legal field? |
| 11:31:13 | 10 | **A.** No. I had job offers in the legal |
| 11:31:16 | 11 | field, but no. |
| 11:31:17 | 12 | **Q.** Have you ever received any schooling or |
| 11:31:20 | 13 | training in the medical field? |
| 11:31:27 | 14 | **A.** As an undergrad at Niagara County |
| 11:31:30 | 15 | Community College, I took the lifesaving course. |
| 11:31:36 | 16 | **Q.** Like a CPR-type certification? |
| 11:31:38 | 17 | **A.** Yeah. Yeah. |
| 11:31:40 | 18 | **Q.** Any -- |
| 11:31:41 | 19 | **A.** I don't know if I have a certification |
| 11:31:42 | 20 | in that either. |
| 11:31:43 | 21 | **Q.** Any other medical treatment -- excuse |
| 11:31:45 | 22 | me -- medical training beyond that course at NCCC? |
| 11:31:51 | 23 | **A.** No. Not that I know. |

Kistner - Huggins - 2/6/20

56

| 11:31:53 | 1 | Q. | When did you have that course? |

11:31:53  1        Q.    When did you have that course?

11:31:59  2        A.    2003, maybe.

11:32:05  3        Q.    Aside from the collecting of the rents

11:32:08  4   for the Schmarbeck units, did you have any other

11:32:13  5   duties or responsibilities as a part of the

11:32:17  6   landlord for those properties in January of 2017?

11:32:27  7        A.    Can you ask that again?

11:32:30  8        Q.    Did you do anything beyond collecting

11:32:31  9   rent on those units in January of 2017, as the

11:32:37 10   landlord?

11:32:41 11        A.    You mean to maintain the buildings?

11:32:43 12   Work on the buildings?  Is that what you mean?

11:32:45 13        Q.    It's a broad and open-ended question.

11:32:47 14   If that's what you did.

11:32:48 15        A.    Yeah.   Yeah.   Anything that's ever got

11:32:53 16   fixed, except that roof on 24, the recent reroof,

11:33:03 17   at any of those buildings, hers or mine, I did the

11:33:06 18   work on it.

11:33:08 19        Q.    Was there anything about the

11:33:11 20   January 1st, 2017 incident that prevented you from

11:33:13 21   doing any maintenance to the units that you acted

11:33:16 22   as the landlord for?

11:33:29 23        A.    Yeah.   Want me to tell you?

*Kistner - Huggins - 2/6/20*

57

11:33:33  1      Q.   What specifically were you unable to do

11:33:35  2 as a result of that incident?

11:33:36  3      A.   Everything slows down and takes longer.

11:33:45  4 I can't do high work at all hardly.  I can get on

11:33:48  5 a ladder, but I don't feel confident that I can

11:34:00  6 hold on to the ladder with both hands.  I've got to

11:34:02  7 hold on to the ladder with both hands now.

11:34:05  8      Q.   Prior to the January 1st, 2017

11:34:08  9 incident, were you doing maintenance on a ladder to

11:34:11 10 any of those units?

11:34:12 11      A.   Yeah.  I was cleaning gutters every

11:34:14 12 year.  I was -- if anything leaked, I fixed the

11:34:19 13 roof.  If we had to hang aerials for TVs, I was on

11:34:26 14 the ladder.  I don't go up more than about six feet

11:34:32 15 anymore.  It's just -- if I'm going to be, you

11:34:35 16 know, using hand tools.

11:34:36 17     It's the hand tools.  That's the problem.

11:34:40 18 If I'm holding on to the roof and I'm nailing like

11:34:44 19 this, I've lost hammers.  My hands have let go.

11:34:49 20 Just like that, they let go.  And I don't want to

11:34:53 21 be up high.

11:34:54 22     And I definitely don't want to work with

11:34:55 23 nobody up high, because if I'm up high and

| | | |
|---|---|---|
| 11:34:58 | 1 | something goes wrong -- |
| 11:35:04 | 2 | Q.   Have you incurred any expenses as |
| 11:35:06 | 3 | a result of your inability to do that maintenance |
| 11:35:09 | 4 | that requires a ladder on these units? |
| 11:35:11 | 5 | A.   Yeah.   There -- okay.   It's not just |
| 11:35:18 | 6 | limited to the ladder either. |
| 11:35:20 | 7 | Q.   Why don't we stick with the question |
| 11:35:22 | 8 | I just asked -- |
| 11:35:22 | 9 | A.   Okay. |
| 11:35:23 | 10 | Q.   -- and then we can broaden it out. |
| 11:35:25 | 11 | A.   I had to pay a crew to do the roof over |
| 11:35:28 | 12 | at 24.   The last -- the rolled roof and the deck |
| 11:35:35 | 13 | I did myself -- by myself on that building, but |
| 11:35:40 | 14 | I couldn't do it. |
| 11:35:42 | 15 | Q.   Had you previously done roofing work at |
| 11:35:45 | 16 | any of your units prior to the January 1st, 2017 |
| 11:35:48 | 17 | incident? |
| 11:35:48 | 18 | A.   Yeah.   I'm the guy that put the new |
| 11:35:51 | 19 | deck on 24 on that side of the house. |
| 11:35:53 | 20 | Q.   My question was roofing prior to the |
| 11:35:56 | 21 | incident. |
| 11:35:56 | 22 | A.   Yeah.   The deck of the roof is what you |
| 11:35:59 | 23 | put on the roof before you put the shingles on it. |

11:36:05  1  The four-by-eight sheets, I hauled them up by myself.

11:36:09  2  I did all that work by myself.  I ripped the roof

11:36:12  3  off by myself.  I did a complete tear-off on that

11:36:16  4  whole side of 24.

11:36:18  5       And that rolled roofing wore out, so I needed

11:36:22  6  another roof on it, and we were going to put the

11:36:24  7  shingles on that new deck that was underneath, and

11:36:27  8  I couldn't do it.

11:36:28  9       Q.   When did you hire a crew to complete

11:36:31 10  that roofing work on 24?

11:36:32 11       A.   I don't remember the date.  I could

11:36:34 12  find it out at some other date.  I've got receipts.

11:36:38 13  I've got a receipt.

11:36:40 14       Q.   Any other expenses you have had as

11:36:42 15  a result of your inability to do ladder -- what's

11:36:48 16  called ladder maintenance, if that makes sense?

11:36:50 17       A.   I couldn't do -- this is -- no.

11:37:06 18       Q.   Any other aspects of the maintenance to

11:37:08 19  the units that you have been unable to complete as

11:37:11 20  a result of the incident on January 1st, 2017?

11:37:14 21       A.   Yeah.  The area below the front porch

11:37:21 22  at 37 was stuccoed.  I couldn't -- I couldn't hold

11:37:28 23  a trowel.  I couldn't use a trowel to put the

Kistner - Huggins - 2/6/20

60

| | | |
|---|---|---|
| 11:37:30 | 1 | stucco on, so that job got hired out.  And that was |
| 11:37:35 | 2 | ground work.  That was standing flat on your feet, |
| 11:37:38 | 3 | but you had to use a trowel a lot, and you use |
| 11:37:41 | 4 | about an eight-by-four trowel. |
| 11:37:43 | 5 | Q.    When did you hire someone to do that |
| 11:37:45 | 6 | work? |
| 11:37:48 | 7 | A.    This past summer. |
| 11:37:50 | 8 | Q.    Summer of 2019? |
| 11:37:53 | 9 | A.    Yeah.  Yeah.  It was spring.  Spring. |
| 11:37:57 | 10 | I think I got it done in the spring. |
| 11:37:59 | 11 | Q.    The issues that you've identified with |
| 11:38:01 | 12 | doing maintenance while on a ladder and with regard |
| 11:38:06 | 13 | to the front porch work, you've identified your |
| 11:38:09 | 14 | hands as being the issue. |
| 11:38:13 | 15 | A.    The wrists. |
| 11:38:14 | 16 | Q.    What about your -- first off, is it |
| 11:38:17 | 17 | both your hands? |
| 11:38:17 | 18 | A.    I'm right-handed.  It's both of my |
| 11:38:20 | 19 | hands, but the right is more pronounced than the |
| 11:38:23 | 20 | left. |
| 11:38:27 | 21 | Q.    What specifically do you experience to |
| 11:38:29 | 22 | your hands that causes difficulty in this |
| 11:38:33 | 23 | maintenance work? |

*Kistner - Huggins - 2/6/20*

61

| | | |
|---|---|---|
| 11:38:34 | 1 | A.    I don't have any confidence in being |
| 11:38:37 | 2 | able to hold anything and work with it.  I used to |
| 11:38:44 | 3 | be one of the best painters I know.  I can draw |
| 11:38:46 | 4 | a line forever, and I could. |
| 11:38:52 | 5 | A six-room apartment, you could knock it out |
| 11:38:55 | 6 | in three days by yourself.  Well, now it takes me |
| 11:38:58 | 7 | ten days to do that because I'm dropping the |
| 11:39:01 | 8 | paintbrush.  I've got to get down off the ladder to |
| 11:39:03 | 9 | get the paintbrush again. |
| 11:39:05 | 10 | I don't know when it's not going to work. |
| 11:39:09 | 11 | Q.    When you say it's not going to work and |
| 11:39:11 | 12 | dropping things, is that the extent of the issues |
| 11:39:13 | 13 | you have with your hand is you have an inability to |
| 11:39:17 | 14 | hold objects? |
| 11:39:17 | 15 | A.    With confidence. |
| 11:39:25 | 16 | This happened to me -- can I keep talking or |
| 11:39:27 | 17 | not? |
| 11:39:28 | 18 | Q.    How long have you experienced |
| 11:39:31 | 19 | difficulty with your ability to hold objects in |
| 11:39:34 | 20 | both of your hands? |
| 11:39:40 | 21 | A.    Since January 1st, 2017. |
| 11:39:41 | 22 | Q.    Has there been any improvement or |
| 11:39:46 | 23 | change in this difficulty with holding objects |

| | | |
|---|---|---|
| 11:39:52 | 1 | since January 1st, 2017, to the present? |
| 11:40:02 | 2 | A. I'm just more aware of it. I think it |
| 11:40:06 | 3 | was about the same the whole time, but I just think |
| 11:40:09 | 4 | the further I get away from January of '17, the |
| 11:40:17 | 5 | more I notice like it's still doing it, it's still |
| 11:40:20 | 6 | doing it. That's what I mean. |
| 11:40:24 | 7 | Q. Are you seeing any medical provider |
| 11:40:28 | 8 | specific to these issues with your hands? |
| 11:40:30 | 9 | A. No. |
| 11:40:32 | 10 | Q. Why not? |
| 11:40:38 | 11 | A. I don't have the money. |
| 11:40:44 | 12 | Q. Have you ever described the issues that |
| 11:40:48 | 13 | you have with your hands to any medical provider? |
| 11:40:50 | 14 | A. Yeah. |
| 11:40:51 | 15 | Q. Who have you described these issues to? |
| 11:40:53 | 16 | A. I'll start with that primary that I saw |
| 11:40:56 | 17 | at 1500 Broadway about ten days into the month of |
| 11:41:09 | 18 | January in 2017, and then any primary that I have |
| 11:41:12 | 19 | since then. |
| 11:41:14 | 20 | Khan. Dr. Khan was at Family Practice. |
| 11:41:17 | 21 | I saw him probably for a year. But I know what |
| 11:41:25 | 22 | their responses always seem to be to me. |
| 11:41:28 | 23 | Q. So my question right now is just: What |

11:41:30  1    medical providers have you discussed the issues

11:41:32  2    with your hands with?

11:41:36  3             So we've mentioned the --

11:41:36  4        A.    Yeah.   Just those two.

11:41:37  5        Q.    -- primary on Broadway and Dr. Khan?

11:41:39  6        A.    Yeah.

11:41:41  7        Q.    Just those two?

11:41:42  8        A.    And -- and ECMC on the morning.

11:41:45  9        Q.    When did you first notice issues with

11:41:49 10    holding objects in your hands?

11:41:54 11        A.    Right after it happened.   Particularly

11:41:57 12    with my right hand, because I do a lot with my

11:42:00 13    right hand.

11:42:00 14        Q.    When you say, right after it happened,

11:42:02 15    are you referring to January 1st, 2017?

11:42:03 16        A.    Yes, ma'am.

11:42:07 17        Q.    Are you able to write?   Handwrite?

11:42:14 18        A.    Yeah.   Yeah.   I can sign my name, and

11:42:17 19    I can print.   Yeah, I know how to do that.

11:42:19 20        Q.    Do you experience any difficulty

11:42:21 21    handwriting?

11:42:22 22        A.    I ain't going to do it long.   I'm going

11:42:25 23    to put the pen down after a very short time.   But

11:42:29  1  since I've been in college, almost everything is on

11:42:32  2  a typewriter.

11:42:34  3          Q.    Fair enough.

11:42:35  4          I would like to return back to your injuries

11:42:38  5  a little bit later, but I think where we -- before

11:42:41  6  we got diverted to it, I asked if there was

11:42:44  7  anything about the January 1st, 2017 incident that

11:42:46  8  prevented you from doing maintenance as a landlord

11:42:49  9  on your properties.

11:42:51 10          Have we discussed all of those issues?  The

11:42:56 11  ladder work and then the work on the front porch of

11:43:00 12  37?

11:43:07 13          A.    Yeah.  And the extended time it takes

11:43:10 14  to get stuff done now compared with -- yeah.

11:43:13 15          Q.    Aside from those things, is there any

11:43:16 16  other manner in which you've been prevented from

11:43:19 17  completing your duties as a landlord --

11:43:21 18          A.    I'm going to say no.

11:43:25 19          Q.    -- as a result of this incident?

11:43:26 20          A.    I'm going to say no.

11:43:28 21          Q.    Aside from your rental properties, do

11:43:31 22  you have any other employment today?

11:43:33 23          A.    No.

11:43:41  1          Q.    Between January 1st, 2017 and today,
11:43:42  2     were you employed anywhere else other than as
11:43:44  3     a landlord?
11:43:45  4          A.    No.
11:43:52  5          Q.    Prior to January 1st, 2017, had you
11:43:54  6     ever encountered any of the officers who you
11:44:02  7     encountered on January 1st, 2017?
11:44:04  8          A.    I don't know.
11:44:06  9          Q.    Since January 1st, 2017, have you
11:44:09 10     encountered any of those officers?
11:44:10 11          A.    I don't think so.
11:44:16 12          Q.    Again, I'm trying not to cover the
11:44:19 13     same --
11:44:19 14          A.    Oh, McDonald's.  Hold -- you asked --
11:44:24 15     the last question, can you repeat your last
11:44:26 16     question?
11:44:26 17          MS. HUGGINS:   Sure.
11:44:27 18          Do you mind reading it back?
11:44:27 19          (The above-requested portion was then read
11:44:46 20     by the reporter.)
11:44:46 21          THE WITNESS:   McDonald's on Niagara Street,
11:44:50 22     Rachel and me took the kids there.  I went in and
11:44:52 23     got the food, and I think either one of the --

| | | |
|---|---|---|
| 11:44:59 | 1 | there was a male and a female officer in there, and |
| 11:45:03 | 2 | when I went over -- Rachel's out in the parking lot |
| 11:45:09 | 3 | in the car with the kids, and she recognized -- |
| 11:45:15 | 4 | when I was -- I'll come back to that in a second. |
| 11:45:18 | 5 | When I was in getting the food, the two |
| 11:45:21 | 6 | officers were talking to each other, and the one |
| 11:45:23 | 7 | officer said, that's him.  And when I turned around |
| 11:45:27 | 8 | and looked, they were five or six feet away from |
| 11:45:33 | 9 | me. |
| 11:45:34 | 10 | I think it was one of the female officers or |
| 11:45:36 | 11 | it might have been the male officer that said it, |
| 11:45:39 | 12 | but I know one of them two policemen had something |
| 11:45:44 | 13 | to do with this thing on Schmarbeck that day, |
| 11:45:47 | 14 | because when I came -- when I came out and crossed |
| 11:45:50 | 15 | the parking lot and got in, Rachel said to me:  Did |
| 11:45:54 | 16 | you see them?  And I said, the two that were in |
| 11:45:57 | 17 | there?  And she said, yeah.  And I said, yeah. |
| 11:46:01 | 18 | They were talking behind me, and I went to turn |
| 11:46:04 | 19 | around and look at them, and they were kind of |
| 11:46:06 | 20 | acting kind of strange. |
| 11:46:08 | 21 | We're convinced that somebody in that |
| 11:46:10 | 22 | McDonald's, but no, we didn't talk to each other, |
| 11:46:15 | 23 | there was no confrontation or anything like that, |

| 11:46:17 | 1 | but I think we might have ran into one of them one |
| 11:46:20 | 2 | day over at McDonald's. |
| 11:46:21 | 3 | **BY MS. HUGGINS:** |
| 11:46:21 | 4 | Q.   Did you yourself recognize either |
| 11:46:23 | 5 | of those officers at the McDonald's? |
| 11:46:29 | 6 | A.   No, but I could just -- I knew |
| 11:46:31 | 7 | what I heard going on behind me, and it was |
| 11:46:35 | 8 | like:  I think that's one of the police. |
| 11:46:38 | 9 | Q.   When was that? |
| 11:46:42 | 10 | A.   Better than two years ago. |
| 11:46:44 | 11 | Q.   Are you referring to the McDonald's on |
| 11:46:46 | 12 | Niagara near Virginia? |
| 11:46:48 | 13 | A.   Yeah. |
| 11:46:52 | 14 | Q.   How long have you been in a relationship |
| 11:46:54 | 15 | with Rachel? |
| 11:47:00 | 16 | A.   16 years. |
| 11:47:12 | 17 | Q.   I want to quickly update some of your |
| 11:47:15 | 18 | testimony on the 50-h. |
| 11:47:16 | 19 | Any bankruptcies since your testimony on |
| 11:47:18 | 20 | June 27, 2017? |
| 11:47:19 | 21 | A.   No. |
| 11:47:20 | 22 | Q.   Any military service since your |
| 11:47:23 | 23 | testimony in your 50-h? |

11:47:24  1          A.    No.

