

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# F

MR# ▇▇▇▇▇▇          Account # ▇▇▇▇▇▇▇          Report# 0101-0456

------------------------------------------------------------------------

## ERIE COUNTY MEDICAL CENTER CORPORATION
### ED-Provider Report
462 Grider St., Buffalo, NY 14215
(716) 898-3000

---

**Patient's Name** KISTNER,JAMES
**Report#** 0101-0456
**Date of Birth:** ▇▇▇▇ 60
**Attending Physician:**
**Dictating Provider:** REED,ESSIE M MD, (RES)
**Primary Provider:** NO PRIMARY CARE PROVIDER

**MR#:** ▇▇▇▇▇ **/Account #:** ▇▇▇▇▇▇▇▇
**Age/Sex:** 56/M
**Admission Date/Time:**
**Admitting Service:**
**Dictating Date/Time:** 01/01/17 1158

---

## History of Present Illness
### General
**ED Attending:** BILLITTIER,ANTHONY J IV, MD
**Tracker Chief Complaint:** Facial Pain
**Time seen by ED provider:** 11:45

### Allergies/Medications
**Allergies:**
**Coded Allergies:**
 codeine (Verified Allergy, Unknown, 1/1/17)
**Current Patient Meds:**
DENIES

### History of Present Illness
**Initial Comments**
The patient is a 56-year-old with a past medical history of a lumbar spinal tumor status post removal, sarcoid, and chronic renal disease male who presents in police custody due to agitation. He reportedly struck a police car breaking the side view mirror. He is extremely agitated throughout the interview repeatedly shouting that everyone in the room is a "fascist and a nazi." And that he was injured by the handcuffs applied by the police. He did also state that he fell and struck his head. He denies loss of consciousness. No neck or back pain. He was able to ambulate after the fall. He is alert, and oriented to place, time. It is difficult to ascertain whether or not he is oriented to circumstance of his arrival in the ED. He complains of mild posterior headache as well as bilateral wrist pain.
**Pain Severity:** 5

## Past History
### Past History
**Past History Narrative**
as per HPI

### Social History
**Smoking:** smoker

## Review of Systems
### Review of Systems
**ROS Narrative**
constitutional: no fever/chills, no fatigue
eye: no blurred vision, no double vision
ENT: no tinnitus, no sore throat
cardiovascular: no chest pain, no palpitations
respiratory: no dyspnea, no cough
GI: no abdominal pain, no nausea/vomiting
GU: no dysuria, no hematuria
MSK: no neck pain, no joint pain

MR#  [redacted]          Account #  [redacted]          Report# 0101-0456
------------------------------------------------------------------------

skin: no rash, no lesions
neuro: no dizziness, + headache
psych: no SI, no HI

## Physical Exam
### Vital Signs
Vital Signs

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|----------|-------------|--------------|------|
| 1/1/17 14:24 | 97.9 | 73 | 16 | 156/78 | | | | |

## Physical Exam
### Physical Exam Narrative
Gen: no acute distress, well developed & well nourished
eye: PERRL, EOMI, normal sclera
Head: normocephalic, small abrasion over right forehead
ENT: moist mucous membranes, no erythema or exudates in oropharynx, hearing grossly normal,
neck: supple, normal ROM, nontender to palpation
respiratory: lungs clear w/normal breath sounds, no respiratory distress, no accessory muscle use
cardiac: regular rate & rhythm, no murmurs appreciated, normal peripheral pulses
abdominal: nontender, nondistended, soft, normal bowel sounds

extremities: normal ROM, normal inspection, no pedal edema
skin: warm, dry, no rashes, no lesions
psych: normal thought pattern, no hallucinations, no SI or HI, agitated
neuro: Alert, awake, oriented to person, place, and time, unable to determine the patient is oriented to circumstance, moves all extremities

## Lab/Imaging/EKG Results
### Laboratory Results

**LAB-8h RESULTS**

| Test | 1/1/17 13:30 | 1/1/17 14:50 |
|------|------|------|
| Acetaminophen Level | < 15.0mcg/mL (15-30)  L | |
| Anion Gap | 13mmol/L (7-18) | |
| Barbiturates | < 0.03mcg/mL | |
| Basophils # (Auto) | 0.0x10e9/L (<0.2) | |
| Basophils (%) (Auto) | 0.3% (0.0-2.0) | |
| Benzodiazepines Screen | < 3.0ng/mL | |
| Blood Urea Nitrogen | 19mg/dL (6-20) | |
| Calcium Level | 9.8mg/dL (8.4-10.2) | |
| Carbon Dioxide Level | 24mmol/L (19-30) | |
| Chloride Level | 106mmol/L (96-108) | |
| Creatinine | 1.1mg/dL (0.7-1.2) | |
| Eosinophils # (Auto) | 0.1x10e9/L (<0.7) | |
| Eosinophils (%) (Auto) | 0.9% (0.5-11.0) | |
| Estimat Glomerular Filtration Rate | 69.2mL/min | |
| Estimated GFR (African American) | 83.9mL/min | |

MR# ██████████     Account #██████████     Report# 0101-0456

| | |
|---|---|
| Ethyl Alcohol Level | < 10.0mg/dL (<10.0) |
| Glucose Level | 180mg/dL (74-99) H |
| Hematocrit | 42.1% (42.0-52.0) |
| Hemoglobin | 14.1g/dL (14.0-18.0) |
| Lymphocytes # (Auto) | 1.1x10e9/L (1.0-4.0) |
| Lymphocytes (%) (Auto) | 13.9% (16.0-51.0) L |
| Mean Corpuscular Hemoglobin | 31.2pg (27.0-31.0) H |
| Mean Corpuscular Hemoglobin Concent | 33.5g/dL (33.0-37.0) |
| Mean Corpuscular Volume | 93.1fL (80.0-99.0) |
| Mean Platelet Volume | 11.7fL (7.4-10.4) H |
| Monocytes # (Auto) | 0.6x10e9/L (0.1-1.0) |
| Monocytes (%) (Auto) | 7.3% (1.7-12.0) |
| Neutrophils # (Auto) | 5.9x10e9/L (1.4-7.0) |
| Neutrophils (%) (Auto) | 76.8% (40.0-75.2) H |
| Nucleated Red Blood Cells # | 0.0x10e9/L (0-0) |
| Nucleated Red Blood Cells % | 0.0/100 WBC (0-0) |
| Platelet Count | 264x10e9/L (130-400) |
| Potassium Level | 4.2mmol/L (3.3-5.1) |
| RDW Coefficient of Variation | 12.4% (11.5-14.5) |
| Red Blood Count | 4.52x10e12/L (4.70-6.10) L |
| Red Cell Distribution Width | 42.2fL (35.1-46.3) |
| Salicylates Level | < 2.6mg/dL (<30) |
| Sodium Level | 143mmol/L (133-145) |
| White Blood Count | 7.6x10e9/L (4.8-10.8) |

## Imaging Results
**CT**
COMPARISON: 6, 10, 2009.

FINDINGS:

No abnormal area of attenuation is seen from acute infarction, hemorrhage, or mass. The midline structures are not shifted and there are no extra-axial collections. The ventricular system is not dilated in an obstructed configuration. Skull base and calvarium are unremarkable.  Included paranasal sinuses and mastoid air cells are clear.

IMPRESSION:  No acute infarction, hemorrhage or mass . No significant injury to brain.

MR#  ▮▮▮▮▮▮▮        Account #  ▮▮▮▮▮▮▮▮▮        Report# 0101-0456
--------------------------------------------------------------------------------

## Medical Decision Making
**Medical Decision Making**
Patient is a 56-year-old male presenting with ultimate mental status after an altercation with police. Although on my initial interview is extremely agitated and aggressive, during the evaluation by the attending the patient was calm and able to provide history. The hip he stated at that time he was simply trying to get the police attention. The details of the altercation were not provided by the patient. Workup is unremarkable, and CT scan is negative for acute injury or hemorrhage. He will be stable for discharge to police custody

## Re-evaluation
**Time Re-evaluated:**  15:00
**Re-evaluation:**  Improved
**Re-evaluation Note**
Patient's mental status is much improved. He is alert, oriented,, and able to provide an appropriate history. He notes that he is willing to be discharged to police custody to "get this over with more quickly." I do not believe he warrants CPEP evaluation S mental status is baseline, and he has had no questions or concerns of suicidality.

The patient's wife was also alerted to his condition and no questions were answered satisfactorily.

## ED Diagnoses
**Diagnoses**
Diagnoses:
>**Primary Impression:**
>Forehead abrasion
>**Encounter type:**  initial encounter  **Qualified Code:**  S00.81XA - Abrasion of other part of head, initial encounter
>**Additional Impression:**
>Closed head injury
>**Encounter type:**  initial encounter  **Qualified Code:**  S09.90XA - Unspecified injury of head, initial encounter

## Disposition
**Post ED Plan**
**Post ED Plan for patient:**  patient discharged from ED
**Condition:**  Good

**Discharge Disposition**
**Post ED Plan for patient:**  other (discharged to police custody)

## ED Discharge
**Post ED Plan**
**Discharge Disposition:**  other (sugars police custody)
**Condition:**  Good

**Discharged from ED**
**Diagnoses:**
>**Primary Impression:**
>Forehead abrasion
>**Encounter type:**  initial encounter  **Qualified Code:**  S00.81XA - Abrasion of other part of head, initial encounter
>**Additional Impression:**
>Closed head injury
>**Encounter type:**  initial encounter  **Qualified Code:**  S09.90XA - Unspecified injury of head, initial encounter

**Counseled patient/family:**  regarding diagnosis, regarding tx plan, on discharge plan

**Follow Up/Referral**
**Clinic patient referred to:**  Primary Medical Doctor
**Patient Instructions:**  Concussion (ED)
**Follow Up Instructions:**
You seen today for concussion.
Please follow-up with your primary care provider. If you do not have a

MR# ▉▉▉▉▉▉        Account # ▉▉▉▉▉▉        Report# 0101-0456
---------------------------------------------------------------------------
primary care provider please see one of the phone numbers listed above and
call to establish primary care. If your symptoms worsen, and you are
unable to see a primary care physician, return to the Emergency Department

## Return to ED
### Return to ED if (symptoms):
Turn to the emergency department experience persistent headaches, visual
changes, numbness or weakness in her arms or legs, the ambulating, or
change in urinary or bowel habits


   **DRAGON DISCLAIMER:** Dragon voice-recognition software may have been used to prepare this typewritten note.
Although each note is personally scanned for syntactic or grammatical errors, unintended but conspicuous translational
errors can occur. Please contact ECMC if there are any questions about the contents of this note.


