

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# G

**VIDEO DEPOSITION**
**LAUREN McDERMOTT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
JAMES C. KISTNER,

                     Plaintiff,

           - vs -      Civil Action No.
                     18-cv-402

THE CITY OF BUFFALO,
  c/o Corporation Counsel,
BYRON LOCKWOOD, individually and in
  his capacity as Police Commissioner
  of the Buffalo Police Department,
DANIEL DERENDA, individually and in his
  capacity as Police Commissioner of the
  Buffalo Police Department,
LAUREN McDERMOTT, individually and
  in her capacity as a Buffalo Police Officer,
JENNY VELEZ, individually and in her
 capacity as a Buffalo Police Officer,
KARL SCHULZ, individually and in his
  capacity as a Buffalo Police Officer,
KYLE MORIARTY, individually and in his
  capacity as a Buffalo Police Officer,
DAVID T. SANTANA, individually and in his
  capacity as a Buffalo Police Officer,
JOHN DOE(S), individually and in his/their
  capacity as a Buffalo Police Officer(s),

                 Defendants.
----------------------------------------

*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1              Video deposition of LAUREN McDERMOTT,

 2  Defendant, taken pursuant to the Federal Rules of

 3  Civil Procedure, in the offices of JACK W. HUNT &

 4  ASSOCIATES, INC., 1120 Liberty Building, Buffalo,

 5  New York, on February 19, 2020, commencing at

 6  10:07 a.m., before ANNE T. BARONE, RPR, Notary

 7  Public.

 8

 9  APPEARANCES:       RUPP BAASE
                       PFALZGRAF & CUNNINGHAM, LLC,
10                     By R. ANTHONY RUPP, III, ESQ.,
                       rupp@ruppbaase.com and
11                     CHAD DAVENPORT, ESQ.,
                       davenport@ruppbaase.com,
12                     1600 Liberty Building,
                       Buffalo, New York  14202,
13                     (716) 854-3400,
                       Appearing for the Plaintiff.

14

15                     TIMOTHY A. BALL, ESQ.,
                       Corporation Counsel,
16                     By MAEVE E. HUGGINS, ESQ.,
                       Assistant Corporation Counsel,
17                     1137 City Hall,
                       Buffalo, New York  14202,
18                     (716) 851-4334,
                       mhuggins@city-buffalo.com,
19                     Appearing for the Defendants.

20
    PRESENT:           JAMES KISTNER
21                     JENNY VELEZ
                       PATRICK F. MORRIS, Videographer
22

