

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# M

P-277 (7/89)    **BUFFALO POLICE ACADEMY TRAINING RECORD**

**MCDERMOTT  LAUREN  M**
(LAST NAME)    (FIRST NAME)    (M)


(EMPLOYEE NO.)

08/03/2012
(APPOINTMENT DATE)

89
(DOB)

(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| 2013 GLOCK QUALIFICATION | 01/22/2013 | 01/22/2013 |  | YES |
| WORK PLACE VIOLENCE | 06/06/2013 | 06/06/2013 | 1 | YES |
| DOMESTIC VIOLENCE | 06/06/2013 | 06/06/2013 | 1 | YES |
| ART 35/USE OF FORCE | 06/06/2013 | 06/06/2013 | 2 | YES |
| BLUE TEAM | 11/18/2013 | 11/18/2013 | 2 | YES |
| TRACS 10 SUMMONS | 11/18/2013 | 11/18/2013 | 4 | YES |
| PATROL RESP TO A HOM CALL OUT | 02/16/2014 | 02/16/2014 | 1 | YES |
| 2014 GLOCK QUALIFICATION | 03/18/2014 |  | 2 | YES |
| ART 35/USE OF FORCE | 05/02/2014 | 05/02/2014 | 2 | YES |
| NARCAN | 05/02/2014 | 05/02/2014 | 2 | YES |
| TECC | 05/02/2014 | 05/02/2014 | 4 | YES |
| TECC | 05/02/2014 | 05/02/2014 | 4 | YES |
| TAHOE | 05/02/2014 | 05/02/2014 | 4 | YES |
| 2014 GLOCK QUALIFICATION | 10/14/2014 |  | 2 | YES |
| PATROL RESP TO A HOM CALL OUT | 01/12/2015 | 01/12/2015 | 1 | YES |
| 2015 GLOCK QUALIFICATION | 02/11/2015 |  | 2 | YES |
| BPD ASSESSMENT AND FUNDAMENTAL FIREARMS DEVELOPMENT | 11/08/2015 | 11/08/2015 | 3 | YES |
| ETHICS 2015/2016 | 01/07/2016 | 01/07/2016 | 4 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN | 01/07/2016 | 01/07/2016 | 1 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_  TRAINING DIRECTOR

_3/20/19_  DATE

P-277 (7/89)     **BUFFALO POLICE ACADEMY TRAINING RECORD**

**MCDERMOTT LAUREN M**
(LAST NAME)   (FIRST NAME)   (M)


(EMPLOYEE NO.)

08/03/2012          ▅▅▅89
(APPOINTMENT DATE)      (DOB)                      (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| WORKPLACE | | | | |
| SOS OVERVIEW | 01/07/2016 | 01/07/2016 | 1 | YES |
| HOMICIDE OVERVIEW | 01/07/2016 | 01/07/2016 | 1 | YES |
| 2016 GLOCK QUALIFICATION | 06/01/2016 | | 2 | YES |
| LAW ENFORCEMENT AND MENTAL HEALTH | 08/04/2016 | 08/04/2016 | 3 | YES |
| SEARCH AND SEIZURE | 08/04/2016 | 08/04/2016 | 2 | YES |
| DIR UPDATE 2016 | 08/04/2016 | 08/04/2016 | 1 | YES |
| SHOTGUN 2016 | 10/18/2016 | 10/18/2016 | 8 | YES |
| 2017 GLOCK QUALIFICATION | 05/25/2017 | | 2 | YES |
| BLUE COURAGE II | 11/27/2017 | 11/27/2017 | 6 | YES |
| 2018 USE OF PHYSICAL FORCE/USE OF DEADLY PHYSICAL FORCE/ARTICLE 35 | 10/02/2018 | 10/02/2018 | 1 | YES |
| 2018 ASP REFRESHER AND UPDATES/CAP SPRAY REFRESHER AND UPDATES/DT REFRESHER AND UPDATES | 10/02/2018 | 10/02/2018 | 4 | YES |
| 2018 BLOOD BORNE PATHOGENS AND INFECTIOUS DISEASES AND PESH | 10/16/2018 | 10/16/2018 | 3 | YES |
| 2018 LEGAL UPDATES | 10/16/2018 | 10/16/2018 | 1 | YES |
| 2018 ACTIVE SHOOTER | 10/23/2018 | 10/23/2018 | 6 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_[signature]_     TRAINING DIRECTOR

3/20/19     DATE

P-277 (7/89)  **BUFFALO POLICE ACADEMY TRAINING RECORD**

**MCDERMOTT   LAUREN   M**
(LAST NAME)   (FIRST NAME)   (M)


(EMPLOYEE NO.)