11:47:25  2          Q.    Any additional education or training

11:47:28  3    after you testified in your 50-h on June 27th,

11:47:32  4    2017?

11:47:32  5          A.    No.

11:47:40  6          Q.    Do you recall the day of the week that

11:47:43  7    January 1st, 2017 was?

11:47:45  8          A.    No.

11:47:47  9          Q.    Do you recall what you did the night

11:47:49 10    prior?

11:47:53 11          A.    New Year's Eve?

11:47:54 12          Q.    On New Year's Eve, December 31st.

11:47:57 13          A.    Yeah.   The same thing we do every year.

11:47:59 14    We stay at home.

11:48:00 15          Q.    Do you recall what time you went to

11:48:01 16    bed?

11:48:07 17          A.    I don't want to get that New Year's Eve

11:48:10 18    confused with another New Year's Eve, but I think

11:48:12 19    I fell asleep and Rachel was looking out the front

11:48:16 20    window at the Electric Tower, because you can see

11:48:18 21    the fireworks going off from our house.

11:48:25 22          But when I got up and went home, it was

11:48:27 23    probably 2 o'clock.   She was sleeping.

| | | |
|---|---|---|
| 11:48:30 | 1 | Q.   Do you -- at that time in January -- |
| 11:48:33 | 2 | well, in December of 2016 and January of 2017, you |
| 11:48:38 | 3 | and Rachel were sleeping in separate residences? |
| 11:48:41 | 4 | A.   Yeah.  She had a hospitalization, |
| 11:48:53 | 5 | I think it was in '15 -- '16?   '15 or '16 -- and |
| 11:49:02 | 6 | she wanted to live by herself, so she moved into |
| 11:49:09 | 7 | 37, and I would sleep between 33 and 37, if she had |
| 11:49:14 | 8 | a bad night and she said, come over here. |
| 11:49:16 | 9 | Q.   Where did you wake up the morning of |
| 11:49:19 | 10 | January 1st, 2017? |
| 11:49:23 | 11 | A.   I was at 33.  I was sleeping in |
| 11:49:25 | 12 | a barber chair. |
| 11:49:28 | 13 | Q.   In the 24 hours prior to your |
| 11:49:31 | 14 | interaction with the Buffalo police officers on |
| 11:49:34 | 15 | January 1st, did you consume any drugs or alcohol? |
| 11:49:38 | 16 | A.   No. |
| 11:49:38 | 17 | Q.   Did you consume any marijuana? |
| 11:49:45 | 18 | A.   No. |
| 11:49:48 | 19 | Q.   Did you skip taking any medications |
| 11:49:50 | 20 | that you were prescribed within that -- |
| 11:49:52 | 21 | A.   No. |
| 11:49:53 | 22 | Q.   -- 24-hour period? |
| 11:49:55 | 23 | A.   No. |

11:49:59  1          Q.   Was anyone present at 33 when you woke
11:50:01  2   up on January 1st?
11:50:04  3          A.   No.
11:50:05  4          Q.   What did you do when you woke up?
11:50:10  5          A.   Got my shoes on and went next door to
11:50:13  6   see if Earl was awake and Rachel and the boys.
11:50:16  7          Q.   Was Earl staying in Rachel's unit on --
11:50:20  8   at that time period?
11:50:21  9          A.   I think Earl was downstairs in the
11:50:23 10   first bedroom.
11:50:24 11          See, 37, where Rachel lived then, it's
11:50:29 12   a double, but she has both units.  She uses the
11:50:33 13   whole house.  Downstairs, there's a front bedroom
11:50:37 14   downstairs, which has a bed in it, and when Earl
11:50:40 15   comes over, Earl usually sleeps there.
11:50:45 16          There's Rachel and the three little boys,
11:50:48 17   they were in cribs then -- I'm pretty sure they
11:50:50 18   were still in cribs -- and they're all up on the
11:50:54 19   second floor.
11:50:55 20          I have a room in the back on the second
11:50:57 21   floor at 37 that has a bed in it.  And then I've
11:51:00 22   got the office that's got a barber chair.  I can go
11:51:04 23   over there.  I've got two mats in the back, if I want

*Kistner - Huggins - 2/6/20*

71

11:51:08  1    to lay down.

11:51:09  2            But if I just go over there and turn on the

11:51:11  3    TV and go to sleep, it gives her a sense of she's

11:51:15  4    living by herself for a minute.

11:51:17  5            Q.    What was the weather on January 1st,

11:51:30  6    2017?

11:51:30  7            A.    I don't remember.

11:51:31  8            Q.    What were you wearing?

11:51:36  9            A.    The whole day?  You mean when I went

11:51:38 10    outside?

11:51:39 11            Q.    That morning.

11:51:42 12            A.    I was wearing my -- a pair of pants and

11:51:45 13    a shirt, and I had -- I think I had a windbreaker

11:51:53 14    on, and I had leather-soled dress shoes on.

11:52:01 15            Q.    What type of tread was on those

11:52:04 16    dress shoes?

11:52:08 17            A.    All I can say is leather soles.

11:52:19 18            Q.    At some point in the morning, you went

11:52:22 19    over to 37 Schmarbeck?

11:52:26 20            A.    Yeah.

11:52:26 21            Q.    What time did you leave 33 and go over

11:52:29 22    to 37?

11:52:30 23            A.    It was early.  Like 6:30, 7 o'clock in

11:52:32  1  the morning.  It was early.

11:52:36  2          Q.    Who was present at 37 that morning?

11:52:44  3          A.    From my memory it was me, Rachel, Earl,

11:52:47  4  and the three little boys.

11:52:51  5          Q.    At some point that morning your

11:52:54  6  attention was drawn to a red van parked on

11:52:57  7  Schmarbeck Avenue?

11:52:58  8          A.    Yeah.  I saw Wolfe -- I saw the van

11:53:01  9  pull up.  I was looking out the window when the van

11:53:06 10  pulled up.

11:53:06 11          Q.    What type of street -- actually, strike

11:53:09 12  that.

11:53:09 13          The block that your properties are located

11:53:14 14  on Schmarbeck Avenue, is that a two-way street or

11:53:18 15  a one-way street?

11:53:21 16          A.    It's a two-way street.

11:53:23 17          Q.    How many lanes of traffic are located

11:53:27 18  on Schmarbeck Avenue within that block?

11:53:44 19          A.    I would say you could -- well, I know

11:53:46 20  you could safely put three cars abreast, so you

11:53:49 21  could have a parked car on each side of the street

11:53:51 22  and one car could safely navigate right down the

11:53:55 23  middle.

Kistner - Huggins - 2/6/20

73

11:53:56  1        If it's a fire truck or something big, wide,

11:53:59  2  and I was going to say noisy, sometimes they have

11:54:04  3  trouble getting down the street.  The garbage

11:54:08  4  trucks and the plow trucks sometimes, when there's

11:54:10  5  people parked on both sides, they'll have trouble

11:54:12  6  negotiating the street.

11:54:13  7        Q.   Is there any crosswalk or indication on

11:54:17  8  the road for pedestrians within that block on

11:54:19  9  Schmarbeck?

11:54:22 10        A.   Up at Broadway, after they milled

11:54:28 11  it -- I don't know what year that was -- with

11:54:32 12  enough calls to City Hall, they gave us a half

11:54:35 13  a crosswalk -- a half of paved -- of painted

11:54:39 14  pavement up at the corner.

11:54:41 15        They gave us, you know, a line -- a white

11:54:44 16  line where the car could pull to the white line,

11:54:46 17  but I think that was about it.

11:54:50 18        Q.   And that's at the intersection of

11:54:51 19  Broadway and Schmarbeck?

11:54:52 20        A.   Yeah.   That's another 200 feet up the

11:54:55 21  street.

11:54:58 22        Q.   What time was it when the red van

11:55:00 23  pulled up and parked on Schmarbeck?

| 11:55:06 | 1 | A. I don't remember the exact time. |

11:55:06  1        A.    I don't remember the exact time.

11:55:07  2        Q.    What drew your attention to the van?

11:55:10  3        A.    Well, it pulled up in front of 33, and

11:55:14  4  Mike popped out of it.  Mike Wolfe popped out of

11:55:18  5  the driver's side.  That's what really drew my

11:55:21  6  attention to it was Mike Wolfe was driving it.

11:55:23  7        Q.    Was that the first time you had seen

11:55:26  8  Mike since he had stopped staying at 33?

11:55:34  9        A.    I think I saw him on like the 28th, but

11:55:37 10  it was like fleeting.  Like he just walked down the

11:55:40 11  street and went in the house.  But, yeah, that

11:55:46 12  was -- that was the first good look I had at him

11:55:49 13  and like that he was going to be there for a while.

11:55:54 14        Q.    What about the red van concerned you?

11:55:59 15        A.    It was a couple things.  First, six,

11:56:04 16  eight weeks before, Mike had asked me to cash

11:56:07 17  a check, and I said, I'm not cashing your check.

11:56:10 18  I said, take it somewhere and get it cashed.  He

11:56:13 19  said, well, I got no ID.

11:56:15 20        I said, well, how have you been cashing them

11:56:17 21  so far?  And he said, well, I don't want to go

11:56:19 22  there.  And I said, well, tell me.  And he said,

11:56:22 23  I give it to the crack man.  I said, well, go give

11:56:25  1  that one to the crack man.  Mike said, I owe him

11:56:28  2  money.

11:56:28  3        So I was like:  I'm not going to help you.

11:56:32  4  You've got to have some ID.  Can't Restoration give

11:56:36  5  you something to prove that you can cash a $35

11:56:39  6  check?  And he says, never mind.

11:56:42  7        But, yeah, he told me he didn't have

11:56:44  8  a driver's license.

11:56:47  9        Q.  Did you ever contact the police the

11:56:49  10  morning of January 1st, 2017, with regard to the

11:56:51  11  red van?

11:56:53  12        A.  No.

11:56:58  13        Q.  When did you first notice police had

11:57:01  14  arrived on Schmarbeck Avenue on January 1st?

11:57:05  15        A.  I'm going to say it was about ten or

11:57:09  16  15 minutes after Mike got there.

11:57:10  17        Mike pulled up, got out of the van, went in

11:57:13  18  the house.  And I was like, as we're cooking and

11:57:19  19  we're negotiating in the kitchen, looking out on

11:57:21  20  all this, Earl said, what's going on?  I said,

11:57:24  21  well, Mike's here.

11:57:25  22        I think I told Rachel:  The bad penny's

11:57:31  23  back.  And she said, why -- I think she said, did

*Kistner - Huggins - 2/6/20*

11:57:36   1   he go in the house, or what's going on?  I said,

11:57:38   2   well, he just pulled up in a van.

11:57:40   3         Now, Earl wouldn't have known, but Rachel

11:57:43   4   might have mentioned it:  Well, whose van is it?

11:57:47   5   And I said, I don't know.  We'll figure it out.

11:57:50   6   We're not going to worry about it right now.

11:57:52   7         Q.   The observations you made of the van

11:57:55   8   and the police when they arrived, that was all from

11:57:57   9   within the kitchen of 37?

11:58:00  10         A.   Yeah, looking out the kitchen window.

11:58:01  11         Q.   How many police did you first observe

11:58:04  12   arrive on Schmarbeck that morning?

11:58:07  13         A.   Two.  The first Tahoe pulled in the

11:58:09  14   middle of the road.  It didn't pull over to the

11:58:12  15   curb.  It pulled right in the center of the road.

11:58:15  16         Q.   When you say two, do you mean two

11:58:18  17   vehicles or two officers?

11:58:19  18         A.   No.  Just one with two officers in

11:58:21  19   there.  And only one got out.

11:58:23  20         Q.   Please describe the physical appearance

11:58:26  21   of the officer that got out of the Tahoe.

11:58:35  22         A.   I want to say he was tall, but that's

11:58:37  23   like -- I was 150 feet away.  That's all I can tell

11:58:46  1  you.  He seemed to be a little taller than most.

11:58:50  2  And he was driving.

11:58:50  3      Q.  What happened when the officer exited

11:58:52  4  the vehicle?

11:58:53  5      A.  He walked over about to the curb, and

11:58:56  6  he stood there and talked to Mike.  Mike came out

11:59:02  7  like as they were just almost simultaneously with

11:59:05  8  them coming down the street.

11:59:07  9      So Mike might have been waiting on the

11:59:08 10  sunporch there.  He might have been standing on the

11:59:11 11  porch and come down off the steps to almost meet

11:59:13 12  them when they got there.

11:59:15 13      Q.  Were you able to see what Mike was

11:59:17 14  doing before he walked out to the officer?

11:59:20 15      A.  No.

11:59:24 16      Q.  When you say that the officer walked to

11:59:27 17  the curb, is that the curb of the street and the

11:59:29 18  sidewalk?

11:59:31 19      A.  Yeah.

11:59:33 20      Q.  Is that in front of 33?

11:59:34 21      A.  Yeah.

11:59:35 22      Q.  What happened after you saw Mike and

11:59:40 23  the officer meet each other at the curb?

11:59:45  1         A.    I think there was some conversation in

11:59:47  2    the house between maybe me and Rachel.  Maybe me

11:59:51  3    and Earl.  I don't think I was standing there

11:59:54  4    staring out the window.

11:59:55  5         I was kind of, you know, doing things, look

11:59:58  6    out for a minute, check it out.  I was more

12:00:01  7    concerned with just keeping an eye out that Mike

12:00:04  8    wasn't making off with the appliances out of the

12:00:08  9    apartment with this van that I knew wasn't his.

12:00:11 10         Q.    What caused you to have that concern?

12:00:20 11         A.    My experience as a landlord on the

12:00:22 12    East Side of Buffalo dealing with cross-addicted

12:00:26 13    mental health patients.

12:00:27 14         Q.    Have you had previous tenants steal

12:00:28 15    appliances from you?

12:00:29 16         A.    I've had previous tenants threaten to

12:00:32 17    steal appliances.  I've had previous tenants break

12:00:39 18    them as they were walking out the door.  So, you

12:00:43 19    know.

12:00:43 20         Q.    Had Mike threatened to do that in this

12:00:46 21    unit?

12:00:47 22         A.    Mike was noncommunicative.  Mike was

12:00:49 23    like -- from the middle of December, we hadn't

12:00:53  1  really said anything.  And then when I found out

12:00:55  2  where he was and I tried to track him down that way

12:00:57  3  and say, are you going to give me the keys back?

12:01:00  4  Are you done over here?  That didn't work too well

12:01:04  5  because --

12:01:07  6       Q.   Did Mike owe you any rent on January 1st,

12:01:11  7  2017?

12:01:11  8       A.   I don't remember.

12:01:12  9       Q.   Did you have a written lease with Mike

12:01:14 10  Wolfe?

12:01:15 11       A.   I had a rental agreement.  We had the

12:01:18 12  same lease with everybody.  If it's a Section 8

12:01:21 13  tenant, we call it a lease.  If it's a guy on

12:01:24 14  month-to-month, we just call it a rental agreement.

12:01:26 15  But it's the same document.

12:01:28 16       Q.   It's reduced to writing --

12:01:28 17       A.   Yeah.

12:01:29 18       Q.   -- in a document?

12:01:30 19       A.   Yeah.

12:01:41 20       Q.   The observations you made of the

12:01:45 21  officer conversing with Mike, that occurred from

12:01:48 22  the kitchen -- your vantage point in your kitchen

12:01:54 23  at 37 at the time?

Kistner - Huggins - 2/6/20

80

12:01:55  1        A.    Yes.

12:01:55  2        Q.    How long did you observe Mike and the

12:01:57  3   officer conversing from your window?

12:01:59  4        A.    I don't remember exactly.  And

12:02:01  5   remember, it's you're glancing out the window,

12:02:03  6   you're watching, you know, you're trying to keep

12:02:07  7   on -- I got three little ones.  We're trying to

12:02:09  8   make breakfast.

12:02:10  9        Everybody's moving around the kitchen at

12:02:12 10   once, and we're trying to -- and I think I told

12:02:15 11   Earl:  As long as he don't put nothing in the back

12:02:19 12   of that van, don't worry about it.  You know, as

12:02:22 13   long as he's not hauling off the fridge, just don't

12:02:24 14   worry about it, Earl.  It's no biggie.  He's

12:02:26 15   probably just here getting stuff or something.

12:02:28 16        Q.    During the period of time that the

12:02:29 17   officer was conversing with Mike at the curb, how

12:02:35 18   many police vehicles were present?

12:02:44 19        A.    See, now, I'm almost relying on the

12:02:46 20   video and not my memory.  Do you know what I mean

12:02:48 21   by that?

12:02:49 22        Q.    Do you have difficulty remembering the

12:02:51 23   incident?