REED,ESSIE M MD, (RES)                              Jan 1, 2017 11:58

Attn Physician:

<Electronically signed by ESSIE M REED MD, (RES)>, 01/01/17 1514
**<Electronically signed by ANTHONY J BILLITTIER IV, MD>, 01/08/17 1522**

,

<Electronically signed by ANTHONY J BILLITTIER IV, MD>
01/08/17 1522

PC Physician: NO PRIMARY CARE PROVIDER
Ref Physician:
Copies To:
~

ERIE COUNTY MEDICAL CENTER
HEALTHCARE NETWORK

462 Grider Street                                                    Buffalo, New York 14215

## DEPARTMENT OF IMAGING SERVICES

**PT NAME:** KISTNER,JAMES                    **Pt Type:** DEP ER    **Pt Location:** ER
**MRN:** ▮▮▮▮▮▮                              **Attending:**
**DOB:** ▮▮▮▮▮ 60      Sex: M                **Referring:** REED, ESSIE M MD, (RES)
**Service Date:** 01/01/17 **Time:** 1158    **Primary Care:** NO PRIMARY CARE PROVIDER
**Requisition No:** 17-0000154               **Account Number:** ▮▮▮▮▮▮▮
**Procedures:**                              **REPORT NO:** 0101-0131
0101-0082 CT/CT Head   Wo IV

TITLE: CT  HEAD

INDICATION: Injury to head. Patient had altercation with police.

TECHNIQUE: Contiguous axial CT images from the skullbase to vertex were obtained without contrast.
Up-to-date CT equipment, automated exposure control, and iterative reconstruction techniques were
employed for radiation dose reduction. CTDIvol: 49.2 mGy. DLP: 938 mGy-cm.

COMPARISON: 6, 10, 2009.

FINDINGS:

No abnormal area of attenuation is seen from acute infarction, hemorrhage, or mass. The midline
structures are not shifted and there are no extra-axial collections. The ventricular system is not dilated in
an obstructed configuration. Skull base and calvarium are unremarkable.  Included paranasal sinuses and
mastoid air cells are clear.

IMPRESSION:  No acute infarction,hemorrhage or mass . No significant injury to brain.

      Films reviewed and dictated by:      GREGORY P PHILLIES MD 01/01/17 1326
      Signed by:                           <Electronically signed by GREGORY P PHILLIES MD in OV>
      Sign date / time:                    01/01/17 1329

01/01/17 1326 XXX

Copies To: NO PRIMARY CARE PROVIDER;
    Printed:

## ADDENDUM

In accordance with ECMC's quality improvement initiative, this head CT study was secondarily reviewed
and I Concur with the above interpretation.

PT NAME: KISTNER,JAMES      MEDICAL RECORD NUMBER ▮
DEPARTMENT OF IMAGING SERVICES   REPORT NO: 0101-0131

_____

   Addendum dictated by:    MICHAEL F TABONE, DO 01/03/17 1724
   Addendum signed by:    <Electronically signed by MICHAEL F TABONE DO in OV>
   Addendum sign date / time:  01/03/17 1726
Addendum Number: 1    Released on: 01/03/17 1726



KISTNER, JAMES

ID:

**01-JAN-2017 13:34:42   ERIE COUNTY MEDICAL CENTER-ED   ROUTINE RETRIEVAL**

03-APR-1960 (56 yr)
Male        Caucasian
190lb

Room:
Loc:17

| Vent. rate | 70 | BPM |
| PR interval | 180 | ms |
| QRS duration | 92 | ms |
| QT/QTc | 364/393 | ms |
| P-R-T axes | 71  48 | 47 |

Technician: JMC
Test ind.:Chest pain/angina

Sinus rhythm with marked sinus arrhythmia
Otherwise normal ECG
When compared with ECG of 29-MAY-2009 08:35,
No significant change was found
Confirmed by ORLICK MD, ARTHUR (21) on 1/1/2017 4:50:51 PM

Confirmed By:  ARTHUR ORLICK MD

EID:21 EDT: 16:50 01-JAN-2017 ORDER: E01010024 ACCOUNT:

25mm/s     10mm/mV     40Hz     9.0.4     12SL 239     CID: 24

MR# [redacted]        Account # [redacted]        Report# 0101-0583

------------------------------------------------------------------------

## ERIE COUNTY MEDICAL CENTER CORPORATION
### ED-Attending Supervising Note
462 Grider St.,Buffalo, NY 14215
(716) 898-3000

Patient's Name KISTNER,JAMES
Report# 0101-0583
Date of Birth: [redacted]60
Attending Physician:
Dictating Provider: BILLITTIER,ANTHONY J IV, MD
Primary Provider: NO PRIMARY CARE PROVIDER

MR#: [redacted]/Account #: [redacted]
Age/Sex: 56/M
Admission Date/Time:
Admitting Service:
Dictating Date/Time: 01/01/17 1445

------------------------------------------------------------------------

## ED-Attending Supervising Note
Attestation
1/1/17 14:33

I personally interviewed and examined the patient and discussed the patient's care with the resident/physician extender. I reviewed the resident's/physician extender's note and agree with their findings and plan.

**Attending Note**

Patient was seen at 1337 hrs.  Patient is a 56-year-old white male with a past medical history significant for a tumor removed from his lumbar spine, renal failure, sarcoidosis of his lungs with a medic pneumothorax from a bronchoscopy, kidney stone, lumbago, lipoma, post laminectomy syndrome, bursitis, osteoarthritis and alcohol abuse who presented with Buffalo police after he hit his head on the ground.  Patient states he owns rental properties in his neighborhood.  He states he and his son put an eviction notice on one of them earlier today.  They subsequently noticed police near the house.  He approached the police to inquire why they were called.  He states that the first lease officer said he does not have time to talk to the patient and drove away.  He then approached the second police car and stated he thinks he slipped on ice and hit his head on the ground.  He describes falling forward.  He claims he reamers hitting the ground, but does suggest he had an amnestic period although he remembers calling for his son.  He complains of a headache now.  Police report that the patient walked up to their car and purposefully threw himself onto the ground.  They state that the patient had no loss of consciousness and was awake and alert throughout the event.  Further, they state that the patient appeared to be feigning unresponsiveness in the back of the patrol car, but they noticed that his eyelids were blinking.  Patient complains of pain over the back of his head.  He states he also has tingling of both hands and especially thumbs probably from the handcuffs.  He states that he had nausea and takes he vomited a little in the patrol car, but states his nausea is improving.  Patient otherwise denies any visual changes, dental problems, focal weakness, chest pain, shortness of breath, abdominal pain, change in his chronic low back pain, extremity pain or neck pain.  Patient admits to feeling depressed, but denies any suicidal or homicidal ideations.  He is unsure of the date of his last tetanus shot.  He lives with his sons.  He is not employed externally.  He does have a primary care provider.  Patient states he has seen a psychiatrist in the past, but not been under treatment for a long time.  Patient states he allergic to codeine.  He admits to being a smoker.  He states he has had no alcohol to drink since 1999.  He denies drug use.

Patient is a white male who appears slightly bizarre at times.  However, he is otherwise alert, oriented and oriented ×3.  Head is normocephalic.  There is a slight abrasion over the mid forehead.  There is mild tenderness.  There is also mild bilateral jaw tenderness.  Dentition are intact.  Trachea is mid line.  Pupils are equal, round and reactive to light.  Extraocular muscles are intact.  TMs are without evidence of hemotympanum.  Chest is nontender.  Breath sounds are equal.  Lungs are clear.  Back is mildly diffusely tender over the thoracic vertebrate.  There is also tenderness over the lumbar vertebrae, but the patient states that is chronic.  There are erythematous rings around both wrists.  She has full sensation in all extremities.  He has 5 over 5 strength in all extremities.  Pulses are intact in all extremities.  Cranial nerves II-12 are intact.

CBC is unremarkable.  BMP is significant only for glucose 180.  Serum tox is negative.  CT of the patient's brain was interpreted by the radiologist to show no significant injury.  EKG shows normal sinus rhythm with sinus arrhythmia with QTC 393 ms and no acute changes by my interpretation.  Patient declines pain medications.  We will administer a tetanus shot and ambulate the patient.  If he ambulates well, he will be safe for discharge with police.  We'll continue serial evaluations.

**Personally performed:** supervision of care, PMH, physical exam, MDM

MR# ▮▮▮▮▮▮▮▮     Account # ▮▮▮▮▮▮▮▮     Report# 0101-0583
-------------------------------------------------------------------------
**Personally reviewed:** CT results, EKG results, lab results
**Case discussed with:** resident

## ED Diagoses
**Diagnoses:**
    **Primary Impression:**
    Closed head injury
    **Encounter type:** initial encounter **Qualified Code:** S09.90XA - Unspecified injury of head, initial encounter
    **Additional Impression:**
    Forehead abrasion
    **Encounter type:** initial encounter **Qualified Code:** S00.81XA - Abrasion of other part of head, initial encounter

  **DRAGON DISCLAIMER:** Dragon voice-recognition software may have been used to prepare this typewritten note. Although each note is personally scanned for syntactic or grammatical errors, unintended but conspicuous translational errors can occur. Please contact ECMC if there are any questions about the contents of this note.

BILLITTIER,ANTHONY J IV, MD                     Jan 1, 2017 14:45

Attn Physician:

&lt;Electronically signed by ANTHONY J BILLITTIER IV, MD&gt;, 01/08/17 1522

,

,

PC Physician: NO PRIMARY CARE PROVIDER
Ref Physician:
Copies To:
~

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 1
USER: EDM MNR                   ER Summary/Departure Report
```

**Name:** KISTNER, JAMES         **Date of Birth:** ▮▮▮ 60
**Med Rec #:** ▮▮▮▮▮            **Age:** 56 M
**Visit #:** ▮▮▮▮▮             **Insurance:** SP
**Arrival:** 01/01/17 1135       **Physician:** BILLITTIER, ANTHONY J IV, MD

**Status Event History:**
```
    01/01/17  1135 Received
              1142 Triaged
              1153 In Room
              1207 CT is ready to accept patient
              1309 In Room
```

### Vital Signs (Most Recent)

| Date | 01/01/17 | 01/01/17 | | | | | |
|------|----------|----------|--|--|--|--|--|
| Time | 1142 | 1424 | | | | | |
| Temp | 98.6 | 97.9 | | | | | |
| BP | 153/78 | 156/78 | | | | | |
| Pulse/HR | 113 | 73 | | | | | |
| Cardiac Rhythm | | | | | | | |
| Resp Rate | 18 | 16 | | | | | |
| SpO2 | 95 | 97 | | | | | |
| Oxygen | | | | | | | |

### ER Initial RN Assessment

## 01/01/17 1159   ER Initial Assessment

ALEXANDRIA K POWLEY RN

### Nursing Note:

**Summary of Assessment Findings**

56 y/o male to ED in custody of BPD after throwing himself backward onto police
vehicle while it was stopped then throwing himself onto ground. has c/o 7/10
pain in posterior head and left elbow. abrasion noted to center of anterior
forehead, skin intact. full ROM noted to left elbow, no edema or  injury noted.
pt is uncooperative, screaming in room, calling police officers "fascists". did
cooperate momentarily with writer and provider to give a partial recount of what
happened. when dr left room pt began screaming again and refusing treatment
stating "i just want to go to jail now. i don't want to be here anymore". also
refused to sign registration paperwork and consent to treat. provider notified.
BPD at bedside, have all pt's belongings in their custody. awaiting further
orders.

### Triage Process
Patient directly bedded (y/n):                    N

### Pain
Pain Location:                           posterior head
Pain Severity:                           8

### Patient Weight
Weight (pounds)                          200
Weight (Calculated Grams)                90718.474
Weight (Calculated Kilograms)            90.718

### Respiratory System Assessment
Respiratory Assessment:                  Clear bilaterally

### Cardiovascular System Assessment
Cardiovascular Assessment:               Hypertensive
                                         Tachycardia

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**          PAGE 2
USER: EDM MNR                ER Summary/Departure Report
```