23
```

10:04:28

3

| | | |
|---|---|---|
| 10:04:28 | 1 | **THE REPORTER:**  Usual stipulations for |
| 10:04:53 | 2 | federal cases and read and sign? |
| 10:04:56 | 3 | **MS. HUGGINS:**  45 days to read and sign. |
| 10:04:58 | 4 | **THE REPORTER:**  Okay. |
| 10:05:00 | 5 | **MR. RUPP:**  No objection. |
| 10:05:00 | 6 | **THE REPORTER:**  And Ms. Huggins will be |
| 10:05:02 | 7 | supplied? |
| 10:05:04 | 8 | **MR. RUPP:**  Yes. |
| 10:05:04 | 9 | **THE REPORTER:**  Thank you. |
| 10:05:04 | 10 | |
| 10:07:49 | 11 | **L A U R E N   M c D E R M O T T,** 1847 South Park |
| 10:07:58 | 12 | Avenue, Buffalo, New York  14220, after being duly |
| 10:07:58 | 13 | called and sworn, testified as follows: |
| 10:08:02 | 14 | |
| 10:08:02 | 15 | **EXAMINATION BY MR. RUPP:** |
| 10:08:02 | 16 | |
| 10:08:03 | 17 | **Q.**   Good morning, Ms. McDermott. |
| 10:08:05 | 18 | **A.**   Good morning. |
| 10:08:05 | 19 | **Q.**   My name's Tony Rupp.  I don't think |
| 10:08:07 | 20 | we've met before today.  Is that fair? |
| 10:08:08 | 21 | **A.**   Yeah, I don't think so. |
| 10:08:09 | 22 | **Q.**   Okay.  You're here for a deposition in |
| 10:08:11 | 23 | the case of James Kistner versus the City of |

*McDermott - Rupp - 2/19/20*

4

10:08:14  1  Buffalo.  Before we get going with my questions

10:08:16  2  this morning, have you ever been deposed and placed

10:08:20  3  under oath and given testimony before?

10:08:21  4          **A.**    I've never been deposed.

10:08:22  5          **Q.**    Okay.  You've given testimony in court

10:08:25  6  trials then?

10:08:25  7          **A.**    Yes.

10:08:25  8          **Q.**    All right.  The deposition process is

10:08:27  9  a little bit different, so I'll just go over

10:08:29 10  a couple of ground rules real quick.

10:08:31 11          As you can see, we have a stenographer here

10:08:33 12  taking down my questions and your answers

10:08:35 13  mechanically.  It's not a magnetic recording.  So

10:08:38 14  for that reason, it's very important that we not

10:08:40 15  speak over each other.

10:08:42 16          I'll try to give you an opportunity to

10:08:43 17  finish your answer before I ask my next question,

10:08:45 18  and I would ask kindly that you wait until I've

10:08:48 19  finished asking my full question before you begin

10:08:51 20  responding to it.  Is that fair?

10:08:52 21          **A.**    Yes.

10:08:52 22          **Q.**    Okay.  And for the same reason -- and

10:08:53 23  I see you're doing it already -- it's important

*McDermott - Rupp - 2/19/20*

5

| | | |
|---|---|---|
| 10:08:55 | 1 | that you give me a verbal or an audible response so |
| 10:08:58 | 2 | that we can have the court reporter take that down |
| 10:09:00 | 3 | for us.  Will you do that for me? |
| 10:09:02 | 4 | **A.**   Yes. |
| 10:09:02 | 5 | **Q.**   If you forget, I'll try to remind you. |
| 10:09:05 | 6 | And if I ask you any questions this morning |
| 10:09:07 | 7 | that you don't understand, please ask me to repeat |
| 10:09:11 | 8 | the question, have it read back, rephrase it, |
| 10:09:13 | 9 | whatever.  It's important that you understand the |
| 10:09:15 | 10 | question. |
| 10:09:15 | 11 | Will you do that for me if you don't |
| 10:09:16 | 12 | understand? |
| 10:09:17 | 13 | **A.**   Yes. |
| 10:09:17 | 14 | **Q.**   Okay.  Ms. McDermott, can I have your |
| 10:09:20 | 15 | date of birth, please? |
| 10:09:21 | 16 | **A.**   ███/89. |
| 10:09:23 | 17 | **Q.**   All right.  And where were you born? |
| 10:09:24 | 18 | **A.**   Buffalo. |
| 10:09:25 | 19 | **Q.**   All right.  And did you go to |
| 10:09:27 | 20 | high school here? |
| 10:09:28 | 21 | **A.**   Yes. |
| 10:09:28 | 22 | **Q.**   Where did you attend? |
| 10:09:29 | 23 | **A.**   Nichols. |

*McDermott - Rupp - 2/19/20*

6

| | | |
|---|---|---|
| 10:09:30 | 1 | **Q.**   And what year did you graduate? |
| 10:09:31 | 2 | **A.**   2007. |
| 10:09:33 | 3 | **Q.**   College? |
| 10:09:34 | 4 | **A.**   Canisius. |
| 10:09:35 | 5 | **Q.**   And what year did you graduate? |
| 10:09:38 | 6 | **A.**   2010. |
| 10:09:39 | 7 | **Q.**   What degree? |
| 10:09:40 | 8 | **A.**   Business degree. |
| 10:09:42 | 9 | **Q.**   Do you have any education beyond |
| 10:09:45 | 10 | college? |
| 10:09:45 | 11 | **A.**   No. |
| 10:09:46 | 12 | **Q.**   All right.  And what is your current |
| 10:09:48 | 13 | occupation? |
| 10:09:49 | 14 | **A.**   I'm a detective with the Buffalo Police |
| 10:09:52 | 15 | Department. |
| 10:09:52 | 16 | **Q.**   How long have you been with the Buffalo |
| 10:09:54 | 17 | Police Department? |
| 10:09:54 | 18 | **A.**   Seven and a half years. |
| 10:09:57 | 19 | **Q.**   All right.  And how long have you been |
| 10:09:58 | 20 | a detective? |
| 10:09:59 | 21 | **A.**   Six months. |
| 10:10:00 | 22 | **Q.**   What was your position before that? |
| 10:10:02 | 23 | **A.**   Police officer. |

*McDermott - Rupp - 2/19/20*

7

| | | |
|---|---|---|
| 10:10:04 | 1 | **Q.**   For how long? |
| 10:10:04 | 2 | **A.**   Seven years. |
| 10:10:06 | 3 | **Q.**   All right.  So those are the only two |
| 10:10:08 | 4 | positions you've held with the BPD? |
| 10:10:11 | 5 | **A.**   Yes. |
| 10:10:11 | 6 | **Q.**   All right.  And what was your actual |
| 10:10:13 | 7 | start date for the BPD? |
| 10:10:15 | 8 | **A.**   August 3rd, 2012. |
| 10:10:20 | 9 | **Q.**   And has that been full-time employment? |
| 10:10:22 | 10 | **A.**   Yes. |
| 10:10:22 | 11 | **Q.**   Have you had any periods of leave or |
| 10:10:25 | 12 | being off for an extended period? |
| 10:10:28 | 13 | **A.**   No. |
| 10:10:29 | 14 | **Q.**   Are you assigned to a particular |
| 10:10:31 | 15 | district? |
| 10:10:32 | 16 | **A.**   Yes. |
| 10:10:32 | 17 | **Q.**   Which one? |
| 10:10:32 | 18 | **A.**   A District. |
| 10:10:33 | 19 | **Q.**   How long have you been with A District? |
| 10:10:35 | 20 | **A.**   Six months. |
| 10:10:36 | 21 | **Q.**   Okay.  Before that, what district were |
| 10:10:39 | 22 | you with? |
| 10:10:39 | 23 | **A.**   C. |

*McDermott - Rupp - 2/19/20*

8

| | | |
|---|---|---|
| 10:10:40 | 1 | **Q.**   Was that for the full time that you |
| 10:10:41 | 2 | were a police officer before that? |
| 10:10:43 | 3 | **A.**   Yes. |
| 10:10:43 | 4 | **Q.**   Okay.  So you've only been with C and |
| 10:10:45 | 5 | A, never -- never with B? |
| 10:10:47 | 6 | **A.**   Correct. |
| 10:10:47 | 7 | **Q.**   Okay.  Did you attend the police |
| 10:10:51 | 8 | academy? |
| 10:10:51 | 9 | **A.**   Yes. |
| 10:10:52 | 10 | **Q.**   Where did you go? |
| 10:10:52 | 11 | **A.**   ECC. |
| 10:10:54 | 12 | **Q.**   And when did you take that program? |
| 10:10:57 | 13 | **A.**   From August 3rd, 2012 -- or, well, it |
| 10:11:01 | 14 | was August 6th was our start date, to December, |
| 10:11:05 | 15 | I think it was like 21st or something like that. |
| 10:11:08 | 16 | Graduation. |
| 10:11:08 | 17 | **Q.**   Okay.  And -- and who put on that |
| 10:11:11 | 18 | program? |
| 10:11:11 | 19 | **A.**   I think it's just the Erie County Law |
| 10:11:14 | 20 | Enforcement Academy. |
| 10:11:15 | 21 | **Q.**   Okay.  I take it you passed? |
| 10:11:21 | 22 | **A.**   Yes. |
| 10:11:21 | 23 | **Q.**   Okay.  And did there come a time when |

McDermott - Rupp - 2/19/20

| | | |
|---|---|---|
| 10:11:23 | 1 | you were sworn in? |
| 10:11:24 | 2 | **A.**    Yes.  That was on August 3rd. |
| 10:11:26 | 3 | **Q.**    That was August 3rd -- |
| 10:11:27 | 4 | **A.**    Yes. |
| 10:11:27 | 5 | **Q.**    -- you were sworn in? |
| 10:11:28 | 6 | And you -- you began your training on |
| 10:11:30 | 7 | August 6th? |
| 10:11:31 | 8 | **A.**    Yes. |
| 10:11:31 | 9 | **Q.**    Okay.  And -- |
| 10:11:33 | 10 | **A.**    Friday and a Monday. |
| 10:11:34 | 11 | **Q.**    Right.  And that was all 2012. |
| 10:11:35 | 12 | **A.**    Yes. |
| 10:11:36 | 13 | **Q.**    All right.  And when you first became |
| 10:11:38 | 14 | a -- a police officer, following -- I assume |
| 10:11:42 | 15 | following your -- your graduation was the first |
| 10:11:44 | 16 | time you were out in the field? |
| 10:11:45 | 17 | **A.**    Yes. |
| 10:11:45 | 18 | **Q.**    Okay.  So between August and December, |
| 10:11:49 | 19 | whatever the date of the graduation was in 2012, |
| 10:11:52 | 20 | you were purely in training; you weren't deployed |
| 10:11:55 | 21 | into the field at all. |
| 10:11:56 | 22 | **A.**    Correct. |
| 10:11:56 | 23 | **Q.**    Okay.  And then after you graduated and |

*JACK W. HUNT & ASSOCIATES, INC.*
*1120 Liberty Building*
*Buffalo, New York  14202  -  (716) 853-5600*

*McDermott - Rupp - 2/19/20*

10

10:11:58  1  you were assigned to C District, did you become

10:12:02  2  a patrol officer?

10:12:05  3        **A.**    Well, I had field training.

10:12:06  4        **Q.**    Okay.

10:12:06  5        **A.**    Yes, I was a patrol officer, but I was

10:12:09  6  with a field training officer.

10:12:10  7        **Q.**    Okay.  And I was going to ask you that,

10:12:12  8  so there was sort of a little bit of an

10:12:13  9  apprenticeship?

10:12:15 10        **A.**    16 weeks.

10:12:15 11        **Q.**    Okay.  16 weeks --

10:12:17 12        **A.**    That you ride with a senior field

10:12:18 13  training officer.

10:12:19 14        **Q.**    And whom was your field training

10:12:22 15  officer?

10:12:22 16        **A.**    I had a couple different ones --

10:12:23 17        **Q.**    Okay.

10:12:24 18        **A.**    -- we rotated through.

10:12:25 19        Lavonne Handsor.

10:12:27 20        **Q.**    Can you spell the first and last name

10:12:28 21  on that?

10:12:28 22        **A.**    L-A-V-O-N-N-E, I believe.

10:12:32 23        **Q.**    Okay.

*McDermott - Rupp - 2/19/20*

11

| | | | |
|---|---|---|---|
| 10:12:32 | 1 | **A.** | H-A-N-D-S-O-R. |
| 10:12:35 | 2 | **Q.** | Okay. |
| 10:12:36 | 3 | **A.** | Darryl Williams. |
| 10:12:39 | 4 | **Q.** | Okay. |
| 10:12:40 | 5 | **A.** | And Alphonso Wright.  A-L-P-H, yeah. |
| 10:12:45 | 6 | **Q.** | And is that Wright, W -- |
| 10:12:46 | 7 | **A.** | -- R-I-G-H-T. |
| 10:12:48 | 8 | **Q.** | Okay.  And they were all more -- more |

10:12:51  9  experienced officers?

| | | | |
|---|---|---|---|
| 10:12:52 | 10 | **A.** | Yes. |
| 10:12:52 | 11 | **Q.** | Okay.  And was your training with them |

10:12:56 12 primarily, you know, patrol based?

| | | | |
|---|---|---|---|
| 10:12:58 | 13 | **A.** | Yes. |
| 10:12:58 | 14 | **Q.** | Like in a -- in a patrol SUV? |
| 10:13:00 | 15 | **A.** | Yes. |
| 10:13:00 | 16 | **Q.** | Or a squad car, as they call them? |
| 10:13:02 | 17 | **A.** | Yeah. |
| 10:13:03 | 18 | **Q.** | What do you refer to those as? |

10:13:04 19          I'm probably going to reference them over

10:13:06 20 the course of the deposition.  Is that -- is that

10:13:08 21 a police SUV?

| | | | |
|---|---|---|---|
| 10:13:09 | 22 | **A.** | We usually say patrol vehicle. |
| 10:13:11 | 23 | **Q.** | Patrol vehicle? |

*McDermott - Rupp - 2/19/20*

12

| | | |
|---|---|---|
| 10:13:11 | 1 | **THE WITNESS:**  Yes. |
| 10:13:11 | 2 | (Discussion off the record.) |
| 10:13:20 | 3 | **BY MR. RUPP:** |
| 10:13:20 | 4 | **Q.**  Okay.  So you just call them patrol |
| 10:13:27 | 5 | vehicles? |
| 10:13:27 | 6 | **A.**  Yes. |
| 10:13:27 | 7 | **Q.**  All right.  So with each of the more |
| 10:13:29 | 8 | senior officers that you mentioned, did you ride in |
| 10:13:31 | 9 | a patrol vehicle with them? |
| 10:13:32 | 10 | **A.**  Yes. |
| 10:13:33 | 11 | **Q.**  And did you respond to calls? |
| 10:13:34 | 12 | **A.**  Yes. |
| 10:13:34 | 13 | **Q.**  And did you learn and train under them |
| 10:13:38 | 14 | for those 16 weeks? |
| 10:13:39 | 15 | **A.**  Yes. |
| 10:13:39 | 16 | **Q.**  All right.  And after those 16 weeks |
| 10:13:41 | 17 | were completed -- well, let me ask you this:  You |
| 10:13:45 | 18 | have a log of training that you took that was |
| 10:13:48 | 19 | produced to us in discovery. |
| 10:13:51 | 20 | Was that training all done in those weeks |
| 10:13:54 | 21 | between August and December of 2012, or did you |
| 10:13:58 | 22 | have additional training after that time? |
| 10:14:01 | 23 | **A.**  I would have to see the document. |

*McDermott - Rupp - 2/19/20*

13

| | | |
|---|---|---|
| 10:14:03 | 1 | **Q.**   Okay.  I'm going to try to find that. |
| 10:14:07 | 2 | I don't know if I put it in order. |
| 10:14:09 | 3 | So you have had a number of different |
| 10:14:11 | 4 | training modules, is that correct, or training |
| 10:14:14 | 5 | courses that you took? |
| 10:14:15 | 6 | **A.**   Throughout our career we continue |
| 10:14:18 | 7 | training. |
| 10:14:18 | 8 | **Q.**   Okay.  And that was going to be my |
| 10:14:19 | 9 | question.  So since you became an officer, you've |
| 10:14:22 | 10 | had additional training; is that right? |
| 10:14:23 | 11 | **A.**   Yes. |
| 10:14:23 | 12 | **MR. RUPP:**  Okay.  Let me see if we can get |
| 10:14:27 | 13 | this marked, and I'll show you what I'm talking |
| 10:14:30 | 14 | about. |
| 10:14:31 | 15 | Thank you, Anne. |
| | 16 | **The following was marked for Identification:** |
| | 17 | **EXH. 14            Buffalo Police Academy** |
| | 18 | **training record** |
| | 19 | **BY MR. RUPP:** |
| 10:15:26 | 20 | **Q.**   All right, Ms. McDermott, let me show |
| 10:15:29 | 21 | you a copy of Exhibit 14, which purports to be your |
| 10:15:32 | 22 | Buffalo Police Academy training record. |
| 10:15:36 | 23 | Do you see that title at the top of the |

*McDermott - Rupp - 2/19/20*

14

10:15:37  1  page?

10:15:38  2          **A.**    Yes.

10:15:38  3          **Q.**    But, in fact, you had already graduated

10:15:41  4  from the ECC program by the time the training

10:15:45  5  that's listed on this begins; is that right?

10:15:48  6          **A.**    Yes.

10:15:48  7          **Q.**    Okay.  So is the training that you

10:15:51  8  receive once you become an actual officer in the

10:15:55  9  field given through something known as the Buffalo

10:15:58 10  Police Academy?

10:15:59 11          **A.**    Yes.  We have -- there's ECC Training

10:16:01 12  Academy and then there's a Buffalo Police Academy

10:16:05 13  Division.

10:16:05 14          **Q.**    Okay.

10:16:05 15          **A.**    And that's where -- what all of this

10:16:07 16  would be.

10:16:07 17          **Q.**    All right.  So let's just pick the one

10:16:09 18  at the top.  2013 Glock qualification, which took

10:16:12 19  place on January 22nd, 2013, which was after ECC;

10:16:16 20  is that right?

10:16:17 21          **A.**    Yes.

10:16:17 22          **Q.**    Indicates that you took and completed

10:16:18 23  that course; is that right?

*McDermott - Rupp - 2/19/20*

15

| | | |
|---|---|---|
| 10:16:19 | 1 | **A.**   Yes. |
| 10:16:20 | 2 | **Q.**   And was that something that would |
| 10:16:23 | 3 | happen, you know, during a regularly scheduled |
| 10:16:26 | 4 | shift that you would be scheduled to go to the |
| 10:16:28 | 5 | police academy to do that? |
| 10:16:29 | 6 | **A.**   It depends.  Glock qualification is |
| 10:16:33 | 7 | qualifying with our firearm. |
| 10:16:34 | 8 | **Q.**   Right. |
| 10:16:35 | 9 | **A.**   So it would be during -- it would be at |
| 10:16:37 | 10 | the range.  So, generally, it would be during the |
| 10:16:38 | 11 | shift but not necessarily. |
| 10:16:42 | 12 | **Q.**   Okay.  So I guess what I'm getting at |
| 10:16:44 | 13 | is:  Was this training in addition to like your |
| 10:16:46 | 14 | regular, I assume, eight-hour shift or -- |
| 10:16:48 | 15 | **A.**   Ten-hour shifts. |
| 10:16:49 | 16 | **Q.**   -- ten-hour shift, or could it |
| 10:16:51 | 17 | happen -- mostly happen during your shift? |
| 10:16:53 | 18 | **A.**   It -- it is usually during the shift. |
| 10:16:55 | 19 | **Q.**   Okay.  And so the list of courses that |
| 10:17:00 | 20 | you took at ECC are not on here; is that right? |
| 10:17:03 | 21 | **A.**   Correct. |
| 10:17:03 | 22 | **Q.**   So if we wanted to see those, we would |
| 10:17:05 | 23 | have to get those records; is that right? |

*McDermott - Rupp - 2/19/20*

16

| | | |
|---|---|---|
| 10:17:09 | 1 | **A.**    Yes. |
| 10:17:09 | 2 | **Q.**    Okay.  But with respect to the training |
| 10:17:12 | 3 | that you've received through the Buffalo Police |
| 10:17:18 | 4 | Academy postECC, does this appear to be a full |
| 10:17:23 | 5 | listing of your training at least through the |
| 10:17:27 | 6 | date -- the last date that's referenced there, |
| 10:17:30 | 7 | February 20, 2019? |
| 10:17:33 | 8 | **A.**    Yes. |
| 10:17:33 | 9 | **Q.**    Okay.  And I note that you took |
| 10:17:36 | 10 | training -- there's training listed here for Tahoe |
| 10:17:41 | 11 | on May 2, 2014.  What is that training? |
| 10:17:45 | 12 | **A.**    We had previously had Crown Vics, and |
| 10:17:48 | 13 | we had just gotten a fleet of Tahoes, so we all had |
| 10:17:52 | 14 | to be trained on driving those Tahoes. |
| 10:17:54 | 15 | **Q.**    All right.  And you received that |
| 10:17:56 | 16 | training on May 2nd of 2014? |
| 10:17:58 | 17 | **A.**    Yes. |
| 10:17:59 | 18 | **Q.**    And completed that course? |
| 10:18:01 | 19 | **A.**    Yes. |
| 10:18:01 | 20 | **Q.**    And that was a four-hour course? |
| 10:18:02 | 21 | **A.**    Yes. |
| 10:18:02 | 22 | **Q.**    All right.  And on the date of the |
| 10:18:04 | 23 | incident involving Mr. Kistner, January 1st, 2017, |

*McDermott - Rupp - 2/19/20*

17

| 10:18:09 | 1 | were you driving a Tahoe? |
| 10:18:10 | 2 | **A.**    Yes. |
| 10:18:10 | 3 | **Q.**    All right.  And was that the same type |
| 10:18:11 | 4 | or model of Tahoe that you had trained on back in |
| 10:18:16 | 5 | 2014? |
| 10:18:16 | 6 | **A.**    I believe so. |
| 10:18:17 | 7 | **Q.**    All right.  And did you take any other |
| 10:18:19 | 8 | training on the operation -- the safe and lawful |
| 10:18:22 | 9 | operation of a Tahoe after May of 2014 and before |
| 10:18:29 | 10 | January 1st of 2017? |
| 10:18:32 | 11 | **A.**    I don't remember. |
| 10:18:33 | 12 | **Q.**    Okay.  Well, if you had, would it be |
| 10:18:35 | 13 | referenced on the Buffalo Police Academy training |
| 10:18:38 | 14 | record that's been marked as Exhibit 14? |
| 10:18:40 | 15 | **A.**    I believe so. |
| 10:18:40 | 16 | **Q.**    Okay.  Do you see anything there that |
| 10:18:43 | 17 | references either Tahoe in particular or any type |
| 10:18:46 | 18 | of driving training that you would have taken |
| 10:18:51 | 19 | between those two dates that I just gave you? |
| 10:18:53 | 20 | **A.**    I do not. |
| 10:18:54 | 21 | **Q.**    Okay.  And are there any other |
| 10:18:55 | 22 | references to any type of driver training anywhere |
| 10:18:59 | 23 | on Exhibit 14 that you can see? |

*McDermott - Rupp - 2/19/20*

18

10:19:10  1       **A.**    Not that I can see.

10:19:11  2       **Q.**    All right.  Did you take driver

10:19:12  3   training operating a police -- a patrol vehicle

10:19:17  4   while you were at the ECC program?

10:19:18  5       **A.**    Yes.

10:19:18  6       **Q.**    Okay.  And what type of vehicles did

10:19:20  7   you train on there?  Were those the Crown Vics?

10:19:22  8       **A.**    Yes.

10:19:23  9       **Q.**    Okay.  And when do -- did the Tahoes

10:19:29 10   first come into the police department where you

10:19:31 11   would have been at C District to either ride in one

10:19:33 12   or operate one?

10:19:33 13       **A.**    I don't know the exact date.

10:19:35 14       **Q.**    Did you start to drive one before you

10:19:37 15   had the Tahoe training, or was that required before

10:19:39 16   you could operate the Tahoe?

10:19:40 17       **A.**    I don't remember.

10:19:41 18       **Q.**    Okay.  All right.  And since -- since

10:19:49 19   2014, you haven't had any updated course -- courses

10:19:53 20   on operation of a patrol vehicle, to the best of

10:19:56 21   your knowledge?

10:19:57 22       **A.**    To the best of my knowledge, no.

10:19:59 23       **Q.**    Okay.  Fair enough.

*McDermott - Rupp - 2/19/20*

19

10:20:01   1          And, now, I see there's a reference, on the
10:20:05   2   second page of Exhibit 14, August 4, 2016, to law
10:20:09   3   enforcement and mental health.  Was that a
10:20:12   4   three-hour course that you took on that date?
10:20:14   5          **A.**    Yes.
10:20:14   6          **Q.**    And you completed it?
10:20:16   7          **A.**    Yes.
10:20:16   8          **Q.**    All right.  And had you also taken
10:20:18   9   a similar course as part of your ECC training?
10:20:22  10          **A.**    Yes.  I just don't know what it was
10:20:24  11   called.
10:20:24  12          **Q.**    Sure.
10:20:26  13          Do you see anything else on the list of
10:20:30  14   training courses that's marked as Exhibit 14 from
10:20:34  15   the Buffalo Police Academy that relates to law
10:20:38  16   enforcement and mental health or just the mental
10:20:41  17   health part of it?
10:20:42  18          **MS. HUGGINS:**  Form.  You can answer.
10:20:43  19          **THE WITNESS:**  I took CIT crisis services
10:20:47  20   training in December of '18.
10:20:48  21          **BY MR. RUPP:**
10:20:49  22          **Q.**    And what is CIT?
10:20:50  23          **A.**    It is -- gosh.  I'm drawing a blank.

*McDermott - Rupp - 2/19/20*

20

10:21:01  1    Sorry.  I'm drawing a blank.

10:21:02  2         **Q.**    That's okay.  That's okay.

10:21:03  3         **A.**    It's -- has to do with mental health.

10:21:07  4    People -- dealing with people with mental health

10:21:08  5    issues.

10:21:09  6         **Q.**    Fair enough.

10:21:10  7         And was there any other --

10:21:11  8         **A.**    Crisis intervention training.

10:21:13  9    I apologize.

10:21:14  10        **Q.**    That's okay.  Thanks for coming up with

10:21:16  11   it.

10:21:16  12        Anything prior to January '17 -- January 1

10:21:22  13   of 2017, aside from the law enforcement and mental

10:21:24  14   health that's referenced there, that deals in any

10:21:26  15   way with -- with mental health on the Exhibit 14?

10:21:30  16        **A.**    No.

10:21:30  17        **Q.**    Okay.  All right.  So as far as you

10:21:34  18   know, as of January 1, 2017, you were -- you were

10:21:37  19   current and up to date in all of your required

10:21:39  20   training?

10:21:39  21        **A.**    Yes.

10:21:39  22        **Q.**    Okay.  All right.  Now, let's -- I want

10:21:50  23   to go back into the -- I'm going to direct my

*McDermott - Rupp - 2/19/20*

21

| | | |
|---|---|---|
| 10:21:53 | 1 | questions, I think, to the latter part of 2016. |
| 10:21:56 | 2 | I want to ask you some questions about that |
| 10:22:00 | 3 | period leading up to January 1st of 2017.  So the |
| 10:22:04 | 4 | last six months of 2016, did you -- did you have |
| 10:22:11 | 5 | a -- did you have a partner? |
| 10:22:13 | 6 | How did -- how did the BPD work, in at least |
| 10:22:15 | 7 | C District, in terms of whether you were -- were |
| 10:22:19 | 8 | singularly operating a patrol vehicle or you had |
| 10:22:21 | 9 | a partner? |
| 10:22:22 | 10 | A.   Buffalo's technically single-person |
| 10:22:26 | 11 | cars, but we're so short on vehicles that we -- |
| 10:22:30 | 12 | I would normally double up and ride with another |
| 10:22:33 | 13 | officer. |
| 10:22:33 | 14 | Q.   All right.  And did you have |