**08/03/2012**
(APPOINTMENT DATE)

▮89
(DOB)

▮
(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| 2018 RESCUE TASK FORCE | 10/23/2018 | 10/23/2018 | 6 | YES |
| CIT-CRISIS SERVICES | 12/03/2018 | 12/06/2018 | 32 | YES |
| 2018 GLOCK QUALIFICATION | 12/17/2018 | | 3 | YES |
| 2019 GLOCK QUALIFICATION | 01/21/2019 | | 3 | YES |
| 2019 BLOODBORNE PATHOGENS AND INFECTIOUS DISEASES/PESH/LEGAL UPDATES | 02/20/2019 | 02/20/2019 | 4 | YES |
| 2019 SEXUAL HARASSMENT AND DISCRIMINATION | 02/20/2019 | 02/20/2019 | 1 | YES |
| 2019 ASP, CAP SPRAY, DT REFRESHER AND UPDATES/USE OF FORCE AND DEADLY PHYSICAL FORCE/ ARTICLE 35 | 02/20/2019 | 02/20/2019 | 5 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_ TRAINING DIRECTOR

_3/20/19_ DATE

P-277 (7/89)     **BUFFALO POLICE ACADEMY TRAINING RECORD**

**MORIARITY KYLE T**
(LAST NAME)    (FIRST NAME)    (M)

(EMPLOYEE NO.)

11/04/2016
(APPOINTMENT DATE)

6
(DOB)

(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| DRUG TEST POLICY | 11/04/2016 | 11/04/2016 | 1 | YES |
| EAP | 11/04/2016 | 11/04/2016 | 1 | YES |
| RULES AND REGULATIONS | 11/04/2016 | 11/04/2016 | 1 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN WORKPLACE | 11/04/2016 | 11/04/2016 | 1 | YES |
| RULES AND REGULATIONS CHAPTER III GENERAL CONDUCT | 11/04/2016 | 11/04/2016 | 1 | YES |
| MOP 1 | 11/23/2016 | 11/23/2016 | 1 | YES |
| POLICE & DOG ENCOUNTERS | 11/24/2016 | 11/24/2016 | 1 | YES |
| TAHOE | 11/25/2016 | 11/25/2016 | 4 | YES |
| PURSUIT POLICY | 11/25/2016 | 11/25/2016 | 2 | YES |
| BLUE TEAM | 11/25/2016 | 11/25/2016 | 2 | YES |
| FIRST AID QUALIFIER (NARCAN, LIFE SLING, CPR, TOURNIQUET) | 11/25/2016 | 11/25/2016 | 1 | YES |
| MCT 1 | 11/28/2016 | 11/28/2016 | 2 | YES |
| DIR UPDATE 2016 | 11/28/2016 | 11/28/2016 | 1 | YES |
| BLOODBORNE PATHOGENS 2016 | 11/28/2016 | 11/28/2016 | 1 | YES |
| EAP | 11/28/2016 | 11/28/2016 | 1 | YES |
| TRACS | 11/29/2016 | 11/29/2016 | 4 | YES |
| HOMICIDE OVERVIEW | 11/30/2016 | 11/30/2016 | 1 | YES |
| SOCIAL MEDIA POLICY | 12/01/2016 | 12/01/2016 | 1 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_    TRAINING DIRECTOR

_3/20/19_    DATE

P-277 (7/89)　　　　**BUFFALO POLICE ACADEMY TRAINING RECORD**

**MORIARITY  KYLE  T**
(LAST NAME)　　(FIRST NAME)　　(M)　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(EMPLOYEE NO.)