12:02:56  1        A.    I would be delighted to forget it.

12:03:01  2        Q.    Do you have difficulty remembering the

12:03:04  3   incident?

12:03:08  4        A.    The further I get away from it, the

12:03:12  5   less of it I remember real clearly.  No, I don't

12:03:15  6   have difficulty remembering it.

12:03:18  7        Q.    Did there come a time when you observed

12:03:19  8   a second police vehicle park on Schmarbeck in the

12:03:23  9   vicinity of 33?

12:03:29 10        A.    I don't think I seen them pull up, but

12:03:33 11   yeah, at some point I became aware now there's two

12:03:37 12   cars out there.

12:03:37 13        Q.    Where were you when you became aware of

12:03:39 14   the second car?

12:03:40 15        A.    I was still upstairs.

12:03:43 16        Q.    What point did you choose to exit 37 to

12:03:48 17   go outside?

12:03:50 18        A.    I don't -- I don't know what -- I don't

12:03:55 19   know what kind of conversation we were having, me

12:03:58 20   and Earl and Rachel, but I think when the second

12:04:04 21   police car got there, I thought:  Oh, there's

12:04:06 22   something serious going on down there.

12:04:10 23        Q.    What, if anything, did you observe

12:04:11  1    about the interaction between the police and Mike

12:04:14  2    that caused you to form that opinion?

12:04:16  3         A.    I'm pretty sure the first police car

12:04:25  4    pulled up, the driver got out, walked over, Mike

12:04:29  5    talked to him.

12:04:29  6         Mike was pointing up at the kitchen window,

12:04:36  7    and I was like -- Rachel was concerned, because

12:04:39  8    Rachel noticed that, and she said, what is he

12:04:42  9    pointing up here for?  And I said, I don't know.

12:04:46 10    Maybe he's telling him where his landlord lives.

12:04:48 11    I don't know.

12:04:48 12         Or maybe he knew I had left, because he

12:04:52 13    could have heard me leave that morning, and maybe

12:04:54 14    he said, well, if he's not back in the back, he's

12:04:57 15    over there.

12:05:00 16         When the second police car -- okay.  They

12:05:03 17    talked for a minute, and then Mike disappears, and

12:05:06 18    then the second police car pulls up.  And I think

12:05:09 19    I thought at the time like:  Okay.  Why are all

12:05:12 20    these cops converging on the house and Mike just --

12:05:18 21    what's going on with Mike?  Mike just went in the

12:05:20 22    house.

12:05:20 23         I wasn't sure what conversation had gone on

*Kistner - Huggins - 2/6/20*

83

12:05:23  1   between Mike, but now more people were coming.

12:05:26  2        Q.   Were you able to hear any of the

12:05:28  3   conversation from where you were?

12:05:29  4        A.   No.   Just -- no, I was not able to be

12:05:31  5   a party to hear any of that, but I know he was

12:05:34  6   pointing up at the house a couple of times.

12:05:37  7        Q.   How long did the conversation between

12:05:40  8   the officers occur before you exited the home?

12:05:48  9        A.   I don't know.   I'd like to know, but

12:05:50 10   I don't.

12:05:51 11        Q.   Did anyone summon you out of 37?

12:05:58 12        A.   No.

12:05:59 13        Q.   Did anyone call you and ask you to come

12:06:03 14   out of 37?

12:06:06 15        A.   No.

12:06:14 16        Q.   Who was with you when you exited the

12:06:16 17   house?

12:06:18 18        A.   I thought Earl was like right with me

12:06:20 19   but he wasn't.

12:06:25 20        Q.   What did you do when you exited 37?

12:06:29 21        A.   I walked over to ask the driver of the

12:06:33 22   first Tahoe what was going on with Mike.

12:06:38 23        Q.   Did you enter the roadway in order to

*Kistner - Huggins - 2/6/20*

84

| 12:06:42 | 1 | approach the first Tahoe? |
| 12:06:45 | 2 | A. Yeah. |
| 12:06:48 | 3 | Q. Did you in any manner call out to the |
| 12:06:50 | 4 | police before you entered the roadway? |
| 12:06:55 | 5 | A. No. |
| 12:07:06 | 6 | Q. At the point that you approached the |
| 12:07:08 | 7 | first Tahoe in the roadway, were any of the |
| 12:07:10 | 8 | officers outside of the police vehicles? |
| 12:07:21 | 9 | A. I think when I last looked out the |
| 12:07:26 | 10 | window or watched or saw on the monitor, there was |
| 12:07:30 | 11 | one of the policemen was still out of the car. |
| 12:07:33 | 12 | When I left the house, my impression was |
| 12:07:36 | 13 | that he was still going to be there. That's what |
| 12:07:41 | 14 | I thought. I said, well, they're still out there. |
| 12:07:43 | 15 | I'll go talk to them. |
| 12:07:44 | 16 | Q. When you mentioned the monitor, do you |
| 12:07:46 | 17 | mean that your answer is from both your |
| 12:07:48 | 18 | recollection and later viewing video? |
| 12:07:54 | 19 | A. No. That's a direct recollection from |
| 12:07:57 | 20 | the morning. I remember there's still somebody out |
| 12:08:00 | 21 | of the car. Let's go, Earl. |
| 12:08:03 | 22 | And he had to find his boots, and he had to |
| 12:08:05 | 23 | get his boots on. Just slide them on. You can tie |

*Kistner - Huggins - 2/6/20*

```
12:08:10   1   them outside.  But let's go find out, before they
12:08:14   2   go, what's going on.  Or before Mike gets in deep
12:08:18   3   shit.  Or, you know, before somebody gets in
12:08:22   4   trouble that maybe ought not to be in no trouble.
12:08:25   5        Q.   Had you ever intervened with the police
12:08:27   6   and Mike prior to this date?
12:08:28   7        A.   No.  No.  I don't do that.  I don't
12:08:31   8   intervene.
12:08:40   9        Q.   At some point the first police Tahoe
12:08:43  10   pulled away?
12:08:46  11        A.   I left the house, walked down the
12:08:49  12   steps, walked out into the street, and then made
12:08:51  13   a left to walk up to the driver's side.
12:08:55  14        As I was walking up to the vehicle, I said,
12:08:58  15   can I talk to you?  The officer on the left-hand
12:09:02  16   side, in the passenger seat, a male officer, he
12:09:06  17   started waving his arms and screaming really loud:
12:09:09  18   No.  We're leaving now.  We're leaving now.  We're
12:09:12  19   not talking to anybody.
12:09:14  20        Q.   Were you in the roadway when the
12:09:17  21   officer yelled?
12:09:19  22        A.   No.  I was in the roadway to the right
12:09:21  23   of the Tahoe.  I was already on the -- my right,
```

| 12:09:27 | 1 | his left.  I was not standing in front of the |
| 12:09:29 | 2 | Tahoe, no. |
| 12:09:30 | 3 | Q.  Would that have been the driver's side |
| 12:09:33 | 4 | vehicle -- the driver's side of the Tahoe that you |
| 12:09:35 | 5 | were on? |
| 12:09:35 | 6 | A.  Yeah.  Yeah.  I was already -- because |
| 12:09:38 | 7 | I was trying to walk up to the door -- to the |
| 12:09:41 | 8 | driver's door of the first Tahoe. |
| 12:09:43 | 9 | Q.  On the roadway of Schmarbeck? |
| 12:09:46 | 10 | A.  Yeah. |
| 12:09:46 | 11 | Q.  How long or how much time elapsed from |
| 12:09:52 | 12 | when you exited 37, to when you approached the |
| 12:09:55 | 13 | first Tahoe? |
| 12:09:58 | 14 | A.  Maybe 14 seconds it takes.  I don't |
| 12:10:03 | 15 | know.  I never timed that. |
| 12:10:05 | 16 | The time it takes to leave the front door, |
| 12:10:07 | 17 | go down the steps.  I might have checked the mail. |
| 12:10:12 | 18 | I don't know.  I might have looked in the mailbox |
| 12:10:14 | 19 | for Rachel.  I don't know. |
| 12:10:15 | 20 | Q.  Where was the second police vehicle at |
| 12:10:17 | 21 | the time that you approached the first Tahoe? |
| 12:10:23 | 22 | A.  She was directly -- she was to the |
| 12:10:29 | 23 | passenger side rear.  Like diagonal, like behind |

*Kistner - Huggins - 2/6/20*

87

12:10:35  1  him.

12:10:35  2          Q.    Behind the first Tahoe?

12:10:37  3          A.    Yeah.

12:10:41  4          Q.    After the first Tahoe pulled away, did

12:10:44  5  you turn your attention to the second vehicle?

12:10:51  6          A.    As soon as I heard the guy in there

12:10:53  7  screaming:  I'm not going to talk to anybody --

12:10:55  8  we're not talking to anybody.  We're not talking to

12:10:57  9  anybody -- as soon as I heard that, I said, oh,

12:11:00 10  okay.  He's not going to talk to nobody.  So I just

12:11:03 11  walked past the Tahoe.

12:11:05 12          As soon as I came around the back of that

12:11:07 13  Tahoe, I looked over, and I saw the woman in the

12:11:12 14  other Tahoe parked at the curb, and I said --

12:11:17 15          Q.    My question was going to be:  Did you

12:11:19 16  have any conversation with that officer?

12:11:20 17          A.    I said, can I speak to you?  And she

12:11:24 18  cocked her head and smiled.

12:11:27 19          Q.    Did the officer -- strike that.

12:11:38 20          After the time that you turned and looked at

12:11:41 21  the second vehicle, had you changed the position of

12:11:45 22  your body with relation to the vehicle -- that's

12:11:51 23  already gotten very convoluted.  Let me rephrase

*Kistner - Huggins - 2/6/20*

12:11:54  1  that.

12:11:55  2          At the time that you turned your attention

12:11:57  3  to the second vehicle, where were you positioned on

12:11:59  4  the roadway in Schmarbeck?

12:12:03  5          A.   I want to say I was -- I was -- it

12:12:05  6  seems like I would have been dead in the middle of

12:12:07  7  the road facing her.

12:12:09  8          Q.   Did you ever approach the second police

12:12:13  9  vehicle?

12:12:16 10          A.   Yeah.  I took two steps toward it.

12:12:18 11  After she smiled at me, I took two steps forward

12:12:22 12  and looked up.

12:12:33 13          Q.   Where was your body positioned in

12:12:35 14  relation to that second Tahoe?

12:12:41 15          A.   I don't understand how to answer that.

12:12:44 16  I don't understand the question.

12:12:45 17          Q.   How was your body oriented to that

12:12:48 18  Tahoe?

12:12:48 19          What side of the vehicle were you on or

12:12:51 20  walking towards?

12:12:54 21          MR. DAVENPORT:  Well, form.  He didn't --

12:12:57 22  well, you can go ahead and answer.

12:12:58 23          THE WITNESS:  The driver's side.  The

*Kistner - Huggins - 2/6/20*

89

| | | |
|---|---|---|
| 12:13:00 | 1 | driver's side.  Like I was about even with the |
| 12:13:05 | 2 | front wheel. |
| 12:13:26 | 3 | BY MS. HUGGINS: |
| 12:13:26 | 4 | Q.   Did the driver of the second Tahoe ever |
| 12:13:28 | 5 | roll down the window? |
| 12:13:36 | 6 | A.   I don't know. |
| 12:13:36 | 7 | Q.   Did that driver ever summons you |
| 12:13:39 | 8 | towards the vehicle? |
| 12:13:49 | 9 | A.   I thought her smile was the |
| 12:13:51 | 10 | acknowledgement that she heard my question and |
| 12:13:54 | 11 | that she wasn't -- that she was going to be |
| 12:14:00 | 12 | receptive to speaking to me. |
| 12:14:01 | 13 | I thought when she looked over at me and she |
| 12:14:04 | 14 | smiled, that that acknowledgement was:  Yeah, I'm |
| 12:14:06 | 15 | here. |
| 12:14:07 | 16 | Q.   How much time elapsed from when you |
| 12:14:09 | 17 | began approaching the vehicle, to when you claim |
| 12:14:12 | 18 | you were struck? |
| 12:14:16 | 19 | A.   I claim?  I'm going to say five seconds |
| 12:14:32 | 20 | before she crashed into me. |
| 12:14:34 | 21 | Q.   Did you take any effort to avoid the |
| 12:14:37 | 22 | vehicle? |
| 12:14:38 | 23 | A.   Her vehicle? |

| | | |
|---|---|---|
| 12:14:40 | 1 | Q.   Correct.   Did you take any effort to |
| 12:14:43 | 2 | avoid the vehicle? |
| 12:14:43 | 3 | A.   I didn't know she was moving her |
| 12:14:47 | 4 | vehicle. |
| 12:15:01 | 5 | Q.   What part of your bodies -- or what |
| 12:15:05 | 6 | part of your body was struck by the vehicle? |
| 12:15:12 | 7 | A.   I took two steps around the back of the |
| 12:15:14 | 8 | Tahoe, I looked up, I saw the car was coming at me, |
| 12:15:17 | 9 | I put my hands out in front of me, and I closed my |
| 12:15:20 | 10 | eyes. |
| 12:15:23 | 11 | The next thing I know, I was on the ground |
| 12:15:25 | 12 | and the back of my head hurt.   I don't know. |
| 12:15:31 | 13 | I don't know if my hands hit, my hips hit.   I don't |
| 12:15:34 | 14 | know. |
| 12:15:36 | 15 | Q.   Why did you close your eyes? |
| 12:15:38 | 16 | A.   I was scared she was going to hit me |
| 12:15:40 | 17 | with the car. |
| 12:15:45 | 18 | Q.   Did you take any other action to try to |
| 12:15:47 | 19 | move out of the way? |
| 12:15:49 | 20 | A.   There wasn't time to move out of the |
| 12:16:01 | 21 | way. |
| 12:16:01 | 22 | Q.   Where did you experience the pain to |
| 12:16:04 | 23 | your head? |

12:16:04  1        A.    In the back of my head.

12:16:17  2        Q.    Do you have any recollection of the

12:16:21  3    vehicle striking you?

12:16:33  4        A.    I have -- I don't have a visual

12:16:37  5    recollection of it, but I have a recollection in

12:16:40  6    my head of falling.  I remember falling down.

12:16:44  7    I remember:  Oh, Christ.  It's the first -- you're

12:16:48  8    talking to yourself, you know.  I remember that.

12:16:58  9        Q.    What part of the vehicle struck your

12:17:00 10    body?

12:17:03 11        A.    I don't know.  I put my hands out.

12:17:05 12    That's all.

12:17:12 13        Q.    Did you notice any injury to your hands

12:17:19 14    after you claim the vehicle struck you?

12:17:24 15        A.    Like within the first minute?  No.

12:17:28 16    I wasn't --

12:17:29 17        Q.    Immediately after.

12:17:30 18        A.    After I hit the ground, my head was

12:17:32 19    hurting so bad, I wasn't paying no attention to

12:17:37 20    nothing else but the back of my head.

12:17:38 21        Q.    Where was your body positioned with

12:17:40 22    relation to the Tahoe when you landed on the

12:17:45 23    ground?

12:17:49  1          A.    I don't know when I landed on the

12:17:52  2   ground, but I know when I opened my eyes where

12:17:55  3   I was.   Like my first recollection after I hit the

12:17:57  4   ground, I know where I was then.

12:18:01  5          Q.    How much period of time elapsed before

12:18:03  6   you opened your eyes while you were on --

12:18:05  7          A.    I don't know.

12:18:06  8          Q.    -- the ground?

12:18:07  9          A.    I don't know.

12:18:08 10          Q.    Where were you when you opened your

12:18:09 11   eyes?

12:18:10 12          A.    I was laying on my back, and when I go

12:18:15 13   to get up when I'm laying on my back in the street,

12:18:18 14   I kind of bend up forward, and as I bent up

12:18:22 15   forward, I looked at my feet, and my feet was up

12:18:24 16   and underneath the car.

12:18:25 17          And the first thing I thought is:  She's

12:18:29 18   going to run over my legs.  So I turned to my left

12:18:31 19   side, and it looked like a silent movie.  It had to

12:18:39 20   look like a silent movie, because I don't remember

12:18:42 21   hearing anything, and I like moved my feet like

12:18:45 22   I was pedaling to get out from underneath the car.

12:18:47 23          And then when I got out from under it, I was

12:18:50  1   on my left side, and I was looking down Schmarbeck

12:18:53  2   on my side, like this, and I'm opening and I'm

12:18:56  3   closing my eyes as I'm coming around, and I look

12:19:00  4   down toward Schlenker, where the stop sign is, and

12:19:05  5   I remember seeing the police car down there.

12:19:07  6          I don't remember if he had his lights on or

12:19:09  7   not, but as I started -- as I realized then, oh,

12:19:13  8   okay, I'm out from underneath this car, there's

12:19:16  9   a cop car down there, okay, all right, I know where

12:19:19 10   I'm at, I started to lean forward to get up, and as

12:19:22 11   soon as I leaned forward to get up, that's when the

12:19:25 12   back of my head really -- that's when the pain

12:19:29 13   really took off.

12:19:29 14          Q.   Were you able to actually physically

12:19:31 15   get off the ground --

12:19:33 16          A.   No.

12:19:33 17          Q.   -- before you felt the pain?

12:19:34 18          A.   No.   And as soon as the shot of pain

12:19:40 19   went through me, I started yelling for Earl.

12:19:42 20          Q.   Aside from the pain to the back of your

12:19:44 21   head, did you notice any other injuries at that

12:19:46 22   point?