**Name:** KISTNER, JAMES               **Date of Birth:** ████60
**Med Rec #:** ████                    **Age:** 56 M
**Visit #:** ████                      **Insurance:** SP
**Arrival:** 01/01/17 1135             **Physician:** BILLITTIER, ANTHONY J IV, MD

## Endocrine System Assessment
| | |
|---|---|
| Endocrine Assessment: | None Reported |

## Neurological System Assessment
| | |
|---|---|
| Neurological Assessment: | Head Injury |
| Dysphagia Screen: | Pass |
| Patient Orientation: | Person |
| | Place |
| | Time |
| Glasgow Coma Scale Eye Opening | Spontaneous |
| Glasgow Coma Scale Motor | Obeys Commands |
| Glasgow Coma Scale Verbal | Oriented |
| Glasgow Coma Scale Total | 15 |
| Pupil Equality | Equal |
| Right Pupil Size | 3 |
| Right Pupil Reaction | Brisk |
| Left Pupil Size | 3 |
| Left Pupil Reaction | Brisk |

## Behavior Assessment
| | |
|---|---|
| Behavior Assessment: | Anxious |
| | Agitated/Combative |
| | Other - see comment below |
| Lethality Risk: | No |

## Sensory System Assessment
| | |
|---|---|
| Vision Assessment: | None Reported |
| Hearing Assessment: | None Reported |
| English Speaking: | Y |

## Oral/Nasal System Assessment
| | |
|---|---|
| Oral Assessment: | None Reported |
| Nasal Assessment: | None Reported |

## Gastrointestinal System Assessment
| | |
|---|---|
| Gastrointestinal Assessment: | Nausea |

## Genitourinary System Assessment
| | |
|---|---|
| Genitourinary Assessment: | None Reported |
| Reproductive Assessment: | None Reported |

## Musculoskeletal System Assessment
| | |
|---|---|
| Musculoskeletal Assessment: | Pain |
| | Positive CMS |
| Extremity Temp | Warm |
| Extremity Color | Pink |
| Musculoskeletal additional findings: | pain to posterior head and left elbow s/p fal |

## Skin Assessment
| | |
|---|---|
| Skin Assessment: | Abrasion |
| Pressure Ulcer Present: | N |
| Skin Note: | see nurses note |

## Habits

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 3
USER: EDM MNR                ER Summary/Departure Report
```

| | |
|---|---|
| **Name:** KISTNER,JAMES | **Date of Birth:** ▓60 |
| **Med Rec #:** ▓ | **Age:** 56 M |
| **Visit #:** ▓ | **Insurance:** SP |
| **Arrival:** 01/01/17 1135 | **Physician:** BILLITTIER,ANTHONY J IV, MD |

```
Nicotine Use                              Y
Smoking Status:                           Current every day smoker
Alcohol Use                               N
Substances Used                           N
```

## History of Physical/Sexual Abuse/Neglect
```
Physical Abuse                            Denied
Sexual Abuse                              Denied
Domestic Violence                         Denied
Emotional Abuse/Neglect                   Denied
Advocate Called:                          N
```

## Immunizations
```
Immunizations up-to-date:                 Unknown
```

## Fall Risk Factors
```
Confusion/Disorientation/Impulsivity      Yes
SCORE (Fall Risk 1)                       0
Symptomatic Depression                    No
Score Fall Risk 2                         0
Altered Elimination                       No
Score Fall Risk 3                         0
Dizziness/Vertigo                         No
Score Fall Risk 4                         0
Gender (Male)                             Yes
Score FallRisk 5                          0
Administered Anticonvulsants              No
Score Fall Risk 6                         0
Administered Benzodiazepines              No
Score Fall Risk 7                         0
Get up and Go Test                        Able to rise-Single Move
Calculated Fall Risk                      5
Clinical Fall Risk                        YES
Fall Risk                                 Falling Star Program
```

## Family Notification
```
Family Notification                       Unable
Family note:                              pt in custody
```

## Patient Safety
```
Safety Measures:                          Patient ID band on
                                          Call light within reach
                                          Side rails raised
                                          Stretcher in low position
```

## HIV Screen
```
Was HIV test offered:                     Y
Date HIV test was offered:                20170101
Reason HIV test not offered:              Patient Refused
Verbal consent obtained:                  N
```

ER Sepsis Screening

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 4
USER: EDM MNR                    ER Summary/Departure Report
```

**Name:** *KISTNER,JAMES*                    **Date of Birth:** ▨▨▨▨▨▨50
**Med Rec #:** ▨▨▨▨▨▨                        **Age:** *56 M*
**Visit #:** ▨▨▨▨                            **Insurance:** *SP*
**Arrival:** *01/01/17 1135*                 **Physician:** *BILLITTIER,ANTHONY J IV, MD*

---

*01/01/17  1159      ER Sepsis Screen*                        *ALEXANDRIA K POWLEY, RN*
**RN Screening:**
**Temperature > 38.5 C (101.3 F) or < 36 C (96.8 F):** N
**Tachycardia > 90bpm:** Y
**Tachypnea > 20bpm:** N
**Sepsis Screening Result:**
**Result:** Negative
**Positive for Sepsis:** --

---

**RN Re-Assessment**

*01/01/17  1330      ER RN Re-Assessment*                     *ALEXANDRIA K POWLEY, RN*
**Re-assessment:**
**Nurse Re-assessment** pt refusing cardiac monitoring. provider aware.

*01/01/17  1420      ER RN Re-Assessment*                     *ALEXANDRIA K POWLEY, RN*
**Pain:**
**Pain Location:** refusing
**Pain Severity:** 0
**Re-assessment:**
**Nurse Re-assessment** pt lying in bed, BPD at bedside. a&o x3, calm but not cooperative at
                        this time. VSS, easy work of breathing. refusing to tell writer if he
                        is in pain or needs anything. no acute discomfort or distress noted.
                        MAE. ambulates in room with steady gait independently. continues to
                        call writer derogatory names. also continues to refuse cardiac
                        monitoring. IVF running. provider notified of pt's refusals and status.
                        awaiting further orders at this time.

---

**Triage Assessment**

*01/01/17  1142     Triage Screening*                        *ADRIANNE A MATTINA, RN*
**Temperature:**
**Temperature (Fahrenheit)** 98.6
**Heart Rate and Respiratory Rate:**
**Heart Rate** 113
**Respiratory Rate** 18
**Blood Pressure:**
**Blood Pressure Systolic** 153
**Blood Pressure Diastolic** 78
**SAO2:**
**SAO2** 95
**History:**
**Medical Conditions:** SARCOIDOSIS, TUMOR REMOVAL CHEST WALL X3 (LAST 6/9/09)
**PATIENT HOME MEDS** DENIES
**Pain:**
**Pain Location:** FACIAL
**Pain Severity:** 5
**Patient Arrival:**
**Mode of Arrival** Police
**Travel:**
**Travel in last 3 weeks?** N
**General:**
**Transfer In?** N
**HOSPICE?** N
**HCP/DNR:**

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 5
USER: EDM MNR                ER Summary/Departure Report
```

**Name:** KISTNER,JAMES          **Date of Birth:** ▓▓▓▓50
**Med Rec #:** ▓▓▓▓▓            **Age:** 56 M
**Visit #:** ▓▓▓▓▓             **Insurance:** SP
**Arrival:** 01/01/17 1135      **Physician:** BILLITTIER,ANTHONY J IV, MD

**Do Not Resuscitate Order?** N
**MOLST Form With Patient ?** N
**Health care proxy?** N
**Limitation of Treatment ?** N
**Triage Nurse Assessment (4 Lines Max):**
**Triage Assessment** WITH POLICE AFTER THROWING HIMSELF INTO A POLICE CAR AND THEN ONTO THE
                      GROUND C/O HEAD AND FACE PAIN. WILL NOT ANSWER QUESTIONS
**Immediate Evaluation:**
**Pt. sent for immediate MD evaluation:** N
**Behavioral Health Evaluation:**
**Patient sent directly to CPEP:** N
**Chief Complaint/Priority:**
**Current Chief Complaint** Facial Pain
**EDM Priority** 3 - Urgent

### Hydration, Blood (Most Recent)

#### ER Saline Lock/Hydration

| Date | 01/01/17 | | | | | |
|------|----------|--|--|--|--|--|
| Time | 1332 | | | | | |

**IV Intake**

| | | | | | | |
|--|--|--|--|--|--|--|
| Placed PTA: | | | | | | |
| Time line was placed: | 1332 | | | | | |
| *Location Modifier: | Left | | | | | |
| *IV Site: | Antecubit | | | | | |
| *Catheter Type | Periphera | | | | | |
| Catheter Size: | 20 | | | | | |
| Time IV fluid was hung: | 1332 | | | | | |
| IV Number | 1 | | | | | |
| *Type of **HYDRATION** fluid: | 0.9% NS | | | | | |
| IV Rate: | 999 | | | | | |
| Stop Time (IV) | | | | | | |
| *IV Hydration Amount Infused: | | | | | | |
| IV Fluids Continued: | | | | | | |

**EMS Fluid**

| | | | | | | |
|--|--|--|--|--|--|--|
| EMS IV Fluid Volume PTA: | | | | | | |

### Allergies

| Allergy/Adverse Reaction | Type | Severity | Date |
|--------------------------|------|----------|------|
| codeine | Allergy | Unknown | 01/01/17 |

### Medications

| Ordered | Medication | Provider |
|---------|-----------|----------|
| 01/01/17 1206 | Sodium Chloride 0.9% 1000 ML 0 MLS/HR 0 SEC BAG IV/.Q0M/ONE Bolus | REEDESS |
| 01/01/17 1445 | Tetanus/Diphth/Pertuss (Tdap) 0.5 ML INJECTION IM/ONCE/ONE *** SHAKE WELL *** VACCINES ARE GOOD FOR 24 HOURS AT ROOM TEMPERATURE. DO NOT USE AFTER: | BILAN |

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 6
USER: EDM MNR                ER Summary/Departure Report
```

Name: *KISTNER,JAMES*                    Date of Birth: ▮▮▮▮60
Med Rec #: ▮▮▮▮▮▮                         Age: *56 M*
Visit #: ▮▮▮▮▮                            Insurance: *SP*
Arrival: *01/01/17 1135*                  Physician: *BILLITTIER,ANTHONY J IV, MD*

Medication
     Sch Date-Time   Ordered Dose   Admin Dose
     Doc Date-Time   Given - Reason              Site         User
Sodium Chloride 0.9% 1,000 ML (Normal Saline 1,000 ML) IV/.QOM/ONE
     01/01/17-1156                    999 MLS/HR
     01/01/17-1334   Y                             ALEXANDRIA K POWLEY

     Acknowledgements
     Ack Date-Time                                User
     01/01/17-1330                                ALEXANDRIA K POWLEY