| 10:22:34 | 15 | a particular officer that you would normally |
| 10:22:37 | 16 | double up with ride with? |
| 10:22:38 | 17 | A.   Yes. |
| 10:22:38 | 18 | Q.   And who was that person? |
| 10:22:39 | 19 | A.   Jenny Velez. |
| 10:22:41 | 20 | Q.   And is she here today? |
| 10:22:42 | 21 | A.   Yes. |
| 10:22:43 | 22 | Q.   Okay.  And when did you essentially |
| 10:22:46 | 23 | first start doubling up with her? |

*McDermott - Rupp - 2/19/20*

22

10:22:48  1        And I don't mean the very first time you --
10:22:50  2  you rode with her, but when did you routinely start
10:22:52  3  doubling up with her as your partner in the single
10:22:56  4  patrol vehicle?
10:22:58  5        A.   I believe that year I went to day shift.
10:23:04  6  I don't even remember the month.
10:23:07  7        Q.   Had you been night shift before or
10:23:09  8  a different shift?
10:23:10  9        A.   I was nights, then afternoons, then
10:23:12 10  days.
10:23:13 11        Q.   Okay.  And you told me the shift is ten
10:23:15 12  hours, so a day shift starts when and ends when?
10:23:18 13        A.   6 a.m. to 4 p.m.
10:23:20 14        Q.   Okay.  And so in the latter half or the
10:23:23 15  last six months of 2016, were you day shift at that
10:23:28 16  time?
10:23:28 17        A.   I believe so.  I'm trying to remember
10:23:30 18  the exact, because I was on -- I was only on
10:23:35 19  afternoons for, at the time, like maybe seven
10:23:37 20  months.  I just don't remember the exact --
10:23:40 21        Q.   Transition date?
10:23:41 22        A.   Yeah.  The date frames.
10:23:42 23        Q.   Okay.  Fair enough.

*McDermott - Rupp - 2/19/20*

23

| | | |
|---|---|---|
| 10:23:43 | 1 | But as of January 1, 2017, that was a day |
| 10:23:47 | 2 | shift assignment; is that right? |
| 10:23:48 | 3 | **A.** Yes. Yes. |
| 10:23:49 | 4 | **Q.** Okay. And as of that point, you had |
| 10:23:52 | 5 | been, as you put it, doubling up with then-Officer |
| 10:23:57 | 6 | Velez in your patrol vehicle; is that right? Or in |
| 10:24:00 | 7 | a patrol vehicle? |
| 10:24:00 | 8 | **A.** A patrol vehicle. |
| 10:24:03 | 9 | **Q.** Okay. And that -- I guess I'll ask |
| 10:24:04 | 10 | that next. Did you have a particular patrol |
| 10:24:06 | 11 | vehicle that was assigned to you, or did you take |
| 10:24:07 | 12 | what the fleet had available? |
| 10:24:09 | 13 | **A.** It -- it would depend. I mean, it -- |
| 10:24:14 | 14 | what they had available. Sometimes we would take |
| 10:24:15 | 15 | the same car, but they go down for maintenance |
| 10:24:18 | 16 | routinely. So if it was available, we generally |
| 10:24:21 | 17 | took the same car, mostly because we kept it, you |
| 10:24:27 | 18 | know, clean, and it was -- it was -- you know, but |
| 10:24:30 | 19 | it would depend. |
| 10:24:31 | 20 | **Q.** Okay. And the -- the cars, if I -- if |
| 10:24:35 | 21 | I recall correctly, are assigned by district; is |
| 10:24:37 | 22 | that right? |
| 10:24:37 | 23 | **A.** Yes. |

*McDermott - Rupp - 2/19/20*

24

| | | |
|---|---|---|
| 10:24:37 | 1 | **Q.**  Okay.  So, and where is -- where is |
| 10:24:41 | 2 | A District -- or C District located? |
| 10:24:43 | 3 | **A.**  693 East Ferry Street. |
| 10:24:45 | 4 | **Q.**  Okay.  And is that where you would |
| 10:24:47 | 5 | report in the morning? |
| 10:24:48 | 6 | **A.**  Yes. |
| 10:24:49 | 7 | **Q.**  And what time would you -- would you |
| 10:24:52 | 8 | arrive, typically, at 693 East Ferry either to |
| 10:24:56 | 9 | begin your shift or to prepare to begin your shift? |
| 10:24:58 | 10 | **A.**  Prior to 6 a.m.  We have to be ready to |
| 10:25:05 | 11 | go at 6.  So usually 10 or 5 to. |
| 10:25:10 | 12 | **Q.**  Okay.  And would you receive any type |
| 10:25:12 | 13 | of a briefing at that time, or was it just kind of |
| 10:25:15 | 14 | get ready and, you know, be -- be ready to be |
| 10:25:18 | 15 | dispatched at 6 a.m.? |
| 10:25:19 | 16 | **A.**  Briefing. |
| 10:25:20 | 17 | **Q.**  Okay.  And who would provide the |
| 10:25:21 | 18 | briefing? |
| 10:25:21 | 19 | **A.**  The lieutenant. |
| 10:25:22 | 20 | **Q.**  Okay.  And as of -- well, I'll go to |
| 10:25:26 | 21 | January 1st of 2017.  Who -- who was the lieutenant |
| 10:25:28 | 22 | at C District at that time? |
| 10:25:30 | 23 | **A.**  That day, it was Lieutenant McHugh. |

*McDermott - Rupp - 2/19/20*

25

| | | |
|---|---|---|
| 10:25:32 | 1 | **Q.**   Okay.  And how do you spell McHugh? |
| 10:25:33 | 2 | **A.**   M-C-H-U-G-H. |
| 10:25:37 | 3 | **Q.**   And had Lieutenant McHugh -- I know |
| 10:25:40 | 4 | that January 1st of 2017 was the beginning of a new |
| 10:25:43 | 5 | year, so were there changes at -- at C District |
| 10:25:46 | 6 | starting on that day versus the preceding, you |
| 10:25:51 | 7 | know, month of December 2016? |
| 10:25:52 | 8 | **A.**   No.  It was our double-up day, which |
| 10:25:55 | 9 | means that both platoons work on the same day. |
| 10:25:59 | 10 | It's every 15-day cycle, a double-up day |
| 10:26:03 | 11 | occurs.  So at the time, he was the lieutenant of |
| 10:26:06 | 12 | the platoon opposite of me. |
| 10:26:08 | 13 | **Q.**   Okay. |
| 10:26:09 | 14 | **A.**   But he was the lieutenant working that |
| 10:26:10 | 15 | day. |
| 10:26:11 | 16 | **Q.**   All right.  So tell me about platoons |
| 10:26:13 | 17 | at the district.  How -- how does that work?  How |
| 10:26:17 | 18 | does a platoon work? |
| 10:26:18 | 19 | **A.**   So there's two different sides of who's |
| 10:26:22 | 20 | working.  We generally call them sides.  That's how |
| 10:26:25 | 21 | I refer to them. |
| 10:26:25 | 22 | **Q.**   Okay. |
| 10:26:26 | 23 | **A.**   So it would be who's working when we're |

*McDermott - Rupp - 2/19/20*

26

| | | |
|---|---|---|
| 10:26:29 | 1 | working and then who's working when we're on our |
| 10:26:33 | 2 | days off. |
| 10:26:33 | 3 | **Q.**   Okay.  And so, obviously -- |
| 10:26:35 | 4 | **A.**   There's an A side and a B side. |
| 10:26:36 | 5 | **Q.**   So, obviously, there's coverage 365 |
| 10:26:39 | 6 | days a year. |
| 10:26:40 | 7 | **A.**   Correct. |
| 10:26:40 | 8 | **Q.**   Out of each district. |
| 10:26:41 | 9 | **A.**   Yes. |
| 10:26:41 | 10 | **Q.**   And so you're -- you're mirrored up |
| 10:26:43 | 11 | with a platoon that works when you're not working |
| 10:26:45 | 12 | and you work when they're not working. |
| 10:26:47 | 13 | **A.**   Correct. |
| 10:26:47 | 14 | **Q.**   All right.  And that's by shift as |
| 10:26:49 | 15 | well, right? |
| 10:26:49 | 16 | **A.**   Yes. |
| 10:26:49 | 17 | **Q.**   Now, do you actually have like |
| 10:26:52 | 18 | a counterpart officer on your platoon that -- or |
| 10:26:53 | 19 | was it -- was it not scheduled down to that |
| 10:26:56 | 20 | molecular level? |
| 10:26:57 | 21 |      In other words, did they just put people on |
| 10:26:59 | 22 | day shift, or did you actually have somebody who |
| 10:27:01 | 23 | worked opposite you every time you were off and you |

*McDermott - Rupp - 2/19/20*

27

| 10:27:03 | 1 | worked opposite he or -- him or her every time -- |
| 10:27:07 | 2 | **A.** Not in -- it's not quite down to that |
| 10:27:10 | 3 | level. |
| 10:27:10 | 4 | **Q.** Okay. So, but by platoon, they'll |
| 10:27:14 | 5 | schedule somebody on your shift when you're off. |
| 10:27:16 | 6 | **A.** Correct. |
| 10:27:16 | 7 | **Q.** Okay. All right. And so Lieutenant |
| 10:27:21 | 8 | McHugh was typically -- was the lieutenant for the |
| 10:27:23 | 9 | other platoon, but on this double-up day, he was |
| 10:27:25 | 10 | the lieutenant for the entire district; is that |
| 10:27:29 | 11 | right? |
| 10:27:29 | 12 | **A.** Yes. |
| 10:27:29 | 13 | **Q.** During your day shift. |
| 10:27:32 | 14 | **A.** Yes. |
| 10:27:32 | 15 | **Q.** Okay. And I assume there's |
| 10:27:33 | 16 | a lieutenant on duty for each one of the shifts. |
| 10:27:35 | 17 | **A.** Yes. |
| 10:27:35 | 18 | **Q.** All right. You were a -- what was your |
| 10:27:39 | 19 | title? You were -- |
| 10:27:40 | 20 | **A.** Police officer. |
| 10:27:41 | 21 | **Q.** You were a police officer at that time. |
| 10:27:45 | 22 | Were there any other levels of supervision |
| 10:27:47 | 23 | between you and Lieutenant McHugh? |

*McDermott - Rupp - 2/19/20*

28

| | | |
|---|---|---|
| 10:27:50 | 1 | **A.**  No. |
| 10:27:50 | 2 | **Q.**  Okay.  Are there any levels of |
| 10:27:54 | 3 | supervision above Lieutenant McHugh at the |
| 10:27:57 | 4 | district? |
| 10:27:57 | 5 | **A.**  Yes. |
| 10:27:57 | 6 | **Q.**  And who would be, at the district, |
| 10:27:59 | 7 | ahead of Lieutenant McHugh? |
| 10:28:00 | 8 | **A.**  Captain. |
| 10:28:01 | 9 | **Q.**  Okay.  Was there always a captain on |
| 10:28:03 | 10 | duty? |
| 10:28:03 | 11 | **A.**  No. |
| 10:28:04 | 12 | **Q.**  Okay.  What would determine whether |
| 10:28:06 | 13 | a captain would be present at the district? |
| 10:28:10 | 14 | **A.**  Depending what their shifts are. |
| 10:28:12 | 15 | **Q.**  Okay.  But they were assigned -- |
| 10:28:16 | 16 | they're district captains, not BPD at large |
| 10:28:19 | 17 | captains. |
| 10:28:19 | 18 | **A.**  They're district captains, not shift |
| 10:28:23 | 19 | captains. |
| 10:28:23 | 20 | **Q.**  Okay.  Are -- is there such a thing as |
| 10:28:26 | 21 | a shift captain? |
| 10:28:28 | 22 | **A.**  No. |
| 10:28:28 | 23 | **Q.**  Okay.  All right.  So as between you |

*McDermott - Rupp - 2/19/20*

29

| | | |
|---|---|---|
| 10:28:31 | 1 | and Officer Velez at the time, January 1st of 2017, |
| 10:28:35 | 2 | which one of you had been with the police department |
| 10:28:39 | 3 | longer? |
| 10:28:39 | 4 | **A.**   I had. |
| 10:28:40 | 5 | **Q.**   Okay.  And do you know how long you had |
| 10:28:42 | 6 | been with the department -- we can do the math. |
| 10:28:46 | 7 | As of January 1, 2017, you had been with the |
| 10:28:52 | 8 | department for -- well, not quite five years; is |
| 10:28:52 | 9 | that right? |
| 10:29:00 | 10 | **A.**   Yes. |
| 10:29:00 | 11 | **Q.**   Okay.  And how long had Officer Velez |
| 10:29:04 | 12 | been with the department? |
| 10:29:05 | 13 | **A.**   I believe she's the academy class one |
| 10:29:07 | 14 | or two after me. |
| 10:29:08 | 15 | **Q.**   Okay. |
| 10:29:08 | 16 | **A.**   So six months to a year difference, |
| 10:29:11 | 17 | I believe. |
| 10:29:11 | 18 | **Q.**   So how was it that the two of you |
| 10:29:14 | 19 | were -- were paired up when there were not enough |
| 10:29:18 | 20 | patrol vehicles and you were doing the -- the |
| 10:29:23 | 21 | double-person riding? |
| 10:29:23 | 22 | **MS. HUGGINS:**   Form.  You can answer. |
| 10:29:24 | 23 | **MR. RUPP:**   Strike it. |

*McDermott - Rupp - 2/19/20*

30

| | | |
|---|---|---|
| 10:29:25 | 1 | How was it that you were paired up with -- |
| 10:29:28 | 2 | with Officer Velez? |
| 10:29:30 | 3 | **THE WITNESS:**  By choice. |
| 10:29:30 | 4 | **BY MR. RUPP:** |
| 10:29:30 | 5 | **Q.**   Okay.  You got to pick? |
| 10:29:31 | 6 | **A.**   Yes. |
| 10:29:31 | 7 | **Q.**   Was there any effort to match, you |
| 10:29:34 | 8 | know, lesser experienced officers with more |
| 10:29:36 | 9 | experienced officers when you -- |
| 10:29:37 | 10 | **A.**   No. |
| 10:29:37 | 11 | **Q.**   -- doubled up like that? |
| 10:29:38 | 12 | **A.**   No. |
| 10:29:39 | 13 | **Q.**   Okay.  And how was it that you and |
| 10:29:41 | 14 | Officer Velez -- I assume it was mutual -- chose |
| 10:29:43 | 15 | each other? |
| 10:29:45 | 16 | **A.**   We were friends.  I mean -- |
| 10:29:48 | 17 | **Q.**   Did you become -- were you friends |
| 10:29:49 | 18 | before you joined the police department or -- |
| 10:29:51 | 19 | **A.**   No.  We met on the job. |
| 10:29:52 | 20 | **Q.**   Okay.  And do you remain friends with |
| 10:29:56 | 21 | her to this day? |
| 10:29:56 | 22 | **A.**   Yes. |
| 10:29:57 | 23 | **Q.**   All right.  And do you still -- you're |

*McDermott - Rupp - 2/19/20*

31

| | | |
|---|---|---|
| 10:29:58 | 1 | a detective now, so you're not riding patrol. |
| 10:30:01 | 2 | **A.**   Correct. |
| 10:30:01 | 3 | **Q.**   Okay.  As is Ms. Velez? |
| 10:30:05 | 4 | **A.**   She's a lieutenant. |
| 10:30:06 | 5 | **Q.**   She's a lieutenant now.  Okay.  So you |
| 10:30:07 | 6 | don't ride together anymore. |
| 10:30:10 | 7 | **A.**   Correct. |
| 10:30:11 | 8 | **Q.**   Okay.  And you're still with -- with |
| 10:30:13 | 9 | C District? |
| 10:30:14 | 10 | **A.**   A District. |
| 10:30:15 | 11 | **Q.**   I'm sorry.  A District is where you are |
| 10:30:17 | 12 | now. |
| 10:30:19 | 13 | Is she -- what district is she with now? |
| 10:30:21 | 14 | **A.**   C. |
| 10:30:21 | 15 | **Q.**   Okay.  She remained with C. |
| 10:30:24 | 16 | All right.  Prior to your deposition here |
| 10:30:33 | 17 | today, Ms. McDermott, did you review any |
| 10:30:34 | 18 | documentation at all? |
| 10:30:35 | 19 | **A.**   Yes. |
| 10:30:35 | 20 | **Q.**   All right.  What did you review? |
| 10:30:39 | 21 | **A.**   There's a lot of documents that we |
| 10:30:41 | 22 | reviewed. |
| 10:30:42 | 23 | **Q.**   When did you do that review? |

*McDermott - Rupp - 2/19/20*

32

| | | |
|---|---|---|
| 10:30:43 | 1 | **A.**   Yesterday. |
| 10:30:44 | 2 | **Q.**   Okay.  And how long -- where did that |
| 10:30:46 | 3 | take place? |
| 10:30:47 | 4 | **A.**   Maeve's office. |
| 10:30:49 | 5 | **Q.**   Okay.  And approximately how long did |
| 10:30:51 | 6 | you -- did your review of documents take place? |
| 10:30:54 | 7 | **A.**   A couple hours. |
| 10:30:55 | 8 | **Q.**   Okay.  And -- and what in particular |
| 10:30:59 | 9 | did you review? |
| 10:31:00 | 10 | Did you review any documents that you signed |
| 10:31:01 | 11 | or arrest records relative to the incident |
| 10:31:05 | 12 | involving Mr. Kistner? |
| 10:31:06 | 13 | **A.**   Yes.  We reviewed the arrest records. |
| 10:31:08 | 14 | **Q.**   Okay.  What else did you review? |
| 10:31:10 | 15 | **A.**   Video. |
| 10:31:11 | 16 | **Q.**   All right.  Is that video -- |
| 10:31:13 | 17 | surveillance video of the incident? |
| 10:31:14 | 18 | **A.**   Yes. |
| 10:31:14 | 19 | **Q.**   That was produced by our office? |
| 10:31:16 | 20 | **A.**   Yes. |
| 10:31:16 | 21 | **Q.**   Okay.  Had you seen that previously? |
| 10:31:18 | 22 | **A.**   Yes. |
| 10:31:18 | 23 | **Q.**   And when -- when is the first time you |

*McDermott - Rupp - 2/19/20*

33

| | | |
|---|---|---|
| 10:31:21 | 1 | had seen that surveillance video? |
| 10:31:24 | 2 | **A.**   I believe it was after we were served |
| 10:31:28 | 3 | with the -- or I was served with the paperwork for |
| 10:31:30 | 4 | the lawsuit. |
| 10:31:33 | 5 | **Q.**   At any time prior to being served with |
| 10:31:35 | 6 | the lawsuit, had you been contacted by anyone from |
| 10:31:39 | 7 | internal affairs at the Buffalo Police Department? |
| 10:31:42 | 8 | **A.**   No. |
| 10:31:44 | 9 | **Q.**   Are -- were you ever aware of any |
| 10:31:47 | 10 | internal affairs investigations -- |
| 10:31:48 | 11 | **A.**   Excuse me. |
| 10:31:49 | 12 | **Q.**   -- relative to the arrest of |
| 10:31:51 | 13 | Mr. Kistner on -- and the episode on January 1 of |
| 10:31:56 | 14 | 2017? |
| 10:31:56 | 15 | **A.**   No. |
| 10:31:57 | 16 | **Q.**   Are you aware of one now? |
| 10:31:58 | 17 | **A.**   No. |
| 10:31:58 | 18 | **Q.**   Have you ever been contacted by |
| 10:32:01 | 19 | internal affairs? |
| 10:32:02 | 20 | **A.**   No. |
| 10:32:02 | 21 | **Q.**   Okay.  And you're not -- you're not |
| 10:32:05 | 22 | aware of whether they have an open investigation |
| 10:32:07 | 23 | or -- or have never opened one at this time. |

*McDermott - Rupp - 2/19/20*

34

| | | |
|---|---|---|
| 10:32:09 | 1 | **A.**    I'm not aware. |
| 10:32:10 | 2 | **MS. HUGGINS:**   Form. |
| 10:32:10 | 3 | **BY MR. RUPP:** |
| 10:32:10 | 4 | **Q.**    Okay.  Have you ever been disciplined |
| 10:32:22 | 5 | for any reason as a police officer or a police |
| 10:32:24 | 6 | detective? |
| 10:32:24 | 7 | **MS. HUGGINS:**   Form, and a 50-A objection, to |
| 10:32:27 | 8 | the extent it applies.  You may answer. |
| 10:32:30 | 9 | **THE WITNESS:**   Can you define discipline? |
| 10:32:32 | 10 | **BY MR. RUPP:** |
| 10:32:33 | 11 | **Q.**    Well, any type of I guess black mark in |
| 10:32:35 | 12 | your -- in your record where you were reprimanded, |
| 10:32:38 | 13 | where you were censured, where you were disciplined |
| 10:32:40 | 14 | in any way? |
| 10:32:42 | 15 | **A.**    Not anything that would be like a |
| 10:32:45 | 16 | reprimand or a suspension, but I guess if you were |
| 10:32:50 | 17 | to say disciplined in any way, I don't know if |
| 10:32:52 | 18 | I would use the word disciplined, but I've had to |
| 10:32:57 | 19 | speak with, say, a lieutenant or a captain |
| 10:33:00 | 20 | regarding an instance on a call. |
| 10:33:06 | 21 | **Q.**    Okay.  And approximately how many times |
| 10:33:08 | 22 | have you had to do that? |
| 10:33:11 | 23 | **A.**    Not very many, but I couldn't -- I |

*McDermott - Rupp - 2/19/20*

35

10:33:15  1 | couldn't say.

10:33:15  2 |        Q.   All right.  So nothing that resulted in

10:33:17  3 | any type of suspension?

10:33:18  4 |        A.   No.

10:33:18  5 |        Q.   Nothing that resulted in any type of

10:33:21  6 | official reprimand?

10:33:22  7 |        A.   Correct.

10:33:22  8 |        Q.   Okay.  And nothing that resulted in

10:33:24  9 | anything in your -- in your personal personnel file

10:33:27 10 | that would be considered a black mark?

10:33:29 11 |        A.   Correct.

10:33:29 12 |        **MS. HUGGINS:**  Form objection and a 50-A, to

10:33:32 13 | the extent that that applies.

10:33:35 14 |        **BY MR. RUPP:**

10:33:36 15 |        Q.   All right.  When you received your

10:33:42 16 | training on the Tahoe -- well, let's go back to

10:33:45 17 | ECC.  When you received your training on the

10:33:47 18 | Crown Vic and patrol vehicles generally, what kind

10:33:49 19 | of training was that?  What did you receive?

10:33:52 20 |        A.   I believe it was a week-long training.

10:33:55 21 | It was out at the airport, and it was different

10:34:00 22 | types of driving, maneuvering.  You know, we do

10:34:06 23 | have to drive fast sometimes.  Driving fast,

*McDermott - Rupp - 2/19/20*

36

10:34:10  1  driving, you know, with lights on, sirens.  Stuff

10:34:12  2  like that.

10:34:12  3      **Q.**   What about when you're not driving

10:34:14  4  fast?  Are police officers required to obey the

10:34:16  5  rules of the road?

10:34:17  6      **A.**   Yes.

10:34:17  7      **Q.**   All right.  So if you're not in an

10:34:19  8  emergency situation, are you an ordinary driver

10:34:21  9  like everyone else?

10:34:22  10      **A.**   Yes.

10:34:22  11      **Q.**   Okay.  No -- no exemptions, no -- you

10:34:27  12  don't have to obey a stop sign or you can go

10:34:30  13  through a red light if there's a nonemergency?

10:34:32  14      **MS. HUGGINS:**   Form.

10:34:32  15      **THE WITNESS:**   I believe we have an exception

10:34:35  16  regarding -- I believe we're allowed to use our

10:34:38  17  cell phones to make a call.

10:34:40  18      **BY MR. RUPP:**

10:34:40  19      **Q.**   Okay.  How about my question, though,

10:34:43  20  relates more to the operation of the vehicle

10:34:45  21  itself.  I understand a cell phone is a -- is

10:34:47  22  a violation, so I appreciate that, but any -- any

10:34:50  23  vehicle and traffic rules or regulations or

*McDermott - Rupp - 2/19/20*

37

| 10:34:52 | 1 | statutes that you're, like, allowed to violate |
| 10:34:56 | 2 | beyond that one as you're operating a vehicle in |
| 10:34:58 | 3 | a nonemergency situation? |

10:34:52  1  statutes that you're, like, allowed to violate

10:34:56  2  beyond that one as you're operating a vehicle in

10:34:58  3  a nonemergency situation?

10:34:59  4       **MS. HUGGINS:**  Form.  You may answer.

10:35:00  5       **THE WITNESS:**  Not that I'm aware.

10:35:01  6       **BY MR. RUPP:**

10:35:02  7       **Q.**   Okay.  And just because there was

10:35:03  8  a form objection, are there any vehicle and traffic

10:35:07  9  laws other than cell phone usage while driving that

10:35:10 10  you are exempt from in a nonemergency situation?

10:35:12 11       **A.**   I don't believe so.

10:35:14 12       **Q.**   Okay.  And you don't remember anything

10:35:16 13  from your training at ECC that said, you know,

10:35:18 14  don't worry about this, that doesn't apply to you?

10:35:20 15       **A.**   Not that I remember.

10:35:21 16       **Q.**   Okay.  And what about the training you

10:35:22 17  received on the Tahoe that we discussed as part of

10:35:26 18  Exhibit 14, the Buffalo -- Buffalo Police Academy

10:35:29 19  training records?

10:35:31 20       Were -- were you taught or instructed that

10:35:33 21  there were any -- other than the cell phone, that

10:35:37 22  there were any vehicle and traffic statutes that

10:35:39 23  you didn't have to obey in a nonemergency

*McDermott - Rupp - 2/19/20*

38

10:35:41  1  situation?

10:35:41  2      **A.**   I don't believe so.

10:35:42  3      **Q.**   Okay.  And what constitutes an -- an

10:35:44  4  emergency situation?

10:35:46  5      When is it that you do get to, you know,

10:35:51  6  I guess, for lack of a better term, violate the

10:35:55  7  vehicle and traffic law while you're engaged in

10:35:57  8  a high -- high-speed pursuit?

10:35:59  9      **MS. HUGGINS:**  Form.  You may answer.

10:36:01 10      **MR. RUPP:**  Strike it.

10:36:02 11      What constitutes an emergency situation?

10:36:05 12      **THE WITNESS:**  It would -- it would depend.

10:36:06 13      **BY MR. RUPP:**

10:36:06 14      **Q.**   All right.  Well, if -- if you are in

10:36:08 15  an emergency situation, would you activate your

10:36:12 16  warning lights on the patrol vehicle that you're

10:36:14 17  driving?

10:36:15 18      **A.**   It would all depend on the situation.

10:36:17 19      **Q.**   Okay.  So can there be emergency

10:36:20 20  situations where you don't activate the -- the

10:36:24 21  warning lights on the vehicle but you consider

10:36:26 22  yourself to be exempt from the vehicle and traffic

10:36:28 23  laws?

*McDermott - Rupp - 2/19/20*

39

10:36:30  1        **A.**    There are times where I'm going to

10:36:34  2   a call where I wouldn't necessarily want the siren

10:36:38  3   and -- because I don't want someone to hear when

10:36:41  4   I'm coming.  Say a burglary in progress.

10:36:43  5        **Q.**    Okay.  Fair enough.

10:36:45  6        **A.**    But we would still get there quickly.

10:36:48  7        **Q.**    So other than those circumstances, if

10:36:50  8   you're going to be, for example, exceeding the

10:36:52  9   speed limit, will you always activate your siren?

10:36:55 10        **A.**    No.

10:36:57 11        **Q.**    Okay.  So how do you -- how -- when is

10:36:59 12   it that you consider yourself to be exempt from

10:37:02 13   certain vehicle and traffic law statutes then?

10:37:06 14        What -- what is -- what is it in your

10:37:07 15   training or experience that tells you:  I can speed

10:37:10 16   or I can go through a light or a stop sign?  What

10:37:14 17   triggers that for you?

10:37:15 18        **MS. HUGGINS:**  Form.  You can answer.

10:37:18 19        **THE WITNESS:**  So going through a light or