11/04/2016　　　　　　　　　　　　　　　　86
(APPOINTMENT DATE)　　　　　　　　　(DOB)　　　　　　　　　　(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| WORK PLACE VIOLENCE | 12/29/2016 | 12/29/2016 | 1 | YES |
| HOMICIDE UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| FEDERAL FIREARMS LAWS & GANGS | 02/15/2017 | 02/15/2017 | 2 | YES |
| NATURAL GAS EMERGENCY | 02/15/2017 | 02/15/2017 | 1 | YES |
| USE OF FORCE POLICY 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| SOS UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| ERT FAMILIARIZATION | 03/17/2017 | 03/17/2017 | 4 | YES |
| BLUE COURAGE SESSION I | 08/29/2017 | 08/29/2017 | 8 | YES |
| 2018 GLOCK QUALIFICATION | 02/28/2018 | | 3 | YES |
| 2018 ASP REFRESHER AND UPDATES/CAP SPRAY REFRESHER AND UPDATES/DT REFRESHER AND UPDATES | 04/26/2018 | 04/26/2018 | 4 | YES |
| 2018 LEGAL UPDATES | 04/26/2018 | 04/26/2018 | 1 | YES |
| 2018 USE OF PHYSICAL FORCE/USE OF DEADLY PHYSICAL FORCE/ARTICLE 35 | 04/26/2018 | 04/26/2018 | 1 | YES |
| 2018 MISSION STATEMENT | 04/26/2018 | 04/26/2018 | 1 | YES |
| 2018 MENTAL HEALTH | 04/26/2018 | 04/26/2018 | 3 | YES |
| 2018 ACTIVE SHOOTER | 10/08/2018 | 10/08/2018 | 6 | YES |
| 2019 GLOCK QUALIFICATION | 02/06/2019 | | 3 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_　　　TRAINING DIRECTOR

_3/20/19_　　　DATE

P-277 (7/89)     **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SCHULTZ KARL B**
(LAST NAME)   (FIRST NAME)   (M)


(EMPLOYEE NO.)

08/01/2008
(APPOINTMENT DATE)

86
(DOB)

(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| RULES AND REGULATIONS | 08/01/2008 | 08/01/2008 | 1 | YES |
| ETHICS | 08/13/2008 | 08/13/2008 | 2 | YES |
| WMD ICS 100 | 11/18/2008 | 11/18/2008 | 1 | YES |
| MCT Refresher | 11/24/2008 | 11/24/2008 | 2 | YES |
| WMD NIMS 700 | 12/12/2008 | 12/12/2008 | 3 | YES |
| NIK TEST | 01/02/2009 | 01/02/2009 | 1 | YES |
| ELDER ABUSE | 01/09/2009 | 01/09/2009 | 8 | YES |
| LPR | 01/28/2009 | 01/28/2009 | 2 | YES |
| 2009 GLOCK QUALIFICATION | 03/11/2009 | | | YES |
| IN-CAR | 05/24/2010 | 05/24/2010 | 2 | YES |
| TRACS | 01/11/2012 | 01/11/2012 | 4 | YES |
| BLOODBOURNE PATH 2013 - 2014 | 02/06/2013 | 02/06/2013 | 1 | YES |
| ASP TRAINING | 02/06/2013 | 02/06/2013 | 8 | YES |
| TRACS 10 SUMMONS | 12/03/2013 | 12/03/2013 | 4 | YES |
| BLUE TEAM | 12/03/2013 | 12/03/2013 | 2 | YES |
| PATROL RESP TO A HOM CALL OUT | 03/03/2014 | 03/03/2014 | 1 | YES |
| 2014 GLOCK QUALIFICATION | 03/10/2014 | | 2 | YES |
| TAHOE | 04/01/2014 | 04/01/2014 | 4 | YES |
| FIELD TRAINING OFFICER - CERTIFIED | 05/28/2014 | 05/30/2014 | 30 | YES |
| NARCAN | 10/14/2014 | 10/14/2014 | 2 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_____  TRAINING DIRECTOR

3/20/19  DATE

P-277 (7/89)    **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SCHULTZ  KARL  B**
(LAST NAME)    (FIRST NAME)    (M)                                    
                                                                       (EMPLOYEE NO.)