12:19:47 23          A.   No.

12:19:51  1        Q.    When did police officers exit that

12:19:56  2   second Tahoe?

12:20:05  3        A.    All my recollection of what you just

12:20:07  4   asked me is from the video.

12:20:09  5        Q.    Okay.  Fair enough.

12:20:10  6        Do you have any recollection -- strike that.

12:20:20  7        When is -- at what point in time do you next

12:20:25  8   remember something from while you were at Schmarbeck?

12:20:34  9        A.    After I started to get up and the pow

12:20:37 10   happened in the back of my head, it just -- it was

12:20:40 11   like, bang.  It hurt real bad.

12:20:42 12        After that happened, I grabbed the back of

12:20:44 13   my head, and I laid back down, and I said, Earl?

12:20:47 14   I said, Earl?  And I heard him say, Dad?  And

12:20:52 15   I said, yeah.  Call an ambulance.  The back of my

12:20:54 16   head hurts.  This hurts too bad.  And he said,

12:20:58 17   all right.

12:21:02 18        And I think he said, just stay there.  And

12:21:07 19   I said, I'm not going anywhere.  Then I just closed

12:21:15 20   my eyes and laid there for a minute, holding the

12:21:17 21   back of my head.

12:21:18 22        And I don't know how long it was, but I think

12:21:23 23   somebody asked me a question, and I thought it was

12:21:27  1   Earl.  I don't know what the question was, but

12:21:31  2   I thought somebody said something to me, and it was

12:21:41  3   about that time I opened my eyes, and I looked up,

12:21:43  4   and then it started getting ridiculous.

12:21:45  5        Q.   So when you said that certain things

12:21:51  6   from your memory are from the video and not your

12:21:54  7   recollection --

12:21:55  8        A.   Yeah.

12:21:55  9        Q.   -- is that due to difficulty recalling

12:22:00 10   what happened that day or because you lost

12:22:01 11   consciousness?

12:22:06 12        A.   I got out from under the police car and

12:22:08 13   I looked down Schlenker, and I seen the back of

12:22:10 14   that police car.  At that point it starts hurting

12:22:13 15   and I'm putting my hand up and I'm grabbing the

12:22:17 16   back of my head, and I'm thinking:  What are you

12:22:20 17   going to do?  Can you get up?  You tried that once.

12:22:23 18   That's not going to work.  Get Earl?

12:22:30 19        I didn't see that police car down at

12:22:34 20   Schlenker back up the street, but I know he backed

12:22:37 21   up the street because I seen it on the video, so

12:22:42 22   I know he backed up the street.

12:22:43 23        Now, whether I was looking down the street

Kistner - Huggins - 2/6/20

96

12:22:45  1  at him as he was backing up, I don't know.  Or was

12:22:50  2  I looking down the street when he was still going

12:22:52  3  toward the stop sign, I don't know.  But I know he

12:22:57  4  eventually backed up the street.

12:23:00  5       Q.   So any difficulty in just describing

12:23:06  6  this is not from you losing consciousness or an

12:23:09  7  inability to recall the incident, it's because you

12:23:12  8  watched a video since then?

12:23:13  9       A.   I don't know.

12:23:14  10      Q.   Okay.

12:23:14  11      A.   I don't know whether I lost

12:23:15  12  consciousness for five seconds or two seconds or

12:23:17  13  whether I was conscious the whole time.

12:23:19  14      Q.   Fair enough.

12:23:20  15           At any point while you were on Schmarbeck

12:23:26  16  Avenue, did you hear any of the conversation

12:23:29  17  between and amongst the officers present?

12:23:41  18      A.   There were bits and pieces that

12:23:43  19  I picked up here and there.

12:23:44  20      Q.   What were you able to hear?

12:23:46  21      A.   While I was laying on the ground --

12:23:49  22  we're back to that point -- I opened my eyes and

12:23:53  23  looked up.  I saw a policewoman with her hands on

| 12:23:56 | 1 | her hips, and as soon as I opened my eyes, she |
|---|---|---|
| 12:23:59 | 2 | said, if you don't get off the ground, I'm going to |
| 12:24:01 | 3 | arrest you. |
| 12:24:03 | 4 | Q.   My question is if you heard |
| 12:24:05 | 5 | conversation between and amongst the officers. |
| 12:24:08 | 6 | A.   Not that I remember. |
| 12:24:09 | 7 | Q.   Okay.  At some point you were placed |
| 12:24:18 | 8 | under arrest and placed in the back of a police |
| 12:24:21 | 9 | vehicle while on Schmarbeck Avenue? |
| 12:24:24 | 10 | A.   Yes. |
| 12:24:25 | 11 | Q.   Which of the Tahoe vehicles were you |
| 12:24:27 | 12 | placed in? |
| 12:24:28 | 13 | A.   The one with the males in it. |
| 12:24:36 | 14 | Q.   At any point when you exited |
| 12:24:38 | 15 | 37 Schmarbeck, until your arrest, did you have |
| 12:24:40 | 16 | access to a cell phone? |
| 12:24:54 | 17 | A.   I had to have a cell phone in my pocket |
| 12:24:57 | 18 | because I was booked in with a cell phone. |
| 12:24:59 | 19 | Q.   Did you call anyone during that period |
| 12:25:05 | 20 | of time? |
| 12:25:05 | 21 | A.   After I exited 37? |
| 12:25:07 | 22 | Q.   Yeah. |
| 12:25:08 | 23 | To qualify just the time frame:  Exiting 37, |

*Kistner - Huggins - 2/6/20*

12:25:11  1  until you were arrested, did you contact anyone on

12:25:14  2  your cell phone?

12:25:15  3         A.   No.

12:25:16  4         Q.   Did you do anything with your cell phone

12:25:18  5  in any attempt to record or photograph what

12:25:20  6  happened?

12:25:25  7         A.   No.

12:25:31  8         Q.   How long were you in the back of the

12:25:34  9  police vehicle before being transported away from

12:25:39 10  Schmarbeck Avenue?

12:25:42 11         A.   I have no recollection of time, as far

12:25:47 12  as the length of it, other than the video, and

12:25:52 13  I tried to figure out once how long was -- how long

12:25:56 14  did all this happen, and I really couldn't piece it

12:25:59 15  together.  I couldn't figure it out.

12:26:00 16         I think I was in the back of the car, as

12:26:04 17  best as I can guess, better than a half hour.

12:26:09 18         Q.   When you attempted to calculate that

12:26:12 19  time by watching the video, were you able to view

12:26:18 20  continuous video from the time you were placed in

12:26:20 21  the vehicle, until the vehicle left Schmarbeck?

12:26:23 22         A.   No.  When I was trying to figure that

12:26:25 23  out, I was using that timer up on top of the video.

12:26:27  1    I was trying to see, okay, this happened at this

12:26:31  2    time to try to figure out how long the whole thing

12:26:34  3    lasted.  No.  The answer's no.

12:26:46  4          Q.    Did you request any medical attention

12:26:48  5    from any of the officers while you were still on

12:26:52  6    Schmarbeck Avenue?

12:27:01  7          A.    The officers were present and would

12:27:03  8    have heard me tell Earl:  Call an ambulance.

12:27:06  9          Q.    Did you specifically ask any officers

12:27:09 10    for medical attention?

12:27:19 11          A.    No.

12:27:19 12          Q.    Did you identify the pain you were

12:27:23 13    experiencing to the back of your head to any of the

12:27:25 14    officers while you were on scene on Schmarbeck

12:27:30 15    Avenue?

12:27:30 16          A.    After the policewoman said, if you

12:27:36 17    don't get up, I'm going to arrest you, I don't

12:27:41 18    remember the exact words I used, but I made it

12:27:45 19    quite clear to her, and I think it was something

12:27:49 20    along the lines:  You just hit me with a police

12:27:53 21    car, and the back of my head's on fire.  I'm not

12:27:56 22    getting off the ground.  I'm going to go to the

12:27:58 23    hospital in an ambulance.  Or something to that

*Kistner - Huggins - 2/6/20*

12:28:00  1  effect.

12:28:03  2          And honest to God, after she threatened to

12:28:07  3  arrest me, I was like:  This whole thing is getting

12:28:10  4  ludicrous, and like, you know, when somebody tells

12:28:14  5  you they're going to arrest you after they hit you

12:28:16  6  with a police car, you don't want to be in

12:28:19  7  conversational mode with those people.

12:28:20  8          Q.   What medical attention, if any, did you

12:28:23  9  want while you were still on Schmarbeck Avenue?

12:28:27 10          A.   I just wanted my head to stop hurting.

12:28:35 11          Q.   Was there any specific medical

12:28:37 12  attention that you requested of the officers while

12:28:39 13  you were on Schmarbeck Avenue?

12:28:42 14          A.   No.

12:28:44 15          Q.   Were you taken directly to ECMC when

12:28:48 16  the Tahoe departed from Schmarbeck Avenue?

12:28:51 17          A.   I was laying down in the back seat of

12:28:53 18  the Tahoe when they took me.  I don't know.

12:29:02 19          Q.   Okay.  Another way to ask that:  Was

12:29:05 20  there any stops made en route to ECMC?

12:29:13 21          A.   I don't know.

12:29:14 22          Q.   Did you --

12:29:14 23          A.   I mean, I don't think they turned on

| | | |
|---|---|---|
| 12:29:19 | 1 | the lights.  I know they -- |
| 12:29:21 | 2 | Q.   Well, that's not my question. |
| 12:29:22 | 3 | A.   Okay. |
| 12:29:23 | 4 | Q.   My question is:  Were you taken |
| 12:29:24 | 5 | directly to ECMC when you were transported from |
| 12:29:28 | 6 | Schmarbeck Avenue? |
| 12:29:28 | 7 | A.   I don't know. |
| 12:29:29 | 8 | Q.   Did you lose consciousness at any |
| 12:29:32 | 9 | period of time when you were -- |
| 12:29:33 | 10 | A.   I don't know. |
| 12:29:33 | 11 | Q.   -- in the vehicle? |
| 12:29:34 | 12 | A.   If I lost consciousness, I don't |
| 12:29:37 | 13 | remember.  I wouldn't have known it.  I didn't know |
| 12:29:39 | 14 | it. |
| 12:29:39 | 15 | Q.   Do you have gaps in your memory from |
| 12:29:41 | 16 | while you were in the police vehicle? |
| 12:29:53 | 17 | A.   See, I got -- |
| 12:29:54 | 18 | Q.   Let me ask it this way -- |
| 12:29:56 | 19 | A.   I don't remember getting out of the |
| 12:29:58 | 20 | police vehicle at ECMC and getting in the room at |
| 12:30:01 | 21 | ECMC.  I can't remember how I got down the hallway. |
| 12:30:13 | 22 | And there might be pieces of that ride that I don't |
| 12:30:15 | 23 | remember in the same way. |

*Kistner - Huggins - 2/6/20*

102

| | | |
|---|---|---|
| 12:30:16 | 1 | Q.   Do you remember being taken anywhere |
| 12:30:19 | 2 | else between Schmarbeck Avenue and ECMC that |
| 12:30:22 | 3 | morning? |
| 12:30:22 | 4 | A.   No, I don't remember. |
| 12:30:31 | 5 | Q.   What medical treatment, if any, did you |
| 12:30:33 | 6 | receive while you were at ECMC that morning? |
| 12:30:39 | 7 | A.   Medical records are Latin to me, so |
| 12:30:43 | 8 | I don't understand them. |
| 12:30:43 | 9 | Q.   Not based on the records, but your |
| 12:30:46 | 10 | recollection of that morning. |
| 12:30:49 | 11 | A.   There was a nurse that saw me.  I think |
| 12:30:52 | 12 | there was a doctor that saw me.  They put me in |
| 12:30:56 | 13 | I think an MRI tube.  The big metal one.  I had one |
| 12:31:00 | 14 | of those for -- I don't know -- a minute or so. |
| 12:31:06 | 15 | I can't remember if they gave me fluids or not. |
| 12:31:13 | 16 | Q.   Did you make any requests for specific |
| 12:31:16 | 17 | medical treatment of any ECMC staff? |
| 12:31:19 | 18 | A.   Yeah.  The first nurse that walked in. |
| 12:31:21 | 19 | Q.   What did you request of her? |
| 12:31:23 | 20 | A.   To leave me alone.  To get as far away |
| 12:31:26 | 21 | from me as possible.  I didn't want her involved in |
| 12:31:31 | 22 | my care. |
| 12:31:32 | 23 | Q.   Did you make any requests for medical |

| | | |
|---|---|---|
| 12:31:34 | 1 | treatment from any other ECMC staff? |
| 12:31:35 | 2 | A.   I told them I wanted to see a doctor. |
| 12:31:38 | 3 | When the nurse would come in at the |
| 12:31:40 | 4 | beginning, I'd say, when am I going to see the |
| 12:31:43 | 5 | doctor?  I wanted to see the doctor.  I wanted to |
| 12:31:46 | 6 | see a doctor. |
| 12:31:46 | 7 | Q.   And at some point that morning, you saw |
| 12:31:50 | 8 | a doctor? |
| 12:31:50 | 9 | A.   Yeah. |
| 12:31:50 | 10 | Q.   Did the doctor perform any examination |
| 12:31:52 | 11 | of you? |
| 12:31:52 | 12 | A.   Yeah.  He looked at my head.  He was |
| 12:31:55 | 13 | the one who told them to get the handcuffs off. |
| 12:31:58 | 14 | I'm pretty sure he was. |
| 12:32:04 | 15 | Q.   Did you receive any stitches that |
| 12:32:06 | 16 | morning? |
| 12:32:07 | 17 | A.   No.  No. |
| 12:32:07 | 18 | Q.   Did you receive -- strike that. |
| 12:32:10 | 19 | Were any medical procedures of any kind |
| 12:32:13 | 20 | performed on you that morning? |
| 12:32:14 | 21 | A.   I think they put something on the front |
| 12:32:16 | 22 | of my head, because I had a -- I had -- they said |
| 12:32:19 | 23 | I had an abrasion on the front of my head. |

12:32:29  1      Q.   Were you bleeding from anywhere?

12:32:30  2      A.   I don't think so.  I might have been

12:32:31  3  bleeding from the front, but I wasn't bleeding from

12:32:33  4  the back.

12:32:33  5      Q.   Have you ever received an MRI prior to

12:32:36  6  January 1st, 2017, to your head?

12:32:45  7      A.   I don't know if I had one as part of

12:32:47  8  that back surgery in '98 or not.

12:32:52  9      Q.   Had you ever received an x-ray or

12:32:53 10  a CAT scan of any kind to your head or neck prior

12:32:57 11  to January 1st, 2017?

12:32:57 12      A.   I don't know how to -- I don't know.

12:33:01 13      Q.   Did you ever describe, to any medical

12:33:06 14  professionals at ECMC, what occurred on Schmarbeck

12:33:09 15  Avenue that morning?

12:33:20 16      A.   Yeah.  The nurse and the doctor that

12:33:22 17  I -- the second nurse and the doctor.

12:33:25 18      Q.   Did you observe any of those medical

12:33:28 19  professionals, the nurse or the doctor, record your

12:33:33 20  description of what happened that day?

12:33:37 21      A.   No.

12:33:37 22      Q.   Did you observe any of those medical

12:33:39 23  professionals take any notes or make any notations

Kistner - Huggins - 2/6/20

105

12:33:43  1   while they were speaking with you?

12:33:46  2        A.   No.   I think almost all that stuff was

12:33:48  3   done in the hallway on a computer.

12:34:02  4        Q.   Have you made any claims about ECMC or

12:34:04  5   its staff with regard to your medical treatment

12:34:07  6   that morning?

12:34:14  7        A.   You mean officially, like filed

12:34:16  8   a complaint with them or something?

12:34:18  9        Q.   Let me break it down in two ways.

12:34:20 10        Have you done anything like that legally or

12:34:22 11   submitted any type of complaint to ECMC for your

12:34:24 12   medical treatment that morning?

12:34:26 13        A.   No.

12:34:27 14        Q.   Have you given any statements to anyone

12:34:30 15   at ECMC, aside from the statements you made to

12:34:35 16   staff during your actual treatment, with regard to

12:34:39 17   the conduct or the manner in which ECMC conducted

12:34:41 18   your treatment that day?

12:34:43 19        A.   Yes.   The answer is yes, I think.

12:34:45 20        Q.   Where did you give those statements?

12:34:46 21        A.   I called ECMC several -- I think on

12:34:53 22   several occasions very early on, like the first

12:34:55 23   week of January, second week of January, because

12:35:03  1    the very first nurse in the room, the one I had the

12:35:06  2    most issue with, I thought that they ought to be

12:35:11  3    aware of that.

12:35:12  4            Q.   Who did you contact at ECMC?

12:35:15  5            A.   I think my first contact was with

12:35:20  6    somebody in social work to find out who to contact,

12:35:23  7    and then I tried to contact somebody.  I may have

12:35:27  8    sent an email to her.

12:35:29  9            I can't remember her name off the top of my

12:35:34 10    head.  She was like the head nurse of the emergency

12:35:37 11    department or something like that.

12:35:39 12            I also talked to the chaplain's office at

12:35:41 13    some point.  And I made several calls I think to

12:35:44 14    social work to try to get somebody to realize what

12:35:49 15    had happened and that that would be better if it

12:35:54 16    didn't happen again.