Tetanus/Diphtheria/Pertussis 0.5 ML Inj (Tdap Adult) (Boostrix Inj) IM/ONCE/ONE
     01/01/17-1445   0.5 ML           0 ML
     01/01/17-1525   N     Medication Ref         JAMIE L WOOD

     Acknowledgements
     Ack Date-Time                                User
     01/01/17-1519                                JAMIE L WOOD

─────────────────────── Thera. Infusions (Most Recent) ───────────────────────

─────────────────────────────── I&O (Full History) ───────────────────────────

*01/01/17  1332     ER Saline Lock/Hydration*                 **ALEXANDRIA K POWLEY, RN**
  IV Intake:
  Time line was placed: 1332
  Location Modifier: Left
  IV Site: Antecubital
  Catheter Type Peripheral IV
  Catheter Size: 20
  Time IV fluid was hung: 1332
  IV Number 1
  Type of **HYDRATION** fluid: 0.9% NS
  IV Rate: 999

─────────────────────────────── Vitals (Full History) ────────────────────────

*01/01/17  1424     ER Vital Signs*                            **SEAN M HALL**
  Temperature:
  Temperature (Fahrenheit) 97.9
  Temperature Source: Oral
  Heart Rate and Respiratory Rate:
  Heart Rate 73
  Respiratory Rate 16
  Blood Pressure:
  Blood Pressure Position Lying
  Blood Pressure Systolic 156
  Blood Pressure Diastolic 78
  SAO2:
  SAO2 97
  O2 Type: Room Air
  Refused:
  Refused Vital Signs N

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**          PAGE 7
USER: EDM MNR                    ER Summary/Departure Report
```

**Name:** KISTNER,JAMES                    **Date of Birth:** ████ 50
**Med Rec #:** ███████████                **Age:** 56 M
**Visit #:** ███                          **Insurance:** SP
**Arrival:** 01/01/17 1135                **Physician:** BILLITTIER,ANTHONY J IV, MD

## Lab Results

==== GENERAL ====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| NA | 1/1/17 | 1330 | 143 | (133-145) | mmol/L |
| K | 1/1/17 | 1330 | 4.2 | (3.3-5.1) | mmol/L |
| CL | 1/1/17 | 1330 | 106 | (96-108) | mmol/L |
| CO2 | 1/1/17 | 1330 | 24 | (19-30) | mmol/L |
| GAP | 1/1/17 | 1330 | 13 | (7-18) | mmol/L |
| GLUC | 1/1/17 | 1330 | 180 H | (74-99) | mg/dL |
| CREAT | 1/1/17 | 1330 | 1.1 | (0.7-1.2) | mg/dL |
| eGFR | 1/1/17 | 1330 | 69.2(A) | | mL/min |

(A)   For full interpretive data see eGFR African American
      interpretive comment.

| eGFR African Am | 1/1/17 | 1330 | 83.9(B) | | mL/min |

(B)   INTERPRETIVE DATA FOR eGFR

The eGFR is estimated using the abbreviated MDRD Study
equation based on creatinine (IDMS calibrated), age, gender
and ethnicity. The eGFR for both Non-African American and
African American ethnicities are provided. Interpretation
applies to adults only. Estimates of GFR assume serum
creatinine is stable.
        >90   Normal
        60-90   Possible Chronic Kidney Disease (CKD)
        30-59   Stage 3 CKD
        15-29   Stage 4 CKD
        <15   Kidney failure
eGFR 60-90: Possible Chronic Kidney Disease (CKD).
Currently, the presence  of CKD can only be established on
the basis of the GFR alone when GFR is lower than 60mL/min.
For GFR >60mL/min there must be independent evidence of a
kidney problem, as defined by abnormalities of blood and
urine testing (hematuria, proteinuria) or abnormalities on
kidney imaging. An eGFR of 60-90mL/min can be seen as part
of the "normal" aging process.
Reference: Nat'l Kidney Foundation.K/DOQI.Am J.Kid Dis
39;S1-S200,2002.

| BUN | 1/1/17 | 1330 | 19 | (6-20) | mg/dL |
| CA | 1/1/17 | 1330 | 9.8 | (8.4-10.2) | mg/dL |

==== THERAPEUTIC DRUG MONITORING ====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|

```
DATE: 01/01/17 @ 1526          Erie County Med Center EDM **LIVE**                    PAGE 8
USER: EDM MNR                     ER Summary/Departure Report
```

**Name:** KISTNER,JAMES                    **Date of Birth:** ███████ 60
**Med Rec #:** ██████                        **Age:** 56 M
**Visit #:** ██████                          **Insurance:** SP
**Arrival:** 01/01/17 1135                   **Physician:** BILLITTIER,ANTHONY J IV, MD

==== THERAPEUTIC DRUG MONITORING (continued) ====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| ETHANOL | 1/1/17 | 1330 | < 10.0 (C) | (<10.0) | mg/dL |

    (C)   RED top tube received and assayed for Ethanol.
        See also (D)

| SALICYLATE | 1/1/17 | 1330 | < 2.6 | (<30) | mg/dL |
| ACETAMIN | 1/1/17 | 1330 | < 15.0   L. | (15-30) | mcg/mL |

==== TOXICOLOGY SCREEN BLOOD ====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| BARBS |  01/01/17 | 1330 | < 0.03 (D) | | mcg/mL |

    (D)   INTERPRETIVE DATA FOR BARBS

        All barbiturate class drug results are preliminary.
        The concentrations are an estimate due to the different
        reactivity of the various barbiturates and/or their
        metabolites with the secobarbital polyclonal antibody.

| BENZOS |  01/01/17 | 1330 | < 3.0 (E) | | ng/mL |

    (E)   INTERPRETIVE DATA FOR BENZOS

        Benzodiazepine class drug results are preliminary.
        Concentrations are an estimate due to different reactivity
        of various benzodiazepines and/or their metabolites with the
        nordiazepam polyclonal antibody.

==== TOXICOLOGY SCREEN URINE ====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|

```
DATE: 01/01/17 @ 1526          Erie County Med Center EDM **LIVE**                    PAGE 9
USER: EDM MNR                     ER Summary/Departure Report
```

**Name:** KISTNER,JAMES                    **Date of Birth:** ████60
**Med Rec #:** ████████                    **Age:** 56 M
**Visit #:** ████                          **Insurance:** SP
**Arrival:** 01/01/17 1135                 **Physician:** BILLITTIER,ANTHONY J IV, MD

```
==== TOXICOLOGY SCREEN URINE (continued) ====

Test                  Date      Time            Result      Reference     Units

UR AMPHET             01/01/17 1450            NEGATIVE(F)   (NEGATIVE)
UR BARBS              01/01/17 1450            NEGATIVE(F)   (NEGATIVE)

        (F)   INTERPRETIVE DATA FOR BARBSU
              Cutoff:  200 ng/mL

              A positive result is preliminary and indicates the presence
              of a single barbiturate in concentrations greater than the
              cutoff or combined reactivity of several barbiturates.


UR BENZOS             01/01/17 1450            NEGATIVE(G)   (NEGATIVE)

        (G)   INTERPRETIVE DATA FOR BENZOSU

              Cutoff:  100 ng/mL

              A positive result is preliminary and indicates the presence
              of a single benzodiazepine in concentrations greater than
              the cutoff or combined reactivity of several
              benzodiazepines.


UR CANNABS            01/01/17 1450            POSITIVE(H) *  (NEGATIVE)

        (H)   INTERPRETIVE DATA FOR CANNABS

              Cutoff:  50 ng/mL

              A positive result is preliminary and indicates the presence
              of a single cannabinoid in concentrations greater than the
              cutoff or the combined reactivity of parent drug and/or
              metabolites.

UR COCAINE            01/01/17 1450            NEGATIVE(I)   (NEGATIVE)

        (I)   INTERPRETIVE DATA FOR COCAINE
              Cutoff:  300 ng/mL

              A positive result is preliminary and indicates the presence
              of benzoylecgonine in concentrations greater than the cutoff
              or the combined reactivity of parent drug and/or metabolite.
```

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 10
USER: EDM MNR                ER Summary/Departure Report
```

```
Name: KISTNER,JAMES          Date of Birth:        60
Med Rec #:                   Age: 56 M
Visit #:                     Insurance: SP
Arrival: 01/01/17 1135       Physician: SILLITTIER,ANTHONY J IV, MD
```

===== TOXICOLOGY SCREEN URINE (continued) =====

| Test | Date | Time | Result | Reference | Units |
|------|------|------|--------|-----------|-------|
| UR METHADONE | 01/01/17 | 1450 | NEGATIVE (J) | (NEGATIVE) | |
| OPIATES | 01/01/17 | 1450 | NEGATIVE (J) | (NEGATIVE) | |

     (J)  INTERPRETIVE DATA FOR OPIATES
           Cutoff:  300 ng/mL

           A positive result is preliminary and indicates the presence
           of Opiates in concentrations greater than the cutoff or the
           combined reactivity of drug and/or metabolites.

| PCP | 01/01/17 | 1450 | NEGATIVE (K) | (NEGATIVE) | |

     (K)  INTERPRETIVE DATA FOR PCP
           Cutoff:  25 ng/mL

           A positive result is preliminary and indicates the presence
           of phencyclidine in concentrations greater than the cutoff
           or the combined reactivity of parent drug and/or
           metabolites.

| PROPOX | 01/01/17 | 1450 | NEGATIVE (L) | (NEGATIVE) | |

     (L)  INTERPRETIVE DATA FOR PROPOX
           Cutoff:  300 ng/mL

           A positive result is preliminary and indicates the presence
           of propoxyphene in concentrations greater than the cutoff or
           combined reactivity of parent drug and/or metabolites.

| UR OXYCODONE | 01/01/17 | 1450 | NEGATIVE (M) | (NEGATIVE) | |

     (M)  INTERPRETIVE DATA FOR OXYCODONE
           Cutoff:  100 ng/mL

           A positive result is preliminary and indicates the presence
           of oxycodone in concentrations greater than the cutoff or
           the combined reactivity of parent drug and/or metabolites.