10:37:19 20   a stop sign, the lights would be activated.

10:37:21 21        **BY MR. RUPP:**

10:37:21 22        **Q.**    Well, that's my point.  So -- so

10:37:23 23   when -- when is it that you decide to activate the

*McDermott - Rupp - 2/19/20*

40

| | | |
|---|---|---|
| 10:37:26 | 1 | lights then? |
| 10:37:28 | 2 | A.   Are you asking like is it -- are the |
| 10:37:30 | 3 | lights activated through my entire route from where |
| 10:37:33 | 4 | I am, to the emergency call? |
| 10:37:34 | 5 | Q.   Well, I'm asking you, yeah, if you get |
| 10:37:37 | 6 | dispatched to an emergency call and you need to |
| 10:37:38 | 7 | speed to get there, do you activate your lights and |
| 10:37:41 | 8 | sirens? |
| 10:37:41 | 9 | A.   Generally, yes. |
| 10:37:42 | 10 | Q.   Okay.  And you told me already about |
| 10:37:44 | 11 | instances where you -- you may not want to announce |
| 10:37:49 | 12 | that you're coming, and that might be -- are there |
| 10:37:52 | 13 | any other instances where you might be, for |
| 10:37:55 | 14 | example, exceeding the speed limit but you don't |
| 10:37:57 | 15 | activate your lights or sirens? |
| 10:37:58 | 16 | MS. HUGGINS:  Form.  You can answer. |
| 10:38:00 | 17 | THE WITNESS:  Again, it would be |
| 10:38:04 | 18 | situational. |
| 10:38:05 | 19 | BY MR. RUPP: |
| 10:38:06 | 20 | Q.   Well, what types of situations, other |
| 10:38:07 | 21 | than the one you mentioned where you don't want to |
| 10:38:10 | 22 | let a burglar in process know that you're coming, |
| 10:38:13 | 23 | that you might violate vehicle and traffic laws but |

*McDermott - Rupp - 2/19/20*

41

10:38:17  1 | wouldn't activate your lights and siren?

10:38:19  2 |         **A.**    Well, lights and siren, I -- I kind of

10:38:21  3 | keep those separate.

10:38:22  4 |         **Q.**    Okay.

10:38:22  5 |         **A.**    Because, again, siren -- you're not

10:38:26  6 | necessarily driving to the entire call with your

10:38:28  7 | siren blaring.

10:38:28  8 |         **Q.**    Okay.

10:38:29  9 |         **A.**    It would be generally the lights would

10:38:32 10 | be on --

10:38:32 11 |         **Q.**    Okay.

10:38:33 12 |         **A.**    -- yes, if I'm speeding.

10:38:34 13 |         **Q.**    All right.  Are there any other reasons

10:38:35 14 | why you would speed but not turn on your lights,

10:38:38 15 | other than the one you mentioned?

10:38:39 16 |         **A.**    There may have been times.  I can't

10:38:41 17 | think of an exact instance.

10:38:45 18 |         **Q.**    Okay.  All right.  I want to ask you

10:38:57 19 | some questions about some documents that maybe

10:38:59 20 | you've already seen, but I'll go through some of

10:39:03 21 | them.

10:39:03 22 |         Now, as a patrol officer with C District,

10:39:15 23 | did you have a particular designation or an

*McDermott - Rupp - 2/19/20*

42

10:39:20 1  alphanumeric code that you referred to yourself as

10:39:23 2  when you radioed in something to headquarters or

10:39:27 3  dispatch?

10:39:27 4          **A.**    Yes.  We refer to them as call signs.

10:39:30 5          **Q.**    Okay.  And what was your call sign, as

10:39:32 6  of January 1 of 2017?

10:39:36 7          **A.**    That day it was different because it

10:39:39 8  was double-up day.

10:39:40 9          **Q.**    Ah, okay.  So how does that work?  What

10:39:43 10 was it normally?

10:39:45 11         **A.**    I believe it was C, for Charlie, 232 or

10:39:52 12 233.

10:39:54 13         **Q.**    Okay.  So why would that change?

10:39:56 14 Or just out of curiosity, why didn't you have like

10:39:59 15 the same one that always referred to you?

10:40:01 16         **A.**    Because on -- on our days off there's

10:40:04 17 other officers that have those same call signs, so

10:40:06 18 that's not my call sign that I hold on to.  That --

10:40:10 19 it's shared with other officers.

10:40:11 20         **Q.**    So you had to know each day what your

10:40:14 21 call sign was?

10:40:14 22         **A.**    It would stay the same on my shift --

10:40:17 23         **Q.**    Right.

McDermott - Rupp - 2/19/20

43

10:40:17  1        A.      -- for -- for me, but on my days off,

10:40:19  2    it belonged to a different officer.  So on

10:40:22  3    double-up days, it would be two people that

10:40:25  4    would have that call sign, so one of us would

10:40:28  5    get a different call sign.

10:40:28  6        Q.      So on the double-up day that was

10:40:31  7    January 1 of 2017, you gave up your usual call sign

10:40:34  8    and went with one for that day.

10:40:36  9        A.      Correct.

10:40:36 10        Q.      And do you recall what that was?

10:40:38 11        A.      I think it was -- it's -- it was either

10:40:41 12    241 or 242.

10:40:43 13        Q.      Okay.  And was Ms. Velez the other one

10:40:48 14    that you weren't?

10:40:49 15        A.      Yes.

10:40:49 16        Q.      Okay.  So I believe you were C241 and

10:40:54 17    she was C242.  Does that make sense to you?

10:40:56 18        A.      Yes.

10:40:56 19        Q.      Okay.  But was that -- was hers also

10:41:01 20    a temporary?

10:41:01 21        A.      Yes.

10:41:01 22        Q.      For the double-up day.

10:41:04 23        A.      Yes.

*McDermott - Rupp - 2/19/20*

44

| | | |
|---|---|---|
| 10:41:04 | 1 | **Q.**   For the reasons you explained. |
| 10:41:06 | 2 | **A.**   Yes. |
| 10:41:06 | 3 | **Q.**   Okay.  And so when would you use that |
| 10:41:07 | 4 | call sign?  When you're on the radio or other |
| 10:41:10 | 5 | times?  When would you use that call sign? |
| 10:41:11 | 6 | **A.**   Yes, to communicate with radio. |
| 10:41:13 | 7 | **Q.**   Okay.  Any other reasons you would use |
| 10:41:15 | 8 | that call sign? |
| 10:41:16 | 9 | **A.**   On paperwork. |
| 10:41:17 | 10 | **Q.**   Okay.  You would also refer to yourself |
| 10:41:19 | 11 | as that? |
| 10:41:20 | 12 | **A.**   Yes. |
| 10:41:20 | 13 | **Q.**   Okay.  All right.  Let me show you what |
| 10:41:32 | 14 | was previously marked as Exhibit 3.  Plaintiff's |
| 10:41:36 | 15 | Exhibit 3.  It's referred to as a complaint summary |
| 10:41:40 | 16 | report. |
| 10:41:40 | 17 | Do you -- do you recognize and have you seen |
| 10:41:41 | 18 | documents similar to this one? |
| 10:41:42 | 19 | **A.**   Yes. |
| 10:41:43 | 20 | **Q.**   All right.  Now, it has a report date |
| 10:41:44 | 21 | of March 14, 2019.  It looks like that might have |
| 10:41:48 | 22 | been the date it was printed out.  Does that make |
| 10:41:50 | 23 | sense to you, if you know? |

*McDermott - Rupp - 2/19/20*

45

| | | |
|---|---|---|
| 10:41:55 | 1 | **A.**   I'm not sure where. |
| 10:41:59 | 2 | **Q.**   Upper left, the date up there.  I just |
| 10:42:01 | 3 | want to kind of -- |
| 10:42:02 | 4 | **A.**   Oh, did you -- I thought you said |
| 10:42:04 | 5 | March.  September 25th? |
| 10:42:09 | 6 | **Q.**   Oh, no.  March 14, 2019. |
| 10:42:11 | 7 | Do you have the same one I have? |
| 10:42:13 | 8 | **A.**   No. |
| 10:42:13 | 9 | **Q.**   Oh.  Well, then. |
| 10:42:16 | 10 | **MR. DAVENPORT:**  So it's the same one except |
| 10:42:17 | 11 | it's a different print date -- |
| 10:42:17 | 12 | **MR. RUPP:**  All right. |
| 10:42:19 | 13 | **MR. DAVENPORT:**  -- for when it came out. |
| 10:42:20 | 14 | **MR. RUPP:**  Yeah.  It looks like -- it looks |
| 10:42:21 | 15 | like it's the same report, a different report date. |
| 10:42:26 | 16 | All right.  So disregarding the report date, |
| 10:42:29 | 17 | which postdates the incident that we're here to |
| 10:42:33 | 18 | talk about today, do you see that the other dates |
| 10:42:35 | 19 | appear to refer to January 1 of 2017? |
| 10:42:35 | 20 | **THE WITNESS:**  Yes. |
| 10:42:38 | 21 | **BY MR. RUPP:** |
| 10:42:38 | 22 | **Q.**   Okay.  And if you could just navigate |
| 10:42:40 | 23 | me through that, it says -- on the right it says |

*McDermott - Rupp - 2/19/20*

46

| | | |
|---|---|---|
| 10:42:42 | 1 | received by.  There's a report that came in at |
| 10:42:47 | 2 | 10:32:23 a.m., on January 1, 2017; is that right? |
| 10:42:53 | 3 | **A.**    Yes. |
| 10:42:54 | 4 | **Q.**    Okay.  And it says it's received by -- |
| 10:42:59 | 5 | it says it was received by 10:33:05.  Do you know |
| 10:43:06 | 6 | what that means between reported and received? |
| 10:43:07 | 7 | **A.**    That would be a dispatch 911 call taker. |
| 10:43:12 | 8 | I don't know the exact meaning of all of that. |
| 10:43:14 | 9 | **Q.**    Fair enough.  Okay. |
| 10:43:15 | 10 | And presumably Julianne Astyk 18773, |
| 10:43:21 | 11 | received by, would she be, to your knowledge, |
| 10:43:24 | 12 | somebody at dispatch? |
| 10:43:25 | 13 | **A.**    She might be a 911 call taker.  I don't |
| 10:43:29 | 14 | know. |
| 10:43:29 | 15 | **Q.**    Okay.  And then there's a reference to |
| 10:43:34 | 16 | dispatched, January 1, 2017, at 10:56:47 a.m. |
| 10:43:39 | 17 | Do you see that? |
| 10:43:40 | 18 | **A.**    Yes. |
| 10:43:40 | 19 | **Q.**    Okay.  And there's a dispatched by, |
| 10:43:43 | 20 | there's another number, 000478, Kessler -- |
| 10:43:47 | 21 | K-E-S-S-L-E-R, Joseph.  Do you see that? |
| 10:43:50 | 22 | **A.**    Yes. |
| 10:43:50 | 23 | **Q.**    Do you recognize that name? |

*McDermott - Rupp - 2/19/20*

47

| | | |
|---|---|---|
| 10:43:51 | 1 | **A.**   Yes. |
| 10:43:52 | 2 | **Q.**   Is -- is Joseph Kessler a dispatch |
| 10:43:55 | 3 | operator? |
| 10:43:56 | 4 | **A.**   Yes. |
| 10:43:56 | 5 | **Q.**   Is he an officer? |
| 10:43:58 | 6 | **A.**   Dispatch. |
| 10:43:58 | 7 | **Q.**   Dispatch officer? |
| 10:43:59 | 8 | **A.**   No.  I believe -- |
| 10:43:59 | 9 | **Q.**   Okay. |
| 10:44:00 | 10 | **A.**   -- they're civilians. |
| 10:44:02 | 11 | **Q.**   Civilians.  Okay. |
| 10:44:04 | 12 | And then the source underneath that says |
| 10:44:07 | 13 | E-911.  Is that Erie County 911 services? |
| 10:44:10 | 14 | **A.**   I assume. |
| 10:44:10 | 15 | **Q.**   Okay.  But in any event, the -- the |
| 10:44:15 | 16 | information that's on the form that appears before |
| 10:44:18 | 17 | dispatched is -- is not really what -- what you |
| 10:44:21 | 18 | would be knowledgeable about or did as a patrol |
| 10:44:23 | 19 | officer back on January 1, 2017; is that right? |
| 10:44:27 | 20 | **A.**   Correct. |
| 10:44:28 | 21 | **Q.**   Okay.  But -- but once -- once there's |
| 10:44:30 | 22 | a dispatch, is -- if you are the officer that |
| 10:44:33 | 23 | receives the call, you -- you could be dispatched |

*McDermott - Rupp - 2/19/20*

48

| | | |
|---|---|---|
| 10:44:35 | 1 | at that time, correct? |
| 10:44:37 | 2 | **A.**    Yes. |
| 10:44:41 | 3 | **Q.**    Okay.  And let me just ask you, if |
| 10:44:43 | 4 | we look at below, where it says remarks, there's |
| 10:44:47 | 5 | a identical time entry for -- that matches up with |
| 10:44:51 | 6 | the dispatched that says, 000478 -- that's |
| 10:44:57 | 7 | Mr. Kessler's number -- and it says en route, C230. |
| 10:45:02 | 8 | Do you know who was 230 on the day of the -- |
| 10:45:04 | 9 | the incident? |
| 10:45:04 | 10 | **A.**    Yes. |
| 10:45:04 | 11 | **Q.**    And who was 230? |
| 10:45:06 | 12 | **A.**    Karl Schultz and Kyle Moriarity. |
| 10:45:09 | 13 | **Q.**    Okay.  And were they -- did they have |
| 10:45:11 | 14 | the same call number, to your knowledge? |
| 10:45:14 | 15 | **A.**    Kyle was in his field training. |
| 10:45:17 | 16 | **Q.**    Okay. |
| 10:45:18 | 17 | **A.**    So I believe it was Karl's call sign |
| 10:45:23 | 18 | and Kyle was his what we call a PPO. |
| 10:45:27 | 19 | **Q.**    Okay.  And so Mr. Schultz would be the |
| 10:45:31 | 20 | senior person who Mr. Moriarity is training with; |
| 10:45:34 | 21 | is that right? |
| 10:45:34 | 22 | **A.**    Yes. |
| 10:45:34 | 23 | **Q.**    Okay.  All right.  So 230 was |

*McDermott - Rupp - 2/19/20*

49

| | | |
|---|---|---|
| 10:45:38 | 1 | dispatched, and apparently this is an incident |
| 10:45:40 | 2 | where they were dispatched to 33 Scharmbeck; is |
| 10:45:45 | 3 | that correct? |
| 10:45:45 | 4 | **A.**   Schmarbeck. |
| 10:45:45 | 5 | **Q.**   Schmarbeck. |
| 10:45:46 | 6 | And Schmarbeck is in C District, right? |
| 10:45:48 | 7 | **A.**   Yes. |
| 10:45:48 | 8 | **Q.**   And had -- you had patrolled Schmarbeck |
| 10:45:51 | 9 | before? |
| 10:45:51 | 10 | **A.**   Yes. |
| 10:45:51 | 11 | **Q.**   Were you familiar with -- with all of |
| 10:45:53 | 12 | the streets that made up C District? |
| 10:45:55 | 13 | **A.**   Yes. |
| 10:45:55 | 14 | **Q.**   Okay.  Because at that point, you had |
| 10:45:58 | 15 | been an officer for about four and a half years, |
| 10:46:01 | 16 | right? |
| 10:46:01 | 17 | **A.**   Correct. |
| 10:46:01 | 18 | **Q.**   Okay.  And you had probably been just |
| 10:46:03 | 19 | about everywhere in the district at that point. |
| 10:46:05 | 20 | **A.**   Yes. |
| 10:46:05 | 21 | **Q.**   Okay.  Now, does this appear then, to |
| 10:46:14 | 22 | the best of your knowledge, to be the initial |
| 10:46:20 | 23 | dispatch record with respect to the -- the January |

*McDermott - Rupp - 2/19/20*

50

| | | |
|---|---|---|
| 10:46:24 | 1 | 1 incident that took place on Schmarbeck? |
| 10:46:26 | 2 | **A.**   Yes. |
| 10:46:34 | 3 | **Q.**   Okay.   Let me show you what's been |
| 10:46:36 | 4 | marked Exhibit 4 for identification.   Is yours two |
| 10:46:38 | 5 | pages?   Okay. |
| 10:46:41 | 6 | **MR. DAVENPORT:**   So that's -- |
| 10:46:42 | 7 | **MR. RUPP:**   Yeah.   I think, Maeve, we had -- |
| 10:46:43 | 8 | there is a second page to Exhibit 4.   It's just |
| 10:46:46 | 9 | a couple of extra lines. |
| 10:46:47 | 10 | **MS. HUGGINS:**   Yes. |
| 10:46:48 | 11 | **MR. RUPP:**   With your permission, I would |
| 10:46:50 | 12 | suggest that we just make that -- you know, and |
| 10:46:52 | 13 | we'll have our stenographer record it -- a two-page |
| 10:46:56 | 14 | exhibit, by either remarking it -- maybe that's the |
| 10:46:59 | 15 | best way to do it -- as Exhibit 4 or swapping the |
| 10:47:03 | 16 | second page of this template copy to that. |
| 10:47:06 | 17 | **MS. HUGGINS:**   I think that makes sense. |
| 10:47:08 | 18 | **MR. RUPP:**   Okay. |
| 10:47:08 | 19 | **MS. HUGGINS:**   I imagine you'll want to refer |
| 10:47:11 | 20 | to the second page with her. |
| 10:47:12 | 21 | **MR. RUPP:**   All right.   Fair enough. |
| 10:47:13 | 22 | So, Anne, we'll ask you, if you would |
| 10:47:15 | 23 | kindly, to mark that as Exhibit 4. |

*McDermott - Rupp - 2/19/20*

51

| 10:47:17 | 1 | **MS. HUGGINS:**  "A," maybe? |

10:47:17  1          **MS. HUGGINS:**  "A," maybe?

10:47:17  2          **MR. RUPP:**  What's that?

10:47:18  3          **MS. HUGGINS:**  4 -- 4A or 4 with today's

10:47:19  4  date?  Whatever --

10:47:21  5          **MR. RUPP:**  I think the record will be clear,

10:47:23  6  so I would just -- you can do 4 as today's date,

10:47:26  7  and I think we'll remember how that played out, but

10:47:28  8  I would just recommend that we just tear up that

10:47:31  9  copy.

10:47:33  10          **MS. HUGGINS:**  Well, to the extent that

10:47:35  11  Officer Schultz referred to it during his

10:47:37  12  testimony.

10:47:37  13          **MR. RUPP:**  That's fair.  All right.  So

10:47:38  14  let's make this 4A.  We'll add the second page that

10:47:42  15  way.

16  **The following was marked for Identification:**

17   **EXH. 4A**              **Buffalo Police complaint**

18                           **summary report 17-0010506,**

19                           **two pages**

20          **BY MR. RUPP:**

10:48:47  21          **Q.**   Ms. McDermott, I'm showing you Exhibit

10:48:49  22  4A now, which is the same as 4, except it has the

10:48:54  23  second page.  It's referred to as a complaint

*McDermott - Rupp - 2/19/20*

52

10:48:56  1 | summary report.

10:48:57  2 |        And do you see the complaint summary report

10:48:59  3 | refers to a criminal mischief incident that took

10:49:01  4 | place at 37 Schmarbeck on January 1st, 2017?

10:49:09  5 | Do you see that?

10:49:10  6 |        **A.**   Yes.

10:49:10  7 |        **Q.**   Okay.  And can you tell me, what is --

10:49:13  8 | what is a complaint summary report?

10:49:16  9 |        **A.**   It's the call log is what we normally

10:49:19 10 | refer to it as.

10:49:20 11 |        **Q.**   All right.

10:49:23 12 |        **A.**   Or a CAD call.  C-A-D.

10:49:33 13 |        **Q.**   All right.  And there's a lot of

10:49:35 14 | references to individual times and then sort of

10:49:38 15 | code numbers next to them and then brief

10:49:42 16 | descriptions of -- of what's going on.  Is that

10:49:44 17 | a fair assessment?

10:49:45 18 |        **A.**   Yes.

10:49:45 19 |        **Q.**   All right.  So let's go through it

10:49:47 20 | a little bit.

10:49:47 21 |        We saw some of the information up at the top

10:49:52 22 | on the prior exhibit that had the incident number

10:49:59 23 | of 0010496, which was initially a call of

*McDermott - Rupp - 2/19/20*

53

| | | |
|---|---|---|
| 10:50:04 | 1 | larceny/theft. |
| 10:50:08 | 2 | Do you see that? |
| 10:50:10 | 3 | **A.**   On the 33 Schmarbeck? |
| 10:50:12 | 4 | **Q.**   Yes. |
| 10:50:13 | 5 | **A.**   Yes. |
| 10:50:13 | 6 | **Q.**   Okay.  And at some point it looks like |
| 10:50:17 | 7 | some of the information from the dispatch, the |
| 10:50:21 | 8 | report-received times that we went through with -- |
| 10:50:23 | 9 | with Julianne Astyk -- that's A-S-T-Y-K -- and |
| 10:50:28 | 10 | Joseph Kessler were -- were picked up and put on |
| 10:50:30 | 11 | another report, bearing incident number 17-0010506, |
| 10:50:37 | 12 | at 37 Schmarbeck, not 33, for criminal mischief. |
| 10:50:41 | 13 | Do you see that?  It seems to have been |
| 10:50:43 | 14 | converted? |
| 10:50:43 | 15 | **MS. HUGGINS:**   Form.  You can answer. |
| 10:50:46 | 16 | **THE WITNESS:**   33 Schmarbeck was -- |
| 10:50:48 | 17 | **BY MR. RUPP:** |
| 10:50:48 | 18 | **Q.**   Yes. |
| 10:50:48 | 19 | **A.**   -- closed out. |
| 10:50:49 | 20 | **Q.**   Okay. |
| 10:50:49 | 21 | **A.**   And 37 was opened. |
| 10:50:51 | 22 | **Q.**   Okay.  But do you see that the |
| 10:50:54 | 23 | information on the report received, dispatched, |

*McDermott - Rupp - 2/19/20*

54

10:50:56  1   en route, on seen, and cleared entries are, it

10:51:02  2   appears to be, identical between the two reports;

10:51:04  3   is that right?

10:51:07  4          Well, maybe they're not.

10:51:09  5          **A.**    I'm not sure where you're referring.

10:51:10  6          **Q.**    Oh, actually, they are different times.

10:51:16  7   Okay.  So -- all right.  So do you know when or

10:51:18  8   how the initial report of a larceny/theft at

10:51:23  9   33 Schmarbeck was changed to a criminal mischief at

10:51:26 10   37 Schmarbeck?

10:51:27 11          **A.**    It wasn't changed.

10:51:29 12          **Q.**    Okay.  Or -- or, okay, it was added?

10:51:33 13          **A.**    So I -- based on the 911 calls, which

10:51:36 14   we listened to yesterday, Karl and Kyle were

10:51:42 15   already on scene.  They just hadn't called out to

10:51:46 16   dispatch that they were on scene for 33 Schmarbeck.

10:51:49 17          **Q.**    Okay.  And that's incident number

10:51:52 18   17-0010496?

10:51:53 19          **A.**    Yes.

10:51:54 20          **Q.**    Okay.  So they hadn't called in yet; is

10:52:00 21   that -- is that what you said, Schultz and

10:52:02 22   Moriarity?

10:52:03 23          **A.**    From the --

*McDermott - Rupp - 2/19/20*

55

| | | |
|---|---|---|
| 10:52:03 | 1 | **MS. HUGGINS:**   Form. |
| 10:52:04 | 2 | **THE WITNESS:**   From the time frame of this, |
| 10:52:07 | 3 | I don't believe so. |
| 10:52:08 | 4 | **BY MR. RUPP:** |
| 10:52:08 | 5 | **Q.**   Okay.   This, being Exhibit 3, right? |
| 10:52:11 | 6 | **A.**   3. |
| 10:52:12 | 7 | **Q.**   Okay.  Okay.  And when is -- can you |
| 10:52:16 | 8 | tell from either exhibit when they may first have |
| 10:52:18 | 9 | called in? |
| 10:52:23 | 10 | **A.**   I believe it was at 10:56:47, when it |
| 10:52:27 | 11 | was dispatched on Exhibit 3. |
| 10:52:28 | 12 | **Q.**   Okay.   That was when Moriarity and |
| 10:52:34 | 13 | Schultz called in or that was when they were |
| 10:52:36 | 14 | dispatched to 33 Schmarbeck? |
| 10:52:39 | 15 | **A.**   Well, you could be dispatched one of |
| 10:52:41 | 16 | two ways.  Dispatch could call you on the radio by |
| 10:52:46 | 17 | your call sign, you respond, and then they dispatch |
| 10:52:49 | 18 | a call. |
| 10:52:49 | 19 | You can also call out on your own and say |
| 10:52:55 | 20 | that you will take a call. |
| 10:52:57 | 21 | **Q.**   All right.   How would you know to call |
| 10:52:59 | 22 | out and say you'd take a call?  Do you know that |
| 10:53:02 | 23 | one's come in? |

*McDermott - Rupp - 2/19/20*

56

10:53:03 1          **A.**    We have a computer in the car that

10:53:05 2    shows pending calls.

10:53:06 3          **Q.**    I see.  Okay.

10:53:07 4          So do you know which way the patrol vehicle

10:53:11 5    with Officers Schultz and Moriarity were dispatched

10:53:16 6    to, apparently, 33 Schmarbeck?  Which -- which

10:53:19 7    method?

10:53:19 8          **A.**    Based on the 911 call -- or I'm sorry.

10:53:23 9    Based on the -- I shouldn't say 911 call.

10:53:25 10         Based on the listening to the radio call,

10:53:30 11   Karl called out and said that they were -- that you

10:53:34 12   could clear the larceny advised is how -- our

10:53:38 13   verbiage that we use.

10:53:39 14         **Q.**    Okay.  And that would have been --

10:53:41 15         **A.**    On -- excuse me.

10:53:42 16         **Q.**    -- to use your prior terminology,

10:53:45 17   closed out the call log for the incident marked

10:53:47 18   as Exhibit 3?

10:53:48 19         **MS. HUGGINS:**  Form.  You may answer.

10:53:49 20         **THE WITNESS:**  Yes.

10:53:50 21         **BY MR. RUPP:**

10:53:50 22         **Q.**    Okay.  Is there something I'm missing

10:53:53 23   there?

*McDermott - Rupp - 2/19/20*

57

10:53:53  1          If he says that's cleared, what would happen
10:53:55  2  on Exhibit 3?
10:53:57  3          **A.**   That's when it was marked advised and
10:54:00  4  closed out.
10:54:00  5          **Q.**   Okay.  And where do I -- where do I see
10:54:03  6  the word advised?
10:54:05  7          **A.**   On the second-to-last line.
10:54:06  8          **Q.**   Okay.  And that's a status that means
10:54:09  9  it's -- it -- it's no longer an active situation?
10:54:14 10          **A.**   That's the disposition.
10:54:17 11          **Q.**   Okay.  What are some other dispositions
10:54:20 12  that you might see on a police -- a call log like
10:54:23 13  this?
10:54:23 14          **A.**   There's a lot.  It could be a report.
10:54:26 15  It could be checked okay.  It could be -- there's
10:54:33 16  a lot of them, but there's -- those are just
10:54:35 17  a couple.
10:54:36 18          **Q.**   Okay.  But what does advised mean in --
10:54:39 19  in Buffalo Police terminology?
10:54:44 20          **A.**   I don't think there's one exact answer
10:54:46 21  of what it means.  It just means that they advised
10:54:50 22  the person on scene.
10:54:51 23          **Q.**   Okay.  All right.  Now, so what about

*McDermott - Rupp - 2/19/20*

58