08/01/2008                              ██████86
(APPOINTMENT DATE)                      (DOB)                          (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| ART 35/USE OF FORCE | 10/14/2014 | 10/14/2014 | 2 | YES |
| TECC | 10/14/2014 | 10/14/2014 | 4 | YES |
| PATROL RESP TO A HOM CALL OUT | 01/27/2015 | 01/27/2015 | 1 | YES |
| 2015 GLOCK QUALIFICATION | 01/28/2015 |  | 2 | YES |
| MCT - RECERTIFICATION | 02/26/2015 | 02/26/2015 | 1 | YES |
| DOMESTIC VIOLENCE/LETHALITY | 02/26/2015 | 02/26/2015 | 1 | YES |
| ACTIVE SHOOTER | 05/27/2015 | 05/27/2015 | 8 | YES |
| BLUE TEAM | 10/24/2015 | 10/24/2015 | 2 | YES |
| ETHICS 2015/2016 | 11/23/2015 | 11/23/2015 | 4 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN WORKPLACE | 11/23/2015 | 11/23/2015 | 1 | YES |
| FIRST AID QUALIFIER (NARCAN, LIFE SLING, CPR, TOURNIQUET) | 02/21/2016 | 02/21/2016 | 1 | YES |
| CULTURAL DIVERSITY AND AWARENESS 2016 | 02/21/2016 | 02/21/2016 | 3 | YES |
| BLOODBORNE PATHOGENS 2016 | 02/21/2016 | 02/21/2016 | 1 | YES |
| 2016 GLOCK QUALIFICATION | 06/20/2016 |  | 2 | YES |
| SEARCH AND SEIZURE | 06/20/2016 | 06/20/2016 | 2 | YES |
| LAW ENFORCEMENT AND MENTAL HEALTH | 06/20/2016 | 06/20/2016 | 3 | YES |
| SHOTGUN 2016 | 10/18/2016 | 10/18/2016 | 8 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_    TRAINING DIRECTOR

_3/20/19_           DATE

P-277 (7/89)   **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SCHULTZ KARL B.**
(LAST NAME)   (FIRST NAME)   (M)                                                (EMPLOYEE NO.)

08/01/2008                                      ███86
(APPOINTMENT DATE)                    (DOB)                              (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| NATURAL GAS EMERGENCY | 02/15/2017 | 02/15/2017 | 1 | YES |
| USE OF FORCE POLICY 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| SOS UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| FEDERAL FIREARMS LAWS & GANGS | 02/15/2017 | 02/15/2017 | 2 | YES |
| HOMICIDE UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| ERT FAMILIARIZATION | 03/17/2017 | 03/17/2017 | 4 | YES |
| POLICE & DOG ENCOUNTERS | 03/17/2017 | 03/17/2017 | 1 | YES |
| BLUE COURAGE SESSION I | 05/16/2017 | 05/16/2017 | 8 | YES |
| BLUE COURAGE II | 11/27/2017 | 11/27/2017 | 6 | YES |
| 2018 SOS OVERVIEW | 01/31/2018 | 01/31/2018 | 2 | YES |
| HOMICIDE OVERVIEW | 01/31/2018 | 01/31/2018 | 1 | YES |
| 2018 GLOCK QUALIFICATION | 03/13/2018 |  | 3 | YES |
| 2018 USE OF PHYSICAL FORCE/USE OF DEADLY PHYSICAL FORCE/ARTICLE 35 | 04/16/2018 | 04/16/2018 | 1 | YES |
| 2018 LEGAL UPDATES | 04/16/2018 | 04/16/2018 | 1 | YES |
| 2018 MISSION STATEMENT | 04/16/2018 | 04/16/2018 | 1 | YES |
| 2018 MENTAL HEALTH | 04/16/2018 | 04/16/2018 | 3 | YES |
| 2018 ASP REFRESHER AND UPDATES/CAP SPRAY REFRESHER AND UPDATES/DT REFRESHER AND UPDATES | 04/16/2018 | 04/16/2018 | 4 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_   TRAINING DIRECTOR

3/20/19   DATE

P-277 (7/89)    **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SCHULTZ  KARL  B**
(LAST NAME)    (FIRST NAME)    (M)


(EMPLOYEE NO.)

**08/01/2008**
(APPOINTMENT DATE)

█████86
(DOB)

(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| 2018 OFFICER HEALTH AND WELLNESS | 05/16/2018 | 05/16/2018 | 4 | YES |
| 2018 ACTIVE SHOOTER POLICY AND BALLISTIC VEST | 05/16/2018 | 05/16/2018 | 1 | YES |
| 2018 BLOOD BORNE PATHOGENS AND INFECTIOUS DISEASES AND PESH | 05/16/2018 | 05/16/2018 | 3 | YES |
| 2019 GLOCK QUALIFICATION | 02/04/2019 |  | 3 | YES |
| CIT-CRISIS SERVICES | 03/04/2019 | 03/07/2019 | 32 | YES |
| 2019 BODY CAMERAS | 03/12/2019 | 03/12/2019 |  | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_[signature]_ TRAINING DIRECTOR

3/20/19    DATE

P-277 (7/89)   **BUFFALO POLICE ACADEMY TRAINING RECORD**

**VELEZ  JENNY  M**
(LAST NAME)    (FIRST NAME)    (M)


(EMPLOYEE NO.)