12:35:55 17            Q.   The head nurse that you referred to, is

12:35:58 18    that the person you made a complaint with or is

12:36:00 19    that the person you were making the complaint

12:36:02 20    about?

12:36:02 21            A.   I never -- I never made a complaint --

12:36:08 22    I can't -- I don't ever remember making a complaint

12:36:12 23    in writing, but it was the one that I was speaking

12:36:14  1   to, not the one that I was making it about.

12:36:19  2          And the complaint really wasn't that

12:36:22  3   serious.  It really was more about -- well, I can

12:36:27  4   tell you what it was about, if you want to know.

12:36:29  5          Q.   Well, I'm asking if you made a complaint

12:36:32  6   about the manner in which ECMC staff treated you

12:36:34  7   that morning.

12:36:34  8          A.   Yeah.  One person.  The person I didn't

12:36:38  9   want to treat me.

12:36:39  10         Q.   It was that first initial nurse you

12:36:41  11  mentioned?

12:36:42  12         A.   Yeah, it was the first nurse that

12:36:43  13  walked in the door.  And she asked me:  What's

12:36:45  14  wrong with you?  Why did you jump on top of

12:36:49  15  a police car?  And I said, I didn't jump on top

12:36:51  16  of a police car.  Who told you that?

12:36:54  17         Q.   When did you send the email to ECMC

12:36:59  18  with regard to your concerns?

12:37:00  19         A.   I don't remember.  I don't remember.

12:37:01  20         Q.   Was it within the calendar year of this

12:37:03  21  incident occurring?

12:37:04  22         A.   I would think so, yeah.

12:37:07  23         Q.   Was it that winter?

12:37:10  1          A.     I'm pretty sure.

12:37:11  2          Q.     Do you know if it was in the month of

12:37:13  3   January 2017?

12:37:13  4          A.     Could have been.  The closer to the

12:37:19  5   incident, the more accurate we would be of finding

12:37:22  6   when it -- when it happened.

12:37:24  7          And I had no knowledge of Internal Affairs

12:37:28  8   or I had no knowledge of the federal lawsuit or

12:37:31  9   I had no knowledge of that at that point.

12:37:34  10         At that point I didn't think I could

12:37:36  11  control -- still don't think I can control any of

12:37:39  12  that behavior on the part of the police.

12:37:43  13         All I was thinking about was what happened

12:37:45  14  to me at ECMC when she walked in there accusing me

12:37:50  15  like of what the police accused me of.

12:37:53  16         And I was like:  That's not how you treat

12:37:56  17  people like when they come in the emergency room.

12:37:59  18  You just don't walk in the door and say, why did

12:38:01  19  you jump on a police car?  I didn't do that.

12:38:03  20         Q.     At some point did you make a complaint

12:38:05  21  with regard to the handcuffs to ECMC staff?

12:38:08  22         A.     Yeah.  As soon as the doctor walked in,

12:38:10  23  because I asked him:  Can you get these handcuffs

12:38:14   1   off?

12:38:14   2          Both the nurses -- both the one that I told

12:38:17   3   just leave me alone and then the second lady that

12:38:19   4   came in, I said, can you get these off my arms?  My

12:38:22   5   arms are swelling up around the handcuffs.  My

12:38:25   6   hands are swelling up around the handcuffs.  She

12:38:28   7   said, well, the doctor.  The doctor.  And I said,

12:38:30   8   okay, well, let's see the doctor.

12:38:35   9          Q.   Did the handcuffs cause any lacerations

12:38:40  10   to your wrists?

12:38:41  11          A.   Yeah.  Both the left hand and the

12:38:43  12   right.

12:38:43  13          Q.   Where were those lacerations on your

12:38:45  14   wrists?  The front?  The back?

12:38:47  15          A.   The top and the top.

12:38:52  16          Q.   So the record should reflect that

12:38:54  17   you've just pointed to on the top of both of your

12:38:58  18   wrists, towards the inner top portion of your

12:39:02  19   wrists and pointed.

12:39:04  20          A.   Yeah.

12:39:04  21          Q.   Accurate description?

12:39:08  22          Was any bone exposed?

12:39:12  23          A.   No.

12:39:13  1          Q.    Was there any bruising to your wrists

12:39:15  2     that day?

12:39:15  3          A.    Oh, yeah.   They were swelled up like

12:39:20  4     peaches.

12:39:20  5          Q.    How long did the bruising last to your

12:39:24  6     wrists?

12:39:26  7          A.    I don't think my hands looked right for

12:39:31  8     probably three months.

12:39:32  9          Q.    Did you receive any medical treatment

12:39:35 10     from the doctors at ECMC or the staff at ECMC that

12:39:39 11     day with regard to your wrists?

12:39:45 12          A.    No.

12:39:47 13          Q.    Did you complain about the swelling --

12:39:49 14          A.    Oh, yes.

12:39:50 15          Q.    -- and the bruising to your wrists?

12:39:55 16          A.    Yeah.   When the doctor came in,

12:39:56 17     I talked to the doctor -- I don't know -- probably

12:39:58 18     five minutes.   And he said, can you guys take these

12:40:01 19     cuffs off of him?   Because I showed him my hands.

12:40:04 20     I showed him they were swelling up.   And he said,

12:40:07 21     take these handcuffs off of him.

12:40:09 22          So he took the handcuffs off, and then when

12:40:12 23     I raised my hands and I was looking, I could see

*Kistner - Huggins - 2/6/20*

12:40:15   1   the handcuffs had dug through the skin.

12:40:19   2          And the first thing I said was:  Record

12:40:23   3   this.  I said, get somebody in here with a camera

12:40:27   4   and take pictures of this.  Look what they did to

12:40:30   5   me.

12:40:30   6          Q.   Were any photographs taken of your

12:40:32   7   hands at ECMC?

12:40:33   8          A.   No.  All ECMC did was stand there with

12:40:36   9   their mouth agape, looking at the police like:

12:40:38  10   What do we do?  Are we allowed to take pictures of

12:40:41  11   his wrists?  Should we take pictures of his wrists?

12:40:46  12          These were the attitudes that you could see

12:40:47  13   nobody knew what to do.

12:40:48  14          Q.   Well, did anybody say that, or is that

12:40:50  15   your assumption based on your observations?

12:40:53  16          A.   That's my assumption from my

12:40:58  17   observation at that point, knowing that there was

12:41:00  18   already a lawyer waiting in the waiting room,

12:41:02  19   because I had already been informed of that.

12:41:05  20   Let the lawyer come down and take the pictures.

12:41:07  21          Q.   Who informed you that a lawyer was

12:41:10  22   present?

12:41:10  23          A.   The second nurse.

*Kistner - Huggins - 2/6/20*

12:41:11  1          Q.    What did she say?

12:41:12  2          A.    She says, there's somebody down here

12:41:14  3  for you in the waiting room trying to get in.

12:41:17  4          Q.    Did she identify that person as

12:41:18  5  a lawyer?

12:41:22  6          A.    No.   She identified him as a tall guy.

12:41:26  7  She said, there's a tall guy down here in the

12:41:28  8  waiting room waiting for you.

12:41:29  9          Q.    Did you have any interaction with that

12:41:32 10  person while you were at ECMC?

12:41:33 11          A.    No.   No.   I never saw Jim.

12:41:42 12          Q.    Did you receive any other medical

12:41:45 13  treatment while you were at ECMC that morning that

12:41:47 14  you have not mentioned?

12:41:52 15          A.    If I did, I don't remember it.

12:42:00 16          Q.    The pain to the back of your head,

12:42:02 17  swelling and bruising and pain to your wrists were

12:42:04 18  discussed.   Any other injuries that you noticed at

12:42:07 19  that point in time?

12:42:12 20          A.    Just the abrasion in the front of my

12:42:17 21  head, but honest to God, I didn't even know I had

12:42:20 22  an abrasion in the front of my head until like

12:42:22 23  I got home and Rachel said, what's wrong with the

*Kistner - Huggins - 2/6/20*

113

12:42:25  1   front of your head?

12:42:26  2        Q.   At some point you were transported from

12:42:29  3   ECMC to central booking downtown?

12:42:33  4        A.   Yeah.  Yes.

12:42:43  5        Q.   When you -- do you have a recollection

12:42:45  6   of arriving to central booking downtown?

12:42:56  7        A.   Yeah, I do.

12:43:00  8        Q.   When you arrived at central booking,

12:43:02  9   did you walk from the police vehicle into the

12:43:06  10  facility of your own power?

12:43:09  11       A.   Yeah.  That's -- yeah.  Yeah.

12:43:18  12       Q.   How much time elapsed from your arrest

12:43:20  13  at central booking, to when your -- strike that.

12:43:31  14       Did you lose consciousness at all while you

12:43:34  15  were at ECMC in the morning?

12:43:35  16       A.   I don't know.

12:43:36  17       Q.   Did you lose consciousness at any point

12:43:39  18  during your transport from ECMC, to central booking?

12:43:42  19       A.   Yeah.  I might have fallen asleep,

12:43:44  20  actually.

12:43:51  21       Q.   Once you've arrived at central booking,

12:43:53  22  how much time passed from your arrival, to any

12:43:56  23  search of your person?

12:44:07  1          A.    20 minutes.   That's a guess.

12:44:17  2          Q.    In that period of time from your

12:44:18  3    arrival, until your person was searched, what were

12:44:24  4    you doing at central booking?

12:44:25  5          A.    Okay.   This is a narrative.   It's the

12:44:30  6    best way I can tell this.

12:44:33  7          I don't know what direction we came in, but

12:44:35  8    there was a steel bench, and I remember coming in

12:44:38  9    and one of the woman policemen said, sit on this

12:44:41 10    steel bench.

12:44:43 11          In front of the steel bench, there was like

12:44:45 12    a bank teller's window, and that room was all glass

12:44:50 13    on the top, like a central control room or something.

12:44:53 14          There was a small hallway off to the left of

12:44:55 15    it in the front, from my perspective sitting on the

12:44:59 16    bench, and there was a cell on the left-hand side.

12:45:03 17    There might have been two cells.

12:45:05 18          Down at the end of that hallway, on the

12:45:08 19    left-hand side, at the end of it, there were two

12:45:11 20    doors.   One went up into the control room and

12:45:14 21    the other went into a room I couldn't see, which

12:45:17 22    I eventually learned was where the camera was.

12:45:22 23          So I sat down on that bench when I walked

Kistner - Huggins - 2/6/20

115

12:45:25    1    in.

12:45:26    2        Q.    So for the period of time that --

12:45:28    3    strike that.

12:45:29    4        Before your person was searched, were you

12:45:32    5    seated on that steel bench for this entire period

12:45:36    6    of time?

12:45:36    7        A.    It took five minutes to get in, and in

12:45:40    8    15 minutes I was sitting there on the bench.

12:45:42    9        Q.    Sure.  So once you've entered through

12:45:45   10    the doors and you're inside the facility, did you

12:45:47   11    remain seated on that steel bench until you were

12:45:51   12    taken to --

12:45:52   13        A.    Yeah, until they took me in the back.

12:45:55   14        Q.    -- the search?

12:45:57   15        When you were taken into the back, you were

12:46:01   16    taken down that hallway you've described and in

12:46:04   17    a room towards the left, as --

12:46:07   18        A.    Yeah.

12:46:07   19        Q.    -- from your vantage point at the steel

12:46:09   20    bench?

12:46:09   21        A.    You're walking straight down the

12:46:12   22    hallway, and you make a left to go into this room.

12:46:17   23        Q.    Who and how were you brought to that

| 12:46:20 | 1 | room down the hallway and towards the left? |

A.    I was sitting there in front of like the bank teller's window, and I don't know where the policewoman went, but I remember the one went over to the door to go into the control room, and you could hear the buzz, so they let her in to go into the control room.

I think the other one went into the hall off to the left while I was sitting there on the bench. There was a conversation inside the control room for a minute, and then --

Q.    Were you able to hear that conversation?

A.    Yeah.

Q.    At this point you are seated on the bench and you have been not taken to the other room, correct?

A.    Yeah.  I haven't gone in back there yet.

Q.    Who took you to the room down the hall and towards the left?

A.    One of the two policewomen.  And to this -- to this day, I haven't seen like a picture of these two different women, so I can't give you

*Kistner - Huggins - 2/6/20*

117

12:47:35  1    a face with a name.

12:47:37  2         Q.   Are you able to provide any physical

12:47:39  3    description of which female officer walked with you

12:47:43  4    to that back room down the hall?

12:47:47  5         A.   I think once I described her she looked

12:47:49  6    like you.

12:47:50  7         Q.   What do you mean by that?

12:47:52  8         A.   She had -- she had straight hair, but

12:47:55  9    I think it was up in a bun.  She didn't have a full,

12:47:59  10   round face.  I think it was the shorter of the two.

12:48:10  11   I think it was the taller one.  I -- I think it was

12:48:13  12   the driver of the car, but I can't put faces with

12:48:20  13   names.

12:48:21  14        Q.   Were you walked to that room on your

12:48:23  15   own power?

12:48:24  16        A.   It was:  Come this way.

12:48:26  17        Q.   Were you able to get up off the bench

12:48:28  18   and walk to that room yourself?

12:48:31  19        A.   Yeah.

12:48:31  20        Q.   Did you require any aid getting off of

12:48:34  21   the bench or walking to that room?

12:48:41  22        A.   No.

12:48:42  23        Q.   Were you handcuffed the entire period

*Kistner - Huggins - 2/6/20*

12:48:48  1  of time that you entered the police vehicle,

12:48:50  2  entered the facility, and were seated on that

12:48:53  3  steel bench?

12:48:54  4      **A.**   At some point the handcuffs came off,

12:48:57  5  but I don't remember when.

12:48:58  6      **Q.**   Do you know where you were at the time

12:49:00  7  the handcuffs came off?

12:49:01  8      **A.**   I know they were off when I went in for

12:49:04  9  the search and when I was fingerprinted and my

12:49:06 10  picture was took.  I'm almost positive they were

12:49:09 11  off then.

12:49:10 12      **Q.**   So at some point the handcuffs were

12:49:12 13  taken off before you were walked to the -- down the

12:49:16 14  hallway --

12:49:16 15      **A.**   Yeah.

12:49:16 16      **Q.**   -- and into that room?

12:49:19 17      **A.**   Yeah.

12:49:19 18      **Q.**   Do you recall who took the handcuffs

12:49:21 19  off you?

12:49:21 20      **A.**   One of the two women officers.  That's

12:49:23 21  all I can tell you.  I can't remember if it was the

12:49:25 22  short one or the taller girl.

12:49:27 23      **Q.**   And I should ask this foundational

*Kistner - Huggins - 2/6/20*

119

12:49:29  1   question:  At some point the handcuffs were placed

12:49:33  2   back on you at ECMC before you were transported

12:49:36  3   downtown?

12:49:36  4        A.   Yeah.  You know, I think they might

12:49:43  5   have had -- I can't remember if they had things on

12:49:45  6   my legs or not.  Something tells me I had things on

12:49:50  7   my legs at some point, but I can't remember.

12:49:53  8        I'm almost positive at some point in the day

12:49:55  9   I had a belt with the handcuffs through the belt

12:49:59 10   and to the feet.

12:50:01 11        Q.   It's your testimony that at some point

12:50:06 12   you had some mechanism on your legs that restricted

12:50:09 13   your movement?

12:50:10 14        A.   Yeah.  I think at some point they put

12:50:11 15   leg shackles on my legs.  Just something tells me

12:50:15 16   they had a belt on me.

12:50:19 17        Q.   Do you have a recollection of that

12:50:21 18   being placed on you?

12:50:22 19        A.   No.  No.  It's just something because

12:50:26 20   I remember trying to walk and walking -- my gait

12:50:28 21   was weird, and I don't know whether that was

12:50:32 22   because I hit my head or what.

12:50:34 23        Q.   Where do you recall trying to walk and

*Kistner - Huggins - 2/6/20*

120

| | | |
|---|---|---|
| 12:50:37 | 1 | finding that your gait was -- |
| 12:50:41 | 2 | A.    When I got out of the police car at |
| 12:50:43 | 3 | central booking, it was hard to -- it was hard -- |
| 12:50:46 | 4 | it was hard to move.  It was -- I was still |
| 12:50:51 | 5 | hurting. |
| 12:50:51 | 6 | Q.    And it is based on your gait being |
| 12:50:55 | 7 | abnormal while walking from the vehicle at central |
| 12:51:07 | 8 | booking into the facility that you base your |
| 12:51:09 | 9 | assumption that you had some type of restraints on |
| 12:51:11 | 10 | your legs? |
| 12:51:12 | 11 | A.    Yeah.  Yeah. |
| 12:51:15 | 12 | Q.    Did you ever observe restraints being |
| 12:51:17 | 13 | placed on your legs? |
| 12:51:18 | 14 | A.    No.  I don't have a memory of that. |
| 12:51:28 | 15 | Q.    Aside from the female officer, did |
| 12:51:31 | 16 | anyone else walk you down the hallway into the room |
| 12:51:34 | 17 | to the left at central booking? |
| 12:51:43 | 18 | A.    No.  And I think she more summoned me. |
| 12:51:48 | 19 | Q.    When you entered that room located down |
| 12:51:53 | 20 | the hallway and to the left, who, if anyone, was |
| 12:51:55 | 21 | present aside from the female officer? |
| 12:51:57 | 22 | A.    There were two guys in there. |
| 12:52:02 | 23 | Q.    Please describe for me what the two |

| | | |
|---|---|---|
| 12:52:07 | 1 | males present looked like. |
| 12:52:09 | 2 | A. I can't. I met them two guys for two |
| 12:52:12 | 3 | minutes, maybe three. |
| 12:52:19 | 4 | Q. Was your only encounter with those two |
| 12:52:23 | 5 | males within that room? |
| 12:52:38 | 6 | A. Yeah. |
| 12:52:38 | 7 | Q. What happened once you entered that |
| 12:52:40 | 8 | room? |
| 12:52:41 | 9 | A. They said, look this way. So they |
| 12:52:44 | 10 | wanted my attention toward them. There was a -- |
| 12:52:47 | 11 | like a place -- |
| 12:52:48 | 12 | Q. When you say they, you mean the two |
| 12:52:50 | 13 | males? |
| 12:52:50 | 14 | A. Yeah. |
| 12:52:50 | 15 | Q. Continue. |
| 12:52:51 | 16 | A. There was a place -- a camera was going |
| 12:52:55 | 17 | to take your picture, and they wanted you to look |
| 12:52:57 | 18 | at that and keep looking at that. If you looked |
| 12:53:00 | 19 | down or to your side, they would: No. Just keep |
| 12:53:06 | 20 | looking at the camera. |
| 12:53:10 | 21 | Q. Your photograph was taken first? |
| 12:53:12 | 22 | A. I don't remember. |
| 12:53:13 | 23 | Q. At some point your fingerprints were |

*Kistner - Huggins - 2/6/20*

122

12:53:15  1  taken within that room?