===== CBC =====

| Test | Date | Time | Result | | Reference | Units |
|------|------|------|--------|---|-----------|-------|
| WBC | 1/1/17 | 1330 | 7.6 | | (4.8-10.8) | x10e9/L |
| RBC | 1/1/17 | 1330 | 4.52 | L | (4.70-6.10) | x10e12/L |
| HGB | 1/1/17 | 1330 | 14.1 | | (14.0-18.0) | g/dL |
| HCT | 1/1/17 | 1330 | 42.1 | | (42.0-52.0) | % |
| MCV | 1/1/17 | 1330 | 93.1 | | (80.0-99.0) | fL |
| MCH | 1/1/17 | 1330 | 31.2 | H | (27.0-31.0) | pg |
| MCHC | 1/1/17 | 1330 | 33.5 | | (33.0-37.0) | g/dL |

```
Name: KISTNER,JAMES              Date of Birth:          60
Med Rec #:                      Age: 56 M
Visit #:                        Insurance: SP
Arrival: 01/01/17 1135          Physician: BILLITTIER,ANTHONY J IV, MD
```

==== CBC (continued) ====

| Test   | Date   | Time | Result |   | Reference    | Units   |
|--------|--------|------|--------|---|--------------|---------|
| RDW CV | 1/1/17 | 1330 | 12.4   |   | (11.5-14.5)  | %       |
| RDW SD | 1/1/17 | 1330 | 42.2   |   | (35.1-46.3)  | fL      |
| PL CT  | 1/1/17 | 1330 | 264    |   | (130-400)    | x10e9/L |
| MPV    | 1/1/17 | 1330 | 11.7   | H | (7.4-10.4)   | fL      |

==== DIFFERENTIAL, AUTOMATED ====

| Test         | Date   | Time | Result |   | Reference    | Units    |
|--------------|--------|------|--------|---|--------------|----------|
| BASO%        | 1/1/17 | 1330 | 0.3    |   | (0.0-2.0)    | %        |
| EOS%         | 1/1/17 | 1330 | 0.9    |   | (0.5-11.0)   | %        |
| NEUT%        | 1/1/17 | 1330 | 76.8   | H | (40.0-75.2)  | %        |
| LYMPH%       | 1/1/17 | 1330 | 13.9   | L | (16.0-51.0)  | %        |
| MONO%        | 1/1/17 | 1330 | 7.3    |   | (1.7-12.0)   | %        |
| NRBC%        | 1/1/17 | 1330 | 0.0    |   | (0-0)        | /100 WBC |
| BASO#        | 1/1/17 | 1330 | 0.0    |   | (<0.2)       | x10e9/L  |
| EOS#         | 1/1/17 | 1330 | 0.1    |   | (<0.7)       | x10e9/L  |
| NEUT# (AUTO) | 1/1/17 | 1330 | 5.9    |   | (1.4-7.0)    | x10e9/L  |
| LYMPH#       | 1/1/17 | 1330 | 1.1    |   | (1.0-4.0)    | x10e9/L  |
| MONO#        | 1/1/17 | 1330 | 0.6    |   | (0.1-1.0)    | x10e9/L  |
| NRBC# ABS    | 1/1/17 | 1330 | 0.0    |   | (0-0)        | x10e9/L  |

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**        PAGE 12
USER: EDM MNR                ER Summary/Departure Report
```

**Name:** KISTNER,JAMES                    **Date of Birth:** ███████60
**Med Rec #:** █████                       **Age:** 56 M
**Visit #:** █████                         **Insurance:** SP
**Arrival:** 01/01/17 1135                 **Physician:** BILLITTIER,ANTHONY J IV, MD

### Specimen Result Verified Dates and Times.

| Specimen | Test/Procedure | Collected | Verified | Hours |
|---|---|---|---|---|
| 0101:C00233S | NA | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | K | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | CL | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | CO2 | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | ANION GAP | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | GLUC | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | CREAT | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | GFR | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | eGFR African Am | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | BUN | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:C00233S | CA | 01/01/17 1330 | 01/01/17 1412 | 0.7 |
| 0101:CT00025S | ETHANOL | 01/01/17 1330 | 01/01/17 1439 | 1.1 |
| 0101:CT00025S | SALICYLATE | 01/01/17 1330 | 01/01/17 1439 | 1.1 |
| 0101:CT00025S | ACETAMIN | 01/01/17 1330 | 01/01/17 1439 | 1.1 |
| 0101:CT00025S | BARBS | 01/01/17 1330 | 01/01/17 1439 | 1.1 |
| 0101:CT00025S | BENZOS | 01/01/17 1330 | 01/01/17 1439 | 1.1 |
| 0101:H00195S | WBC | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | RBC | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | HGB | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | HCT | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MCV | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MCH | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MCHC | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | RDW COEFF VAR | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | RDW STD DEV | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | PL CT | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MPV | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | BASO% (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | EOS% (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | NEUT% (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | LYMPH% (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MONO% (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | NRBC | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | BASO# (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | EOS# (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | NEUT# (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | LYMPH# (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | MONO# (AUTO) | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:H00195S | NRBC# ABSOLUTE | 01/01/17 1330 | 01/01/17 1348 | 0.3 |
| 0101:CD00022S | UR AMPHET | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR BARBS | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR BENZOS | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR CANNABS | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR COCAINE | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR METHADONE | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR OPIATES | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR PCP | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR PROPOX | 01/01/17 1450 | 01/01/17 1524 | 0.5 |
| 0101:CD00022S | UR OXYCOD | 01/01/17 1450 | 01/01/17 1524 | 0.5 |