```
10:54:54  1   this Exhibit 3 would tell us that this one was --
10:54:57  2   was closed out?
10:54:58  3        I see at the bottom it says, you know,
10:55:02  4   disposition added advised, and then below that it
10:55:04  5   says archived.
10:55:05  6        If something is archived, does that mean
10:55:08  7   it's closed or --
10:55:09  8        A.   Yes.
10:55:10  9        Q.   Okay.  So it's the archived status at
10:55:12 10   the bottom that tells us that this is no longer an
10:55:15 11   active call.
10:55:18 12        A.   Right.  We don't see that on our
10:55:20 13   computers in the car.
10:55:21 14        Q.   Got it.  Okay.
10:55:21 15        A.   Advised would be the last thing that we
10:55:23 16   would see and then the call would literally close
10:55:26 17   from our computer.
10:55:27 18        Q.   I see.  Okay.
10:55:28 19        So that's something that happens at
10:55:30 20   dispatch.
10:55:30 21        A.   Correct.
10:55:30 22        Q.   Okay.  All right.  So let's -- let's
10:55:39 23   move now to Exhibit 4, and this is marked, up at
```

*McDermott - Rupp - 2/19/20*

59

| | | |
|---|---|---|
| 10:55:41 | 1 | the top, reported 10:54:42.  Do you see that? |
| 10:55:46 | 2 | **A.**    Yes. |
| 10:55:47 | 3 | **Q.**    And based on your review for today's |
| 10:55:48 | 4 | deposition, do you know how that was reported as |
| 10:55:50 | 5 | a criminal mischief incident? |
| 10:55:53 | 6 | **MS. HUGGINS:**  Form.  You may answer. |
| 10:55:55 | 7 | **THE WITNESS:**  Karl called it out over the |
| 10:55:56 | 8 | radio. |
| 10:55:56 | 9 | **BY MR. RUPP:** |
| 10:55:57 | 10 | **Q.**    Okay.  Was he the only one, or why was |
| 10:55:59 | 11 | Karl making the call? |
| 10:56:07 | 12 | **A.**    I don't know why. |
| 10:56:08 | 13 | **Q.**    Well, there's -- there's several |
| 10:56:09 | 14 | officers listed there under the bolded heading or |
| 10:56:13 | 15 | row lead officers.  Do you see that? |
| 10:56:18 | 16 | **A.**    Yes. |
| 10:56:18 | 17 | **Q.**    All right.  And it has listed -- |
| 10:56:20 | 18 | there's a number -- and I'll get to that in |
| 10:56:22 | 19 | a moment, but Karl Schultz, Kyle Moriarity -- |
| 10:56:24 | 20 | that's M-O-R-I-A-R-I-T-Y -- Lauren McDermott -- |
| 10:56:30 | 21 | that's you -- and Jenny Velez; is that right? |
| 10:56:33 | 22 | **A.**    Yes. |
| 10:56:33 | 23 | **Q.**    Okay.  And then other personnel are |

*McDermott - Rupp - 2/19/20*

60

| | | |
|---|---|---|
| 10:56:35 | 1 | listed as Salvatore Polizzi -- P-O-L-I-Z-Z-I -- and |
| 10:56:40 | 2 | Edward Sauer -- S-A-U-E-R -- is that correct? |
| 10:56:44 | 3 | **A.**   Yes. |
| 10:56:44 | 4 | **Q.**   Do you know who Polizzi and Sauer are? |
| 10:56:49 | 5 | **A.**   Polizzi is a 9 -- is a dispatcher. |
| 10:56:51 | 6 | **Q.**   Okay. |
| 10:56:52 | 7 | **A.**   I don't know Edward Sauer. |
| 10:56:53 | 8 | **Q.**   Okay.  Now, of the officers that |
| 10:56:59 | 9 | I mentioned in the line above just a moment ago, |
| 10:57:01 | 10 | which -- which officer was the most senior? |
| 10:57:03 | 11 | **A.**   Karl. |
| 10:57:03 | 12 | **MS. HUGGINS:**   Form. |
| 10:57:04 | 13 | **BY MR. RUPP:** |
| 10:57:04 | 14 | **Q.**   Okay.  And was there any police |
| 10:57:09 | 15 | procedure within the Buffalo Police Department that |
| 10:57:12 | 16 | related to who is in charge of a -- of a -- of a |
| 10:57:16 | 17 | call or a situation when multiple officers were |
| 10:57:18 | 18 | on site or on scene? |
| 10:57:20 | 19 | **A.**   No. |
| 10:57:20 | 20 | **Q.**   Okay.  So do you know why it was Karl |
| 10:57:24 | 21 | Schultz who made the call in about the criminal |
| 10:57:27 | 22 | mischief? |
| 10:57:28 | 23 | **MS. HUGGINS:**   Form.  You can answer. |

*McDermott - Rupp - 2/19/20*

61

| | | |
|---|---|---|
| 10:57:30 | 1 | **MR. RUPP:**  Strike it. |
| 10:57:30 | 2 | Do you know if Karl made that call? |
| 10:57:32 | 3 | **THE WITNESS:**  Yes, he did. |
| 10:57:33 | 4 | **BY MR. RUPP:** |
| 10:57:33 | 5 | **Q.**   Okay.  Why do you know that? |
| 10:57:34 | 6 | **A.**   I was there. |
| 10:57:35 | 7 | **Q.**   Okay.  Did you hear him make the call? |
| 10:57:40 | 8 | **A.**   I don't remember if I heard him. |
| 10:57:42 | 9 | I have listened to the dispatch tapes. |
| 10:57:45 | 10 | **Q.**   Okay.  And it was -- it was definitely |
| 10:57:48 | 11 | Officer Schultz. |
| 10:57:49 | 12 | **A.**   Yes. |
| 10:57:49 | 13 | **Q.**   Okay.  And when you listened to the |
| 10:57:51 | 14 | tape, what did he report? |
| 10:57:52 | 15 | **MS. HUGGINS:**  Form.  To be fair, at what |
| 10:57:54 | 16 | time? |
| 10:57:55 | 17 | **MR. RUPP:**  Well, I guess we're talking about |
| 10:57:57 | 18 | the initial -- there's a report -- let's -- let's |
| 10:57:59 | 19 | go back to the -- to the top of the form.  There's |
| 10:58:01 | 20 | a reported January 1, 2017, 10:54:42.  Do you know |
| 10:58:07 | 21 | what that relates to? |
| 10:58:09 | 22 | **THE WITNESS:**  The -- I'm sorry.  10:54:42? |
| 10:58:13 | 23 | **BY MR. RUPP:** |

*McDermott - Rupp - 2/19/20*

62

| | | |
|---|---|---|
| 10:58:13 | 1 | **Q.**   Yes. |
| 10:58:13 | 2 | **A.**   I believe that would be when Karl |
| 10:58:15 | 3 | called the call to -- |
| 10:58:18 | 4 | **Q.**   Okay. |
| 10:58:18 | 5 | **A.**   -- radio. |
| 10:58:20 | 6 | **Q.**   All right.  And having listened to that |
| 10:58:22 | 7 | call, do you know what he told dispatch at that |
| 10:58:23 | 8 | time? |
| 10:58:23 | 9 | **A.**   I don't know word for word.  I think |
| 10:58:25 | 10 | when you said why, I -- he just happened to be the |
| 10:58:28 | 11 | one to use the radio to call. |
| 10:58:30 | 12 | **Q.**   Okay. |
| 10:58:31 | 13 | **A.**   It wasn't -- it wasn't -- |
| 10:58:32 | 14 | **Q.**   It could have been any of you. |
| 10:58:35 | 15 | **A.**   Right.  It could have been any of us. |
| 10:58:36 | 16 | It wasn't like -- it wasn't a discussion of:  Karl, |
| 10:58:38 | 17 | you call radio.  He just happened to call. |
| 10:58:40 | 18 | **Q.**   All right.  So it looks like at least |
| 10:58:42 | 19 | at some point that this was set up in dispatch as |
| 10:58:45 | 20 | a criminal mischief complaint at 37 Schmarbeck. |
| 10:58:50 | 21 | Do you see that? |
| 10:58:50 | 22 | **A.**   Yes. |
| 10:58:51 | 23 | **Q.**   Do you know where that information came |

*McDermott - Rupp - 2/19/20*

63

| | | |
|---|---|---|
| 10:58:53 | 1 | from? |
| 10:58:56 | 2 | **A.**   That was -- that was actually added |
| 10:58:59 | 3 | down at the bottom, at 1641 it was changed. |
| 10:59:02 | 4 | **Q.**   All right. |
| 10:59:03 | 5 | **A.**   I don't know what the initial input |
| 10:59:06 | 6 | was. |
| 10:59:06 | 7 | **Q.**   Well, was the initial input, if you |
| 10:59:09 | 8 | look at 10:55:56, accident/injury, call type? |
| 10:59:15 | 9 | **A.**   Oh, it could have been. |
| 10:59:16 | 10 | **Q.**   Okay.  And down at the bottom of the |
| 10:59:19 | 11 | entry that you mentioned, 16:41:22, call type |
| 10:59:23 | 12 | changed, criminal mischief, did you call that in? |
| 10:59:29 | 13 | **A.**   I don't remember if it was myself or |
| 10:59:32 | 14 | Officer Velez.  It -- it likely would have been one |
| 10:59:35 | 15 | of us. |
| 10:59:35 | 16 | **Q.**   Okay.  Because you were -- you were |
| 10:59:37 | 17 | still with Officer Velez at 16:41:22, which would |
| 10:59:42 | 18 | have been 4:41 p.m.; is that right? |
| 10:59:44 | 19 | **A.**   Yes. |
| 10:59:45 | 20 | **Q.**   Okay. |
| 10:59:46 | 21 | **A.**   Can I make a clarification? |
| 10:59:47 | 22 | **Q.**   Sure. |
| 10:59:48 | 23 | **A.**   So when you see these multiple calls, |

*McDermott - Rupp - 2/19/20*

64

| | | |
|---|---|---|
| 10:59:52 | 1 | what dispatch does is they do what we call merging. |
| 10:59:55 | 2 | **Q.**   Right. |
| 10:59:55 | 3 | **A.**   So they merge the calls together.  So |
| 10:59:58 | 4 | when you say the reported time, I don't know if |
| 11:00:01 | 5 | that's when Karl called in, if that's when the |
| 11:00:05 | 6 | accident/injury came in.  I -- I don't -- I wouldn't |
| 11:00:07 | 7 | know that. |
| 11:00:07 | 8 | **Q.**   Okay.  But if we go down to the -- the |
| 11:00:13 | 9 | body of the report, under where it says remarks, |
| 11:00:17 | 10 | let me just ask you a couple of things that I wasn't |
| 11:00:20 | 11 | clear on. |
| 11:00:20 | 12 | At 10:40 -- 54:42, which is the same time |
| 11:00:24 | 13 | that is in the above column as reported, there's |
| 11:00:27 | 14 | a location given, 1250 Bailey Avenue, and a phone |
| 11:00:31 | 15 | number. |
| 11:00:32 | 16 | And that looks like it was information that |
| 11:00:33 | 17 | came in from -- did that come in from Verizon |
| 11:00:37 | 18 | Wireless, as best you can tell? |
| 11:00:39 | 19 | **A.**   Yes.  That's the cell tower. |
| 11:00:40 | 20 | **Q.**   Okay.  All right.  And do you know if |
| 11:00:42 | 21 | that was Officer Schultz's phone number? |
| 11:00:47 | 22 | **A.**   I don't know -- |
| 11:00:48 | 23 | **Q.**   Okay. |

*McDermott - Rupp - 2/19/20*

65

| | | |
|---|---|---|
| 11:00:49 | 1 | **A.**     -- whose number that is. |

11:00:49  1        **A.**    -- whose number that is.

11:00:50  2        **Q.**    Okay.  But is it -- presumably, whoever

11:00:52  3   reported it on January 1, 2017 at that time, that's

11:00:57  4   that person's phone number.

11:00:58  5        **A.**    Yes.  That matches -- I didn't see it

11:00:59  6   before.  That matches the reported time up at the

11:01:02  7   top.

11:01:02  8        **Q.**    Yes.  Okay.  So based on what you told

11:01:04  9   me earlier, I think you told me you believe that

11:01:06 10   that's most likely when Karl Schultz called.

11:01:09 11        **A.**    I --

11:01:10 12        **MS. HUGGINS:**  Form.  You can answer.

11:01:11 13        **BY MR. RUPP:**

11:01:12 14        **Q.**    If you know.

11:01:12 15        **A.**    Yeah, it -- it -- it appears to be when

11:01:14 16   the -- a call came in.  I --

11:01:18 17        **Q.**    All right.

11:01:18 18        **A.**    Like I said, the way that they merge

11:01:21 19   these calls together, it can be very confusing.

11:01:23 20        **Q.**    Okay.  But, presumably, we could

11:01:26 21   determine if that's Karl Schultz's phone number,

11:01:28 22   right?

11:01:28 23        **A.**    I don't know --

*McDermott - Rupp - 2/19/20*

66

| | | |
|---|---|---|
| 11:01:28 | 1 | **MS. HUGGINS:**  Form. |
| 11:01:29 | 2 | **THE WITNESS:**  I don't know -- I don't |
| 11:01:31 | 3 | believe it is, but I don't know what his number is |
| 11:01:33 | 4 | offhand. |
| 11:01:33 | 5 | **BY MR. RUPP:** |
| 11:01:33 | 6 | **Q.**   You don't believe it is, so -- so does |
| 11:01:35 | 7 | that mean that you -- you no longer think that Karl |
| 11:01:38 | 8 | Schultz was the one who initiated the report at |
| 11:01:40 | 9 | that time? |
| 11:01:40 | 10 | **A.**   Like I said, I don't -- I think I may |
| 11:01:44 | 11 | have just misunderstood, because it looks like Karl |
| 11:01:48 | 12 | was dispatched at 10:57.  That might be when he |
| 11:01:51 | 13 | called in. |
| 11:01:51 | 14 | **Q.**   Okay. |
| 11:01:52 | 15 | **A.**   Like I said, when they merge these |
| 11:01:54 | 16 | calls together, it doesn't necessarily -- like |
| 11:01:57 | 17 | I said, at the top it says criminal mischief. |
| 11:02:00 | 18 | I took that to be what it came in as, but I -- now |
| 11:02:03 | 19 | that you showed me where it shows call type |
| 11:02:06 | 20 | changed, accident with injury, that -- that could |
| 11:02:09 | 21 | have been the initial call.  I don't know. |
| 11:02:10 | 22 | **Q.**   All right.  And just -- maybe this will |
| 11:02:12 | 23 | help, maybe it won't, but at 11:03:52, there's |

McDermott - Rupp - 2/19/20

67

11:02:16  1  another call from that cell tower through Verizon

11:02:20  2  from that same number.

11:02:21  3        Does that help in any way to identify whose

11:02:24  4  number that might have been or who might have made

11:02:25  5  that call or does it not?

11:02:26  6        A.    I believe that would be attached to

11:02:28  7  right below it, where it says female requests

11:02:31  8  ambulance for injured 54-year-old boyfriend.

11:02:34  9        Q.    Okay.  So that might have been somebody

11:02:36 10  on Schmarbeck.

11:02:37 11        A.    Right.  Karl wouldn't have called

11:02:39 12  dispatch on his phone.

11:02:40 13        Q.    He would not have.

11:02:40 14        A.    Right.

11:02:42 15        Q.    Okay.  He would have radioed.

11:02:43 16        A.    Would have radio -- well, he did radio.

11:02:45 17  We were there.

11:02:45 18        Q.    And you heard it.  And you heard it.

11:02:47 19        Okay.  So let me just go back up to the top.

11:02:52 20  There's a reference from dispatch, 10:55:42, to

11:02:55 21  send an ambulance to 37 Schmarbeck in C District,

11:03:00 22  apparently, and then there's a priority of 6.

11:03:03 23  Do you know what that means?

*McDermott - Rupp - 2/19/20*

68

| | | |
|---|---|---|
| 11:03:04 | 1 | **A.**    It's a priority of 6.  That's -- yeah, |
| 11:03:07 | 2 | I -- |
| 11:03:07 | 3 | **Q.**    Okay.  Do you know how the priorities |
| 11:03:08 | 4 | are selected?  Is that all dispatch? |
| 11:03:10 | 5 | **A.**    That's dispatch. |
| 11:03:11 | 6 | **Q.**    You would not be involved.  Okay. |
| 11:03:12 | 7 | So then it says call type changed to |
| 11:03:18 | 8 | accident/injury priority 2. |
| 11:03:23 | 9 | Now, is that call type, what appears next to |
| 11:03:28 | 10 | the incident number 17-0010506 that's at the top of |
| 11:03:33 | 11 | this form, it says criminal mischief, but at the |
| 11:03:37 | 12 | time, would that have been accident/injury? |
| 11:03:40 | 13 | **A.**    It -- it appears that it was changed to |
| 11:03:44 | 14 | an accident with injury.  What it was changed |
| 11:03:47 | 15 | from -- |
| 11:03:47 | 16 | **Q.**    We don't know? |
| 11:03:48 | 17 | **A.**    -- that's what I don't know. |
| 11:03:49 | 18 | **Q.**    Okay.  Fair enough. |
| 11:03:51 | 19 | **A.**    That's why I was a little bit confused |
| 11:03:52 | 20 | earlier. |
| 11:03:52 | 21 | **Q.**    So going back to 3, just -- just really |
| 11:03:54 | 22 | quickly, the in -- the incident or the call type on |
| 11:03:58 | 23 | that one is larceny/theft.  At least that's what it |

McDermott - Rupp - 2/19/20

69

11:04:02  1  was when it was advised, right?

11:04:03  2       **A.**    Yes.

11:04:03  3       **Q.**    Okay.  So when you get a call, it's

11:04:05  4  assigned a number in the system and then a call

11:04:08  5  type; is that right?

11:04:09  6       **A.**    Yes.  Where it says criminal mischief,

11:04:11  7  that would be what it was when the call was closed

11:04:15  8  out.

11:04:15  9       **Q.**    Right.  And so that was my next

11:04:17 10  question.  So it could have -- up until that point,

11:04:19 11  it could have had as many as several different call

11:04:22 12  types before it's closed out or advised, right?

11:04:25 13       **A.**    Correct.

11:04:25 14       **Q.**    Okay.  So based on this form, we don't

11:04:27 15  know what it was initially set up with in dispatch

11:04:31 16  under this incident number -- by this, I mean

11:04:33 17  17-0010506 -- but we know that when it was the

11:04:42 18  disposition of P1375 crime report was added and

11:04:49 19  then it was archived, we know its final call type

11:04:52 20  was criminal mischief.

11:04:54 21       **A.**    Correct.

11:04:54 22       **Q.**    Okay.  And you've already pointed me to

11:04:57 23  someone calling at 16:41:22 or somebody putting in

*McDermott - Rupp - 2/19/20*

70

11:04:59  1  a call type change to criminal mischief.

11:05:02  2         **A.**    That would be right above that, where

11:05:04  3  it says, can you please change this call to

11:05:06  4  criminal mischief, that would have been a message

11:05:09  5  on the computer to dispatch.

11:05:10  6         **Q.**    Okay.  And who entered that message on

11:05:12  7  this call.  Do you know?

11:05:13  8         **A.**    Myself or Officer Velez.  It's the same

11:05:16  9  computer.

11:05:16 10         **Q.**    Okay.  And that is the computer HD01,

11:05:19 11  or --

11:05:20 12         **A.**    No.

11:05:20 13         **Q.**    -- what is that?

11:05:20 14         **A.**    HD01 is -- it's the -- it's who we're

11:05:26 15  messaging on dispatch, so HD01 is assigned to our

11:05:30 16  radio channel.

11:05:31 17         **Q.**    And prior to that call type being

11:05:34 18  changed through the computer like that, would --

11:05:38 19  would the call have continued to be on your screen

11:05:41 20  and open in your patrol vehicle?

11:05:44 21         **A.**    Yes.

11:05:44 22         **Q.**    Okay.  And so you would have been able

11:05:46 23  to see that the call type was, unless there had

*McDermott - Rupp - 2/19/20*

71

11:05:51  1  been any other changes, presumably accident/injury

11:05:55  2  still.  Or whatever it was.

11:05:56  3      A.   I don't know what time frame I was in

11:05:59  4  or out of the car.  At the time that I messaged,

11:06:03  5  I was in the car and changed it.

11:06:06  6      Q.   Right, but --

11:06:06  7      A.   I --

11:06:07  8      Q.   -- what I'm saying is:  Whether you're

11:06:08  9  in the car or not, if somebody is in the car

11:06:10 10  looking at the computer screen, presumably it would

11:06:13 11  have said the call type was accident/injury, up

11:06:15 12  until 4:41 p.m., when somebody through the computer

11:06:20 13  said it should be changed to criminal mischief,

11:06:22 14  right?

11:06:22 15      MS. HUGGINS:   Form.

11:06:23 16      THE WITNESS:   I believe so.

11:06:23 17      BY MR. RUPP:

11:06:24 18      Q.   Okay.  Because there don't seem to be

11:06:25 19  any other call type changes in the merged call log,

11:06:29 20  would you agree?

11:06:30 21      A.   There is.

11:06:30 22      Q.   Oh, did I miss one?

11:06:32 23      A.   Well, here, right above -- it's the

*McDermott - Rupp - 2/19/20*

72

| | | |
|---|---|---|
| 11:06:35 | 1 | second-to-last line. |
| 11:06:36 | 2 | **Q.**   Well, okay.  Yeah. |
| 11:06:37 | 3 | **A.**   I believe that was just a dispatch -- |
| 11:06:39 | 4 | it's a drop-down menu. |
| 11:06:41 | 5 | **Q.**   Okay.  So call -- |
| 11:06:42 | 6 | **A.**   So it's in alphabetical order. |
| 11:06:45 | 7 | **Q.**   All right.  So -- |
| 11:06:45 | 8 | **MS. HUGGINS:**   Let him just finish his full |
| 11:06:47 | 9 | question. |
| 11:06:47 | 10 | **THE WITNESS:**   I'm sorry. |
| 11:06:48 | 11 | **MS. HUGGINS:**   Just for the benefit of the |
| 11:06:48 | 12 | reporter. |
| 11:06:49 | 13 | **THE WITNESS:**   Sorry. |
| 11:06:49 | 14 | **BY MR. RUPP:** |
| 11:06:49 | 15 | **Q.**   So where it says child neglect, I was |
| 11:06:51 | 16 | going to ask you about that.  It does seem to say |
| 11:06:54 | 17 | child neglect, and then five seconds later it was |
| 11:06:56 | 18 | changed to criminal mischief; is that right? |
| 11:06:56 | 19 | **A.**   Yes. |
| 11:06:57 | 20 | **Q.**   So you think it was probably just an |
| 11:06:59 | 21 | inadvertent, like a typo on the pull-down menu? |
| 11:07:01 | 22 | **A.**   That's what I assume it to be. |
| 11:07:03 | 23 | **Q.**   Okay.  Because this was never, in your |

*McDermott - Rupp - 2/19/20*

73

| | | |
|---|---|---|
| 11:07:05 | 1 | mind, any type of a child neglect call. |
| 11:07:06 | 2 | **A.** Right. |
| 11:07:07 | 3 | **Q.** Okay. Fair enough. |
| 11:07:09 | 4 | All right. So, again, with that, you know, |
| 11:07:12 | 5 | five seconds that it was a child neglect call, does |
| 11:07:15 | 6 | it appear to you, from this merged call log, that |
| 11:07:18 | 7 | the incident remained an accident/injury call type |
| 11:07:24 | 8 | from 10:55 a.m., through until 4:41 p.m. that same |
| 11:07:30 | 9 | day? |
| 11:07:32 | 10 | **A.** That's what it appears to be. |
| 11:07:33 | 11 | **Q.** All right. And if -- and if |
| 11:07:35 | 12 | somebody -- I know you were in and out of the car, |
| 11:07:37 | 13 | but if somebody had been in your patrol vehicle |
| 11:07:40 | 14 | with access to your computer, that would have shown |
| 11:07:42 | 15 | as an open call, with a call type of accident/injury |
| 11:07:46 | 16 | during that time; is that right? |
| 11:07:47 | 17 | **A.** I believe so. |
| 11:07:48 | 18 | **Q.** Okay. I mean, it wouldn't have been |
| 11:07:50 | 19 | deleted during that time. You would have still |
| 11:07:52 | 20 | shown it -- it would have still shown on a C District |
| 11:07:55 | 21 | patrol vehicle computer, right? |
| 11:07:56 | 22 | **A.** I believe so. |
| 11:07:57 | 23 | **Q.** Okay. And then I think you told me |

*McDermott - Rupp - 2/19/20*

74

11:07:59   1   earlier, in reference to Exhibit 3 and the initial

11:08:04   2   call to 33 Schmarbeck, that once dispatch puts

11:08:08   3   a final disposition on it and calls it archived, it

11:08:11   4   just kind of disappears from your computer; is that

11:08:14   5   right?

11:08:14   6          **A.**    Right.

11:08:14   7          **Q.**    Okay.  Okay.  So let's go through just

11:08:16   8   a couple more of these.

11:08:20   9          At 10:57:17, car C230, with Officer Schultz