**07/02/2018**
(APPOINTMENT DATE)

███83
(DOB)

(SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| RULES AND REGULATIONS | 01/18/2013 | 01/18/2013 | 1 | YES |
| DRUG TEST POLICY | 01/18/2013 | 01/18/2013 | 1 | YES |
| TRACS | 05/27/2013 | 05/27/2013 | 4 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN WORKPLACE | 05/27/2013 | 05/27/2013 | 1 | YES |
| HARASSMENT & SEX DISCR. POLICY | 05/27/2013 | 05/27/2013 | 1 | YES |
| IN-CAR | 06/11/2013 | 06/11/2013 | 2 | YES |
| BLUE TEAM | 06/12/2013 | 06/12/2013 | 2 | YES |
| MOP 18 | 06/12/2013 | 06/12/2013 | 1 | YES |
| NIK TEST | 06/12/2013 | 06/12/2013 | 1 | YES |
| DOMESTIC VIOLENCE | 06/13/2013 | 06/13/2013 | 1 | YES |
| WORK PLACE VIOLENCE | 06/14/2013 | 06/14/2013 | 1 | YES |
| TRACS 10 SUMMONS | 09/19/2013 | 09/19/2013 | 4 | YES |
| PATROL RESP TO A HOM CALL OUT | 02/16/2014 | 02/16/2014 | 1 | YES |
| 2014 GLOCK QUALIFICATION | 03/18/2014 | | 2 | YES |
| TAHOE | 04/10/2014 | 04/10/2014 | 4 | YES |
| NARCAN | 05/02/2014 | 05/02/2014 | 2 | YES |
| ART 35/USE OF FORCE | 05/02/2014 | 05/02/2014 | 2 | YES |
| TECC | 05/02/2014 | 05/02/2014 | 4 | YES |
| DOMESTIC VIOLENCE/LETHALITY | 01/12/2015 | 01/12/2015 | 1 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_    TRAINING DIRECTOR

_3/20/19_    DATE

P-277 (7/89)  **BUFFALO POLICE ACADEMY TRAINING RECORD**

**VELEZ  JENNY  M**
(LAST NAME)    (FIRST NAME)    (M)                                       
                                                                          (EMPLOYEE NO.)

**07/02/2018**                                ▇▇▇83
(APPOINTMENT DATE)                         (DOB)                          (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| PATROL RESP TO A HOM CALL OUT | 01/12/2015 | 01/12/2015 | 1 | YES |
| MCT - RECERTIFICATION | 01/12/2015 | 01/12/2015 | 1 | YES |
| POLICE & DOG ENCOUNTERS | 01/12/2015 | 01/12/2015 | 1 | YES |
| 2015 GLOCK QUALIFICATION | 02/05/2015 |  | 2 | YES |
| ACTIVE SHOOTER | 05/12/2015 | 05/12/2015 | 8 | YES |
| ETHICS 2015/2016 | 01/07/2016 | 01/07/2016 | 4 | YES |
| ETHICS 2015/2016 | 01/07/2016 | 01/07/2016 | 4 | YES |
| SOS OVERVIEW | 01/07/2016 | 01/07/2016 | 1 | YES |
| HOMICIDE OVERVIEW | 01/07/2016 | 01/07/2016 | 1 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN WORKPLACE | 01/07/2016 | 01/07/2016 | 1 | YES |
| FIRST AID QUALIFIER (NARCAN, LIFE SLING, CPR, TOURNIQUET) | 02/06/2016 | 02/06/2016 | 1 | YES |
| CULTURAL DIVERSITY AND AWARENESS 2016 | 02/06/2016 | 02/06/2016 | 3 | YES |
| BLOODBORNE PATHOGENS 2016 | 02/06/2016 | 02/06/2016 | 1 | YES |
| 2016 GLOCK QUALIFICATION | 05/24/2016 |  | 2 | YES |
| LAW ENFORCEMENT AND MENTAL HEALTH | 08/04/2016 | 08/04/2016 | 3 | YES |
| SEARCH AND SEIZURE | 08/04/2016 | 08/04/2016 | 2 | YES |
| DIR UPDATE 2016 | 08/04/2016 | 08/04/2016 | 1 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_  TRAINING DIRECTOR