12:53:16  2          A.    I think a thumbprint on an electric

12:53:21  3  machine.  Maybe they went each print on the

12:53:24  4  electric machine.  I can't remember.

12:53:25  5          Q.    Do you have a clear recollection of

12:53:26  6  that?

12:53:28  7          A.    No, but I'm almost positive they didn't

12:53:30  8  use no ink.  I think there was an electric machine

12:53:34  9  there to do it.

12:53:35 10          Q.    Do you recall the order with which your

12:53:37 11  photograph and your fingerprints were taken?

12:53:41 12          A.    No.

12:53:41 13          Q.    At some point was a search of your

12:53:44 14  person performed within that room?

12:53:47 15          A.    Yeah.

12:53:48 16          Q.    Do you recall if that search occurred

12:53:51 17  prior to your photograph or fingerprints taken?

12:53:54 18          A.    I don't know the order.  It was either

12:53:57 19  the first thing or the last thing.  It wasn't

12:53:59 20  during, in the middle.  That's a weird memory.

12:54:07 21          Q.    What's weird about it?

12:54:15 22          A.    That I can't remember whether it was

12:54:17 23  first or second -- or first or last.

*Kistner - Huggins - 2/6/20*

123

12:54:20  1          Q.    Please describe how the search of your

12:54:23  2    person occurred.

12:54:28  3          A.    When we walked into the room, the

12:54:31  4    policewoman was behind us.  Again, I don't know

12:54:36  5    whether it was the short one or the tall one.

12:54:39  6    I think it was the taller of the two women.  She

12:54:42  7    was behind us.

12:54:46  8          And the one policeman on my right -- or if

12:54:49  9    they were police, I don't know.  They weren't in

12:54:51  10   uniform, by the way, these two guys.

12:54:52  11         Q.    You're referring to the two males when

12:54:54  12   you say that?

12:54:55  13         A.    Yes.  Yes, ma'am.

12:54:56  14         The one policeman, the one male on my right

12:54:59  15   said to the policewoman behind me:  Where is he

12:55:03  16   going?  And she didn't answer him.  Then the one

12:55:08  17   policeman or the male on my left said, where is he

12:55:13  18   going to end up?  Where is he going?  And she

12:55:16  19   didn't answer him again.  She didn't answer him.

12:55:20  20         Then the first officer asked again, or the

12:55:23  21   first male, on my right, again, kind of went --

12:55:27  22   looked at the -- the male looked at -- they looked

12:55:31  23   at each other, and he said, where is he -- where is

*Kistner - Huggins - 2/6/20*

124

12:55:33 1  he going to?  Where are you sending him?  And she

12:55:36 2  didn't answer him again.

12:55:39 3      And at that point, I don't know if she -- I

12:55:42 4  don't know what she was doing behind me.

12:55:44 5      Q.  So my question to you is:  Describe the

12:55:46 6  manner in which the search of your person occurred.

12:55:49 7      A.  Oh.  At that point the first officer

12:55:53 8  relented, and they proceeded to say -- either

12:56:03 9  before or after -- I can't remember which -- he

12:56:05 10  said, okay.  Stand here and look at the wall.

12:56:08 11  Okay.  Take off your pants -- drop your pants to

12:56:11 12  around your ankles, bend over, spread your cheeks.

12:56:18 13  I don't remember if he said cough.

12:56:25 14      And I think he had -- I think they -- that

12:56:30 15  happened -- that was about -- that whole thing took

12:56:34 16  about 15, 20 seconds.

12:56:35 17      Q.  Were you ever completely nude during

12:56:36 18  the course of this search of your person?

12:56:49 19      A.  I don't remember.  I can't tell you if

12:56:50 20  I had to take my socks off or not.  I think they

12:56:53 21  had me pull off my shirt, but I'm not sure.

12:56:57 22  I don't -- it's --

12:56:59 23      Q.  Were you ever physically touched in any

*Kistner - Huggins - 2/6/20*

125

12:57:02  1  manner during this search?

12:57:06  2        A.    I don't think so.

12:57:23  3        Q.    How many people were present for the

12:57:24  4  search?

12:57:28  5        A.    The two men in front of me and the

12:57:32  6  woman policeman behind me.

12:57:33  7        Q.    Was there any curtain or screen that

12:57:37  8  separated the female officer from you at the time

12:57:42  9  that you -- that your person was searched?

12:57:47 10        A.    There could have been.  And I need to

12:57:49 11  explain that.

12:57:49 12        After this was done and he said, put your

12:57:52 13  clothes back on, and I was getting my clothes back

12:57:55 14  on, the first time I noticed her, she was

12:58:02 15  standing -- like the first time I paid any

12:58:04 16  attention to who else was in the room, she was

12:58:06 17  standing in the doorway.

12:58:08 18        Not in the hall, not in the room, but she

12:58:11 19  was standing like right in the -- right in the

12:58:13 20  doorway, and she was looking at me.

12:58:20 21        If the -- this is -- if the two men that

12:58:26 22  were doing the search -- when I turned to look at

12:58:28 23  the wall, which was on my right, and I did that,

Kistner - Huggins - 2/6/20

126

12:58:31  1 | and he told me to get dressed, during this process,

12:58:35  2 | you weren't allowed to turn around, so I wasn't

12:58:39  3 | allowed to turn around to see if she was standing

12:58:41  4 | there behind me during the whole time.

12:58:45  5 |         But as I'm putting on my clothes, you

12:58:49  6 | naturally have to move, so I'm putting on my

12:58:52  7 | clothes, and when I looked to the left, the first

12:58:54  8 | time I glanced to the left -- my left, I seen her

12:58:58  9 | in the doorway.

12:59:00 10 |         If she went outside, I don't know.  If she

12:59:03 11 | stood there the whole time, I don't know.

12:59:06 12 |         Q.    Your observations and your vantage

12:59:08 13 | point was focused on the wall?

12:59:11 14 |         A.    And the two male officers.  That

12:59:13 15 | whole -- that side of the room.

12:59:14 16 |         Q.    During the portion of your -- of the

12:59:16 17 | search of your person?

12:59:17 18 |         A.    Yeah.  She could have walked out of the

12:59:27 19 | room during the strip search and then came back in

12:59:30 20 | after they said, okay, we're done, because the

12:59:32 21 | vocal of okay, we're done, would have been easily

12:59:37 22 | heard.  She was six feet away, if she was outside

12:59:39 23 | the room at all.

*Kistner - Huggins - 2/6/20*

127

12:59:40  1      Q.    Did you incur any expenses as a result

12:59:42  2  of your arrest on January 1st, 2017?

12:59:44  3      A.    Well, I had to pay Jim.

12:59:45  4      Q.    Jim Ostrowski?

12:59:47  5      A.    Yeah.

12:59:47  6      Q.    How much did you pay Jim?

12:59:49  7      A.    $1500.  And had he known it was

12:59:56  8  a felony when we went down there, it probably would

12:59:59  9  have been a whole lot more.  We didn't know it was

13:00:01 10  a felony until we got there.

13:00:03 11      Q.    Did you pay him 1500 in total, or was

13:00:06 12  that per appearance?

13:00:07 13      A.    No.  That was all he got.

13:00:09 14      Q.    Did Jim send you any receipts or

13:00:11 15  invoices for his legal fee?

13:00:13 16      A.    No.  No.  I've known him 15 years.

13:00:20 17      Q.    Did you have any other expenses aside

13:00:23 18  from the fee you paid Jim?

13:00:25 19      A.    Well, the hospital sent me a couple

13:00:27 20  bills.

13:00:30 21          And to digress, I think part of my

13:00:35 22  complaint -- when we talked about ECMC earlier,

13:00:38 23  I think part of my complaint was:  I'm not paying

| | | |
|---|---|---|
| 13:00:41 | 1 | any bills.  I'm not giving you any money.  Collect |
| 13:00:44 | 2 | this from the police department because -- quit |
| 13:00:47 | 3 | sending these bills to me because -- |
| 13:00:50 | 4 | Q.   Do you still have those bills you |
| 13:00:52 | 5 | received from ECMC? |
| 13:00:53 | 6 | A.   If I -- I gave them to the lawyers. |
| 13:00:56 | 7 | Q.   When you say lawyers, you mean -- |
| 13:00:58 | 8 | A.   Yeah.  Rupp's got them.  Or -- |
| 13:01:00 | 9 | Q.   Rupp, Baase. |
| 13:01:02 | 10 | A.   -- Jim's got them or Rupp's got them. |
| 13:01:04 | 11 | Somebody. |
| 13:01:05 | 12 | Q.   Did you ever actually pay any medical |
| 13:01:07 | 13 | bills that you received from ECMC? |
| 13:01:08 | 14 | A.   And I never will for that day. |
| 13:01:10 | 15 | Q.   Did you incur any medical expenses for |
| 13:01:13 | 16 | any other medical treatment as a result of the |
| 13:01:15 | 17 | incident on January 1st, 2017? |
| 13:01:17 | 18 | A.   Not that I've paid.  I don't have any |
| 13:01:19 | 19 | money to pay medical bills. |
| 13:01:21 | 20 | Q.   Well, have you gotten bills or invoices |
| 13:01:23 | 21 | related to any other medical treatment in |
| 13:01:25 | 22 | connection with this incident? |
| 13:01:30 | 23 | A.   I want to truthfully answer, I don't |

*Kistner - Huggins - 2/6/20*

129

13:01:34   1    know.  I don't know.

13:01:34   2         Q.    Have you ever filled out what's called

13:01:36   3    an application for no-fault benefits?

13:01:44   4         A.    I can't remember if I've ever done that

13:01:49   5    or not.

13:01:49   6         Q.    Is there any reason why you would have

13:01:52   7    not filled out an application for no-fault benefits?

13:01:54   8         A.    I don't know what that is.

13:01:55   9         Q.    Okay.  That's fair.

13:02:01  10         Have you ever been involved in a motor

13:02:04  11    vehicle accident prior to January 1st, 2017?

13:02:06  12         A.    As the driver?

13:02:07  13         Q.    Have you been involved in a motor

13:02:09  14    vehicle accident at all prior to January 1st, 2017?

13:02:13  15         A.    Not as -- not as a driver.  I was

13:02:16  16    a passenger in a car when I was 18 that went off

13:02:25  17    Old Colerain Road.  Gus Winters was driving the

13:02:28  18    car.  Went over the embankment in an Opel.  I was

13:02:33  19    the only one come out of that without a scratch.

13:02:36  20         I was in a car that went off the road in

13:02:41  21    Indiana.  I don't remember who the guy was that was

13:02:43  22    driving that vehicle.  But I came out of that one

13:02:48  23    without a scratch.

*Kistner - Huggins - 2/6/20*

13:02:54  1          And Rachel and me and the three kids were

13:02:56  2     stopped at an intersection, probably around 2015,

13:03:00  3     and an automobile went out of control and stopped

13:03:03  4     right in front of her car, put a hole in her

13:03:08  5     bumper -- she was driving a Windstar then -- about

13:03:10  6     as big as a quarter.  There were no injuries to

13:03:13  7     anybody.

13:03:14  8          So the answer is:  I can remember three

13:03:16  9     times I've been in a car wreck in my life, and

13:03:20  10    I never got hurt.

13:03:22  11         Q.   Have you ever been involved in any

13:03:23  12    other type of accident that may have caused

13:03:25  13    physical injury to you?

13:03:33  14         A.   No.

13:03:33  15         Q.   Did you play any sports growing up?

13:03:39  16         A.   No.

13:03:39  17         Q.   Have you ever suffered a concussion?

13:03:53  18         A.   I was on a Huffy Rail bicycle when

13:03:56  19    I was about 11.  The front tire went into a storm

13:04:00  20    drain, and the bike flipped, and I was out until

13:04:04  21    I woke up in the hospital.  I think I might have

13:04:08  22    been concussed when I was 11.

13:04:17  23         Playing poker when I was about 17 years old,

13:04:20  1   I got hit in the head with a two-by-four by a kid

13:04:23  2   by the name of Billy Leibish.  Lost consciousness

13:04:26  3   for about a half hour.

13:04:28  4          Q.    When was that?

13:04:28  5          A.    I was about 17 years old, 18 years old.

13:04:39  6   Went to the hospital.  They sent me home.  My mom

13:04:42  7   came and got me, I think.  They sent me home.

13:04:45  8          Other than that, not in the last 40 years.

13:04:47  9          Q.    Have you ever suffered any injuries

13:04:49 10   when you were doing any of your construction or

13:04:50 11   laborer work?

13:04:56 12          A.    No.

13:04:56 13          Q.    Are you aware of any testimony that you

13:04:58 14   have given aside from your 50-h in June of 2017?

13:05:02 15          A.    No.

13:05:10 16          Q.    Aside from that 50-h in June of 2017,

13:05:14 17   have you given any other statements about this

13:05:15 18   incident to any other City of Buffalo employee?

13:05:20 19          A.    I don't think so.

13:05:25 20          Q.    How long did the pain to the back of

13:05:27 21   your head last?

13:05:32 22          A.    Oh, I digress to the last question.

13:05:36 23   Could you repeat the last question?

*Kistner - Huggins - 2/6/20*

132

13:05:37   1          Q.     The one about statements to City of

13:05:40   2   Buffalo employees?

13:05:40   3          A.     Yeah, city employees. I caused to be

13:05:43   4   mailed to Internal Affairs a complaint.

13:05:45   5          Q.     What do you mean by you caused to be

13:05:46   6   mailed a complaint to Internal Affairs?

13:05:50   7          A.     I took a copy of the complaint in

13:05:56   8   federal court, I put a cover letter on that copy,

13:06:00   9   and I sent it to Internal Affairs.

13:06:01 10        And I said I didn't think there was much

13:06:04 11   more that needed to be said, other than what was

13:06:07 12   contained within the complaint that they could --

13:06:10 13   all they had to do was look at the complaint and

13:06:12 14   they could figure out what my Internal Affairs

13:06:14 15   complaint about the police officer's conduct would

13:06:19 16   be.

13:06:19 17        And all I wanted to know was when they

13:06:24 18   started their investigation. I'd like you to tell

13:06:26 19   me when you start your investigation. And I mailed

13:06:28 20   it, so I caused the post office to deliver it.

13:06:30 21          Q.     Understood. When did you mail that?

13:06:32 22          A.     I can't remember that.

13:06:34 23          Q.     Do you recall what year?

*Kistner - Huggins - 2/6/20*

133

| | | |
|---|---|---|
| 13:06:38 | 1 | A.    It was last year. |
| 13:06:39 | 2 | Q.    So at some point in 2019? |
| 13:06:41 | 3 | A.    Or '18.  '18 or '19.  Long years. |
| 13:06:48 | 4 | Q.    Do you have any record showing that you |
| 13:06:49 | 5 | mailed it? |
| 13:06:50 | 6 | A.    I'm pretty sure somewhere in my house |
| 13:06:54 | 7 | or in the office or somewhere there's a receipt |
| 13:06:58 | 8 | with a ZIP code deliverable.  I know I mailed it |
| 13:07:06 | 9 | from the post office downtown here behind City |
| 13:07:10 | 10 | Hall, so there would be a tracking number on there. |
| 13:07:13 | 11 | Whether you could still find it on the -- |
| 13:07:17 | 12 | but I think they've since acknowledged they have |
| 13:07:20 | 13 | it, but they didn't acknowledge they had ever |
| 13:07:23 | 14 | started an investigation. |
| 13:07:24 | 15 | Q.    Why do you think that they acknowledged |
| 13:07:26 | 16 | they had it? |
| 13:07:30 | 17 | A.    Fairly recently I was told that |
| 13:07:41 | 18 | Internal Affairs had communicated with my attorney. |
| 13:07:46 | 19 | Q.    Who told you that? |
| 13:07:48 | 20 | Well, let me preface this by saying I'm not |
| 13:07:52 | 21 | inquiring about conversation you had with your |
| 13:07:53 | 22 | attorney. |
| 13:07:53 | 23 | A.    I gotcha. |

13:07:55  1          Q.    So if that is that --

13:07:55  2          A.    I understand.