```
DATE: 01/01/17 @ 1526        Erie County Med Center EDM **LIVE**              PAGE 13
USER: EDM MNR                     ER Summary/Departure Report
```

**Name:** *KISTNER,JAMES*                    **Date of Birth:** ████████60
**Med Rec #:** ████████                      **Age:** *56 M*
**Visit #:** ████████                        **Insurance:** *SP*
**Arrival:** *01/01/17 1135*                 **Physician:** *BILLITTIER,ANTHONY J IV, MD*

### Full order list

| Ordered | Procedure Name | Ordering Provider | E-Signed |
|---|---|---|---|
| 01/01/17 1206 | IV - Saline Trap | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | Pulse Ox | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | Telemetry - Cardiac Monitor | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | BMP - Basic Metabolic Panel | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | Tox Screen Serum | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | Tox Screen IO Urine Qual | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | EKG | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | Sodium Chloride 0.9% (Norma... | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | CBC with Auto Diff | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1206 | CT Head  Wo IV | REED,ESSIE M MD, (RES), RE | Yes |
| 01/01/17 1445 | Tetanus/Diphth/Pertuss (Tda... | BILLITTIER,ANTHONY J IV, MD, ACTIVE | Yes |
| 01/01/17 1514 | Discharge Patient | REED,ESSIE M MD, (RES), RE | Yes |

### Departure

**Primary Impression:**
Forehead abrasion
**Secondary Impressions:**
Closed head injury
**Disposition:** ERIE CTY HOLDING CENTER                **Departure Date/Time:** 01/01/17 - 1526
**Comment:**
**Condition:** Good


**Pt Instructions:** Concussion (ED)


**Departure Forms:** ED Discharge Instructions

### Departure Assessments

*01/01/17  1520     ER Discharge Screening*                          *JAMIE L WOOD, RN*
 **Attending MD:**
 Enter ER Attending: BILLITTIER, ANTHONY MD
 **Vital Signs:**
 **Temperature (Fahrenheit)** 97.9
 **Heart Rate** 73
 **Respiratory Rate** 16
 **Blood Pressure Systolic** 156
 **Blood Pressure Diastolic** 78
 **SAO2** 99
 **Pain Severity:** 0
 **Patient Instructions:**
 **Demonstrated understanding of instruction by:** PT REFUSED VITALS AND TES
 **Barrier Instruction (defined)** NONE
 **Discharged Patients ONLY*****************:**
 **IV site removed and free from redness/swelling?** N
 **Comment** NA
 **Clothing appropriate for the weather?** Y
 **Property with patient?** Y
 **Mode of transport at time of discharge** OFFICERS
 **Accompanied by:** OFFICERS X 2


**Erie County Medical Center**
**Corporation**

Patient: KISTNER,JAMES
Account Num: ███████
Med Rec Num: ███████
Location: EMERGENCY ROOM
Physician: BILLITTIER,ANTHONY J...
Date: 01/01/17

## Patient Visit Information

**You were seen today for:**

Forehead abrasion
Closed head injury

### Staff

Your caregivers today were:

| | |
|---|---|
| Physician | BILLITTIER,ANTHONY J IV, MD |
| Practitioner | ESSIE M REED |
| Nurse | AKP |

### Patient Instructions Reviewed

Concussion

received 01/01/17 - 1520

### ED Discharge Instructions

You have received emergency treatment at ECMC. Follow the instructions carefully. **If your condition worsens, or you develop new symptoms, call your follow-up provider for advice.** Call 911 if you are experiencing a medical emergency, otherwise follow up as instructed.

***RETURN TO THE ECMC EMERGENCY DEPARTMENT IF YOU HAVE ANY OF THE FOLLOWING SYMPTOMS:***

Turn to the emergency department experience persistent headaches, visual changes, numbness or weakness in her arms or legs, the ambulating, or change in urinary or bowel habits

### **FOLLOW UP WITH:**

### **DISCHARGE INSTRUCTIONS:**

as having HIV symptoms or infection and information regarding a person's ...



Patient: KISTNER,JAMES
Account Num: ████████████
Med Rec Num: ████████████
Location: EMERGENCY ROOM
Physician: BILLITTIER,ANTHONY J...
Date: 01/01/17

If X-Rays were taken, they were interpreted by an Emergency Physician while you were being treated in the ED.  These tests will be reviewed by appropriate specialists the next day.

**IF YOU HAVE ANY QUESTIONS ABOUT YOUR CULTURE RESULTS CALL 716-961-7723 AFTER 48 HOURS**

Please follow up with your primary care provider for any blood pressure over 120/80 and to review any medication changes during this visit.

**\*\*Please give a copy of this information to your primary care provider\*\***

Crisis Hotline Number 716-834-3131(local) and the National Hotline Number 1-800-273-TALK (8255)



**ERIE COUNTY MEDICAL CENTER CORPORATION**

Patient: KISTNER,JAMES
Account Num: ▮▮▮▮▮▮▮▮
Med Rec Num: ▮▮▮▮▮
Location: EMERGENCY ROOM
Physician: BILLITTIER,ANTHONY J...
Date: 01/01/17

### Concussion

## WHAT YOU SHOULD KNOW:

A concussion is injury to the tissue or blood vessels of the brain. It is also called a closed head injury or mild traumatic brain injury (MTBI). A concussion is usually caused by a bump or blow to the head from a fall, a motor vehicle crash, or a sports injury. Sometimes being forcefully shaken may cause a concussion. A concussion changes how the brain works and should be taken seriously.

## INSTRUCTIONS:

### Medicines:

- **Ibuprofen or acetaminophen:** These medicines decrease pain. They are available without a doctor's order. Ask your primary healthcare provider which medicine is right for you. Ask how much to take and how often to take it. Follow your primary healthcare provider's directions. These medicines can cause stomach bleeding if not taken correctly. Ibuprofen can cause kidney damage. Do not take ibuprofen if you have kidney disease, an ulcer, or allergies to aspirin. Acetaminophen can cause liver damage. Do not drink alcohol if you take acetaminophen.

- **Take your medicine as directed.** Call your primary healthcare provider if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your primary healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

### Self-care:

- **Have someone wake you regularly during the night:** Ask if someone should wake you at night after your concussion. Ask how often to do this. It is not dangerous to sleep, but you may need to be woken to see if you are thinking clearly. This person should ask you questions such as your name or address.



Patient: KISTNER,JAMES
Account Num: ▆▆▆▆▆▆▆▆
Med Rec Num: ▆▆▆▆▆▆▆▆
Location: EMERGENCY ROOM
Physician: BILLITTIER,ANTHONY J...
Date: 01/01/17

- **Ice:** Ice helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack or put crushed ice in a plastic bag. Cover the ice pack with a towel and place it on your head for 15 to 20 minutes every hour for up to 2 days after your injury.

- **Rest:** Rest in bed or do quiet activities for 24 hours after your concussion. You may return to normal activities after your symptoms go away.

- **Activities:** Ask your primary healthcare provider when you can return to work or sports. You should not return to sports until you no longer have symptoms from your concussion.

## Contact your primary healthcare provider if:
- You have nausea or vomiting.

- You feel more sleepy than usual.

- Your symptoms get worse.

- You have arm or leg weakness, numbness, or new problems with coordination.

- You have questions or concerns about your condition or care.

## Return to the emergency department if:
- You have a severe headache.

- You vomit multiple times



Patient: KISTNER,JAMES
Account Num: ▅▅▅▅▅
Med Rec Num: ▅▅▅▅▅▅
Location: EMERGENCY ROOM
Physician: BILLITTIER,ANTHONY J...
Date: 01/01/17

- Someone tries to wake you and cannot do so.

- You have a seizure, increasing confusion, or a change in personality.

- Your speech becomes slurred, or you have new vision problems.

- You have arm or leg weakness, numbness, or new problems with coordination.

- You have blood or clear fluid coming out of the ears or nose.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of the Blausen Databases or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

MR# ▓▓▓▓▓▓        Account # ▓▓▓▓▓▓        Report# 0101-0682
---------------------------------------------------------------------

**ERIE COUNTY MEDICAL CENTER CORPORATION**
**CPEP Medical Screening**
462 Grider St., Buffalo, NY 14215
(716) 898-3000

**Patient's Name** KISTNER, JAMES                    **MR#:** ▓▓▓▓▓ /**Account #:** ▓▓▓▓
**Report#** 0101-0682                                 **Age/Sex:** 56/M
**Date of Birth** ▓▓▓▓60                              **Admission Date/Time:**
**Attending Physician:**                              **Admitting Service:**
**Dictating Provider:** SIMON, MARIE PA-C             **Dictating Date/Time:** 01/01/17 1719
**Primary Provider:** UNKNOWN PRIMARY CARE PROVIDER

———————

## History of Present Illness
**Allergies/Intolerances:**
**Coded Allergies:**
    codeine (Verified Allergy, Unknown, 1/1/17)
**History Source:** patient, old records
**Exam Limitations:** no limitations
**History of Present Illness**
**History of Present Illness**
Patient is a 56 year old white male with a history of ETOH abuse/depression (2009 admission) who presents to CPEP today on 9.41 papers for evaluation. Patient was seen in medical ED a few hours earlier for medical clearance after patient questionably hit his head. Per earlier visit and per police explanation, patient threw himself on the floor in front of police officers as patient went up to them voluntarily to speak with them, (see previous visit note written by supervising attending.) Patient stated he may have slipped on ice. Patient was brought to med ED for workup including CT scan of head and blood work which were unremarkable. During his visit, patient was agitated and uncooperative. Later patient became cooperative and admitted to doing this for attention. He was discharged in the custody of police, but then within a couple hours returned for CPEP evaluation. Patient is requesting to leave AMA but has been explained he is on 9.41 papers and mandatory assessment is necessary. Patient has a medical history of significant for a tumor removed from his lumbar spine, renal failure, sarcoidosis of his lungs with a medic pneumothorax from a bronchoscopy, kidney stone, lumbago, lipoma, post laminectomy syndrome, bursitis, and osteoarthritis. He states he has a headache from his fall earlier, sob, chest pain, abdominal pain, n/v, f/c. His urine toxicology from today is positive for Cannabis.

## Past History
**Past History**
**Handedness:** right
**Psychosocial History:** substance abuse (hx alcohol abuse)
**Family History:** reviewed/not pertinent
**Substance:** Positive marijuana, Positive tobacco

## Review of Systems
**Review of Systems**
Negative unless otherwise stated in HPI

## Physical Examination
**Physical Exam**
**Vital Signs**

**Vital Signs**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|----------|-------------|--------------|------|
| 1/1/17 16:51 | 98.2 | 89 | 18 | 172/99 | | | | |

MR# [REDACTED]          Account # [REDACTED]          Report# 0101-0682
-------------------------------------------------------------------------

**General:** alert, oriented X3
**HEENT:** Atraumatic
**Neck:** no JVD
**Lungs:** Clear to auscultation, Normal air movement
**Cardiovascular:** regular rate & rhythm, pulses are normal
**Musculoskeletal:** normal gait
**Skin:** dry & intact
**Neuro:** no focal deficit

## Assessment & Plan
**Medically cleared:** Yes
**Problems:**
**Additional Comments**
A/P:

Psychiatric Evaluation: Defer to primary team

Tobacco use: Nicorette gum PRN

Headache: Tylenol PRN


**DRAGON DISCLAIMER:** Dragon voice-recognition software may have been used to prepare this typewritten note. Although each note is personally scanned for syntactic or grammatical errors, unintended but conspicuous translational errors can occur. Please contact ECMC if there are any questions about the contents of this note.


SIMON,MARIE PA-C                                        Jan 1, 2017 17:19

Attn Physician:

<Electronically signed by MARIE SIMON PA-C>, 01/01/17 1729

,

,



PC Physician: UNKNOWN PRIMARY CARE PROVIDER
Ref Physician:
Copies To:
~

MR# ▮▮▮▮▮     Account # ▮▮▮▮▮     Report# 0101-0693
------------------------------------------------------------------------

## ERIE COUNTY MEDICAL CENTER CORPORATION
### NOTES-Psych
462 Grider St., Buffalo, NY 14215
(716) 898-3000

---

**Patient's Name** KISTNER, JAMES
**Report#** 0101-0693
**Date of Birth:** ▮▮▮▮▮60
**Attending Physician:**
**Dictating Provider:** CUI, XINGJIA MD
**Primary Provider:** UNKNOWN PRIMARY CARE PROVIDER

**MR#:** ▮▮▮▮▮ **/Account #:** ▮▮▮▮▮
**Age/Sex:** 56/M
**Admission Date/Time:**
**Admitting Service:**
**Dictating Date/Time:** 01/01/17 1735

---

## General
**Chief Complaint:** Z-Psychiatric Evaluation
**Stated Complaint:** 9.41, THREW SELF AT POLICE VEHICLE
**Time Seen by MD:** 17:32
**Comment:**
Pt seen and interviewed. Notes reviewed. Briefly, this is a 56 yrs old white male with h/o anxiety disorder and alcohol use disorder, THC abuse, h/o prior CPEP visit, coming to CPEP with 941 paper after voicing SI, with plan to go to motel and drink alcohol to death. He says that he has been sober for four months. Somehow, he was panicky and then suicide thought pops up. On further study, it is found that he went to MED this morning after trying to throw himself over a police car. He was acting odd at MED and then his wife verified that was his baseline. he was not sent CPEP from MED because of that. he was d/ced and then comes back with SI. He is familiar with the CPEP procedure and full eval pending.