11:08:28  10   and Moriarity, is en route to the scene; is that

11:08:32  11   right?

11:08:32  12          **MS. HUGGINS:**    Form.

11:08:34  13          **THE WITNESS:**    We were already on scene.

11:08:35  14   That's just how dispatch --

11:08:35  15          **BY MR. RUPP:**

11:08:35  16          **Q.**    Okay.

11:08:37  17          **A.**    -- logs it.

11:08:39  18          **Q.**    All right.  Fair enough.

11:08:40  19          And you say we.  Was -- were you and -- and

11:08:44  20   Officer Velez also there by that time?

11:08:45  21          **A.**    Yes.

11:08:46  22          **Q.**    Okay.  Because at 10:55, there's

11:08:51  23   a call -- there's a dispatch that comes in and

*McDermott - Rupp - 2/19/20*

75

| | | |
|---|---|---|
| 11:08:53 | 1 | there's a call that came in at 10:54 about a male |
| 11:08:57 | 2 | hit by a police car; is that right? |
| 11:08:58 | 3 | **A.**    At 10:55:42. |
| 11:09:01 | 4 | **Q.**    Right.  Okay.  So then the computer |
| 11:09:03 | 5 | shows you, C241, and Ms. Velez, C42, as being |
| 11:09:12 | 6 | dispatched/en route in that 10:57 time frame; is |
| 11:09:17 | 7 | that right? |
| 11:09:17 | 8 | **A.**    Yes.  We were on -- |
| 11:09:17 | 9 | **Q.**    But you -- |
| 11:09:18 | 10 | **A.**    We were on -- |
| 11:09:18 | 11 | **Q.**    But you -- but you were already there. |
| 11:09:20 | 12 | **A.**    Yes. |
| 11:09:21 | 13 | **Q.**    Okay.  Then another call comes in. |
| 11:09:24 | 14 | All right.  Now, at -- at 11 -- okay.  Well, at |
| 11:09:29 | 15 | 11:04:26, it says ADI notified, and what is ADI? |
| 11:09:33 | 16 | **A.**    Ambulance. |
| 11:09:34 | 17 | **Q.**    Okay.  And do you know who summoned the |
| 11:09:39 | 18 | ambulance?  Was that dispatch or -- |
| 11:09:42 | 19 | **A.**    I believe it was the call where -- the |
| 11:09:45 | 20 | line right above it, where it says she requested |
| 11:09:47 | 21 | the ambulance.  Female requested the ambulance. |
| 11:09:48 | 22 | **Q.**    Right.  But then the entry under 8790, |
| 11:09:52 | 23 | it says ADI notified, do you know who would have |

*McDermott - Rupp - 2/19/20*

76

11:09:57  1  put that in six seconds later?

11:10:00  2       **A.**    It appears to be Edward Sauer.  That's

11:10:02  3  his number.

11:10:02  4       **Q.**    Okay.  All right.  So it looks like

11:10:07  5  dispatch ordered an ambulance to 37 Schmarbeck?

11:10:12  6       **A.**    I believe so.

11:10:13  7       **Q.**    Okay.  And then 11:07:31, there's an

11:10:18  8  entry that looks like it was added by -- who is

11:10:26  9  000478?  Is that Joseph Kessler?

11:10:28  10       **A.**    Yes.

11:10:28  11       **Q.**    It says, cameras on 37 has video of the

11:10:32  12  man flopping on the ground.

11:10:35  13       Do you know what that is in -- refers to?

11:10:38  14       **A.**    I don't recall who would have -- he

11:10:43  15  typed it in the call.  I don't recall who would

11:10:45  16  have communicated that.  It could have been the

11:10:48  17  call -- the person calling 911.  It could have been

11:10:50  18  one of us.  But I didn't -- I don't recall hearing

11:10:53  19  that on the 911 calls when we reviewed it yesterday.

11:10:57  20       **Q.**    Okay.  Do you know what 37 refers to?

11:11:00  21  Is that -- 37 Schmarbeck is the address.

11:11:05  22       **A.**    Yes.

11:11:06  23       **Q.**    Okay.

*McDermott - Rupp - 2/19/20*

77

| | | |
|---|---|---|
| 11:11:07 | 1 | **A.**    I -- |
| 11:11:08 | 2 | **Q.**    So had -- had you -- by 11:07 a.m., had |
| 11:11:12 | 3 | you ever -- had you seen any camera footage of |
| 11:11:16 | 4 | the -- of the actual collision of the -- of the |
| 11:11:17 | 5 | police car with the male? |
| 11:11:19 | 6 | **MS. HUGGINS:**  Form. |
| 11:11:19 | 7 | **THE WITNESS:**  No.  I didn't see the camera |
| 11:11:20 | 8 | footage that day. |
| 11:11:21 | 9 | **BY MR. RUPP:** |
| 11:11:21 | 10 | **Q.**    Okay.  All right.  Okay.  So dispatch |
| 11:11:24 | 11 | you think would have added that remark from some |
| 11:11:26 | 12 | source of information; is that right? |
| 11:11:28 | 13 | **A.**    Correct. |
| 11:11:28 | 14 | **Q.**    Okay.  All right.  Now, just to |
| 11:11:31 | 15 | continue along, at 11:22 a.m., we have a location |
| 11:11:35 | 16 | change of the 230 -- C230 call sign, which I think |
| 11:11:42 | 17 | you told me was both Schultz and the trainee |
| 11:11:44 | 18 | Moriarity, correct? |
| 11:11:45 | 19 | **A.**    Yes. |
| 11:11:45 | 20 | **Q.**    And then you and Velez, C41 and C42, |
| 11:11:50 | 21 | are putting in a location change to ECMC; is that |
| 11:11:54 | 22 | right? |
| 11:11:54 | 23 | **A.**    Yes. |

*McDermott - Rupp - 2/19/20*

78

| | | |
|---|---|---|
| 11:11:54 | 1 | **Q.**   And that was usually -- that was |
| 11:11:56 | 2 | accomplished by radio.  You would radio in and say |
| 11:11:59 | 3 | you're -- you're going somewhere else or your |
| 11:12:01 | 4 | location has changed? |
| 11:12:02 | 5 | **A.**   Yes.  I believe Karl made that call. |
| 11:12:04 | 6 | **Q.**   Okay.  But my point is:  Whoever made |
| 11:12:06 | 7 | it might have called in for maybe all three of you |
| 11:12:09 | 8 | or both vehicles, but it's done by radio. |
| 11:12:12 | 9 | **A.**   Dis -- yeah, by dispatch. |
| 11:12:13 | 10 | **MS. HUGGINS:**  Form. |
| 11:12:14 | 11 | **THE WITNESS:**  Right. |
| 11:12:15 | 12 | **BY MR. RUPP:** |
| 11:12:15 | 13 | **Q.**   Okay.  I'm calling it radio, so that's |
| 11:12:16 | 14 | the communication -- |
| 11:12:16 | 15 | **A.**   We -- |
| 11:12:17 | 16 | **Q.**   -- with dispatch.  You call it |
| 11:12:18 | 17 | dispatch? |
| 11:12:18 | 18 | **A.**   We -- we call it radio. |
| 11:12:20 | 19 | **Q.**   Okay. |
| 11:12:20 | 20 | **A.**   But I -- that's just our term for it. |
| 11:12:23 | 21 | **Q.**   Well, and I guess I'm -- okay.  And |
| 11:12:25 | 22 | I'll use that term. |
| 11:12:25 | 23 | **A.**   Okay. |

*McDermott - Rupp - 2/19/20*

79

| | | |
|---|---|---|
| 11:12:26 | 1 | **Q.**    But I'm kind of wanting to make sure |
| 11:12:28 | 2 | I'm distinguishing it from some other type of |
| 11:12:30 | 3 | communication, like through the computer or through |
| 11:12:32 | 4 | a cell phone or something. |
| 11:12:33 | 5 | This is radio to dispatch:  My location is |
| 11:12:35 | 6 | changing.  I'm going here. |
| 11:12:37 | 7 | **A.**    Correct.  Radio communications. |
| 11:12:38 | 8 | **Q.**    Okay.  Fair enough. |
| 11:12:40 | 9 | And would that location change happen when |
| 11:12:43 | 10 | you leave the scene of 37 Schmarbeck or when you |
| 11:12:46 | 11 | arrive at ECMC that you would do that or when |
| 11:12:49 | 12 | you're en route? |
| 11:12:50 | 13 | When would that happen? |
| 11:12:51 | 14 | **MS. HUGGINS:**  Form.  You can answer. |
| 11:12:52 | 15 | **MR. RUPP:**  Strike it. |
| 11:12:54 | 16 | When would you normally make a location-change |
| 11:12:57 | 17 | call to dispatch when you're changing your location? |
| 11:13:02 | 18 | **THE WITNESS:**  Normally it would be when we |
| 11:13:03 | 19 | were leaving the scene to go -- |
| 11:13:04 | 20 | **BY MR. RUPP:** |
| 11:13:04 | 21 | **Q.**    Okay. |
| 11:13:05 | 22 | **A.**    -- to the location.  It just depends on |
| 11:13:07 | 23 | when dispatch types it into the computer. |

*McDermott - Rupp - 2/19/20*

80

| 11:13:09 | 1 | Q. Fair enough. Okay. |

11:13:09  1       Q.   Fair enough.  Okay.

11:13:10  2            And then the next line says, C230 will be

11:13:15  3  a 941.

11:13:16  4            That's Schultz and Moriarity's vehicle, and

11:13:19  5  941 refers to a mental health issue?

11:13:22  6       A.   Yes.

11:13:22  7       Q.   Okay.  So what does that terminology

11:13:24  8  mean to you, C230 will be a 941?

11:13:29  9       A.   Again, that's radio or dispatch.

11:13:31 10  That's their -- their verbiage typing it.

11:13:35 11  I don't --

11:13:38 12       Q.   Okay.  And then at 11:30:35, it says

11:13:43 13  C230, suspect broke mirror on car 473 intentionally.

11:13:49 14  Let me ask you about that.  Was the car -- the

11:13:52 15  C District patrol vehicle that Schultz was driving,

11:13:54 16  was that C473?

11:13:56 17       A.   No.

11:13:56 18       Q.   Okay.  Do you know what car 473 is?  Is

11:14:01 19  that your car?

11:14:01 20       A.   That's my vehicle.

11:14:02 21       Q.   Okay.  But does the C230 refer to

11:14:06 22  Schultz calling it in?

11:14:08 23       A.   Yes.

*McDermott - Rupp - 2/19/20*

81

| | | |
|---|---|---|
| 11:14:08 | 1 | **Q.**    Okay.  And then dispatch evidently took |
| 11:14:10 | 2 | information and put that -- typed that into the |
| 11:14:12 | 3 | merged record, right? |
| 11:14:13 | 4 | **A.**    Yes. |
| 11:14:17 | 5 | **Q.**    Okay.  Now, at 13:14, we have a -- |
| 11:14:19 | 6 | we have a gap there from 11:30 a.m. to -- to |
| 11:14:21 | 7 | 1:14 p.m.  Almost two hours, right? |
| 11:14:25 | 8 | **A.**    Yes. |
| 11:14:26 | 9 | **Q.**    And then there's a reference from |
| 11:14:28 | 10 | dispatch, set to primary C241.  Who had been |
| 11:14:33 | 11 | primary prior to you becoming primary? |
| 11:14:35 | 12 | **A.**    Karl. |
| 11:14:36 | 13 | **Q.**    Okay.  And how do we know that from -- |
| 11:14:38 | 14 | from this call log? |
| 11:14:41 | 15 | **A.**    It's up at the 10:57:17, dispatched, |
| 11:14:44 | 16 | primary, C230. |
| 11:14:46 | 17 | **Q.**    I see.  Primary in parentheses.  Okay. |
| 11:14:49 | 18 | So at that point, can you tell me, how did |
| 11:14:52 | 19 | you change to primary from -- from Karl Schultz, if |
| 11:14:58 | 20 | you recall from that day? |
| 11:14:58 | 21 | I'm not even -- I'm not even asking you from |
| 11:15:00 | 22 | the form.  Like when -- when was it -- how did it |
| 11:15:02 | 23 | come about that you took over being primary on this |

McDermott - Rupp - 2/19/20

82

| | | |
|---|---|---|
| 11:15:06 | 1 | 17-0010506 call? |
| 11:15:12 | 2 | **A.** It was just a decision made that myself |
| 11:15:15 | 3 | and Officer Velez would take the call over. |
| 11:15:18 | 4 | **Q.** Okay. And where -- where were you when |
| 11:15:20 | 5 | that decision was made? |
| 11:15:21 | 6 | **A.** I don't remember. |
| 11:15:22 | 7 | **Q.** Okay. Based on the location changes |
| 11:15:25 | 8 | that are referenced on this call log, would that |
| 11:15:27 | 9 | have been at ECMC? |
| 11:15:28 | 10 | **A.** It's possible, but again, that's also |
| 11:15:32 | 11 | could just be that's when we communicated that |
| 11:15:35 | 12 | it -- it to radio. It wouldn't necessarily be |
| 11:15:38 | 13 | that's the moment that we decided that -- |
| 11:15:40 | 14 | **Q.** Okay. |
| 11:15:43 | 15 | **A.** -- that's what would happen. |
| 11:15:44 | 16 | **Q.** Now, there doesn't seem to be any |
| 11:15:46 | 17 | location change for C230 after that change to you |
| 11:15:56 | 18 | as primary was made. Do you see that? |
| 11:15:58 | 19 | **A.** Yes. |
| 11:15:58 | 20 | **Q.** Okay. Do you know, once the change to |
| 11:16:00 | 21 | primary was made, was C230 kind of released from |
| 11:16:03 | 22 | this particular incident report? |
| 11:16:05 | 23 | **A.** I don't know at what time, but at -- at |

*McDermott - Rupp - 2/19/20*

83

11:16:07  1    some point in time, Karl and Kyle went back into

11:16:09  2    service.

11:16:09  3         **Q.**   Okay.  And so you and -- and Ms. Velez

11:16:13  4    stayed with Mr. Kistner wherever you were at that

11:16:16  5    point.

11:16:16  6         **A.**   Correct.

11:16:16  7         **Q.**   So it was just the two officers at that

11:16:18  8    point; is that right?

11:16:19  9         **A.**   Myself and Officer Velez.

11:16:21 10         **Q.**   Yes.  Yes.

11:16:22 11         **A.**   Yes.

11:16:22 12         **Q.**   Okay.  So then the next entry, 14:45,

11:16:26 13    says C241 NMT.  Do you know what that means?

11:16:29 14         **A.**   It stands for need more time.

11:16:31 15         **Q.**   Okay.  And based on your location

11:16:33 16    changes as logged by dispatch, does it appear that

11:16:37 17    you were still at ECMC?

11:16:40 18         **A.**   It appears, yes.

11:16:41 19         **Q.**   Okay.  And would the C241, need more

11:16:45 20    time, was that something you would have radioed

11:16:47 21    into dispatch or typed into your computer, or how

11:16:51 22    would they get that information?

11:16:52 23         **A.**   One or the other.  I don't recall which

*McDermott - Rupp - 2/19/20*

84

| | | |
|---|---|---|
| 11:16:53 | 1 | one. |
| 11:16:54 | 2 | **Q.**   Okay. |
| 11:16:54 | 3 | **A.**   Which -- -- which communication I used. |
| 11:16:56 | 4 | **Q.**   Well, when you were at ECMC, you |
| 11:16:58 | 5 | weren't in your patrol vehicle, right? |
| 11:17:01 | 6 | **A.**   I was not. |
| 11:17:02 | 7 | **Q.**   Okay. |
| 11:17:03 | 8 | **A.**   But that doesn't mean I wouldn't have |
| 11:17:05 | 9 | gone out to the car to get, say, paperwork or |
| 11:17:07 | 10 | something and could have messaged. |
| 11:17:08 | 11 | **Q.**   Fair enough. |
| 11:17:09 | 12 | **A.**   I don't recall. |
| 11:17:09 | 13 | **Q.**   Fair enough. |
| 11:17:10 | 14 | All right.  And so then at 1537, which is |
| 11:17:15 | 15 | 3:37 p.m. -- and I'm sorry, what time did you tell |
| 11:17:18 | 16 | me your shift would normally be over? |
| 11:17:19 | 17 | **A.**   At 4 p.m. |
| 11:17:21 | 18 | **Q.**   4 p.m.  Okay. |
| 11:17:23 | 19 | So at -- at 3:50 -- 3:37 p.m., about |
| 11:17:27 | 20 | 23 minutes before your shift would normally be |
| 11:17:29 | 21 | over, you, and then three seconds later, Officer |
| 11:17:34 | 22 | Velez, location changed.  What is CB? |
| 11:17:37 | 23 | **A.**   Central booking. |

*McDermott - Rupp - 2/19/20*

85

| | | |
|---|---|---|
| 11:17:38 | 1 | **Q.**   Okay.  All right. |
| 11:17:41 | 2 | **A.**   And -- |
| 11:17:42 | 3 | **Q.**   And then at -- go ahead. |
| 11:17:43 | 4 | **A.**   I'm sorry.  Or cell block is how we |
| 11:17:45 | 5 | sometimes refer to it as well. |
| 11:17:47 | 6 | **Q.**   Fair enough.  Either -- either acronym. |
| 11:17:49 | 7 | All right.  Then at about -- oh, about |
| 11:17:51 | 8 | 11 minutes later, it shows both of you as being |
| 11:17:54 | 9 | on scene presumably at cell block or central |
| 11:17:57 | 10 | booking; is that right? |
| 11:17:57 | 11 | **A.**   Yes. |
| 11:17:57 | 12 | **Q.**   Okay.  Then we have another location |
| 11:18:01 | 13 | change about nearly an hour later, at -- at |
| 11:18:05 | 14 | 4:36 p.m., it says your location has changed back |
| 11:18:10 | 15 | to ECMC; is that right?  Both you and Officer |
| 11:18:13 | 16 | Velez? |
| 11:18:13 | 17 | **A.**   Yes. |
| 11:18:13 | 18 | **Q.**   Okay.  I mean, they're consecutive |
| 11:18:15 | 19 | entries a few seconds apart, right? |
| 11:18:17 | 20 | **A.**   Yes. |
| 11:18:17 | 21 | **Q.**   Because you're driving together. |
| 11:18:19 | 22 | **A.**   Correct. |
| 11:18:19 | 23 | **Q.**   All right.  So as long as it took |

*McDermott - Rupp - 2/19/20*

86

11:18:21  1    dispatch to type in, you're both going, location

11:18:23  2    change, back to ECMC; is that right?

11:18:25  3         **A.**    Yes.

11:18:25  4         **Q.**    Okay.  And then it shows you as being

11:18:27  5    en route.

11:18:31  6             Now, and then it puts you on scene at

11:18:35  7    4:46 p.m.; is that right?

11:18:42  8             On the second page?

11:18:44  9         **A.**    Oh, yes.  Yes.

11:18:46  10        **Q.**    Okay.  So, and that means on scene, as

11:18:48  11   you are now back at ECMC; is that right?

11:18:50  12        **A.**    Yes.

11:18:50  13        **Q.**    Because that's where your pending

11:18:52  14   location change was -- was put in a few minutes

11:18:54  15   before.

11:18:54  16        **A.**    Yes.

11:18:55  17        **Q.**    Okay.  And now it looks like -- so does

11:18:57  18   this mean then that you are actually, you know,

11:19:00  19   driving?

11:19:00  20            When you do the location change, are you --

11:19:03  21   at 1641, are you and Officer Velez driving in the

11:19:09  22   patrol vehicle at that point?

11:19:12  23        **MS. HUGGINS:**    Form.  You can answer.

*McDermott - Rupp - 2/19/20*

87

11:19:13  1          **BY MR. RUPP:**

11:19:13  2          **Q.**   Do you know?

11:19:14  3          Let me -- let me phrase the question

11:19:16  4   a little bit better.

11:19:17  5          You -- you radio in a location change.

11:19:19  6          **A.**   Yes.

11:19:19  7          **Q.**   You're heading back to ECMC; is that

11:19:21  8   right?

11:19:21  9          **A.**   Yes.

11:19:21  10         **Q.**   Okay.  And dispatch says, you know,

11:19:25  11  you're immediately en route; is that right?

11:19:28  12         **A.**   Yes.

11:19:28  13         **Q.**   Okay.  So four to five minutes -- five

11:19:32  14  to four minutes later, at 1641, there's another

11:19:36  15  entry:  Can you please change this call to criminal

11:19:40  16  mischief?  Do you see that?

11:19:41  17         **A.**   Yes.

11:19:41  18         **Q.**   Okay.  And based on the times, if these

11:19:46  19  times are accurate, could you have gotten from

11:19:50  20  central booking to -- back to ECMC inside of five

11:19:55  21  minutes?

11:19:58  22         **A.**   Probably not.

11:19:59  23         **Q.**   Okay.  So does that suggest to you that

*McDermott - Rupp - 2/19/20*

88

| | | |
|---|---|---|
| 11:20:02 | 1 | the dispatch was advised to change the call to |
| 11:20:05 | 2 | criminal mischief took place while you were |
| 11:20:07 | 3 | en route to ECMC the second time that day? |
| 11:20:09 | 4 | **A.**   Since I was driving, I assume that |
| 11:20:12 | 5 | Officer Velez would have typed it, because it is |
| 11:20:16 | 6 | a message. |
| 11:20:16 | 7 | **Q.**   Okay.  And -- and I was going to ask |
| 11:20:18 | 8 | you that.  I mean, throughout this whole day, were |
| 11:20:20 | 9 | you the driver of your patrol vehicle -- |
| 11:20:24 | 10 | **A.**   Yes. |
| 11:20:24 | 11 | **Q.**   -- 473? |
| 11:20:26 | 12 | **A.**   Yes. |
| 11:20:26 | 13 | **Q.**   Okay.  And how was it that you decided, |
| 11:20:28 | 14 | as between you and Officer Velez, which one of you |
| 11:20:31 | 15 | would drive that day? |
| 11:20:32 | 16 | **A.**   I don't remember the exact conversation, |
| 11:20:35 | 17 | but we usually would trade on and off who would |
| 11:20:38 | 18 | drive. |
| 11:20:38 | 19 | **Q.**   Fair enough.  Okay. |
| 11:20:39 | 20 | All right.  And then if we go to the end of |
| 11:20:46 | 21 | this document, the last few entries, we have you on |
| 11:20:48 | 22 | scene back at ECMC, C241.  There's no reference to |
| 11:20:54 | 23 | C242, but she was with you, right? |

*McDermott - Rupp - 2/19/20*

89

| | | |
|---|---|---|
| 11:20:56 | 1 | **A.**   Yes. |
| 11:20:56 | 2 | **Q.**   Okay.  And then at what would have been |
| 11:21:02 | 3 | 6:16 p.m., 18:16:08, the disposition is added |
| 11:21:09 | 4 | P1375 crime report; is that right? |
| 11:21:13 | 5 | **A.**   Yes. |
| 11:21:13 | 6 | **Q.**   And what does the P1375 refer to, if |
| 11:21:16 | 7 | you know? |
| 11:21:16 | 8 | **A.**   It's what would be -- we generically |
| 11:21:22 | 9 | call a police report. |
| 11:21:23 | 10 | **Q.**   Okay.  And then that's -- that's the |
| 11:21:24 | 11 | end of the log because it gets archived literally |
| 11:21:27 | 12 | a second later; is that right? |
| 11:21:28 | 13 | **A.**   Yes. |
| 11:21:28 | 14 | **Q.**   And I think you told me that would |
| 11:21:30 | 15 | close it out on your computer, and you wouldn't -- |
| 11:21:32 | 16 | you wouldn't see that again. |
| 11:21:33 | 17 | **A.**   Correct. |
| 11:21:34 | 18 | **Q.**   Okay. |
| 11:21:43 | 19 | **A.**   Can we take a bathroom break? |
| 11:21:45 | 20 | **MR. RUPP:**   Sure thing. |
| 11:21:45 | 21 | (A recess was then taken at 11:21 a.m.) |
| 11:30:06 | 22 | (On the record at 11:30 a.m.) |
| 11:30:06 | 23 | **BY MR. RUPP:** |

*McDermott - Rupp - 2/19/20*

90

| | | |
|---|---|---|
| 11:30:12 | 1 | Q.   All right.  What I want to do now, |
| 11:30:15 | 2 | Ms. McDermott, is listen to a couple of the |
| 11:30:19 | 3 | dispatch radio calls that we were produced in |
| 11:30:22 | 4 | discovery by your attorney, Ms. Huggins.  I'm just |
| 11:30:26 | 5 | going to play them and then maybe ask you a few |
| 11:30:29 | 6 | questions about them. |
| 11:30:29 | 7 | I'm not sure that all but the -- maybe the |
| 11:30:32 | 8 | last five don't pertain to you, but perhaps you can |
| 11:30:35 | 9 | tell me that you heard the call or know something |
| 11:30:37 | 10 | about it, so that's why I'm going to play those |
| 11:30:39 | 11 | as well. |
| 11:30:39 | 12 | So starting off with the first file, which |
| 11:30:43 | 13 | was produced as 01011701, so call 1. |
| 11:30:59 | 14 | MS. HUGGINS:  And just for the sake of the |
| 11:31:00 | 15 | record, what -- what had we previously marked the |
| 11:31:02 | 16 | disc? |
| 11:31:06 | 17 | MR. RUPP:  Exhibit 10. |
| 11:31:07 | 18 | MS. HUGGINS:  Thank you. |
| 11:32:03 | 19 | (Audio clip played.) |
| 11:32:03 | 20 | MS. HUGGINS:  Do we want to just go off the |
| 11:32:05 | 21 | record while we figure this out? |