_3/20/19_  DATE

P-277 (7/89)     **BUFFALO POLICE ACADEMY TRAINING RECORD**

**VELEZ JENNY M**
(LAST NAME)    (FIRST NAME)    (M)        ▆▆▆ (EMPLOYEE NO.)

**07/02/2018**           3
(APPOINTMENT DATE)        (DOB)           ▆▆▆ (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| SHOTGUN 2016 | 10/18/2016 | 10/18/2016 | 8 | YES |
| 2018 GLOCK QUALIFICATION | 03/28/2018 | | 3 | YES |
| SUPERVISOR HANDBOOK AND LEADERSHIP | 07/02/2018 | 07/02/2018 | 2 | YES |
| SUPERVISOR ACCIDENT REPORTS | 07/02/2018 | 07/02/2018 | 1 | YES |
| SUPERVISOR P-3 AND PAPERWORK | 07/02/2018 | 07/02/2018 | 1 | YES |
| SUPERVISOR BLUE TEAM | 07/02/2018 | 07/02/2018 | 1 | YES |
| 2018 SUPERVISOR ENHANCEMENT | 10/01/2018 | 12/24/2018 | 1 | YES |
| 2018 BLOOD BORNE PATHOGENS AND INFECTIOUS DISEASES AND PESH | 11/12/2018 | 11/12/2018 | 3 | YES |
| 2018 ASP REFRESHER AND UPDATES/CAP SPRAY REFRESHER AND UPDATES/DT REFRESHER AND UPDATES | 11/12/2018 | 11/12/2018 | 4 | YES |
| 2018 LEGAL UPDATES | 11/12/2018 | 11/12/2018 | 1 | YES |
| 2018 USE OF PHYSICAL FORCE/USE OF DEADLY PHYSICAL FORCE/ARTICLE 35 | 11/12/2018 | 11/12/2018 | 1 | YES |
| 2019 GLOCK QUALIFICATION | 01/21/2019 | | 3 | YES |
| CIT-CRISIS SERVICES | 03/04/2019 | 03/07/2019 | 32 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_     TRAINING DIRECTOR

_3/20/19_     DATE

P-277  (7/89)      **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SANTANA  DAVID  T**
(LAST NAME)     (FIRST NAME)     (M)                                                                 (EMPLOYEE NO.)

01/13/2012                                              ▮80
(APPOINTMENT DATE)                         (DOB)                                         (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| ACTIVE SHOOTER | 02/08/2008 | 02/08/2008 | 8 | YES |
| IN-CAR | 06/06/2012 | 06/06/2012 | 2 | YES |
| NIK TEST | 06/07/2012 | 06/07/2012 | 1 | YES |
| TRACS | 06/12/2012 | 06/12/2012 | 4 | YES |
| ART 35/USE OF FORCE | 09/09/2012 | 09/09/2012 | 2 | YES |
| DOMESTIC VIOLENCE | 09/09/2012 | 09/09/2012 | 1 | YES |
| BLOODBOURNE PATH 2013 - 2014 | 04/22/2013 | 04/22/2013 | 1 | YES |
| ASP TRAINING | 04/22/2013 | 04/22/2013 | 8 | YES |
| BLUE TEAM | 12/03/2013 | 12/03/2013 | 2 | YES |
| TRACS 10 SUMMONS | 12/03/2013 | 12/03/2013 | 4 | YES |
| PATROL RESP TO A HOM CALL OUT | 03/03/2014 | 03/03/2014 | 1 | YES |
| NARCAN | 04/02/2014 | 04/02/2014 | 2 | YES |
| TECC | 04/02/2014 | 04/02/2014 | 4 | YES |
| ART 35/USE OF FORCE | 04/02/2014 | 04/02/2014 | 2 | YES |
| TAHOE | 04/02/2014 | 04/02/2014 | 4 | YES |
| 2014 GLOCK QUALIFICATION | 08/08/2014 | | 2 | YES |
| PATROL RESP TO A HOM CALL OUT | 01/22/2015 | 01/22/2015 | 1 | YES |
| 2015 GLOCK QUALIFICATION | 01/27/2015 | | 2 | YES |
| ACTIVE SHOOTER | 05/27/2015 | 05/27/2015 | 8 | YES |
| SEXUAL HARASSMENT/DISCRIMINATION IN | 11/23/2015 | 11/23/2015 | 1 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_____  TRAINING DIRECTOR

4/16/19 _____  DATE

P-277 (7/89)    **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SANTANA   DAVID  T**
(LAST NAME)    (FIRST NAME)    (M)                                                                                  ▮
                                                                                                                    (EMPLOYEE NO.)