13:07:56  3          Q.    -- I'm not trying to ask that.

13:07:57  4          A.    I understand.

13:07:58  5          Q.    But did anybody from the police

13:08:00  6    department or Internal Affairs contact you with

13:08:02  7    regard to your letter?

13:08:03  8          A.    Never.

13:08:06  9          Q.    And, again, I'm not trying to breach

13:08:08  10   that, but I just want to get a handle on this.

13:08:11  11   Is it at some point you were informed someone from

13:08:14  12   Internal Affairs has contacted your attorneys?

13:08:17  13         A.    Yeah.

13:08:17  14         Q.    Do you know when you were informed of

13:08:19  15   that?

13:08:24  16         A.    I'm going to say within the last six

13:08:26  17   weeks.  After the WIVB broadcast.  And I don't know

13:08:34  18   what day that was on either.

13:08:48  19         Q.    Did you have a primary care physician

13:08:49  20   on January 1st, 2017?

13:08:53  21         A.    No.  The first -- no, I'm not sure

13:08:57  22   I did.  But when I went on like the 10th to see

13:09:00  23   a doctor, that was -- they called her my primary,

*Kistner - Huggins - 2/6/20*

135

13:09:06  1  and I had never seen the woman before.  She's

13:09:09  2  a young girl.  And I never saw her after that

13:09:12  3  either.  That was at 1500 Broadway.

13:09:15  4        Q.  Did you have a doctor, prior to this

13:09:19  5  incident, that you had most recently seen?

13:09:27  6        A.  I can't remember.  I think I was going

13:09:31  7  to 1500 Broadway before I went back to 1500 Broadway

13:09:35  8  on like the 10th of January of '17, but I think my

13:09:39  9  primary had left, and I had to get a new primary.

13:09:44 10  I think I had been attending that clinic.

13:09:47 11        Q.  Prior, so at some point in the year of

13:09:50 12  2016, you had attended --

13:09:52 13        A.  Yeah.

13:09:52 14        Q.  -- or received treatment at that --

13:09:55 15        A.  I think so, yeah.

13:09:56 16        Q.  The same clinic located at

13:09:57 17  1500 Broadway?

13:09:59 18        A.  Yeah.  It was at Broadway and Bailey

13:10:02 19  for a while.  It was St. Vincent's.  And then they

13:10:06 20  opened at 1500.

13:10:11 21        Q.  How long did the pain to your head

13:10:13 22  last?

13:10:18 23        A.  From when the police car crashed into

Kistner - Huggins - 2/6/20

136

13:10:20  1   me on January 1st, 2017, is that what you're asking

13:10:25  2   me?

13:10:25  3         Q.    How long did you experience pain to the

13:10:26  4   back of your head as a result of this incident?

13:10:33  5         A.    It took about three days for me to

13:10:37  6   just -- to not feel like bad.  It took about three

13:10:43  7   days for my head to stop, you know.

13:10:46  8         Q.    Do you have any scars or marks to any

13:10:50  9   parts of your body as a result of the incident on

13:10:52  10  March -- not March -- January 1st, 2017?

13:10:56  11        A.    I have little like dots on my wrists

13:10:58  12  where the scabs were, like scarring, but that's --

13:11:03  13  you know, every scar's got a tale, so on a guy,

13:11:08  14  a scar doesn't mean a whole lot.

13:11:10  15        Q.    So is it fair to say you may have had

13:11:12  16  scars on your wrists prior to January 1st, 2017?

13:11:15  17        A.    Not where these scars are.

13:11:22  18        Q.    Can you point out the scars that you're

13:11:25  19  referring to?

13:11:26  20        So the record should reflect you held out

13:11:28  21  your right hand?

13:11:29  22        A.    Yeah.

13:11:29  23        Q.    Your right wrist.

Kistner - Huggins - 2/6/20

137

13:11:30  1      A.    You see that?   Like you're going to

13:11:33  2   think it's a line, but that's right where that --

13:11:35  3   that's right where that handcuff was.

13:11:39  4      And there's little -- you see the white

13:11:43  5   right there?   You can -- you can just see it.

13:11:47  6   That's a scar.   That's a scar from where that

13:11:50  7   handcuff bit into me.

13:11:52  8      Q.    So the record should reflect that

13:11:53  9   you've just pointed to the top of your right wrist?

13:11:55 10      A.    Yeah.   There's a scar about a half inch

13:11:58 11   long, and it's a little white -- a little whiter,

13:12:01 12   in deep, than it is on either side.   It's a very

13:12:04 13   small scar.

13:12:07 14      Q.    Before I stopped you, you were

13:12:09 15   beginning to hold out your left hand.

13:12:12 16      A.    Yes.   And the same thing over here.

13:12:16 17   But that one's right there.   That one's right here.

13:12:19 18      Q.    So the record should reflect that

13:12:21 19   you've pointed to the top portion of your wrist,

13:12:28 20   towards -- almost towards the inside of your arm;

13:12:31 21   is that fair?

13:12:32 22      MR. DAVENPORT:   Yes.

13:12:35 23      THE WITNESS:   And they're tiny.

Kistner - Huggins - 2/6/20

138

BY MS. HUGGINS:

Q.   Have you put anything -- an ointment or anything on your wrists to try to reduce any scarring?

A.   No.

Q.   How long did the bruising to your wrists last?

A.   It took a good three months before my -- my wrists started to have the resemblance that they have now.  It took about three months.

Q.   You had bruising for a period of three months?

A.   I had swelling.  I had swelling on both sides of this -- this crack where the scar was where I showed you, I had swelling on both sides of that for months.

Q.   How long did you experience bruising to your wrists?

A.   Discoloration?  When you say bruising, I think of like black and blue or red.  When you say swelling -- you can have swelling without the color changing.

Q.   So you've just described that you had

*Kistner - Huggins - 2/6/20*

139

13:13:49  1  swelling for approximately three months.

13:13:51  2        A.   Yeah.

13:13:51  3        Q.   How long did you experience bruising to

13:13:54  4  your wrists?

13:13:56  5        A.   Ten days at most before the color came

13:14:01  6  back.

13:14:14  7        Q.   What was the first medical treatment,

13:14:15  8  if any, did you receive after the January 1st, 2017

13:14:20  9  incident?

13:14:20  10       A.   When I went to 1500.  It took me that

13:14:26  11 many days to get in.

13:14:27  12       Q.   Approximately ten days later?

13:14:29  13       A.   Yeah.  It might have been a week.  But

13:14:31  14 it took that long to get in.  We called them right

13:14:33  15 away, but they said, you can't see the doctor, and

13:14:35  16 you've got to have a new primary because your old

13:14:38  17 primary left, and it will be -- okay.  Give me the

13:14:41  18 first available.

13:14:43  19       Q.   What was the name of that doctor you

13:14:45  20 saw?

13:14:52  21       A.   I think her name is in the 50-h.

13:14:54  22       Q.   Is that that younger female doctor --

13:14:56  23       A.   Yeah.

Kistner - Huggins - 2/6/20

140

13:14:56   1          Q.    -- you've referred to earlier?

13:14:58   2          A.    Yeah.  Yeah.

13:14:59   3          Q.    And you mentioned you never returned

13:15:01   4    or saw --

13:15:01   5          A.    I never saw her after that, yeah.

13:15:04   6    I only saw her one time, I think.

13:15:06   7          Q.    What medical treatment was provided for

13:15:08   8    you when you saw the doctor at 1500 Broadway?

13:15:14   9          A.    She said, if it hurts, put ice on it.

13:15:17  10    She said, you can take over-the-counter painkillers

13:15:27  11    for it.

13:15:29  12          And she said -- I said, can you give me

13:15:32  13    a referral to a neurologist?  Because I could see

13:15:34  14    that was where this was going, because I could feel

13:15:37  15    that they don't feel the same.

13:15:41  16          And I don't remember if she gave me

13:15:43  17    a neurologist's referral or not, but I know

13:15:49  18    I attempted to make an appointment with Dent

13:15:52  19    Neurology down on Harlem Road.

13:15:55  20          Q.    Do you know if any diagnostic testing,

13:15:57  21    an MRI, an x-ray, a CAT scan, any of that was

13:16:02  22    performed when you sought treatment at 1500 Broadway?

13:16:04  23          A.    Not that I remember.

*Kistner - Huggins - 2/6/20*

141

13:16:06  1          Q.    Do you know if you received any diagnosis
13:16:08  2   of any kind when you attended 1500 Broadway?
13:16:10  3          A.    Not that I remember.
13:16:13  4          Q.    When did you attempt to make an
13:16:15  5   appointment at Dent?
13:16:23  6          A.    I think I had one for February, the
13:16:27  7   next month.
13:16:29  8          Q.    In the year 2017?
13:16:31  9          A.    Yeah.
13:16:31 10          Q.    Did you receive any medical treatment
13:16:33 11   from Dent?
13:16:34 12          A.    No.
13:16:34 13          Q.    Why not?
13:16:35 14          A.    They wanted $200 cash to see me, to let
13:16:39 15   me walk in the door.  And I asked them:  Well, are
13:16:41 16   you going to be able to do anything for me if I give
13:16:44 17   you $200?  And they said, well, we'll set you up
13:16:47 18   with a neurologist and you'll have to come back
13:16:50 19   again.
13:16:51 20          That's going to be the initial patient
13:16:52 21   intake.  No, you're probably not going to get any
13:16:56 22   care that day.  And they asked what was wrong, and
13:16:58 23   I told them.

*Kistner - Huggins - 2/6/20*

142

13:16:58 1    Q. Was that conversation over the phone or

13:17:00 2 in person?

13:17:00 3    A. Over the phone.  And they asked what

13:17:03 4 was wrong, and I told them, and they said, well,

13:17:05 5 this is probably going to be an insurance claim, so

13:17:07 6 you're definitely going to have to pay cash if you

13:17:09 7 don't have any insurance of your own.

13:17:11 8    Q. What did you identify to Dent as your

13:17:13 9 complaints?

13:17:13 10    A. I told them I had a handcuff injury.

13:17:26 11    Q. Did you seek any other medical

13:17:30 12 treatment with regard to the January 1, 2017

13:17:35 13 incident, aside from what we've just discussed at

13:17:38 14 1500 Broadway and your attempted appointment at

13:17:40 15 Dent?

13:17:45 16    A. Catholic Health has a Family Medical

13:17:48 17 Practice.  I can't remember the name of the street

13:17:55 18 that it's on, but it's a few blocks down from OLV.

13:18:03 19 See, I don't drive, so I don't know the name of

13:18:05 20 streets.  But that became my primary physician.

13:18:14 21    Over the course of care with my primary

13:18:16 22 physician for whatever ails a 57-year-old man,

13:18:21 23 I think I may have mentioned my arms, but I don't

13:18:24  1    think that was his primary concern of my care.

13:18:28  2          Q.    Did you describe the injuries you claim

13:18:30  3    from the January 1st, 2017 incident to any medical

13:18:36  4    providers, aside from the doctor at 1500 Broadway

13:18:40  5    and the intake person at Dent?

13:18:43  6          A.    No.

13:18:44  7          Q.    Why not?

13:18:53  8          A.    I just put it down to lack of

13:18:54  9    opportunity.

13:18:54 10          Q.    What do you mean by that?

13:18:55 11          A.    You have to have money to see

13:18:57 12    a neurologist.  You have to have money to go into

13:19:00 13    Dent or you've got to have an Obama card or you've

13:19:03 14    got to have some kind of insurance card, and I didn't

13:19:05 15    have any insurance in January of 2017 or February

13:19:08 16    of '17 or March of '17.

13:19:09 17          Q.    Were you ever given a diagnosis by

13:19:11 18    any doctor at any point or a referral by a doctor

13:19:15 19    at any point saying that you needed to see

13:19:17 20    a neurologist to address your concerns relating

13:19:20 21    to the January 1st, 2017 incident?

13:19:22 22          A.    I suspect that that young girl doctor

13:19:27 23    that I saw at 1500 the second week of January or

*Kistner - Huggins - 2/6/20*

144

13:19:31  1    the first -- the 10th of January, I think she gave

13:19:35  2    me a referral and that's why I reached out to Dent.

13:19:37  3        Because to get into a normal neurologist

13:19:42  4    without any money or insurance was going to be

13:19:44  5    a problem, but the longer I waited to see

13:19:47  6    a neurologist, the more concerned I was because

13:19:50  7    it was hard to move my thumb.

13:19:56  8        Q.    Have you received any medical treatment

13:19:58  9    at all from any neurologist?

13:20:01  10       A.    No.

13:20:06  11       Q.    Aside from 1500 Broadway and the

13:20:09  12   Catholic medical practice that you've referenced,

13:20:11  13   have you received medical treatment from anyone

13:20:13  14   else in relation to the January 1st, 2017 incident?

13:20:16  15       A.    No.

13:20:17  16       Q.    And it's your testimony that what has

13:20:21  17   prevented you is cost, not denial of any medical

13:20:25  18   treatment itself?

13:20:34  19       A.    That, coupled with one other thing.

13:20:36  20       Q.    What has prevented aside from cost?

13:20:40  21       A.    That, coupled -- resources are the

13:20:43  22   primary reason, but it's also coupled with the fact

13:20:46  23   that when you call and you say, I want to set up --

Kistner - Huggins - 2/6/20

145

13:20:51  1    I want to see somebody about my wrists, they ask

13:20:54  2    you:  Well, okay.  Is this a work-related injury?

13:20:56  3    No.  Well, was it an injury?  Yes.  What happened

13:20:59  4    to your wrists?  Well, I got hit by a police car,

13:21:04  5    I got arrested, and they put the handcuffs on so

13:21:07  6    tight that they injured me.

13:21:08  7         As soon as you say that, the conversation

13:21:11  8    changes.

13:21:11  9         Q.    What do you mean by that?

13:21:19  10        A.    Not everybody wants to involve

13:21:22  11   themselves with the state, the police department.

13:21:29  12   Not everybody, not every practitioner wants to jump

13:21:33  13   in.

13:21:36  14        Q.    Has any medical provider explicitly

13:21:39  15   refused to evaluate or provide any treatment as

13:21:42  16   a result of your description of how you suffered

13:21:45  17   the injury?

13:21:51  18        A.    The young doctor at 1500, ten days

13:21:54  19   after I had the injury, when I spoke to her while

13:22:00  20   she was interviewing me and caring for me and

13:22:04  21   treating me, she said, let me pull up the records

13:22:07  22   from ECMC.

13:22:10  23        So she pulled up the records from ECMC, and

*Kistner - Huggins - 2/6/20*

146

13:22:13   1   she said to me:  What you're telling me doesn't --

13:22:23   2   doesn't match what's in the file here.  And I said,

13:22:27   3   what do you mean?  And she said, well, it says here

13:22:31   4   you jumped on a police car and that you were arrested

13:22:36   5   for it and you were taken to the CPEP unit.

13:22:39   6        And what you're telling me that you had this

13:22:42   7   injury to your wrists because of the handcuffs, it

13:22:47   8   doesn't -- it doesn't -- it doesn't jive with this.

13:22:50   9        Q.   Do you believe that ECMC medical

13:22:51  10   records are inaccurate with regard to the

13:22:54  11   January 1st, 2017 incident?

13:22:55  12        A.   I'm not an expert in medical records.

13:22:57  13   I don't know.  But I know there is one error that

13:23:00  14   is claimed in the record at ECMC.

13:23:03  15        Q.   What error is that?

13:23:05  16        A.   There's a description of some type of

13:23:16  17   suicidal inclination about going to a hotel and

13:23:22  18   starving oneself to death or drinking oneself to

13:23:26  19   death.  That's at the bottom of a page on the

13:23:29  20   record.  And when you go to the next page, on the

13:23:31  21   top, it says, the prior entry was written in error.

13:23:36  22   It was entered in error.

13:23:37  23        So I know there's one error there.

*Kistner - Huggins - 2/6/20*

147

13:23:42   1        Q.    Have you attended any physical therapy

13:23:45   2   as a result of the January 1st, 2017 incident?

13:23:52   3        A.    No.

13:23:52   4        Q.    Have you sought the services or seen

13:23:55   5   a chiropractor as a result of the January 1st, 2017

13:23:58   6   incident?

13:23:59   7        A.    No.

13:24:01   8        Q.    Have you taken any pain medication at

13:24:04   9   any point as a result of the January 1st, 2017

13:24:06  10   incident?

13:24:07  11        A.    No.  I don't take pills of any kind.

13:24:20  12        Q.    At any point are you aware of any

13:24:23  13   diagnostic testing done on you, aside from the

13:24:28  14   tests at ECMC that morning and anything you may

13:24:30  15   have received at 1500 Broadway?

13:24:34  16        A.    Not that I remember.

13:24:36  17        Q.    Have we discussed all medical providers

13:24:39  18   that you have seen after this January 1st, 2017

13:24:44  19   incident?

13:24:44  20        A.    I hope so.

13:24:46  21        Q.    Me too.  That's why I'm asking you.

13:24:48  22        Is there any other doctor or therapist or

13:24:55  23   chiropractor, whatever you want to categorize them,

13:24:58 1    whom you've sought to try to alleviate or address

13:25:01 2    any injuries you have suffered as a result of the

13:25:04 3    January 1st, 2017 incident?

13:25:05 4        A.    No.