**Initial assessment completed:** Yes

## Mental Status Exam
**Mental Status Exam**
**Appearance:** no apparent distress
**Attitude:** cooperative
**Behavior:** appropriate
**Speech:** normal rate, normal rhythm, normal volume
**Mood Narrative:**
"i want anxious"
**Mood:** anxious
**Affect:** reactive
**Thought Process:** organized, goal directed, reality based
**Thought Content:** REPORTS: suicidal ideations

## Cognitive Functioning
**Orientation:** Oriented to: Person, Place, Time
**Intellectual Functioning:** intact
**Insight:** fair
**Judgement:** fair

CUI, XINGJIA MD                                    Jan 1, 2017 17:35

Attn Physician:

<Electronically signed by XINGJIA CUI MD>, 01/01/17 1740

MR# ▮▮▮▮▮▮▮▮      Account # ▮▮▮▮▮▮▮▮▮      Report# ▮▮▮▮▮▮▮
------------------------------------------------------------------------------
,
,


PC Physician: UNKNOWN PRIMARY CARE PROVIDER
Ref Physician:
Copies To:
~




**_Addendum: CUI,XINGJIA MD on 1/1/17 @ 18:59_**

first part of triage note was loaded by mistake. please refer to brief psych eval for correction info.

**Attn Physician:**

<Electronically signed by XINGJIA CUI MD>,01/01/17 1900
,
,


**PC Physician:** UNKNOWN PRIMARY CARE PROVIDER
**Ref Physician:**
**Copies To:**
~

MR# ▓▓▓▓▓▓▓        Account # ▓▓▓▓▓▓▓        Report# 0101-0754
--------------------------------------------------------------------------

### ERIE COUNTY MEDICAL CENTER CORPORATION
### MH-Mental Health Assessment
462 Grider St., Buffalo, NY 14215
(716) 898-3000

---

**Patient's Name** KISTNER, JAMES
**Report#** 0101-0754
**Date of Birth:** ▓▓▓▓▓60
**Attending Physician:**
**Dictating Provider:** CUI, XINGJIA MD
**Primary Provider:** UNKNOWN PRIMARY CARE PROVIDER

**MR#:** ▓▓▓▓▓ **Account #:** ▓▓▓▓▓
**Age/Sex:** 56/M
**Admission Date/Time:**
**Admitting Service:**
**Dictating Date/Time:** 01/01/17 1858

---

## CPEP RN Triage/Initial
### Physician Comments
I have reviewed the above RN documentation. Please see below assessment for details of MD comments.

### Brief Assessment
### General
**Chief Complaint:** Z-Psychiatric Evaluation
**Time Seen by MD:** 18:50
**History of Present Illness**
Pt seen and interviewed. Notes reviewed. Pt's GF, Rachel, contacted to get collateral info. Briefly, this is a 56 yrs old white single male, father of seven kids, without psych h/x, no h/x alcohol and drug abuse, no prior CPEP visit, coming to CPEp with 941 paper, stating he throwing himself on the police car, for which he categorically denies. He says that he saw two cops car in front of his property. He went to find out why with his son. Cops in the first left without talking to him. He tried to approach the second. In the process, he fell and hurt his head. He was sent to ECMC ER for check up. he was medically clear and then was sent to police station to book in. Thereafter he was sent here. He was not prepared for the event. he has no depression or SI. denies any intention to hurt anyone. he is rational and logic. there is no alcohol and drug abuse issue. There is clearly no indication for acute psych admission. Above info is confirmed with his girlfriend, Rachel. he is going to be d/ced back to home, with MH f/u per his choice.
**Brief Emergency Visit complete:** Yes
**Medically cleared:** Yes

### Mental Status Exam
### Mental Status Exam
**Appearance:** no apparent distress
**Attitude:** cooperative
**Behavior:** appropriate
**Speech:** normal rate, normal rhythm, normal volume
**Mood:** anxious
**Affect:** reactive
**Thought Process:** organized, goal directed, reality based
**Thought Content:** REPORTS: suicidal ideations

### Cognitive Functioning
**Orientation:** Oriented to: Person, Place, Time
**Intellectual Functioning:** intact
**Insight:** fair
**Judgement:** fair

MR# ▮▮▮▮▮▮▮▮      Account # ▮▮▮▮▮▮▮▮      Report# 0101-0754
------------------------------------------------------------------------

## Risk Assessment
### Screening of Suicide Risk
**Wish for death/sleep/not wake:**     No, including last 6 months
**Had thoughts of killing self:**      No, including last 6 months
**Access to means:**                   No
**Done/started/prepared end life:**    No
**Done something to harm self:**       No


### Chronic/Acute Risk Factors
**Risk Factors:**     0 (non-factor) Command halluc./30days
                      0 (non-factor) Depr./loss of interest
                      0 (non-factor) Extreme anger-current
                      0 (non-factor) Family Hx of Suicide
                      0 (non-factor) Feelings of guilt/shame
                      0 (non-factor) Feelings of hopelessness
                      0 (non-factor) History of Impulsivity
                      0 (non-factor) Lack of future plans
                      0 (non-factor) Lack of support/community
                      0 (non-factor) Mental Illness/active
                      0 (non-factor) Recent losses/bad news
                      0 (non-factor) Substance Withdrawal
                      0 (non-factor) Trauma/maltreatment


### Protective Factors
**Protective Factors:**     0 (non-factor) Compliant with psy meds:
                            0 (non-factor) Compliant with psy tx:
                            0 (non-factor) Cult. discourage suicide:
                            0 (non-factor) Improved coping skills:
                            0 (non-factor) Improved mood:
                            0 (non-factor) Insight into problems:
                            0 (non-factor) Pos. therap. alliance:
                            0 (non-factor) Realistic future plans:
                            0 (non-factor) Rel. discourage suicide:
                            0 (non-factor) Resilience to stressors:
                            0 (non-factor) Resolved feeling of loss:
                            0 (non-factor) Supportivefamily/friends:


### Overall Assessment of Risk
**To self if discharged home:**     LOW

**Narrative:**
He comes to CPEP for throwing himself on police car. There is no lethality issue. He is not depressed and denies any ongoing SI. the risk of suicide is low

### Harm to Others/Aggressive Beh.
**Risk of Harn to Others:**     0 (non-factor) Antisoc/Borderline traits
                                0 (non-factor) Brain Injury (e.g.TBI)
                                0 (non-factor) Directed anger/hostility
                                0 (non-factor) Hx of Violence/6 mths
                                0 (non-factor) Hx/mandated tx for D.V.
                                0 (non-factor) Hx/mandated tx for anger
                                0 (non-factor) Impulsivity
                                0 (non-factor) Subst abuse/withdrawal
                                0 (non-factor) Violent ideat./past 6 mth

MR# ▓▓▓▓▓▓     Account # ▓▓▓▓▓▓     Report# 0101-0754
------------------------------------------------------------------------

**Narrative:**
he is calm and cooperative. no indication of aggression.
**Risk of aggression if DC home:**   LOW


## Treatment Recommendations
### Diagnosis
**Primary Diagnosis:** Adjustment d/o (mixed)

### Recommendations
**Recommended visit doc:** brief visit documentation only


   **DRAGON DISCLAIMER:** Dragon voice-recognition software may have been used to prepare this typewritten note. Although each note is personally scanned for syntactic or grammatical errors, unintended but conspicuous translational errors can occur. Please contact ECMC if there are any questions about the contents of this note.


CUI,XINGJIA MD                                      Jan 1, 2017 18:58

Attn Physician:

<Electronically signed by XINGJIA CUI MD>, 01/01/17 1859

,

,


PC Physician: UNKNOWN PRIMARY CARE PROVIDER
Ref Physician:
Copies To:
~



**OLV Family Care Center**
Catholic Health System
A Department of Mercy Hospital of Buffalo

**Office Visit**

**Patient:** KISTNER, JAMES C                              **Provider:** Gary C. Wysocki, RPA-C
**DOB:** ████ 60 **Age:** 57 Y **Sex:** Male                 **Date:** 11/29/2017
**PCP:** Najmul H Khan

---

### Reason for Appointment
1. DSRIP-follow up for shoulder pain

### History of Present Illness
HPI:
    DSRIP ER f/u, new patient transfer from LSV clinic. Pt presented to ER with 6 weeks of shortness of breath. Exertional dyspnea moreso than at rest. Does have hx of sleep apnea. Does have LE edema. Does get PND. "unsure if he has orthopnea" because of his CPAP/OSA hx. Pt has chest pain regularly. He walked from OLV hospital to our office and had to stop 4-5x. Social situation - has 7 kids at home, 3 in diapers, 2 of which are twins and states spouse has mental health issue and incapable of caring for his children alone for more than 3-4 hours.

### Current Medications
**Discontinued**
- Nicotine Step 1 21 MG/24HR Patch 24 Hour 1 patch to skin Transdermal Once a day
- Claritin 10 mg Tablet 1 tablet Orally Once a day
- Albuterol Sulfate 108 (90 Base) MCG/ACT Aerosol Powder Breath Activated 1 puff as needed Inhalation every 4 hours as needed (prn) for
- Azithromycin 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day
- Tessalon Perles 100 mg Capsule 1 capsule as needed Orally Three times a day
- Nicotine 2 MG Gum 1 piece as needed Mouth/Throat 24 time(s) a day
- Nicotine 14 MG/24HR Patch 24 Hour 1 patch to skin Transdermal Once a day
- Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
    Sarcoidosis 1981 no follow up.
    Schwanomma of spine s/p surgery.
    MVA-hit by a car 1/1/2017.

### Surgical History
schawnoma tumor lower back (spine)
open lung biopsy-sarcoidosis

### Family History
Father: deceased, diagnosed with Hypertension
Mother: alive 87 yrs, diagnosed with Cancer

---

**Patient: KISTNER, JAMES C**                              **Provider: Gary C. Wysocki, RPA-C**
**DOB:** ████ 60                                            **Date: 11/29/2017**
        *Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased
Maternal Grand Mother: deceased
3 sister(s) - healthy. 4 son(s) , 3 daughter(s) - healthy.

## Social History
Tobacco Use:
   Smoking  Are you a:  former smoker, How long has it been since you last smoked?  1-3 months.
Drug/Alcohol:
   Alcohol  Did you have a drink containing alcohol in the past year?: No, Points: 0, Interpretation: Negative.
4-6 cigarettes/day x 44 years.

## Allergies
Codeine Sulfate: Headaches

## Hospitalization/Major Diagnostic Procedure
surgeries

## Review of Systems
CHS Review of Systems:
   General/Constitutional: no complaints.  Cardiovascular: **Positive for:**, chest pain, chest pain with exertion,
paroxysmal nocturnal dyspnea, edema.  Respiratory: **Positive for:**, shortness of breath, worse with exertion.

CHS Nursing:
   Circle of Care: Reviewed and updated with patient..  Abuse Screening: Is there a history of domestic
violence?, No, Do you feel safe at home?, Yes, Is anyone hitting/hurting or causing you fear?, No, Are you
concerned you might hurt someone?, No.  Would you like a chaperone for your exam: Declined.  Barriers to
Care: No communication barriers noted.

## Vital Signs
Ht 69.5, Wt 227.4 lbs, BMI 33.10 Index, Weight Change 17.4 lb, BP 130/90 mm Hg, HR 80, Temp 96.4 F, Pain
scale 2 1-10, RR 16.

## Examination
General Examination:
   Constitutional: in no acute distress. NECK/THYROID: no carotid bruit, no thyroid abnormality, no
JVD. CARDIOVASCULAR: regular rate and rhythm, somewhat muffled S1S2, no
murmur. RESPIRATORY: clear to auscultation bilaterally, specifically no crackles or
wheezes. EXTREMITIES: 2+ pitting edema bilaterally to mid calf. PERIPHERAL PULSES: normal (2+)
bilaterally.

## Assessments
1. Exertional dyspnea - R06.09 (Primary)
2. Exertional chest pain - R07.9
3. Lower extremity edema - R60.0

## Treatment
**1. Exertional dyspnea**
   Imaging: Echocardiogram
   Imaging: Exercise Treadmill Stress Test

Clinical Notes: COBRA refusal completed by patient - he declines to go back to ER as directed and only wishes
to be assessed as outpatient for cardiac w/u. Needs ECHO and Stress done asap. Advised to call 911 for chest
pain/dyspnea. Advised of potential fatal outcome if cardiac problem is at fault. Likelihood angina/CAD vs CHF
vs cardiomyopathy.

---

**Patient: KISTNER, JAMES C**                              **Provider:  Gary C. Wysocki, RPA-C**
**DOB:** ████ 60                                            **Date: 11/29/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**2. Exertional chest pain**
  Imaging: Echocardiogram
  Imaging: Exercise Treadmill Stress Test

Clinical Notes: as above.

**3. Lower extremity edema**
  Imaging: Echocardiogram
  Imaging: Exercise Treadmill Stress Test

Clinical Notes: as above.

**4. Others**
Clinical Notes: Long discussion with patient. Refuses return to ER for inpatient workup. Aware of potentially
fatal outcome and accepts risk.

**Follow Up**
after stress and echo