| 11:32:07 | 22 | MR. DAVENPORT:  Yeah. |
| 11:32:07 | 23 | (A recess was then taken at 11:32 a.m.) |

*McDermott - Rupp - 2/19/20*

91

| | | |
|---|---|---|
| 11:32:44 | 1 | (On the record at 11:32 a.m.) |
| 11:32:44 | 2 | **MR. RUPP:**  All right.  The first one, 01, |
| 11:32:47 | 3 | which I hope is not Christmas music. |
| 11:33:22 | 4 | (Audio clip played.) |
| 11:33:22 | 5 | **BY MR. RUPP:** |
| 11:33:22 | 6 | **Q.**   I'm going to stop it right there. |
| 11:33:24 | 7 | Does that sound like a 911 call coming in from an |
| 11:33:28 | 8 | individual, as opposed to a police officer? |
| 11:33:30 | 9 | **A.**   Yes. |
| 11:33:30 | 10 | **MR. RUPP:**  Okay.  Let's play the second one. |
| 11:33:34 | 11 | This is from incident 010117, the second recording |
| 11:33:39 | 12 | produced by Ms. Huggins. |
| 11:33:55 | 13 | (Audio clip played.) |
| 11:33:55 | 14 | **BY MR. RUPP:** |
| 11:33:56 | 15 | **Q.**   Now, do you know who Charlie 230 is? |
| 11:33:58 | 16 | **A.**   Yes. |
| 11:33:58 | 17 | **Q.**   Do you recognize that voice? |
| 11:33:59 | 18 | **A.**   Yes. |
| 11:33:59 | 19 | **Q.**   Is that Karl Schultz? |
| 11:33:59 | 20 | **THE WITNESS:**  Yes. |
| 11:34:09 | 21 | (Audio clip played.) |
| 11:34:09 | 22 | **BY MR. RUPP:** |
| 11:34:09 | 23 | **Q.**   Okay.  And that's him telling dispatch |

*McDermott - Rupp - 2/19/20*

92

| | | |
|---|---|---|
| 11:34:12 | 1 | that he is out on Schmarbeck with you and Jenny |
| 11:34:14 | 2 | Velez. |
| 11:34:14 | 3 | **A.** Yes. |
| 11:34:14 | 4 | **Q.** And presumably Officer Moriarity, but |
| 11:34:16 | 5 | he doesn't really have a status because he's |
| 11:34:19 | 6 | training. |
| 11:34:19 | 7 | **A.** Right. |
| 11:34:20 | 8 | **MR. RUPP:** Okay. Just wanted to confirm. |
| 11:34:28 | 9 | (Audio clip played.) |
| 11:34:28 | 10 | **BY MR. RUPP:** |
| 11:34:28 | 11 | **Q.** All right. So it says now it's going |
| 11:34:30 | 12 | to be 37 Schmarbeck. Did you hear him make this |
| 11:34:34 | 13 | call from the field? |
| 11:34:37 | 14 | **A.** I don't recall. |
| 11:34:38 | 15 | **Q.** Fair enough. |
| 11:34:39 | 16 | Do you know why he changed the street |
| 11:34:41 | 17 | address from 33 Schmarbeck to 37 Schmarbeck? |
| 11:34:44 | 18 | **A.** I think if you keep listening, it's |
| 11:34:47 | 19 | going to explain. |
| 11:34:48 | 20 | **MR. RUPP:** All right. Let's do that. |
| 11:35:02 | 21 | (Audio clip played.) |
| 11:35:02 | 22 | **BY MR. RUPP:** |
| 11:35:03 | 23 | **Q.** Okay. When the -- when it says 33 is |

*McDermott - Rupp - 2/19/20*

93

| | | |
|---|---|---|
| 11:35:04 | 1 | advised, was that Officer Schultz saying that? |
| 11:35:07 | 2 | **A.**   Yes. |
| 11:35:07 | 3 | **Q.**   Okay.  And that's saying close out the |
| 11:35:10 | 4 | incident that we previously talked about that's |
| 11:35:11 | 5 | Exhibit 3, right? |
| 11:35:13 | 6 | **A.**   Correct. |
| 11:35:14 | 7 | **MR. RUPP:**   Okay.  And then he continues to |
| 11:35:15 | 8 | talk. |
| 11:35:23 | 9 | (Audio clip played.) |
| 11:35:23 | 10 | **BY MR. RUPP:** |
| 11:35:23 | 11 | **Q.**   All right.  So let me ask you about |
| 11:35:25 | 12 | that.  He says, somebody threw himself into one of |
| 11:35:27 | 13 | our cars that was parked. |
| 11:35:30 | 14 | Do you know what he was referring to there? |
| 11:35:31 | 15 | **A.**   Yes. |
| 11:35:31 | 16 | **Q.**   What was he referring to? |
| 11:35:33 | 17 | **A.**   He was referring to when Mr. Kistner |
| 11:35:35 | 18 | threw himself into my patrol vehicle. |
| 11:35:37 | 19 | **Q.**   Okay.  Was your car parked? |
| 11:35:38 | 20 | **A.**   It was stopped. |
| 11:35:39 | 21 | **Q.**   Okay.  Was it -- was it parked? |
| 11:35:40 | 22 | **A.**   It was not in park. |
| 11:35:41 | 23 | **Q.**   Okay.  Was it in motion? |

*McDermott - Rupp - 2/19/20*

94

| 11:35:43 | 1 | **A.**   I didn't -- I don't believe so. |
| 11:35:44 | 2 | **Q.**   Okay.  You don't think it was moving |

11:35:47  3  at the time?

11:35:47  4          **A.**   I don't remember it being moving.

11:35:49  5  I -- I remember it being stopped.

11:35:50  6          **Q.**   Okay.  Did you -- before the impact do

11:35:54  7  you remember it being stopped?

11:35:56  8          **A.**   I don't recall.

11:35:58  9          **Q.**   All right.  Well, do you -- did you

11:35:59 10  watch the videos as part of your preparation for

11:36:01 11  your deposition today?

11:36:02 12          **A.**   Yes.

11:36:02 13          **Q.**   Okay.  And you watched them just

11:36:04 14  yesterday?

11:36:04 15          **A.**   Yes.

11:36:04 16          **Q.**   Okay.  So based on what you saw

11:36:06 17  yesterday, was your vehicle parked or stopped

11:36:09 18  or moving at the time of the collision with

11:36:12 19  Mr. Kistner?

11:36:13 20          **MS. HUGGINS:**   Form.  You can answer.

11:36:14 21          **THE WITNESS:**   I --

11:36:14 22          **BY MR. RUPP:**

11:36:15 23          **Q.**   What was your vehicle doing at the

*McDermott - Rupp - 2/19/20*

95

| | | |
|---|---|---|
| 11:36:17 | 1 | precise moment that it impacted Mr. Kistner? |
| 11:36:19 | 2 | **A.**    My vehicle didn't impact Mr. Kistner. |
| 11:36:21 | 3 | **Q.**    Okay.  Was there contact between your |
| 11:36:24 | 4 | vehicle and Mr. Kistner? |
| 11:36:25 | 5 | **A.**    There was contact. |
| 11:36:26 | 6 | **Q.**    Okay.  And was your vehicle moving or |
| 11:36:28 | 7 | stationary at the time of that contact? |
| 11:36:30 | 8 | **A.**    I recall it being stopped. |
| 11:36:31 | 9 | **Q.**    You recall it being stopped.  What did |
| 11:36:34 | 10 | you see yesterday in the videos? |
| 11:36:35 | 11 | **A.**    It's hard to tell from the angle. |
| 11:36:38 | 12 | **MR. RUPP:**  Okay. |
| 11:36:43 | 13 | (Audio clip played.) |
| 11:36:43 | 14 | **BY MR. RUPP:** |
| 11:36:44 | 15 | **Q.**    Okay.  And the ADI, you told me |
| 11:36:46 | 16 | previously, was the ambulance, right? |
| 11:36:47 | 17 | **A.**    Yes. |
| 11:36:47 | 18 | **Q.**    Okay.  Do you know why Officer Schultz |
| 11:36:50 | 19 | told dispatch to disregard calls for the ambulance? |
| 11:36:53 | 20 | **MS. HUGGINS:**  Form.  You can answer. |
| 11:36:54 | 21 | **MR. RUPP:**  Strike it. |
| 11:36:54 | 22 | What did he mean, if you can tell me, when |
| 11:36:57 | 23 | he said, disregard ADI? |

*McDermott - Rupp - 2/19/20*

96

| | | |
|---|---|---|
| 11:37:00 | 1 | **THE WITNESS:**  Disregard ADI would mean we do |
| 11:37:03 | 2 | not need an ambulance. |
| 11:37:03 | 3 | **BY MR. RUPP:** |
| 11:37:03 | 4 | **Q.**   Okay.  And how do you know -- did you |
| 11:37:05 | 5 | have a conversation with him before he radioed in |
| 11:37:08 | 6 | to call -- cancel the plans? |
| 11:37:10 | 7 | **A.**   I don't recall. |
| 11:37:10 | 8 | **Q.**   Okay.  Do you know how he knew that -- |
| 11:37:13 | 9 | that an ambulance was not needed? |
| 11:37:15 | 10 | **A.**   I don't know. |
| 11:37:16 | 11 | **Q.**   Okay.  Do you know whether or not |
| 11:37:18 | 12 | Mr. Kistner was injured in the contact between |
| 11:37:22 | 13 | him and the police -- the police vehicle? |
| 11:37:25 | 14 | **A.**   I believe he claimed to be injured. |
| 11:37:30 | 15 | **Q.**   Okay.  Did you believe him? |
| 11:37:35 | 16 | **A.**   I did not. |
| 11:37:36 | 17 | **Q.**   Did you receive any training in -- in |
| 11:37:40 | 18 | the course of your ECC training or your Buffalo |
| 11:37:43 | 19 | Police Academy training or on-the-job training with |
| 11:37:46 | 20 | respect to what you should do when somebody is -- |
| 11:37:48 | 21 | is struck by a vehicle? |
| 11:37:50 | 22 | **A.**   He was not struck by a vehicle. |
| 11:37:51 | 23 | **Q.**   Okay.  There was contact between him |

*McDermott - Rupp - 2/19/20*

97

| | | |
|---|---|---|
| 11:37:53 | 1 | and your vehicle, right? |
| 11:37:56 | 2 | **A.**   Yes, there was contact. |
| 11:37:57 | 3 | **Q.**   Okay.  Did you receive any training |
| 11:37:58 | 4 | as to what you're supposed to do under those |
| 11:38:01 | 5 | circumstances? |
| 11:38:01 | 6 | **A.**   It would depend on the situation. |
| 11:38:02 | 7 | **Q.**   Okay.  If the person says they're |
| 11:38:05 | 8 | injured and wants an ambulance, what are you |
| 11:38:07 | 9 | trained to do? |
| 11:38:07 | 10 | **A.**   It would depend on the situation. |
| 11:38:08 | 11 | **Q.**   Okay.  So how -- what -- how would it |
| 11:38:10 | 12 | depend?  What -- what would -- if somebody wanted |
| 11:38:12 | 13 | an ambulance, what would cause you to cancel an |
| 11:38:14 | 14 | ambulance? |
| 11:38:15 | 15 | **A.**   I didn't cancel the ambulance. |
| 11:38:16 | 16 | **Q.**   Okay.  Well, have you canceled |
| 11:38:19 | 17 | ambulances before? |
| 11:38:20 | 18 | **A.**   Yes. |
| 11:38:20 | 19 | **Q.**   Okay.  What would cause you to cancel |
| 11:38:22 | 20 | an ambulance when somebody said, I want an |
| 11:38:24 | 21 | ambulance? |
| 11:38:25 | 22 | **A.**   Again, it would depend on the |
| 11:38:26 | 23 | situation. |

*McDermott - Rupp - 2/19/20*

98

| | | |
|---|---|---|
| 11:38:26 | 1 | **Q.**   Okay.  How would it depend? |
| 11:38:28 | 2 | **A.**   It would depend on if we transported |
| 11:38:31 | 3 | them up to the hospital ourselves. |
| 11:38:33 | 4 | **Q.**   Okay. |
| 11:38:33 | 5 | **A.**   That's another option. |
| 11:38:34 | 6 | **MR. RUPP:**  All right. |
| 11:38:42 | 7 | (Audio clip played.) |
| 11:38:42 | 8 | **BY MR. RUPP:** |
| 11:38:42 | 9 | **Q.**   All right.  He says, okay.  I'll get |
| 11:38:44 | 10 | ADI there. |
| 11:38:45 | 11 | Who was that speaking? |
| 11:38:46 | 12 | **A.**   Dispatcher. |
| 11:38:46 | 13 | **Q.**   Okay.  ADI is an ambulance, right? |
| 11:38:49 | 14 | **A.**   Yes. |
| 11:38:49 | 15 | **Q.**   So at this point, based on this call |
| 11:38:52 | 16 | that came over I assume your radio, as well as Karl |
| 11:38:55 | 17 | Schultz's, right? |
| 11:38:56 | 18 | **A.**   Yes. |
| 11:38:56 | 19 | **Q.**   You would have heard it too? |
| 11:38:57 | 20 | **A.**   Yes. |
| 11:38:57 | 21 | **Q.**   According to that, dispatch is sending |
| 11:38:59 | 22 | an ambulance, right? |
| 11:39:01 | 23 | **A.**   I believe he misunderstood when Karl |

*McDermott - Rupp - 2/19/20*

99

11:39:04  1  said to cancel the ambulance.

11:39:05  2       **MR. RUPP:**  Okay.

11:39:10  3       (Audio clip played.)

11:39:10  4       **BY MR. RUPP:**

11:39:10  5       **Q.**   Okay.  And so now Karl Schultz is

11:39:12  6  making it clear:  I don't want an ambulance to come

11:39:14  7  to the scene.  Is that right?

11:39:15  8       **A.**   Correct.

11:39:16  9       **Q.**   Okay.  Did you observe Mr. Schultz make

11:39:19  10  an assessment of whether or not Mr. Kistner was

11:39:21  11  injured?

11:39:22  12       **A.**   I would have been there.  I don't

11:39:24  13  recall the exact assessment that was made.

11:39:26  14       **Q.**   Okay.  Well, my question is:  Was an

11:39:28  15  assessment made?

11:39:29  16       **A.**   Yes.

11:39:29  17       **Q.**   Okay.  How do you know that?

11:39:31  18       **A.**   I would have been standing there.

11:39:33  19       **Q.**   Okay.  Well, you're saying, would have

11:39:34  20  been, as if you're almost referring to somebody

11:39:37  21  else.

11:39:37  22       I mean, did you -- do you recall, as you sit

11:39:39  23  here today, watching Mr. Schultz make an assessment

*McDermott - Rupp - 2/19/20*

100

| | | |
|---|---|---|
| 11:39:42 | 1 | of whether or not Jim Kistner was injured? |
| 11:39:44 | 2 | **A.**   I was standing there.  I'm saying |
| 11:39:46 | 3 | I don't recall the exact assessment that was made. |
| 11:39:48 | 4 | **Q.**   Okay.  Do you know how long the |
| 11:39:50 | 5 | assessment took? |
| 11:39:50 | 6 | **A.**   No. |
| 11:39:51 | 7 | **Q.**   Do you know if he asked Mr. Kistner any |
| 11:39:54 | 8 | questions? |
| 11:39:54 | 9 | **A.**   I don't remember. |
| 11:39:55 | 10 | **Q.**   Okay.  You have no recollection of |
| 11:39:57 | 11 | and -- and you didn't perform an assessment; is |
| 11:39:59 | 12 | that right? |
| 11:39:59 | 13 | **A.**   I -- there was a visual assessment made |
| 11:40:03 | 14 | that didn't appear to be any outward injuries. |
| 11:40:06 | 15 | There was -- he wasn't bleeding.  Nothing like |
| 11:40:08 | 16 | that. |
| 11:40:08 | 17 | **Q.**   Okay.  You wouldn't necessarily see, |
| 11:40:10 | 18 | like a back injury, though, it wouldn't be |
| 11:40:14 | 19 | manifested with blood; would you agree with that? |
| 11:40:16 | 20 | **A.**   A back injury could be manifested with |
| 11:40:18 | 21 | blood. |
| 11:40:18 | 22 | **Q.**   But not necessarily, right? |
| 11:40:19 | 23 | **A.**   Not necessarily. |

*McDermott - Rupp - 2/19/20*

101

| | | |
|---|---|---|
| 11:40:20 | 1 | **Q.**   Okay.  What about -- what about |
| 11:40:23 | 2 | a spinal cord injury? |
| 11:40:24 | 3 | **A.**   I'm not a medical professional. |
| 11:40:25 | 4 | **Q.**   Okay.  So what -- what was the extent |
| 11:40:27 | 5 | of your assessment of Mr. Kistner? |
| 11:40:29 | 6 | **A.**   My assessment was that he purposely |
| 11:40:32 | 7 | walked towards the vehicle and threw himself into |
| 11:40:34 | 8 | it. |
| 11:40:34 | 9 | **Q.**   Okay.  But what was your assessment of |
| 11:40:36 | 10 | whether or not he was injured from that? |
| 11:40:38 | 11 | **A.**   Again, I'm not a medical -- medical |
| 11:40:41 | 12 | professional.  I did not see -- visually see any |
| 11:40:44 | 13 | injuries. |
| 11:40:44 | 14 | **Q.**   Okay.  Did anybody else do an |
| 11:40:46 | 15 | assessment? |
| 11:40:46 | 16 | You said you were there when Mr. Schultz did |
| 11:40:49 | 17 | one, but you're not sure what he did.  You did one. |
| 11:40:52 | 18 | Did anybody else do an assessment? |
| 11:40:54 | 19 | **A.**   As far as a visual assessment? |
| 11:40:56 | 20 | **Q.**   Any type of assessment. |
| 11:40:57 | 21 | **A.**   You would have to ask the other |
| 11:41:00 | 22 | officers that were there. |
| 11:41:00 | 23 | **Q.**   Okay.  All right. |

*McDermott - Rupp - 2/19/20*

102

| | | |
|---|---|---|
| 11:41:01 | 1 | Did you overhear any questions asked of |
| 11:41:04 | 2 | Mr. Kistner as to whether he was injured or not? |
| 11:41:06 | 3 | **A.**   I don't recall. |
| 11:41:06 | 4 | **Q.**   Okay.  And you don't recall asking any |
| 11:41:09 | 5 | yourself? |
| 11:41:09 | 6 | **A.**   I don't recall. |
| 11:41:10 | 7 | **Q.**   Do you recall speaking to Mr. Kistner |
| 11:41:12 | 8 | at all before, for example, he was handcuffed? |
| 11:41:18 | 9 | **A.**   I may have. |
| 11:41:18 | 10 | **Q.**   When you first saw Mr. Kistner, where |
| 11:41:20 | 11 | was he? |
| 11:41:20 | 12 | **A.**   On the ground. |
| 11:41:21 | 13 | **Q.**   Okay. |
| 11:41:21 | 14 | **MS. HUGGINS:**   Form. |
| 11:41:23 | 15 | **THE WITNESS:**   Well, yeah.  Sorry.  First |
| 11:41:25 | 16 | saw -- |
| 11:41:25 | 17 | **BY MR. RUPP:** |
| 11:41:25 | 18 | **Q.**   Let's say after the impact with the |
| 11:41:26 | 19 | police vehicle, where was he? |
| 11:41:27 | 20 | **A.**   On the ground. |
| 11:41:28 | 21 | **Q.**   Okay.  Was he on his back?  Side? |
| 11:41:31 | 22 | Front? |
| 11:41:31 | 23 | **A.**   I believe he was rolling.  I don't |

| | | |
|---|---|---|
11:41:34 1 recall if he was on his stomach or back first, but

11:41:37 2 he was kind of rolling on the ground.

11:41:39 3 **Q.** Okay.

11:41:40 4 **A.** From side to side.

11:41:41 5 **Q.** Did you hear an impact in your -- in

11:41:43 6 your police vehicle or patrol vehicle?

11:41:49 7 **A.** I don't recall.

11:41:50 8 **Q.** All right.  Well, how did you know that

11:41:52 9 there had been physical contact between Mr. Kistner

11:41:56 10 and your patrol vehicle?

11:41:58 11 **A.** I saw it.

11:41:59 12 **Q.** Okay.  What did you see?

11:42:01 13 **A.** I saw him walking towards my vehicle

11:42:05 14 very fast or quickly, and he didn't stop.

11:42:11 15 **Q.** Okay.  And you don't remember whether

11:42:14 16 you were stationary or moving yourself in the

11:42:18 17 patrol vehicle.

11:42:19 18 **A.** Prior to him making contact, I was

11:42:23 19 trying to drive away.  As he kept coming, I slammed

11:42:26 20 on the brakes.

11:42:28 21 **Q.** Okay.  Had you seen him before you

11:42:31 22 slammed on the brakes?

11:42:34 23 **A.** Prior --

*McDermott - Rupp - 2/19/20*

104

| | | |
|---|---|---|
| 11:42:35 | 1 | **MS. HUGGINS:**  Form. |
| 11:42:35 | 2 | **BY MR. RUPP:** |
| 11:42:36 | 3 | **Q.**   Did you see him walking towards the |
| 11:42:37 | 4 | front of your vehicle? |
| 11:42:38 | 5 | **A.**   He was walking towards the side of it. |
| 11:42:40 | 6 | **Q.**   Okay.  Did -- when did you see him? |
| 11:42:43 | 7 | How long -- how -- what time frame before the |
| 11:42:45 | 8 | impact did you see him? |
| 11:42:48 | 9 | **A.**   I -- I don't know about time frame. |
| 11:42:50 | 10 | I saw him walking from -- I believe from his house, |
| 11:42:53 | 11 | down the sidewalk. |
| 11:42:54 | 12 | **Q.**   Okay.  And did you see him walk into |
| 11:42:56 | 13 | the street? |
| 11:42:56 | 14 | **A.**   Yes. |
| 11:42:56 | 15 | **Q.**   Did you see him walk past the front of |
| 11:43:00 | 16 | your vehicle? |
| 11:43:01 | 17 | **A.**   No.  He walked -- |
| 11:43:03 | 18 | **Q.**   Okay. |
| 11:43:03 | 19 | **A.**   -- in front of Karl and Kyle's vehicle. |
| 11:43:06 | 20 | He walked to the opposite side of the street where |
| 11:43:09 | 21 | he was coming from. |
| 11:43:10 | 22 | **Q.**   Did you hear Mr. Kistner say anything? |
| 11:43:12 | 23 | **MS. HUGGINS:**  Form. |

*McDermott - Rupp - 2/19/20*

11:43:13  1          **THE WITNESS:**  I don't recall.

11:43:13  2          **BY MR. RUPP:**

11:43:14  3          **Q.**   Okay.  Did you hear Officer Schultz or

11:43:17  4  Officer Moriarity say anything?

11:43:18  5          **A.**   I don't recall.

11:43:19  6          **Q.**   Okay.  Did you say anything?

11:43:21  7          **A.**   I don't believe so.

11:43:22  8          **Q.**   Did Ms. Velez say anything?

11:43:24  9          **A.**   I don't believe so.

11:43:25 10          **Q.**   Okay.  So as far as you know, as you

11:43:27 11  sit here today, you didn't hear anyone say anything

11:43:29 12  as Mr. Kistner was making his way across the street?

11:43:32 13          **A.**   I don't recall.

11:43:33 14          **Q.**   Okay.  But you saw him walking towards

11:43:35 15  your vehicle.

11:43:37 16          **A.**   I saw him walking -- yes, I saw him

11:43:40 17  walking towards the side of the vehicle.

11:43:41 18          **Q.**   Okay.  And was your window -- you were

11:43:43 19  driving.

11:43:44 20          **A.**   Yes.

11:43:44 21          **Q.**   Was your window up or down?

11:43:46 22          **A.**   I don't recall.

11:43:47 23          **Q.**   Okay.  Well, it was January 1 of 2017.

| 11:43:50 | 1 | Does that refresh your recollection at all or |

11:43:50  1 Does that refresh your recollection at all or
11:43:52  2 whether your window would be up or down or you just
11:43:55  3 don't know?
11:43:55  4       **A.**   I don't remember.
11:43:56  5       **Q.**   Okay.  Was Ms. Velez in the vehicle
11:43:59  6 as well?
11:43:59  7       **A.**   Yes.
11:43:59  8       **Q.**   And do you know whether she was looking
11:44:01  9 at Mr. Kistner?
11:44:02 10       **A.**   I don't recall.
11:44:03 11       **Q.**   Did she say anything to you before the
11:44:05 12 impact?
11:44:06 13       **A.**   I don't recall.
11:44:07 14       **Q.**   Did you say anything to her?
11:44:08 15       **A.**   I don't recall.
11:44:09 16       **Q.**   And you didn't hear anybody call out
11:44:11 17 a warning or say anything.
11:44:13 18       **A.**   No.
11:44:13 19       **Q.**   Okay.  What were you intending to do if
11:44:23 20 the collision or if the impact had not happened?
11:44:27 21       **MS. HUGGINS:**   Form.
11:44:27 22       **BY MR. RUPP:**
11:44:28 23       **Q.**   You're in your vehicle now with

*McDermott - Rupp - 2/19/20*

107

| | | |
|---|---|---|
| 11:44:29 | 1 | Ms. Velez, right? |
| 11:44:31 | 2 | **A.**    Correct. |
| 11:44:31 | 3 | **Q.**    Officer Schultz and Moriarity have left |
| 11:44:34 | 4 | in their patrol vehicle, correct? |
| 11:44:36 | 5 | **A.**    They had started to drive away. |
| 11:44:38 | 6 | **Q.**    Right.  They were in motion at the time |
| 11:44:39 | 7 | of the impact, right? |
| 11:44:43 | 8 | **A.**    I don't know if they were in motion or |
| 11:44:44 | 9 | if they had stopped down the street. |
| 11:44:45 | 10 | **Q.**    Okay.  Do you know where they were |
| 11:44:48 | 11 | going? |
| 11:44:48 | 12 | **A.**    I don't. |
| 11:44:49 | 13 | **Q.**    Okay.  And what were you planning to do |
| 11:44:52 | 14 | with Ms. Velez in the passenger seat? |
| 11:44:55 | 15 | **A.**    We were leaving the scene. |
| 11:44:57 | 16 | **Q.**    Okay.  You were planning to leave. |
| 11:44:58 | 17 | **A.**    Yes. |
| 11:44:58 | 18 | **Q.**    Okay.  And which way were you planning |
| 11:45:00 | 19 | to leave on Schmarbeck? |
| 11:45:02 | 20 | **A.**    The direction our vehicle was facing. |
| 11:45:05 | 21 | I believe north. |
| 11:45:07 | 22 | **Q.**    So your plan was to pull forward down |
| 11:45:10 | 23 | Schmarbeck and go where you were going to go next; |

*McDermott - Rupp - 2/19/20*

108