01/13/2012                                         30
(APPOINTMENT DATE)                                  (DOB)                                    ▮
                                                                                             (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| WORKPLACE | | | | |
| ETHICS 2015/2016 | 11/23/2015 | 11/23/2015 | 4 | YES |
| BLOODBORNE PATHOGENS 2016 | 02/21/2016 | 02/21/2016 | 1 | YES |
| CULTURAL DIVERSITY AND AWARENESS 2016 | 02/21/2016 | 02/21/2016 | 3 | YES |
| FIRST AID QUALIFIER (NARCAN, LIFE SLING, CPR, TOURNIQUET) | 02/21/2016 | 02/21/2016 | 1 | YES |
| LAW ENFORCEMENT AND MENTAL HEALTH | 06/20/2016 | 06/20/2016 | 3 | YES |
| SEARCH AND SEIZURE | 06/20/2016 | 06/20/2016 | 2 | YES |
| 2016 GLOCK QUALIFICATION | 06/20/2016 | | 2 | YES |
| SOS UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| HOMICIDE UPDATE 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| FEDERAL FIREARMS LAWS & GANGS | 02/15/2017 | 02/15/2017 | 2 | YES |
| USE OF FORCE POLICY 2017 | 02/15/2017 | 02/15/2017 | 1 | YES |
| NATURAL GAS EMERGENCY | 02/15/2017 | 02/15/2017 | 1 | YES |
| FIELD TRAINING OFFICER - CERTIFIED | 03/12/2017 | 03/14/2017 | 30 | YES |
| POLICE & DOG ENCOUNTERS | 03/17/2017 | 03/17/2017 | 1 | YES |
| ERT FAMILIARIZATION | 03/17/2017 | 03/17/2017 | 4 | YES |
| BLUE COURAGE SESSION I | 05/16/2017 | 05/16/2017 | 8 | YES |
| BLUE COURAGE II | 05/31/2017 | 05/31/2017 | 6 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_LT [signature]_    TRAINING DIRECTOR

_4/16/19_    DATE

P-277 (7/89)   **BUFFALO POLICE ACADEMY TRAINING RECORD**

**SANTANA DAVID T**
(LAST NAME)   (FIRST NAME)   (M)                                              (EMPLOYEE NO.)

01/13/2012                                  ▮▮▮80
(APPOINTMENT DATE)                          (DOB)                             (SOCIAL SECURITY NO.)

| TYPE OF TRAINING | DATE FROM | DATE TO | NO. OF HOURS | COURSE COMPLETED |
|---|---|---|---|---|
| ETHICS 2017 | 05/31/2017 | 05/31/2017 | 2 | YES |
| 2018 MISSION STATEMENT | 03/12/2018 | 03/12/2018 | 1 | YES |
| 2018 USE OF PHYSICAL FORCE/USE OF DEADLY PHYSICAL FORCE/ARTICLE 35 | 03/12/2018 | 03/12/2018 | 1 | YES |
| 2018 LEGAL UPDATES | 03/12/2018 | 03/12/2018 | 1 | YES |
| 2018 MENTAL HEALTH | 03/12/2018 | 03/12/2018 | 3 | YES |
| 2018 ASP REFRESHER AND UPDATES/CAP SPRAY REFRESHER AND UPDATES/DT REFRESHER AND UPDATES | 03/27/2018 | 03/27/2018 | 4 | YES |
| 2018 GLOCK QUALIFICATION | 07/25/2018 |  | 3 | YES |
| 2019 GLOCK QUALIFICATION | 01/21/2019 |  | 3 | YES |

**JURAT:** THIS DOCUMENT REPRESENTS A RECORD OF TRAINING BY THE HEREIN NAMED MEMBER OF THE BUFFALO POLICE DEPARTMENT.

I SO CERTIFY, AS THE TRAINING OFFICER FOR THE BUFFALO POLICE DEPARTMENT, THAT IT IS ACCURATE AND CORRECT.

_[signature]_   TRAINING DIRECTOR

4/16/19   DATE