13:25:19 5        Q.    When was the last time you saw

13:25:21 6    a medical provider with regard to the January 1st,

13:25:24 7    2017 incident?

13:25:38 8        A.    I think I pretty well give up trying to

13:25:42 9    get a doctor to fix what ails me on my wrists.

13:25:49 10       At the OLV clinic, when my primary at the

13:25:51 11   OLV clinic out by OLV, when he said to me that:

13:25:56 12   Jimmy, I think there's other things.  You're going

13:26:02 13   to have kidney stones.  He said, there's other

13:26:05 14   things we've got to worry about with you other than

13:26:08 15   your wrists.  And I think, you know, there's more

13:26:11 16   important things that we should pay attention to.

13:26:15 17   Learn to live with something.  I said, okay.

13:26:17 18   I think that's kind of when I said, all right.

13:26:18 19       Q.    When did you stop receiving medical

13:26:20 20   treatment for either the pain to your head or the

13:26:23 21   issues you've described with your wrists?

13:26:33 22       A.    When did I --

13:26:35 23       Q.    Stop.

*Kistner - Huggins - 2/6/20*

149

13:26:36   1        A.    Yeah.   As soon as I got my new primary

13:26:41   2   at the OLV clinic, Our Lady of Victory, and the

13:26:47   3   doctor told me -- he said, well, we can't cure

13:26:52   4   everything.   It's going to take me months to get

13:26:54   5   you in to see a neurologist, and I think you should

13:26:58   6   see a urologist before a neurologist, because I'm

13:27:01   7   57, and --

13:27:01   8        Q.    Due to the kidney stones?

13:27:03   9        A.    Yeah.   I have stage 3 kidney disease.

13:27:10  10        Q.    Do you recall when that occurred that

13:27:14  11   you were told this?

13:27:18  12        A.    I'm going to say about a year after.

13:27:20  13   So it would have been January, February of 2018.

13:27:28  14   It was kind of like:   Well, let's worry about

13:27:33  15   what's happening today.

13:27:35  16        Q.    Since that conversation in 2018, have

13:27:40  17   you scheduled or sought any treatment for any

13:27:44  18   issues related to the January 1st, 2017 incident?

13:27:46  19        A.    No.

13:27:47  20        Q.    Do you have any plans to do so in the

13:27:50  21   future?

13:27:53  22        A.    Well, if I had a pile of money, I'd

13:27:56  23   probably call a neurologist and say, give me your

Kistner - Huggins - 2/6/20

150

| 13:27:59 | 1 | first available, and have him at least look at my |
| 13:28:03 | 2 | wrists so he could hear my complaints to find out |
| 13:28:07 | 3 | if there's anything he can do. |
| 13:28:09 | 4 | Q.    Have you taken any steps or -- |
| 13:28:11 | 5 | A.    No. |
| 13:28:11 | 6 | Q.    -- contacted anyone? |
| 13:28:12 | 7 | A.    No.  That pile of money ain't fell out |
| 13:28:15 | 8 | of the sky. |
| 13:28:23 | 9 | Q.    Did the January 1st, 2017 incident |
| 13:28:26 | 10 | cause you to miss any actual time working as |
| 13:28:32 | 11 | a landlord? |
| 13:28:40 | 12 | A.    It added time.  It made things longer. |
| 13:28:42 | 13 | Q.    Were you confined to your home or to |
| 13:28:44 | 14 | a bed for any period of time, as a result of the |
| 13:28:48 | 15 | January 1st, 2017 incident? |
| 13:28:49 | 16 | A.    Them first two or three days, I didn't |
| 13:28:51 | 17 | leave the house.  And I can tell you, this kind of |
| 13:28:55 | 18 | kills like six birds with one stone.  You asked |
| 13:28:59 | 19 | earlier about when we first -- when we first knew |
| 13:29:05 | 20 | that Mike Wolfe had left.  After I got home that |
| 13:29:10 | 21 | night, the next day, which would have been January |
| 13:29:14 | 22 | 2nd, I went outside, and I walked around, and |
| 13:29:18 | 23 | Mike's door was ajar. |

13:29:20  1        But I didn't want to -- I was still trying

13:29:23  2    to -- my head's still ringing from the day before.

13:29:26  3    I'm like:  I'm not even going to talk to Mike.

13:29:30  4    I don't want to deal with that too.  Because he

13:29:32  5    always had an issue at some point.

13:29:34  6        So the next day, which would have been the

13:29:36  7    3rd, I did the same thing.  I did the walk-around.

13:29:40  8    Didn't do anything.  Didn't do any work those two

13:29:43  9    days.  But it was the 3rd that I said, the door's

13:29:47  10   been open all night long.  The apartment door.

13:29:51  11       Q.    To Mike's unit?

13:29:53  12       A.    Yeah.  I said, the door's been open

13:29:55  13   that same six inches for two days.  I can't leave

13:29:59  14   buildings open.  So that's when I went up on the

13:30:02  15   porch, on the 3rd, and knocked on the door and

13:30:05  16   said, Mike?  Mike?  Mike?

13:30:07  17       The apartment's empty.  I go in.  I got

13:30:11  18   possession of the real estate.  So then I changed

13:30:14  19   the lock on the door, because there was nothing of

13:30:17  20   his that belonged in there -- or nothing of his

13:30:20  21   there.  He had gone completely.

13:30:23  22       And I had to change the lock on the door

13:30:25  23   because there was a key in the lock that was busted

*Kistner - Huggins - 2/6/20*

152

13:30:28  1  off.  I still got that lock with that broke-off key

13:30:37  2  in there.  And the door had been busted down.

13:30:43  3       Q.   Have you filled out any applications

13:30:46  4  for any type of benefits with regard to your

13:30:49  5  injuries that you suffered on January 1st, 2017?

13:30:54  6       A.   No.

13:30:57  7       Q.   Have you filed for any disability

13:31:00  8  benefits?

13:31:02  9       A.   No.

13:31:06  10       Q.   At the time of this incident on

13:31:11  11  January 1st, 2017, did you have any health

13:31:13  12  insurance?

13:31:13  13       A.   No.

13:31:15  14       Q.   Since this incident have you obtained

13:31:17  15  any health insurance?

13:31:21  16       A.   I think I got Obamacare right now.

13:31:27  17  Whatever that is.

13:31:30  18       Q.   Were there any hobbies or activities,

13:31:33  19  aside from what you described, and your landlord

13:31:36  20  duties, that you were prevented from doing as

13:31:38  21  a result of the January 1st, 2017 incident?

13:31:40  22       A.   I put on this dress shirt this morning

13:31:42  23  and I couldn't snap that button on my left wrist.

Kistner - Huggins - 2/6/20

153

```
13:31:47   1   I couldn't -- I couldn't -- I spent 20 minutes
13:31:50   2   trying to get that button snapped, and every time
13:31:53   3   I did it, this side over here hurt.
13:31:56   4           I'm not trying to be loud.  I promise.
13:31:59   5           But that is just the kind of the stuff that
13:32:07   6   happens.
13:32:08   7           Q.   Difficulty in terms of using -- closing
13:32:10   8   a button or --
13:32:11   9           A.   You'll be doing -- you'll be doing the
13:32:14  10   most minute thing.  The thing that you don't think
13:32:16  11   it's going to -- you know, I can do this.  I've
13:32:19  12   been doing this all my life.  And you're like:  Ow,
13:32:24  13   ow, ow for 20 minutes and finally go:  Rachel, will
13:32:28  14   you button my shirt for me?  It's ludicrous.
13:32:31  15           You're painting an apartment because you
13:32:34  16   have to paint the apartment before you can rent it
13:32:36  17   to the next guy, and you're drawing a line, and
13:32:39  18   you've gone eight inches, and your sash tool falls
13:32:45  19   out of your hand.  It just falls out of your hand.
13:32:47  20           You're like:  Holy shit.  Now you've got to
13:32:50  21   get down off the ladder.  You've got to wipe the
13:32:53  22   brush off.  It takes another 20 minutes.
13:32:55  23           Q.   Have you hired anyone to help you do
```

*Kistner - Huggins - 2/6/20*

154

13:32:57  1   any household activities as a result of this

13:32:59  2   incident?

13:32:59  3        A.    Household activities, no.   The

13:33:02  4   biggest -- maybe I answered that too fast.   The

13:33:03  5   biggest expense I've had was the roof, because

13:33:07  6   I couldn't trust myself on it.   I couldn't use the

13:33:09  7   trowel on Rachel's porch.   That was $1100.

13:33:15  8        I couldn't even put the backing up because

13:33:18  9   I couldn't drive the nails hard enough.   I couldn't

13:33:21  10  even put the backing up for the stucco guy.   When

13:33:24  11  he got there, he had to take the backing off and

13:33:26  12  redo it because I couldn't get the nails in far

13:33:29  13  enough.

13:33:29  14        Q.    In terms of those landlord duties that

13:33:34  15  you've described, the roofing and the stucco, you

13:33:36  16  hired contractors to assist?

13:33:37  17        A.    I paid somebody.

13:33:44  18        Q.    Do you have any restrictions from any

13:33:46  19  of your doctors with regard to any activities you

13:33:50  20  are allowed to perform?

13:33:51  21        A.    No.   Not that I'm aware of.

13:33:55  22        Q.    Have you ever suffered any prior

13:33:57  23  injuries to either of your wrists or hands?

13:33:59  1        A.    No.

13:34:04  2        Q.    Have you taken any vacations since

13:34:06  3   January 1st, 2017?

13:34:19  4        A.    No.

13:34:36  5        MS. HUGGINS:   Off the record.

13:39:27  6        (A recess was then taken.)

13:39:32  7        BY MS. HUGGINS:

13:39:33  8        Q.    Have you sought treatment from any

13:39:35  9   mental health professional or counselor as a result

13:39:38 10   of the January 1st, 2017 incident?

13:39:40 11        A.    Not yet.

13:39:41 12        Q.    Do you have plans to do so?

13:39:45 13        A.    No formal plans.  I haven't decided

13:39:47 14   what to do there.

13:39:53 15        Q.    What, if any, symptoms or issues have

13:39:57 16   you experienced, in terms of your mental health,

13:40:00 17   that have caused you to consider doing that in the

13:40:03 18   future?

13:40:10 19        A.    I still can't believe that people are

13:40:12 20   lying.  It just -- I can't fathom lying this

13:40:21 21   consistently for this long in their official

13:40:25 22   capacities.

13:40:26 23        Q.    Have you ever received mental health

13:40:28  1    treatment or counseling prior to January 1st, 2017?

13:40:33  2         A.    In what time frame?

13:40:34  3         Q.    Your life.

13:40:39  4         A.    Not that I remember.

13:40:41  5         Q.    Is it possible that you may have

13:40:44  6    received such treatment that --

13:40:44  7         A.    Yeah, but I might have forgot.

13:40:45  8         Q.    -- you don't remember?

13:40:46  9         A.    But I might have forgot.

13:41:18  10        Q.    Aside from the complaints that you sent

13:41:22  11   directly to ECMC and your cover letter to the

13:41:26  12   police department Internal Affairs Division, have

13:41:29  13   you written any other complaints or information

13:41:34  14   with regard to this incident to any other

13:41:36  15   individuals?

13:41:37  16        A.    There might have been a mention of it

13:41:39  17   on social media after the WIVB report, but I really

13:41:47  18   have stayed away from mentioning this on social

13:41:51  19   media at all.

13:41:53  20        Q.    The possible mention of it on social

13:41:55  21   media, would that be a post that you yourself

13:41:58  22   caused?

13:41:58  23        A.    Or somebody IM'd me and said, I saw

*Kistner - Huggins - 2/6/20*

157

13:42:01  1   this on WIVB.  What's going on here?

13:42:04  2          Q.   So perhaps like a direct conversation

13:42:06  3   that you had with somebody?

13:42:07  4          A.   Or somebody posed a question, and

13:42:09  5   I said, well, it's public now, and posted the WIVB

13:42:13  6   story.

13:42:14  7          Q.   Did you post that to your own account?

13:42:17  8          A.   I probably would have, after getting

13:42:21  9   like three or four people saying, wow.  What

13:42:25  10  happened here?

13:42:25  11         Q.   What social media accounts do you have?

13:42:27  12         A.   Only on Facebook.

13:42:28  13         Q.   What is your user name on Facebook?

13:42:30  14         A.   There's two.  There's Jimmy Kistner and

13:42:34  15  there's James Kistner.

13:42:35  16         Q.   Do you spell Jimmy with a Y?

13:42:38  17         A.   Yeah.

13:42:42  18         There is Jimmy 4 Fillmore -- Jimmy 4 Fillmore

13:42:53  19  on Facebook.  Jimmy 4 Fillmore on Facebook, and

13:43:04  20  then there is a jimmykistner4fillmore.com.  There

13:43:14  21  is a dot com that's not on Facebook.

13:43:17  22         And that's it.  I don't tweet.  I don't do

13:43:21  23  anything like that.

*Kistner - Huggins - 2/6/20*

158

13:43:22 1    Q.   At the time of this incident, you were

13:43:23 2  not attending any school or occupational training,

13:43:29 3  correct?

13:43:30 4    A.   No, I was not.

13:43:33 5    Q.   Aside from the expenses that you have

13:43:36 6  described previously, did you lose any income as

13:43:40 7  a result of this incident?

13:43:48 8    A.   No.

13:43:48 9    Q.   Aside from the time you were at

13:43:52 10  McDonald's on Niagara Street, have you had any

13:43:54 11  other interaction with any members of the Buffalo

13:43:58 12  Police Department since this incident?

13:44:01 13    A.   About six weeks after the 1st of

13:44:04 14  January, before the 50-h hearing, so it was after

13:44:10 15  January 1st, but before, somebody kicked down the

13:44:13 16  back door of my room in the back of 33.

13:44:18 17    I was over at Rachel's.  I don't think I had

13:44:27 18  gone there for about two days, so we didn't know

13:44:29 19  exactly what day it happened, but we called the

13:44:32 20  police.

13:44:33 21    Earl was there on that day when we

13:44:37 22  discovered somebody had kicked down the back door

13:44:39 23  when we weren't there and called the police.  There

Kistner - Huggins - 2/6/20

159

13:44:44  1   was one officer that responded.  I don't think I'd

13:44:47  2   ever met that man before.  Never seen him.  And he

13:44:52  3   said he would write a report.  And he was there ten

13:44:56  4   minutes and drove away.

13:44:58  5        Q.    That interaction with the male officer

13:45:02  6   focused solely on --

13:45:03  7        A.    Yeah.

13:45:04  8        Q.    -- the back door of --

13:45:04  9        A.    Yeah.

13:45:05  10       Q.    -- 33 being kicked down?

13:45:07  11       A.    Yeah.

13:45:07  12       Q.    Okay.

13:45:14  13       A.    I don't think I've -- since this we've

13:45:16  14   called them at all.

13:45:17  15       Q.    Have you had -- strike that.

13:45:21  16       Have you filed a claim or any other legal

13:45:23  17   proceeding against any other party, outside of the

13:45:25  18   City of Buffalo or Buffalo Police Department,

13:45:27  19   related to the January 1st, 2017 incident?

13:45:29  20       A.    No.

13:45:50  21       Q.    Have you given any other interviews,

13:45:51  22   aside from the one to WIVB, regarding this

13:45:59  23   incident?  Not anything else.

*Kistner - Huggins - 2/6/20*

160

13:46:01  1        A.   Or anything else?

13:46:03  2        Q.   Not anything else.

13:46:04  3        A.   Not anything else.

13:46:05  4        Q.   Just the January 1st incident.

13:46:08  5        A.   No.

13:46:10  6        Q.   I don't believe I have any further

13:46:12  7   questions for you.  Oh, I do.

13:46:16  8        Sir, do you recall receiving any type of

13:46:19  9   testing to your head in -- in June of 2009?

13:46:38 10        A.   I don't remember that far back.

13:46:40 11        MS. HUGGINS:  Okay.  Fair enough.

13:46:42 12        I have no further questions for you.

13:46:43 13   Thank you for your time.

13:46:46 14        MR. DAVENPORT:  All set.

13:46:47 15        THE REPORTER:  Will Mr. Davenport be

13:46:50 16   supplied?

13:46:50 17        MS. HUGGINS:  He will.

         18        THE REPORTER:  Thank you.

         19        (Deposition concluded at 1:46 p.m.)

         20

         21                 *    *    *

         22

         23

161

1          I hereby CERTIFY that I have read the

2     foregoing 160 pages, and that except as to those

3     changes (if any) as set forth in an attached errata

4     sheet, they are a true and accurate transcript of

5     the testimony given by me in the above entitled

6     action on February 6, 2020.

7

8

9                    ------------------------
10                    JAMES KISTNER

11

12

13

14

15

16

17

18

19

20

21

22

23

162

```
 1   STATE OF NEW YORK)

 2                      ss:

 3   COUNTY OF ERIE   )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6   for the State of New York, that I did attend and

 7   report the foregoing deposition, which was taken

 8   down by me in a verbatim manner by means of machine

 9   shorthand.  Further, that the deposition was then

10   reduced to writing in my presence and under my

11   direction.  That the deposition was taken to be

12   used in the foregoing entitled action.  That the

13   said deponent, before examination, was duly sworn

14   to testify to the truth, the whole truth and

15   nothing but the truth, relative to said action.

16

17

18                      _____

19                      ANNE T. BARONE, RPR,
                         Notary Public.
20

21

22

23
```