**Electronically signed by Gary Wysocki , RPA-C on 11/29/2017 at 02:16 PM EST**

**Sign off status: Completed**

---

**Patient: KISTNER, JAMES C**
**DOB:** ▮▮▮▮▮▮60

**Provider:  Gary C. Wysocki, RPA-C**
**Date: 11/29/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Office Visit**

**Patient:** KISTNER, JAMES C
**Account Number:** ▮▮▮▮  **External MRN:** ▮▮▮▮
**DOB:** ▮▮▮60  **Age:** 58 Y  **Sex:** Male
**Phone:** 716-895-2949
**Address:** 33 SCHMARBECK AVE, BUFFALO, NY-14212
**Patient's Default Facility:** OLV Familycare Center

**Provider:** Najmul H. Khan. DO

**Date:** 06/29/2018
**CHN#:** ▮▮▮▮

---

## Subjective:

### Chief Complaints:
1. DSRIP-follow up fo shoetness of breath.

### HPI:
Depression Screening:
   PHQ-2 In last two weeks have you been bothered by  Little interest or pleasure in doing things No, Feeling down, depressed, or hopeless  No.
   HPI:
   \This is a 58 years old Caucasian male came to the office for emergency room follow-up. Patient was in the emergency room with severe shortness of breath, swelling of bilateral lower extremities. Patient has a past medical history significant for obstructive sleep apnea, chronic, metastatic disease of the lung, chronic obstructive pulmonary disease, hypercholesterolemia. Patient had the echocardiogram done in 2017 which showed normal ejection fraction 60% and no cardiac structural abnormality. Electrocardiogram done in the emergency room shows normal sinus rhythm no sign of acute coronary disease, patient was seen by Dr. Buscaglia pulmonologist and was told that most likely patient has no sarcoidosis on chronic obstructive pulmonary disease. Patient last lipid profile shows total cholesterol is 217 and LDL of 204. Patient is complaining of severe shortness of breath with mild exertion. I will order the echocardiogram on the and start the patient on furosemide 40 mg 1 tablet daily I will see the patient in 2 weeks.

### ROS:
CHS Review of Systems:
   General/Constitutional: no complaints. ENT: no complaints, Negative for:, hearing loss, congestion. Cardiovascular: no complaints, Negative for:, chest pain, dyspnea with exertion, edema, palpitations. Respiratory: no complaints, Negative for:, cough, shortness of breath. Gastrointestinal: no complaints, Negative for:, nausea, vomiting, diarrhea, constipation, pain in abdomen. Genitourinary: no complaints, Negative for:, dysuria, urinary frequency. Musculoskeletal: no complaints, Negative for:, joint pain, joint swelling, joint stiffness, muscle pain. Neurological: no complaints, Negative for:, headache, seizures, motor/sensory loss. Psychiatric: no complaints, Negative for:, anxiety, depression, suicidal ideations. Dermatologic: no complaints, Negative for:, rash, lesion(s), lumps.
   CHS Nursing:
   Circle of Care: Reviewed and updated with patient.. Abuse Screening: Is there a history of domestic violence?, No, Do you feel safe at home?, Yes, Is anyone hitting/hurting or causing you fear?, No, Are you concerned you might hurt someone?, No.  Would you like a chaperone for your exam: Declined. Barriers to Care: No communication barriers noted. Documented By: Barbara Walh LPN.

**Medical History:** Sarcoidosis 1981 no follow up, Schwanomma of spine s/p surgery, MVA-hit by a car 1/1/2017, Acute bronchitis, Routine adult health maintenance, Wrist pain, Adjustment disorder, Lower extremity edema.

**Surgical History:** schawnoma tumor lower back (spine) , open lung biopsy-sarcoidosis .

**Hospitalization/Major Diagnostic Procedure:** surgeries , CP-Observation 11/30/2017.

**Family History:** Father: deceased, diagnosed with Hypertension. Mother: alive 87 yrs, diagnosed with Cancer. Paternal Grand Father: deceased. Paternal Grand Mother: deceased. Maternal Grand Father: deceased. Maternal Grand Mother: deceased.  3 sister(s) - healthy. 4 son(s) , 3 daughter(s) - healthy. .

### Social History:
Tobacco Use: Smoking  Are you a:  former smoker, How long has it been since you last smoked?  6-12 months.

Social Determinants of Health: Screening  Do you find it difficult to interact with others or maintain an adquate social life?  No, Do you find it difficult to meet the daily needs of food, housing, or transportation?  No, Date Performed:  01/08/2018, Documented by:   Diane Miesowicz,MA .

DAST 1: Screening Completed  Date:  06/29/2018, In the past 12 months, have you used drugs other than those required for medical reasons?  No.

Drug/Alcohol: Alcohol  Did you have a drink containing alcohol in the past year?  No, Points 0, Interpretation  Negative.

4-6 cigarettes/day x 44 years Lives alone, significant other and children live next door, independent with ADL, does not drive, uses public transportation or gets a ride.

**Medications:** Taking Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs, Taking Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day, Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day, Discontinued PredniSONE 20 MG Tablet 2 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Codeine Sulfate: Headaches.

## Objective:

**Vitals:** Ht 69.5, Wt 244.4 lbs, BMI 35.57 Index, Weight Change 13 lb, BP 128/84 mm Hg, HR 84, Temp 97.8 F, Pain scale 4 1-10, RR 20.

**Examination:**

General Examination:

Constitutional: In no acute distress, looks well. EYES: bilateral conjunctivits with sever tearing of the eyes. HEENT: HEAD:, atraumatic, normocephalic, EARS:, tympanic membranes normal, EYES:, clear conjuctiva, Extra Ocular Muscles Intact (EOMI), Pupils Equal, Round, Reactive to Light and Accommodation (PERRLA), NOSE:, nose clear, THROAT:, throat clear. ORAL CAVITY: unremarkable. NECK/THYROID: no carotid bruit, no thyroid abnormality. CARDIOVASCULAR: regular rate and rhythm, normal S1S2. RESPIRATORY: clear to auscultation bilaterally. NEUROLOGIC EXAM: alert, oriented, no gross motor/sensory deficit. SKIN: no rash or skin lesions. EXTREMITIES: 2+ BL edema.

## Assessment:

**Assessment:**
1. Abdominal discomfort - R10.9 (Primary)
2. Allergic conjunctivitis, unspecified laterality - H10.10
3. SOB (shortness of breath) - R06.02
4. Leg edema - R60.0

## Plan:

**1. Abdominal discomfort**

Imaging: Ultrasound : Abdomen and Pelvis

Bonafede,Danielle 06/29/2018 02:34:07 PM EDT > pls obtain prior auth for above test...would like to go to mercy hospital of buffalo

**2. Allergic conjunctivitis, unspecified laterality**

Start Cromolyn Sodium Solution, 4 %, 1 drop into affected eye, Ophthalmic, Four times a day, 30 days, 1, Refills 2 ;  Start Zyrtec Allergy Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 2 .

**3. SOB (shortness of breath)**

Imaging: Echocardiogram

Bonafede,Danielle 06/29/2018 02:35:16 PM EDT > pls obtain prior auth for above test...would like to go to mercy hospital

**4. Leg edema**

Start Lasix Tablet, 40 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 0 .

Imaging: Echocardiogram

Bonafede,Danielle 06/29/2018 02:35:16 PM EDT > pls obtain prior auth for above test...would like to go to mercy hospital

**Follow Up:** 4 Weeks

**Provider:** Najmul H. Khan. DO
**Patient:** KISTNER, JAMES C  **DOB:** ████ 60  **Date:** 06/29/2018

**Electronically signed by Najmul Khan , DO on 07/01/2018 at 12:40 AM EDT**
**Sign off status: Completed**

**Office Visit**

**Patient:** KISTNER, JAMES C
**Account Number:** ████ **External MRN:** ████████
**DOB:** ████████60 **Age:** 58 Y **Sex:** Male
**Phone:** 716-895-2949
**Address:** 33 SCHMARBECK AVE, BUFFALO, NY-14212
**Patient's Default Facility:** OLV Familycare Center

**Provider:** Najmul H. Khan. DO

**Date:** 07/12/2018
**CHN#:** ████████

---

## Subjective:

### Chief Complaints:
1. 2 WEEK FOLLOWUP US/ECHO. 2. U/s done 7/6/18 and printed.

### HPI:
HPI:

this is a 58 years old very pleasant Caucasian male came to the office for 2 week follow-up patient was seen by me after the hospital discharge follow-up. Patient was complaining of severe shortness of breath and swelling of bilateral lower extremities at the time of the last visit. I started the patient on Lasix 40 mg daily also at the time of the patient visit last time patient had the allergic conjunctivitis I started the Coumadin patient never got the medication but just started taking Zyrtec patient now feeling much better. Patient had the echocardiogram done which showed that patient left ventricular ejection for normal 55-60% with impaired left ventricular diastolic relaxation, patient also has mild aortic root dilatation.

Patient had the ultrasound of the abdomen done which showed that patient has fatty liver, enlarged prostate. Patient lost about 5 pounds during last 2 weeks which is most likely water weight, patient will continue same medication I will start him on Advair and Ventolin inhaler.

### ROS:
CHS Review of Systems:

General/Constitutional: no complaints. ENT: no complaints, Negative for:, hearing loss, congestion. Cardiovascular: no complaints, Negative for:, chest pain, dyspnea with exertion, edema, palpitations. Respiratory: no complaints, Negative for:, cough, shortness of breath. Gastrointestinal: no complaints, Negative for:, nausea, vomiting, diarrhea, constipation, pain in abdomen. Genitourinary: no complaints, Negative for:, dysuria, urinary frequency. Musculoskeletal: no complaints, Negative for:, joint pain, joint swelling, joint stiffness, muscle pain. Neurological: no complaints, Negative for:, headache, seizures, motor/sensory loss. Psychiatric: no complaints, Negative for:, anxiety, depression, suicidal ideations. Dermatologic: no complaints, Negative for:, rash, lesion(s), lumps.

**Medical History:** Sarcoidosis 1981 no follow up, Schwanomma of spine s/p surgery, MVA-hit by a car 1/1/2017, Acute bronchitis, Routine adult health maintenance, Wrist pain, Adjustment disorder, Lower extremity edema.

**Surgical History:** schawnoma tumor lower back (spine) , open lung biopsy-sarcoidosis .

**Hospitalization/Major Diagnostic Procedure:** surgeries , CP-Observation 11/30/2017.

**Family History:** Father: deceased, diagnosed with Hypertension. Mother: alive 87 yrs, diagnosed with Cancer. Paternal Grand Father: deceased. Paternal Grand Mother: deceased. Maternal Grand Father: deceased. Maternal Grand Mother: deceased. 3 sister(s) - healthy. 4 son(s) , 3 daughter(s) - healthy. .

**Medications:** Taking Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 6 hrs, Taking Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Inhalation Twice a day, Taking Atorvastatin Calcium 40 MG Tablet 1 tablet Orally Once a day, Taking Zyrtec Allergy 10 MG Tablet 1 tablet Orally Once a day, Taking Lasix 40 MG Tablet 1 tablet Orally Once a day, Discontinued Cromolyn Sodium 4 % Solution 1 drop into affected eye Ophthalmic Four times a day, Medication List reviewed and reconciled with the patient

**Allergies:** Codeine Sulfate: Headaches.

## Objective:

**Vitals:** Ht 69.5, Wt 239 lbs, BMI 34.78 Index, Weight Change -5.4 lb, BP 122/80 mm Hg, HR 80, Temp 98.4 F, Pain scale 4 1-10, RR 18.

**Examination:**

General Examination:

Constitutional: In no acute distress, looks well. CARDIOVASCULAR: regular rate and rhythm, normal S1S2. RESPIRATORY: clear to auscultation bilaterally. GASTROINTESTINAL: soft, non-tender/non-distended, bowel sounds present. NEUROLOGIC EXAM: alert, oriented, no gross motor/sensory deficit. PSYCH appropriate mood and affect . SKIN: no rash or skin lesions. EXTREMITIES: no clubbing, cyanosis, or edema. PERIPHERAL PULSES: normal (2+) bilaterally.

**Assessment:**

**Assessment:**

1. Chronic obstructive pulmonary disease, unspecified COPD type - J44.9 (Primary)
2. Leg edema - R60.0
3. Sarcoidosis - D86.9
4. Dependence on other enabling machines and devices - Z99.89
5. Obstructive sleep apnea (adult) (pediatric) - G47.33
6. Hypercholesteremia - E78.00

**Plan:**

**1. Chronic obstructive pulmonary disease, unspecified COPD type**

Refill Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 6 hrs, 30 days, 1, Refills 5 ;  Refill Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 puff, Inhalation, Twice a day, 30 days, 1, Refills 5 .

Clinical Notes: Encouraged to continue to use the inhaler as prescribed. If use were to increase or new symptoms were to develop proceed to ER or call office.

**2. Leg edema**

Refill Lasix Tablet, 40 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 5 .

**3. Hypercholesteremia**

Refill Atorvastatin Calcium Tablet, 40 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 5 .

Clinical Notes: Discussed the importance of low fat diet, goal LDL is less than 100. Warned of the common side effects of statin including myalgia and increased liver enzymes. If symptoms were to occur cal office.

**4. Others**

Clinical Notes: Assessed patients understanding of medications, assessed patients response to medications and any barriers to adherence., Patient was provided information about new medication(s) including potential side effects, drug interactions, instructions for taking the medication(s), and the consequences of not taking the medication(s). Patient verbalizes understanding.

**Follow Up:** 3 Months

**Provider:** Najmul H. Khan. DO
**Patient:** KISTNER, JAMES C  **DOB:** ███████60  **Date:** 07/12/2018

Electronically signed by Najmul Khan , DO on 07/19/2018 at 09:45 PM EDT
Sign off status: Completed