```
11:45:12   1  is that right?
11:45:12   2        A.    Correct.
11:45:13   3        Q.    You weren't going to turn around in
11:45:14   4  a driveway or turn around, make a three-point turn
11:45:17   5  in the street or anything.
11:45:18   6        A.    No.
11:45:18   7        Q.    Okay.  And when you -- when you saw
11:45:23   8  Mr. Kistner, did you stop?
11:45:28   9        When you saw him coming, you said approaching
11:45:30  10  the side of your vehicle, what did you do?
11:45:33  11        A.    No.  I was trying to pull out of where
11:45:35  12  I was parked.
11:45:36  13        Q.    Okay.  Had you started pulling out yet?
11:45:38  14        A.    Yes.
11:45:38  15        Q.    Okay.  So you were moving?
11:45:41  16        MS. HUGGINS:   Form.
11:45:41  17        THE WITNESS:   I had backed up, and I had
11:45:44  18  turned the wheel and started to pull around I think
11:45:47  19  it was a red minivan that was parked there.
11:45:49  20        BY MR. RUPP:
11:45:49  21        Q.    When -- when you backed up, where were
11:45:52  22  you looking?
11:45:54  23        A.    I -- I don't -- I don't recall.
```

*McDermott - Rupp - 2/19/20*

109

| | | |
|---|---|---|
| 11:45:56 | 1 | Q.   Well, when you were trained to drive |
| 11:45:59 | 2 | a Tahoe and the training you received on the Crown |
| 11:46:02 | 3 | Vic at ECC, what were you trained to do when you |
| 11:46:05 | 4 | backed up a patrol vehicle? |
| 11:46:05 | 5 | A.   Well, I would have -- there's no |
| 11:46:07 | 6 | rearview mirror camera, so I would have looked |
| 11:46:10 | 7 | in both mirrors.  I would have turned around and |
| 11:46:13 | 8 | looked. |
| 11:46:13 | 9 | Q.   What about rear view? |
| 11:46:15 | 10 | A.   Rearview mirror? |
| 11:46:16 | 11 | Q.   Yes.  You had one. |
| 11:46:17 | 12 | A.   I would have looked in it. |
| 11:46:18 | 13 | Q.   Okay.  So you backed up.  How many feet |
| 11:46:21 | 14 | did you back up? |
| 11:46:22 | 15 | A.   I don't know exactly. |
| 11:46:23 | 16 | Q.   We'll look at the video, but why did |
| 11:46:26 | 17 | you back up?  Why didn't you pull straight forward? |
| 11:46:27 | 18 | A.   Because there was a red minivan parked |
| 11:46:29 | 19 | there, and I was -- would have been too close to |
| 11:46:30 | 20 | pull straight forward out. |
| 11:46:30 | 21 | Q.   So you needed to back up and you're |
| 11:46:32 | 22 | checking mirrors; is that right? |
| 11:46:33 | 23 | A.   Yes. |