# EXHIBIT A

**VIDEO DEPOSITION**
**BYRON LOCKWOOD**


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------
JAMES C. KISTNER,

                         Plaintiff,

                - vs -      Civil Action No.
                           18-cv-402

THE CITY OF BUFFALO,
  c/o Corporation Counsel,
BYRON LOCKWOOD, individually and in
  his capacity as Police Commissioner
  of the Buffalo Police Department,
DANIEL DERENDA, individually and in his
  capacity as Police Commissioner of the
  Buffalo Police Department,
LAUREN McDERMOTT, individually and
  in her capacity as a Buffalo Police Officer,
JENNY VELEZ, individually and in her
 capacity as a Buffalo Police Officer,
KARL SCHULZ, individually and in his
 capacity as a Buffalo Police Officer,
KYLE MORIARTY, individually and in his
  capacity as a Buffalo Police Officer,
DAVID T. SANTANA, individually and in his
  capacity as a Buffalo Police Officer,
JOHN DOE(S), individually and in his/their
  capacity as a Buffalo Police Officer(s),

                         Defendants.
------------------------------------------


*JACK W. HUNT & ASSOCIATES, INC.*

2

1              Video deposition of **BYRON LOCKWOOD**, taken

2    pursuant to the Federal Rules of Civil Procedure,

3    in the offices of JACK W. HUNT & ASSOCIATES, INC.,

4    1120 Liberty Building, Buffalo, New York, on

5    October 14, 2020, commencing at 10:01 a.m., before

6    ANDREA J. HOBBS, Notary Public.

7    APPEARANCES:       RUPP BAASE
                        PFALZGRAF & CUNNINGHAM, LLC,
8                       By R. ANTHONY RUPP, III, ESQ.,
                        rupp@ruppbaase.com, and
9                       CHAD DAVENPORT, ESQ.,
                        davenport@ruppbaase.com,
10                      1600 Liberty Building,
                        Buffalo, New York  14202,
11                      (716) 854-3400,
                        Appearing for the Plaintiff.
12
                        TIMOTHY A. BALL, ESQ.,
13                      Corporation Counsel,
                        By MAEVE E. HUGGINS, ESQ.,
14                      Assistant Corporation Counsel,
                        1137 City Hall,
15                      Buffalo, New York  14202,
                        (716) 851-4334,
16                      mhuggins@city-buffalo.com,
                        Appearing for the Defendants.
17
     PRESENT:           TYLER Z. RAHNER, Videographer
18

10:01:18 19

10:01:18 20          **THE VIDEOGRAPHER:**  So this will begin the

10:01:20 21    video recorded testimony of Byron Lockwood taken

10:01:26 22    for a case to be tried in the United States

10:01:28 23    District Court Western District of New York to be

---

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

3

| | | |
|---|---|---|
| 10:01:31 | 1 | used in the matter of James C. Kistner versus City |
| 10:01:37 | 2 | of Buffalo et al. |
| 10:01:38 | 3 | This testimony is being taken in the office |
| 10:01:40 | 4 | of Jack W. Hunt & Associates, 420 Main Street, |
| 10:01:46 | 5 | Buffalo, New York on October 14th, 2020, and is |
| 10:01:49 | 6 | commencing at the time of 10:01 as indicated on the |
| 10:01:53 | 7 | video screen. |
| 10:01:55 | 8 | The court reporter and notary public who is |
| 10:01:59 | 9 | from the firm of Jack W. Hunt & Associates is |
| 10:02:03 | 10 | Andrea Hobbs.  My name is Tyler Rahner.  I am the |
| 10:02:05 | 11 | video technician and I am from the same firm. |
| 10:02:07 | 12 | Counsel for the plaintiff will now introduce |
| 10:02:10 | 13 | themself followed by counsel for the defendants and |
| 10:02:12 | 14 | the reporter will then swear in the witness. |
| 10:02:15 | 15 | **MR. RUPP:**  R. Anthony Rupp, III, Rupp Baase |
| 10:02:19 | 16 | Pfalzgraf & Cunningham on behalf of the plaintiff, |
| 10:02:21 | 17 | James C. Kistner. |
| 10:02:21 | 18 | **MS. HUGGINS:**  Maeve Huggins on behalf of the |
| 10:02:23 | 19 | City of Buffalo and defendants. |
| 10:02:26 | 20 | **THE REPORTER:**  Will you be supplying the |
| 10:02:28 | 21 | transcript? |
| 10:02:28 | 22 | **MR. RUPP:**  Yes. |
| | 23 | |

4

| | | |
|---|---|---|
| 10:02:47 | 1 | **B Y R O N   L O C K W O O D**, 68 Court Street, |
| 10:02:55 | 2 | Buffalo, New York  14202, after being duly called |
| 10:02:58 | 3 | and sworn, testified as follows: |
| 10:02:58 | 4 | |
| | 5 | **EXAMINATION BY MR. RUPP:** |
| | 6 | |
| 10:03:03 | 7 | Q.    Mr. Lockwood, good morning. |
| 10:03:04 | 8 | A.    Good morning. |
| 10:03:05 | 9 | Q.    As you know, my name is Tony Rupp and I |
| 10:03:07 | 10 | represent the plaintiff, James Kistner, in an |
| 10:03:10 | 11 | action commenced against the City of Buffalo. |
| 10:03:13 | 12 | I'm going to be asking you some questions |
| 10:03:15 | 13 | this morning.  You've just been placed under oath. |
| 10:03:18 | 14 | Sir, before we begin, have you ever testified in a |
| 10:03:20 | 15 | deposition before? |
| 10:03:21 | 16 | A.    Yes. |
| 10:03:21 | 17 | Q.    All right.  Approximately how many |
| 10:03:23 | 18 | times have you testified in a deposition setting? |
| 10:03:27 | 19 | A.    Maybe about three. |
| 10:03:28 | 20 | Q.    All right.  And have you also testified |
| 10:03:30 | 21 | in court before? |
| 10:03:31 | 22 | A.    Yes. |
| 10:03:31 | 23 | Q.    Approximately how many times there? |

*Lockwood - Rupp, III - 10/14/20*

5

10:03:33  1      **A.**    I don't know the number, but many

10:03:35  2  times.

10:03:35  3      **Q.**    All right.  So you're familiar with the

10:03:37  4  process?

10:03:37  5      **A.**    Yes.

10:03:38  6      **Q.**    All right.  So for purposes of

10:03:40  7  depositions, I'm going to be asking you a series of

10:03:42  8  questions this morning and perhaps into the early

10:03:45  9  afternoon.

10:03:45 10      I'm going to try to pause and give you a

10:03:49 11  good opportunity to answer the question.  I'm going

10:03:53 12  to need a verbal response from you that's audible

10:03:56 13  to our court reporter here today.  Is that okay?

10:03:58 14      **A.**    Yes.

10:03:59 15      **Q.**    All right.  If you respond with a head

10:04:02 16  nod or an uh-huh, I may motion for you to -- to

10:04:04 17  give a verbal response.  It happens with just about

10:04:07 18  everybody.  Okay?

10:04:08 19      **A.**    Okay.

10:04:08 20      **Q.**    If you don't understand a question that

10:04:11 21  I ask, will you kindly ask me to restate it or

10:04:15 22  rephrase it or have Andrea read it back?

10:04:18 23      **A.**    Yes.

*Lockwood - Rupp, III - 10/14/20*

6

| | | |
|---|---|---|
| 10:04:19 | 1 | **Q.** Okay. All right. Mr. Lockwood, can |
| 10:04:24 | 2 | you please provide me with your date of birth? |
| 10:04:26 | 3 | **A.** ████████, 1959. |
| 10:04:29 | 4 | **Q.** Okay. And -- and where were you born, |
| 10:04:30 | 5 | sir? |
| 10:04:31 | 6 | **A.** Florida. Fort Lauderdale, Florida. |
| 10:04:35 | 7 | **Q.** Okay. There came a time when you |
| 10:04:36 | 8 | relocated to the Western New York area? |
| 10:04:38 | 9 | **A.** Yes. |
| 10:04:38 | 10 | **Q.** When was that? |
| 10:04:39 | 11 | **A.** I'd say maybe in 1962. |
| 10:04:44 | 12 | **Q.** Okay. So you've been a Western New |
| 10:04:46 | 13 | Yorker for all but the first three years of your |
| 10:04:49 | 14 | life or so? |
| 10:04:49 | 15 | **A.** Yes. |
| 10:04:50 | 16 | **Q.** All right. And did you attend schools |
| 10:04:51 | 17 | here? |
| 10:04:52 | 18 | **A.** Yes. |
| 10:04:52 | 19 | **Q.** Where did you graduate high school? |
| 10:04:53 | 20 | **A.** East High School. |
| 10:04:54 | 21 | **Q.** And what year was that? |
| 10:04:56 | 22 | **A.** 1977. |
| 10:04:57 | 23 | **Q.** Any education after high school? |

*Lockwood - Rupp, III - 10/14/20*

7

| | | |
|---|---|---|
| 10:04:59 | 1 | **A.**   Yes, I have -- have an associate's |
| 10:05:04 | 2 | degree with ECC. |
| 10:05:05 | 3 | **Q.**   Okay.  And when did you earn your |
| 10:05:07 | 4 | associate's degree at ECC? |
| 10:05:09 | 5 | **A.**   Early '90s. |
| 10:05:12 | 6 | **Q.**   What is your degree in? |
| 10:05:14 | 7 | **A.**   Oh, God.  Liberal arts. |
| 10:05:19 | 8 | **Q.**   Okay.  Any formal education after that |
| 10:05:23 | 9 | point? |
| 10:05:24 | 10 | **A.**   No.  I have taken some classes at Buff |
| 10:05:27 | 11 | State for criminal justice. |
| 10:05:28 | 12 | **Q.**   All right.  And is that after you |
| 10:05:31 | 13 | achieved the degree at ECC or before? |
| 10:05:33 | 14 | **A.**   After. |
| 10:05:34 | 15 | **Q.**   Okay.  And approximately how many |
| 10:05:36 | 16 | courses have you taken at Buff State? |
| 10:05:38 | 17 | **A.**   I would say that I have -- I would say |
| 10:05:48 | 18 | probably about a year and a half away from a |
| 10:05:50 | 19 | degree.  So -- |
| 10:05:52 | 20 | **Q.**   So are you actively working towards a |
| 10:05:54 | 21 | four-year degree at this point? |
| 10:05:56 | 22 | **A.**   At this present time I'm not in school, |
| 10:05:58 | 23 | but I -- that's what I was working towards. |

*Lockwood - Rupp, III - 10/14/20*

8

10:06:01   1          Q.    Okay.  So you completed the associate's
10:06:03   2    degree which was a two-year degree, right?
10:06:04   3          A.    Right.
10:06:04   4          Q.    Did that take you two years or longer?
10:06:06   5          A.    It took me longer.
10:06:08   6          Q.    Okay.  But you got that and you started
10:06:11   7    taking some classes at Buff State?
10:06:12   8          A.    Yes.
10:06:12   9          Q.    And as you sit here today, you're not
10:06:15  10    taking any, but you think you're about a year and a
10:06:17  11    half of full-time work away from a four-year
10:06:21  12    degree?
10:06:21  13          A.    Yes.
10:06:21  14          Q.    Okay.  Do you have plans to -- to
10:06:23  15    complete that degree?
10:06:23  16          A.    Yes, I do have plans to complete it.
10:06:28  17          Q.    When's the last time you took a course
10:06:30  18    at Buff State?
10:06:31  19          A.    It was in, I want to say maybe 2014,
10:06:44  20    something like that.
10:06:45  21          Q.    Okay.  And are you planning -- do you
10:06:48  22    have any current plans to enroll say, for example,
10:06:50  23    in the spring semester at Buff State, spring of

| 10:06:53 | 1 | 2021? |
| 10:06:54 | 2 | A. No. |
| 10:06:55 | 3 | Q. Okay. Now, you're presently the police |
| 10:06:58 | 4 | commissioner for the City of Buffalo Police |
| 10:07:00 | 5 | Department; is that correct? |
| 10:07:01 | 6 | A. Yes. |
| 10:07:01 | 7 | Q. All right. And how long have you held |
| 10:07:02 | 8 | that position? |
| 10:07:03 | 9 | A. Since January of 2018. |
| 10:07:12 | 10 | Q. All right. And before that, did you |
| 10:07:13 | 11 | hold any positions with the City of Buffalo Police |
| 10:07:17 | 12 | Department? |
| 10:07:17 | 13 | A. Yes, I was the first deputy police |
| 10:07:22 | 14 | commissioner. |
| 10:07:23 | 15 | Q. How long did you hold that position? |
| 10:07:24 | 16 | A. I held that position from 2006 to 2018. |
| 10:07:38 | 17 | Q. And up through 2 -- when you became the |
| 10:07:38 | 18 | commissioner in 2018, whom did you replace? |
| 10:07:41 | 19 | A. Commissioner Dan Derenda. |
| 10:07:45 | 20 | Q. And as the first deputy police |
| 10:07:50 | 21 | commissioner during his tenure as commissioner, did |
| 10:07:53 | 22 | you report directly to him? |
| 10:07:54 | 23 | A. Yes. |

10:07:55   1      **Q.**   All right. Prior to becoming the first

10:07:58   2   deputy police commissioner in 2006, were you

10:08:01   3   employed by the City of Buffalo Police Department?

10:08:03   4      **A.**   Yes.

10:08:03   5      **Q.**   What was your position prior to 2006?

10:08:06   6      **A.**   Deputy -- no, I'm sorry. Detective

10:08:12   7   sergeant.

10:08:13   8      **Q.**   Were you assigned to a particular

10:08:16   9   district at the time?

10:08:17   10      **A.**   Yes, C district.

10:08:19   11      **Q.**   And was there a commanding lieutenant

10:08:24   12   for C district while you were the detective

10:08:27   13   sergeant?

10:08:28   14      **A.**   Did I have a commanding?

10:08:33   15      **Q.**   Yes. For the -- was it broken into

10:08:34   16   shifts?

10:08:34   17      **A.**   No, I was -- I was over the detective

10:08:37   18   division in C district.

10:08:39   19      **Q.**   I see. And who was your supervisor in

10:08:42   20   the detective division?

10:08:43   21      **A.**   My supervisor was -- the captain at C

10:08:48   22   district was Joe Strano.

10:08:52   23      **Q.**   Is he still with the force?

10:08:54  1          **A.**    No, he retired.

10:08:55  2          **Q.**    And how long did you serve as a

10:08:57  3   detective sergeant?

10:08:58  4          **A.**    From 1996 to 2006.

10:09:09  5          **Q.**    All right.  And prior to -- what types

10:09:09  6   of things did you do as a detective sergeant?

10:09:10  7          **A.**    Review cases, make sure that the cases

10:09:14  8   were signed to different officers.  Also

10:09:17  9   investigated different cases too.

10:09:19 10          **Q.**    What did you do as first deputy police

10:09:24 11   commissioner?

10:09:24 12          **A.**    First deputy police commissioner I did

10:09:29 13   administrative work.  I did -- as far as -- I deal

10:09:33 14   with all the unions.  We have three unions there

10:09:36 15   and -- 264, 650, and PBA.

10:09:41 16          I also was involved in negotiation of

10:09:45 17   contract.  Also the budget, I was working with the

10:09:57 18   budget -- police budget.

10:10:03 19          **Q.**    Do you have contact with the mayor of

10:10:05 20   the City of Buffalo as first deputy police

10:10:09 21   commissioner?

10:10:09 22          **A.**    Yes.

10:10:09 23          **Q.**    How frequently?

*Lockwood - Rupp, III - 10/14/20*

12

| | | |
|---|---|---|
| 10:10:12 | 1 | **A.**   Maybe once a week we would meet. |
| 10:10:19 | 2 | Myself, the commissioner, and the other deputy |
| 10:10:24 | 3 | commissioner. |
| 10:10:24 | 4 | **Q.**   How many deputy commissioners were |
| 10:10:25 | 5 | there? |
| 10:10:25 | 6 | **A.**   Two. |
| 10:10:25 | 7 | **Q.**   Who was the other? |
| 10:10:26 | 8 | **A.**   Kim Beaty. |
| 10:10:31 | 9 | **Q.**   Is that Kim a male or female? |
| 10:10:33 | 10 | **A.**   Female.   Kimberly Beaty. |
| 10:10:35 | 11 | **Q.**   How do you spell the last name? |
| 10:10:38 | 12 | **A.**   B-E-A-T-L-Y, I believe it is.   And |
| 10:10:46 | 13 | there was also before her it was Tomaszwski, |
| 10:10:53 | 14 | Charles Tomaszwski. |
| 10:10:53 | 15 | **Q.**   Can you spell that last name as well? |
| 10:10:55 | 16 | **A.**   Standard spelling. |
| 10:10:57 | 17 | **Q.**   It's a difficult spelling? |
| 10:10:59 | 18 | **A.**   Yeah. |
| 10:10:59 | 19 | **Q.**   Okay.   We'll hold off on that for now. |
| 10:11:02 | 20 | Is Ms. Beaty -- how do you pronounce that? |
| 10:11:04 | 21 | **A.**   Beaty. |
| 10:11:05 | 22 | **Q.**   Beaty.   Is Ms. Beaty still with the |
| 10:11:07 | 23 | police department? |

| | | | |
|---|---|---|---|
| 10:11:08 | 1 | **A.** | No. |
| 10:11:08 | 2 | **Q.** | All right.  And how about Tomas? |
| 10:11:10 | 3 | **A.** | No, he's not either. |
| 10:11:13 | 4 | **Q.** | Okay.  All right.  Prior to 1996 when I |

10:11:19  5  understand you became a detective sergeant, were

10:11:21  6  you employed by the Buffalo Police Department?

| | | | |
|---|---|---|---|
| 10:11:23 | 7 | **A.** | Yes. |
| 10:11:24 | 8 | **Q.** | And what was your position there? |
| 10:11:25 | 9 | **A.** | Detective. |
| 10:11:26 | 10 | **Q.** | How long were you a detective? |
| 10:11:31 | 11 | **A.** | I was a detective from 1992 until 2006. |
| 10:11:36 | 12 | **Q.** | And what did you do as a detective? |
| 10:11:39 | 13 | **A.** | I worked in vice squad for some years. |

10:11:46  14  I worked in narcotics.

| | | | |
|---|---|---|---|
| 10:11:50 | 15 | **Q.** | Were you assigned a particular |

10:11:52  16  district?

| | | | |
|---|---|---|---|
| 10:11:53 | 17 | **A.** | No, those were out of headquarters. |
| 10:11:55 | 18 | **Q.** | Okay.  So the detective and the |

10:11:57  19  detective sergeant role were out of headquarters?

| | | | |
|---|---|---|---|
| 10:12:00 | 20 | **A.** | The detective sergeant was in the |

10:12:04  21  district.

| | | | |
|---|---|---|---|
| 10:12:04 | 22 | **Q.** | Okay. |
| 10:12:05 | 23 | **A.** | Detective sergeant -- I mean, I'm |

10:12:09  1   sorry.  The detective position was in headquarters

10:12:11  2   in squads.

10:12:12  3          Q.    When you were at C district as a

10:12:16  4   detective sergeant, did you report to the

10:12:20  5   leadership in C district or did you report to

10:12:21  6   somebody in headquarters and were merely assigned

10:12:24  7   to C district?

10:12:24  8          A.    I would -- I reported to the leadership

10:12:28  9   in C district.

10:12:29  10         Q.    I see.  All right.  So from 1992 you

10:12:33  11  served as a detective, were you employed by the

10:12:36  12  Buffalo Police Department prior to 1992?

10:12:38  13         A.    Yes.

10:12:39  14         Q.    And what was your position immediately

10:12:41  15  prior to detective?

10:12:42  16         A.    Patrol officer.

10:12:44  17         Q.    How long did you serve as a patrol

10:12:48  18  officer?

10:12:48  19         A.    From 1984 to 2000 -- I'm sorry, to

10:12:57  20  1992.

10:12:57  21         Q.    And were you assigned to a district at

10:13:00  22  that time?

10:13:00  23         A.    Back then it was precincts.

10:13:03  1      Q.    Precincts.   Okay.   I knew we were going

10:13:05  2  to get there eventually.   Which precinct did you

10:13:09  3  work for?

10:13:09  4      A.    Precinct four.

10:13:10  5      Q.    And is that -- does that have a rough

10:13:13  6  analog now to the districts?   What -- what -- did

10:13:17  7  precinct four become a particular district or

10:13:19  8  was -- did they change the boundaries?

10:13:21  9      A.    Precinct four became part of B

10:13:27  10  district.

10:13:27  11      Q.    Do you know why they changed from

10:13:30  12  precincts to districts?

10:13:32  13      A.    No, I couldn't --

10:13:33  14      Q.    And were there more -- were there the

10:13:36  15  same number of precincts and districts or different

10:13:38  16  numbers?

10:13:39  17      A.    There were 14 precincts and there's

10:13:42  18  only five districts.

10:13:43  19      Q.    Okay.   And that's -- that change took

10:13:46  20  place somewhere between 1984 and 1992 when you were

10:13:51  21  a patrol officer?

10:13:52  22      A.    No, I -- when they went to the

10:13:56  23  districts -- when I became a detective they were

10:13:59  1  still precincts --

2           Q.   They were?

10:14:00  3       A.   -- back then too.

10:14:01  4       Q.   Okay.  And as a patrol officer, what

10:14:06  5  did you do between 1984 and 1992?

10:14:09  6       A.   Answer -- mostly answer calls, went to,

10:14:14  7  you know, calls of shootings, domestics.  Whatever

10:14:20  8  call that came up, barking dogs, and just answer

10:14:23  9  calls.

10:14:23  10       Q.   And did you drive a police vehicle at

10:14:26  11  that time?

10:14:26  12       A.   Yes.

10:14:27  13       Q.   And back in that day, as I recall,

10:14:32  14  those were two officer cars; is that right?

10:14:32  15       A.   Yes.

10:14:32  16       Q.   Did you have a partner assigned to you?

10:14:35  17       A.   Yes.

10:14:35  18       Q.   And who was your partner during the

10:14:37  19  time -- did you have one partner or more when you

10:14:39  20  were a patrol officer?

10:14:40  21       A.   I had -- I had a steady partner in

10:14:44  22  precinct four.  He was Officer Harvey Smith.

10:14:47  23       Q.   And is Harvey Smith still with the

| | | |
|---|---|---|
| 10:14:49 | 1 | force? |
| 10:14:49 | 2 | **A.**   No. |
| 10:14:50 | 3 | **Q.**   Is he still alive? |
| 10:14:52 | 4 | **A.**   Yes. |
| 10:14:52 | 5 | **Q.**   Okay.  Does he still live in the area? |
| 10:14:55 | 6 | **A.**   He's -- I believe he's still here in |
| 10:14:58 | 7 | Buffalo.  I know he -- at one time he was living in |
| 10:15:01 | 8 | Atlanta. |
| 10:15:01 | 9 | **Q.**   And was he your -- your primary partner |
| 10:15:05 | 10 | for the entire eight or nine-year period that you |
| 10:15:07 | 11 | were a patrol officer? |
| 10:15:08 | 12 | **A.**   I rode with him majority of the time. |
| 10:15:12 | 13 | **Q.**   Okay.  Did you work a particular shift |
| 10:15:14 | 14 | or did that move around? |
| 10:15:15 | 15 | **A.**   I worked what we called the third |
| 10:15:18 | 16 | platoon and at the particular time it was -- we |
| 10:15:22 | 17 | were in the -- what they would call the old |
| 10:15:25 | 18 | doubling back. |
| 10:15:26 | 19 | So you would start your shift at 11 o'clock |
| 10:15:29 | 20 | at midnight -- I mean 11 o'clock at night and you |
| 10:15:33 | 21 | would get off at 7:30 in the morning and you would |
| 10:15:35 | 22 | report back to work at 3:30. |
| 10:15:38 | 23 | And then you would work until 11 o'clock and |

*Lockwood - Rupp, III - 10/14/20*

18

| | | |
|---|---|---|
| 10:15:42 | 1 | then you would have 24 hours off and then you would |
| 10:15:44 | 2 | start it all over again, 11 o'clock and get off |
| 10:15:47 | 3 | 3:30. |
| 10:15:48 | 4 | So that's what -- and -- and it was -- it |
| 10:15:50 | 5 | was platoons.  It was first platoon, second |
| 10:15:52 | 6 | platoon, and third platoon. |
| 10:15:55 | 7 | First platoon worked straight days.  You |
| 10:15:58 | 8 | know, they worked -- they worked from 7:00 to 3:00 |
| 10:16:02 | 9 | and then the second -- when we were off on the |
| 10:16:05 | 10 | 24 hours, the second platoon would be working the |
| 10:16:07 | 11 | double back and then when they off, the third |
| 10:16:09 | 12 | platoon would be working the doubling back. |
| 10:16:12 | 13 | Q.    So second and third platoon alternated |
| 10:16:15 | 14 | with each other? |
| 10:16:15 | 15 | A.    Yes. |
| 10:16:16 | 16 | Q.    Okay.  And did you work third platoon |
| 10:16:18 | 17 | pretty much that entire eight or nine-year period? |
| 10:16:20 | 18 | A.    Yes, that's the platoon I worked. |
| 10:16:21 | 19 | Q.    Okay.  Now, when did you first join the |
| 10:16:26 | 20 | Buffalo Police Department? |
| 10:16:26 | 21 | A.    In 1984. |
| 10:16:27 | 22 | Q.    Okay.  And did you go through some type |
| 10:16:29 | 23 | of training before you became a full patrol |

*Lockwood - Rupp, III - 10/14/20*

19

| 10:16:32 | 1 | officer? |
| 10:16:33 | 2 | **A.**   Yeah, I went to the academy. |
| 10:16:35 | 3 | **Q.**   All right.  And where was the -- the |
| 10:16:37 | 4 | police academy back in 1990 -- 1984? |
| 10:16:42 | 5 | **A.**   South campus. |
| 10:16:43 | 6 | **Q.**   South campus -- |
| 10:16:44 | 7 | **A.**   Excuse me. |
| 10:16:45 | 8 | **Q.**   -- of UB or ECC? |
| 10:16:46 | 9 | **A.**   ECC. |
| 10:16:47 | 10 | **Q.**   Okay.  Now, is that -- south campus at |
| 10:16:49 | 11 | that time, was that located in Orchard Park? |
| 10:16:51 | 12 | **A.**   Yes. |
| 10:16:51 | 13 | **Q.**   Okay.  How long was your police academy |
| 10:16:54 | 14 | training, Mr. Lockwood? |
| 10:16:55 | 15 | **A.**   About 16 weeks. |
| 10:16:58 | 16 | **Q.**   Okay.  And when you graduated from that |
| 10:17:00 | 17 | program -- I assume you graduated? |
| 10:17:01 | 18 | **A.**   Yes. |
| 10:17:02 | 19 | **Q.**   Did you immediately become a patrol |
| 10:17:04 | 20 | officer or was there sort of a probationary period |
| 10:17:07 | 21 | of time while you were still being trained as -- to |
| 10:17:11 | 22 | be a patrol officer? |
| 10:17:12 | 23 | **A.**   You was on six -- six months probation |

10:17:16  1    and -- yeah, six months probation.

10:17:20  2        Q.    And was the gentleman you mentioned

10:17:22  3    earlier, Harvey Smith, was he your mentor or

10:17:26  4    supervisor during your probationary period or was

10:17:29  5    it someone else?

10:17:29  6        A.    He -- I rode with him.

10:17:31  7        Q.    Rode with him?  Okay.  And then you

10:17:32  8    continued afterwards once you passed your six

10:17:34  9    months of probation?

10:17:35  10       A.    Right.

10:17:36  11       Q.    Okay.  And you went through the regular

10:17:40  12   curriculum at the police academy?

10:17:43  13       A.    Yes.

10:17:43  14       Q.    Okay.  And since 1984 and -- and your

10:17:48  15   police academy training, have you received any

10:17:51  16   additional training either through the Buffalo

10:17:54  17   Police Department or externally beyond the

10:17:58  18   education that you've already told me about?

10:18:00  19       A.    Yes.  I had training when I was with

10:18:05  20   the DEA which is the Drug Enforcement Agency and we

10:18:12  21   had -- you know, every year we would do our

10:18:16  22   remedial for shooting at the range.

10:18:21  23       Q.    You had to -- did you have to

| | | |
|---|---|---|
| 10:18:22 | 1 | recertify? |
| 10:18:23 | 2 | **A.** Yes, every -- |
| 10:18:24 | 3 | **Q.** And that was at the shooting range? |
| 10:18:26 | 4 | **A.** Yes. |
| 10:18:26 | 5 | **Q.** How about driving, did you have to |
| 10:18:28 | 6 | recertify as a -- as a driver of police vehicles? |
| 10:18:30 | 7 | **A.** No. Only if you -- if you were -- back |
| 10:18:34 | 8 | then sometime they would send you to EVOC training |
| 10:18:37 | 9 | if you were in a car accident. |
| 10:18:40 | 10 | **Q.** Were you ever in any car accidents? |
| 10:18:42 | 11 | **A.** Yes. |
| 10:18:42 | 12 | **Q.** Okay. Did you go to that training? |
| 10:18:45 | 13 | **A.** No. |
| 10:18:45 | 14 | **Q.** Okay. Why not? |
| 10:18:47 | 15 | **A.** They didn't send me. |
| 10:18:48 | 16 | **Q.** Okay. When you -- now I want to follow |
| 10:18:52 | 17 | up back on something -- follow up on something you |
| 10:18:53 | 18 | said just a minute ago when you were with the DEA. |
| 10:18:55 | 19 | **A.** I went with them. I would train. I |
| 10:18:58 | 20 | went to the schools there. I went to the school |
| 10:19:00 | 21 | there. |
| 10:19:00 | 22 | **Q.** I see. Okay. So that was -- federal |
| 10:19:01 | 23 | officers would train you? |

| | | |
|---|---|---|
| 10:19:02 | 1 | **A.** Yeah. When you -- when you first go |
| 10:19:04 | 2 | into narcotics, they would send you to drug |
| 10:19:10 | 3 | enforcement school so you could recognize different |
| 10:19:12 | 4 | types of drugs and so that was for two weeks, a two |
| 10:19:19 | 5 | weeks period. |
| 10:19:20 | 6 | **Q.** All right. Was that out of town? |
| 10:19:21 | 7 | **A.** No, that was -- actually, that was at |
| 10:19:24 | 8 | ECC. |
| 10:19:24 | 9 | **Q.** Okay. |
| 10:19:24 | 10 | **A.** South campus. |
| 10:19:25 | 11 | **Q.** All right. All right. So I want to |
| 10:19:31 | 12 | ask you some questions now, Mr. Lockwood, about |
| 10:19:32 | 13 | your -- your role as the police commissioner. |
| 10:19:36 | 14 | Let me ask you this. I -- certainly you |
| 10:19:37 | 15 | served as first deputy commissioner, you worked |
| 10:19:42 | 16 | very closely with a series of commissioners |
| 10:19:43 | 17 | including Dan Derenda during that period. Is that |
| 10:19:46 | 18 | a fair statement? |
| 10:19:47 | 19 | **A.** Yes. |
| 10:19:47 | 20 | **Q.** Okay. So you got to see what the |
| 10:19:50 | 21 | police commissioner did fairly up close and |
| 10:19:52 | 22 | personal; is that right? |
| 10:19:53 | 23 | **A.** Yes. |

*Lockwood - Rupp, III - 10/14/20*

23

| | | |
|---|---|---|
| 10:19:53 | 1 | Q.    All right.  Beyond that though, did you |
| 10:19:57 | 2 | receive any formal training before you became the |
| 10:19:59 | 3 | police commissioner for the entire City of Buffalo |
| 10:20:02 | 4 | Police Department? |
| 10:20:02 | 5 | A.    Can you -- training? |
| 10:20:05 | 6 | Q.    Yeah.  Did you -- did you take any |
| 10:20:06 | 7 | additional courses or was there any additional |
| 10:20:09 | 8 | internal PBD training that you needed to take |
| 10:20:13 | 9 | before you assumed the role of commissioner? |
| 10:20:15 | 10 | A.    No. |
| 10:20:15 | 11 | Q.    How was it that you became the |
| 10:20:17 | 12 | commissioner?  How were you selected, what was the |
| 10:20:19 | 13 | process? |
| 10:20:19 | 14 | A.    I was selected by the mayor. |
| 10:20:22 | 15 | Q.    And that's -- who is the mayor? |
| 10:20:25 | 16 | A.    Mayor Byron Brown. |
| 10:20:27 | 17 | Q.    Okay.  And -- and had you known him |
| 10:20:31 | 18 | outside of your police work outside of your being |
| 10:20:35 | 19 | employed by the Buffalo Police Department? |
| 10:20:38 | 20 | A.    Yes. |
| 10:20:38 | 21 | Q.    Okay.  How did you know him outside of |
| 10:20:40 | 22 | the police work? |
| 10:20:41 | 23 | A.    You -- I only knew him as a council |

*Lockwood - Rupp, III - 10/14/20*

24

| | | |
|---|---|---|
| 10:20:46 | 1 | person. |
| 10:20:46 | 2 | Q. Okay. You knew him before he was the |
| 10:20:48 | 3 | mayor? |
| 10:20:48 | 4 | A. Right. |
| 10:20:49 | 5 | Q. Okay. And would you consider yourself |
| 10:20:53 | 6 | friends with Mayor Brown? |
| 10:20:54 | 7 | A. Yes. |
| 10:20:55 | 8 | Q. All right. Do you socialize with |
| 10:20:56 | 9 | Mayor Brown outside of professional associations? |
| 10:21:00 | 10 | A. Yes. |
| 10:21:01 | 11 | Q. Okay. How often do you -- do you |
| 10:21:03 | 12 | socialize with -- with Mayor Brown? |
| 10:21:05 | 13 | A. If I see him -- if we at the same |
| 10:21:10 | 14 | function or -- you know, it's not every day, but |
| 10:21:17 | 15 | whenever we have to -- if we at the same function |
| 10:21:20 | 16 | we would talk and, you know, just -- just talk. |
| 10:21:23 | 17 | Q. Okay. Have you ever been out say, for |
| 10:21:26 | 18 | example, to dinner with Mayor Brown and his wife, |
| 10:21:28 | 19 | Michelle? |
| 10:21:28 | 20 | A. Not with his wife, but me and him had |
| 10:21:31 | 21 | met for lunch. |
| 10:21:33 | 22 | Q. Okay. All right. I want to ask you, |
| 10:21:38 | 23 | you replaced Daniel Derenda you told us earlier; is |

10:21:42  1  that right?

10:21:42  2        **A.**   Yes.

10:21:42  3        **Q.**   Why did he leave as commissioner?  He

10:21:44  4  wasn't there very long, is that a fair statement?

10:21:46  5        **MS. HUGGINS:**  Form.  You can answer.

10:21:47  6        **BY MR. RUPP:**

10:21:47  7        **Q.**   How long was Dan Derenda the police

10:21:49  8  commissioner?

10:21:49  9        **A.**   I think about eight years.

10:21:52 10        **Q.**   Eight years?  Okay.  Why did he leave?

11        **MS. HUGGINS:**  Form.

10:21:58 12        **THE WITNESS:**  I have no idea.

10:21:59 13        **BY MR. RUPP:**

10:21:59 14        **Q.**   Okay.  Did you have any conversations

10:22:01 15  with him?

10:22:01 16        **A.**   No.

10:22:01 17        **Q.**   Was he fired?

10:22:03 18        **A.**   No.

10:22:04 19        **Q.**   Okay.  As you sit here today, you have

10:22:07 20  no idea why Dan Derenda is no longer the police

10:22:12 21  commissioner and you are?

10:22:12 22        **A.**   I have no -- I -- I don't know why he

10:22:16 23  left.

*Lockwood - Rupp, III - 10/14/20*

26

| | | |
|---|---|---|
| 10:22:16 | 1 | Q.   Did he retire? |
| 10:22:18 | 2 | A.   Yes, he retired. |
| 10:22:20 | 3 | Q.   Okay.  Is he working in -- is he doing |
| 10:22:22 | 4 | any police work at all now for the City of Buffalo |
| 10:22:26 | 5 | or otherwise? |
| 10:22:26 | 6 | A.   He's not working for the city. |
| 10:22:28 | 7 | Q.   Do you know if he's working for any |
| 10:22:29 | 8 | other police agencies? |
| 10:22:30 | 9 | A.   He's working for a security company. |
| 10:22:33 | 10 | Q.   Okay.  Did you meet with Mayor Brown |
| 10:22:40 | 11 | when he asked you to become police commissioner? |
| 10:22:42 | 12 | A.   Yes. |
| 10:22:43 | 13 | Q.   And did you give him an immediate |
| 10:22:46 | 14 | answer when he made the offer to you? |
| 10:22:48 | 15 | A.   Yes. |
| 10:22:52 | 16 | Q.   And I assume your answer was in the |
| 10:22:55 | 17 | affirmative? |
| 10:22:56 | 18 | A.   Yes. |
| 10:22:56 | 19 | Q.   Okay.  And your first day on the job as |
| 10:22:59 | 20 | police commissioner was what day? |
| 10:23:01 | 21 | A.   I want to say it was January 21st. |
| 10:23:08 | 22 | Q.   Of what year? |
| 10:23:09 | 23 | A.   2018. |

| | | |
|---|---|---|
| 10:23:10 | 1 | **Q.**    Was there any type of swearing in |
| 10:23:17 | 2 | ceremony? |
| 10:23:17 | 3 | **A.**    Not that day. |
| 10:23:19 | 4 | **Q.**    Eventually? |
| 10:23:20 | 5 | **A.**    Eventually, yes. |
| 10:23:21 | 6 | **Q.**    Okay.  And where did that take place? |
| 10:23:23 | 7 | **A.**    That took place in March over in the |
| 10:23:26 | 8 | city hall in the council chambers. |
| 10:23:28 | 9 | **Q.**    And who was there? |
| 10:23:29 | 10 | **A.**    The council -- council members, my |
| 10:23:34 | 11 | daughter, my sister, and my cousins. |
| 10:23:39 | 12 | **Q.**    And the mayor? |
| 10:23:41 | 13 | **A.**    I don't -- I don't think the mayor was |
| 10:23:44 | 14 | there. |
| 10:23:45 | 15 | **Q.**    Any other officials from the Buffalo |
| 10:23:48 | 16 | Police Department? |
| 10:23:48 | 17 | **A.**    Deputy Beaty was there and I -- I |
| 10:23:56 | 18 | believe it was.  I can't remember exactly who all |
| 10:23:58 | 19 | was there. |
| 10:23:59 | 20 | **Q.**    Now, when -- did you meet with |
| 10:24:04 | 21 | Dan Derenda as part of a transition process for you |
| 10:24:08 | 22 | to become the police commissioner? |
| 10:24:09 | 23 | **A.**    I -- we -- when he -- when he was |

10:24:17   1    retiring, we did sit down and -- and talk, you

10:24:22   2    know, about some of the things that was going on in

10:24:26   3    the department at that time.

10:24:27   4        **Q.**    Okay. Did he -- did he provide you

10:24:28   5    with any written transfer letters or memoranda or

10:24:33   6    anything in a written form?

10:24:35   7        **A.**    No.

10:24:35   8        **Q.**    All right. So it was all verbal?

10:24:36   9        **A.**    Yes.

10:24:37  10        **Q.**    And did he -- did you talk to him about

10:24:41  11    pending disciplinary matters that were pending with

10:24:44  12    IAD?

10:24:45  13        **A.**    No.

10:24:45  14        **Q.**    All right. What types of things did

10:24:47  15    you talk about that were, as you say, going on in

10:24:50  16    the department?

10:24:50  17        **A.**    We talked about, you know, budget. You

10:24:54  18    know, it was at that particular time we had to work

10:24:57  19    on getting the overtime down.

10:25:02  20        **Q.**    Overtime for officers?

10:25:03  21        **A.**    Yes.

10:25:04  22        **Q.**    Was that becoming a budget issue?

10:25:06  23        **A.**    Well, it was -- it was becoming an

*Lockwood - Rupp, III - 10/14/20*

29

10:25:09  1   issue.

10:25:10  2          Q.    What else did you talk about with

10:25:14  3   Dan Derenda as he was transitioning out and you

10:25:17  4   were transitioning in?

10:25:18  5          A.    As far as department, that was -- that

10:25:22  6   I can remember, that was basically it and, you

10:25:24  7   know, I just wished him luck on whatever he was

10:25:29  8   doing then.

10:25:30  9          Q.    Now, as the police commissioner,

10:25:37 10   correct me if I'm wrong, you hold the highest

10:25:38 11   position within the Buffalo Police Department; is

10:25:40 12   that right?

10:25:40 13          A.    Yes.

10:25:41 14          Q.    Okay.   Nobody -- you don't report to

10:25:43 15   anybody else within the Buffalo Police Department

10:25:45 16   itself; is that right?

10:25:46 17          A.    Yes.

10:25:46 18          Q.    All right.   And I think you told me

10:25:48 19   earlier your direct report is Mayor Brown, correct?

10:25:51 20          A.    Yes.

10:25:51 21          Q.    And you also answer to the common

10:25:54 22   council?

10:25:54 23          A.    I answer to the mayor, but I -- I work

*Lockwood - Rupp, III - 10/14/20*

30

10:25:58   1   with the common council.

10:26:02   2        Q.   And what types of things do you and the

10:26:10   3   mayor talk about when it comes to the Buffalo

10:26:13   4   Police Department over the last two years, almost

10:26:15   5   three now?

10:26:16   6        A.   We talk about crime, we talk about the

10:26:20   7   budget, we talk about initiative that we can -- the

10:26:28   8   police department can do working in the -- in the

10:26:30   9   community.

10:26:35   10        Q.   Do you talk at all with the mayor about

10:26:38   11   officer misconduct?

10:26:39   12        A.   Sometimes that comes up.

10:26:41   13        Q.   In what context would that come up with

10:26:44   14   Mayor Brown?

10:26:44   15        A.   Well, if he get a report that an

10:26:47   16   officer may have done something, he would bring it

10:26:52   17   to my attention.

10:26:52   18        Q.   Now, as the police commissioner, are --

10:26:56   19   are you -- do you have a role in connection with

10:27:00   20   officer misconduct and discipline within the

10:27:03   21   Buffalo Police Department?

10:27:03   22        A.   Yes.

10:27:04   23        Q.   What is your role?

Lockwood - Rupp, III - 10/14/20

31

10:27:05  1      A.    My role is to -- if it's a situation
10:27:10  2   where they need to be disciplined, then I give the
10:27:14  3   discipline.
10:27:15  4      Q.    Is that every officer down to the
10:27:18  5   newest patrol officer or is that -- is there a
10:27:23  6   chain of command for imposing discipline on
10:27:27  7   officers who engage in breaches of policy or other
10:27:30  8   misconduct?
10:27:31  9      A.    No, that's -- it would come from me.
10:27:33  10     Q.    All right.  So you're responsible for
10:27:36  11  disciplining all of the officers in the Buffalo
10:27:38  12  Police Department if they need discipline?
          13     A.    Yes.
10:27:41  14     Q.    And can you give me a breakdown of how
10:27:44  15  many -- how many different -- first of all, how
10:27:46  16  many people are employed by the Buffalo Police
10:27:50  17  Department as you sit here today?
10:27:52  18     A.    Officers -- sworn officers there's
10:27:56  19  about -- I would say we're about 750.
10:28:01  20     Q.    All right.  And beyond sworn officers,
10:28:03  21  there's other positions within the police
10:28:07  22  department that are paid through the police budget,
10:28:10  23  but are not necessarily actual sworn officers; is

Lockwood - Rupp, III - 10/14/20

32

| | | |
|---|---|---|
| 10:28:13 | 1 | that right? |
| 10:28:13 | 2 | **A.** Yes. |
| 10:28:13 | 3 | **Q.** All right.  And approximately how many |
| 10:28:14 | 4 | of those do you supervise? |
| 10:28:16 | 5 | **A.** I would say it's probably maybe about |
| 10:28:24 | 6 | 200. |
| 10:28:24 | 7 | **Q.** Okay.  So the total -- excuse me.  The |
| 10:28:28 | 8 | total force all in, officers and support |
| 10:28:32 | 9 | individuals, is about 950 then? |
| 10:28:36 | 10 | **A.** Somewhere around there. |
| 10:28:37 | 11 | **Q.** Okay.  And when you're talking about |
| 10:28:40 | 12 | sworn officers, are you referring to yourself, |
| 10:28:44 | 13 | commissioners, deputy commissioners, captains, |
| 10:28:48 | 14 | lieutenants, sergeants, those types? |
| 10:28:50 | 15 | **A.** Yes. |
| 10:28:51 | 16 | **Q.** All right.  So that 750 figure includes |
| 10:28:53 | 17 | all of the top brass of the police department; is |
| 10:28:56 | 18 | that correct? |
| 10:28:56 | 19 | **A.** Yes. |
| 10:28:57 | 20 | **Q.** All right.  And when it comes to |
| 10:28:59 | 21 | disciplining officers for misconduct or failures to |
| 10:29:04 | 22 | follow procedures, all of that would eventually |
| 10:29:11 | 23 | make it to your desk; is that right? |

10:29:11 1        **A.**   Yes.

10:29:11 2        **Q.**   Okay.  Is there a -- you don't handle,

10:29:13 3    I assume, correct me if I'm wrong, the actual

10:29:18 4    investigations themselves; is that right?

10:29:19 5        **A.**   No.

6        **Q.**   All right.

10:29:20 7        **A.**   I don't handle those.

10:29:21 8        **Q.**   Okay.  Who within the police

10:29:24 9    department, the Buffalo Police, handles

10:29:26 10   investigations into allegations of police

10:29:30 11   misconduct?

10:29:31 12       **A.**   Internal affairs.

10:29:32 13       **Q.**   All right.  And does -- is the Internal

10:29:38 14   Affairs Division one of your responsibilities as

10:29:40 15   police commissioner?

10:29:41 16       **A.**   Yes.

10:29:41 17       **Q.**   And does the head -- and I don't know

10:29:45 18   what the position is yet, but does the head of IAD

10:29:50 19   report to you?

10:29:51 20       **A.**   Yes.

10:29:51 21       **Q.**   And what is the chain of command in

10:29:53 22   IAD?

10:29:54 23       **A.**   The chain of command is inspector and

| | | |
|---|---|---|
| 10:29:57 | 1 | then you have lieutenants that investigate. |
| 10:30:00 | 2 | **Q.** All right. And approximately -- |
| 10:30:02 | 3 | **A.** Oh, I'm sorry. You have a captain. |
| 10:30:04 | 4 | Inspector, captain, and then the lieutenants. |
| 10:30:06 | 5 | **Q.** I see. And have the -- has the |
| 10:30:11 | 6 | leadership of IAD remained roughly the same since |
| 10:30:15 | 7 | you took the position of police commissioner back |
| 10:30:18 | 8 | in January of 2018? |
| 10:30:19 | 9 | **A.** Yes. |
| 10:30:19 | 10 | **Q.** Who is the inspector in charge of IAD? |
| 10:30:23 | 11 | **A.** Robert Rosenswie. |
| 10:30:26 | 12 | **Q.** And who is the captain? |
| 10:30:30 | 13 | **A.** Patrick Humiston. |
| 10:30:35 | 14 | **Q.** How many lieutenants are there? |
| 10:30:38 | 15 | **A.** Six. |
| 10:30:43 | 16 | **Q.** Are there any positions below the |
| 10:30:48 | 17 | lieutenants within IAD? |
| 10:30:50 | 18 | **A.** Yes, you have patrol officers. |
| 10:30:54 | 19 | **Q.** Assigned specifically to IAD? |
| 10:30:55 | 20 | **A.** Yes. |
| 10:30:56 | 21 | **Q.** And do they work in districts or do |
| 10:30:59 | 22 | they work out of headquarters? |
| 10:31:00 | 23 | **A.** They work out of headquarters in -- in |

| | | |
|---|---|---|
| 10:31:03 | 1 | the internal affairs office and then we have a |
| 10:31:06 | 2 | patrol officer that works over in city hall. |
| 10:31:08 | 3 | Q.    And what is the responsibility and role |
| 10:31:13 | 4 | of the patrol officer that's assigned to city hall? |
| 10:31:16 | 5 | A.    They take reports. |
| 10:31:21 | 6 | Q.    Do -- do some complaints at least of |
| 10:31:24 | 7 | police misconduct come in directly to city hall? |
| 10:31:28 | 8 | A.    Yes. |
| 10:31:28 | 9 | Q.    And -- and that person would be the -- |
| 10:31:30 | 10 | essentially the intake officer for those |
| 10:31:32 | 11 | complaints? |
| 10:31:33 | 12 | A.    Yes. |
| 10:31:33 | 13 | Q.    How else are complaints of police |
| 10:31:36 | 14 | misconduct made to the BPD and IAD? |
| 10:31:40 | 15 | A.    They can be done in the districts.  You |
| 10:31:43 | 16 | can go to the district and ask for a supervisor and |
| 10:31:48 | 17 | you can give your complaint to them. |
| 10:31:52 | 18 | Q.    Is that a person to person or over the |
| 10:31:55 | 19 | phone or -- |
| 10:31:56 | 20 | A.    You can -- you can do it person to |
| 10:31:57 | 21 | person, you can do it over the phone. |
| 10:32:04 | 22 | Q.    How else do complaints of police |
| 10:32:06 | 23 | misconduct come into the Buffalo Police Department? |

10:32:09   1        **A.**   You can just come into headquarters and

10:32:11   2   go into internal affairs office and do the

10:32:14   3   complaint.

10:32:14   4        **Q.**   Any other ways?

10:32:16   5        **A.**   Besides telephone, going to internal

10:32:20   6   affairs, the district, and city hall, those are --

10:32:23   7        **Q.**   Can complaints be made in writing?

10:32:27   8        **A.**   Yes.  Yeah, you -- you can send a

10:32:29   9   letter.  Yeah.

10:32:29  10        **Q.**   And in fact, does the Buffalo Police

10:32:32  11   Department have a web page relating to citizen

10:32:36  12   complaints --

10:32:36  13        **A.**   Yes.

10:32:37  14        **Q.**   -- about officer misconduct?

10:32:40  15        **A.**   We have a web page, yes.

10:32:41  16        **Q.**   And does that web page encourage

10:32:43  17   citizens to write to the police commissioner with

10:32:45  18   complaints of police misconduct?

10:32:48  19        **A.**   It encouraged them to write to the

10:32:53  20   Buffalo Police Department.  They can write to me.

10:32:54  21        **Q.**   Okay.

10:32:54  22        **A.**   They can give me --

10:32:55  23        **Q.**   Do you know if the web page currently

| | | |
|---|---|---|
| 10:32:57 | 1 | actually says that the letter should be addressed |
| 10:33:00 | 2 | to the police commissioner? |
| 10:33:01 | 3 | **A.** I can't -- I'm not sure. |
| 10:33:04 | 4 | **Q.** Do you know if it ever did? |
| 10:33:05 | 5 | **A.** The web page? |
| 10:33:06 | 6 | **Q.** Yes. Specifically relating to |
| 10:33:10 | 7 | complaints of police misconduct indicating that |
| 10:33:12 | 8 | letters should be sent directly to the police |
| 10:33:14 | 9 | commissioner. |
| 10:33:14 | 10 | **A.** I -- I would think it'd probably say to |
| 10:33:20 | 11 | send to internal affairs. Yeah, it probably would |
| 10:33:22 | 12 | say that. I'm not sure, though. |
| 10:33:23 | 13 | **Q.** But one way or the other, a written |
| 10:33:25 | 14 | complaint is another way that a complaint of police |
| 10:33:29 | 15 | officer misconduct could come into the Buffalo |
| 10:33:32 | 16 | Police Department and the Internal Affairs |
| 10:33:34 | 17 | Division; is that right? |
| 10:33:36 | 18 | **A.** Yes. |
| 10:33:36 | 19 | **Q.** All right. Is there a policy or |
| 10:33:37 | 20 | procedure within the police department with respect |
| 10:33:42 | 21 | to when an actual IAD investigation will be opened |
| 10:33:45 | 22 | or commenced? |
| 10:33:46 | 23 | **A.** Internal affairs -- an investigation |

*Lockwood - Rupp, III - 10/14/20*

38

| | | |
|---|---|---|
| 10:33:52 | 1 | will be -- will start as soon as they make contact |
| 10:33:56 | 2 | with the individual that's forwarding the |
| 10:34:00 | 3 | complaint. |
| 10:34:01 | 4 | **Q.**   When you say as soon as, I mean, I |
| 10:34:04 | 5 | assume if somebody comes into a district and makes |
| 10:34:08 | 6 | a live person to person complaint, does that count |
| 10:34:11 | 7 | as -- as opening the IAD investigation then? |
| 10:34:13 | 8 | **A.**   It's -- it doesn't start the clock. |
| 10:34:18 | 9 | The clock starts when internal affairs -- when he |
| 10:34:22 | 10 | gets to internal affairs office. |
| 10:34:23 | 11 | **Q.**   All right.  So the procedure would be |
| 10:34:25 | 12 | if somebody goes into the district and makes a |
| 10:34:27 | 13 | complaint, it's probably going to be made to a |
| 10:34:29 | 14 | sergeant or a lieutenant; is that right? |
| 10:34:32 | 15 | **A.**   It would probably be made to a |
| 10:34:34 | 16 | lieutenant or a captain. |
| 10:34:35 | 17 | **Q.**   Okay. |
| 10:34:35 | 18 | **A.**   We don't have sergeants, you know, |
| 10:34:38 | 19 | patrol sergeants.  We just have sergeants for |
| 10:34:41 | 20 | detectives. |
| 10:34:42 | 21 | **Q.**   And so -- okay.  So within a district, |
| 10:34:44 | 22 | during a given shift or platoon, there's going to |
| 10:34:48 | 23 | be a lieutenant for every -- every shift; is that |

10:34:52  1 | right?

10:34:52  2 |      **A.**    Yes.

10:34:52  3 |      **Q.**    Is there also a captain for every shift

10:34:54  4 | or is that only part of the time?

10:34:56  5 |      **A.**    There's not a captain for every shift,

10:35:00  6 | but that's -- during the day and afternoon there's

10:35:03  7 | captains.  And midnight -- yeah, there is them now.

10:35:08  8 | Now there is some captains working midnights, yes.

10:35:11  9 |      **Q.**    Okay.  But there always will be a

10:35:13 10 | lieutenant?

10:35:13 11 |      **A.**    Yes, always.

10:35:14 12 |      **Q.**    So if somebody comes in to complain to

10:35:16 13 | one of the City of Buffalo Police Department

10:35:19 14 | districts any hour of the day, they're going to

10:35:21 15 | find a lieutenant there?

10:35:22 16 |      **A.**    Yes.

10:35:22 17 |      **Q.**    And they can make and are supposed to

10:35:25 18 | make a complaint of police misconduct, if they have

10:35:27 19 | one, to that officer; is that right?

10:35:29 20 |      **A.**    Yes.  They would ask -- they would ask

10:35:32 21 | for the supervisor and that lieutenant will take

10:35:34 22 | that --

10:35:34 23 |      **Q.**    Or possibly a captain --

| | | |
|---|---|---|
| 10:35:35 | 1 | **A.** Captain, yes. |
| 10:35:36 | 2 | **Q.** -- if one happens to be there? |
| 10:35:38 | 3 | **A.** Yes. |
| 10:35:38 | 4 | **Q.** Okay. And then the procedure would be |
| 10:35:39 | 5 | that once the complaint is taken by the officer in |
| 10:35:44 | 6 | the pre -- the district rather, it would then be |
| 10:35:47 | 7 | relayed to IAD? |
| 10:35:49 | 8 | **A.** Yes. |
| 10:35:50 | 9 | **Q.** And IAD works out of police |
| 10:35:53 | 10 | headquarters? |
| 10:35:53 | 11 | **A.** Yes. |
| 10:35:53 | 12 | **Q.** And would an investigation and a file |
| 10:35:57 | 13 | be opened at that time? |
| 10:35:58 | 14 | **A.** IAD will contact the complainant and |
| 10:36:01 | 15 | then that's when the file will be opened up. They |
| 10:36:04 | 16 | will take a statement from them, we'll ask them to |
| 10:36:07 | 17 | come in to give a statement, and that's when the |
| 10:36:10 | 18 | clock starts -- |
| 10:36:11 | 19 | **Q.** Okay. |
| 10:36:11 | 20 | **A.** -- going. |
| 10:36:11 | 21 | **Q.** You mentioned the clock a couple of |
| 10:36:13 | 22 | times. Is there -- is there a -- a timeframe in |
| 10:36:16 | 23 | which an IAD investigation is supposed to be |

| | | |
|---|---|---|
| 10:36:19 | 1 | completed? |
| 10:36:20 | 2 | **A.**   No, no.  I mean -- |
| 10:36:21 | 3 | **Q.**   So what was your reference to clock?  I |
| 10:36:24 | 4 | didn't get that. |
| 10:36:24 | 5 | **A.**   I mean -- what I mean by the clock is |
| 10:36:26 | 6 | it will start when it -- the investigation will |
| 10:36:28 | 7 | start at that particular time. |
| 10:36:30 | 8 | **Q.**   I see.  So the initial complaint to the |
| 10:36:33 | 9 | district wouldn't necessarily get an IAD file open, |
| 10:36:36 | 10 | it requires IAD contact with the complainant? |
| 10:36:39 | 11 | **A.**   Yes. |
| 10:36:40 | 12 | **Q.**   All right.  Now, would a -- would an |
| 10:36:42 | 13 | IAD file be opened every time or is there |
| 10:36:47 | 14 | discretion to say no, we're not even going to open |
| 10:36:50 | 15 | an IAD investigation? |
| 10:36:51 | 16 | **A.**   What do you mean by every time? |
| 10:36:53 | 17 | **Q.**   Well, somebody goes into a district, |
| 10:36:55 | 18 | makes a complaint -- |
| | 19 | **A.**   Mm-hmm. |
| 10:36:56 | 20 | **Q.**   -- IAD follows up, reaches the person |
| 10:36:58 | 21 | by phone -- |
| | 22 | **A.**   Mm-hmm. |
| 10:36:58 | 23 | **Q.**   -- would that automatically result in |

10:37:00  1  an IAD investigation file being opened under a file

10:37:04  2  number or would the IAD investigating officer have

10:37:06  3  the ability to say no, we're not going to open one?

10:37:10  4       **A.**    That would be the inspector.   The

10:37:15  5  inspector will see if it's something that can be

10:37:19  6  handled at a district level.   If not, then he would

10:37:23  7  open up a case in internal affairs.

10:37:26  8       **Q.**    We talked about several methods by

10:37:28  9  which a citizen making a complaint of police

10:37:31 10  misconduct can make it to the police department.

10:37:33 11       Are there any others that you can think of

10:37:36 12  that trigger the opening of an IAD investigation?

10:37:39 13       **A.**    Complaints.

10:37:39 14       **Q.**    Any other methods of complaint?   For

10:37:43 15  example, if a Notice of Claim involving police

10:37:46 16  misconduct is served on the city, will that result

10:37:49 17  in the opening of an IAD investigation?

10:37:51 18       **A.**    I think there would -- if it's a Notice

10:37:56 19  of Claim served on -- I think the inspector would

10:37:59 20  probably reach -- reach out to corporate counsel

10:38:04 21  and probably -- not probably, will -- will discuss

10:38:08 22  with them this Notice of Claim.

10:38:10 23       **Q.**    All right.   But my question was whether

*Lockwood - Rupp, III - 10/14/20*
43

| | | |
|---|---|---|
| 10:38:12 | 1 | an IAD investigation would actually be opened to |
| 10:38:16 | 2 | address allegations of police misconduct that are |
| 10:38:19 | 3 | set forth in a Notice of Claim. |
| 10:38:21 | 4 | **A.**   Go back over that again. |
| 10:38:27 | 5 | **Q.**   You're familiar with Notices of Claim, |
| 10:38:29 | 6 | right? |
| 10:38:29 | 7 | **A.**   Right. |
| 10:38:30 | 8 | **Q.**   You're aware that when somebody wants |
| 10:38:32 | 9 | to sue the City of Buffalo -- |
| 10:38:33 | 10 | **A.**   Right. |
| 10:38:33 | 11 | **Q.**   -- for misconduct of its police |
| 10:38:36 | 12 | department, that a legal document known as a Notice |
| 10:38:39 | 13 | of Claim must be served on the City of Buffalo, |
| 10:38:42 | 14 | correct? |
| 10:38:42 | 15 | **A.**   Right. |
| 10:38:42 | 16 | **Q.**   And you've seen those? |
| 10:38:44 | 17 | **A.**   Mm-hmm. |
| 10:38:45 | 18 | **Q.**   That's a -- you need to answer |
| 10:38:46 | 19 | verbally. |
| 10:38:47 | 20 | **MS. HUGGINS:**   A verbal answer. |
| 10:38:48 | 21 | **THE WITNESS:**   Oh. |
| 10:38:48 | 22 | **MS. HUGGINS:**   She can't record an mm-hmm. |
| | 23 | **BY MR. RUPP:** |

10:38:50  1        Q.    That's okay, you're doing fine.   That

10:38:51  2    was the first one.   So --

          3        A.    Yes.

10:38:53  4        Q.    All right.   You've seen those and

10:38:54  5    you've read them and sometimes they contain

10:38:56  6    allegations of police misconduct, correct?

10:38:59  7        A.    Yes.

10:38:59  8        Q.    All right.   And my question is would

10:39:02  9    those sworn allegations in a Notice of Claim result

10:39:07 10    in the opening of an IAD investigation file?

10:39:10 11        A.    Some of them have.   I'm not going to

10:39:17 12    say all of them.   I know that we have -- there has

10:39:23 13    been Notice of Claim and yeah, it would open up an

10:39:28 14    IAD file because we do discuss them.

10:39:30 15        Q.    Okay.   And you're aware that the next

10:39:32 16    step in the process after there's perhaps an

10:39:36 17    examination of the complainant as part of the 50h

10:39:41 18    Notice of Claim process, then there's a lawsuit

10:39:43 19    often commenced against the city, are you aware of

10:39:46 20    that sequence of events?

10:39:48 21        A.    Yes.

10:39:48 22        Q.    You're aware then essentially that a

10:39:50 23    Notice of Claim often leads to the commencement of

| | | |
|---|---|---|
| 10:39:53 | 1 | a lawsuit against the city; is that right? |
| 10:39:54 | 2 | A. Yes. |
| 10:39:55 | 3 | Q. All right. And even if an IAD |
| 10:39:57 | 4 | investigation was not opened at the time the Notice |
| 10:40:00 | 5 | of Claim is received, would an IAD investigation be |
| 10:40:04 | 6 | opened any time a lawsuit alleging police |
| 10:40:07 | 7 | misconduct is actually commenced against the City |
| 10:40:11 | 8 | of Buffalo? |
| 10:40:11 | 9 | MS. HUGGINS: Form. You can answer. |
| 10:40:13 | 10 | THE WITNESS: Yes. |
| 10:40:14 | 11 | BY MR. RUPP: |
| 10:40:15 | 12 | Q. All right. So let me ask it again |
| 10:40:16 | 13 | because there was a form objection. Would -- would |
| 10:40:19 | 14 | any complaint, legal complaint brought against the |
| 10:40:23 | 15 | City of Buffalo in a court alleging police |
| 10:40:27 | 16 | misconduct, result in the opening of an IAD |
| 10:40:29 | 17 | investigation if one had not already been opened |
| 10:40:34 | 18 | beforehand? |
| 10:40:35 | 19 | A. Yes. |
| 10:40:35 | 20 | Q. Okay. Do you know -- and would that be |
| 10:40:37 | 21 | following Buffalo Police Department procedures to |
| 10:40:40 | 22 | open an IAD investigation when a complaint is |
| 10:40:44 | 23 | received by the city if one has not already been |

*Lockwood - Rupp, III - 10/14/20*

46

| | | |
|---|---|---|
| 10:40:48 | 1 | opened for that same incident? |
| 10:40:49 | 2 | A.   Say it again. |
| 10:40:50 | 3 | Q.   Would that -- is that in compliance |
| 10:40:53 | 4 | with Buffalo Police Department procedures to open |
| 10:40:56 | 5 | an IAD investigation when a complaint is received |
| 10:40:59 | 6 | in a lawsuit if one has not already been opened by |
| 10:41:03 | 7 | some other means? |
| 10:41:04 | 8 | MS. HUGGINS:   Form. |
| 10:41:07 | 9 | BY MR. RUPP: |
| 10:41:07 | 10 | Q.   Let me ask you this since there's a |
| 10:41:09 | 11 | form objection.  Are you familiar with the Buffalo |
| 10:41:12 | 12 | Police procedures manual? |
| 10:41:13 | 13 | A.   Yeah, manual of procedure.  Yes. |
| 10:41:14 | 14 | Q.   Okay.  Did you play any role in -- in |
| 10:41:16 | 15 | drafting those procedures? |
| 10:41:18 | 16 | A.   No. |
| 10:41:19 | 17 | Q.   All right.  Have you -- have you |
| 10:41:20 | 18 | reviewed the procedures? |
| 10:41:23 | 19 | A.   I -- yeah, I look at them. |
| 10:41:25 | 20 | Q.   There's several hundred pages of |
| 10:41:27 | 21 | procedures, right? |
| 10:41:28 | 22 | A.   Yeah. |
| 10:41:28 | 23 | Q.   And some of them relate to IAD; is that |

10:41:31  1  correct?

10:41:31  2       **A.**   Yes.

10:41:31  3       **Q.**   And when IAD should open an

10:41:34  4  investigation; is that right?

10:41:34  5       **A.**   Yes.

10:41:35  6       **Q.**   All right.  And if there is a citizen's

10:41:40  7  complaint of police misconduct that's properly

10:41:42  8  presented to IAD or made in the form of a lawsuit

10:41:44  9  against the city, IAD in compliance with this

10:41:47 10  manual is supposed to open an investigation,

10:41:50 11  correct?

10:41:50 12       **A.**   If it's reported, yes.

10:41:52 13       **Q.**   Okay.  And certainly if it's in a

10:41:55 14  lawsuit commenced against the city and corporation

10:41:57 15  counsel has to get involved to defend the city

10:42:00 16  against allegations of police misconduct, that

10:42:03 17  would be properly reported, right?

10:42:05 18       **A.**   I'm getting a little confused here, but

10:42:10 19  if it's reported to internal affairs, we will open

10:42:13 20  up a case.

10:42:14 21       **Q.**   All right.  So in other words, there's

10:42:15 22  no discretion to say no, I don't want to open your

10:42:18 23  complaint of police misconduct?

*Lockwood - Rupp, III - 10/14/20*

48

| 10:42:21 | 1 | **A.** No, you can't -- you have to open up -- |
| 10:42:23 | 2 | if you come in to make a complaint, internal |
| 10:42:26 | 3 | affairs have to look into that complaint. |
| 10:42:28 | 4 | **Q.** And if you sue a complaint or serve a |
| 10:42:31 | 5 | Notice of Claim alleging police misconduct, again, |
| 10:42:33 | 6 | that would open an IAD investigation, correct? |
| 10:42:35 | 7 | **A.** It would -- IAD will -- we would -- |
| 10:42:45 | 8 | internal affairs, we would -- if the complainant -- |
| 10:42:48 | 9 | we have to have a complaint. |
| 10:42:50 | 10 | **Q.** Right. I'm talking about an actual |
| 10:42:52 | 11 | Notice of Claim, a written legal document where the |
| 10:42:57 | 12 | complainant makes complaints of police misconduct. |
| 10:43:01 | 13 | Could be police brutality, could be a |
| 10:43:03 | 14 | failure to follow procedures. They're making it in |
| 10:43:06 | 15 | a written sworn legal document and having it served |
| 10:43:08 | 16 | on the city to commence the lawsuit process. |
| 10:43:10 | 17 | **A.** Okay. If it's written and it's given |
| 10:43:12 | 18 | to internal affairs, yes, internal affairs will |
| 10:43:15 | 19 | look into that. |
| 10:43:16 | 20 | **Q.** Well, if it's served on the city, it |
| 10:43:18 | 21 | would be given to internal affairs, right? If it |
| 10:43:19 | 22 | involved allegations of police misconduct, right? |
| 10:43:21 | 23 | **A.** Yes. |

| | | |
|---|---|---|
| 10:43:21 | 1 | **Q.**    All right.   And even if for some reason |
| 10:43:24 | 2 | an IAD investigation wasn't opened when the Notice |
| 10:43:27 | 3 | of Claim was served, when an actual lawsuit comes |
| 10:43:30 | 4 | in to the city seeking money damages alleging |
| 10:43:33 | 5 | police misconduct, certainly at that point IAD |
| 10:43:36 | 6 | would open an investigation if one had not already |
| 10:43:39 | 7 | been opened before, right? |
| 10:43:40 | 8 | **A.**    Yes. |
| 10:43:41 | 9 | **Q.**    And that would be in compliance with |
| 10:43:42 | 10 | your understanding of what's required of IAD in the |
| 10:43:48 | 11 | police procedures manual for the City of Buffalo; |
| 10:43:50 | 12 | is that right? |
| 10:43:50 | 13 | **A.**    Yes. |
| 10:43:50 | 14 | **Q.**    And there would never be any reason why |
| 10:43:53 | 15 | allegations of police misconduct in a Notice of |
| 10:43:56 | 16 | Claim or a complaint or both, would just be ignored |
| 10:43:59 | 17 | by IAD and no investigation would be opened, would |
| 10:44:02 | 18 | you agree with me? |
| 10:44:03 | 19 | **A.**    Yes. |
| 10:44:03 | 20 | **Q.**    And if that happened, that would be a |
| 10:44:05 | 21 | violation of police procedures, would it not? |
| 10:44:08 | 22 | **A.**    Yes. |
| 10:44:08 | 23 | **Q.**    All right.   And you wouldn't want to |

*Lockwood - Rupp, III - 10/14/20*

50

10:44:09  1   see that happen as the police commissioner for the

10:44:12  2   City of Buffalo, am I correct?

10:44:13  3        A.    Yes.

10:44:14  4        Q.    And if you learned of a situation where

10:44:17  5   a citizen complaint made in a Notice of Claim or a

10:44:21  6   complaint of multiple instance of police misconduct

10:44:24  7   within your department were made in formal legal

10:44:28  8   documents and no IAD investigation was commenced,

10:44:31  9   you would have something to say about that as the

10:44:33  10  commissioner of the City of Buffalo Police

10:44:36  11  Department, am I right?

10:44:37  12       A.    Yes.

10:44:37  13       Q.    And you would have some discussions

10:44:40  14  with Inspector Rosenswie; is that correct?

10:44:44  15       A.    Yes.

10:44:45  16       Q.    And you would tell him, would you not,

10:44:47  17  that in the future when there's a written legal

10:44:52  18  complaint against the City of Buffalo involving

10:44:54  19  allegations -- multiple allegations of police

10:44:57  20  misconduct, you are to open an IAD file and begin

10:44:59  21  investigating immediately, correct?

10:45:02  22       MS. HUGGINS:    Form.   You can answer.

10:45:04  23       BY MR. RUPP:

*Lockwood - Rupp, III - 10/14/20*

51

| | | |
|---|---|---|
| 10:45:04 | 1 | Q.   Well, you tell me.  What would you tell |
| 10:45:06 | 2 | the inspector if you found an incident where a |
| 10:45:09 | 3 | lawsuit was commenced against the City of Buffalo |
| 10:45:12 | 4 | involving multiple incidents of police misconduct, |
| 10:45:14 | 5 | but there was no actual IAD investigation |
| 10:45:17 | 6 | commenced? |
| 10:45:18 | 7 | A.   I would -- he -- I would tell him to |
| 10:45:23 | 8 | open up an investigation. |
| 10:45:24 | 9 | Q.   All right.  And would you tell him in |
| 10:45:25 | 10 | the future to open up whenever his department is |
| 10:45:27 | 11 | notified of lawsuits against the city? |
| 10:45:29 | 12 | A.   Yes. |
| 10:45:29 | 13 | Q.   All right.  And you would expect that a |
| 10:45:31 | 14 | lawsuit involving police misconduct would go to |
| 10:45:34 | 15 | IAD, right? |
| 10:45:34 | 16 | A.   Yes. |
| 10:45:35 | 17 | Q.   And what about a letter from a citizen |
| 10:45:38 | 18 | following the procedures that might or might not be |
| 10:45:41 | 19 | set forth in the Buffalo Police Department's |
| 10:45:44 | 20 | website alleging misconduct, would you expect that |
| 10:45:48 | 21 | IAD would reach out to the sender of that letter |
| 10:45:50 | 22 | and ask for the information required to begin the |
| 10:45:52 | 23 | investigation? |

10:45:53  1          **A.**    Yes.

10:45:53  2          **Q.**    And if you found that letters were

10:45:55  3   routinely being ignored by the City of Buffalo

10:45:59  4   Police Department and no IAD investigations were

10:46:01  5   being commenced, no contact was being made, would

10:46:04  6   you have similar discussions with the inspector?

10:46:06  7          **A.**    Yes.

10:46:07  8          **Q.**    And would you tell him to reach out to

10:46:09  9   every single person who's made a complaint of

10:46:11  10  police misconduct against the City of Buffalo

10:46:14  11  Police Department?

10:46:14  12         **A.**    Yes.

10:46:16  13         **Q.**    Have you learned in your tenure as

10:46:18  14  police commissioner, Mr. Lockwood, of incidents

10:46:22  15  where the City of Buffalo Police Department and its

10:46:26  16  IAD division have not opened investigations of --

10:46:30  17  involving written complaints, either in lawsuits or

10:46:32  18  in letters, of police misconduct?

10:46:35  19         **A.**    No.

10:46:37  20         **Q.**    You have not heard of a single incident

10:46:39  21  in the nearly three years that you've been the

10:46:41  22  police commissioner where citizen complaints in

10:46:46  23  formal written legal documents or letters were

| | | |
|---|---|---|
| 10:46:47 | 1 | ignored? |
| 10:46:48 | 2 | **A.** I have heard it. I have heard people |
| 10:46:51 | 3 | when you're -- when you're at meetings, but -- and |
| 10:46:56 | 4 | when I questioned internal affairs about it, they |
| 10:46:59 | 5 | said they haven't received the -- these -- these |
| 10:47:03 | 6 | complaints. |
| 10:47:03 | 7 | **Q.** All right. But under no circumstances |
| 10:47:05 | 8 | would there be a situation where a lawsuit that's |
| 10:47:08 | 9 | filed against the city and where corporation |
| 10:47:11 | 10 | counsel's been assigned to defend it, that would be |
| 10:47:13 | 11 | known to the City of Buffalo, correct? |
| 10:47:15 | 12 | **A.** Yes. |
| 10:47:15 | 13 | **Q.** And that would be known to the police |
| 10:47:18 | 14 | department, right? |
| 10:47:18 | 15 | **A.** Yes. |
| 10:47:19 | 16 | **Q.** And that should be transmitted to IAD, |
| 10:47:21 | 17 | correct? |
| 10:47:21 | 18 | **A.** Yes. |
| 10:47:21 | 19 | **Q.** And a file should be opened? |
| 10:47:23 | 20 | **A.** Yes. |
| 10:47:24 | 21 | **Q.** Every time? |
| 10:47:26 | 22 | **A.** Every time? |
| 10:47:27 | 23 | **Q.** Every time? |

10:47:28    1      **A.**     Every time that there's a --

10:47:29    2      **Q.**     That that happens.

10:47:30    3      **A.**     Yes.

10:47:31    4      **Q.**     All right. And that investigation

10:47:32    5   would be a full investigation following the

10:47:36    6   protocol set forth in the police manual, right?

10:47:38    7      **A.**     Yes.

10:47:39    8      **Q.**     And eventually, you as the head of the

10:47:44    9   Buffalo Police Department and its chief

10:47:47   10   disciplinarian, would know about the recommendation

10:47:50   11   of the police -- of the IAD investigator and make a

10:47:53   12   final call on it; is that right?

10:47:55   13      **A.**     Yes.

10:47:55   14      **Q.**     And that would involve a sit down

10:47:57   15   meeting with the investigator and perhaps others

10:47:59   16   and a review of all the information that was

10:48:02   17   gathered, am I correct?

10:48:03   18      **A.**     Yes.

10:48:03   19      **Q.**     And that would be true in every single

10:48:06   20   instance of an IAD investigation being opened for

10:48:09   21   incidents of police misconduct, correct?

10:48:11   22      **A.**     Yes.

10:48:11   23      **Q.**     There would be no exceptions to you

*Lockwood - Rupp, III - 10/14/20*

55

| | | |
|---|---|---|
| 10:48:14 | 1 | sitting down with IAD and making the final judgment |
| 10:48:17 | 2 | call on whether to sustain the allegations or to |
| 10:48:21 | 3 | find them not sustained; is that right? |
| 10:48:23 | 4 | **A.**    Correct. |
| 10:48:24 | 5 | **Q.**    And when you engage in that process, |
| 10:48:28 | 6 | Mr. Lockwood, what are the potential outcomes of an |
| 10:48:32 | 7 | IAD investigation? |
| 10:48:35 | 8 | Can you tell me what are the -- the |
| 10:48:39 | 9 | different resolutions that can be reached in that |
| 10:48:43 | 10 | final meeting? |
| 10:48:43 | 11 | **A.**    They can be exonerated, they can be |
| 10:48:49 | 12 | sustained, not sustained, and unfounded. |
| 10:48:53 | 13 | **Q.**    All right.  I want to ask you about the |
| 10:48:59 | 14 | differences between some of those.  Obviously |
| 10:49:01 | 15 | sustained means that the complaint that was brought |
| 10:49:04 | 16 | was proven to be true; is that right? |
| 10:49:06 | 17 | **A.**    The allegations was proven, yes. |
| 10:49:09 | 18 | **Q.**    And that would lead you down a path of |
| 10:49:11 | 19 | what are you going to do about that in terms of |
| 10:49:14 | 20 | officer discipline; is that right? |
| 10:49:15 | 21 | **A.**    Yes. |
| 10:49:15 | 22 | **Q.**    All right.  The other three categories |
| 10:49:18 | 23 | of not sustained, unfounded, and exonerated, in |

10:49:22  1    those -- all three of those instances, the police

10:49:27  2    officers against whom the complaints of misconduct

10:49:29  3    were made were cleared; is that correct?

10:49:34  4         **MS. HUGGINS:** Form.

10:49:34  5         **BY MR. RUPP:**

10:49:35  6         **Q.** All right. Strike that since there's a

10:49:37  7    form objection.

10:49:37  8         Tell me what not sustained means.

10:49:39  9         **A.** Not sustained means there -- the

10:49:42 10    allegations happened, but there's not enough proof

10:49:46 11    there to sustain.

10:49:50 12         **Q.** So can you -- can you provide me with

10:49:53 13    an example of that? The allegations happened, but

10:49:56 14    there's not enough proof of what?

10:49:58 15         **A.** There's not enough proof to -- if the

10:50:03 16    charge -- if the charge for the officer to be --

10:50:06 17    his conduct -- to prove that his conduct wasn't up

10:50:09 18    to standard with Buffalo Police, you know, conduct.

10:50:13 19         **Q.** So in other words, what happened --

10:50:17 20    what the complainant said happened, happened, but

10:50:19 21    it didn't necessarily violate the procedures manual

10:50:23 22    or the training of the officer; is that right?

10:50:25 23         **A.** Right. The -- yes.

*Lockwood - Rupp, III - 10/14/20*

57

| | | |
|---|---|---|
| 10:50:26 | 1 | **Q.**   That's a not sustained finding? |
| 10:50:28 | 2 | **A.**   Right. |
| 10:50:29 | 3 | **Q.**   Okay.  What is an exonerated finding? |
| 10:50:31 | 4 | **A.**   Exonerate is saying that it did happen, |
| 10:50:34 | 5 | but the -- the officer was proper in his procedures |
| 10:50:38 | 6 | of what he did. |
| 10:50:41 | 7 | **Q.**   All right.  I'm confused, though. |
| 10:50:42 | 8 | What's the difference between exonerated and not |
| 10:50:45 | 9 | sustained then? |
| 10:50:45 | 10 | **A.**   Not sustained -- exonerated means that |
| 10:50:49 | 11 | it happened and the officer was proper in his |
| 10:50:52 | 12 | procedures in what he did. |
| 10:50:53 | 13 | **Q.**   Okay. |
| 10:50:54 | 14 | **A.**   Not sustained means the allegation |
| 10:50:59 | 15 | could -- I mean, the allegation -- it's not enough |
| 10:51:03 | 16 | evidence to sustain what happened here. |
| 10:51:05 | 17 | **Q.**   I see.  Okay.  And what about |
| 10:51:07 | 18 | unfounded? |
| 10:51:08 | 19 | **A.**   Unfounded -- |
| 10:51:10 | 20 | **Q.**   Excuse me. |
| 10:51:11 | 21 | **A.**   -- is that we have no recollection -- |
| 10:51:14 | 22 | it's nothing there to sustain these charges of |
| 10:51:17 | 23 | anything.  It's just unfounded. |

| 10:51:18 | 1 | **Q.** Unfounded could include classes of |

**Q.** Unfounded could include classes of
complaints where it's not even proven that what was
said happened even happened; is that right?

**A.** Right. It could be you -- the officer
wasn't even there, you know. You can have a
complaint on the officer and the officer wasn't
even -- it could be wasn't even working that day.
So --

**Q.** Right.

**A.** -- you know, it's unfounded.

**Q.** Now, in the instances where you have
charges that are sustained -- let me ask you this.

When a person makes a complaint against the
City of Buffalo for alleged misconduct of a police
officer, do they oftentimes cite what provisions of
the police manual they think were violated?

**MS. HUGGINS:** Form.

**THE WITNESS:** You -- can you --

**BY MR. RUPP:**

**Q.** All right. So do -- when you receive a
complaint from a citizen, do they usually quote
from the police manual and say I think this officer
engaged in misconduct because if you look at

*Lockwood - Rupp, III - 10/14/20*

59

| | | |
|---|---|---|
| 10:52:22 | 1 | Section 4.19, they shouldn't have done what they |
| 10:52:25 | 2 | did to me? |
| 10:52:26 | 3 | **A.** No. |
| 10:52:27 | 4 | **Q.** All right. So you're aware that |
| 10:52:28 | 5 | somebody making a complaint to the City of Buffalo |
| 10:52:31 | 6 | Police Department might make allegations of facts |
| 10:52:33 | 7 | of what happened, but IAD needs to be the one to |
| 10:52:37 | 8 | determine whether that constitutes a violation of |
| 10:52:41 | 9 | the officer's responsibilities and training; is |
| 10:52:43 | 10 | that right? |
| 10:52:43 | 11 | **A.** They -- well, the complainant make the |
| 10:52:48 | 12 | complaint and IAD would go out and investigate to |
| 10:52:51 | 13 | see if -- if the complaint that was made actually |
| 10:52:56 | 14 | happened and is there enough -- did the officer |
| 10:53:02 | 15 | violate any rules of the departmental -- |
| 10:53:06 | 16 | departmental rules. |
| 10:53:06 | 17 | **Q.** Okay. I guess that's my question. |
| 10:53:08 | 18 | Will the IAD investigate violations of other |
| 10:53:15 | 19 | departmental rules than perhaps what the |
| 10:53:17 | 20 | complainant said in their letter or statement? |
| 10:53:20 | 21 | **MS. HUGGINS:** Form. |
| 10:53:22 | 22 | **BY MR. RUPP:** |
| 10:53:22 | 23 | **Q.** Let me give you an example. Suppose I |

*Lockwood - Rupp, III - 10/14/20*

60

| | | |
|---|---|---|
| 10:53:24 | 1 | write a complaint letter to you as police |
| 10:53:26 | 2 | commissioner and I say this officer struck me and |
| 10:53:33 | 3 | used excessive force. |
| 10:53:33 | 4 | IAD investigates and finds that part of it |
| 10:53:34 | 5 | to be unfounded, but they find something else that |
| 10:53:36 | 6 | the officer did in the course of the arrest or some |
| 10:53:40 | 7 | problem with the paperwork or something that also |
| 10:53:42 | 8 | would -- would amount to misconduct that the |
| 10:53:45 | 9 | complainant never complained about.  Will IAD look |
| 10:53:49 | 10 | at that as well? |
| 10:53:49 | 11 | A.    Yes. |
| 10:53:50 | 12 | Q.    Okay.  So the complaint made by the |
| 10:53:52 | 13 | complainant is not -- does not define the entire |
| 10:53:55 | 14 | scope of the IAD investigation; is that correct? |
| 10:53:58 | 15 | A.    That's correct. |
| 10:54:01 | 16 | Q.    All right.  And so, for example, let's |
| 10:54:03 | 17 | say IAD investigates a complaint and one of the |
| 10:54:07 | 18 | police officer's lies to IAD. |
| 10:54:10 | 19 | If it's sworn, they perjur themselves, if |
| 10:54:16 | 20 | it's unsworn, they simply lied to lead the IAD |
| 10:54:17 | 21 | investigator astray.  Has that ever happened? |
| 10:54:20 | 22 | A.    Yes, it has happened before. |
| 10:54:23 | 23 | Q.    All right.  And if IAD concluded that |

*Lockwood - Rupp, III - 10/14/20*

61

10:54:26  1   the officer had lied, even if the complaints made

10:54:29  2   were deemed unfounded, would that officer face

10:54:32  3   discipline?

10:54:33  4        **A.**    Being untruthful, yes.

10:54:36  5        **Q.**    All right.  And is that something

10:54:38  6   that's important to you as the chief disciplinarian

10:54:42  7   within the Buffalo Police Department that officers

10:54:43  8   are truthful?

10:54:44  9        **A.**    Yes.

10:54:44  10       **Q.**    Do you expect officers to be truthful

10:54:46  11  when they're testifying in court?

10:54:48  12       **A.**    Yes.

10:54:48  13       **Q.**    Do you expect officers to be truthful

10:54:50  14  when they are signing sworn depositions in support

10:54:55  15  of charges?

10:54:55  16       **A.**    Yes.

10:54:56  17       **Q.**    Do you expect officers to be truthful

10:54:58  18  in the bringing of those charges?

10:55:00  19       **A.**    Yes.

10:55:00  20       **Q.**    And is that something that is

10:55:01  21  reinforced from your office on down through the

10:55:05  22  rank and file at the Buffalo Police Department,

10:55:07  23  Mr. Lockwood?

*Lockwood - Rupp, III - 10/14/20*

62

10:55:07  1       **A.**   If we find out the officer has been

10:55:11  2   untruthful, yes.

10:55:12  3       **Q.**   All right.  And what types of

10:55:15  4   consequences can an untruthful officer face in

10:55:18  5   connection with their duties?

10:55:19  6       **A.**   They can face anything from a reprimand

10:55:21  7   to termination.

10:55:22  8       **Q.**   And when you are reviewing with IAD the

10:55:27  9   results of an IAD investigation, are you evaluating

10:55:32 10   for the truth and veracity of the officers who are

10:55:36 11   under investigation and what they told IAD?

10:55:38 12       **A.**   Yes.

10:55:39 13       **Q.**   And if you independently of IAD have a

10:55:44 14   question concerning the truth or veracity of a

10:55:47 15   statement made by an officer under investigation,

10:55:50 16   do you have the authority as the police

10:55:52 17   commissioner in the City of Buffalo to make a

10:55:54 18   determination that that officer should be subject

10:55:56 19   to discipline?

10:55:57 20       **A.**   Repeat that again.

10:56:00 21       **Q.**   If you find in the course of reviewing

10:56:02 22   the results of an IAD investigation that an officer

10:56:06 23   under investigation has not been truthful with IAD,

*Lockwood - Rupp, III - 10/14/20*

63

10:56:09   1   do you have the ability as the commissioner of the

10:56:13   2   Buffalo Police Department to recommend that person

10:56:15   3   or to impose discipline on that person?

10:56:18   4        **A.**   Yes.

10:56:18   5        **Q.**   And that would be independent of what

10:56:21   6   IAD recommended in their final report to you; is

10:56:26   7   that right?

10:56:26   8        **MS. HUGGINS:**   Form.  You can answer.

10:56:27   9        **THE WITNESS:**   They would -- they don't

10:56:32  10   recommend.  They just give me the facts and, you

10:56:37  11   know, they -- if -- if it's different -- if they

10:56:44  12   give one statement and give something totally

10:56:47  13   different, the IAD will bring that up in the

10:56:50  14   hearing that they gave two versions of, you know,

10:56:53  15   the statement.

10:56:54  16        **BY MR. RUPP:**

10:56:55  17        **Q.**   And you would be able to evaluate that

10:56:56  18   yourself; is that right?

10:56:57  19        **A.**   Yes.

10:56:58  20        **Q.**   All right.

10:56:58  21        **A.**   Yes.

10:56:58  22        **Q.**   You said IAD does not make

10:57:00  23   recommendations; is that right?

10:57:02  1       **A.**    No, they don't -- no, they don't come

10:57:04  2   in.  They just give me facts.

10:57:06  3       **Q.**    All right.  And what do those -- how do

10:57:09  4   they present those facts to you?

10:57:11  5       **A.**    An example like I just said, they

10:57:17  6   would -- if the officer gave different versions of

10:57:22  7   a statement one time when they -- and the first

10:57:26  8   time they bring them in or if they bring them in a

10:57:29  9   second time and they give a different version of

10:57:31  10  it, they will put -- you know, let me know that

10:57:34  11  during file review that he gave different versions

10:57:37  12  of this.

10:57:38  13      And that, you know -- you know, when you --

10:57:42  14  when you give the different versions, then that,

10:57:44  15  you know, strikes a light bulb that is -- is he

10:57:48  16  telling the truth.

10:57:49  17      **Q.**    What about situations where the

10:57:51  18  officer's version is contradicted by other

10:57:55  19  evidence?

10:57:58  20      **MS. HUGGINS:**   Form.

10:58:00  21      **THE WITNESS:**   That's --

10:58:00  22      **BY MR. RUPP:**

10:58:01  23      **Q.**    What do you do when the officer is

*Lockwood - Rupp, III - 10/14/20*

65

10:58:02 1  given a version, but the other evidence in the file

10:58:05 2  indicates that that version is not true?

10:58:06 3      **A.**   If the officer's statement doesn't

10:58:11 4  match the evidence, then -- then we have to -- if

10:58:24 5  what he's saying doesn't match -- and it depends on

10:58:27 6  what the evidence if it's video or whatever.

10:58:31 7      If he's saying one thing and it's showing

10:58:34 8  something totally different, then the officer's

10:58:36 9  probably not being truthful.

10:58:38 10     **Q.**   And what happens in that situation when

10:58:40 11 an officer's not being truthful?

10:58:42 12     **A.**   Well, the officer can be brought up on

10:58:45 13 charges then.

10:58:45 14     **Q.**   All right.  Would the officer be

10:58:48 15 brought up on charges if you concluded that the

10:58:49 16 officer was not truthful?

10:58:49 17     **A.**   Yes.

10:58:49 18     **Q.**   Every time?

10:58:50 19     **A.**   What do you mean every time?

10:58:52 20     **Q.**   Every time that you find an officer has

10:58:53 21 been untruthful in connection with an IAD

10:58:56 22 investigation, would you bring that officer up on

10:58:59 23 charges?

*Lockwood - Rupp, III - 10/14/20*

66

| | | |
|---|---|---|
| 10:59:00 | 1 | **A.**    Yes. |
| 10:59:00 | 2 | **Q.**    And you mentioned video evidence, is |
| 10:59:04 | 3 | video evidence important to the City of Buffalo |
| 10:59:07 | 4 | Police Department? |
| 10:59:07 | 5 | **A.**    Yes, it is. |
| 10:59:08 | 6 | **Q.**    All right.  And city police officers |
| 10:59:10 | 7 | are now, in some instances at least, wearing body |
| 10:59:14 | 8 | cams; is that correct? |
| 10:59:14 | 9 | **A.**    Yes. |
| 10:59:15 | 10 | **Q.**    And -- and is that -- has that been |
| 10:59:19 | 11 | deployed to all of the rank and file? |
| 10:59:21 | 12 | **A.**    Yes. |
| 10:59:21 | 13 | **Q.**    So every -- when did that go into |
| 10:59:26 | 14 | effect, Mr. Lockwood? |
| 10:59:29 | 15 | **A.**    I believe the video -- we start -- we |
| 10:59:36 | 16 | start the pilot program I believe in 2017.  I -- |
| 10:59:42 | 17 | I'm not sure.  It was between 2017, 2018 we started |
| 10:59:45 | 18 | the pilot. |
| 10:59:46 | 19 | **Q.**    And is it still being piloted or is it |
| 10:59:49 | 20 | in full implementation right now? |
| 10:59:51 | 21 | **A.**    It's in full implementation right now. |
| 10:59:52 | 22 | **Q.**    How has that been going for the city |
| 10:59:57 | 23 | police department? |

*Lockwood - Rupp, III - 10/14/20*

67

| | | |
|---|---|---|
| 10:59:57 | 1 | MS. HUGGINS: Form. |
| 10:59:57 | 2 | BY MR. RUPP: |
| 10:59:58 | 3 | Q. You can answer. |
| 10:59:58 | 4 | A. It's been going -- it had this -- at |
| 11:00:04 | 5 | one time -- officers got to get used to it. And as |
| 11:00:08 | 6 | far as when the they cut the cameras on and a |
| 11:00:12 | 7 | couple of times they forget to cut the cameras on |
| 11:00:14 | 8 | and sometimes that -- you know, they -- they just |
| 11:00:20 | 9 | forget to cut them on. And, you know, it's -- you |
| 11:00:23 | 10 | just go -- you go through the learning process with |
| 11:00:26 | 11 | it. |
| 11:00:27 | 12 | Q. Are you in -- |
| 11:00:27 | 13 | A. And -- |
| 11:00:28 | 14 | Q. Are you in -- |
| | 15 | A. And -- |
| 11:00:29 | 16 | Q. Go ahead. |
| 11:00:29 | 17 | A. No, I'm just saying as of right now it |
| 11:00:32 | 18 | seems to be working a little better now. |
| 11:00:34 | 19 | Q. Are you in favor of that program? |
| 11:00:36 | 20 | A. Yes. |
| 11:00:36 | 21 | Q. And do you believe that that program |
| 11:00:38 | 22 | can actually protect police officers against false |
| 11:00:42 | 23 | complaints? |

*Lockwood - Rupp, III - 10/14/20*

68

| | | |
|---|---|---|
| 11:00:42 | 1 | **A.**   Yes. |
| 11:00:42 | 2 | **Q.**   And has that been something that your |
| 11:00:45 | 3 | office has said to the rank and file of the Buffalo |
| 11:00:49 | 4 | Police Department -- |
| 11:00:49 | 5 | **A.**   Yes. |
| 11:00:49 | 6 | **Q.**   -- this could be a good thing for you? |
| 11:00:52 | 7 | **A.**   Yes. |
| 11:00:52 | 8 | **Q.**   All right.  And are police officers |
| 11:00:54 | 9 | encouraged to turn their cameras on when they're |
| 11:00:57 | 10 | interacting with citizens in -- in connection with |
| 11:01:00 | 11 | a call, for example? |
| 11:01:01 | 12 | **A.**   Yes. |
| 11:01:02 | 13 | **Q.**   All right.  Are there ever examples |
| 11:01:04 | 14 | where they're not supposed to turn their cameras |
| 11:01:07 | 15 | on? |
| 11:01:07 | 16 | **A.**   Yes. |
| 11:01:07 | 17 | **Q.**   Okay.  Well, what about other video |
| 11:01:10 | 18 | evidence, do you rely on surveillance videos and |
| 11:01:16 | 19 | cell phone videos taken by citizens in connection |
| 11:01:19 | 20 | with evaluating complaints that have resulted in an |
| 11:01:23 | 21 | opened IAD investigation? |
| 11:01:25 | 22 | **A.**   Yes.  We -- when they do the |
| 11:01:30 | 23 | investigation, they canvass the neighborhood and |

| | | |
|---|---|---|
| 11:01:33 | 1 | they look for homes or people who may have been -- |
| 11:01:38 | 2 | witnessed who may have, you know, videoed it, have |
| 11:01:41 | 3 | videos on their homes.  So yes, we look for those. |
| 11:01:44 | 4 | **Q.**   And how important is -- is that type of |
| 11:01:47 | 5 | video evidence to you as the chief disciplinarian |
| 11:01:53 | 6 | within the Buffalo Police Department in evaluating |
| 11:01:55 | 7 | a citizen complaint that's resulted in an IAD |
| 11:01:59 | 8 | investigation? |
| 11:02:00 | 9 | **A.**   It can help.  It can help. |
| 11:02:03 | 10 | **Q.**   Okay.  And have you ever seen instances |
| 11:02:04 | 11 | where what an officer told IAD or represented in |
| 11:02:09 | 12 | sworn arrest records differed from what was shown |
| 11:02:14 | 13 | on video evidence? |
| 11:02:15 | 14 | **A.**   Yes, it's -- yeah, I have seen officers |
| 11:02:23 | 15 | say this would happen and you look at the video |
| 11:02:30 | 16 | and, you know, you can -- it's hard to determine |
| 11:02:35 | 17 | if, you know, exactly what the officer said or what |
| 11:02:40 | 18 | the complainant is saying happened.  It depends on |
| 11:02:43 | 19 | how good the video is -- |
| 11:02:44 | 20 | **Q.**   Are there ever cases when it's clear |
| 11:02:46 | 21 | and you can tell that something happened or didn't |
| 11:02:49 | 22 | happen and one story is correct and the other story |
| 11:02:52 | 23 | is incorrect? |

*Lockwood - Rupp, III - 10/14/20*

70

| | | |
|---|---|---|
| 11:02:53 | 1 | **A.**   You're saying have I -- have that ever |
| 11:02:57 | 2 | happened? |
| 11:02:58 | 3 | **Q.**   Yes. |
| 11:02:59 | 4 | **A.**   No, not with me I haven't had that |
| 11:03:01 | 5 | issue. |
| 11:03:01 | 6 | **Q.**   How many actual IAD investigations have |
| 11:03:08 | 7 | been brought to you as commissioner for you to make |
| 11:03:11 | 8 | the final call on officer discipline in your tenure |
| 11:03:14 | 9 | as Buffalo police commissioner? |
| 11:03:15 | 10 | **A.**   Several.  I don't -- I don't have a |
| 11:03:18 | 11 | number.  They -- |
| 11:03:20 | 12 | **Q.**   Can you estimate for me are we talking |
| 11:03:22 | 13 | a handful, are we talking scores, 50, under 50? |
| 11:03:27 | 14 | **A.**   I would say more than 50. |
| 11:03:32 | 15 | **Q.**   And that's just in the a little bit |
| 11:03:35 | 16 | less than three years that you've served as police |
| 11:03:38 | 17 | commissioner; is that right? |
| 11:03:39 | 18 | **A.**   Yes. |
| 11:03:39 | 19 | **Q.**   And I think you told me earlier, each |
| 11:03:41 | 20 | and every one of those you sit down and evaluate |
| 11:03:43 | 21 | the evidence that's brought to you by IAD; is that |
| 11:03:46 | 22 | right? |
| 11:03:46 | 23 | **A.**   Yes. |

*Lockwood - Rupp, III - 10/14/20*

71

| | | |
|---|---|---|
| 11:03:46 | 1 | Q.    And that includes watching video if |
| 11:03:49 | 2 | it's available? |
| 11:03:49 | 3 | A.    Yes. |
| 11:03:50 | 4 | Q.    And reviewing photographs and other |
| 11:03:51 | 5 | records; is that correct? |
| 11:03:52 | 6 | A.    Yes. |
| 11:03:53 | 7 | Q.    How -- is that a significant part of |
| 11:03:56 | 8 | your job, Mr. Lockwood? |
| 11:03:59 | 9 | **MS. HUGGINS:**    Form. |
| 11:04:00 | 10 | **BY MR. RUPP:** |
| 11:04:00 | 11 | Q.    Is that an important part of your |
| 11:04:02 | 12 | position -- |
| 11:04:02 | 13 | A.    Yes. |
| 11:04:02 | 14 | Q.    -- to do that? |
| 11:04:03 | 15 | A.    Yes. |
| 11:04:03 | 16 | Q.    Is it something you take seriously? |
| 11:04:05 | 17 | A.    Yes. |
| 11:04:05 | 18 | Q.    And what is your goal in sitting down |
| 11:04:12 | 19 | with IAD, you personally as the police |
| 11:04:12 | 20 | commissioner, what are you trying to accomplish in |
| 11:04:13 | 21 | doing that? |
| 11:04:14 | 22 | A.    My goal is to find out if the officers |
| 11:04:19 | 23 | acted properly and if the complaint against -- |

| 11:04:21 | 1 | against them is a valid complaint. |

11:04:23   2    **Q.**   And you're not trying to whitewash

11:04:26   3   instances of police misconduct in those meetings

11:04:29   4   with IAD, are you?

11:04:30   5       **A.**   No.

11:04:30   6       **Q.**   All right.  And you wouldn't do that,

11:04:32   7   would you?

11:04:32   8       **A.**   No.

11:04:32   9       **Q.**   Okay.  So if you saw misconduct, you

11:04:34   10   would call it out; is that right?

11:04:35   11       **A.**   Yes.

11:04:36   12       **Q.**   Even if it was unpopular within the

11:04:38   13   department?

11:04:38   14       **A.**   Yes.

11:04:38   15       **Q.**   Even if it led to disciplining an

11:04:42   16   officer who's well liked?

11:04:44   17       **A.**   Yes.

11:04:44   18       **Q.**   Even if it led to bad publicity for the

11:04:46   19   City of Buffalo?

11:04:46   20       **A.**   Yes.

11:04:47   21       **Q.**   All right.  None of those factors would

11:04:50   22   influence your determination as the chief

11:04:51   23   disciplinarian with the City of Buffalo Police

11:04:52  1  Department to do the right thing; is that right?

11:04:54  2          **A.**    Correct.

11:04:54  3          **Q.**    And in the course of the 50 or more

11:04:59  4  investigations that you have made the final call

11:05:00  5  on, have you done the right thing in each one of

11:05:03  6  those?

11:05:03  7          **A.**    I believe I have.

          8          **THE REPORTER:**   Can I just ask if we could

          9  just slow down a little bit?

          10         **MR. RUPP:**   Sure.

11:05:08  11         **THE REPORTER:**   Thank you.

11:05:08  12         **MS. HUGGINS:**   Do you mind actually if we

11:05:10  13  just take a break?  We've been going for about an

11:05:11  14  hour straight.

11:05:12  15         **MR. RUPP:**   Sure.

          16         **MS. HUGGINS:**   I'm going to use the restroom.

          17         **MR. RUPP:**   Sure.

11:05:13  18         **MS. HUGGINS:**   Thank you.

11:05:13  19         **THE VIDEOGRAPHER:**   Okay.  Going off the

11:05:14  20  record at 10:14 (sic).

11:05:17  21         (A recess was then taken.)

11:13:34  22         **THE VIDEOGRAPHER:**   All right.  If everyone's

11:13:38  23  ready, we are going back on the record, time is

| | | |
|---|---|---|
| 11:13:41 | 1 | 11:13. |
| 11:13:43 | 2 | BY MR. RUPP: |
| 11:13:44 | 3 | Q.    Thank you, Tyler. |
| 11:13:46 | 4 | Mr. Lockwood, earlier in your testimony you |
| 11:13:48 | 5 | referenced the unions that you dealt with as first |
| 11:13:50 | 6 | deputy police commissioner back in the day and I |
| 11:13:53 | 7 | assume it's still the same. |
| 11:13:55 | 8 | And you mentioned 264, can you tell me what |
| 11:13:58 | 9 | union that is or what local is that for what union? |
| 11:14:01 | 10 | A.    That union would be the more labor -- |
| 11:14:06 | 11 | labor union, blue collar.  It would be like the |
| 11:14:11 | 12 | garage mechanics and the cleaners and dispatchers. |
| 11:14:16 | 13 | Q.    Okay.  And how about 650? |
| 11:14:18 | 14 | A.    650 more white collar.  That would be |
| 11:14:22 | 15 | the report technicians who -- report technicians, |
| 11:14:26 | 16 | more of secretary jobs. |
| 11:14:27 | 17 | Q.    Do you know what actual is -- actually |
| 11:14:30 | 18 | is the name of the unions that those are locals to? |
| 11:14:33 | 19 | A.    I just knew them and just referred to |
| 11:14:37 | 20 | them by Locals 264 and 650. |
| 11:14:40 | 21 | Q.    And the PDA is what? |
| 11:14:42 | 22 | A.    Police Benevolent Association.  That's |
| 11:14:47 | 23 | the officer's union. |

*Lockwood - Rupp, III - 10/14/20*

75

| | | |
|---|---|---|
| 11:14:48 | 1 | Q. Okay. And -- and is every officer in |
| 11:14:50 | 2 | the City of Buffalo Police Department a member of |
| 11:14:53 | 3 | the PBA? |
| 11:14:54 | 4 | A. I'm not going to -- no. No, I think |
| 11:14:59 | 5 | there's one individual that is not a member of the |
| 11:15:02 | 6 | PBA. |
| 11:15:03 | 7 | Q. Okay. But of the other 749, they're |
| 11:15:05 | 8 | all members; is that right? |
| 11:15:06 | 9 | A. No, I'm not in the union. |
| 11:15:08 | 10 | Q. Not the highest brass; is that right? |
| 11:15:11 | 11 | A. Right. It exempts -- |
| 11:15:13 | 12 | Q. Did you -- |
| 11:15:13 | 13 | MS. HUGGINS: Whoa. |
| 11:15:13 | 14 | MR. RUPP: Go ahead. If you -- |
| 11:15:15 | 15 | MS. HUGGINS: You can finish. |
| 11:15:15 | 16 | BY MR. RUPP: |
| 11:15:16 | 17 | Q. If you want to add something, go ahead. |
| 11:15:18 | 18 | A. No, I'm not part of a union. |
| 11:15:19 | 19 | Q. Okay. And when did you cease being |
| 11:15:21 | 20 | part of the union? |
| 11:15:22 | 21 | A. In 2006. |
| 11:15:24 | 22 | Q. When you became first deputy police |
| 11:15:26 | 23 | commissioner? |

*Lockwood - Rupp, III - 10/14/20*

76

11:15:26  1      A.    Yes.

11:15:27  2      Q.    All right.  But you were a member of

11:15:30  3   the PBA before that?

11:15:31  4      A.    Yes.

11:15:32  5      Q.    Okay.  And the PBA is the -- among

11:15:36  6   other things, it's the bargaining unit that

11:15:39  7   negotiates -- negotiates the police contract with

11:15:42  8   the City of Buffalo; is that right?

11:15:43  9      A.    Yes.

11:15:43  10     Q.    Okay.  Does the PBA also have any role

11:15:47  11  in connection with officer misconduct or

11:15:51  12  discipline?

11:15:51  13     A.    They represent the officers.

11:15:52  14     Q.    Okay.  Do they also hold the records

11:15:55  15  of -- of misconduct for individual officers, is

11:15:59  16  that -- does the PBA have those records?

11:16:01  17     A.    I don't think so, no.

11:16:07  18     Q.    Okay.  So the outcome of IAD

11:16:12  19  investigations with respect to a particular

11:16:12  20  officer, are those maintained at Buffalo Police

11:16:15  21  headquarters?

11:16:15  22     A.    Yes.

11:16:15  23     Q.    Can you access those records when you

*Lockwood - Rupp, III - 10/14/20*

77

| 11:16:17 | 1 | want to see them? |
| 11:16:18 | 2 | **A.** Yes. |
| 11:16:18 | 3 | **Q.** All right. And have those records |
| 11:16:20 | 4 | recently been the subject of court issues and -- |
| 11:16:24 | 5 | and new legislation from the governor's office |
| 11:16:27 | 6 | about whether they should be released or not? |
| 11:16:30 | 7 | **A.** Yes. |
| 11:16:31 | 8 | **Q.** Okay. And are you aware of the recent |
| 11:16:34 | 9 | release of what have been called the top 10 lists |
| 11:16:37 | 10 | of officers who are most frequently accused of |
| 11:16:41 | 11 | either excessive force or just generally citizen |
| 11:16:44 | 12 | complaints? |
| 11:16:44 | 13 | **A.** I'm not familiar with that. |
| 11:16:45 | 14 | **Q.** Okay. Are you familiar that local news |
| 11:16:50 | 15 | agencies have been submitting FOIL requests to the |
| 11:16:52 | 16 | City of Buffalo Police Department to release |
| 11:16:54 | 17 | records of officer discipline relating to |
| 11:16:57 | 18 | individual officers? |
| 11:16:58 | 19 | **A.** Yes. |
| 11:17:00 | 20 | **Q.** All right. Have you reviewed any of |
| 11:17:01 | 21 | the records that have been released with respect to |
| 11:17:03 | 22 | individual officers? |
| 11:17:04 | 23 | **A.** No. |

*Lockwood - Rupp, III - 10/14/20*

78

11:17:05  1      Q.    Okay.  Getting back to IAD

11:17:10  2   investigations, are officers who are the subject of

11:17:15  3   misconduct complaints referred to in those

11:17:18  4   investigations as targets?

11:17:19  5      A.    Yes.

11:17:20  6      Q.    All right.  And are targets expected to

11:17:23  7   cooperate with IAD in the course of the

11:17:26  8   investigation?

11:17:27  9      A.    Yes.

11:17:27  10     Q.    Is there a penalty for failing to

11:17:31  11  cooperate fully with IAD?

11:17:33  12     A.    Yes.

11:17:34  13     Q.    Okay.  And is that a penalty that you

11:17:35  14  as the chief disciplinarian within the Buffalo

11:17:40  15  Police Department would be one to decide on and

11:17:41  16  impose?

11:17:42  17     A.    Yes.

11:17:42  18     Q.    And I think I asked this earlier, but

11:17:50  19  the targets of the investigation are also expected

11:17:53  20  to be truthful with IAD, right?

11:17:56  21     A.    Yes.

11:17:56  22     Q.    And truthful in everything they do?

11:17:59  23     A.    Yes.

11:17:59  1          **Q.**    Okay.   I want to ask you some

11:18:06  2    questions, Mr. Lockwood, about specific

11:18:14  3    requirements within the police manual.

11:18:18  4          What do you actually refer to the manual of

11:18:21  5    operations as, what's its official name to you as

11:18:23  6    the police commissioner?

11:18:24  7          **A.**    The MOP.

11:18:27  8          **Q.**    MOP.   Manual of operations?

11:18:29  9          **A.**    Yep.

11:18:30  10         **Q.**    Okay.   Mine doesn't have a cover page.

11:18:33  11   So -- and is that shorthand that's used within the

11:18:41  12   department to refer to the rules and regulations

11:18:45  13   that govern police officers?

11:18:47  14         **A.**    Yes.

11:18:47  15         **Q.**    All right.   And the version that I have

11:18:52  16   says revised February 17, 2017.   Do you know if

11:18:56  17   that was the last revision to the -- to the manual,

11:19:02  18   is that the current version?

11:19:04  19         **A.**    I think there's been some other

11:19:07  20   additions to the manual of procedure.

11:19:10  21         **Q.**    Okay.   And do you know if prior to

11:19:15  22   February 17 of 2017, was the MOP substantially

11:19:20  23   different?

*Lockwood - Rupp, III - 10/14/20*

80

11:19:23  1          MS. HUGGINS:  Form.

11:19:24  2          THE WITNESS:  Can you repeat that?

11:19:25  3          BY MR. RUPP:

11:19:25  4          Q.   Do you know if was -- was there a major

11:19:28  5     change in February of 2017 or is the manual just

11:19:31  6     constantly being updated?

11:19:33  7          A.   I think it's just being updated.  I

11:19:39  8     don't think it was a -- no real major change.

11:19:42  9          Q.   All right.  I want to ask you some --

11:19:44  10    some questions about you said at one point you

11:19:46  11    served as a patrol officer; is that right?

11:19:48  12         A.   Yes.

11:19:48  13         Q.   You drove a city-owned vehicle that was

11:19:52  14    assigned to the Buffalo Police Department; is that

11:19:55  15    right?

11:19:55  16         A.   Yes.

11:19:55  17         Q.   And you had to be -- among other

11:20:01  18    things, you had to be a licensed driver to operate

11:20:01  19    that, right?

11:20:01  20         A.   Yes.

11:20:01  21         Q.   And I think we had a brief conversation

11:20:04  22    about accidents that police vehicles might be

11:20:09  23    involved in.  They -- they are involved in

| | | |
|---|---|---|
| 11:20:11 | 1 | accidents from time to time; is that right? |
| 11:20:13 | 2 | **A.** Yes. |
| 11:20:13 | 3 | **Q.** All right. And is there a procedure or |
| 11:20:17 | 4 | protocol in the MOP relating to what happens when a |
| 11:20:24 | 5 | patrol officer's city-owned vehicle is involved in |
| 11:20:26 | 6 | an accident? |
| 11:20:27 | 7 | Whether it's personal injury or property |
| 11:20:28 | 8 | damage or even if there's no apparent injuries or |
| 11:20:31 | 9 | damage at all, but there's been an accident, is |
| 11:20:34 | 10 | there a procedure that's followed? |
| 11:20:35 | 11 | **A.** Yes. |
| 11:20:35 | 12 | **Q.** And can you tell us what is that |
| 11:20:38 | 13 | procedure? |
| 11:20:38 | 14 | **A.** You notify radio which is the 911 |
| 11:20:45 | 15 | dispatch and you notify your supervisor. Then |
| 11:20:56 | 16 | radio would notify accident investigating unit |
| 11:21:14 | 17 | and -- and internal affairs would be notified and |
| 11:21:28 | 18 | then an accident -- they would make an accident |
| 11:21:28 | 19 | report. |
| 11:21:28 | 20 | **Q.** I mean, are there any other exceptions |
| 11:21:31 | 21 | to that, Mr. Lockwood, where a police vehicle would |
| 11:21:34 | 22 | be involved in an accident where that wouldn't be |
| 11:21:36 | 23 | required by the MOP to be followed, that procedure? |

*Lockwood - Rupp, III - 10/14/20*

82

| | | |
|---|---|---|
| 11:21:39 | 1 | **A.**   No. |
| 11:21:45 | 2 | **Q.**   And so let's go through again what you |
| 11:21:45 | 3 | told us.  You -- you said that the first thing |
| 11:21:47 | 4 | would happen is the patrol officers who were |
| 11:21:50 | 5 | involved in the accident or saw it would notify |
| 11:21:54 | 6 | dispatch; is that right? |
| 11:21:55 | 7 | **A.**   Yes. |
| 11:21:55 | 8 | **Q.**   And then dispatch would know to notify |
| 11:21:57 | 9 | the supervisor at the district; is that right? |
| 11:21:59 | 10 | **A.**   Yes. |
| 11:21:59 | 11 | **Q.**   And I think we previously established |
| 11:22:02 | 12 | that that would be either a lieutenant or perhaps a |
| 11:22:04 | 13 | captain, correct? |
| 11:22:05 | 14 | **A.**   Correct. |
| 11:22:06 | 15 | **Q.**   All right.  Is there any requirement |
| 11:22:07 | 16 | that that individual supervisor go to the scene? |
| 11:22:12 | 17 | **A.**   Yes. |
| 11:22:13 | 18 | **Q.**   All right.  Is that something that's |
| 11:22:15 | 19 | optional or is that something that's required? |
| 11:22:18 | 20 | **A.**   We would -- he would go to the scene, |
| 11:22:22 | 21 | but if the lieutenant is out on a -- if there's |
| 11:22:26 | 22 | something that he's out on, sometimes there's |
| 11:22:30 | 23 | something else going on in the district -- |

11:22:32  1          Q.   Of course.

11:22:32  2          A.   -- which can -- and he can be tied up

11:22:34  3   on, then he wouldn't necessarily would go there,

11:22:38  4   but the other units would be there.  An accident

11:22:42  5   investigating unit would report and internal

11:22:44  6   affairs would be there.

11:22:46  7          Q.   All right.  So --

11:22:47  8          A.   But I'm quite sure as soon as a

11:22:48  9   lieutenant can free himself up, he would get there

11:22:51 10   or she.

11:22:52 11          Q.   All right.  So that's a requirement of

11:22:54 12   the MOP --

11:22:54 13          A.   Yeah.

11:22:55 14          Q.   -- that the lieutenant or captain or

11:22:57 15   supervision at the district if they are available

11:23:00 16   would go to the scene of the accident; is that

11:23:02 17   right?

11:23:02 18          A.   Yes.

11:23:03 19          Q.   Okay.  And even if they're tied up in

11:23:07 20   the moment on something more important, when they

11:23:11 21   free up, they should go to the scene; is that

11:23:13 22   right?

11:23:13 23          A.   Yes.

*Lockwood - Rupp, III - 10/14/20*

84

11:23:14  1      Q.    All right.  And next thing you said was

11:23:16  2  that the Accident Investigation Unit would be

11:23:18  3  notified.  What is the Accident Investigation Unit?

11:23:21  4      A.    That's -- Accident Investigate Unit is

11:23:26  5  the -- it's our unit that any time there's a police

11:23:29  6  vehicle or city involved vehicle accident, they

11:23:32  7  report and they make -- make out the accident

11:23:36  8  report and --

11:23:39  9      Q.    And is that -- is that procedure

11:23:40 10  spelled out in the MOP for the Buffalo Police

11:23:44 11  Department or is that a citywide thing for all

11:23:46 12  city-owned vehicles including police vehicles?

11:23:49 13      A.    I know it's -- in our manual of

11:23:52 14  procedures for us now citywide, fire, we would

11:23:57 15  respond to fire too, their accidents.

11:24:00 16      Q.    AIU would respond to a fire truck

11:24:03 17  that's involved in an accident?

11:24:05 18      A.    Yes.

11:24:05 19      Q.    Okay.  And is there ever any exceptions

11:24:09 20  to that?  If a police vehicle's involved in an

11:24:12 21  accident, AIU's going to be summoned and they're

11:24:15 22  going to go to the scene as far as the MOP is

11:24:18 23  concerned; is that right?

11:24:18  1          MS. HUGGINS:  Form.  You can answer.

11:24:20  2          BY MR. RUPP:

11:24:21  3          Q.    Strike it.

11:24:22  4          Are there any exceptions to that, that AIU

11:24:25  5   would be involved and go to the scene?

11:24:27  6          A.    I'm trying to -- AIU doesn't go to all

11:24:46  7   the accident scenes.  If it's something that is

11:24:49  8   very serious injuries or officers injured, they

11:24:54  9   would respond to that.

11:24:55  10         But if it's, you know, officer backed into a

11:25:00  11  pole and just dented the fender bender, AIU

11:25:06  12  wouldn't -- they would report that -- the

11:25:07  13  lieutenant will report that, but it would be more

11:25:10  14  of internal affairs would go out there and internal

11:25:17  15  affairs would go there and the lieutenants and they

11:25:20  16  would make the report.

11:25:21  17         Q.    All right.  So the -- if -- if an

11:25:22  18  officer, let's go with your example, backs into a

11:25:26  19  pole, nobody's injured, minor damage to the -- to

11:25:28  20  the bumper of the SUV or whatever the patrol

11:25:30  21  officer's driving.  Is there -- is there still a

11:25:34  22  requirement to report that to dispatch?

11:25:36  23         A.    Yes.

| | | |
|---|---|---|
| 11:25:37 | 1 | **Q.** All right. There's no exceptions to |
| 11:25:40 | 2 | that; is that right? |
| 11:25:40 | 3 | **A.** No. |
| 11:25:41 | 4 | **Q.** Okay. So even if it's small and |
| 11:25:43 | 5 | trivial and doesn't look like it's much damage at |
| 11:25:46 | 6 | all or any damage, it's still got to be reported |
| 11:25:48 | 7 | that it happened; is that right? |
| 11:25:50 | 8 | **A.** Yes. |
| 11:25:50 | 9 | **Q.** Okay. So then the lieutenant would |
| 11:25:52 | 10 | still be required to go if the lieutenant is |
| 11:25:55 | 11 | available, correct? |
| 11:25:56 | 12 | **A.** Yes. |
| 11:25:56 | 13 | **Q.** All right. There's no exceptions to |
| 11:25:58 | 14 | that either? |
| 11:25:59 | 15 | **A.** Right. |
| 11:25:59 | 16 | **Q.** Then AI -- AIU, the Accident |
| 11:26:03 | 17 | Investigation Unit, also would be notified, but |
| 11:26:05 | 18 | they may not go if it's insignificant? |
| 11:26:09 | 19 | **A.** Correct. |
| 11:26:09 | 20 | **Q.** All right. And then the final step of |
| 11:26:12 | 21 | the process was the IAD, Internal Affairs Division, |
| 11:26:17 | 22 | would be notified and they would go; is that |
| 11:26:19 | 23 | correct? |

| | | |
|---|---|---|
| 11:26:19 | 1 | **A.** Yes. |
| 11:26:19 | 2 | **Q.** Would there be any exceptions to them |
| 11:26:22 | 3 | going? |
| 11:26:22 | 4 | **A.** No. |
| 11:26:22 | 5 | **Q.** All right. So of the three different |
| 11:26:28 | 6 | folks who would go to the scene, the lieutenant, |
| 11:26:31 | 7 | AIU, or IAD, two of them are going to go even for |
| 11:26:37 | 8 | insignificant or trivial accidents; is that right? |
| 11:26:40 | 9 | **A.** Yes. |
| 11:26:40 | 10 | **Q.** And that would be in keeping with the |
| 11:26:42 | 11 | MOP? |
| 11:26:42 | 12 | **A.** Yes. |
| 11:26:44 | 13 | **Q.** All right. And once the lieutenant |
| 11:26:51 | 14 | goes to the scene, is the lieutenant required to |
| 11:26:54 | 15 | fill out any paperwork relating to the accident |
| 11:26:56 | 16 | that happened on that lieutenant's shift or |
| 11:26:59 | 17 | platoon? |
| 11:26:59 | 18 | **A.** He would put it in his report. |
| 11:27:02 | 19 | **Q.** For the day -- |
| 11:27:03 | 20 | **A.** Yes. |
| 11:27:03 | 21 | **Q.** -- or for the -- for the shift? |
| 11:27:04 | 22 | **A.** Yes. |
| 11:27:04 | 23 | **Q.** Is that what it's called? I know you |

*Lockwood - Rupp, III - 10/14/20*

88

| | | |
|---|---|---|
| 11:27:06 | 1 | said that the shifts are manned by platoons, but in |
| 11:27:11 | 2 | the parlance of the police department, is it called |
| 11:27:13 | 3 | a shift? |
| 11:27:14 | 4 | **A.** Platoons were back in the precinct -- |
| 11:27:18 | 5 | **Q.** Ah. |
| 11:27:19 | 6 | **A.** -- phase. |
| | 7 | **Q.** So -- |
| 11:27:19 | 8 | **A.** Now it's more of a -- more shift |
| 11:27:21 | 9 | because it's more of a straight shift, standard |
| 11:27:25 | 10 | shifts. |
| 11:27:25 | 11 | **Q.** Got it. |
| 11:27:26 | 12 | **A.** Instead of doubling back. |
| 11:27:28 | 13 | **Q.** So the lieutenant's assigned to a |
| 11:27:30 | 14 | shift? |
| 11:27:30 | 15 | **A.** Right. |
| 11:27:30 | 16 | **Q.** And as a lieutenant, does he or she do |
| 11:27:33 | 17 | a report at the end of the shift? |
| 11:27:34 | 18 | **A.** Yes. |
| 11:27:34 | 19 | **Q.** All right. And so if there is an |
| 11:27:37 | 20 | accident, even if there's nothing but a scratch, |
| 11:27:39 | 21 | it's trivial, lieutenant goes out, puts that in the |
| 11:27:42 | 22 | report for that shift? |
| 11:27:43 | 23 | **A.** Yes. |

*Lockwood - Rupp, III - 10/14/20*

89

| | | |
|---|---|---|
| 11:27:43 | 1 | Q.    And that follows the MOP? |
| 11:27:45 | 2 | A.    Yes. |
| 11:27:45 | 3 | Q.    All right.  AIU may or may not go out. |
| 11:27:49 | 4 | Let's assume they go out.  Does AIU do a report |
| 11:27:52 | 5 | every time they go out? |
| 11:27:53 | 6 | A.    Yes. |
| 11:27:53 | 7 | Q.    And that involves paperwork? |
| 11:27:55 | 8 | A.    It would involve the accident.  They |
| 11:27:58 | 9 | would, yeah, do paperwork.  They would -- if it's a |
| 11:28:02 | 10 | very serious accident, you know, they would measure |
| 11:28:07 | 11 | and do what they do.  Wrote -- wrote things off and |
| 11:28:12 | 12 | take -- they would take statements too. |
| 11:28:15 | 13 | Q.    Now, is I -- is AIU under the authority |
| 11:28:19 | 14 | of the police department or is that like a -- a |
| 11:28:20 | 15 | city entity that also investigates police |
| 11:28:27 | 16 | department accidents? |
| 11:28:27 | 17 | A.    They're under the authority of the |
| 11:28:30 | 18 | Buffalo Police Department. |
| 11:28:31 | 19 | Q.    They are? |
| 11:28:31 | 20 | A.    Yes. |
| 11:28:31 | 21 | Q.    Okay.  So they -- so you supervise the |
| 11:28:36 | 22 | Accident Investigation Unit for the entire city for |
| 11:28:39 | 23 | all city-owned vehicles? |

*Lockwood - Rupp, III - 10/14/20*

90

| | | |
|---|---|---|
| 11:28:42 | 1 | A.    I supervise Buffalo Police vehicles. |
| 11:28:49 | 2 | Not all city vehicles. |
| 11:28:50 | 3 | Q.    Well, that was my question.  Is A -- is |
| 11:28:53 | 4 | AIU, is it divided up where there's a part of the |
| 11:28:56 | 5 | AIU that's with the police department and then |
| 11:28:59 | 6 | there's a part that's with the fire department? |
| 11:29:00 | 7 | A.    No. |
| 11:29:01 | 8 | Q.    So there's one AIU? |
| 11:29:02 | 9 | A.    There's one AIU stationed out of |
| 11:29:05 | 10 | headquarters and that's up under the Buffalo Police |
| 11:29:07 | 11 | Department. |
| 11:29:07 | 12 | Q.    That's what I'm getting at.  So -- so |
| 11:29:09 | 13 | and ultimately you are the chain of command to the |
| 11:29:12 | 14 | highest level of the city police department, right? |
| 11:29:15 | 15 | A.    Yes. |
| 11:29:16 | 16 | Q.    So ultimately AIU falls under your |
| 11:29:18 | 17 | supervision, right? |
| 11:29:19 | 18 | A.    Yes. |
| 11:29:19 | 19 | Q.    And that includes not only police |
| 11:29:21 | 20 | vehicles, but also fire trucks and other city-owned |
| 11:29:26 | 21 | vehicles; is that right? |
| 11:29:27 | 22 | A.    The fire department has their |
| 11:29:30 | 23 | commissioner and he will -- he's over their |

*Lockwood - Rupp, III - 10/14/20*

91

| | | |
|---|---|---|
| 11:29:34 | 1 | vehicle.  We will investigate the accident. |
| 11:29:38 | 2 | Q.    Okay. |
| 11:29:38 | 3 | A.    The police just investigate the |
| 11:29:39 | 4 | accidents. |
| 11:29:40 | 5 | Q.    All right.  But the AIU investigators |
| 11:29:44 | 6 | are employed by the City of Buffalo Police |
| 11:29:48 | 7 | Department? |
| 11:29:48 | 8 | A.    Yes. |
| 11:29:48 | 9 | Q.    Okay.  That's what I'm getting at. |
| 11:29:50 | 10 | So -- so they ultimately -- you're not as police |
| 11:29:53 | 11 | commissioner going to be as concerned if a |
| 11:29:55 | 12 | city-owned vehicle that's not a police vehicle is |
| 11:29:58 | 13 | involved in an accident. |
| 11:29:59 | 14 | That's going to involve paperwork for the |
| 11:30:01 | 15 | fire department and things like that, but -- but |
| 11:30:03 | 16 | those investigators are under your command? |
| 11:30:05 | 17 | A.    Yes. |
| 11:30:05 | 18 | Q.    Got it.  Okay.  And internal affairs, |
| 11:30:11 | 19 | if they go out, there's going to be paperwork |
| 11:30:14 | 20 | generated on the accident; is that right? |
| 11:30:15 | 21 | A.    Yes. |
| 11:30:16 | 22 | Q.    All right.  Even if it's just a scratch |
| 11:30:18 | 23 | on the fender? |

11:30:18  1          **A.**    Yes.

11:30:19  2          **Q.**    Even if there's no damage at all?

11:30:21  3          **A.**    If they're called out, yes, there's

11:30:24  4    going to be paperwork done.

11:30:25  5          **Q.**    All right.  If they're called out

11:30:25  6    there's paperwork and that's true of the

11:30:27  7    lieutenant, it's true of AIU, and it's true of IAD?

11:30:30  8          **A.**    Yes.

11:30:30  9          **Q.**    Okay.  All for something that can be --

11:30:35 10    leave no damage to the patrol vehicle and no

11:30:38 11    injuries to anyone --

11:30:39 12          **MS. HUGGINS:**  Form.

11:30:40 13          **BY MR. RUPP:**

11:30:40 14          **Q.**    -- is that right?

11:30:42 15          **A.**    Can you say it again.

11:30:44 16          **Q.**    All of that paperwork happens --

         17          **A.**    Right.

11:30:46 18          **Q.**    -- even if there's no damage to the

11:30:48 19    patrol vehicle and no injuries.  As long as the

11:30:52 20    incident has been radioed into dispatch, if those

11:30:55 21    people go to the scene, they're generating

11:30:58 22    paperwork?

11:30:58 23          **A.**    Yes.

| | | |
|---|---|---|
| 11:30:58 | 1 | Q.  No exceptions? |
| 11:31:01 | 2 | A.  There should be paperwork. |
| 11:31:02 | 3 | Q.  Okay.  And if you found instances of |
| 11:31:07 | 4 | that not happening, Mr. Lockwood, would you make -- |
| 11:31:13 | 5 | take the right corrective steps to make sure that |
| 11:31:15 | 6 | people are going to the scene and paperwork is |
| 11:31:17 | 7 | being filled out in compliance with the MOP? |
| 11:31:21 | 8 | A.  Yes. |
| 11:31:23 | 9 | Q.  All right.  So, for example, if you |
| 11:31:25 | 10 | found that AIU was not going out for police patrol |
| 11:31:32 | 11 | vehicles involved in accidents or if they went out, |
| 11:31:35 | 12 | they weren't filing paperwork, you would have |
| 11:31:37 | 13 | something to say about that; is that right? |
| 11:31:39 | 14 | A.  Yes. |
| 11:31:39 | 15 | Q.  And you would take corrective measures? |
| 11:31:41 | 16 | A.  Yes. |
| 11:31:41 | 17 | Q.  Now, in an instance where someone were |
| 11:31:52 | 18 | to damage a police vehicle, a police vehicle say is |
| 11:31:57 | 19 | stationary or parked, but somebody damages it, |
| 11:32:00 | 20 | would any of those procedures be followed or would |
| 11:32:03 | 21 | there be a different procedure? |
| 11:32:05 | 22 | A.  If the vehicle was parked and someone |
| 11:32:14 | 23 | damaged the vehicle? |

| | | |
|---|---|---|
| 11:32:14 | 1 | Q. Yeah. Let's say the patrol officers |
| 11:32:16 | 2 | report to a call, they get out of the vehicle, and |
| 11:32:19 | 3 | a citizen for some reason or another attacks the |
| 11:32:21 | 4 | patrol vehicle and damages it. What procedure |
| 11:32:23 | 5 | would be followed in that instance? |
| 11:32:27 | 6 | A. Well, they would notify -- the officer |
| 11:32:30 | 7 | would -- if they know who did it, then they would |
| 11:32:35 | 8 | probably investigate it and find out why and -- and |
| 11:32:39 | 9 | if -- then they would make, you know, an arrest. |
| 11:32:43 | 10 | Q. Right. But what would happen in terms |
| 11:32:45 | 11 | of reporting, would that be required to be reported |
| 11:32:47 | 12 | to radio dispatch? |
| 11:32:49 | 13 | A. Yes. You would call -- you would call |
| 11:32:51 | 14 | that in that you making -- you know, making an |
| 11:32:53 | 15 | arrest and -- |
| 11:32:54 | 16 | Q. Sure. You would call that in any time |
| 11:32:56 | 17 | you're making an arrest, right? |
| 11:32:58 | 18 | A. Right. |
| 11:32:58 | 19 | Q. But with respect to the -- the |
| 11:32:59 | 20 | involvement of the vehicle and the damage to the |
| 11:33:02 | 21 | vehicle, would the lieutenant go at that point as |
| 11:33:05 | 22 | in a situation where the vehicle itself was |
| 11:33:08 | 23 | involved in the accident with an officer at the |

*Lockwood - Rupp, III - 10/14/20*

95

11:33:11  1   wheel?

11:33:11  2           **MS. HUGGINS:**   Form.   You can answer.

11:33:17  3           **BY MR. RUPP:**

11:33:17  4           **Q.**     Well, strike it.

11:33:17  5           What is the procedure?   I know an arrest

11:33:17  6   gets reported to dispatch no matter what type of an

11:33:20  7   arrest it is.

11:33:21  8           I want to talk about a situation where a

11:33:23  9   citizen damages, vandalizes, whatever you want to

11:33:27 10   call it, a police SUV right in front of the

11:33:29 11   officers.

11:33:29 12           Person's arrested right there, dispatch is

11:33:32 13   notified of the arrest.   What else happens, if

11:33:36 14   anything, under the MOP to document the damage to

11:33:39 15   the vehicle?

11:33:39 16           **A.**     If it's -- if it's a lot of damage to

11:33:47 17   the vehicle, then they can always call in evidence

11:33:53 18   to -- photographer to take pictures of the vehicle.

11:33:57 19           **Q.**     What's a lot of damage?

11:33:59 20           **A.**     If, you know, the windows are busted

11:34:01 21   out and --

11:34:03 22           **Q.**     What about a mirror busted off?

11:34:05 23           **A.**     A mirror busted?

*Lockwood - Rupp, III - 10/14/20*

96

| | | |
|---|---|---|
| 11:34:07 | 1 | **Q.** Yeah, a side-view mirror that's busted |
| 11:34:10 | 2 | and hanging broken from its mooring. |
| 11:34:14 | 3 | **MS. HUGGINS:** Form. |
| 11:34:15 | 4 | **THE WITNESS:** Use discretion if you want to |
| 11:34:21 | 5 | call, get pictures taken. |
| 11:34:22 | 6 | **BY MR. RUPP:** |
| 11:34:22 | 7 | **Q.** Was there a dollar cutoff that you |
| 11:34:24 | 8 | would use if the vehicle is in the officer's |
| 11:34:26 | 9 | estimation sustained more than X amount of dollars |
| 11:34:29 | 10 | you'd call in evidence to take those photographs? |
| 11:34:32 | 11 | **MS. HUGGINS:** Form. |
| 11:34:32 | 12 | **THE WITNESS:** Repeat that. |
| 11:34:38 | 13 | **BY MR. RUPP:** |
| 11:34:38 | 14 | **Q.** Is there a cutoff in terms of dollars |
| 11:34:41 | 15 | for the damage to the vehicle that would demarcate |
| 11:34:45 | 16 | the point between you're not going to call out the |
| 11:34:48 | 17 | evidence team and you are going to call out the |
| 11:34:50 | 18 | evidence team? |
| 11:34:51 | 19 | **MS. HUGGINS:** Form. |
| 11:34:51 | 20 | **THE WITNESS:** I don't think there's a -- |
| 11:34:58 | 21 | yeah, if it's a dollar amount. Yes. |
| 11:35:00 | 22 | **BY MR. RUPP:** |
| 11:35:00 | 23 | **Q.** All right. Well, let me ask you this, |

11:35:02  1   Mr. Lockwood.  As -- are you familiar with a charge

11:35:06  2   that would be brought for somebody who damages a

11:35:09  3   police vehicle?

11:35:11  4        Whether that would be a misdemeanor or a

11:35:13  5   felony, do you -- going back to your patrol officer

11:35:16  6   days or your detective days, what would the charge

11:35:19  7   be?

11:35:20  8        **A.**   It would be a criminal mischief.

11:35:22  9        **Q.**   All right.  And are there degrees of

11:35:24  10  criminal mischief depending on the amount of damage

11:35:27  11  caused?

11:35:27  12       **A.**   Yes.

11:35:27  13       **Q.**   And do you know what the dollar

11:35:29  14  threshold cutoff is for different degrees of

11:35:32  15  criminal mischief?

11:35:34  16       **A.**   I think back in -- back when I was in

11:35:40  17  patrol, I think it used to be like 1,500.  I'm not

11:35:42  18  sure if it changed now.

11:35:43  19       **Q.**   Does $250 ring a bell in terms of

11:35:47  20  damage below $250 being one category of criminal

11:35:51  21  mischief and damage above $250 being in another

11:35:56  22  category of criminal mischief?

11:35:57  23       **A.**   200 -- below $250, that's a

| | | |
|---|---|---|
| 11:35:59 | 1 | misdemeanor. |
| 11:36:00 | 2 | **Q.** All right. And above $250 it's what? |
| 11:36:03 | 3 | **A.** Probably would be a felony. |
| 11:36:10 | 4 | **Q.** And if a felony damage has occurred to |
| 11:36:13 | 5 | a City of Buffalo police vehicle by criminal |
| 11:36:23 | 6 | mischief, would you expect that the evidence team |
| 11:36:23 | 7 | would be brought out to document that? |
| 11:36:23 | 8 | **MS. HUGGINS:** Form. |
| 11:36:24 | 9 | **THE WITNESS:** No. |
| 11:36:25 | 10 | **BY MR. RUPP:** |
| 11:36:26 | 11 | **Q.** Why not? |
| 11:36:27 | 12 | **A.** If it's -- I'm quite sure if it's just |
| 11:36:33 | 13 | a mirror hanging off or if it's just $250, I mean |
| 11:36:38 | 14 | it can just be -- it wasn't a massive lot of |
| 11:36:44 | 15 | damage, I don't think it would -- |
| 11:36:44 | 16 | **Q.** What about a broken -- |
| 11:36:45 | 17 | **MS. HUGGINS:** Well -- |
| 11:36:46 | 18 | **MR. RUPP:** Go ahead. |
| 11:36:47 | 19 | **MS. HUGGINS:** Do you want him to finish his |
| 11:36:49 | 20 | answer? |
| 11:36:49 | 21 | **MR. RUPP:** Sure. I thought he was. |
| 11:36:50 | 22 | **THE WITNESS:** I don't think it was a -- a -- |
| 11:36:53 | 23 | you know, not a massive lot of damage. If it was |

*Lockwood - Rupp, III - 10/14/20*

99

| 11:36:58 | 1 | just, you know, a small amount, I don't think we |
| 11:37:03 | 2 | will call evidence and -- I mean a photographer to |
| 11:37:07 | 3 | amount for that. |
| 11:37:07 | 4 | **BY MR. RUPP:** |
| 11:37:08 | 5 | **Q.**   What if the mirror's broken, the |
| 11:37:10 | 6 | driver's side window won't go up and down anymore, |
| 11:37:13 | 7 | would that be enough damage to bring out the |
| 11:37:15 | 8 | evidence team? |
| 11:37:15 | 9 | **MS. HUGGINS:**   Form. |
| 11:37:16 | 10 | **THE WITNESS:**   No. |
| 11:37:25 | 11 | **BY MR. RUPP:** |
| 11:37:25 | 12 | **Q.**   All right.   So would -- we were talking |
| 11:37:30 | 13 | about the evidence team.   Would -- would the |
| 11:37:32 | 14 | lieutenant be brought out to the scene when there's |
| 11:37:35 | 15 | been felony level damage committed to a police |
| 11:37:38 | 16 | vehicle by criminal mischief? |
| 11:37:39 | 17 | **MS. HUGGINS:**   Form. |
| 11:37:46 | 18 | **BY MR. RUPP:** |
| 11:37:46 | 19 | **Q.**   Strike it. |
| 11:37:46 | 20 | Is there -- is there a procedure in the MOP |
| 11:37:46 | 21 | that requires the lieutenant to go out when there's |
| 11:37:49 | 22 | felony level damage to a police vehicle? |
| 11:37:52 | 23 | **A.**   You would -- it would be recommended |

*Lockwood - Rupp, III - 10/14/20*

100

| | | |
|---|---|---|
| 11:37:57 | 1 | that you call the lieutenant and notify the |
| 11:37:59 | 2 | lieutenant. |
| 11:38:00 | 3 | Q.   All right.  Would the lieutenant go to |
| 11:38:02 | 4 | the scene then and see the damage to the vehicle? |
| 11:38:04 | 5 | MS. HUGGINS:  Form. |
| 11:38:05 | 6 | BY MR. RUPP: |
| 11:38:06 | 7 | Q.   Do you know if the manual requires the |
| 11:38:07 | 8 | lieutenant to go to the scene when that |
| 11:38:09 | 9 | notification is made? |
| 11:38:10 | 10 | A.   Yes, he would go to the scene. |
| 11:38:12 | 11 | Q.   Okay.  And what about the Accident |
| 11:38:17 | 12 | Investigation Unit, would they be dispatched at all |
| 11:38:21 | 13 | in a case of criminal mischief, felony level |
| 11:38:25 | 14 | criminal mischief caused to a police vehicle? |
| 11:38:26 | 15 | A.   No. |
| 11:38:27 | 16 | Q.   Okay.  And what about the Internal |
| 11:38:31 | 17 | Affairs Division, would that be dispatched? |
| 11:38:32 | 18 | A.   No. |
| 11:38:32 | 19 | Q.   All right.  So why is there a |
| 11:38:39 | 20 | difference, Mr. Lockwood, between damage caused to |
| 11:38:45 | 21 | a police vehicle when it's being operated and the |
| 11:38:51 | 22 | type of damage which we were discuss -- we were |
| 11:38:54 | 23 | just discussing that's caused by criminal mischief |

| 11:38:57 | 1 | in terms of the procedures and who goes to the |
| 11:38:59 | 2 | scene? |
| 11:38:59 | 3 | **A.**   Well, what the criminal mischief is, |
| 11:39:02 | 4 | I'm assuming that there's no one in the vehicle and |
| 11:39:05 | 5 | it was just -- it was damaged and the person -- you |
| 11:39:08 | 6 | saw the person damage the car. |
| 11:39:11 | 7 | So we would -- we wouldn't need Accident |
| 11:39:14 | 8 | Investigating Unit because it wasn't an accident. |
| 11:39:17 | 9 | It was more of an intent, you know, to damage the |
| 11:39:19 | 10 | vehicle. |
| 11:39:21 | 11 | As far as someone being in the vehicle, you |
| 11:39:26 | 12 | know, you're driving and it can either be an |
| 11:39:28 | 13 | accident which is an accident you can hit something |
| 11:39:31 | 14 | and that would calls for one of those -- you know, |
| 11:39:39 | 15 | like I said, it all depends on if it's major damage |
| 11:39:43 | 16 | or if it's just minor. |
| 11:39:45 | 17 | It calls for your lieutenant to be notified |
| 11:39:47 | 18 | and the other units, it depends on if it's major or |
| 11:39:54 | 19 | minor.  Well, internal affairs would definitely |
| 11:39:57 | 20 | come out if it's a driving incident. |
| 11:39:59 | 21 | **Q.**   Any time it's a driving incident, |
| 11:40:01 | 22 | internal affairs is supposed to come out? |
| 11:40:02 | 23 | **A.**   Yes. |

11:40:03 1        **Q.**    All right.  And that's true even if

11:40:06 2   while it's being driven, somebody attacks the SUV

11:40:10 3   or attacks the patrol vehicle, right?

11:40:11 4        **MS. HUGGINS:**  Form.  You can answer.

11:40:12 5        **THE WITNESS:**  What -- what do you mean?

11:40:15 6        **BY MR. RUPP:**

11:40:15 7        **Q.**    Let's say -- let's say we've got a

11:40:16 8   situation where the vehicle is being operated --

9        **A.**    Right.

11:40:18 10        **Q.**    -- it's in motion, there's an officer

11:40:20 11   behind the wheel, it's being driven --

12        **A.**    Okay.

11:40:22 13        **Q.**    -- and somebody attacks it at that

11:40:24 14   point.  Would that be -- would that trigger the MOP

11:40:27 15   procedures of radioing dispatch, bringing the

11:40:31 16   lieutenant, the Accident Investigation Unit, and

11:40:34 17   IAD to the scene?

11:40:34 18        **A.**    When you say attacked, are you saying

11:40:37 19   attacked by -- attacking the vehicle with a weapon

11:40:41 20   or -- I don't know what you mean by attacked.

11:40:43 21        **Q.**    Let's say the person throws themselves

11:40:46 22   into the police vehicle while it's being operated.

11:40:49 23        **A.**    Well, that would call for internal

*Lockwood - Rupp, III - 10/14/20*

103

| | | |
|---|---|---|
| 11:40:52 | 1 | affairs, that would call for Accident Investigating |
| 11:40:54 | 2 | Unit, and it would -- calls for a lieutenant to be |
| 11:40:56 | 3 | there. |
| 11:40:56 | 4 | Q.   Even if the person was perhaps |
| 11:40:59 | 5 | suicidal, threw himself at the side of the vehicle |
| 11:41:02 | 6 | or in front of it trying to kill themselves, that |
| 11:41:05 | 7 | would still, if the vehicle's in motion, it's being |
| 11:41:07 | 8 | operated by a police officer, require those things |
| 11:41:10 | 9 | to happen, those people to go to the scene? |
| 11:41:12 | 10 | MS. HUGGINS:   Form. |
| 11:41:13 | 11 | THE WITNESS:   Yes. |
| 11:41:13 | 12 | BY MR. RUPP: |
| 11:41:13 | 13 | Q.   Okay.  Let me ask it again since there |
| 11:41:15 | 14 | was a form objection.  Even if the person throws |
| 11:41:18 | 15 | themselves at the vehicle to cause themselves harm |
| 11:41:21 | 16 | or damage to the vehicle, if it's being operated |
| 11:41:23 | 17 | and it's in motion, the lieutenant, AIU, and IAD |
| 11:41:28 | 18 | would be dispatched to that scene; is that correct? |
| 11:41:30 | 19 | A.   Yes. |
| 11:41:31 | 20 | Q.   And there would be no exceptions to |
| 11:41:34 | 21 | that, would there? |
| 11:41:35 | 22 | A.   No. |
| 11:41:35 | 23 | Q.   And if you came across an instance |

| | | |
|---|---|---|
| 11:41:37 | 1 | where that didn't happen, that would invoke your |
| 11:41:40 | 2 | responsibilities as the chief disciplinarian of the |
| 11:41:44 | 3 | City of Buffalo Police Department, right?  Where |
| 11:41:46 | 4 | you would take corrective measures to make sure |
| 11:41:49 | 5 | that happened every time? |
| 11:41:50 | 6 | **A.**   Yes. |
| 11:41:52 | 7 | **Q.**   And there wouldn't be any exceptions to |
| 11:41:55 | 8 | that for you, would there be? |
| 11:41:56 | 9 | **A.**   What do you mean? |
| 11:41:56 | 10 | **Q.**   You would never say well, in that |
| 11:42:00 | 11 | instance you didn't have to call the lieutenant or |
| 11:42:04 | 12 | IAD or AIU, I'm okay with it, you would never say |
| 11:42:07 | 13 | that? |
| 11:42:07 | 14 | **MS. HUGGINS:**   Form. |
| 11:42:09 | 15 | **BY MR. RUPP:** |
| 11:42:10 | 16 | **Q.**   So let me go back to my example, |
| 11:42:12 | 17 | Mr. Lockwood, because there's a form objection |
| 11:42:14 | 18 | again. |
| 11:42:14 | 19 | If there's an instance where the police |
| 11:42:17 | 20 | vehicle has an officer behind the wheel and it's |
| 11:42:20 | 21 | being operated and it's in motion when a citizen |
| 11:42:22 | 22 | throws themselves at the vehicle for whatever |
| 11:42:24 | 23 | reason or not, there would never be an instance |

| | | |
|---|---|---|
| 11:42:27 | 1 | where you would think as commissioner of the police |
| 11:42:29 | 2 | department, it would be okay that the lieutenant, |
| 11:42:32 | 3 | AIU, and IAD were not dispatched to the scene of |
| 11:42:36 | 4 | that incident? |
| 11:42:42 | 5 | **MS. HUGGINS:** Form. |
| 11:42:44 | 6 | **BY MR. RUPP:** |
| 11:42:45 | 7 | Q. Strike it. |
| 11:42:46 | 8 | Mr. Lockwood, do you understand my question? |
| 11:42:47 | 9 | A. I understand. I understand your |
| 11:42:50 | 10 | question. |
| 11:42:50 | 11 | Q. My question is would there ever be a |
| 11:42:53 | 12 | reason why you think that those individuals, the |
| 11:42:56 | 13 | lieutenant at the district, the Accident |
| 11:43:00 | 14 | Investigation Unit, and the IAD would not -- where |
| 11:43:03 | 15 | it would be okay that they were not notified and |
| 11:43:07 | 16 | not called to the scene when the incident that I |
| 11:43:09 | 17 | just described happened? |
| 11:43:11 | 18 | A. If -- if the person threw themself at |
| 11:43:18 | 19 | the -- you know, at the -- on the vehicle or -- |
| 11:43:27 | 20 | lieutenant should have -- at least lieutenant |
| 11:43:29 | 21 | should have been called. |
| 11:43:30 | 22 | Q. All right. |
| 11:43:30 | 23 | A. I don't -- I'm looking at -- I don't |

*Lockwood - Rupp, III - 10/14/20*

106

| | | |
|---|---|---|
| 11:43:33 | 1 | know what -- you know, what kind of injuries or |
| 11:43:35 | 2 | what, you know, may have came out of this, but a |
| 11:43:40 | 3 | lieutenant should be called. |
| 11:43:41 | 4 | And then from there they should determine if |
| 11:43:44 | 5 | they need Accident Investigating Unit, internal -- |
| 11:43:51 | 6 | internal affairs.  From there, the supervisor |
| 11:43:52 | 7 | should -- should be notified about that. |
| 11:43:56 | 8 | Q.   And one of the reasons for that would |
| 11:43:59 | 9 | be that -- protect the city against liability, |
| 11:44:02 | 10 | right? |
| 11:44:03 | 11 | A.   Yes. |
| 11:44:05 | 12 | Q.   All right.  I mean, in your role as |
| 11:44:06 | 13 | police commissioner, I mean, you're certainly aware |
| 11:44:09 | 14 | that what happens in your department can result in |
| 11:44:12 | 15 | lawsuits and liability judgments against the City |
| 11:44:14 | 16 | of Buffalo, right? |
| 11:44:15 | 17 | A.   Yes. |
| 11:44:15 | 18 | Q.   I mean, there have been some fairly |
| 11:44:17 | 19 | high profile recent settlements involving police |
| 11:44:21 | 20 | shootings and multimillion dollar settlements with |
| 11:44:24 | 21 | the City of Buffalo, right? |
| 11:44:25 | 22 | A.   Yes. |
| 11:44:25 | 23 | Q.   There was a shooting recently and it |

| 11:44:29 | 1 | settled for four and a half million dollars with an |
| 11:44:33 | 2 | Officer Schultz; is that right? |
| 11:44:34 | 3 | **A.** Yes. |
| 11:44:34 | 4 | **Q.** And that money comes right out of the |
| 11:44:37 | 5 | city's budget because the city police department is |
| 11:44:41 | 6 | a division of the City of Buffalo, right? |
| 11:44:43 | 7 | **MS. HUGGINS:** Form. |
| 11:44:45 | 8 | **THE WITNESS:** Can you repeat that? |
| 11:44:46 | 9 | **BY MR. RUPP:** |
| 11:44:47 | 10 | **Q.** That money's paid by the City of |
| 11:44:49 | 11 | Buffalo, correct, because the city police |
| 11:44:51 | 12 | department is a division of the City of Buffalo, |
| 11:44:52 | 13 | right? |
| 11:44:52 | 14 | **A.** Yes. |
| 11:44:52 | 15 | **Q.** And you're familiar with that as police |
| 11:44:54 | 16 | commissioner, right? |
| 11:44:55 | 17 | **A.** Yes. |
| 11:44:55 | 18 | **Q.** And do you have discussions with |
| 11:44:57 | 19 | Mayor Brown about those types of judgments and |
| 11:45:00 | 20 | verdicts and settlements that cost the city that |
| 11:45:03 | 21 | kind of money? |
| 11:45:04 | 22 | **A.** No. |
| 11:45:05 | 23 | **Q.** You never talk about that with him? |

| 11:45:08 | 1 | **A.** Since I've been commissioner, no. |
| 11:45:10 | 2 | **Q.** All right. Do you believe it's part of |
| 11:45:15 | 3 | your role to try to keep liability for the police |
| 11:45:16 | 4 | department and judgments and verdicts and |
| 11:45:18 | 5 | settlements as low as you can to protect the |
| 11:45:21 | 6 | taxpayers of the city? |
| 11:45:22 | 7 | **A.** Yes. |
| 11:45:23 | 8 | **Q.** Okay. And that would mean avoiding |
| 11:45:26 | 9 | negligence and police misconduct and things that |
| 11:45:30 | 10 | lead to those types of results against the city |
| 11:45:33 | 11 | right? |
| 11:45:34 | 12 | **A.** Yes. |
| 11:45:34 | 13 | **Q.** And you as the police commissioner can |
| 11:45:35 | 14 | play a role in trying at least to minimize those |
| 11:45:44 | 15 | types of exposures to the city's budget, right? |
| 11:45:45 | 16 | **A.** Yes. |
| 11:45:46 | 17 | **Q.** Okay. And that would be something that |
| 11:45:47 | 18 | you would take seriously in your responsibilities |
| 11:45:49 | 19 | as police commissioner, right? |
| 11:45:50 | 20 | **A.** Yes. |
| 11:45:50 | 21 | **Q.** All right. So if a police SUV in |
| 11:45:53 | 22 | motion being operated being driven strikes a |
| 11:45:58 | 23 | pedestrian or is struck by a pedestrian, you would |

11:46:00  1  expect that the MOP procedures would be followed in

11:46:03  2  that instance, right?

11:46:04  3      **A.**    Yes.

11:46:05  4      **Q.**    And that would include bringing the

11:46:07  5  lieutenant to the scene, the Accident Investigation

11:46:10  6  Unit, and IAD to make sure that that incident is

11:46:13  7  fully investigated and documented, right?

11:46:16  8      **A.**    Yes, if it's -- if that's a major --

11:46:22  9  what I mean by major is, you know, life-threatening

11:46:26  10  accident.  Someone hit and life-threatening, then

11:46:29  11  yes, we would have all -- all of them there.

11:46:31  12      **Q.**    Well, is life-threatening the cutoff?

11:46:34  13  What -- what happens if somebody is in an accident

          14  with a police SUV, a pedestrian breaks their leg,

11:46:39  15  is that significant enough to call out those people

11:46:39  16  under the MOP?

11:46:40  17      **A.**    Yes.

11:46:40  18      **Q.**    What happens if they break a toe?

11:46:43  19      **A.**    Break a toe?

11:46:45  20      **Q.**    Yeah.  A police vehicle runs over their

11:46:48  21  foot, toe's broken?

11:46:50  22      **A.**    Yes.

11:46:51  23      **Q.**    All right.  So it's not just serious

*Lockwood - Rupp, III - 10/14/20*

110

| | | |
|---|---|---|
| 11:46:53 | 1 | injuries that's the cutoff, is it? |
| 11:46:55 | 2 | **A.** I said major. |
| 11:46:56 | 3 | **Q.** Okay. Well, I guess -- |
| 11:46:58 | 4 | **A.** We consider -- we consider a toe break |
| 11:47:00 | 5 | major. |
| 11:47:01 | 6 | **Q.** Okay. So is any -- what -- what type |
| 11:47:03 | 7 | of injury involving a police SUV striking a |
| 11:47:07 | 8 | pedestrian would not be considered major? |
| 11:47:11 | 9 | **A.** I would say if a person was walking and |
| 11:47:25 | 10 | just -- and the police car stopped and didn't -- |
| 11:47:28 | 11 | you know, really just tap or, you know, barely |
| 11:47:33 | 12 | touched the person, I don't think we need to call, |
| 11:47:36 | 13 | you know, AIU. |
| 11:47:38 | 14 | And -- and if the person -- you know, if |
| 11:47:41 | 15 | there's no -- you know, there's no injury there and |
| 11:47:47 | 16 | the -- and the individual said that I'm not -- you |
| 11:47:49 | 17 | know, you didn't really hit -- you didn't hit me |
| 11:47:51 | 18 | and I don't think it would need to be -- need to |
| 11:47:54 | 19 | call everyone out. But if the officer want to, |
| 11:47:57 | 20 | they have that option to. |
| 11:47:58 | 21 | **Q.** So what if the person says -- ends up |
| 11:48:01 | 22 | on the ground and says I'm injured, I want an |
| 11:48:04 | 23 | ambulance, would that be enough of a trigger to |

11:48:06 1  send out the lieutenant, the investigation unit,

11:48:09 2  and the IAD?

11:48:10 3      **A.**    If the --

11:48:10 4      **MS. HUGGINS:**  Form.

11:48:11 5      **THE WITNESS:**  If the person says he's

11:48:13 6  injured, then it's up to the officers to get him

11:48:17 7  help.

11:48:17 8      **BY MR. RUPP:**

11:48:18 9      **Q.**    All right.  So -- but my question was

11:48:19 10 if the person says he's injured, would that result

11:48:22 11 under the MOP in the lieutenant and the IAD and the

11:48:26 12 AIU going to the scene?

11:48:28 13     **A.**    Yes.

11:48:37 14     **Q.**    Every instance?

11:48:38 15     **MS. HUGGINS:**  Form.

11:48:39 16     **BY MR. RUPP:**

11:48:42 17     **Q.**    Strike it.

11:48:51 18     Now, Mr. Lockwood, in the course of your

11:48:54 19 duties as the police commissioner, did you sit with

11:48:59 20 IAD in connection with the claims of my client,

11:49:02 21 Mr. Kistner, relating to police misconduct and

11:49:06 22 violations of police procedures?

11:49:08 23     **A.**    Yes.

*Lockwood - Rupp, III - 10/14/20*

112

| | | |
|---|---|---|
| 11:49:08 | 1 | **Q.** And when did you do that? |
| 11:49:09 | 2 | **A.** I believe that was in August. |
| 11:49:15 | 3 | **Q.** Of? |
| 11:49:16 | 4 | **A.** This year, 2020. |
| 11:49:19 | 5 | **Q.** And do you remember the date of the |
| 11:49:23 | 6 | incident involving Mr. Kistner? |
| 11:49:25 | 7 | **A.** New Years. New Years Day, 2017. |
| 11:49:39 | 8 | **Q.** Okay. So January 1st of 2017 was the |
| 11:49:43 | 9 | incident and you reviewed the results of the |
| 11:49:51 | 10 | Internal Affairs Division's investigation sometime |
| 11:49:53 | 11 | in August of 2020 over three and a half years |
| 11:49:56 | 12 | later; is that right? |
| 11:49:58 | 13 | **A.** Yes. |
| 11:49:58 | 14 | **Q.** Do you know why -- can you explain that |
| 11:50:03 | 15 | gap of time between the incident itself and your |
| 11:50:05 | 16 | review of the IAD investigation file? |
| 11:50:07 | 17 | **A.** I -- I did ask the investigator why |
| 11:50:13 | 18 | was -- you know, why was there the gap in there and |
| 11:50:20 | 19 | the investigator told me that they -- they didn't |
| 11:50:23 | 20 | know -- they didn't know nothing about this case |
| 11:50:26 | 21 | until it was -- corporate counsel -- what is the -- |
| 11:50:34 | 22 | what -- I'm trying to think of the -- you notify |
| 11:50:38 | 23 | corporate counsel. The -- |

11:50:39  1        Q.   Notice of Claim?

11:50:40  2        A.   Notice of Claim, yeah.  Notice of Claim

11:50:44  3   came in, yeah.

11:50:45  4        Q.   Do you know when the Notice of Claim

11:50:47  5   was filed --

11:50:47  6        A.   I can't remember.

11:50:48  7        Q.   -- Mr. Lockwood?

11:50:48  8        A.   I can't remember that.

11:50:49  9        MR. RUPP:  Let me ask Andrea if she would be

11:50:52 10   kind enough to mark this exhibit for us.

         11        Maeve, this is going to be a little bit

         12   awkward.  I'll try to get it to you through the --

         13        MS. HUGGINS:  Thank you.

         14        MR. RUPP:  -- through the protective glass.

         15        THE REPORTER:  What would you like it marked

         16   as?

         17        MR. RUPP:  Why don't we do Lockwood 1?

         18        THE REPORTER:  Sure.

         19        MS. HUGGINS:  I think we've been doing

         20   consecutive and the last Exhibit was marked 38.  So

         21   this would be 39.

         22        MR. RUPP:  Is that true?

         23        MR. DAVENPORT:  That is.

1        **MR. RUPP:**  Okay.  All right.

2        **THE REPORTER:**  39?

3        **MR. RUPP:**  Let's do it 39 then.

4        **THE REPORTER:**  Okay.

5        **MS. HUGGINS:**  I don't want two competing

6   sets of numbers here.

7        **MR. RUPP:**  I am fine with that if we've been

8   doing it.

9   **The following was marked for Identification:**

10   **EXH. 39**                **Notice of Claim.**

11        **THE REPORTER:**  Would you like me to hand it

12   to him?

13        **MR. RUPP:**  If you would kindly.

14        **THE REPORTER:**  Yes, not a problem.

11:51:45   15        Here you go.

11:51:45   16        **BY MR. RUPP:**

11:51:47   17        Q.   All right.  Mr. Lockwood, earlier I

11:51:49   18   asked you some questions about notices of claim and

11:51:52   19   you indicated that you were familiar with them,

11:51:53   20   right?

11:51:54   21        A.   Mm-hmm.

11:51:54   22        Q.   That's --

11:51:55   23        **MS. HUGGINS:**  She just needs a --

*Lockwood - Rupp, III - 10/14/20*

115

|  | 1 | THE WITNESS:  Oh. |
| 11:51:56 | 2 | MS. HUGGINS:  -- verbal yes or no. |
| 11:51:57 | 3 | THE WITNESS:  I'm sorry.  I'm sorry. |
| 11:51:58 | 4 | BY MR. RUPP: |
| 11:51:58 | 5 | Q.    That's okay, you're fine. |
| 11:51:59 | 6 | A.    Yes. |
| 11:51:59 | 7 | Q.    It happens to everyone.  So let me just |

ask you.  I know you -- and I'll give you time to
read the whole thing if you want cover to cover.

But just from appearances, do you recognize
this by its title, if nothing else, and the caption
of a lawsuit at the top of the first page as a
Notice of Claim of the type that typically would be
used to commence a lawsuit against the City of
Buffalo?

A.    Yes.

Q.    All right.  And if you'd like, you can
go ahead and take -- take your time to read it, but
do you see that there's a date stamp next to the
words Notice of Claim of March 31, 2017?

A.    Yes.

Q.    All right.  And I'm going to represent
to you that that was the date that that Notice of

| | | |
|---|---|---|
| 11:52:50 | 1 | Claim was filed to commence this proceeding under |
| 11:53:00 | 2 | the General Municipal Law in the Erie County |
| 11:53:00 | 3 | clerk's office.  Okay? |
| 11:53:00 | 4 | **A.**    Okay. |
| 11:53:01 | 5 | **Q.**    Now, in looking at that and seeing that |
| 11:53:05 | 6 | this is a claim of James Kistner -- |
| 11:53:10 | 7 | **MS. HUGGINS:**  Tony, to be fair, I think it |
| 11:53:11 | 8 | was the -- the city clerk's office. |
| 11:53:13 | 9 | **BY MR. RUPP:** |
| 11:53:14 | 10 | **Q.**    Okay.  It may have been the city |
| 11:53:16 | 11 | clerk's office, but it was filed with a |
| 11:53:19 | 12 | governmental agency and served on the City of |
| 11:53:21 | 13 | Buffalo. |
| 11:53:22 | 14 | In looking at this, Mr. Lockwood, is that |
| 11:53:26 | 15 | consistent with what IAD told you, that they didn't |
| 11:53:31 | 16 | know anything about Mr. Kistner's claim until much |
| 11:53:35 | 17 | later when they actually performed their |
| 11:53:37 | 18 | investigation? |
| 11:53:37 | 19 | **A.**    They told me that they opened up a case |
| 11:53:49 | 20 | because they had a Notice of Claim.  They didn't |
| 11:53:52 | 21 | tell me when or I didn't, you know -- |
| 11:53:56 | 22 | **Q.**    Well, let's assume that's true, |
| 11:53:58 | 23 | Mr. Lockwood.  If they opened an investigation file |

| | | |
|---|---|---|
| 11:54:03 | 1 | in connection with Mr. Kistner's complaints |
| 11:54:05 | 2 | sometime after March 31 of 2017, would you have |
| 11:54:10 | 3 | expected that it would take them three and a half |
| 11:54:12 | 4 | years to present you with the results of their |
| 11:54:15 | 5 | investigation as they did in August of 2020? |
| 11:54:17 | 6 | MS. HUGGINS: Form. You can answer. |
| 11:54:21 | 7 | BY MR. RUPP: |
| 11:54:22 | 8 | Q. Strike it. |
| 11:54:22 | 9 | Can you explain why if a file was opened at |
| 11:54:26 | 10 | IAD when the Notice of Claim was received, you |
| 11:54:28 | 11 | didn't sit down with the IAD investigator until |
| 11:54:31 | 12 | August of 2020? |
| 11:54:32 | 13 | MS. HUGGINS: Form. |
| 11:54:33 | 14 | MR. RUPP: What is the form objection to |
| 11:54:35 | 15 | that? |
| 11:54:35 | 16 | MS. HUGGINS: It's the assumption that a |
| 11:54:36 | 17 | filed was opened. He hasn't testified to that. |
| | 18 | BY MR. RUPP: |
| 11:54:39 | 19 | Q. Well, he said that the IAD investigator |
| 11:54:41 | 20 | told him. |
| 11:54:42 | 21 | Isn't that what you told me, Mr. Lockwood, |
| 11:54:44 | 22 | that the IAD investigator told you that they didn't |
| 11:54:46 | 23 | know anything, didn't open a file until they got |

*Lockwood - Rupp, III - 10/14/20*

118

| | | |
|---|---|---|
| 11:54:47 | 1 | the Notice of Claim? |
| 11:54:50 | 2 | **A.** Yes, in August. See, I -- I sat down |
| 11:54:52 | 3 | with them in August. |
| 11:54:54 | 4 | **Q.** Right. But you asked them why such a |
| 11:54:56 | 5 | gap between -- I don't want to go back all through |
| 11:54:58 | 6 | this, but I will if I have to. |
| 11:54:59 | 7 | You told me that you knew that the incident |
| 11:55:01 | 8 | happened on January 1 of 2017 and you asked the IAD |
| 11:55:05 | 9 | investigator why it took until August of 2020 to |
| 11:55:09 | 10 | get the results of the investigation, correct? |
| 11:55:11 | 11 | **A.** Let me go back. The results and |
| 11:55:17 | 12 | investigation -- no, when we had the -- when they |
| 11:55:19 | 13 | brought it in front of me and they said this is a |
| 11:55:24 | 14 | case that happened in '17 and I want to know why |
| 11:55:28 | 15 | was there a gap, you know, in between '17 until |
| 11:55:33 | 16 | now, '20. |
| 11:55:34 | 17 | And they -- and they said well, we didn't |
| 11:55:37 | 18 | know nothing about it until we had a Notice of |
| 11:55:40 | 19 | Claim. Now, they didn't say when they got the |
| 11:55:42 | 20 | Notice of Claim. They just told me there was a |
| 11:55:45 | 21 | Notice of Claim and that's when they found out |
| 11:55:47 | 22 | about it. |
| 11:55:47 | 23 | **Q.** All right. But if that's true and the |

*Lockwood - Rupp, III - 10/14/20*

119

| | | |
|---|---|---|
| 11:55:50 | 1 | Notice of Claim was filed in the city clerk's |
| 11:55:51 | 2 | office on March 31st of 2017, can you explain the |
| 11:55:55 | 3 | gap? |
| 11:55:55 | 4 | **A.**   No, I can't explain it.  No. |
| 11:56:00 | 5 | **Q.**   All right.  Does that concern you, |
| 11:56:01 | 6 | Mr. Lockwood, that if what IAD told you was true, |
| 11:56:05 | 7 | that they learned about the allegations when the |
| 11:56:07 | 8 | Notice of Claim came in, does it concern you that |
| 11:56:10 | 9 | it took three and almost a half years before you |
| 11:56:14 | 10 | sat down with IAD to go over the results? |
| 11:56:16 | 11 | **A.**   When the Notice of Claim was filed -- |
| 11:56:25 | 12 | what I'm -- what I'm also looking at too is I |
| 11:56:28 | 13 | wasn't commissioner at that time. |
| 11:56:30 | 14 | So I just want to -- you know, I don't -- |
| 11:56:34 | 15 | the Notice of Claim was filed in '17.  I became the |
| 11:56:39 | 16 | commissioner in '18 and it came to me in '20. |
| 11:56:45 | 17 | So I just -- I did want to know well, why -- |
| 11:56:50 | 18 | you know, this thing happened three years ago.  Why |
| | 19 | is I'm -- |
| | 20 | **Q.**   Yeah.  But my -- |
| 11:56:53 | 21 | **A.**   -- why are we just dealing with it. |
| 11:56:55 | 22 | **Q.**   My question's slightly different and I |
| 11:56:58 | 23 | certainly know that this incident overlapped your |

| 11:57:01 | 1 | transition from or ascension from first deputy |

11:57:01 1 transition from or ascension from first deputy

11:57:04 2 commissioner to the full police commissioner for

11:57:07 3 the whole city.

11:57:08 4 But as the commissioner in August of -- of

11:57:10 5 2020, if you had known that the Notice of Claim was

11:57:18 6 filed three and a half years earlier when IAD told

11:57:20 7 you that's when they learned about it, would you

11:57:24 8 have been concerned or are you concerned now that

11:57:25 9 it took three and a half years for the

11:57:28 10 commissioner, whoever it was, to sit down and

11:57:30 11 review the results of an investigation from an

11:57:32 12 incident that took place three and a half years

11:57:34 13 earlier?

11:57:35 14 **A.** There's some concerns, yes.

11:57:38 15 **Q.** I mean, there's -- there's got to be

11:57:39 16 some degree of timeliness with respect to IAD

11:57:44 17 investigations, right?

11:57:45 18 **A.** Yes.

11:57:45 19 **Q.** I mean, it doesn't help to have a

11:57:46 20 citizen complaint not resolved for three and a half

11:57:49 21 years, does it?

11:57:53 22 **MS. HUGGINS:** Form.

11:57:53 23 **BY MR. RUPP:**

*Lockwood - Rupp, III - 10/14/20*

121

| | | |
|---|---|---|
| 11:57:53 | 1 | Q. Well, strike it. |
| 11:57:54 | 2 | I mean, does -- is three and a half years a |
| 11:57:56 | 3 | reasonable timeframe for IAD to investigate a |
| 11:58:00 | 4 | citizen complaint of police misconduct and present |
| 11:58:02 | 5 | the results to the commissioner? |
| 11:58:04 | 6 | A. What -- what the investigator was |
| 11:58:13 | 7 | telling me -- I mean, what I -- what I -- what I |
| 11:58:16 | 8 | understood him to be saying at that time when I |
| 11:58:19 | 9 | asked him why it took so long, he -- I was up under |
| 11:58:22 | 10 | the impression that they had just got this case |
| 11:58:26 | 11 | this year. You know, in other words -- |
| 11:58:30 | 12 | Q. But he -- |
| 11:58:31 | 13 | A. -- he said -- I didn't know when the |
| 11:58:33 | 14 | Notice of Claim was even filed. |
| 11:58:35 | 15 | Q. I get that, Mr. Lockwood. I understand |
| 11:58:37 | 16 | you didn't know, but if they told -- if you asked |
| 11:58:40 | 17 | them why did it take so long and they said we |
| 11:58:43 | 18 | didn't learn about it until the Notice of Claim, |
| 11:58:46 | 19 | they were leaving you with the impression, you just |
| 11:58:48 | 20 | told me, that that was fairly recent, that was |
| 11:58:50 | 21 | sometime in 2020, right? |
| 11:58:51 | 22 | A. That's -- yeah, that's what I'm -- |
| 11:58:54 | 23 | that's what I'm thinking. |

*Lockwood - Rupp, III - 10/14/20*

122

11:58:54  1        Q.    Okay.  And now you know that the Notice

11:58:57  2   of Claim against the city that involved corporation

11:58:59  3   counsel's office was March 31st of 2017, three and

11:59:06  4   a half years earlier.

11:59:07  5        And I'm asking you now if that concerns you,

11:59:10  6   what you were told versus the time -- the actual

11:59:13  7   timeline that you see before you in Exhibit 39.

11:59:16  8        **MS. HUGGINS:**  He's asked and answered.

         9        **BY MR. RUPP:**

11:59:19 10        Q.    I disagree.

11:59:20 11        I'm asking you if you're concerned now as

11:59:21 12   you sit here with what you were told by IAD.

11:59:25 13        **MS. HUGGINS:**  Andrea, could you go back and

11:59:28 14   read that question and answer?

        15        **THE REPORTER:**  Sure.

11:59:29 16        **MS. HUGGINS:**  The two questions prior, I

11:59:31 17   believe.

        18        **THE REPORTER:**  Sorry, I just want to make

        19   sure that I find the right ones.  Not where he just

        20   said, "I get that, I understand you didn't know",

        21   but before where he was asking about the concern --

        22        **MS. HUGGINS:**  Correct.

        23        **THE REPORTER:**  -- is that what you're

*Lockwood - Rupp, III - 10/14/20*

123

1   talking about?

2              **MS. HUGGINS:**  Yes.

3              **THE REPORTER:**  Okay.  Let me just make sure

4   I find the right one.  Okay.  I found them all.

5              (The above-requested question was then read

12:01:23   6   by the reporter.)

12:01:23   7              **BY MR. RUPP:**

12:01:24   8         Q.    So what are those concerns, Mr. Lockwood?

12:01:26   9         A.    Concerns is like three years, I mean,

12:01:33  10   why all of a sudden three years it comes in front

12:01:36  11   of me.

12:01:37  12         Q.    Well, is there also a concern that IAD

12:01:40  13   may not have been telling you the truth about when

12:01:43  14   they actually commenced their investigation?

12:01:45  15         A.    I think they were truthful.

12:01:53  16         Q.    All right.  Well, what happened then

12:01:55  17   that a Notice of Claim that was served on the city

12:01:58  18   in March 31 of 2017 didn't result in a final IAD

12:02:03  19   presentation of the investigation of the

12:02:05  20   commissioner for three and a half years if they

12:02:13  21   were being truthful with you?

12:02:13  22         A.    For once they said that they tried to

12:02:15  23   get the complainant in to get statements and

| | | |
|---|---|---|
| 12:02:18 | 1 | couldn't get him in to give statements. |
| 12:02:20 | 2 | **Q.** I see. And when did they tell you that |
| 12:02:23 | 3 | they tried to get -- bring those -- bring him in |
| 12:02:26 | 4 | for those statements? |
| 12:02:27 | 5 | **A.** They told me that in August. |
| 12:02:29 | 6 | **Q.** Well, no, when -- what was the |
| 12:02:32 | 7 | timeframe in which they were actually asking |
| 12:02:35 | 8 | Mr. Kistner to come in? |
| 12:02:36 | 9 | **A.** Oh. |
| 12:02:39 | 10 | **Q.** Let me help. Was it 2017? |
| 12:02:41 | 11 | **A.** I can't -- I can't remember when |
| 12:02:50 | 12 | exactly. |
| 12:02:51 | 13 | **Q.** Was it 2018? |
| 12:02:53 | 14 | **A.** I can't -- I can't remember. |
| 12:02:53 | 15 | **Q.** Was it 2019? |
| 12:02:55 | 16 | **A.** Only thing I can remember is they said |
| 12:02:57 | 17 | that they reached out to him and they couldn't get |
| 12:03:01 | 18 | him in for a statement. |
| 12:03:02 | 19 | **Q.** Mr. Lockwood, you have the ability as |
| 12:03:03 | 20 | the police commissioner to know exactly what date |
| 12:03:06 | 21 | the S -- the AID (sic) file on Mr. Kistner's |
| 12:03:10 | 22 | complaint was opened, don't you? |
| 12:03:11 | 23 | **A.** Repeat that again. |

12:03:15  1       Q.    You as the police commissioner have

12:03:17  2   access to records that would tell you exactly when

12:03:21  3   IAD opened its investigation into Mr. Kistner's

12:03:24  4   complaint as set forth in the Notice of Claim,

12:03:27  5   right?

12:03:28  6       A.    Yes, I -- yeah, I have the records.

12:03:30  7       Q.    All right.  Have you done that, have

12:03:32  8   you seen when the investigation actually was

12:03:34  9   opened?  Apart from what IAD told you, have you

12:03:37 10   verified when they opened the investigation?

12:03:39 11       A.    No.  The first I learned of this case

12:03:42 12   was when they brought it in front of me.

12:03:44 13       Q.    All right.

12:03:44 14       A.    In August.

12:03:45 15       Q.    But you have the ability now and you

12:03:47 16   had the ability then to know exactly when they

12:03:49 17   commenced the investigation, right?

12:03:50 18       A.    Yes.

12:03:52 19       Q.    And you had the ability now -- you have

12:03:55 20   the ability now and you had the ability then to

12:03:57 21   know exactly when Mr. Kistner brought his written

12:04:00 22   filed Notice of Claim against the city alleging

12:04:03 23   what happened to him on January 1, 2017, right?

*Lockwood - Rupp, III - 10/14/20*

126

12:04:06   1        **A.**    Yes.

12:04:06   2        **Q.**    You had the ability to compare those

12:04:08   3   two dates and see whether there was any gap or

12:04:12   4   delay in IAD commencing its investigation, right?

12:04:15   5        **A.**    Yes.

12:04:19   6        **Q.**    And you haven't done that, have you?

12:04:21   7        **A.**    Haven't done --

12:04:22   8        **Q.**    You haven't done that, have you?

12:04:24   9        **A.**    Done what?

12:04:25  10        **Q.**    Compared the date the Notice of Claim

12:04:27  11   was filed with the date that IAD opened its

12:04:31  12   investigation?

12:04:31  13        **A.**    No.  I -- no, I haven't compared those.

12:04:35  14        **Q.**    All right.  So if it took over three

12:04:37  15   years for IAD even to open the investigation from

12:04:40  16   the date of the Notice of Claim, would that be a

12:04:43  17   concern to you?

12:04:44  18        **MS. HUGGINS:**   Form.  Asked and answered.

12:04:45  19        **THE WITNESS:**   If it took three years for

12:04:55  20   them to open it, yes, it would be a concern.

12:04:57  21        **BY MR. RUPP:**

12:04:57  22        **Q.**    All right.  And that would be something

12:04:59  23   that you would want to make sure didn't happen

| | | |
|---|---|---|
| 12:05:01 | 1 | again, right? |
| 12:05:02 | 2 | **A.** Yes. |
| 12:05:07 | 3 | **MR. RUPP:** All right. Andrea, can you mark |
| 12:05:07 | 4 | this? |
| 12:05:09 | 5 | **THE REPORTER:** Sure. |
| 12:05:09 | 6 | **MR. RUPP:** I guess that's 40. |
| | 7 | **The following was marked for Identification:** |
| | 8 | **EXH. 40** **Complaint.** |
| 12:05:34 | 9 | **BY MR. RUPP:** |
| 12:05:36 | 10 | **Q.** All right. Mr. Lockwood, I'm going to |
| 12:05:37 | 11 | show you what's been marked Exhibit 40 for |
| | 12 | identification. |
| 12:05:41 | 13 | I'm going to represent to you that that is a |
| 12:05:43 | 14 | copy of Mr. Kistner's federal court lawsuit against |
| 12:05:47 | 15 | the City of Buffalo including the verification |
| 12:05:50 | 16 | page. |
| 12:05:50 | 17 | It's 54 pages in length. It was filed in |
| 12:05:56 | 18 | the Western District -- United States District |
| 12:05:57 | 19 | Court for the Western District of New York on |
| 12:06:00 | 20 | March 30th of 2018. As you sit here today, have |
| 12:06:04 | 21 | you ever seen that complaint before? |
| 12:06:05 | 22 | **A.** Yes. |
| 12:06:08 | 23 | **Q.** All right. It actually names you as a |

| 12:06:11 | 1 | defendant as the police commissioner of the City of |
| 12:06:13 | 2 | Buffalo; is that right? |
| 12:06:14 | 3 | **A.** Yes, but, again, my first name's |
| 12:06:16 | 4 | spelled wrong. |
| 12:06:17 | 5 | **Q.** Apologies for that. Did you review it |
| 12:06:20 | 6 | when it came in to you? |
| 12:06:21 | 7 | **A.** No. |
| 12:06:24 | 8 | **Q.** Did you know when it came in to you? |
| 12:06:27 | 9 | **A.** No. |
| 12:06:28 | 10 | **Q.** And do you know whether by the time |
| 12:06:34 | 11 | this complaint was filed a year after the notice of |
| 12:06:35 | 12 | complaint was filed, whether IAD had opened an |
| 12:06:38 | 13 | investigation into Mr. Kistner's complaints -- |
| 12:06:42 | 14 | multiple complaints of police misconduct relating |
| 12:06:44 | 15 | to his arrest? |
| 12:06:47 | 16 | **A.** No, I -- I had no idea -- |
| 12:06:48 | 17 | **Q.** Okay. |
| 12:06:49 | 18 | **A.** -- if they opened it up or not. |
| 12:06:50 | 19 | **Q.** And you still don't know, do you, as |
| 12:06:53 | 20 | you sit here today whether that investigation was |
| 12:06:55 | 21 | opened any time prior to March 30 of 2018, right? |
| 12:06:59 | 22 | **A.** Right. |
| 12:07:02 | 23 | **Q.** You don't know if it was opened any |

*Lockwood - Rupp, III - 10/14/20*

129

| | | |
|---|---|---|
| 12:07:04 | 1 | time in 2018, correct? |
| 12:07:06 | 2 | **A.**    Correct. |
| 12:07:06 | 3 | **Q.**    You don't know if it was opened any |
| 12:07:08 | 4 | time in 2019, do you? |
| 12:07:09 | 5 | **A.**    No. |
| 12:07:11 | 6 | **Q.**    And given the detailed allegations of |
| 12:07:18 | 7 | police misconduct where your department set forth |
| 12:07:23 | 8 | in this complaint, Mr. Lockwood, would it be of |
| 12:07:27 | 9 | concern to you to know that even after the |
| 12:07:31 | 10 | complaint was served on you and Mr. Derenda and the |
| 12:07:36 | 11 | City of Buffalo and four officers alleging |
| 12:07:39 | 12 | misconduct, that IAD did not open its investigation |
| 12:07:43 | 13 | into Mr. Kistner's complaints until sometime after |
| 12:07:46 | 14 | December of 2019? |
| 12:07:48 | 15 | **A.**    Did you say would that be a concern? |
| 12:07:56 | 16 | **Q.**    Yes. |
| 12:07:56 | 17 | **A.**    It would be a concern, yes. |
| 12:07:58 | 18 | **Q.**    And would that be in any way compliant |
| 12:08:00 | 19 | with the IAD protocol set forth in the MOP, to wait |
| 12:08:08 | 20 | that long to commence an investigation? |
| 12:08:14 | 21 | **A.**    It would be a problem. |
| 12:08:14 | 22 | **Q.**    And it would be a problem that you as |
| 12:08:14 | 23 | police commissioner would have the ability, if you |

| 12:08:19 | 1 | chose, to seek remedies and try to rectify, am I |
| 12:08:23 | 2 | right? |
| 12:08:27 | 3 | **A.** Yes. |
| 12:08:27 | 4 | **Q.** And as of the date of this deposition, |
| 12:08:30 | 5 | October 14 of 2020, you have done nothing to |
| 12:08:34 | 6 | ascertain why IAD did not open an investigation |
| 12:08:37 | 7 | based on either Exhibit 39, the Notice of Claim, or |
| 12:08:42 | 8 | Exhibit 40, the complaint; is that right? |
| 12:08:43 | 9 | **MS. HUGGINS:** Form. |
| 12:08:50 | 10 | **THE WITNESS:** Repeat that. |
| 12:08:52 | 11 | **BY MR. RUPP:** |
| 12:08:52 | 12 | **Q.** I'm sorry? |
| 12:08:53 | 13 | **A.** Can you repeat that question? |
| 12:08:55 | 14 | **MR. RUPP:** Could you read that back, Andrea? |
| | 15 | **THE REPORTER:** Sure. |
| | 16 | (The above-requested question was then read |
| 12:09:18 | 17 | by the reporter.) |
| 12:09:18 | 18 | **THE WITNESS:** I'm not going to say I haven't |
| 12:09:29 | 19 | done nothing. I heard the case and, you know, I -- |
| 12:09:37 | 20 | I was -- I heard the case and I was going by |
| 12:09:41 | 21 | exactly what was put in front of me. So -- |
| 12:09:43 | 22 | **BY MR. RUPP:** |
| 12:09:44 | 23 | **Q.** Well, I'm talking about the delay from |

*Lockwood - Rupp, III - 10/14/20*

131

| | | |
|---|---|---|
| 12:09:47 | 1 | either the incident itself, filing the Notice of |
| 12:09:50 | 2 | Claim in March of 2017, or the filing of the |
| 12:09:52 | 3 | complaint in March of '18. |
| 12:09:55 | 4 | Do you know why it took that long from those |
| 12:09:58 | 5 | three dates for you to sit down in August of 2020 |
| 12:10:02 | 6 | to go over the results of the investigation? |
| 12:10:04 | 7 | **A.**    The reason why is because it came to me |
| 12:10:10 | 8 | in August because the investigator had completed |
| 12:10:13 | 9 | the investigation and that's when it came in front |
| 12:10:16 | 10 | of me to review. |
| 12:10:18 | 11 | **Q.**    Right.  But do you know why it took |
| 12:10:19 | 12 | that long? |
| 12:10:20 | 13 | **A.**    Judging from the investigator, I mean, |
| 12:10:25 | 14 | talking to the investigator, investigator told me |
| 12:10:28 | 15 | that it took -- he couldn't get the complainant in |
| 12:10:32 | 16 | to get statements and that's why it took a while. |
| 12:10:41 | 17 | **Q.**    Okay.  Three and a half years? |
| 12:10:43 | 18 | **A.**    The investigator told me they wasn't |
| 12:10:49 | 19 | notified about the incident until it -- the Notice |
| 12:10:55 | 20 | of Claim. |
| 12:10:55 | 21 | **Q.**    But Mr. Lockwood, we've already |
| 12:10:57 | 22 | established that was March of 2017. |
| 12:11:00 | 23 | **MS. HUGGINS:**   Form. |

12:11:01 1        **BY MR. RUPP:**

12:11:02 2            **Q.**    Even if they got it a couple of days

12:11:05 3    after it was filed and served on the city, it would

12:11:08 4    still be April of 2017, right?

12:11:12 5            That's what they told you.  That's when they

12:11:14 6    learned of Mr. Kistner's allegations was from the

12:11:17 7    Notice of Claim and you know now when it was filed,

12:11:19 8    right?

12:11:20 9            **MS. HUGGINS:**  Form.

12:11:21 10           **THE WITNESS:**  I would have to look at the

12:11:22 11   file again.  Our file -- the internal affairs file

12:11:26 12   to really see when because from -- from --

         13           **BY MR. RUPP:**

         14           **Q.**    I'm going to show you that.

12:11:30 15           **A.**    -- from what they led me to is that

12:11:43 16   this -- that they didn't -- once they got the

12:11:46 17   Notice of Claim and, you know, I asked them what,

12:11:49 18   three years, and they were saying that well, we

12:11:52 19   just got this Notice of Claim from the -- from the

12:11:56 20   corporate counsel office.

12:11:58 21           **Q.**    But that's not how it's supposed to

12:12:00 22   work, right?

12:12:01 23           **A.**    What you mean?

12:12:02 1      Q.    They're supposed to give it over to IAD

12:12:04 2   immediately, aren't they?

12:12:05 3      A.    You have to talk with the corporate

12:12:09 4   counsel on that.

12:12:09 5      Q.    Well, I'm talking with the police

12:12:11 6   commissioner with the City of Buffalo.

12:12:11 7      A.    I would assume they would give it to

12:12:14 8   me, but if -- if something happened between there

12:12:16 9   and internal affairs office, I -- like I said, I

12:12:20 10  wasn't commissioner then.  So --

12:12:22 11     MR. RUPP:  Well, if you could mark that,

12:12:25 12  Andrea.

13  **The following was marked for Identification:**

14  **EXH. 41                   Letter dated 2/8/19.**

12:12:47 15     BY MR. RUPP:

12:12:53 16     Q.    Showing you what's been marked

12:12:55 17  Exhibit 41, Mr. Lockwood, a copy of a letter.  I

12:13:00 18  believe your name is -- is your name misspelled

12:13:03 19  again?  Is your name misspelled again?

12:13:08 20     A.    Yes.

12:13:09 21     Q.    Okay.  Apologies again.

12:13:11 22     MS. HUGGINS:  Before you proceed with

12:13:12 23  questioning, has this ever been provided to my

| | | |
|---|---|---|
| 12:13:14 | 1 | office? |
| 12:13:15 | 2 | **MR. RUPP:** I don't know. Did you ask for |
| 12:13:17 | 3 | it? I mean, it was certainly sent to the City of |
| 12:13:20 | 4 | Buffalo. I don't know if it's provided -- been |
| 12:13:21 | 5 | provided back to my office from your -- from your |
| 12:13:24 | 6 | files. |
| 12:13:25 | 7 | **MS. HUGGINS:** I don't believe I've ever seen |
| 12:13:28 | 8 | this before. I may be incorrect because I don't |
| 12:13:32 | 9 | have -- |
| 12:13:32 | 10 | **MR. RUPP:** Well, Mr. Kistner testified -- |
| 12:13:33 | 11 | **MS. HUGGINS:** Can we go off the record? I |
| | 12 | don't want to -- |
| | 13 | **MR. RUPP:** Oh. |
| 12:13:35 | 14 | **MS. HUGGINS:** -- belabor the record with |
| 12:13:36 | 15 | this. |
| 12:13:36 | 16 | **MR. RUPP:** Oh, all right. Sure. |
| 12:13:38 | 17 | **THE VIDEOGRAPHER:** Going off the record at |
| 12:13:39 | 18 | 12:13. |
| 12:13:39 | 19 | (Discussion off the record.) |
| 12:16:22 | 20 | **THE VIDEOGRAPHER:** Okay. We are going back |
| 12:16:26 | 21 | on the record, time is 12:16. |
| 12:16:30 | 22 | **BY MR. RUPP:** |
| 12:16:32 | 23 | **Q.** All right. Mr. Lockwood, have you ever |

*Lockwood - Rupp, III - 10/14/20*

135

| | | |
|---|---|---|
| 12:16:34 | 1 | seen a copy of Exhibit 41?  It was addressed to you |
| 12:16:43 | 2 | as the City of Buffalo police commissioner and has |
| 12:16:47 | 3 | a date of February 8, 2019.  Did you ever receive a |
| 12:16:51 | 4 | copy of that on or about that date? |
| 12:16:53 | 5 | **A.**   No. |
| 12:16:53 | 6 | **Q.**   All right.  In connection with |
| 12:16:55 | 7 | discovery demands served by my office on the City |
| 12:17:00 | 8 | of Buffalo and corporation counsel's office, did |
| 12:17:03 | 9 | you make a search or arrange to have a search made |
| 12:17:05 | 10 | of your files as police commissioner to identify |
| 12:17:09 | 11 | responsive documentation that was relevant to |
| 12:17:13 | 12 | Mr. Kistner's lawsuit against the city? |
| 12:17:15 | 13 | **A.**   No. |
| 12:17:15 | 14 | **Q.**   All right.  You've never been asked to |
| 12:17:17 | 15 | do that? |
| 12:17:17 | 16 | **A.**   No. |
| 12:17:17 | 17 | **Q.**   All right.  I'm going to make a request |
| 12:17:20 | 18 | of you on this record that you, following the end |
| 12:17:26 | 19 | of this deposition, go back to your office and |
| 12:17:28 | 20 | arrange for a search to be made for Mr. Kistner's |
| 12:17:32 | 21 | letter and any other documentation that is relevant |
| 12:17:36 | 22 | to Mr. Kistner's claim against the city and would |
| 12:17:39 | 23 | be responsive to our discovery demands. |

12:17:41 1      And I'd ask you to talk with Ms. Huggins

12:17:44 2  about what those demands were, would you do that

12:17:46 3  for me?

12:17:47 4      **A.**   Yes.

12:17:47 5      **Q.**   Okay.

12:17:48 6      **MS. HUGGINS:**  And I understand your -- your

12:17:50 7  request.  Off the record we had a discussion

12:17:57 8  regarding what has been marked as Exhibit 41.

12:18:00 9      I do not believe as I sit here without the

12:18:02 10  complete file in front of me, that I have ever

12:18:05 11  received a copy of this.  I do believe that would

12:18:07 12  be responsive to demands that the defendants have

12:18:09 13  made of plaintiff.

12:18:13 14      So I would ask at this time for any and all

12:18:17 15  correspondence from Mr. Kistner regarding this

12:18:20 16  incident that was directed to the City of Buffalo

12:18:22 17  or at any of the named defendants to be produced

12:18:25 18  likewise.

19      **BY MR. RUPP:**

12:18:26 20      **Q.**   And I will make that search and I'll

12:18:28 21  contact Mr. Kistner, but it's my understanding this

12:18:32 22  is the only letter that he ever sent to any of the

12:18:34 23  defendants or the city in any capacity in

| | | |
|---|---|---|
| 12:18:37 | 1 | connection with his complaints about the January 1, |
| 12:18:40 | 2 | 2017, incident.  So I think you have it, but I will |
| 12:18:42 | 3 | make further inquiry. |
| 12:18:45 | 4 | All right.  Mr. Lockwood, so -- I'm sorry, I |
| 12:18:52 | 5 | don't remember whether you actually answered this |
| 12:18:54 | 6 | question. |
| 12:18:54 | 7 | Have you ever seen this before in sum or |
| 12:18:57 | 8 | substance, this letter or maybe with a slightly |
| 12:18:59 | 9 | different date on it? |
| 12:19:00 | 10 | **A.**    I never seen this letter. |
| 12:19:02 | 11 | **Q.**    Okay.  If you had received this letter, |
| 12:19:04 | 12 | is that -- first of all, you mentioned 64 Franklin |
| 12:19:07 | 13 | Street I think as your -- or Court Street as your |
| 12:19:09 | 14 | address.  Would a letter addressed to you at 74 |
| 12:19:13 | 15 | Franklin Street get to you? |
| 12:19:16 | 16 | **MS. HUGGINS:**  Form. |
| 12:19:17 | 17 | **THE WITNESS:**  Yes. |
| 12:19:18 | 18 | **BY MR. RUPP:** |
| 12:19:18 | 19 | **Q.**    I mean, is that a police department |
| 12:19:20 | 20 | address? |
| 12:19:20 | 21 | **MS. HUGGINS:**  Well, form.  I mean -- |
| 12:19:26 | 22 | timeframe. |
| 12:19:28 | 23 | **MR. RUPP:**  Okay. |

12:19:28  1          **MS. HUGGINS:**  Yeah.

12:19:29  2          **BY MR. RUPP:**

12:19:29  3        **Q.**   2019, February in particular, would 74

12:19:34  4  Franklin -- does 74 Franklin Street ring a bell to

12:19:36  5  you?

12:19:36  6        **A.**   Yes.

12:19:36  7        **Q.**   What is it?

12:19:37  8        **A.**   Former police headquarters.

12:19:39  9        **Q.**   Former police headquarters?  Okay.

12:19:42 10  When did it move?

12:19:43 11        **A.**   We moved in, I believe, it was 2018.

12:19:48 12        **Q.**   Okay.  Would a letter sent in February

12:19:50 13  of 2019 to the former police headquarters have

12:19:53 14  gotten to you, do you know?

12:19:54 15        **A.**   I don't -- letters come.  I can't

12:20:03 16  say -- I -- I never seen this letter before.

12:20:05 17        **Q.**   Okay.  Will you take a moment to read

12:20:08 18  it?  Did you have a moment earlier to read it?

12:20:11 19        **A.**   No.

12:20:12 20        **Q.**   All right.  You can see that

12:20:14 21  Mr. Kistner asks that his letter be forwarded to

12:20:18 22  Internal Affairs Division immediately; is that

12:20:21 23  right?

12:20:21   1          MS. HUGGINS:  Why don't you take a moment

12:20:23   2   and -- and read it over.

12:20:52   3          THE WITNESS:  Okay.

12:20:53   4          BY MR. RUPP:

12:20:53   5          Q.   All right.  So in that letter he says

12:20:55   6   he's enclosing a copy of the complaint which we

12:20:58   7   marked as Exhibit 40, right?

12:20:58   8          A.   Yes.

12:20:58   9          Q.   And he's asking -- he's saying send

12:21:00  10   this on to IAD immediately, right?

12:21:03  11          A.   Yes.

12:21:03  12          Q.   And he's saying that let him know when

12:21:07  13   the investigation begins, right?

12:21:10  14          A.   Yes.

12:21:10  15          Q.   And if you need to speak with him about

12:21:13  16   the officers acts and omissions, right?

12:21:16  17          A.   Yes.

12:21:16  18          Q.   Now, my question to you is if you had

12:21:18  19   received that letter, Mr. Lockwood, would you have

12:21:20  20   done that, would you have forwarded his complaint

12:21:22  21   to IAD like you testified about earlier?

12:21:24  22          A.   Yes.

12:21:24  23          Q.   Okay.  And would you have expected that

*Lockwood - Rupp, III - 10/14/20*

140

| | | |
|---|---|---|
| 12:21:27 | 1 | an IAD investigation would have been commenced at |
| 12:21:30 | 2 | that time? |
| 12:21:30 | 3 | **A.** Yes. |
| 12:21:30 | 4 | **Q.** Okay. I want to play a clip for you |
| 12:21:39 | 5 | now. I'm going to ask you a question about it. Do |
| 12:21:50 | 6 | you know a Captain Rinaldo? |
| 12:21:52 | 7 | **A.** Yes. |
| 12:21:52 | 8 | **Q.** What is Captain Rinaldo's position with |
| 12:21:56 | 9 | the Buffalo Police Department, if any? |
| 12:21:58 | 10 | **A.** He's my chief of staff. |
| 12:22:17 | 11 | **MR. RUPP:** Okay. Tyler, I may need you to |
| 12:22:19 | 12 | do your thing with the -- |
| 12:22:21 | 13 | **THE VIDEOGRAPHER:** Sure. |
| 12:22:21 | 14 | **MR. RUPP:** -- video. I'll see if I can get |
| 12:22:23 | 15 | it up and running. |
| 12:22:24 | 16 | **MS. HUGGINS:** I'd ask that the video be |
| 12:22:26 | 17 | marked as an exhibit. |
| 12:22:27 | 18 | **MR. RUPP:** Yeah. All right. That's fine. |
| 12:22:33 | 19 | Can you mark that? Probably on the metal part, the |
| 12:22:36 | 20 | silver part. |
| 12:22:38 | 21 | **THE REPORTER:** Do you want to go off the |
| 12:22:39 | 22 | record for this? |
| 12:22:41 | 23 | **THE VIDEOGRAPHER:** Yeah, let's go off the |

12:22:43  1   record.  All right.  Going off the record at 12:22.

2   **The following was marked for Identification:**

3   **EXH. 42              USB flash drive.**

12:24:18  4        THE VIDEOGRAPHER:  All right.  Going back on

12:24:20  5   the record, time is 12:24.

6        BY MR. RUPP:

12:24:25  7        Q.   All right.  Mr. Lockwood, we have

12:24:27  8   marked Exhibit 42 as an exhibit in this case for

12:24:32  9   identification purposes.  It's a USB flash drive

12:24:35  10  that contains a single file and that file name is

12:24:40  11  20-10-14-08-48-28[1]_segment_0_WMV, apparently

12:24:57  12  there's some additional information after that, V9.

12:25:07  13       All right.  And I would like to play part of

12:25:10  14  that for you and before I do that, if you would

12:25:15  15  take a look at the screen above my head.

12:25:20  16       Can you tell me if you recognize the

12:25:23  17  individual who is seated there in the sport jacket

12:25:28  18  and the blue button-down shirt?

12:25:30  19       A.   Captain Jeff Rinaldo.

12:25:31  20       Q.   And, again, what is Mr. Captain Rinaldo's

12:25:35  21  position with the Buffalo Police Department?

12:25:37  22       A.   He's my chief of staff.

12:25:38  23       Q.   Okay.  And he -- does he sometimes

12:25:41 1    serve as a spokesman for your office?

12:25:44 2        **A.**    Yes.

12:25:44 3        **Q.**    And as part of his role, does he

12:25:46 4    sometimes give media interviews?

12:25:48 5        **A.**    Yes.

12:25:48 6        **Q.**    And does he tell the truth in those

12:25:50 7    media interviews?

12:25:51 8        **A.**    Yes.

12:25:51 9        **Q.**    Is he ever instructed by you to tell

12:25:54 10   anything other than the truth to the media about

12:25:57 11   the Buffalo Police Department and its workings?

12:26:00 12       **A.**    He was always instructed to tell the

12:26:03 13   truth.

12:26:03 14       **Q.**    Okay.  And you would expect him to?

12:26:05 15       **A.**    Yes.

12:26:05 16       **Q.**    Okay.

12:26:05 17       **MS. HUGGINS:**  When we were off the record a

12:26:08 18   moment earlier, I made a request for all statements

12:26:09 19   by City of Buffalo employees that were intended to

12:26:12 20   be used in discovery in this process.

12:26:14 21       I was handed a USB that counsel's

12:26:18 22   represented that contain this -- this file, but I

12:26:20 23   would just --

*Lockwood - Rupp, III - 10/14/20*

143

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|           | 1  | **MR. RUPP:**  Yeah.                                              |
| 12:26:20  | 2  | **MS. HUGGINS:**  -- again, renew that discovery                 |
|           | 3  | request.                                                         |
|           | 4  | **BY MR. RUPP:**                                                 |
| 12:26:24  | 5  | Q.   Okay.  I'm going to play a segment for                      |
| 12:26:26  | 6  | you, Mr. Lockwood, and ask you to listen to what                |
| 12:26:30  | 7  | Mr. Rinaldo had to say on a WIVB broadcast                      |
| 12:26:36  | 8  | television news segment that was run by that                    |
| 12:26:38  | 9  | channel sometime in February of 2020.                           |
| 12:26:46  | 10 | **MS. HUGGINS:**  And the record should reflect                 |
| 12:26:48  | 11 | that you're beginning at --                                     |
| 12:26:49  | 12 | **MR. RUPP:**  I'm sorry.                                        |
| 12:26:50  | 13 | **MS. HUGGINS:**  -- one -- one minute and                      |
| 12:26:52  | 14 | 40 seconds.                                                     |
|           | 15 | **BY MR. RUPP:**                                                 |
| 12:26:53  | 16 | Q.   One minute and 38 seconds is where                         |
| 12:26:55  | 17 | we're going to start it.                                        |
| 12:27:00  | 18 | "There's an internal affairs case that was                      |
| 12:27:04  | 19 | opened up which is customary practice any time                  |
| 12:27:06  | 20 | there's some type of civil litigation concerning a              |
| 12:27:08  | 21 | Buffalo police officer."                                        |
| 12:27:11  | 22 | All right.  Did you catch that, Mr. Lockwood?                    |
| 12:27:13  | 23 | A.   Mm-hmm.  Yes.                                               |

*Lockwood - Rupp, III - 10/14/20*

144

```
12:27:14   1        Q.    I'm going to just play for you another
12:27:17   2   segment.  This one's going to start at 1:56.
12:27:30   3        "From the department's standpoint, we still
12:27:32   4   have to investigate now what exactly happened.
12:27:35   5   You -- you can't defend yourself in a civil lawsuit
12:27:37   6   and not have any type of internal investigation to
12:27:40   7   determine exactly what the circumstances were
12:27:43   8   surrounding the incident."
12:27:46   9        Okay.  Mr. Lockwood, is what Captain Rinaldo
12:27:51  10   said to the Channel 4 reporter in that interview
12:27:57  11   accurate in terms of your expectations for IAD
12:28:04  12   investigations to commence when a lawsuit is
12:28:06  13   commenced against the City of Buffalo?
          14        MS. HUGGINS:  Form.
12:28:09  15        THE WITNESS:  Yes.
12:28:09  16        BY MR. RUPP:
12:28:09  17        Q.    Okay.  And do you, as you sit here,
12:28:13  18   know whether that was actually done in this case?
12:28:16  19        A.    Was an investigation --
12:28:21  20        Q.    Commenced --
12:28:22  21        A.    -- commenced?
12:28:23  22        Q.    -- with the commencement of the
12:28:25  23   lawsuit, the filing and Notice of Claim?
```

*Lockwood - Rupp, III - 10/14/20*

145

| | | |
|---|---|---|
| 12:28:26 | 1 | **A.**   Yes. |
| 12:28:29 | 2 | **Q.**   Okay.  And how do you know that? |
| 12:28:30 | 3 | **A.**   When they brought the case in front of |
| 12:28:33 | 4 | me. |
| 12:28:33 | 5 | **Q.**   Okay.  And that was what they -- they |
| 12:28:35 | 6 | told you they commenced it shortly after the filing |
| 12:28:37 | 7 | of the Notice of Claim.  I think you testified to |
| 12:28:39 | 8 | that earlier, right? |
| 12:28:40 | 9 | **A.**   Yes. |
| 12:28:40 | 10 | **MS. HUGGINS:**  Form. |
| 12:28:41 | 11 | **BY MR. RUPP:** |
| 12:28:41 | 12 | **Q.**   Okay.  And I'm asking you if you know |
| 12:28:43 | 13 | whether that was true or not.  Not what you were |
| 12:28:45 | 14 | told.  Was that true? |
| 12:28:46 | 15 | **A.**   If they told me that, then I took it to |
| 12:28:50 | 16 | be true. |
| 12:28:50 | 17 | **Q.**   Okay.  But my question's slightly |
| 12:28:52 | 18 | different, Mr. Lockwood.  Do you know whether that |
| 12:28:55 | 19 | was true or not? |
| 12:28:56 | 20 | **A.**   I have no other reason to think that it |
| 12:29:08 | 21 | was not true. |
| 12:29:09 | 22 | **Q.**   Well -- |
| 12:29:09 | 23 | **A.**   They -- they weren't being truthful. |

| | | |
|---|---|---|
| 12:29:12 | 1 | **Q.**   All right.   Would -- would the date |
| 12:29:13 | 2 | that the IAD investigation was opened be reflected |
| 12:29:17 | 3 | on the paperwork that you reviewed in August of |
| 12:29:19 | 4 | 2020 when you had the sit down with the IAD |
| 12:29:24 | 5 | lieutenant? |
| 12:29:25 | 6 | **A.**   I'm -- I'm trying to think back to |
| 12:29:34 | 7 | that. |
| 12:29:37 | 8 | **Q.**   Well, to that one or any other one.   Do |
| 12:29:40 | 9 | you know if the date the file was opened is |
| 12:29:42 | 10 | reflected on any of the paperwork? |
| 12:29:44 | 11 | **A.**   It should be reflected on -- |
| | 12 | **Q.**   All right. |
| 12:29:46 | 13 | **A.**   -- the paperwork in the file, yes. |
| 12:29:47 | 14 | **Q.**   Well, we're going to look at that in |
| 12:29:49 | 15 | just a moment and see if it is.   I don't know the |
| 12:29:51 | 16 | answer myself. |
| 12:29:52 | 17 | But if I told you that the City of Buffalo |
| 12:29:55 | 18 | Police Department's IAD did not commence an |
| 12:29:59 | 19 | investigation of Mr. Kistner's allegations until |
| 12:30:02 | 20 | after WIVB ran a news report on his complaints in |
| 12:30:07 | 21 | December of '19 -- December of 2019, would you have |
| 12:30:10 | 22 | any reason to disagree with me? |
| 12:30:15 | 23 | **A.**   If the paperwork reflect that and -- |

*Lockwood - Rupp, III - 10/14/20*

147

12:30:18  1   no, I -- no.

12:30:19  2         **Q.**    Okay.  Now, who was the IAD

12:30:33  3   investigator with whom you met in August of 2020

12:30:37  4   relating to Mr. Kistner's complaint?

12:30:39  5         **A.**    Lieutenant Louis Kelly.

12:30:41  6         **Q.**    And do you know -- is it detective

12:30:45  7   Louis Kelly or lieutenant?

12:30:46  8         **A.**    Lieutenant.

12:30:47  9         **Q.**    Do you know -- did you know

12:30:49 10   Lieutenant Kelly before that time?

12:30:50 11         **A.**    Yes.

12:30:52 12         **Q.**    And do you know how long he's been with

12:30:55 13   IAD?

12:30:55 14         **A.**    No.

12:30:58 15         **Q.**    Okay.

12:30:59 16         **A.**    No, I don't know.

12:31:01 17         **Q.**    And did Lieutenant Kelly present you

12:31:04 18   with items and materials to review from his

12:31:10 19   investigation?

12:31:10 20         **A.**    Before we had file review?

12:31:15 21         **Q.**    Well -- okay.  I'll ask -- yeah, sure.

12:31:17 22   Before you had the file review, did he give you

12:31:19 23   anything?

*Lockwood - Rupp, III - 10/14/20*

148

12:31:20  1        A.   No.

12:31:20  2        Q.   Okay.  At the file review did he give

12:31:22  3   you anything?

12:31:23  4        A.   He -- no, he had the file there and he

12:31:29  5   told me what the investigation was about.

12:31:34  6        Q.   All right.  Now, last night just before

12:31:39  7   5 o'clock, Ms. Huggins provided me with materials

12:31:43  8   that appear to be from the IAD file that you went

12:31:50  9   over with Lieutenant Kelly.

12:31:52 10        Were you aware that that disclosure was in

12:31:55 11   process to us last evening, October 13, 2020?

12:31:59 12        A.   No.

12:32:03 13        **MR. RUPP:**  All right.  I went through it

12:32:04 14   rather than try to cancel your deposition here

12:32:07 15   today to give you more time.  So I'm going to ask

12:32:11 16   that this be marked as Exhibit 42.

         17        **THE REPORTER:**  I think it's 43, isn't it --

         18        **MR. RUPP:**  Is it?

         19        **THE REPORTER:**  -- or no?  Wasn't that 42?

         20        **MR. RUPP:**  You're right.

         21        **THE REPORTER:**  Okay.

         22        **MR. RUPP:**  Thank you.

         23        **THE REPORTER:**  Yeah, you're welcome.

1    **The following was marked for Identification:**

2    **EXH. 43              Case index.**

12:32:41  3          BY MR. RUPP:

12:33:04  4          Q.    Mr. Lockwood, have you seen Exhibit 43

12:33:08  5    before?

12:33:09  6          A.    In the case file, yes.

12:33:10  7          Q.    All right.  And this was the case file

12:33:12  8    that you reviewed with Lieutenant Kelly from IAD in

12:33:15  9    August of 2020; is that right?

12:33:17 10          A.    Yes.

12:33:17 11          Q.    All right.  Now, the first thing I want

12:33:19 12    to direct you to is the bracketed information at

12:33:24 13    the top of the form that says case index IAD case

12:33:29 14    EC2019-46.  Do you see that?

12:33:33 15          A.    Yes.

12:33:33 16          Q.    Do you know what EC2019-046 means?

12:33:39 17          A.    No.

12:33:45 18          Q.    All right.  Do you recognize that as

12:33:48 19    the IAD case file number?

12:33:51 20          A.    Yes, I recognize that's a case number.

12:33:55 21    They use different letters --

12:33:58 22          Q.    And do you know what EC stands for?

12:34:00 23          A.    Internal complaint.

*Lockwood - Rupp, III - 10/14/20*

150

12:34:06  1        Q.    All right.  In what way --

12:34:07  2        A.    I'm not sure -- I'm not sure if that's

12:34:09  3   what that means, though.

12:34:11  4        Q.    Okay.

12:34:11  5        A.    I want to be clear about that.  I'm not

12:34:13  6   sure.

12:34:13  7        Q.    Now, there appears to be -- the

12:34:16  8   numbers 2019 appear to refer to a year, 2019.  Do

12:34:22  9   you agree or disagree?

12:34:23 10        A.    I agree.

12:34:24 11        Q.    And would that be the year that the

12:34:26 12   file was opened and would the suffix 046 be the

12:34:30 13   number of the IAD file that was commenced in that

12:34:33 14   year?

12:34:33 15        A.    Yes.

12:34:33 16        Q.    All right.  So looking at this now,

12:34:38 17   Mr. Lockwood, do you have an understanding that the

12:34:41 18   IAD investigation file was not commenced until

12:34:46 19   sometime in 2019?

12:34:48 20        A.    Yes.

12:34:49 21        Q.    And do you understand that it was not

12:34:51 22   commenced until after 45 other IAD complaints had

12:34:56 23   already been opened in that calendar year?

12:35:00  1          A.    Yes.

12:35:01  2          Q.    Do you know how many IAD complaints

12:35:03  3   there were total for all of 2019?

12:35:06  4          A.    No.

12:35:06  5          Q.    All right.  Do you know how many IAD

12:35:09  6   complaints there are in an average year in the

12:35:12  7   Buffalo Police Department?

12:35:12  8          A.    It varies.

12:35:19  9          Q.    Would you believe this to be later in

12:35:22  10  the year 2019, specifically December of 2019, after

12:35:27  11  Channel 4 ran its report on Mr. Kistner's

12:35:30  12  allegations and showed the video of his accident?

12:35:33  13         A.    Can you rephrase?  Are you asking --

12:35:45  14  rephrase the question.

12:35:46  15         Q.    Yeah.  Based on the suffix of 46, do

12:35:49  16  you believe that it is at least possible that this

12:35:51  17  IAD file number was not opened until sometime in

12:35:54  18  December of 2019 after Channel 4 ran the report

12:35:59  19  showing Mr. Kistner being struck by the police SUV?

12:36:02  20         A.    I can't say that it was opened after

12:36:08  21  they ran the report.  I'm not sure.

12:36:09  22         Q.    You can't say for sure?

12:36:11  23         A.    Right.

12:36:12   1        **Q.**    But we do know that 45 other IAD

12:36:15   2   complaints had been opened, right?

12:36:17   3        **A.**    Yes.

12:36:17   4        **Q.**    I mean, there's certainly not 45 open

12:36:20   5   in a single month, right?

12:36:21   6        **A.**    Right.

12:36:22   7        **Q.**    That would be a disaster for your

12:36:23   8   department, right?

12:36:24   9        **MS. HUGGINS:**   Form.

12:36:25  10        **THE WITNESS:**   It wouldn't be good.

12:36:26  11        **BY MR. RUPP:**

12:36:27  12        **Q.**    Okay. All right. So fair to say this

12:36:29  13   is sometime into 2019 that we would get up to a

12:36:33  14   count of 46 different IAD investigations, right?

12:36:37  15        **A.**    Yes.

12:36:37  16        **Q.**    And probably in the latter half of the

12:36:39  17   year, right?

12:36:39  18        **A.**    Again, I don't know what part of the

12:36:43  19   year we was at --

         20        **Q.**    Okay.

12:36:47  21        **A.**    -- with 46.

12:36:47  22        **Q.**    But you could find out, couldn't you?

12:36:48  23        **A.**    Yeah, I can go back and find out.

12:36:50  1      Q.    I mean, you could go back to your

12:36:50  2  office, you could make a call over to the inspector

12:36:53  3  who heads-up IAD and you could say I want to know

12:36:56  4  when that Kistner file was open for the first time

12:37:00  5  at IAD, couldn't you do that?

12:37:01  6      A.    Yes.

12:37:01  7      Q.    All right.  And if you found out that

12:37:04  8  it wasn't open until December of 2019, three and a

12:37:09  9  half years after the incident, three and a half

12:37:12 10  years after the Notice of Claim, and two and a half

12:37:14 11  years after the lawsuit, and two years after

12:37:19 12  Mr. Kistner wrote his letter, you would have

12:37:22 13  concerns about that, would you not?

12:37:23 14      A.    Yes.

12:37:23 15      **MS. HUGGINS:**  Form.

12:37:24 16      **BY MR. RUPP:**

12:37:25 17      Q.    Now, I want to ask you the information

12:37:28 18  that's listed on this, it appears to be one page

12:37:31 19  only and that was how it was disclosed by

12:37:34 20  Ms. Huggins to my office.

12:37:36 21      Is this all of the information that you went

12:37:38 22  over with Lieutenant Kelly in August of 2020

12:37:40 23  relative to Mr. Kistner's IAD case?

| | | |
|---|---|---|
| 12:37:43 | 1 | **A.** Yes. |
| 12:37:44 | 2 | **Q.** All right. I've noticed on there that |
| 12:37:47 | 3 | I do not see, Mr. Lockwood, that it references the |
| 12:37:52 | 4 | video of the actual incident and Mr. Kistner being |
| 12:37:56 | 5 | struck. Did you ever view that video? |
| 12:37:58 | 6 | **A.** No. I saw it -- are you saying did |
| 12:38:08 | 7 | internal affairs -- |
| 12:38:08 | 8 | **Q.** Yeah. |
| 12:38:08 | 9 | **A.** -- show the video to me? |
| 12:38:10 | 10 | **Q.** Yeah. Did internal affairs show you |
| 12:38:13 | 11 | the video? |
| 12:38:13 | 12 | **A.** No, I didn't -- I saw it on the news, I |
| 12:38:18 | 13 | believe it was, which you was showing up there. |
| 12:38:20 | 14 | **Q.** Before or after you sat down with |
| 12:38:23 | 15 | Lieutenant Kelly? |
| 12:38:24 | 16 | **A.** Let me think. I can't -- I want to say |
| 12:38:40 | 17 | before. |
| 12:38:42 | 18 | **Q.** Well, did you review it as -- to |
| 12:38:46 | 19 | determine whether Mr. Kistner's allegations were |
| 12:38:50 | 20 | true or false, that he was struck by the SUV |
| 12:38:53 | 21 | operated by Officer Lauren McDermott? |
| 12:38:57 | 22 | **A.** Did I what? Can you say it again? |
| 12:39:02 | 23 | **Q.** Mr. Lockwood, you were aware that |

| | |
|---|---|
| 12:39:04 | 1 |

Mr. Kistner claimed --

12:39:04  2       **A.**    Right.

12:39:05  3       **Q.**    -- that Officer Lauren McDermott

12:39:07  4  negligently struck him with the SUV, right?

12:39:10  5       **A.**    Mm-hmm.  Yes.

12:39:12  6       **Q.**    Is that a yes?

12:39:13  7       **A.**    Yes, yes.

12:39:13  8       **Q.**    And you were aware that

12:39:16  9  Officer McDermott claimed that he threw himself at

12:39:19  10  the SUV trying to hurt himself or it?

12:39:22  11       **A.**    Yes.

12:39:22  12       **Q.**    Okay.  You knew that was one of the

12:39:25  13  significant issues that was part of the IAD

12:39:28  14  investigation was who was telling the truth, right?

12:39:30  15       **A.**    Yes.

12:39:30  16       **Q.**    And are you telling me that in the

12:39:32  17  course of reviewing the IAD file with

12:39:34  18  Lieutenant Kelly, you didn't look at the video to

12:39:37  19  see who was telling the truth?

12:39:39  20       **A.**    I saw the video.  I saw the video on --

12:39:43  21       **Q.**    So what was -- what was your

12:39:45  22  conclusion?

12:39:45  23       **A.**    My conclusion was that it -- I couldn't

| | | |
|---|---|---|
| 12:39:50 | 1 | actually say that she intentionally hit the man |
| 12:39:57 | 2 | with the vehicle. |
| 12:39:58 | 3 | **Q.** Well, did she negligently hit the man |
| 12:40:01 | 4 | with the vehicle? |
| 12:40:02 | 5 | **A.** I -- that I -- with the -- from the |
| 12:40:04 | 6 | investigation, it never showed that she was |
| 12:40:09 | 7 | negligent or that she intentionally hit him. |
| 12:40:11 | 8 | And -- and from what I see -- saw in the video, I |
| 12:40:16 | 9 | couldn't -- couldn't determine. |
| 12:40:18 | 10 | **Q.** Well, you could see that she hit him |
| 12:40:21 | 11 | with a moving SUV and knocked him to the ground, |
| 12:40:25 | 12 | right? |
| 12:40:25 | 13 | **MS. HUGGINS:** Form. |
| 12:40:25 | 14 | **THE WITNESS:** I can see that he was next to |
| 12:40:35 | 15 | the vehicle and all I seen was him go back. And, |
| 12:40:40 | 16 | you know, it wasn't like -- I couldn't determine if |
| 12:40:44 | 17 | she negligently or intentionally hit him with the |
| 12:40:46 | 18 | vehicle. I just couldn't determine that. |
| 12:40:48 | 19 | **BY MR. RUPP:** |
| 12:40:49 | 20 | **Q.** Okay. Could you tell whether she hit |
| 12:40:51 | 21 | him at all with the vehicle, whether negligently, |
| 12:40:53 | 22 | intentionally, or some other way? |
| 12:40:55 | 23 | **A.** It was -- no, I couldn't -- I |

| | | |
|---|---|---|
| 12:40:56 | 1 | couldn't -- I couldn't tell. |
| 12:40:58 | 2 | **Q.** You couldn't tell? |
| 12:40:59 | 3 | **A.** No. |
| 12:41:16 | 4 | **Q.** All right. I'm going to show you that |
| 12:41:20 | 5 | video, Mr. Lockwood, again which was marked |
| 12:41:23 | 6 | Exhibit 11 at an earlier deposition and was gone |
| 12:41:28 | 7 | over with every officer who was at the scene that |
| 12:41:30 | 8 | day. |
| 12:41:31 | 9 | **A.** Mm-hmm. |
| 12:41:31 | 10 | **Q.** And I'm going to ask you some questions |
| 12:41:36 | 11 | about what you see in that video. All right. |
| 12:41:58 | 12 | Mr. Lockwood, can you see what's depicted on the |
| 12:42:00 | 13 | video screen above my head? |
| 12:42:03 | 14 | **A.** Yes. |
| 12:42:04 | 15 | **Q.** Okay. |
| 12:42:04 | 16 | **A.** It's very distorted, though. |
| 12:42:05 | 17 | **Q.** Sure. It's a surveillance video, |
| 12:42:07 | 18 | right? |
| 12:42:08 | 19 | **A.** I don't know what the -- where that |
| 12:42:12 | 20 | video -- you said surveillance video? |
| 12:42:14 | 21 | **Q.** You don't recognize that as a |
| 12:42:15 | 22 | surveillance video with camera angle and the |
| 12:42:18 | 23 | notation on top? |

12:42:19  1      **A.**    Yeah.  Yeah, I mean --

12:42:20  2      **Q.**    Okay.

12:42:20  3      **A.**    Yeah, it's a video.

12:42:22  4      **Q.**    Okay.  Now, do you see the two City of

12:42:25  5  Buffalo black-and-white police SUVs parked side by

12:42:29  6  side there on Schmarbeck Avenue?

12:42:31  7      **MS. HUGGINS:**  Can we just identify the

12:42:32  8  exhibit for the record?

12:42:34  9      **MR. RUPP:**  I did.  It's Exhibit 11 marked at

12:42:37 10  a prior deposition.

12:42:38 11      **MS. HUGGINS:**  I -- I apologize, I didn't

12:42:39 12  hear that.

12:42:40 13      **BY MR. RUPP:**

12:42:40 14      **Q.**    Okay.  Mr. Lockwood, do you see two

         15  police vehicles parked in that street, Schmarbeck

12:42:43 16  Avenue?

12:42:43 17      **A.**    Yes.

12:42:44 18      **Q.**    And do you recognize that Schmarbeck is

12:42:46 19  being within the jurisdictional boundaries of C

12:42:49 20  district?

12:42:49 21      **A.**    Yes.

12:42:50 22      **Q.**    All right.  And do you see an

12:42:52 23  individual approaching the SUV that's parked in the

*Lockwood - Rupp, III - 10/14/20*

159

| | | |
|---|---|---|
| 12:42:56 | 1 | middle of the street? |
| 12:42:57 | 2 | **A.**   Yes. |
| 12:42:57 | 3 | **Q.**   All right.  I'm going to represent to |
| 12:42:59 | 4 | you that that's Mr. Kistner.  Do you have any |
| 12:43:00 | 5 | reason to disagree with me? |
| 12:43:03 | 6 | **A.**   No. |
| 12:43:03 | 7 | **Q.**   And you've seen this video before, |
| 12:43:05 | 8 | right? |
| 12:43:05 | 9 | **A.**   Mm-hmm.  Yes. |
| 12:43:05 | 10 | **Q.**   Is that a yes? |
| 12:43:06 | 11 | **A.**   Yes.  Yes, I'm sorry. |
| 12:43:07 | 12 | **Q.**   And you know that's Mr. Kistner, right? |
| 12:43:08 | 13 | **A.**   Yes. |
| 12:43:09 | 14 | **Q.**   Okay.  There's no dispute about that, |
| 12:43:11 | 15 | is there? |
| 12:43:11 | 16 | **A.**   No. |
| 12:43:12 | 17 | **Q.**   Okay.  So I want you to watch |
| 12:43:15 | 18 | Mr. Kistner as the first police SUV pulls away.  Do |
| 12:43:21 | 19 | you see that police SUV went by him and proceeded |
| 12:43:24 | 20 | down Schmarbeck? |
| 12:43:25 | 21 | **A.**   Mm-hmm. |
| 12:43:26 | 22 | **Q.**   Is that a yes? |
| 12:43:26 | 23 | **A.**   Yes.  Sorry. |

*Lockwood - Rupp, III - 10/14/20*

160

| | | |
|---|---|---|
| 12:43:27 | 1 | Q. All right. Do you still see |
| 12:43:28 | 2 | Mr. Kistner in the street? |
| 12:43:29 | 3 | A. Yes. |
| 12:43:30 | 4 | Q. Do you see the other police SUV? |
| 12:43:31 | 5 | A. Yes. |
| 12:43:32 | 6 | Q. Do you know who was operating the |
| 12:43:33 | 7 | second police SUV? |
| 12:43:37 | 8 | A. The report -- McDermott. |
| 12:43:41 | 9 | Q. McDermott. Do you know whether she had |
| 12:43:44 | 10 | a passenger or not? |
| 12:43:46 | 11 | A. Jenny Velez. |
| 12:43:48 | 12 | Q. Who's now a lieutenant, right? |
| 12:43:50 | 13 | A. Yes. |
| 12:43:50 | 14 | Q. At the time was a patrol officer, |
| 12:43:52 | 15 | correct? |
| 12:43:52 | 16 | A. Yes. |
| 12:43:52 | 17 | Q. Do you know who's in the first SUV |
| 12:43:54 | 18 | that's depicted in the -- more to the right of the |
| 12:43:57 | 19 | screen? |
| 12:43:57 | 20 | A. Schultz and I -- pronunciation for the |
| 12:44:06 | 21 | guy -- the other guy begin with an M. I can't |
| 12:44:08 | 22 | think of his name right now. |
| 12:44:08 | 23 | Q. Moriarity? |

12:44:09  1          **A.**     Moriarity, yeah.

12:44:11  2          **Q.**     And Moriarity was on probation, right,

12:44:13  3   being trained?

12:44:14  4          **A.**     That I'm not sure.

12:44:16  5          **Q.**     Okay.  And Schultz is in the

12:44:18  6   passenger's seat of that front SUV?

12:44:20  7          **A.**     Yes.

12:44:20  8          **Q.**     All right.  Do you know Officer Schultz?

12:44:22  9          **A.**     I know him.  Yeah, I know him from

12:44:27 10   the -- just the job officer.

12:44:28 11          **Q.**     Do you know him from any other issues

12:44:32 12   that Officer Schultz has had with citizen

12:44:37 13   complaints against him for excessive force?

12:44:39 14          **A.**     Since I've been commissioner, I haven't

12:44:51 15   had no excessive force complaints on him.

12:44:56 16          **Q.**     You know that Officer Schultz was

12:44:58 17   the -- was the officer who was involved in that

12:44:59 18   shooting that resulted in a four and a half million

12:45:02 19   dollar settlement against the City of Buffalo,

12:45:06 20   right?

         21          **A.**     Yes.

12:45:06 22          **Q.**     Are you aware that Officer Schultz is

12:45:09 23   in the top 10 percent list of excessive force

*Lockwood - Rupp, III - 10/14/20*

162

| | | |
|---|---|---|
| 12:45:12 | 1 | complaints against City of Buffalo police officers? |
| 12:45:14 | 2 | A.    I'm not aware of that. |
| 12:45:17 | 3 | Q.    Are you aware that he's on the top 10 |
| 12:45:19 | 4 | percent list for complaints generally against City |
| 12:45:21 | 5 | of Buffalo police officers? |
| 12:45:23 | 6 | A.    No. |
| 12:45:26 | 7 | Q.    All right.  I want you to continue to |
| 12:45:28 | 8 | watch that video as Mr. Kistner approaches the |
| 12:45:32 | 9 | second SUV. |
| 12:45:33 | 10 | And I want you to pay particular attention |
| 12:45:35 | 11 | to whether the SUV is in motion going forward when |
| 12:45:40 | 12 | contact is made with Mr. Kistner.  Were you able to |
| 12:45:49 | 13 | see that, Mr. Lockwood? |
| 12:45:50 | 14 | A.    Mm-hmm. |
| 12:45:51 | 15 | Q.    Is that a yes? |
| 12:45:52 | 16 | A.    Yes.  I'm sorry. |
| 12:45:53 | 17 | Q.    My question is at the time of contact |
| 12:45:55 | 18 | between the SUV and Mr. Kistner, was the police SUV |
| 12:45:59 | 19 | in motion going forward towards him? |
| 12:46:01 | 20 | A.    Yes. |
| 12:46:02 | 21 | Q.    All right.  And based on what you told |
| 12:46:04 | 22 | me earlier, that would absolutely then be a police |
| 12:46:08 | 23 | vehicle involved accident that would trigger a |

*Lockwood - Rupp, III - 10/14/20*

163

| | | |
|---|---|---|
| 12:46:12 | 1 | radio call to dispatch, a lieutenant, the Accident |
| 12:46:17 | 2 | Investigation Unit, and IAD all going to the scene, |
| 12:46:19 | 3 | correct? |
| 12:46:19 | 4 | **A.**   Yes. |
| 12:46:20 | 5 | **Q.**   Do you know if any of that happened in |
| 12:46:23 | 6 | connection with Mr. Kistner's incident as depicted |
| 12:46:25 | 7 | in the video marked as Exhibit 11? |
| 12:46:27 | 8 | **A.**   No. |
| 12:46:28 | 9 | **Q.**   Do you know whether it did or didn't |
| 12:46:30 | 10 | happen? |
| 12:46:31 | 11 | **A.**   In the files it didn't -- no, it didn't |
| 12:46:35 | 12 | happen.  I don't know internal affairs -- I -- no. |
| 12:46:39 | 13 | **Q.**   All right.  You knew that in August of |
| 12:46:41 | 14 | 2020 that that incident that's depicted in that |
| 12:46:45 | 15 | video that you saw at some point was never reported |
| 12:46:49 | 16 | to the lieutenant, to IAD, or to the AIU to perform |
| 12:46:54 | 17 | the types of investigations that we spoke about at |
| 12:46:56 | 18 | length earlier today, correct? |
| 12:46:58 | 19 | **A.**   Correct. |
| 12:46:58 | 20 | **Q.**   What corrective actions did you take or |
| 12:47:02 | 21 | discipline did you impose against the officers who |
| 12:47:05 | 22 | did not report that incident as required by the |
| 12:47:07 | 23 | MOP? |

| | | | |
|---|---|---|---|
| 12:47:07 | 1 | **A.** | None. |
| 12:47:12 | 2 | **Q.** | None at all? |
| 12:47:13 | 3 | **A.** | Mm-hmm. |
| 12:47:14 | 4 | **Q.** | Is that a yes? |
| 12:47:15 | 5 | **A.** | That's a yes. |
| 12:47:16 | 6 | **Q.** | To this day, you've done nothing? |
| 12:47:18 | 7 | **A.** | I have not -- not -- no. |

12:47:21　8　　　**Q.**　Complete violation of police procedures

12:47:25　9　that you told me about earlier, isn't that right?

12:47:28　10　　**A.**　I wouldn't say it's complete violations.

12:47:43　11　　**Q.**　A moving SUV striking a pedestrian,

12:47:46　12　isn't it, Mr. Lockwood?

12:47:47　13　　**A.**　The pedestrian to me looked as if he

12:47:50　14　was approaching coming on the vehicle.  They

12:47:52　15　stopped.  That vehicle stopped as soon as it --

12:47:57　16　he -- he walked up.  It may have hit him or

12:48:01　17　whatever, but he was also in motion too moving

12:48:05　18　towards that vehicle.

12:48:06　19　　**Q.**　That's right.  Sometimes when vehicles

12:48:08　20　and pedestrians of vehicles collide they're both

12:48:10　21　moving, right, Mr. Lockwood?

12:48:11　22　　**A.**　Yes.

12:48:11　23　　**Q.**　Nothing you told me earlier when I was

*Lockwood - Rupp, III - 10/14/20*

165

| | | |
|---|---|---|
| 12:48:14 | 1 | asking you in detail said that if the pedestrian is |
| 12:48:16 | 2 | also moving, that you don't have to report when a |
| 12:48:19 | 3 | police vehicle that's moving strikes him.  Did you |
| 12:48:21 | 4 | ever tell me that? |
| 12:48:22 | 5 | **A.**   No. |
| 12:48:22 | 6 | **Q.**   Is there some exception in the police |
| 12:48:26 | 7 | manual that if the pedestrian is walking at the |
| 12:48:28 | 8 | time he's struck by a police SUV, that there's no |
| 12:48:31 | 9 | requirement to notify the lieutenant, the |
| 12:48:33 | 10 | investigation unit, or IAD? |
| 12:48:34 | 11 | **A.**   IAD should have been notified. |
| 12:48:38 | 12 | **Q.**   That's right.  Because I want you to |
| 12:48:40 | 13 | watch it again.  The vehicle is moving and |
| 12:48:43 | 14 | continues to move after Mr. Kistner falls to the |
| 12:48:47 | 15 | ground.  Please watch it and tell me if you |
| 12:48:51 | 16 | disagree with that. |
| 12:48:51 | 17 | **MS. HUGGINS:**  Form. |
| 12:48:53 | 18 | **BY MR. RUPP:** |
| 12:48:53 | 19 | **Q.**   Strike it. |
| 12:48:55 | 20 | I want you to watch this, Mr. Lockwood, and |
| 12:48:56 | 21 | tell me if the vehicle continued to move forward |
| 12:49:02 | 22 | operated by Lauren McDermott after it made contact |
| 12:49:06 | 23 | with Mr. Kistner.  Will you do that for me? |

*Lockwood - Rupp, III - 10/14/20*

166

| | | |
|---|---|---|
| 12:49:09 | 1 | **A.** Yes. |
| 12:49:09 | 2 | **Q.** Can you answer the question? |
| 12:49:19 | 3 | **A.** It -- they -- it stopped. From what |
| 12:49:26 | 4 | I'm looking at, when they -- they -- when the |
| 12:49:31 | 5 | impact happened, it stopped. |
| 12:49:33 | 6 | **Q.** All right. |
| 12:49:33 | 7 | **A.** The vehicle stopped. |
| 12:49:34 | 8 | **Q.** And I'm asking -- |
| | 9 | **A.** I mean -- |
| 12:49:35 | 10 | **Q.** -- if after the impact happened before |
| 12:49:36 | 11 | it stopped, was there still some continued forward |
| 12:49:40 | 12 | motion. That's the critical question that I'm |
| 12:49:43 | 13 | asking you. Not if it eventually stopped. |
| 12:49:45 | 14 | Did it stop -- did it continue to move |
| 12:49:49 | 15 | forward after Mr. Kistner was initially contacted. |
| 12:49:51 | 16 | I want you to look at it again. Okay? |
| 12:49:53 | 17 | **A.** It stopped. |
| 12:50:10 | 18 | **Q.** After the initial contact, did it |
| 12:50:12 | 19 | continue to move forward a couple of feet before it |
| 12:50:14 | 20 | came to a stop, Mr. Lockwood? |
| 12:50:16 | 21 | **A.** I -- it looked like he -- whenever the |
| 12:50:20 | 22 | impact was, he went back. The vehicle maybe -- no, |
| 12:50:27 | 23 | it seemed -- it seemed like she hit the brakes and |

| | | |
|---|---|---|
| 12:50:30 | 1 | sometimes when you hit the brakes the vehicle will |
| 12:50:32 | 2 | jump when you hit the brakes. |
| 12:50:33 | 3 | **Q.** Jump forward? |
| 12:50:34 | 4 | **A.** Forward, yeah. |
| 12:50:35 | 5 | **Q.** All right. So how many feet did the |
| 12:50:38 | 6 | vehicle jump forward after the initial contact with |
| 12:50:42 | 7 | Mr. Kistner? And I'd ask you to watch it again. |
| 12:50:44 | 8 | **MS. HUGGINS:** Form. Based on this video? |
| 12:50:51 | 9 | **BY MR. RUPP:** |
| 12:50:52 | 10 | **Q.** Can you answer the question? |
| 12:50:53 | 11 | **A.** I go back to my -- looking at it again, |
| 12:50:58 | 12 | go back to my version. I believe -- I mean, I'm |
| 12:51:01 | 13 | looking at it when they -- when it hit, they |
| 12:51:03 | 14 | stopped. They stopped. |
| 12:51:07 | 15 | **Q.** Okay. But you do agree the SUV was in |
| 12:51:10 | 16 | motion, right? |
| 12:51:10 | 17 | **A.** The SUV was in -- when -- when they |
| 12:51:13 | 18 | collided, yes, it was -- when they collided it was |
| 12:51:16 | 19 | in motion. |
| 12:51:17 | 20 | **Q.** All right. So that's a police vehicle, |
| 12:51:20 | 21 | pedestrian accident at that point, isn't it? |
| 12:51:21 | 22 | **A.** Yes. |
| 12:51:22 | 23 | **Q.** Okay. And you're aware that not only |

| | |
|---|---|
| 12:51:27 | 1 |

12:51:27  1   did Lauren McDermott, the operator of that vehicle,

12:51:30  2   but all three of other officers who were present at

12:51:35  3   that time indicated that Mr. Kistner attacked the

12:51:37  4   SUV with the intention to hurt himself or hurt it

12:51:41  5   and he was charged with a felony for it.  Are you

12:51:44  6   aware of that --

12:51:45  7        **MS. HUGGINS:**  Form.

12:51:45  8        **BY MR. RUPP:**

12:51:45  9        **Q.**    -- Mr. Lockwood?

12:51:47 10        Strike it.  What's the form objection?

12:51:50 11        **MS. HUGGINS:**  You said the word attacked.

12:51:52 12        **BY MR. RUPP:**

12:51:52 13        **Q.**    Are you -- strike it.

12:51:53 14        Are you aware that all four officers said

12:51:55 15   that Mr. Kistner was the one who initiated the

12:51:59 16   contact with the police SUV?

12:52:01 17        **A.**    Yes.

12:52:03 18        **Q.**    And is that what's shown on that video,

12:52:06 19   Mr. Lockwood?

12:52:06 20        **A.**    It looked like -- to me what I'm seeing

12:52:10 21   on the vehicle -- he walks up to the vehicle as the

12:52:13 22   vehicle's moving and --

12:52:15 23        **Q.**    Did it look like he threw himself at

*Lockwood - Rupp, III - 10/14/20*

169

| | | |
|---|---|---|
| 12:52:18 | 1 | the vehicle? |
| 12:52:18 | 2 | **A.**   It's hard to -- you know, it's not -- |
| 12:52:27 | 3 | it's hard to tell. |
| 12:52:28 | 4 | **Q.**   It's hard for you to tell whether or |
| 12:52:30 | 5 | not Mr. Kistner deliberately threw himself at the |
| 12:52:34 | 6 | SUV from the video I just showed you, is that your |
| 12:52:37 | 7 | testimony, sir? |
| 12:52:37 | 8 | **A.**   My testimony is that I don't think that |
| 12:52:41 | 9 | it was intentionally they hit him and them -- you |
| 12:52:44 | 10 | know, it's just -- they're saying he threw himself |
| 12:52:49 | 11 | in and I don't think they intentionally ran the guy |
| 12:52:51 | 12 | over. |
| 12:52:51 | 13 | **Q.**   Okay.  Mr. Lockwood, I don't know if |
| 12:52:53 | 14 | anybody is saying that they intentionally hit |
| 12:52:57 | 15 | Mr. Kistner.  So let's just take that out. |
| 12:53:00 | 16 | Let's -- let's leave it at negligence.  Did |
| 12:53:02 | 17 | the SUV hit Mr. Kistner, was it moving forward, did |
| 12:53:04 | 18 | it make contact with him? |
| 12:53:06 | 19 | **A.**   The SUV was moving forward, yes. |
| 12:53:09 | 20 | **Q.**   Okay.  Did it make contact with |
| 12:53:10 | 21 | Mr. Kistner while it was moving forward? |
| 12:53:12 | 22 | **A.**   Yes. |
| 12:53:13 | 23 | **Q.**   And that would trigger all of the |

| | | |
|---|---|---|
| 12:53:14 | 1 | things you told me earlier about the need for the |
| 12:53:17 | 2 | actual investigators to come to the scene and |
| 12:53:20 | 3 | figure out what happened, right? |
| 12:53:22 | 4 | **A.**   But you're leaving out this part too |
| 12:53:24 | 5 | that -- |
| 12:53:24 | 6 | **Q.**   Can you answer my question? |
| 12:53:25 | 7 | **A.**   Yes. |
| 12:53:25 | 8 | **Q.**   Okay.  And none of that happened, |
| 12:53:27 | 9 | right? |
| 12:53:27 | 10 | **A.**   No. |
| 12:53:27 | 11 | **Q.**   And what happened instead was the four |
| 12:53:30 | 12 | officers at the scene said that Mr. Kistner threw |
| 12:53:34 | 13 | himself at the vehicle. |
| 12:53:35 | 14 | You know that because that's what you saw |
| 12:53:38 | 15 | when you reviewed the IAD file with |
| 12:53:40 | 16 | Lieutenant Kelly. |
| 12:53:46 | 17 | **MS. HUGGINS:**   Form objection. |
| 12:53:48 | 18 | **BY MR. RUPP:** |
| 12:53:48 | 19 | **Q.**   Mr. Lockwood, are you aware that that |
| 12:53:50 | 20 | is the allegation that they made against |
| 12:53:53 | 21 | Mr. Kistner and charged him with a felony, that he |
| 12:53:56 | 22 | threw himself at the SUV? |
| 12:53:58 | 23 | **A.**   From the video -- from what I'm looking |

*Lockwood - Rupp, III - 10/14/20*

171

| | | |
|---|---|---|
| 12:54:02 | 1 | at the video -- video, he walked up on the |
| 12:54:05 | 2 | vehicle -- on -- |
| 12:54:05 | 3 |     Q.   Not my question, Mr. Lockwood.  I'm |
| 12:54:07 | 4 | asking you if you are aware that the officers |
| 12:54:11 | 5 | alleged that Mr. Kistner threw himself at the SUV? |
| 12:54:15 | 6 |     A.   I'm aware of that. |
| 12:54:16 | 7 |     Q.   Is that true from what you saw on that |
| 12:54:21 | 8 | video? |
| 12:54:21 | 9 |     A.   He walked up on the -- the vehicle. |
| 12:54:23 | 10 |     Q.   Did he throw himself at the -- at the |
| 12:54:25 | 11 | vehicle? |
| 12:54:26 | 12 |     A.   He put himself -- he walked himself up |
| 12:54:30 | 13 | on the vehicle -- |
| | 14 |     Q.   Did -- |
| 12:54:31 | 15 |     A.   -- and that they was moving -- |
| | 16 |     Q.   Did he -- |
| 12:54:33 | 17 |     A.   -- forward. |
| 12:54:33 | 18 |     Q.   -- commit a felony for criminal |
| 12:54:37 | 19 | mischief? |
| 12:54:37 | 20 |     A.   Well, I don't know what damage was done |
| 12:54:40 | 21 | to the vehicle. |
| 12:54:41 | 22 |     Q.   I'm not asking about the damage.  Let's |
| 12:54:44 | 23 | assume is was $250.  We'll get there in a moment. |

*Lockwood - Rupp, III - 10/14/20*

172

| | | |
|---|---|---|
| 12:54:46 | 1 | Do you believe what you saw there was criminal |
| 12:54:49 | 2 | mischief on the part of Mr. Kistner? |
| 12:54:51 | 3 | **MS. HUGGINS:**   Form. |
| 12:54:54 | 4 | **BY MR. RUPP:** |
| 12:54:54 | 5 | **Q.**   Strike it. |
| 12:54:55 | 6 | Was that criminal mischief? |
| 12:54:56 | 7 | **A.**   I look at it as an accident and it's |
| 12:55:15 | 8 | just -- it's hard to -- to say if he -- the vehicle |
| 12:55:22 | 9 | was moving, he was moving. |
| 12:55:24 | 10 | He could have thrown himself into the |
| 12:55:27 | 11 | vehicle.  You know, it's just -- it's just hard. |
| 12:55:29 | 12 | It's hard to for me to sit here and look at this |
| 12:55:33 | 13 | video that's, you know, not good quality and just |
| 12:55:36 | 14 | say he threw him -- he didn't throw himself into |
| 12:55:40 | 15 | the vehicle. |
| 12:55:40 | 16 | **Q.**   Well, Mr. Lockwood, you would agree |
| 12:55:42 | 17 | with me there's a big difference between an |
| 12:55:45 | 18 | accident which you just told me this was where a |
| 12:55:48 | 19 | police officer perhaps negligently strikes a |
| 12:55:51 | 20 | pedestrian and a pedestrian who gets charged with a |
| 12:55:54 | 21 | felony because of it.  Those are two very different |
| 12:55:58 | 22 | things, aren't they? |
| 12:55:58 | 23 | **A.**   Yes, I would -- yes. |

| | | |
|---|---|---|
| 12:56:06 | 1 | Q.    I mean, it's not the policy or |
| 12:56:07 | 2 | procedure of the City of Buffalo Police Department |
| 12:56:10 | 3 | to charge people it hits with SUVs with felonies, |
| 12:56:13 | 4 | is it? |
| 12:56:14 | 5 | MS. HUGGINS:   Form. |
| 12:56:15 | 6 | BY MR. RUPP: |
| 12:56:16 | 7 | Q.    Let me ask you.  Is it the policy of |
| 12:56:20 | 8 | the Buffalo Police Department to charge people it |
| 12:56:22 | 9 | hits with an SUV with felony -- with a felony? |
| 12:56:27 | 10 | A.    If they believe that they intentionally |
| 12:56:31 | 11 | damaged the police vehicle, yes. |
| 12:56:33 | 12 | Q.    And what if they're lying because they |
| 12:56:35 | 13 | don't want the accident investigated as an accident |
| 12:56:38 | 14 | and it's easier to blame the person they've hit and |
| 12:56:43 | 15 | accuse them of a felony than have all that |
| 12:56:45 | 16 | investigation happen at the scene? |
| 12:56:47 | 17 | MS. HUGGINS:   Form. |
| 12:56:48 | 18 | BY MR. RUPP: |
| 12:56:49 | 19 | Q.    Is that appropriate, Mr. Lockwood? |
| 12:56:50 | 20 | A.    I -- I don't understand your question |
| 12:56:57 | 21 | on that last one. |
| 12:56:58 | 22 | Q.    My question is if these officers |
| 12:57:00 | 23 | accused Mr. Kistner of a felony to prevent an |

| | | |
|---|---|---|
| 12:57:04 | 1 | accident investigation for Ms. McDermott's |
| 12:57:07 | 2 | negligence, that's not what the Buffalo Police |
| 12:57:10 | 3 | Department tells officers to do when they're |
| 12:57:11 | 4 | involved in a negligent accident, is it? |
| 12:57:14 | 5 | **A.** No, you're not supposed to do that. |
| 12:57:16 | 6 | No. |
| 12:57:16 | 7 | **Q.** All right. So you have four officers |
| 12:57:18 | 8 | claiming that Mr. Kistner committed a felony when |
| 12:57:23 | 9 | he was struck by the police SUV. Are you aware of |
| 12:57:26 | 10 | that? |
| 12:57:27 | 11 | **MS. HUGGINS:** Asked and answered. Form. |
| 12:57:30 | 12 | **THE WITNESS:** Yes. |
| 12:57:30 | 13 | **BY MR. RUPP:** |
| 12:57:30 | 14 | **Q.** Does -- does that cause you any concern |
| 12:57:32 | 15 | based on what you see in that video that all four |
| 12:57:36 | 16 | officers said that he threw himself at the police |
| 12:57:39 | 17 | SUV? |
| 12:57:40 | 18 | **A.** I see nothing in the vehicle -- I mean |
| 12:57:43 | 19 | that video that can say that he didn't throw |
| 12:57:47 | 20 | himself at the -- at that vehicle. |
| 12:57:48 | 21 | **Q.** Okay. So nothing in that video -- |
| 12:57:50 | 22 | **A.** It's just -- |
| 12:57:51 | 23 | **Q.** -- tells you that he didn't throw |

*Lockwood - Rupp, III - 10/14/20*

175

| | | |
|---|---|---|
| 12:57:53 | 1 | himself at the SUV?  Even the fact that the SUV's |
| 12:57:56 | 2 | moving forward and continues to move forward after |
| 12:57:58 | 3 | he's struck? |
| 12:57:59 | 4 | **MS. HUGGINS:**  Form. |
| 12:58:00 | 5 | **BY MR. RUPP:** |
| 12:58:01 | 6 | **Q.**   You did tell me it continued to move |
| 12:58:03 | 7 | forward after it was struck, right? |
| | 8 | **A.**   I said when he hit the brakes. |
| 12:58:05 | 9 | **Q.**   You said something about the brakes? |
| 12:58:05 | 10 | **A.**   The brakes -- when you hit the |
| 12:58:08 | 11 | brakes -- any time you hit the brakes, the |
| 12:58:10 | 12 | vehicle's going to jump. |
| 12:58:11 | 13 | **Q.**   Okay.  So we know that it was moving |
| 12:58:13 | 14 | when it hit him and it continued to move after it |
| 12:58:17 | 15 | hit him, right? |
| 12:58:20 | 16 | **A.**   After he hit -- after they hit him I'm |
| 12:58:23 | 17 | not going to -- no.  No. |
| 12:58:25 | 18 | **Q.**   Let's look at it again, Mr. Lockwood. |
| 12:58:40 | 19 | Could you tell whether it continued to move forward |
| 12:58:42 | 20 | after it contacted Mr. Kistner? |
| 12:58:44 | 21 | **A.**   No, I can't tell. |
| 12:58:45 | 22 | **Q.**   Still can't tell? |
| 12:58:46 | 23 | **A.**   No. |

| | | | |
|---|---|---|---|
| 12:58:46 | 1 | **Q.** | Do you want to watch it again? |
| 12:58:48 | 2 | **A.** | No. |
| 12:58:48 | 3 | **Q.** | Okay.  Now, are you aware that |

12:58:58   4   Mr. Kistner asked for medical assistance at the

12:59:02   5   scene and the officers canceled the ambulance?

12:59:08   6   **A.**   I read the file and yes, he did.

12:59:14   7   **Q.**   And you are -- are you aware that the

12:59:16   8   officers at the scene canceled the ambulance

12:59:19   9   dispatched to the scene by Mr. Kistner's family

12:59:21   10   members?

12:59:21   11   **A.**   Yes.

12:59:22   12   **Q.**   Do you know why they did that?

12:59:24   13   **A.**   No.

12:59:27   14   **Q.**   Was that following the MOP,

12:59:31   15   Mr. Lockwood?

12:59:32   16   **A.**   Yes, you can cancel and you can take

12:59:34   17   them.

12:59:35   18   **Q.**   Did they take him right away?

12:59:37   19   **A.**   I'm not sure if they took him right

12:59:41   20   away.

12:59:42   21   **Q.**   Well, you watched the video, right?

12:59:44   22   **A.**   I'm watching that right there, yes.

12:59:46   23   **Q.**   Did you watch the rest of the videos

*Lockwood - Rupp, III - 10/14/20*

177

| | | |
|---|---|---|
| 12:59:48 | 1 | that were produced by my office to the City of |
| 12:59:50 | 2 | Buffalo and the IAD? |
| 12:59:52 | 3 | **A.** No. |
| 12:59:52 | 4 | **Q.** Do you know how long it took your |
| 12:59:56 | 5 | officers, Mr. Lockwood, to take the man to the |
| 12:59:59 | 6 | hospital? |
| 12:59:59 | 7 | **A.** No. |
| 13:00:01 | 8 | **Q.** If I told you it was over a half an |
| 13:00:04 | 9 | hour before they even left the scene, would you |
| 13:00:07 | 10 | have reason to disagree with me? |
| 13:00:09 | 11 | **A.** No, I wouldn't disagree with you. |
| 13:00:11 | 12 | **Q.** Does that follow police procedures as |
| 13:00:13 | 13 | set forth in the MOP that you cancel an ambulance |
| 13:00:17 | 14 | and then don't get any treatment for the individual |
| 13:00:19 | 15 | for over 30 minutes before you decide to take him |
| 13:00:22 | 16 | to the hospital? |
| 13:00:22 | 17 | **MS. HUGGINS:** Form. |
| 13:00:23 | 18 | **BY MR. RUPP:** |
| 13:00:24 | 19 | **Q.** Strike it. |
| 13:00:24 | 20 | Does that follow police procedures to cancel |
| 13:00:26 | 21 | the ambulance and then delay taking the gentleman |
| 13:00:29 | 22 | to the hospital? |
| 13:00:30 | 23 | **A.** That happens. That happens. |

*Lockwood - Rupp, III - 10/14/20*

178

| | | | |
|---|---|---|---|
| 13:00:31 | 1 | **Q.** | Is that appropriate in your eyes? |
| 13:00:33 | 2 | **A.** | It depends -- it all depends. |
| | 3 | **Q.** | Do you know -- |
| 13:00:35 | 4 | **A.** | Case by case. |
| 13:00:36 | 5 | **Q.** | Do you know whether he was injured by |
| 13:00:38 | 6 | looking at that video? | |
| 13:00:39 | 7 | **A.** | No, I -- I -- he went back so I don't |
| 13:00:50 | 8 | know. | |
| 13:00:50 | 9 | **Q.** | He fell to the ground, right? |
| 13:00:52 | 10 | **A.** | Yeah. |
| 13:00:52 | 11 | **Q.** | Do you know whether he was injured? |
| 13:00:54 | 12 | **A.** | He said he was injured. |
| 13:00:56 | 13 | **Q.** | Okay.  Do you know one way or the |
| 13:00:58 | 14 | other? | |
| 13:00:58 | 15 | **A.** | They took him to the hospital, yes. |
| 13:01:01 | 16 | **Q.** | Well, not until they talked about it |
| 13:01:04 | 17 | for 30 minutes, right? | |
| 13:01:05 | 18 | **A.** | Well, I don't know if they talked about |
| 13:01:09 | 19 | it. | |
| 13:01:09 | 20 | **Q.** | Well, did you ever see them talking |
| 13:01:11 | 21 | about the incident in the middle of the street? | |
| 13:01:18 | 22 | You see the officers at 0:01:45 of the video, do | |
| 13:01:22 | 23 | you see four police officers standing on the right | |

*Lockwood - Rupp, III - 10/14/20*

179

| | | |
|---|---|---|
| 13:01:24 | 1 | corner of the video? |
| 13:01:26 | 2 | **A.**   Mm-hmm.  Yes. |
| 13:01:27 | 3 | **Q.**   Are those, to your knowledge, the four |
| 13:01:29 | 4 | officers that were the targets of the IAD |
| 13:01:32 | 5 | investigation that you reviewed with |
| 13:01:34 | 6 | Lieutenant Kelly on August -- in August of 2020? |
| 13:01:40 | 7 | **A.**   This is my first time seeing that piece |
| 13:01:46 | 8 | so I -- it's hard for me to identify who's -- who |
| 13:01:50 | 9 | is who. |
| 13:01:50 | 10 | But I will say that they are -- the officers |
| 13:01:53 | 11 | that were responding is the four officers then. |
| 13:01:57 | 12 | **Q.**   So -- so you -- your testimony is this |
| 13:02:00 | 13 | is the very first time you have seen the video |
| 13:02:02 | 14 | evidence of what happened on January 1, 2017, |
| 13:02:06 | 15 | despite the fact that one of your obligations as |
| 13:02:08 | 16 | police commissioner is to go over the IAD file with |
| 13:02:11 | 17 | the IAD investigator? |
| 13:02:12 | 18 | **MS. HUGGINS:**  Form. |
| 13:02:12 | 19 | **THE WITNESS:**  It's not -- I'm not saying |
| 13:02:16 | 20 | this is -- I saw the impact with the -- |
| 13:02:21 | 21 | **BY MR. RUPP:** |
| 13:02:21 | 22 | **Q.**   All right.  Let's -- |
| 13:02:22 | 23 | **A.**   But as far as the -- them standing -- |

*Lockwood - Rupp, III - 10/14/20*

180

| | | |
|---|---|---|
| 13:02:27 | 1 | the officers, the four officers over there standing |
| 13:02:29 | 2 | on the street, no, I -- I wouldn't -- |
| 13:02:31 | 3 |     **Q.**    All right.  Well, let's -- let's watch |
| 13:02:33 | 4 | this segment then.  I'm going to -- I'm going to |
| 13:02:35 | 5 | rewind it to the beginning and ask you to take a |
| 13:02:39 | 6 | look. |
| 13:02:39 | 7 |     We've already seen the first part where |
| 13:02:42 | 8 | Mr. Kistner's struck so I'll just run through that. |
| 13:02:46 | 9 | You see Mr. Kistner getting struck to the ground |
| 13:02:49 | 10 | there? |
| 13:02:50 | 11 |     **A.**    Mm-hmm. |
| 13:02:53 | 12 |     **THE REPORTER:**  Is that a yes? |
| 13:02:54 | 13 |     **THE WITNESS:**  Yes.  I'm sorry. |
| 13:02:54 | 14 |     **THE REPORTER:**  That's okay. |
| 13:02:54 | 15 |     **BY MR. RUPP:** |
| 13:02:55 | 16 |     **Q.**    Thank you, Andrea. |
| 13:02:56 | 17 |     Do you see Mr. Kistner's son running up to |
| 13:02:58 | 18 | the scene with his cell phone out? |
| 13:02:59 | 19 |     **A.**    Yes. |
| 13:03:00 | 20 |     **Q.**    Are you aware that he called for an |
| 13:03:03 | 21 | ambulance for his father because his father was |
| 13:03:05 | 22 | asking for medical assistance? |
| 13:03:07 | 23 |     **A.**    I read that in the file, yes. |

*Lockwood - Rupp, III - 10/14/20*

181

13:03:10  1          Q.    Do you see Officers Schultz and

13:03:12  2     Moriarity coming back from their SUV that's parked

13:03:16  3     out of the view of this camera screen?

13:03:18  4          A.    Yes.

13:03:18  5          Q.    Do you see Mr. Kistner's son walking

13:03:21  6     back towards his residence on Schmarbeck?

13:03:24  7          A.    Yes.

13:03:24  8          Q.    Do you see the four officers around

13:03:29  9     Mr. Kistner who ostensibly is still on the ground,

13:03:33  10    his -- his body blocked by the view of the SUV?

13:03:35  11         A.    Yes.

13:03:36  12         Q.    Do you know that Officer McDermott told

13:03:42  13    Mr. Kistner that if he did not get up he would be

13:03:44  14    arrested?

13:03:44  15         A.    No.

13:03:44  16         Q.    Would that be appropriate for an

13:03:47  17    officer to say that to a man who is lying on the

13:03:49  18    ground after being hit by an SUV and who is asking

13:03:52  19    for medical attention?

13:03:53  20         MS. HUGGINS:    Form.

13:03:56  21         THE WITNESS:    It wouldn't be appropriate,

13:03:57  22    no.

13:03:58  23         BY MR. RUPP:

13:03:58  1      Q.    Why would it not be appropriate?

13:04:00  2      A.    You're -- you're there to assist the

13:04:02  3  individual.

13:04:02  4      Q.    And how would they assist the

13:04:04  5  individual in keeping with the MOP manual?

13:04:06  6      A.    You would see if there's any injuries

13:04:10  7  and if he's, you know, cooperating and telling you

13:04:15  8  if he's injured, then you would get immediate help

13:04:20  9  for him.

13:04:21 10      Q.    Immediate.  Not delaying a half an

13:04:23 11  hour, right?

13:04:24 12      **MS. HUGGINS:**  Form.

13:04:24 13      **BY MR. RUPP:**

13:04:25 14      Q.    What's immediate to you, Officer --

13:04:28 15  Mr. Lockwood?

13:04:28 16      A.    You would notify right then.  Get a --

13:04:32 17  you would need an ambulance there.

13:04:33 18      Q.    Okay.  And you know that they canceled

13:04:34 19  the ambulance that Mr. Kistner asked for, right,

13:04:38 20  you told me that earlier?

13:04:39 21      A.    Yeah.

13:04:40 22      Q.    Okay.  Was that appropriate?

13:04:41 23      A.    Under that situation in that case

| | | |
|---|---|---|
| 13:04:50 | 1 | there, I think they, you know, did the right thing. |
| 13:04:58 | 2 | **Q.** They did the right thing by canceling |
| 13:05:01 | 3 | medical treatment for Mr. Kistner? |
| 13:05:02 | 4 | **A.** And taking him themselves to the |
| 13:05:04 | 5 | hospital. |
| 13:05:05 | 6 | **Q.** Okay. And what if they took him two |
| 13:05:07 | 7 | hours later, would that be appropriate? |
| 13:05:07 | 8 | **MS. HUGGINS:** Form. |
| 13:05:09 | 9 | **THE WITNESS:** No, not two hours -- |
| 13:05:10 | 10 | **BY MR. RUPP:** |
| | 11 | **Q.** What's the appropriate length of time |
| 13:05:10 | 12 | for them to delay and talk about it before they get |
| 13:05:12 | 13 | Mr. Kistner medical treatment, Mr. Lockwood? |
| 13:05:14 | 14 | **A.** It should be immediately. |
| 13:05:21 | 15 | **Q.** Okay. It didn't happen immediately, |
| 13:05:22 | 16 | did it? |
| 13:05:23 | 17 | **A.** I don't -- I'm -- I'm not sure how long |
| 13:05:29 | 18 | it took for them to get him to the hospital. |
| 13:05:31 | 19 | **Q.** You have access to all of the radio |
| 13:05:34 | 20 | dispatch records and those officers are under |
| 13:05:37 | 21 | instructions to notify dispatch whenever they |
| 13:05:40 | 22 | arrive and leave at a scene, right? |
| 13:05:42 | 23 | **A.** You -- yes, you notify radio that |

*Lockwood - Rupp, III - 10/14/20*

184

| | | |
|---|---|---|
| 13:05:44 | 1 | you're on your way to wherever your destination is |
| 13:05:48 | 2 | and when you -- |
| 13:05:48 | 3 | **Q.**   So if you wanted to, you could know as |
| 13:05:51 | 4 | soon as this deposition is over by looking at the |
| 13:05:53 | 5 | dispatch records when the incident happened and |
| 13:05:56 | 6 | then when they left for the hospital, right? |
| 13:05:58 | 7 | **A.**   Yes. |
| 13:05:58 | 8 | **Q.**   So you wouldn't have to take my word on |
| 13:06:01 | 9 | it if it's a half an hour, would you? |
| 13:06:03 | 10 | **A.**   No. |
| 13:06:17 | 11 | **Q.**   Okay.   I want to show you what's been |
| 13:06:19 | 12 | marked Exhibit 24 for identification. |
| 13:06:22 | 13 | **MS. HUGGINS:**   I do need a restroom break. |
| 13:06:24 | 14 | **MR. RUPP:**   Sure. |
| 13:06:35 | 15 | **MS. HUGGINS:**   Does that make sense to take |
| 13:06:37 | 16 | that now before we -- |
| 13:06:38 | 17 | **MR. RUPP:**   Sure. |
| | 18 | **MS. HUGGINS:**   Yeah? |
| 13:06:38 | 19 | **MR. RUPP:**   Yeah, go ahead.   Whatever you |
| 13:06:39 | 20 | need to do. |
| 13:06:41 | 21 | **THE VIDEOGRAPHER:**   Okay.   Going off the |
| 13:06:43 | 22 | record at 1306. |
| 13:06:45 | 23 | (A recess was then taken.) |

13:09:33  1          **THE VIDEOGRAPHER:**  Sorry, one sec.  Going

13:09:43  2   back on the record at 1309.  Go ahead.

13:09:45  3          **BY MR. RUPP:**

13:09:46  4      **Q.**   Mr. Lockwood, I'm showing you what's

13:09:48  5   been marked Exhibit 4A that was used with some of

13:09:51  6   the officers who were involved in the incident with

13:09:54  7   Mr. Kistner.

13:09:54  8       I just want to bring a couple of times --

13:09:56  9   timestamps on the dispatch records to your

13:09:59  10  attention.

13:10:00  11      Do you see at 10:55:42 there's a reference

13:10:04  12  to male hit by police car?  Do you see that?

13:10:10  13     **A.**   Yes.

13:10:10  14     **Q.**   And what does it say after that, ADJ?

13:10:13  15     **A.**   ADI.

         16     **Q.**   ADI.  What is that?

13:10:17  17     **A.**   ADI, that's the ambulance.

13:10:18  18     **Q.**   That's the ambulance?

13:10:19  19     **A.**   Yeah, that's --

         20     **Q.**   All right.

13:10:19  21     **A.**   -- the -- the ambulance.

13:10:19  22     **Q.**   All right.  And what is that north --

13:10:21  23  what is that NTFD?

13:10:22  1        **A.**    I'm not sure what that is.

13:10:24  2        **Q.**    Is that the ambulance company?

13:10:25  3        **A.**    I'm not sure.

13:10:26  4        **Q.**    Okay.  And then 14 seconds later the

13:10:31  5  call type is changed to accident injury, right?

13:10:34  6        **A.**    Yes.

13:10:35  7        **Q.**    Okay.  And that's just a nomenclature

13:10:40  8  that's used by dispatch to put the right label on

13:10:44  9  the -- on the report, right?

13:10:45 10        **A.**    Yes.

13:10:45 11        **Q.**    Okay.  Now, I just want to take you

13:10:48 12  down to the entry for 11:22:34.  Do you see that?

13:10:55 13        **A.**    11:22:34, yes.

13:10:58 14        **Q.**    All right.  And officer C230 has

13:11:03 15  location change on route to ECMC; is that right?

13:11:06 16        **A.**    Yes.

13:11:06 17        **Q.**    Okay.  And if we subtract the one

13:11:10 18  number from the other, we are about 27, 28 minutes

13:11:15 19  on scene after not the collision, but after it's

13:11:21 20  radioed in before the officers even leave with

13:11:26 21  Mr. Kistner for ECMC according to official Buffalo

13:11:29 22  Police records, right?

13:11:30 23        **A.**    Okay.  Where are you at now?

*Lockwood - Rupp, III - 10/14/20*

187

| | | |
|---|---|---|
| 13:11:34 | 1 | Q. Well, the same ones I just showed you. |
| 13:11:38 | 2 | 10:55:42 male hit by police car -- |
| 13:11:44 | 3 | A. Right. |
| 13:11:44 | 4 | Q. -- right? |
| 13:11:45 | 5 | A. Yes. |
| 13:11:45 | 6 | Q. I mean, there's actually a reference at |
| 13:11:49 | 7 | 10:54:42 that the entry was initiated for a new |
| 13:11:54 | 8 | issue and then a minute later they call it somebody |
| 13:11:57 | 9 | hit by a police car, right? |
| 13:11:59 | 10 | A. Yes. |
| 13:12:05 | 11 | Q. Okay. So the officers at the scene |
| 13:12:06 | 12 | radio this into dispatch, dispatch describes the |
| 13:12:10 | 13 | incident and puts a label on it, right? |
| 13:12:11 | 14 | A. Yes. |
| 13:12:11 | 15 | Q. All right. Now, there's some other |
| 13:12:15 | 16 | information about other people being dispatched to |
| 13:12:18 | 17 | the scene, et cetera. |
| 13:12:19 | 18 | But down at 11:22:34, three officers make a |
| 13:12:28 | 19 | location change saying that they're on route to |
| 13:12:31 | 20 | ECMC. Do you see that? |
| 13:12:32 | 21 | A. Yes. |
| 13:12:32 | 22 | Q. And that follows protocol. When they |
| 13:12:36 | 23 | leave an incident to which -- an incident scene |

*Lockwood - Rupp, III - 10/14/20*

188

| | | |
|---|---|---|
| 13:12:38 | 1 | where they've been dispatched and they head |
| 13:12:41 | 2 | somewhere else, they radio in and say where they're |
| 13:12:43 | 3 | going, right? |
| 13:12:44 | 4 | **A.**   Yes. |
| 13:12:44 | 5 | **Q.**   All right.  And if we subtract the one |
| 13:12:47 | 6 | number from the other, we're at 27 or 28 minutes |
| 13:12:52 | 7 | between the time the accident happens or at least |
| 13:12:54 | 8 | it's reported and the time that they leave with |
| 13:12:57 | 9 | Mr. Kistner to get him medical treatment, right? |
| 13:13:00 | 10 | **A.**   Yes. |
| 13:13:00 | 11 | **Q.**   Is that appropriate that they canceled |
| 13:13:03 | 12 | the ambulance that his son had called for him at |
| 13:13:07 | 13 | his request and then waited 27 or 28 minutes to get |
| 13:13:12 | 14 | him medical attention? |
| 13:13:14 | 15 | **MS. HUGGINS:**  Form. |
| 13:13:14 | 16 | **BY MR. RUPP:** |
| 13:13:15 | 17 | **Q.**   Is that delay appropriate, Mr. Lockwood? |
| 13:13:16 | 18 | **A.**   No. |
| 13:13:20 | 19 | **Q.**   Are your officers EMTs? |
| 13:13:24 | 20 | **A.**   We do have some officers that have |
| 13:13:29 | 21 | worked -- |
| 13:13:29 | 22 | **Q.**   Are any of the four officers who were |
| 13:13:32 | 23 | the target of the IAD investigation EMTs, to your |

*Lockwood - Rupp, III - 10/14/20*

189

13:13:35   1   knowledge?

13:13:35   2       **A.**    Not to my knowledge.

13:13:36   3       **Q.**    Do they know whether Mr. Kistner

13:13:38   4   sustained any internal injuries after being struck

13:13:41   5   by Ms. McDermott's SUV?

13:13:43   6       **MS. HUGGINS:**  Form.

13:13:45   7       **BY MR. RUPP:**

13:13:45   8       **Q.**    Do you have any reason to believe that

13:13:47   9   they knew one way or the other whether he had

13:13:50   10   suffered any internal injuries?

13:13:51   11       **A.**    No, I have no way of knowing.

13:13:52   12       **Q.**    All right.  So the better procedure

13:13:54   13   would be for them to take him immediately to the

13:13:57   14   hospital, right?

13:13:58   15       **A.**    Yes, take him to -- yes, take him to

13:14:05   16   the hospital.

13:14:05   17       **Q.**    In fact, the better procedure would be

13:14:08   18   to allow the ambulance to come in as his son had

13:14:11   19   called it and let the ambulance take him to the

13:14:13   20   hospital, right?

13:14:13   21       **MS. HUGGINS:**  Form.

13:14:15   22       **BY MR. RUPP:**

13:14:16   23       **Q.**    Would that be an appropriate thing to

*Lockwood - Rupp, III - 10/14/20*

190

13:14:17  1  do is let an ambulance take a man who's been struck

13:14:20  2  by an SUV to the hospital?

13:14:22  3       **A.**    That would be the appropriate thing to

13:14:23  4  do.

13:14:23  5       **Q.**    Okay.  And -- and neither of those

13:14:25  6  things happened, the ambulance didn't happen and an

13:14:28  7  immediate transport didn't happen, correct?

13:14:30  8       **A.**    Correct.

13:14:30  9       **Q.**    So what did you do, Mr. Lockwood, when

13:14:34  10  you reviewed the video and you reviewed the IAD

13:14:41  11  investigation report when you saw that these four

13:14:43  12  officers did not do either of those two things?

13:14:44  13       **A.**    In my report I saw that they took him

13:14:51  14  to the hospital.  Mr. Kistner could have -- I'm not

13:14:55  15  saying he did, but he could have said that he

13:14:58  16  didn't want to go in an ambulance.

13:15:00  17       **Q.**    Okay.  But you have no indication --

13:15:01  18       **A.**    Right.

13:15:01  19       **Q.**    -- that he said that?

13:15:02  20       **A.**    I -- right, I have no idea of that.

13:15:03  21  And I have no idea the reason why they canceled the

13:15:08  22  ambulance.  They --

          23       **Q.**    Well --

13:15:10  1          A.    All I knew is they canceled it.

13:15:12  2          Q.    -- is one reason that they canceled the

13:15:15  3    ambulance was they wanted to get their story

13:15:17  4    straight about Mr. Kistner attacking the SUV?

13:15:20  5          MS. HUGGINS:   Form.  He's not going to

13:15:21  6    answer the question in that form.

13:15:22  7          BY MR. RUPP:

13:15:23  8          Q.    All right.  Well, is it possible,

13:15:25  9    Mr. Lockwood, that they did not want this to be

13:15:27 10    listed as an accident with Ms. McDermott

13:15:30 11    negligently operating the SUV?

13:15:32 12          MS. HUGGINS:   Same form objection.

13:15:34 13          BY MR. RUPP:

13:15:34 14          Q.    You can answer.

13:15:42 15          A.    I don't think they would, no.  No, I --

13:15:42 16    I don't think they did that.

13:15:44 17          Q.    So you see a man who committed a felony

13:15:46 18    and threw himself at an SUV deliberately, you don't

13:15:51 19    see police officers covering up an accident?

13:15:54 20          A.    No.

13:15:54 21          MS. HUGGINS:   Form.

13:15:55 22          BY MR. RUPP:

13:15:55 23          Q.    Okay.  Let's continue to watch the

| | | |
|---|---|---|
| 13:15:58 | 1 | video.  Now, do you see Mr. Kistner on his feet |
| 13:16:11 | 2 | handcuffed and being walked down the street |
| 13:16:15 | 3 | Schmarbeck by three officers? |
| 13:16:18 | 4 | **A.**    Yes. |
| 13:16:20 | 5 | **Q.**    I can rewind it if you want.  Do you |
| 13:16:29 | 6 | see Mr. Kistner's son reappearing at the bottom of |
| 13:16:29 | 7 | the screen? |
| 13:16:29 | 8 | **A.**    Yes. |
| 13:16:29 | 9 | **Q.**    See the officers taking note of |
| 13:16:38 | 10 | Mr. Kistner's son and approaching him? |
| 13:16:41 | 11 | **A.**    Yes. |
| 13:16:42 | 12 | **Q.**    See Mr. Kistner's son walking away and |
| 13:16:46 | 13 | the officer pursuing? |
| 13:16:48 | 14 | **MS. HUGGINS:**  Form. |
| 13:16:52 | 15 | **BY MR. RUPP:** |
| 13:16:52 | 16 | **Q.**    Do you see Mr. Kistner's son being |
| 13:16:54 | 17 | brought back forcibly by the officers to the center |
| 13:16:57 | 18 | of the street? |
| 13:16:57 | 19 | **MS. HUGGINS:**  Form. |
| 13:17:00 | 20 | **BY MR. RUPP:** |
| 13:17:01 | 21 | **Q.**    Mr. Lockwood, the rules of the |
| 13:17:02 | 22 | deposition are you can answer questions even if |
| 13:17:05 | 23 | Ms. Huggins is interposing form objections.  Okay? |

13:17:09 1     So I'd ask you to answer my questions. Do
13:17:12 2 you see the officer approaching Mr. Kistner's son?

13:17:14 3     **A.** I see him approaching, yes.

13:17:16 4     **Q.** Okay. Do you see Mr. Kistner's son
13:17:18 5 walking away?

13:17:18 6     **A.** Yes.

13:17:19 7     **Q.** Do you see the officer continuing to
13:17:21 8 follow Mr. Kistner's son?

13:17:23 9     **A.** They're out of the picture. I don't
13:17:25 10 know what's going on right now.

13:17:26 11     **Q.** Well, let's go back and see if you can
13:17:29 12 see him following him out of the picture. Did you
13:17:39 13 see him follow him out of the picture?

13:17:41 14     **A.** Yes.

13:17:41 15     **Q.** All right. Now watch that same area
13:17:43 16 and see if Mr. Kistner's son is in fact brought
13:17:46 17 back with an officer holding his arm. Do you see
13:17:53 18 that?

13:17:53 19     **A.** Yes.

13:17:54 20     **Q.** Is the officer holding his arm?

13:17:56 21     **A.** Mm-hmm. Yes.

13:17:57 22     **Q.** Is that a yes?

13:17:58 23     **A.** Yes, yes.

*Lockwood - Rupp, III - 10/14/20*

194

| | | |
|---|---|---|
| 13:17:59 | 1 | Q.   Okay.   Do you see all four officers now |
| 13:18:01 | 2 | with Mr. Kistner's son? |
| 13:18:02 | 3 | A.   Yes. |
| 13:18:02 | 4 | Q.   Do you know where Mr. Kistner, |
| 13:18:05 | 5 | James Kistner, is at this point? |
| 13:18:06 | 6 | A.   No. |
| 13:18:06 | 7 | Q.   If I told you that he was handcuffed in |
| 13:18:08 | 8 | the back of the Moriarity, Schultz SUV, would you |
| 13:18:12 | 9 | have any reason to disagree with me? |
| 13:18:14 | 10 | A.   I -- I only can say what I see.   I |
| 13:18:27 | 11 | don't know where Mr. Kistner's at at this |
| 13:18:30 | 12 | particular time. |
| 13:18:30 | 13 | Q.   Well -- |
| 13:18:31 | 14 | A.   I -- they took him out of the picture. |
| 13:18:33 | 15 | Q.   In handcuffs, right? |
| 13:18:35 | 16 | A.   Yeah, out of the picture in handcuffs. |
| 13:18:38 | 17 | I don't know if he could be standing there or what. |
| 13:18:40 | 18 | I -- I have no idea. |
| 13:18:40 | 19 | Q.   Okay.   Let's look at what happens to |
| 13:18:43 | 20 | Mr. Kistner's son.   Do you see Mr. Kistner's son |
| 13:18:55 | 21 | being touched by the officer? |
| 13:18:57 | 22 | A.   Yes. |
| 13:18:58 | 23 | Q.   Do you know why the officers were |

*Lockwood - Rupp, III - 10/14/20*

195

13:19:04  1  touching and restraining Mr. Kistner's son?

13:19:08  2       **A.**   No.

13:19:08  3       **Q.**   Do you know if they confiscated his

13:19:16  4  cell phone?

13:19:17  5       **A.**   No.

13:19:17  6       **Q.**   As we're watching this, Mr. Lockwood,

13:19:47  7  do you know why the officers are not transporting

13:19:49  8  Mr. Kistner to ECMC?

13:19:51  9       **A.**   No.

13:19:51  10       **Q.**   Do you know what they're talking about?

13:19:53  11       **A.**   No.

13:19:53  12       **Q.**   Do officers for the City of Buffalo

13:20:24  13  Police Department, Mr. Lockwood, use their cell

13:20:25  14  phones to communicate with each other when they

13:20:27  15  don't want something to go over radio dispatch?

13:20:29  16       **MS. HUGGINS:**   Form.

13:20:32  17       **THE WITNESS:**   I can't say a reason why they

13:20:40  18  was using their cell phones.  I can't.

13:20:42  19       **BY MR. RUPP:**

13:20:42  20       **Q.**   Do you know if officers call each other

13:20:44  21  while they're on-duty?

13:20:46  22       **A.**   I -- yes.

13:20:48  23       **Q.**   All right.  That's the end of that

*Lockwood - Rupp, III - 10/14/20*

196

| | | |
|---|---|---|
| 13:21:02 | 1 | segment, Mr. Lockwood.  And just to make sure you |
| 13:21:06 | 2 | see them all, I'm going to play the next one. |
| 13:21:20 | 3 | Now, the video that you just saw, |
| 13:21:24 | 4 | Mr. Lockwood, had you ever seen that in its |
| 13:21:27 | 5 | entirety before?  Had you ever seen that before in |
| 13:21:39 | 6 | its entirety? |
| 13:21:40 | 7 | **A.**   In its entirety, no. |
| 13:21:42 | 8 | **Q.**   All right.  Now I'm going to show you |
| 13:21:44 | 9 | the fourth listed segment and I'm going to -- I'll |
| 13:21:47 | 10 | go back actually. |
| 13:21:48 | 11 | The one I just played for you has a suffix |
| 13:21:52 | 12 | of 02529 on the file number and it's the third |
| 13:21:58 | 13 | listed item on the screen. |
| 13:22:01 | 14 | The one I'm going to show you now has a |
| 13:22:04 | 15 | suffix of 05233.  It's the fourth listed item on |
| 13:22:09 | 16 | the DVD and on the screen.  I'm going to play that |
| 13:22:12 | 17 | one for you and ask you to take a look. |
| 13:23:22 | 18 | This is from a different camera angle, |
| 13:23:25 | 19 | Mr. Lockwood.  Do you see it's from a slightly |
| 13:23:28 | 20 | different perspective? |
| 13:23:29 | 21 | **A.**   Yes. |
| 13:23:29 | 22 | **Q.**   Do you see that the officers now in the |
| 13:23:33 | 23 | street, there are five of them? |

13:23:39  1     **A.**    Yes.

13:23:40  2     **Q.**    Okay.  Do you know who the fifth

13:23:42  3  officer is and why the fifth officer went to the

13:23:44  4  scene?

13:23:47  5     **MS. HUGGINS:**  Form.  Can we just break those

13:23:50  6  two questions into two different ones?

13:23:51  7     **BY MR. RUPP:**

13:23:52  8     **Q.**    Do you know who the fifth officer is?

13:23:54  9     **A.**    Not offhand, no.

13:23:55  10     **Q.**    Okay.

13:23:56  11     **A.**    I can't identify him.

13:23:57  12     **Q.**    Do you know why that officer went to

13:23:59  13  the scene?

13:23:59  14     **A.**    No.

13:23:59  15     **Q.**    All right.  If I told you it was

13:24:01  16  Officer Santana from C district, would you have any

13:24:05  17  reason to disagree with me?

13:24:06  18     **A.**    I don't remember seeing Santana's name

13:24:13  19  in the file, but no, I wouldn't disagree with you.

13:24:15  20     **Q.**    Do you know an Officer Santana in C

13:24:17  21  district?

13:24:17  22     **A.**    No.

13:24:18  23     **Q.**    Okay.  Let's continue to watch.  Now,

*Lockwood - Rupp, III - 10/14/20*

198

| 13:24:21 | 1 | do you know why the five officers are having a |
| 13:24:25 | 2 | conference in the middle of Schmarbeck Avenue? |
| 13:24:28 | 3 | **A.**   No. |
| 13:24:28 | 4 | **Q.**   Do you know what they're talking about? |
| 13:24:30 | 5 | **A.**   No. |
| 13:24:30 | 6 | **Q.**   Did the IAD investigator tell you what |
| 13:24:35 | 7 | they said they were talking about? |
| 13:24:36 | 8 | **A.**   No. |
| 13:24:36 | 9 | **Q.**   Do you know why these officers are not |
| 13:25:32 | 10 | transporting Mr. Kistner to the hospital, |
| 13:25:35 | 11 | Mr. Lockwood? |
| 13:25:36 | 12 | **A.**   No. |
| 13:25:37 | 13 | **Q.**   Does what you see here, Mr. Lockwood, |
| 13:26:08 | 14 | with these five officers talking in the middle of |
| 13:26:10 | 15 | the street, follow police protocol as set forth in |
| 13:26:14 | 16 | the MOP? |
| 13:26:15 | 17 | **MS. HUGGINS:**   Form. |
| 13:26:18 | 18 | **THE WITNESS:**   Depends on what they were |
| 13:26:20 | 19 | talking about. |
| 13:26:21 | 20 | **BY MR. RUPP:** |
| 13:26:22 | 21 | **Q.**   What would be an appropriate thing that |
| 13:26:23 | 22 | they could be talking about in the middle of the |
| 13:26:25 | 23 | street? |

*Lockwood - Rupp, III - 10/14/20*

199

```
13:26:25   1        A.    I don't know, but it could have been
13:26:28   2   police business.  I -- I can't really say what
13:26:32   3   was -- you know, what they -- what they were
13:26:33   4   talking about at that particular time.
13:26:42   5        Q.    Do you see the fifth officer's sedan, I
13:26:46   6   believe, parked on Schmarbeck behind the first SUV
13:26:49   7   that was operated by Ms. McDermott?
13:26:54   8        A.    Yeah, the vehicle.  Yeah, the --
13:26:55   9        Q.    That's the -- the third different City
13:26:58  10   of Buffalo Police Department vehicle that was
13:26:58  11   present for this call, right?
13:27:02  12        MS. HUGGINS:   Form.
13:27:03  13        BY MR. RUPP:
13:27:03  14        Q.    It's the third police vehicle on the
13:27:05  15   street set forth in these videos, right?
13:27:08  16        A.    Yes.
13:27:08  17        Q.    I'm going to show you now the video
13:27:33  18   that was disclosed to the City of Buffalo 095252,
13:27:39  19   it's the first one shown.
13:29:49  20        All right.  And finally, Mr. Lockwood, I'm
13:29:51  21   going to show you the fourth and final video which
13:29:56  22   has a suffix of 01342.  It's the second listed
13:30:01  23   video.
```

*Lockwood - Rupp, III - 10/14/20*

200

13:31:35   1        Now, Mr. Lockwood, do you see now the second
13:31:39   2   SUV pulling up?
13:31:41   3        **A.**    Yes.
13:31:41   4        **Q.**    And you recognize that as the SUV
13:31:45   5   operated by Moriarity with Schultz as the
13:31:48   6   passenger?
13:31:49   7        **MS. HUGGINS:**    Form.
           8        **BY MR. RUPP:**
13:31:55   9        **Q.**    You can answer.
13:31:56  10        **MS. HUGGINS:**    Could you just repeat the
13:31:57  11   question?
          12        (The above-requested question was then read
13:32:06  13   by the reporter.)
13:32:06  14        **MS. HUGGINS:**    I'm sorry, are you referring
13:32:07  15   to the -- the SUV that has just pulled up just now?
13:32:10  16        **MR. RUPP:**    Yeah, the second SUV.  There was
13:32:13  17   already one.  We can go back if you want.
13:32:14  18        **MS. HUGGINS:**    Yeah, I -- I think you're
13:32:15  19   just -- I think you may have just mistaken officer
13:32:18  20   names yourself in your question.
          21        **BY MR. RUPP:**
13:32:22  22        **Q.**    Okay.  Maybe I did.  All right.  So
13:32:24  23   this SUV that's parked there, the only one that's

*Lockwood - Rupp, III - 10/14/20*

201

13:32:27  1   depicted in the -- the film, that is the one in the

13:32:30  2   middle of the street is Moriarity and Schultz.

13:32:33  3        Do you have any reason to disagree with

13:32:35  4   that?  We've established that from their prior

13:32:39  5   testimony.

13:32:40  6        A.   No, I wouldn't disagree with it.

13:32:41  7        Q.   Have you reviewed any of the testimony

13:32:43  8   in this case?

13:32:44  9        A.   Yes, I looked at some testimony.  Yeah.

13:32:45 10        Q.   When did you look at it?

13:32:47 11        A.   I looked at it back in August and I

13:32:52 12   looked at it again over the weekend.

13:32:57 13        Q.   So did you watch the testimony, the

13:33:02 14   video testimony of Lauren McDermott?

13:33:04 15        A.   Did I watch the video?

13:33:06 16        Q.   Yeah.

13:33:06 17        A.   No.

13:33:06 18        Q.   You just read the transcript?

13:33:08 19        A.   Read, yeah.

13:33:09 20        Q.   Okay.  So you knew that this vehicle

13:33:11 21   had Schultz and Moriarity in it from what you read,

13:33:15 22   right?

13:33:15 23        A.   Yes.

13:33:15 1      **Q.**   Okay.  And you knew that the SUV that's

13:33:20 2  pulling up now has McDermott at the wheel with

13:33:23 3  Jenny Velez as passenger, right?

13:33:27 4      **A.**   Yes.

13:33:27 5      **Q.**   All right.  Mr. Lockwood, and for the

13:34:17 6  sake of completeness, I'm going to show you the

13:34:21 7  fifth and final video so you will have seen all of

13:34:23 8  them.  This one is -- was marked as Exhibit 12 so

13:34:28 9  I'm going to switch DVDs.

13:34:58 10     All right.  This video has a different

13:35:00 11  nomenclature.  It's named -- its file name is

13:35:03 12  footage two Emerson.  And in the bottom right-hand

13:35:16 13  corner you see it's a reference to camera two?

13:35:18 14      **A.**   Yes.

13:35:18 15      **Q.**   And did you see camera six in one of

13:35:21 16  the last videos we looked at?

13:35:23 17      **A.**   Yes.

13:35:23 18      **Q.**   So you're aware these are different

13:35:25 19  cameras -- different surveillance cameras, right?

13:35:26 20      **A.**   Yes.

13:35:26 21      **Q.**   Did you understand that they were on

13:35:28 22  Mr. Kistner's house --

13:35:29 23      **A.**   No.

*Lockwood - Rupp, III - 10/14/20*

203

| | | |
|---|---|---|
| 13:35:29 | 1 | **Q.**    -- at 37 Schmarbeck? |
| 13:35:31 | 2 | **A.**    No. |
| 13:35:31 | 3 | **Q.**    Okay.  I'm going to ask you to pay |
| 13:35:40 | 4 | particular attention to what happens to |
| 13:35:42 | 5 | Mr. Kistner's son in this video.  Okay?  I'm going |
| 13:35:45 | 6 | to ask you some questions about that. |
| 13:35:49 | 7 | **A.**    Okay. |
| 13:36:15 | 8 | **Q.**    Do you see Mr. Kistner's son who just |
| 13:36:17 | 9 | appeared in the left-hand -- |
| 13:36:18 | 10 | **A.**    Yes. |
| 13:36:18 | 11 | **Q.**    -- part of the screen?  He'll be back |
| 13:36:21 | 12 | on the screen in a moment.  All right.  Do you see |
| 13:36:23 | 13 | what we saw from a prior camera angle, the officers |
| 13:36:26 | 14 | walking Mr. Kistner, James Kistner, back to the |
| 13:36:29 | 15 | Moriarity, Schultz SUV? |
| 13:36:31 | 16 | **A.**    Yes. |
| 13:36:31 | 17 | **Q.**    Okay.  I'm going to ask you to take a |
| 13:36:33 | 18 | look and see if you can tell whether they put him |
| 13:36:35 | 19 | in the back of that SUV as I asked you earlier. |
| 13:36:45 | 20 | Could you tell whether they put him in the |
| 13:36:46 | 21 | back? |
| 13:36:46 | 22 | **A.**    Yes. |
| 13:36:47 | 23 | **Q.**    Okay.  He is in the back of the SUV? |

*Lockwood - Rupp, III - 10/14/20*

204

| | | |
|---|---|---|
| 13:36:48 | 1 | **A.** Yes. |
| 13:36:49 | 2 | **Q.** Okay. Now, do you see the officers now |
| 13:36:52 | 3 | approaching Mr. Kistner's son? |
| 13:36:53 | 4 | **A.** Yes. |
| 13:36:54 | 5 | **Q.** Do you see the officer take him by the |
| 13:36:57 | 6 | arm, pull him back? Mr. Kistner's son appeared to |
| 13:37:04 | 7 | be on the telephone, did you see that? |
| 13:37:06 | 8 | **A.** Yes. |
| 13:37:07 | 9 | **Q.** Okay. And do you know why they |
| 13:37:11 | 10 | physically touched Mr. Kistner's son? |
| 13:37:13 | 11 | **A.** No. |
| 13:37:13 | 12 | **Q.** Had he committed a crime? |
| 13:37:15 | 13 | **A.** No. |
| 13:37:16 | 14 | **MS. HUGGINS:** Form. |
| 13:37:16 | 15 | **BY MR. RUPP:** |
| 13:37:17 | 16 | **Q.** Do you know whether they had probable |
| 13:37:19 | 17 | cause to touch him for any reason? |
| 13:37:21 | 18 | **A.** No. |
| 13:37:25 | 19 | **Q.** Are you aware that Mr. Kistner's son |
| 13:37:28 | 20 | has commenced a Notice of Claim against the City of |
| 13:37:30 | 21 | Buffalo for his treatment on the day of the |
| 13:37:32 | 22 | incident? |
| 13:37:32 | 23 | **A.** I'm not familiar with that one, no. |

*Lockwood - Rupp, III - 10/14/20*

205

| | | |
|---|---|---|
| 13:37:34 | 1 | Q.   What are the officers doing here to |
| 13:37:42 | 2 | Mr. Kistner's son?  I'll rewind it for you so you |
| 13:37:47 | 3 | can see it again.  What are the officers doing |
| 13:38:04 | 4 | there to Mr. Kistner's son, Mr. Lockwood? |
| 13:38:07 | 5 | A.   Looked like they was checking him at |
| 13:38:09 | 6 | one time. |
| 13:38:09 | 7 | Q.   Why are they pushing him back and forth |
| 13:38:12 | 8 | between them? |
| 13:38:12 | 9 | MS. HUGGINS:  Form. |
| 13:38:13 | 10 | BY MR. RUPP: |
| 13:38:14 | 11 | Q.   Why are they touching him? |
| 13:38:15 | 12 | MS. HUGGINS:  Same form objection. |
| 13:38:17 | 13 | BY MR. RUPP: |
| 13:38:18 | 14 | Q.   Do you know why they're touching him? |
| 13:38:19 | 15 | A.   No. |
| 13:38:19 | 16 | Q.   Do you know why they're pushing him |
| 13:38:21 | 17 | back and forth between themselves? |
| 13:38:22 | 18 | A.   No. |
| 13:38:22 | 19 | Q.   Does that follow police procedures? |
| 13:38:25 | 20 | A.   In this case right here, I -- I don't |
| 13:38:32 | 21 | know why they doing that. |
| 13:38:36 | 22 | Q.   That wouldn't follow any procedures |
| 13:38:39 | 23 | that are set forth in the MOP, would it, to push |

| | | |
|---|---|---|
| 13:38:41 | 1 | him back and forth like that? |
| 13:38:42 | 2 | **MS. HUGGINS:** Form. |
| 13:38:43 | 3 | **BY MR. RUPP:** |
| 13:38:43 | 4 | Q. Would it? Let me ask it this way since |
| 13:38:46 | 5 | there's a form objection, Mr. Lockwood. |
| 13:38:47 | 6 | Do you know of any procedures in the MOP |
| 13:38:49 | 7 | that say that's appropriate? |
| 13:38:51 | 8 | A. No. |
| 13:38:56 | 9 | Q. Would that be a violation of the MOP |
| 13:38:58 | 10 | then? |
| 13:38:59 | 11 | A. I wouldn't say a violation. It was |
| 13:39:09 | 12 | inappropriate, though. |
| 13:39:10 | 13 | Q. Your officers aren't supposed to rough |
| 13:39:11 | 14 | people up like that, are they? |
| 13:39:13 | 15 | **MS. HUGGINS:** Form. |
| 13:39:14 | 16 | **BY MR. RUPP:** |
| 13:39:14 | 17 | Q. Are your officers supposed to do that, |
| 13:39:16 | 18 | Mr. Lockwood? You're the chief disciplinarian of |
| 13:39:20 | 19 | the Buffalo Police Department. Are they supposed |
| 13:39:21 | 20 | to do that? |
| 13:39:22 | 21 | A. I'm not going to say they roughed him |
| 13:39:24 | 22 | up, but no, they shouldn't have. |
| 13:39:27 | 23 | Q. Use your own words. What did they do |

*Lockwood - Rupp, III - 10/14/20*

207

| | | |
|---|---|---|
| 13:39:29 | 1 | to him? |
| 13:39:30 | 2 | **A.**   I -- they -- to me they were checking |
| 13:39:33 | 3 | him for some reason.  I don't know. |
| 13:39:35 | 4 | **Q.**   Well, the -- when the -- I'm talking |
| 13:39:38 | 5 | about the pulling him back and forth -- two |
| 13:39:41 | 6 | officers, one on each arm, pulling him back and |
| 13:39:45 | 7 | forth.  Why did they do that? |
| 13:39:49 | 8 | **MS. HUGGINS:**  Form. |
| 13:39:51 | 9 | **THE WITNESS:**  I don't know. |
| 13:39:51 | 10 | **BY MR. RUPP:** |
| 13:39:53 | 11 | **Q.**   Did you ask when you saw the video? |
| 13:39:55 | 12 | **A.**   I'm just seeing the video. |
| 13:39:57 | 13 | **Q.**   You didn't see this one before? |
| 13:39:59 | 14 | **A.**   No. |
| 13:39:59 | 15 | **Q.**   IAD didn't bring this one to your |
| 13:40:01 | 16 | attention? |
| 13:40:01 | 17 | **A.**   No. |
| 13:40:15 | 18 | **Q.**   Do you know if they took away his cell |
| 13:40:18 | 19 | phone? |
| 13:40:18 | 20 | **A.**   No. |
| 13:40:19 | 21 | **Q.**   If they did, is that appropriate? |
| 13:40:21 | 22 | **A.**   No, you can't take no one's cell phone. |
| 13:40:29 | 23 | **Q.**   Why not? |

13:40:30   1          A.     If it's -- if it's not used in a crime.

13:40:33   2    If it's used in the crime, then yes.

13:40:35   3          Q.     Did you see any crimes committed by

13:40:38   4    Mr. Kistner's son?

13:40:39   5          A.     No.

13:40:39   6          Q.     Do you understand that he was the one

13:40:41   7    who was using his cell phone to try to get an

13:40:42   8    ambulance to help his father?

13:40:44   9          **MS. HUGGINS:**   Form.

13:40:44  10          **THE WITNESS:**   No.

13:40:44  11          **BY MR. RUPP:**

13:40:44  12          Q.     Do you know one way or the other

13:40:46  13    whether he called for an ambulance, called 911 and

13:40:48  14    asked for an ambulance to go to the scene, at the

13:40:51  15    request of his father?

13:40:52  16          A.     I think I read it right here on the 911

13:40:57  17    report here.

13:40:58  18          Q.     And you also read that the officers at

13:41:00  19    the scene canceled the ambulance?

13:41:02  20          A.     Yes.

13:41:02  21          Q.     And then canceled any other calls made

13:41:04  22    by anyone else for an ambulance to be dispatched to

13:41:07  23    the vicinity of 37 Schmarbeck, are you aware of

13:41:12  1    that?

13:41:12  2         **A.**    No, I'm not aware that they canceled

13:41:14  3    any other calls.  No.

13:41:15  4         **Q.**    Okay.  Can you tell from the dispatch

13:41:17  5    records that you see there whether they in fact did

13:41:20  6    that?

13:41:32  7         Let me ask you this, Mr. Lockwood, because

13:41:33  8    it may not be there.  Did you review the testimony

13:41:36  9    of Officer Schultz that he contacted dispatch and

13:41:40 10    said do not allow any ambulances to be dispatched

13:41:44 11    to 37 Schmarbeck?

13:41:45 12         **A.**    I don't -- no, I -- I can't remember

13:41:52 13    reading that in his testimony.

13:41:54 14         **Q.**    Okay.  Did you read that in anybody's

13:41:57 15    testimony that they not only canceled the ambulance

13:41:59 16    that Mr. Kistner's son called, but just in case his

13:42:01 17    wife or anybody else called, they canceled those

13:42:04 18    too?

13:42:05 19         **A.**    No, I didn't read that.

13:42:06 20         **Q.**    Okay.  Would that be appropriate if

13:42:07 21    they did that?

13:42:08 22         **A.**    If they did that, no, that wouldn't be

13:42:11 23    appropriate.

13:42:11  1        Q.   Okay.  So now, you said that it would

13:42:13  2   not be appropriate to take somebody's cell phone

13:42:15  3   unless they committed a crime, did you see any

13:42:29  4   crimes committed by Mr. Kistner's son?

13:42:32  5        A.   No.

13:42:33  6        Q.   Okay.  Do you have any probable cause

13:42:36  7   to believe that he committed a crime using his cell

13:42:39  8   phone at the scene of the incident involving his

13:42:41  9   father that day?

13:42:41  10        A.   No.

13:42:42  11        Q.   All right.  So if they did take his

13:42:44  12   cell phone, do you know why they would have done

13:42:46  13   that?

13:42:46  14        A.   No.

13:42:46  15        Q.   And would that have followed the MOP?

13:42:50  16        A.   No.

13:42:51  17        Q.   And would that be something that if you

13:42:55  18   had known about it on August 20th, might have

13:42:57  19   resulted in discipline for these offers?

13:43:00  20        A.   It would definitely result in a

13:43:02  21   conference with them.

13:43:03  22        Q.   What's going to happen now that you

13:43:05  23   know about it from this deposition?

| 13:43:06 | 1 | **MS. HUGGINS:**  Form. |
| 13:43:07 | 2 | **BY MR. RUPP:** |
| 13:43:07 | 3 | **Q.**   You can answer. |
| 13:43:09 | 4 | **A.**   I have to go back and look at the file. |
| 13:43:19 | 5 | **Q.**   What do you need to -- |
|          | 6 | **A.**   I mean, I -- |
| 13:43:20 | 7 | **Q.**   -- look at from the file? |
| 13:43:21 | 8 | **A.**   I need to go back and read the file. |
| 13:43:23 | 9 | I'm hearing what you're -- what you're saying, but |
| 13:43:25 | 10 | I need to read the file and see what the reason, |
| 13:43:27 | 11 | you know, was to take the cell phone. |
| 13:43:30 | 12 | **Q.**   All right.  And you're going to look |
| 13:43:33 | 13 | into the reason why Mr. Kistner was -- I don't know |
| 13:43:37 | 14 | what -- did we ever put a word on it that was |
| 13:43:40 | 15 | acceptable to you? |
| 13:43:41 | 16 | What -- what -- what happened to him when |
| 13:43:42 | 17 | the two officers grabbed him and brought him back |
| 13:43:43 | 18 | to the middle of the street, what would you say |
| 13:43:46 | 19 | happened to him here? |
| 13:43:47 | 20 | And I'm talking about right here at 1:41, |
| 13:43:57 | 21 | what's happening to him there?  What's the word you |
| 13:44:01 | 22 | would choose? |
| 13:44:02 | 23 | **A.**   My word would -- I mean, I would choose |

*Lockwood - Rupp, III - 10/14/20*

212

| | | |
|---|---|---|
| 13:44:07 | 1 | that they were searching him.  I don't know if he |
| 13:44:09 | 2 | was pulling away and the other officer grabbed him |
| 13:44:11 | 3 | to, you know -- I don't know what his -- was he |
| 13:44:14 | 4 | pulling away too.  He could have been pulling away. |
| 13:44:19 | 5 | I mean, it does -- okay.  They're going -- |
| 13:44:26 | 6 | Q.   Does what, Mr. Lockwood? |
| 13:44:27 | 7 | A.   No, continue to roll it.  Let it roll. |
| 13:44:31 | 8 | They're searching.  Okay. |
| 13:44:31 | 9 | Q.   Does it look like he's pulling away? |
| 13:44:36 | 10 | I'll rewind it for you again.  You tell me if you |
| 13:44:39 | 11 | see him pulling away. |
| 13:44:41 | 12 | A.   Okay.  Right there.  He -- he put his |
| 13:44:44 | 13 | hands up.  His hands -- you know, I mean -- |
| 13:44:45 | 14 | Q.   He put his hands up to prevent himself |
| 13:44:47 | 15 | from falling? |
| 13:44:48 | 16 | A.   No.  I'm just saying, though.  I -- he |
| 13:44:50 | 17 | put his hands up and they may have grabbed him |
| 13:44:54 | 18 | then, you know.  I don't know what the reason why |
| 13:44:56 | 19 | they, you know, grabbed him. |
| 13:44:56 | 20 | Q.   Does this look appropriate to you, |
| 13:44:58 | 21 | Mr. Lockwood? |
| 13:44:59 | 22 | A.   It doesn't look good. |
| 13:45:02 | 23 | Q.   Why not? |

*Lockwood - Rupp, III - 10/14/20*

213

| | | |
|---|---|---|
| 13:45:03 | 1 | **A.**   It just -- just doesn't look good. |
| 13:45:04 | 2 | **MS. HUGGINS:**   Form. |
| 13:45:05 | 3 | **BY MR. RUPP:** |
| 13:45:05 | 4 | **Q.**   Okay.  Do you know if Mr. Kistner's son |
| 13:45:07 | 5 | was arrested for something at the scene? |
| 13:45:09 | 6 | **A.**   I know Mr. Kistner was arrested.  I |
| 13:45:18 | 7 | didn't know if his son was.  I didn't have a |
| 13:45:20 | 8 | complaint from his son. |
| 13:45:21 | 9 | **Q.**   All right.  Let's keep watching.  Do |
| 13:45:37 | 10 | you know if the officers asked Mr. Kistner's son to |
| 13:45:39 | 11 | identify himself and produce ID? |
| 13:45:50 | 12 | **A.**   They may have said they -- they did. |
| 13:45:53 | 13 | **Q.**   What are -- what are the circumstances |
| 13:45:54 | 14 | under which that's appropriate? |
| 13:46:01 | 15 | **MS. HUGGINS:**   Form. |
| 13:46:02 | 16 | **BY MR. RUPP:** |
| 13:46:02 | 17 | **Q.**   Are there any circumstances under which |
| 13:46:04 | 18 | that's appropriate? |
| 13:46:06 | 19 | **A.**   Yes, you can ask for a person to |
| 13:46:08 | 20 | identify themselves. |
| 13:46:09 | 21 | **Q.**   Okay.  What are those circumstances? |
| 13:46:11 | 22 | **A.**   If -- if his son was there and he was, |
| 13:46:14 | 23 | I don't know, in some way interfering or I don't -- |

13:46:19  1  if he said he was -- he -- that's my father or

13:46:23  2  whatever, then you may ask him to identify

13:46:25  3  yourself, who are you.

13:46:26  4      Q.   If he says he's his father, they need

13:46:30  5  to see ID that he's his --

13:46:30  6      A.   No.  Well, you can ask that.

13:46:31  7      Q.   -- is the son?

13:46:32  8      A.   You can ask that.

13:46:33  9      Q.   Okay.

13:46:33  10     A.   You know what I mean?  There's no --

13:46:35  11 nothing wrong with asking that.

13:46:36  12     Q.   Okay.  So could he have declined?

13:46:38  13     A.   Yes, he could decline.  Yes.

13:46:39  14     Q.   Okay.  Do you have any idea why the

13:46:59  15 officers are not transporting the handcuffed

13:47:02  16 Mr. Kistner to the hospital?

13:47:03  17     A.   No.  At this particular time I see them

13:47:13  18 just dealing with the son.

13:47:15  19     Q.   Do you know if Mr. Kistner complained

13:47:17  20 that the handcuffs had been applied to his wrists

13:47:21  21 too hard and were causing him pain and ask that

13:47:24  22 they be loosened?

13:47:25  23     A.   I think in his statement, yeah.

*Lockwood - Rupp, III - 10/14/20*

215

| | | |
|---|---|---|
| 13:47:27 | 1 | Q.    Would it be appropriate to loosen |
| 13:47:29 | 2 | handcuffs that were applied too hard in the first |
| 13:47:32 | 3 | place, too tightly? |
| 13:47:36 | 4 | MS. HUGGINS:   Form. |
| 13:47:38 | 5 | BY MR. RUPP: |
| 13:47:39 | 6 | Q.    Is that a reasonable request for a |
| 13:47:41 | 7 | criminal arrestee to make, the handcuffs not be |
| 13:47:44 | 8 | applied too tightly? |
| 13:47:46 | 9 | MS. HUGGINS:   Form.   You can answer. |
| 13:47:50 | 10 | THE WITNESS:   You can -- you can make that |
| 13:47:52 | 11 | request. |
| 13:47:53 | 12 | BY MR. RUPP: |
| 13:47:53 | 13 | Q.    Okay.  And would a reasonable officer |
| 13:47:56 | 14 | check to see if the handcuffs were too tight and |
| 13:47:59 | 15 | loosen them if they were? |
| 13:47:59 | 16 | A.    At the appropriate time you can -- you |
| 13:48:01 | 17 | don't -- if he make the request, you don't -- if |
| 13:48:03 | 18 | you still dealing with another situation out there, |
| 13:48:06 | 19 | you would get to him and check the handcuffs and |
| 13:48:09 | 20 | see if they're too tight. |
| 13:48:10 | 21 | Q.    Do you know if the officers ever |
| 13:48:13 | 22 | checked Mr. Kistner's handcuffs and loosened them |
| 13:48:15 | 23 | at his request? |

*Lockwood - Rupp, III - 10/14/20*

216

| | | |
|---|---|---|
| 13:48:17 | 1 | **A.**   Not offhand, no. |
| 13:48:19 | 2 | **Q.**   Do you know if he suffered any injury |
| 13:48:20 | 3 | as a result of the handcuffs being applied to |
| 13:48:23 | 4 | tightly to his wrists? |
| 13:48:24 | 5 | **A.**   No. |
| 13:48:25 | 6 | **Q.**   Now, Mr. Lockwood, is Mr. Kistner's son |
| 13:48:40 | 7 | being detained here?  I mean, we saw the officers |
| 13:48:43 | 8 | bring him back with their hands on his arms to the |
| 13:48:47 | 9 | center of the street.  Is he being detained? |
| 13:48:50 | 10 | **MS. HUGGINS:**   Form. |
| 13:48:54 | 11 | **BY MR. RUPP:** |
| 13:48:54 | 12 | **Q.**   Do you know if he's being detained? |
| 13:48:57 | 13 | **A.**   No. |
| 13:49:00 | 14 | **Q.**   Did the IAD investigators tell you what |
| 13:49:16 | 15 | the officers said they were talking about after |
| 13:49:20 | 16 | Mr. Kistner was hit by the SUV and -- and put in |
| 13:49:22 | 17 | the -- put in the SUV -- the other SUV handcuffed? |
| 13:49:25 | 18 | **A.**   No. |
| 13:49:29 | 19 | **Q.**   Do you have any idea why these officers |
| 13:50:42 | 20 | are not transporting Mr. Kistner to the hospital? |
| 13:50:44 | 21 | **A.**   No. |
| 13:50:46 | 22 | **Q.**   What's a 941? |
| 13:50:58 | 23 | **A.**   It's when you admit someone to impact |

*Lockwood - Rupp, III - 10/14/20*

217

13:51:02  1   (phonetic) at ECMC when they're acting irrational.

13:51:08  2       **Q.**   Do you know if that was done to

13:51:09  3   Mr. Kistner here?

13:51:11  4       **A.**   That's what this says on the report.

13:51:15  5   Car 230 would be 941.

13:51:19  6       **Q.**   941 which means they're going to take

13:51:21  7   him to the psych unit at ECMC for a psych

13:51:26  8   evaluation, correct?

13:51:27  9       **A.**   Yes.

13:51:28  10       **Q.**   And that can sometimes result in an

13:51:32  11   admission involuntarily that can last for up to 10

13:51:37  12   days, correct?

13:51:38  13       **A.**   I don't know how long it can last, but

13:51:41  14   yes.

13:51:41  15       **Q.**   An involuntary admission, right?

13:51:43  16       **A.**   Involuntary admission, yeah.

13:51:45  17       **Q.**   Do you know how many times the officers

13:51:51  18   that are depicted in this video tried to get

13:51:51  19   Mr. Kistner involuntary admitted to ECMC on a

13:51:56  20   mandatory psych admit on the day of the incident?

13:51:59  21       **MS. HUGGINS:**   Form.

13:51:59  22       **BY MR. RUPP:**

13:52:00  23       **Q.**   Strike it.

*Lockwood - Rupp, III - 10/14/20*

218

| | | |
|---|---|---|
| 13:52:01 | 1 | Do you know if the officers tried to get |
| 13:52:03 | 2 | Mr. Kistner admitted to ECMC for a psych evaluation |
| 13:52:06 | 3 | involuntarily -- |
| | 4 | **A.**   Yes. |
| 13:52:07 | 5 | **Q.**   -- under 941? |
| 13:52:08 | 6 | **A.**   Yes. |
| 13:52:08 | 7 | **Q.**   Do you know how many times they tried |
| 13:52:12 | 8 | to do that? |
| 13:52:12 | 9 | **A.**   No. |
| 13:52:13 | 10 | **Q.**   If I told you that they tried to do it |
| 13:52:15 | 11 | twice, would you have any reason to disagree with |
| 13:52:17 | 12 | me? |
| 13:52:17 | 13 | **A.**   I don't know how many times. |
| 13:52:22 | 14 | **Q.**   Was there anything that you seen in the |
| 13:52:29 | 15 | video depicting Mr. Kistner that would suggest to |
| 13:52:34 | 16 | you from what you observed that he was having a |
| 13:52:36 | 17 | phychiatric incident? |
| 13:52:43 | 18 | **A.**   No.  I -- I don't know the guy.  I -- |
| 13:52:46 | 19 | **Q.**   I just asked what you observed. |
| 13:52:48 | 20 | **A.**   What I observed?  Repeat the question |
| 13:52:55 | 21 | again. |
| 13:52:55 | 22 | **Q.**   Was there anything that you observed in |
| 13:52:57 | 23 | any of the video segments I showed you today |

*Lockwood - Rupp, III - 10/14/20*

219

13:53:00   1   depicting Mr. Kistner that appeared to show him

13:53:02   2   having any type of phychiatric incident?

13:53:05   3         **A.**   I -- I can't answer that because I

13:53:14   4   don't know the guy.

13:53:16   5         **Q.**   Well, I didn't ask you if you knew the

13:53:19   6   guy.   I'm asking you if you saw anything there that

13:53:21   7   depicts --

13:53:21   8         **A.**   I can't answer that.

13:53:22   9         **Q.**   Can't answer the question.   Can't or

13:53:23 10   won't?

13:53:23 11         **A.**   No, I can't.   I can't.

13:53:24 12         **Q.**   Why can't you?

13:53:25 13         **A.**   I don't know if he's having a -- you

13:53:29 14   know, if he's --

13:53:30 15         **Q.**   Did it look to you like he was?

13:53:32 16         **A.**   All I know is I saw a guy walking.

13:53:36 17   That's all.

13:53:36 18         **Q.**   Right.   You saw a guy get hit by an SUV

13:53:39 19   and get thrown to the ground, right?

13:53:41 20         **MS. HUGGINS:**   Form.

13:53:41 21         **BY MR. RUPP:**

13:53:42 22         **Q.**   Did you see that?

13:53:42 23         **A.**   I saw an impact there.   I --

*Lockwood - Rupp, III - 10/14/20*

220

| 13:53:45 | 1 | **Q.** | Saw a guy fall to the ground, right? |
| 13:53:48 | 2 | **A.** | Yes. |
| 13:53:48 | 3 | **Q.** | And then you saw him walk to an SUV, |

right?

| 13:53:50 | 5 | **A.** | Yes. |
| 13:53:50 | 6 | **Q.** | Did he appear to be having any |

psychiatric incident or episode as he walked?

| 13:53:57 | 8 | **A.** | I don't know. |
| 13:53:57 | 9 | **Q.** | You don't know or you don't want to |

answer?

| 13:53:59 | 11 | **A.** | I don't know. |
| 13:53:59 | 12 | **Q.** | Okay.  So he may have been having a |

psychiatric incident while he walked?

| 13:54:02 | 14 | **A.** | It could have been. |
| 13:54:04 | 15 | **Q.** | Okay.  You still have no idea what |

these officers are talking about, right?

| 13:54:16 | 17 | **A.** | No. |
| 13:54:16 | 18 | **Q.** | And you still have no idea why they're |

not transporting Mr. Kistner to the hospital for

checking to see whether he was injured?

| 13:54:23 | 21 | **A.** | No. |
| 13:54:28 | 22 | **Q.** | All right.  Mr. Lockwood, you have now |

seen all five of the outtakes from Mr. Kistner's

| | | |
|---|---|---|
| 13:56:02 | 1 | surveillance cameras. |
| 13:56:03 | 2 | And my question to you is, having seen what |
| 13:56:05 | 3 | you saw depicted on those videos, does that give |
| 13:56:08 | 4 | rise to any other concerns beyond the ones that |
| 13:56:11 | 5 | you've already told me about relative to the way |
| 13:56:13 | 6 | the officers from C district handled the episode |
| 13:56:16 | 7 | involving Mr. Kistner? |
| 13:56:17 | 8 | **MS. HUGGINS:**  Form. |
| 13:56:18 | 9 | **THE WITNESS:**  Yeah, I need you to repeat |
| 13:56:20 | 10 | that.  I didn't understand your question. |
| 13:56:21 | 11 | **MR. RUPP:**  Okay.  Could you repeat that |
| 13:56:22 | 12 | back, Andrea? |
| | 13 | **THE REPORTER:**  Sure. |
| | 14 | **MS. HUGGINS:**  While she reads it, what do |
| 13:56:38 | 15 | you think in terms of timing? |
| 13:56:38 | 16 | **MR. RUPP:**  Um -- |
| | 17 | **MS. HUGGINS:**  We're just at the 2 o'clock |
| | 18 | hour. |
| | 19 | **THE REPORTER:**  Do you want to go off the |
| | 20 | record? |
| | 21 | **MR. RUPP:**  We can stay on. |
| | 22 | **MS. HUGGINS:**  We don't have to -- I just -- |
| | 23 | **THE REPORTER:**  Okay. |

13:56:39  1          MR. RUPP:  I'm probably going to take the

13:56:40  2     full -- I mean, I'm going to take probably until

13:56:43  3     4 o'clock with him, I'd imagine.

13:56:43  4          MS. HUGGINS:  Could we then take a break

13:56:46  5     then?

13:56:46  6          MR. RUPP:  Sure.

13:56:47  7          MS. HUGGINS:  Do you need to make -- give

13:56:48  8     any -- do you want to go off the record?  Sorry, I

          9     don't want to --

         10          MR. RUPP:  Okay.

13:56:50 11          THE VIDEOGRAPHER:  Going off the record at

13:56:52 12     1356.

13:58:26 13          (Discussion off the record.)

13:58:26 14          THE VIDEOGRAPHER:  Going back on the record

13:58:28 15     at 1358.

13:58:30 16          BY MR. RUPP:

13:58:30 17          Q.   Okay.  Mr. Lockwood, have you now had

13:58:32 18     the question that I just asked you read back to you

13:58:35 19     by our court reporter?

13:58:38 20          A.   Yes, she read the questions back to me

13:58:41 21     and I --

13:58:47 22          Q.   I guess let me try -- let me try again

13:58:49 23     then because obviously my question's confusing you.

*Lockwood - Rupp, III - 10/14/20*

223

| | | |
|---|---|---|
| 13:58:52 | 1 | As we went through those videos I asked you |
| 13:58:55 | 2 | a lot of questions, right? |
| 13:58:55 | 3 | A.   Yes. |
| 13:58:55 | 4 | Q.   And I asked you if there were certain |
| 13:58:57 | 5 | things that concerned you and certain things that |
| 13:59:00 | 6 | didn't and you -- you told me a few things did |
| 13:59:01 | 7 | concern you or that you saw in the videos, right? |
| 13:59:04 | 8 | A.   Yes. |
| 13:59:04 | 9 | Q.   So I'm not asking about those.  Those |
| 13:59:06 | 10 | are already covered.  I'm asking if anything I |
| 13:59:09 | 11 | didn't ask you, if you saw anything on those videos |
| 13:59:11 | 12 | that causes you a concern that I didn't ask you |
| 13:59:15 | 13 | about? |
| 13:59:16 | 14 | MS. HUGGINS:  Same form objection.  You may |
| 13:59:18 | 15 | answer that question. |
| 13:59:19 | 16 | THE WITNESS:  No. |
| 13:59:21 | 17 | BY MR. RUPP: |
| 13:59:22 | 18 | Q.   Okay.  Anything else that you saw that |
| 13:59:23 | 19 | was a violation of the MOP? |
| 13:59:25 | 20 | A.   No. |
| 13:59:28 | 21 | Q.   Anything else that you want to follow |
| 13:59:29 | 22 | up with these officers about? |
| 13:59:34 | 23 | A.   Conversation -- I would have a |

13:59:45  1  conversation with internal affairs.

13:59:46  2          **Q.**    That was going to be my next question.

13:59:49  3  Is there anything else you want to the bring to the

13:59:50  4  attention of internal affairs about what you saw in

13:59:52  5  those videos?

13:59:53  6          **A.**    Yes.

13:59:53  7          **Q.**    Okay.  What are those?

13:59:55  8          **A.**    I just want to go back and find out why

13:59:57  9  was the officers standing around and what -- you

14:00:00  10  know, why wasn't they transporting the guy,

14:00:03  11  Mr. Kistner.

14:00:04  12          If they were going to take him to the

14:00:06  13  hospital, take him to the hospital.  Why was, you

14:00:09  14  know, they standing around there talking.

14:00:11  15          **Q.**    Okay.

14:00:11  16          **A.**    That's a little concerning there.

14:00:13  17          **Q.**    All right.  Anything else?

14:00:14  18          **A.**    No.

14:00:15  19          **Q.**    Okay.  Now, I want to go back to

14:00:21  20  Exhibit 43, if I could, if that's still in front of

14:00:22  21  you, sir.  It's the case index.

14:00:27  22          **A.**    Okay.

14:00:28  23          **Q.**    Now, I may have asked you already, you

*Lockwood - Rupp, III - 10/14/20*

225

14:00:31  1    know, why the case index that you want over with

14:00:34  2    Lieutenant Kelly in August of 2020 did not include

14:00:37  3    all of the video segments.

14:00:39  4          And I don't remember if I asked you that or

14:00:42  5    if you gave me an answer, but can you tell me why

14:00:45  6    the videos wouldn't have been a major part of IAD's

14:00:49  7    investigation here?

14:00:50  8          **MS. HUGGINS:**  Form.  You can answer.

14:00:52  9          **MR. RUPP:**  Strike it.  We're just going to

         10    be at this.

         11          **MS. HUGGINS:**  No.

         12          **BY MR. RUPP:**

14:00:54 13          **Q.**   Can you tell me why the videos aren't

14:00:56 14    on here?

14:00:59 15          **A.**   No, I can't.

14:01:00 16          **Q.**   Okay.  I would think that when you have

14:01:02 17    video evidence of what happened at a scene, it

14:01:05 18    would be really, really important.  Am I wrong

14:01:07 19    there?

14:01:07 20          **A.**   No.

14:01:08 21          **Q.**   Okay.  So you're aware, I think you

14:01:13 22    told me, you knew the videos existed before you sat

14:01:16 23    down with Lieutenant Kelly in August of 2020,

*Lockwood - Rupp, III - 10/14/20*

226

| | | |
|---|---|---|
| 14:01:19 | 1 | right? |
| 14:01:20 | 2 | **A.**   I knew of the first video of the impact |
| 14:01:25 | 3 | striking. |
| 14:01:26 | 4 | **Q.**   Okay. |
| 14:01:26 | 5 | **A.**   The other videos with them standing |
| 14:01:28 | 6 | around, I had no knowledge of those videos. |
| 14:01:31 | 7 | **Q.**   Okay.  So when this case index is |
| 14:01:34 | 8 | handed to you, do you say to Lieutenant Kelly, why |
| 14:01:37 | 9 | is -- why is the video not on here? |
| 14:01:39 | 10 | **A.**   I had saw the one video.  So -- |
| 14:01:48 | 11 | **Q.**   But you didn't see -- |
| 14:01:49 | 12 | **A.**   -- in my -- in my mind I was thinking |
| 14:01:50 | 13 | that was the only video. |
| 14:01:52 | 14 | **Q.**   No, no, I get that.  But why isn't it |
| 14:01:54 | 15 | on the case index, why isn't it there as -- as |
| 14:01:58 | 16 | evidence of what happened? |
| 14:01:59 | 17 | **A.**   I don't know. |
| 14:02:00 | 18 | **Q.**   Okay.  And you didn't look at the video |
| 14:02:03 | 19 | the day you met with Lieutenant Kelly, I think you |
| 14:02:05 | 20 | said you'd seen it before? |
| 14:02:05 | 21 | **A.**   I had already seen it, yes. |
| 14:02:07 | 22 | **Q.**   Okay.  But now you got all this other |
| 14:02:09 | 23 | stuff, you can compare what's on the video to what |

14:02:13   1   the officers said happened.

14:02:15   2          You can look at the video and say is that

14:02:17   3   true.  Why aren't you doing that?

14:02:19   4          **A.**   The video that I saw was the video of

14:02:23   5   the impact and I did -- that's what I was making my

14:02:27   6   determination off of that video.

14:02:30   7          Now, the lawsuit is with Mr. Kistner.  I

14:02:35   8   mean, the case -- the IAD case with Mr. Kistner,

14:02:39   9   that's what I was basing my decision on that

14:02:44  10   particular incident.

14:02:46  11          That he -- that she intentionally hit him

14:02:49  12   with the police vehicle and from my conclusion it

14:02:55  13   didn't -- you know, it just didn't look like it was

14:02:58  14   intentional.

14:02:59  15          **Q.**   But Mr. Lockwood, isn't there something

14:03:01  16   between intentionally hitting him with the SUV and

14:03:04  17   him committing a felony, throwing himself at the

14:03:07  18   SUV?  Isn't there something in between those two

14:03:10  19   extremes?

14:03:10  20          **MS. HUGGINS:**   Form.

14:03:11  21          **BY MR. RUPP:**

14:03:12  22          **Q.**   Did you look at the incident to see

14:03:14  23   whether she negligently hit him, accidently hit him

14:03:18   1    with the SUV?

14:03:19   2        **A.**    I looked at the video and I -- I

14:03:22   3    couldn't -- the video can't -- the video didn't --

14:03:28   4    didn't show me. I couldn't see in -- in that video

14:03:31   5    where it was anything intentional.

14:03:34   6        **Q.**    Okay. I'm asking you about negligence,

14:03:37   7    Mr. Lockwood. You're aware that they accused him

14:03:41   8    of a felony, right?

14:03:42   9        **A.**    I know they -- yes --

             10        **Q.**    Okay.

14:03:44  11        **A.**    -- they locked him up.

14:03:47  12        **Q.**    They charged him with a felony, right?

14:03:50  13        **A.**    Yes.

14:03:50  14        **Q.**    It went to the district attorney's

14:03:53  15    office with a felony charge that he had thrown

14:03:54  16    himself at the SUV, right?

14:03:55  17        **A.**    Yes.

14:03:56  18        **Q.**    Do you think there was enough evidence

14:03:58  19    on that video to support the charges brought by

14:04:02  20    your C district officers against Mr. Kistner?

14:04:04  21        **MS. HUGGINS:**    Form. You can answer.

14:04:07  22        **THE WITNESS:**    Felony, I wouldn't say, but --

14:04:20  23        **BY MR. RUPP:**

*Lockwood - Rupp, III - 10/14/20*

229

14:04:21  1       Q.   Any crime at all.  Walking up to a

14:04:23  2  police SUV and getting hit by it is a crime in the

14:04:26  3  City of Buffalo?

14:04:26  4       MS. HUGGINS:   Form.

14:04:35  5       BY MR. RUPP:

14:04:35  6       Q.   You tell me what the crime is.

14:04:36  7       A.   If the officers -- the officers said he

14:04:40  8  intentionally threw himself at the vehicle, they

14:04:43  9  felt that and that's why they charged him with the

14:04:46 10  criminal mischief.

14:04:47 11       I look at the video and -- and it looks

14:04:51 12  like, you know, an accident to me.  You know, it --

14:04:53 13  I'm -- he could have possibly threw himself, but I

14:04:59 14  can't tell.  I can't tell by the video.

14:05:00 15       Q.   All right.

14:05:01 16       A.   I just can't tell.

14:05:02 17       Q.   So now, you're aware that

14:05:04 18  Officer Schultz said that he saw the incident and

14:05:11 19  saw that Mr. Kistner had thrown himself at the SUV,

14:05:14 20  are you aware of that?

14:05:15 21       A.   I saw it in his statement, yes.

14:05:17 22       Q.   Okay.  You probably would have seen it

14:05:19 23  in his deposition testimony if you reviewed that,

| 14:05:22 | 1 | right? |

14:05:22  2      **A.**   I just saw it in his statement.

14:05:24  3      **Q.**   Okay.  Are you aware that he claims to

14:05:26  4  have seen that while in the SUV driven by

14:05:32  5  Mr. Moriarity facing the opposite way and driving

14:05:34  6  away?

14:05:34  7      **MS. HUGGINS:**  Form.

14:05:35  8      **BY MR. RUPP:**

14:05:35  9      **Q.**   Are you aware of that?  We can go

14:05:39 10  through it slowly, Mr. Lockwood.  Where was

14:05:41 11  Mr. Schultz at the time, according to the videos,

14:05:45 12  Mr. Kistner was hit by Ms. McDermott's SUV?

14:05:48 13      **A.**   Pulling off.

14:05:48 14      **Q.**   And where was he seated?

14:05:50 15      **A.**   Passenger.

14:05:51 16      **Q.**   And where was that SUV?

14:05:56 17      **A.**   His SUV?

14:05:56 18      **Q.**   Yeah.

14:05:56 19      **A.**   It was going down the street.

14:05:57 20      **Q.**   Driving away, right?

14:05:58 21      **A.**   Yes.

14:05:59 22      **Q.**   Now, are you aware that Mr. Schultz

14:06:01 23  claims that even though he was facing the opposite

| | | |
|---|---|---|
| 14:06:04 | 1 | way, that he saw Mr. Kistner throw himself at |
| 14:06:09 | 2 | Ms. McDermott's SUV from the driver's side mirror |
| 14:06:14 | 3 | adjacent to Mr. Moriarity? |
| 14:06:15 | 4 | **A.** I'm aware. |
| 14:06:16 | 5 | **MS. HUGGINS:** Form. |
| 14:06:16 | 6 | **BY MR. RUPP:** |
| 14:06:17 | 7 | **Q.** And he saw that from the passenger's |
| 14:06:20 | 8 | seat in Mr. Moriarity's car? |
| 14:06:22 | 9 | **A.** That was the statement. |
| 14:06:23 | 10 | **Q.** Okay. Now, do you just take the |
| 14:06:25 | 11 | statement as true no matter what Mr. Schultz says? |
| 14:06:27 | 12 | **A.** Unless you give me some other reason to |
| 14:06:39 | 13 | say that his statement was a lie, then -- |
| 14:06:40 | 14 | **Q.** Well, how about common sense -- |
| | 15 | **MS. HUGGINS:** Well -- |
| | 16 | **BY MR. RUPP:** |
| 14:06:42 | 17 | **Q.** -- Mr. Lockwood? |
| 14:06:43 | 18 | **MS. HUGGINS:** -- allow him to finish his |
| 14:06:45 | 19 | answer. |
| 14:06:45 | 20 | **BY MR. RUPP:** |
| 14:06:45 | 21 | **Q.** Well, he asked me to give him and I'm |
| 14:06:46 | 22 | going to give it to him. Mr. Lockwood -- |
| 14:06:46 | 23 | **MS. HUGGINS:** Well -- |

1          **BY MR. RUPP:**

2               **Q.**    -- have you ever tried --

3               **MS. HUGGINS:**  -- did you complete your

14:06:48  4  answer?

5               **THE REPORTER:**  Wait.  I need one at a time,

14:06:49  6  please.

14:06:49  7       **MS. HUGGINS:**  Yeah.  Did you complete your

14:06:51  8  answer, Commissioner?

14:06:52  9       **THE WITNESS:**  Yeah.

14:06:53  10      **MS. HUGGINS:**  Okay.

14:06:53  11      **BY MR. RUPP:**

14:06:53  12           **Q.**    All right.  And I'll give it to you

14:06:55  13  now.  You asked me to give you a reason.  Have you

14:06:58  14  ever looked out the driver's side mirror of a

14:07:00  15  vehicle when you're sitting in the passenger's

14:07:03  16  seat?

14:07:04  17           **A.**    The driver's --

18           **Q.**    Mr. Lockwood --

14:07:11  19           **A.**    Have I -- have I ever?

14:07:12  20           **Q.**    Yeah.

14:07:12  21           **A.**    No.

14:07:12  22           **Q.**    You never tried to do that, have you?

14:07:14  23           **A.**    No.

14:07:14  1      **Q.**   And that's because the driver's side

14:07:16  2  mirror adjacent to the driver is set for the

14:07:20  3  driver's eyes where they're situated to look in,

14:07:22  4  right?

14:07:23  5      **A.**   I wouldn't -- I -- if I'm the

14:07:26  6  passenger, I'm not looking out the driver's side.

14:07:29  7  Schultz, I don't know what -- where he's looking.

14:07:31  8      I mean, he could be looking out -- looking

14:07:33  9  at -- he could have seen it from the rearview.  I

        10  don't know.  He just --

        11      **Q.**   He didn't say --

        12      **A.**   -- he put in his statement --

        13      **THE REPORTER:**  I need one at a time, please.

14:07:37 14      **BY MR. RUPP:**

14:07:37 15      **Q.**   Mr. Lockwood, he didn't say rearview

14:07:40 16  mirror.  He said I am looking out the side-view

14:07:44 17  mirror on Mr. Moriarity's side of the vehicle.

14:07:48 18      And he says that mirror, even though he's

14:07:51 19  driving away, was positioned in such a way that he

14:07:54 20  could see Mr. Schultz -- Mr. Kistner throw himself

14:07:59 21  at Ms. McDermott's SUV.

14:08:01 22      That was his testimony under oath and that

14:08:03 23  was the statements that he used to support the

*Lockwood - Rupp, III - 10/14/20*

234

| | | |
|---|---|---|
| 14:08:06 | 1 | arrest of Mr. Kistner.  Do you have any reason to |
| 14:08:08 | 2 | disagree with me that he said that? |
| 14:08:09 | 3 | **A.**   I don't disagree that he said it.  If |
| 14:08:11 | 4 | it's in the statement, then he said -- that's what |
| 14:08:13 | 5 | he said. |
| 14:08:13 | 6 | **Q.**   So your job at these hearings that you |
| 14:08:17 | 7 | go to or these meetings with IAD, you don't just |
| 14:08:20 | 8 | take what the officer said as gospel no matter how |
| 14:08:23 | 9 | implausible is it, do you? |
| 14:08:26 | 10 | **A.**   No, I don't take it.  No. |
| 14:08:28 | 11 | **Q.**   So if the officer is obviously lying or |
| 14:08:31 | 12 | saying he saw something he couldn't see, that |
| 14:08:34 | 13 | triggers your responsibilities as the chief |
| 14:08:37 | 14 | disciplinary officer of the Buffalo Police |
| 14:08:39 | 15 | Department to say, wait a second, doesn't it? |
| 14:08:42 | 16 | **A.**   Yes. |
| 14:08:47 | 17 | **Q.**   Okay.  So Officer Schultz facing the |
| 14:08:47 | 18 | opposite way from Mr. Kistner, says he happens to |
| 14:08:50 | 19 | be looking across Mr. Moriarity's body in |
| 14:08:53 | 20 | Mr. Moriarity's window and sees Mr. Kistner throw |
| 14:08:57 | 21 | himself in that mirror at Ms. -- at Ms. McDermott's |
| 14:09:01 | 22 | vehicle and you believe that? |
| 14:09:04 | 23 | **A.**   That's the statement. |

| | | |
|---|---|---|
| 14:09:09 | 1 | **Q.**   So you just believed it, whatever he |
| 14:09:11 | 2 | said, didn't matter what he said?  Whether it was |
| 14:09:12 | 3 | possible, whether a mirror would have been angled |
| 14:09:17 | 4 | for him to see, you didn't care.  If he said it, |
| 14:09:20 | 5 | it's true? |
| 14:09:21 | 6 | **MS. HUGGINS:**  Form. |
| 14:09:21 | 7 | **BY MR. RUPP:** |
| 14:09:23 | 8 | **Q.**   Is that right, Mr. Lockwood, if he said |
| 14:09:24 | 9 | it, it's true? |
| 14:09:25 | 10 | **A.**   That's his statement. |
| 14:09:27 | 11 | **Q.**   So it's true? |
| 14:09:28 | 12 | **MS. HUGGINS:**  Form. |
| 14:09:28 | 13 | **THE WITNESS:**  That's his statement. |
| 14:09:29 | 14 | **BY MR. RUPP:** |
| 14:09:30 | 15 | **Q.**   Okay.  Do you -- do you ever say that's |
| 14:09:31 | 16 | not possible, Officer Schultz, you couldn't have |
| 14:09:34 | 17 | seen what you said you saw, you're lying?  Would |
| 14:09:36 | 18 | you ever say that? |
| 14:09:37 | 19 | **A.**   If there was proof to it, yes. |
| 14:09:41 | 20 | **Q.**   Isn't that proof enough, Mr. Lockwood, |
| 14:09:43 | 21 | for you?  What more proof do you need? |
| 14:09:46 | 22 | **MS. HUGGINS:**  Form. |
| 14:09:46 | 23 | **THE WITNESS:**  That was his statement. |

*Lockwood - Rupp, III - 10/14/20*

236

| | | |
|---|---|---|
| 14:09:48 | 1 | **BY MR. RUPP:** |
| 14:09:49 | 2 | Q. You keep saying that, Mr. Lockwood. |
| 14:09:51 | 3 | That's not my question. Was his statement true? |
| 14:09:53 | 4 | A. Yes. I mean, other -- yes, I -- |
| 14:09:59 | 5 | there's no video inside the car saying that he |
| 14:10:02 | 6 | wasn't looking or he was or whatever. |
| 14:10:05 | 7 | I mean, if he said that happened, that |
| 14:10:07 | 8 | happened. I -- I can't just come back and say |
| 14:10:09 | 9 | well, you didn't do this or you didn't do that, no. |
| 14:10:12 | 10 | Q. So that's your role as you see it as |
| 14:10:15 | 11 | commissioner at these IAD hearing, if he said it, |
| 14:10:18 | 12 | he said it, it happened, that's what you do? |
| 14:10:20 | 13 | A. No. |
| 14:10:20 | 14 | **MS. HUGGINS:** Form. |
| 14:10:21 | 15 | **BY MR. RUPP:** |
| 14:10:21 | 16 | Q. Well, what do you do, Mr. Lockwood, |
| 14:10:22 | 17 | when something as implausible as that? Why would |
| 14:10:26 | 18 | that mirror be positioned for Mr. Schultz to see |
| 14:10:29 | 19 | things from the passenger's seat? |
| 14:10:30 | 20 | **MS. HUGGINS:** Form. That's an objectionable |
| 14:10:33 | 21 | question. |
| | 22 | **BY MR. RUPP:** |
| 14:10:34 | 23 | Q. You can object all you want. I'm going |

*Lockwood - Rupp, III - 10/14/20*

237

14:10:36  1    to ask him.

14:10:37  2          Why would Mr. Moriarity's mirror be

14:10:40  3    positioned so Mr. Schultz could see something in

14:10:43  4    the rearview?

14:10:44  5          **MS. HUGGINS:**  Form.

14:10:45  6          **THE WITNESS:**  That's his statement.  He --

14:10:51  7    he said that he saw it and that's his statement.

14:10:58  8          **BY MR. RUPP:**

14:10:58  9          **Q.**   And you don't see that you have any

14:11:00 10    obligation to vet that statement for truth?

14:11:04 11          **MS. HUGGINS:**  Form.

14:11:06 12          **BY MR. RUPP:**

14:11:06 13          **Q.**   What do you do to verify whether that

14:11:09 14    was true or not, Mr. Lockwood?  Tell me everything

14:11:11 15    you did.

14:11:11 16          **A.**   I read the statement.  That was his

14:11:15 17    statement.  There's nothing to say that he didn't

14:11:23 18    see it.  So --

14:11:25 19          **Q.**   Other than common sense and physics,

14:11:29 20    right?

14:11:29 21          **MS. HUGGINS:**  Form.

14:11:33 22          **BY MR. RUPP:**

14:11:33 23          **Q.**   So for you to believe that,

*Lockwood - Rupp, III - 10/14/20*

238

| | | |
|---|---|---|
| 14:11:35 | 1 | Mr. Lockwood, you would have to believe that at the |
| 14:11:38 | 2 | precise moment not knowing that anything's going to |
| 14:11:40 | 3 | be happening, he's not looking forward where the |
| 14:11:43 | 4 | SUV is driving where his eyes would normally be. |
| 14:11:47 | 5 | He's looking for some reason at Mr. Moriarity's |
| 14:11:50 | 6 | side-view mirror, right? |
| 14:11:50 | 7 | **A.**   I don't know what Karl Schultz would be |
| 14:11:52 | 8 | looking for or looking when he's driving. |
| 14:11:54 | 9 | **Q.**   That's what I'm asking.  I'm asking for |
| 14:11:56 | 10 | you to believe that, you would have to believe that |
| 14:11:58 | 11 | driving forward he's looking in Mr. Moriarity's |
| 14:12:00 | 12 | side-view mirror. |
| 14:12:02 | 13 | Not his own, not the rearview, not out the |
| 14:12:05 | 14 | windshield, not out the side-view of his door. |
| 14:12:07 | 15 | He's looking at that precise moment at |
| 14:12:09 | 16 | Mr. Moriarity's side-view mirror, right? |
| 14:12:11 | 17 | **A.**   That's his -- |
| 14:12:11 | 18 | **MS. HUGGINS:**  Form. |
| 14:12:12 | 19 | **THE WITNESS:**  That's his statement. |
| 14:12:15 | 20 | **BY MR. RUPP:** |
| 14:12:16 | 21 | **Q.**   Okay.  So you would have to believe -- |
| | 22 | **THE REPORTER:**  Can we just slow it down a |
| | 23 | little bit? |

*Lockwood - Rupp, III - 10/14/20*

239

**BY MR. RUPP:**

14:12:16   2      Q.   Sure.  You would have to believe that

14:12:17   3   to be true, right, Mr. Lockwood?

14:12:18   4      A.   Yes.

14:12:20   5      Q.   And then you'd have to believe that

14:12:22   6   that mirror was positioned in such a way that

14:12:26   7   Mr. Schultz could see something in that mirror

14:12:30   8   other than the side of the SUV, right?  For it to

14:12:38   9   be true, you'd have to believe that, right?

14:12:39   10      **MS. HUGGINS:**   Form.

14:12:40   11      **THE WITNESS:**   I believe that he -- his

14:12:41   12   statement -- that was his statement and I have no

14:12:45   13   other reason not to believe it.

14:12:46   14      **BY MR. RUPP:**

14:12:46   15      Q.   Okay.  So for it to be true, though,

14:12:48   16   you'd have to believe that the mirror was

14:12:50   17   positioned in such a way that he could see the

14:12:53   18   action behind him, right?

14:12:54   19      A.   Yes.

14:12:54   20      Q.   Okay.  And then while the SUV is

14:12:56   21   moving, you'd have to believe that he had a view of

14:12:59   22   Mr. Kistner throwing himself into Ms. McDermott's

14:13:02   23   SUV?

14:13:02  1          A.    That's his statement.

14:13:04  2          Q.    Okay.  And you'd have to -- and to

14:13:05  3    believe it, you'd have to believe that he could see

14:13:07  4    all that in the mirror that he's looking across

14:13:10  5    Mr. Moriarity's body to see Mr. Kistner do that,

14:13:13  6    right?

14:13:13  7          A.    That's his statement, yeah.

14:13:15  8          Q.    Mr. -- Mr. Lockwood, you're avoiding my

14:13:18  9    question.

14:13:18  10         A.    Yes.

14:13:18  11         Q.    I'm asking you if that was what you

14:13:21  12   would have to believe to believe the truth of that

14:13:23  13   statement?

14:13:24  14         A.    I -- I -- yes, I believe, you know,

14:13:24  15   that his statement said that he saw this out the

14:13:28  16   window and there's nothing compelling to tell me

14:13:32  17   that he didn't see it.

14:13:33  18         Q.    Okay.  So you believe him?

14:13:34  19         A.    Yes.

14:13:34  20         Q.    Okay.  And you believed him at the

14:13:37  21   time --

14:13:37  22         MS. HUGGINS:  Form.

14:13:38  23         BY MR. RUPP:

*Lockwood - Rupp, III - 10/14/20*

241

14:13:38  1          Q.   -- right?  The time being August 2020

14:13:40  2     when you met with Lieutenant Kelly, you believed

14:13:43  3     what Mr. Schultz said backing up Officer McDermott --

14:13:47  4          A.   Yes.

14:13:47  5          Q.   -- right?  And you believe him to this

14:13:49  6     day despite what I'm asking you the questions and

14:13:52  7     what you saw on the video?

14:13:53  8          A.   Yes.

14:13:53  9          Q.   Okay.  But you never talked to

14:13:56  10    Officer Schultz, right?

14:13:57  11         A.   No.

14:13:57  12         Q.   And you know that Officer Schultz is on

14:13:59  13    the top 10 list of most complained about officers

14:14:02  14    for excessive force and for citizen complaints,

14:14:05  15    right?

14:14:05  16         MS. HUGGINS:   Form.

14:14:06  17         THE WITNESS:   I don't know nothing about a

14:14:07  18    top 10 list.

14:14:09  19         BY MR. RUPP:

14:14:09  20         Q.   Well, you knew about the disciplinary

14:14:12  21    cards for all four officers, right?

14:14:13  22         A.   Yes.

14:14:13  23         Q.   And those disciplinary cards include

*Lockwood - Rupp, III - 10/14/20*

242

| | | |
|---|---|---|
| 14:14:18 | 1 | their history of complaints and IAD determinations, |
| 14:14:23 | 2 | right, or commissioner determinations, right? |
| 14:14:26 | 3 | A.   Yes. |
| 14:14:26 | 4 | MR. RUPP:  All right.  I'm going to ask if |
| 14:14:28 | 5 | you can mark that. |
| | 6 | THE REPORTER:  45? |
| | 7 | MR. RUPP:  Yeah.  And I'll ask you to |
| | 8 | mark -- |
| | 9 | MS. HUGGINS:  What was 44? |
| | 10 | THE REPORTER:  So maybe we are on 44?  Could |
| | 11 | be my mistake. |
| | 12 | MS. HUGGINS:  No, I could be wrong too. |
| | 13 | MR. RUPP:  We marked the second DVD.  We had |
| | 14 | two DVDs marked.  So I don't know if -- or no, |
| | 15 | those were already pre-marked. |
| | 16 | MS. HUGGINS:  Those were already pre-marked. |
| | 17 | THE REPORTER:  So it might be 44.  It's 44, |
| | 18 | you're right. |
| | 19 | **The following was marked for Identification:** |
| | 20 | **EXH. 44                  Disciplinary summary.** |
| | 21 | **EXH. 45                  Disciplinary card.** |
| 14:15:51 | 22 | BY MR. RUPP: |
| 14:15:57 | 23 | Q.   Now, Mr. Lockwood, when you were |

14:16:02  1  meeting with Lieutenant Kelly and going over the

14:16:07  2  allegations of Mr. Kistner from the IAD

14:16:12  3  investigation, you had Mr. Schultz's disciplinary

14:16:15  4  card before you, did you not?

14:16:17  5  **A.**   Yes, it was in the file.

14:16:19  6  **MR. RUPP:**   I'm sorry, what was the exhibit

7  number on that?

8  **MS. HUGGINS:**   45.

9  **THE REPORTER:**   44.  Or --

10  **MR. RUPP:**   45 --

11  **THE REPORTER:**   45.

12  **MR. RUPP:**   -- on the card and 44 on the

13  other one?

14:16:29  14  **THE REPORTER:**   The bigger packet was 44.

14:16:31  15  **BY MR. RUPP:**

14:16:31  16  **Q.**   Okay.  And let's go through this for a

14:16:33  17  second, Mr. Lockwood, because Mr. Schultz's

14:16:36  18  testimony and what the statements he made to IAD

14:16:40  19  and the arrest records all backed up

14:16:43  20  Lauren McDermott saying that Jim Kistner threw

14:16:47  21  himself at her SUV, right?

14:16:49  22  **A.**   Yes.

14:16:49  23  **Q.**   So he's an important witness, right?

14:16:51   1      **A.**    Yes.

14:16:52   2      **Q.**    I mean, there's corroboration for the

14:16:54   3  driver that it wasn't her fault, Mr. Kistner did

14:16:56   4  it, right?

14:16:57   5      **A.**    Yes.

14:16:57   6      **Q.**    Okay.  So now, when you're evaluating

14:17:01   7  the credibility and reliability of Mr. Schultz's

14:17:05   8  corroborating testimony, did you review his

14:17:09   9  disciplinary card?

14:17:10  10      **A.**    I looked at it.

14:17:12  11      **Q.**    Okay.  And let's see.  He's got -- the

14:17:15  12  first one is January 6th of 2010.  A complaint

14:17:19  13  against him for conduct in procedures, right?

14:17:23  14      **A.**    Yes.

14:17:23  15      **Q.**    March 10 of 2011, use of force, right?

14:17:26  16      **A.**    Yes.

14:17:26  17      **Q.**    These are all complaints, correct?

14:17:28  18      **A.**    Mm-hmm.

14:17:29  19      **Q.**    Is that yes?

14:17:30  20      **A.**    Yes.  Yes, I'm sorry.  I'm sorry.

14:17:32  21      **Q.**    March 28, 2011, conduct.  And that's an

14:17:35  22  allegation of misconduct, right?

14:17:36  23      **A.**    Conduct.

*Lockwood - Rupp, III - 10/14/20*

245

| | | |
|---|---|---|
| 14:17:39 | 1 | **Q.**   What does conduct mean? |
| 14:17:41 | 2 | **A.**   His -- could -- could be his behavior |
| 14:17:44 | 3 | or something that he may have did that wasn't |
| 14:17:48 | 4 | proper. |
| 14:17:48 | 5 | **Q.**   Okay.  Isn't good conduct, right? |
| 14:17:50 | 6 | **A.**   Yes. |
| 14:17:51 | 7 | **Q.**   This isn't the good conduct list, is |
| 14:17:53 | 8 | it? |
| 14:17:53 | 9 | **A.**   No. |
| 14:17:54 | 10 | **Q.**   Okay.  6/4/2012, use of force again, |
| 14:17:59 | 11 | right? |
| 14:17:59 | 12 | **A.**   Yes. |
| 14:18:00 | 13 | **Q.**   6/24/2012, use of force on-duty |
| 14:18:03 | 14 | shooting? |
| 14:18:06 | 15 | **A.**   Yes. |
| 14:18:06 | 16 | **Q.**   Okay.  And each one of those, we've |
| 14:18:09 | 17 | just gone through five, the results were for the |
| 14:18:12 | 18 | 2010 incident other chief continued 5/12/10.  What |
| 14:18:20 | 19 | does that mean? |
| 14:18:21 | 20 | **A.**   I think that's -- I think that was |
| 14:18:24 | 21 | his -- shouldn't continue -- I would probably |
| 14:18:37 | 22 | think -- 5/2/10 -- I don't see nothing on this card |
| 14:18:41 | 23 | for that so I don't know. |

14:18:43  1          Q.    So when did -- when did Officer Schultz

14:18:46  2   join the force?

14:18:47  3          A.    He joined the force -- they appointed

14:18:55  4   him in 2008.

14:18:55  5          Q.    All right.  So within a year and a half

14:18:55  6   he has his first complaint -- citizen complaint

14:18:59  7   from conduct slash procedures, right?

14:19:02  8          A.    Yes.

14:19:02  9          Q.    All right.  And then on March 10, 2010,

14:19:05  10  he has a use of force complaint not sustained,

14:19:08  11  right?

14:19:08  12         A.    Yes.

14:19:08  13         Q.    And on March 28, 2011, he has another

14:19:12  14  allegation of misconduct also not sustained, right?

14:19:15  15         A.    Yes.

14:19:15  16         Q.    And on June 4, 2012, he has another use

14:19:20  17  of force not sustained, right?

14:19:21  18         A.    Yes.

14:19:22  19         Q.    And on June 24, 2012, he has use of

14:19:28  20  force on-duty shooting not sustained, right?

14:19:29  21         A.    Yes.

14:19:29  22         Q.    On March 12, 2013, he has another use

14:19:32  23  of force not sustained other DPC conference.  What

*Lockwood - Rupp, III - 10/14/20*

247

| | | |
|---|---|---|
| 14:19:38 | 1 | does that mean? |
| 14:19:39 | 2 | **A.** The charge was not sustained, but |
| 14:19:45 | 3 | they -- he needed a -- I guess the commissioner |
| 14:19:50 | 4 | decide that he would have a -- give him a |
| 14:19:51 | 5 | conference. |
| 14:19:52 | 6 | **Q.** Now, he's four and a half years into |
| 14:19:54 | 7 | his service with BPD and he -- that is his sixth |
| 14:19:58 | 8 | citizen complaint against him; is that right? |
| 14:20:00 | 9 | **A.** Yes. |
| 14:20:01 | 10 | **Q.** All right. So then September 10th, |
| 14:20:06 | 11 | 2013, use of force not sustained, correct? |
| 14:20:11 | 12 | **A.** You said September 10th? |
| 14:20:13 | 13 | **Q.** Yeah, September 10th, 2013. |
| 14:20:15 | 14 | **A.** Oh, '13. 13'. Okay. Yes. |
| 14:20:16 | 15 | **Q.** All right. Am I right, not sustained |
| 14:20:18 | 16 | again? |
| 14:20:18 | 17 | **A.** Yes. |
| 14:20:18 | 18 | **Q.** January 9, 2015, procedures not |
| 14:20:22 | 19 | sustained, right? |
| 14:20:23 | 20 | **A.** Yes. |
| 14:20:23 | 21 | **Q.** October 20 -- 14, 2015, procedures city |
| 14:20:30 | 22 | investigate accident. 11/25/15 other deposition |
| 14:20:36 | 23 | DPC conference. |

*Lockwood - Rupp, III - 10/14/20*

248

14:20:39  1          When I asked you before what the outcomes of

14:20:41  2    these could be, you didn't tell me about other.

14:20:51  3          A.   I don't -- I probably would have to

14:20:57  4    talk to the inspector to find out what other is.   I

14:20:59  5    know the deposition on this is a deputy police

14:21:05  6    commissioner conference.   Now, what they mean by

14:21:08  7    other, I'm not -- 11 --

14:21:10  8          Q.   August 30, 2016, conduct not sustained.

14:21:15  9          A.   The only thing I can think of -- just

14:21:18  10   go back for a minute.   The only thing I can think

14:21:20  11   about other is it must have been another charge or

14:21:23  12   another -- they must have been investigating him

14:21:24  13   about something.   So that's the only thing I can

14:21:27  14   come up with.

14:21:27  15         Q.   But so far we don't have a single

14:21:29  16   sustained on any of these citizen complaints

14:21:32  17   against C district's Officer Schultz, am I right?

14:21:37  18   We don't have any sustained?

14:21:39  19         A.   Right.

14:21:39  20         Q.   Okay.

14:21:40  21         A.   Right.

14:21:40  22         Q.   So now, November 24, 2016, conduct

14:21:46  23   weapon pointed.   Another other DPC conference is

*Lockwood - Rupp, III - 10/14/20*

249

| | | |
|---|---|---|
| 14:21:49 | 1 | the outcome, right? |
| 14:21:50 | 2 | **A.**   Yes. |
| 14:21:51 | 3 | **Q.**   All right.  Now, this is the same |
| 14:21:54 | 4 | fellow now he's got multiple use of force, an |
| 14:21:57 | 5 | on-duty shooting and a weapon pointed. |
| 14:22:00 | 6 | This is the same guy who got the city a $4.5 |
| 14:22:05 | 7 | million liability judgment for shooting somebody |
| 14:22:07 | 8 | else and none of these are sustained all the way |
| 14:22:09 | 9 | through, am I correct? |
| 14:22:10 | 10 | **MS. HUGGINS:**  Form. |
| 14:22:11 | 11 | **THE WITNESS:**  Yes. |
| 14:22:11 | 12 | **BY MR. RUPP:** |
| 14:22:12 | 13 | **Q.**   Is that right?  So Officer -- or |
| 14:22:14 | 14 | Mr. Lockwood, is it just the role of the police |
| 14:22:17 | 15 | commissioner to just rule in favor of the officer |
| 14:22:20 | 16 | at the IAD hearings every time? |
| 14:22:22 | 17 | **A.**   No. |
| 14:22:22 | 18 | **Q.**   Well, how hard do you try to get at the |
| 14:22:28 | 19 | truth when you're at one of those IAD proceedings? |
| 14:22:30 | 20 | **A.**   I look at the facts.  I look at the |
| 14:22:38 | 21 | investigation and the facts. |
| 14:22:39 | 22 | **Q.**   So June 29, 2017, use of force physical |
| 14:22:44 | 23 | not sustained, am I right? |

*Lockwood - Rupp, III - 10/14/20*

250

| 14:22:46 | 1 | **A.**   Yes. |
| 14:22:48 | 2 | **Q.**   May 24, 2019, excessive force not |
| 14:22:54 | 3 | sustained, right? |
| 14:22:55 | 4 | **A.**   Yes. |
| 14:22:55 | 5 | **Q.**   And what's missing here is |
| 14:22:58 | 6 | Mr. Kistner's complaint should have been sometime |
| 14:23:06 | 7 | no later than March 31 of 2018 -- or March 31, |
| 14:23:10 | 8 | 2017, when the Notice of Claim was filed.  That |
| 14:23:12 | 9 | should be on here, right, if procedures had been |
| 14:23:14 | 10 | followed? |
| 14:23:15 | 11 | **MS. HUGGINS:**   Form. |
| 14:23:17 | 12 | **BY MR. RUPP:** |
| 14:23:18 | 13 | **Q.**   Is that right, Mr. Lockwood?  You |
| 14:23:19 | 14 | testified earlier that the Notice of Claim should |
| 14:23:21 | 15 | have triggered an IAD investigation and that Notice |
| 14:23:24 | 16 | of Claim was filed on March 31, 2017, right? |
| 14:23:26 | 17 | **A.**   Yeah, it should have been on here. |
| 14:23:29 | 18 | **Q.**   That's not on here, is it? |
| 14:23:32 | 19 | **A.**   No. |
| 14:23:32 | 20 | **Q.**   So May 24, 2019, excessive force not |
| 14:23:38 | 21 | sustained, correct? |
| 14:23:39 | 22 | **A.**   Yes. |
| 14:23:40 | 23 | **Q.**   Two weeks later June 6th, 2019, |

*Lockwood - Rupp, III - 10/14/20*

251

| | | |
|---|---|---|
| 14:23:44 | 1 | excessive force exonerated; is that right? |
| 14:23:50 | 2 | **A.**   Yes, yes. |
| 14:23:51 | 3 | **Q.**   Now, we have 12/19/2019.  IAD case |
| 14:23:55 | 4 | number EC2019-46, date opened 12/19/2019.  Does |
| 14:24:04 | 5 | that confirm what I told you earlier that the IAD |
| 14:24:08 | 6 | investigation into Mr. Kistner's allegations was |
| 14:24:11 | 7 | not opened until December 2019? |
| 14:24:14 | 8 | **A.**   Yes. |
| 14:24:15 | 9 | **Q.**   Okay.  And do you understand that that |
| 14:24:17 | 10 | was after WIVB did an investigative journalism |
| 14:24:22 | 11 | report on Mr. Kistner's complaint and played the |
| 14:24:24 | 12 | video in a five-minute segment? |
| 14:24:27 | 13 | **A.**   You said it was -- |
| 14:24:33 | 14 | **Q.**   In December of 2019.  They played the |
| 14:24:37 | 15 | video that I showed you or excerpts from it and did |
| | 16 | an -- |
| | 17 | **A.**   Yes. |
| 14:24:41 | 18 | **Q.**   -- investigative journalism report on |
| 14:24:44 | 19 | Buffalo Police Department and Mr. -- |
| 14:24:47 | 20 | Ms. McDermott's driving -- |
| 14:24:48 | 21 | **A.**   Yes. |
| 14:24:48 | 22 | **Q.**   -- et cetera.  Are you aware of that? |
| 14:24:50 | 23 | Did you see that on TV, did that come to your |

*Lockwood - Rupp, III - 10/14/20*

252

| | | |
|---|---|---|
| 14:24:52 | 1 | attention? |
| 14:24:52 | 2 | **A.**   I saw that on -- yes, I saw it when |
| 14:24:55 | 3 | they were showing that on TV.  Yes. |
| 14:24:58 | 4 | **Q.**   Right.  So did you immediately make a |
| 14:24:59 | 5 | call and hey, where's the IAD investigation on |
| 14:25:04 | 6 | this? |
| 14:25:05 | 7 | **A.**   From what I'm looking at, I think the |
| 14:25:13 | 8 | case was pending.  It's -- |
| 14:25:16 | 9 | **Q.**   Well, now, wait a second, Mr. Lockwood. |
| 14:25:18 | 10 | It couldn't have been -- you mean the lawsuit was |
| 14:25:20 | 11 | pending or the IAD investigation? |
| 14:25:22 | 12 | **A.**   No, I'm not talking about the lawsuit. |
| 14:25:23 | 13 | I'm saying that the IAD case could have been -- I'm |
| 14:25:28 | 14 | thinking that it was -- I think they had it and I |
| 14:25:31 | 15 | think they were -- when they brought it in front of |
| 14:25:34 | 16 | me, that's why I inquired in '20, you know, well, |
| 14:25:38 | 17 | why -- you know, this happened in '17. |
| 14:25:40 | 18 | **Q.**   All right.  Maybe my questions are |
| 14:25:41 | 19 | confusing you.  This document that we've marked as |
| 14:25:44 | 20 | Exhibit 45 clearly shows that Mr. Kistner's case |
| 14:25:49 | 21 | file, 2019-46, was opened on December 19, 2019.  It |
| 14:25:54 | 22 | wasn't opened on any earlier date or pending on any |
| 14:25:57 | 23 | earlier day, right? |

*Lockwood - Rupp, III - 10/14/20*

253

| | | |
|---|---|---|
| 14:25:59 | 1 | **A.**   No, it was opened on that date.  Yes. |
| 14:26:01 | 2 | **Q.**   Okay.  And would you agree with me that |
| 14:26:03 | 3 | that was after the WIVB investigative journalism |
| 14:26:09 | 4 | report on this incident aired on local TV? |
| 14:26:11 | 5 | **A.**   Yes. |
| 14:26:16 | 6 | **Q.**   Okay.  And that one says case pending, |
| 14:26:21 | 7 | right, as of when we got this disciplinary card |
| 14:26:25 | 8 | May 21, 2020, but in reality it was not sustained |
| 14:26:28 | 9 | by you sometime in August of 2020 when you met with |
| 14:26:34 | 10 | Lieutenant Kelly, right? |
| 14:26:35 | 11 | **A.**   Yes. |
| 14:26:36 | 12 | **Q.**   Okay.  And then we have another |
| 14:26:38 | 13 | incident just this year March 24, 2020.  Again, |
| 14:26:41 | 14 | conduct and that one was also pending as of the |
| 14:26:45 | 15 | date this was printed out, right? |
| 14:26:46 | 16 | **A.**   Yes. |
| 14:26:47 | 17 | **Q.**   So as best I can tell from |
| 14:26:50 | 18 | Officer Schultz's lengthy history of citizen |
| 14:26:53 | 19 | complaints against him since joining the force 12 |
| 14:26:56 | 20 | years ago, he's had whatever number that is |
| 14:27:00 | 21 | complaints brought against him and not one of them |
| 14:27:06 | 22 | was sustained by IAD or the police commissioner, |
| 14:27:09 | 23 | whoever it was, am I right? |

14:27:12  1        **MS. HUGGINS:**  Form.  You can answer.

14:27:14  2        **THE WITNESS:**  Yes.

14:27:14  3        **BY MR. RUPP:**

14:27:14  4        Q.    Well, let me ask it a different way,

        5    Mr. Lockwood, because I'd like to get an answer to

        6    this one.

14:27:16  7        Is it true that not a single one of the

14:27:19  8    complaints against Officer Schultz in the last

14:27:24  9    12 years since he's been on the force has been

14:27:26  10   sustained by the police commissioner?

14:27:28  11       A.    Yes.

14:27:30  12       Q.    Did you review Officer Schultz's

14:27:40  13   disciplinary card when you decided to take his

14:27:43  14   statement that he saw Mr. Kistner throw himself at

14:27:46  15   the SUV at face value?

14:27:49  16       A.    I saw his disciplinary card, yes.  I

14:27:54  17   saw it, yes.

14:27:55  18       Q.    Okay.  Did that have any influence on

14:27:57  19   you whatsoever when you were deciding whether to

14:28:00  20   accept Mr. Schultz's corroborating testimony about

14:28:04  21   what Mr. Kistner was have to alleged have done at

14:28:08  22   the scene?

14:28:08  23       A.    No.

14:28:08  1      Q.    I mean, would it -- would it have

14:28:10  2  mattered if there were 25 more incidents against

14:28:13  3  Officer Schultz?

14:28:13  4      Was there anything that would have caused

14:28:15  5  you to question his truthfulness, his reliability

14:28:20  6  as an officer, or any of those things?

14:28:22  7      **MS. HUGGINS:**  Form.  You can answer.

14:28:25  8      **BY MR. RUPP:**

14:28:26  9      Q.    Let me ask you this.  What -- what

14:28:28  10  would it have taken for you to question

14:28:30  11  Mr. Schultz's reliability?

14:28:32  12      A.    I look at the -- I look at each and

14:28:36  13  every officer case, case by case.  I look at -- I

14:28:41  14  look at this right here of Schultz and it's -- it's

14:28:45  15  nothing pretty.

14:28:48  16      But I'm not going to base on what happened

14:28:51  17  today off of what, you know, happened, you know,

14:28:55  18  six or seven years ago, you know, moving on.  I

14:28:59  19  base everything case by case.

14:29:02  20      Q.    Okay.  But would it cause you to look

14:29:05  21  harder at what Mr. Schultz says is the truth?

14:29:16  22      A.    I would -- I mean, yes, I would -- all

14:29:19  23  officers I look at it.  I mean, if you don't have

*Lockwood - Rupp, III - 10/14/20*

256

14:29:21   1    nothing on your record, I'm going to look at it

14:29:23   2    hard to see if you're telling the truth because,

14:29:25   3    you know, I don't know you.  I mean, I don't know

14:29:28   4    him personally.  Its just -- just know him from the

14:29:31   5    job.

14:29:32   6           MR. RUPP:  Okay.  Let's take a minute break,

14:29:34   7    if we could.

14:29:35   8           THE VIDEOGRAPHER:  Okay.  Going off the

14:29:37   9    record at 1429.

14:29:39  10           (A recess was then taken.)

14:33:01  11           THE VIDEOGRAPHER:  All right.  Going back on

14:33:05  12    the record, time is 1433.

14:33:09  13           BY MR. RUPP:

14:33:10  14       Q.   All right.  Mr. Lockwood, I'm going to

14:33:13  15    have marked as our next consecutive -- which will

14:33:20  16    be what, 47?

          17           THE REPORTER:  6.

          18           MR. RUPP:  46.

          19    **The following was marked for Identification:**

          20    **EXH. 46               IAD investigation summary.**

14:33:42  21           BY MR. RUPP:

14:33:43  22       Q.   Before you look at that, Mr. Lockwood,

14:33:44  23    I'm going to show you what was previously marked

14:33:47  1  Exhibit 16 very quickly.

2          **THE REPORTER:**  Sorry, I just have to write.

3          **MR. RUPP:**  Okay.  Sure thing.

4          **THE REPORTER:**  Thank you.  There you go.

5          **BY MR. RUPP:**

14:33:54  6      **Q.**   Take a look at that and see that

14:33:56  7  Officer Schultz is indeed officer 230?

14:34:01  8      **A.**   Yes.

14:34:02  9      **Q.**   Okay.  And -- and Kyle Moriarity is

14:34:03  10  listed next to him I believe because Mr. Moriarity

14:34:06  11  was being trained and Schultz was his assigned

14:34:09  12  trainer.

14:34:10  13      Does that make sense to you from what you're

14:34:12  14  seeing on that document?

14:34:13  15      **A.**   Yes.

14:34:13  16      **Q.**   Okay.  If I could have that back,

14:34:14  17  please.  Now, I want you to look at what was

14:34:19  18  previously marked as Exhibit 4A.

14:34:26  19      **A.**   4 --

14:34:27  20      **Q.**   Yeah, it's the one -- it's the dispatch

14:34:29  21  records we looked at earlier.  Well --

14:34:31  22      **MS. HUGGINS:**  The CAD.

14:34:38  23      **MR. RUPP:**  Okay.

14:34:45   1       **MS. HUGGINS:** Right under the IAD index is

14:34:49   2  the CAD.

14:34:49   3       **BY MR. RUPP:**

14:34:50   4       **Q.** You see that?

14:34:51   5       **A.** Yeah. Okay.

14:34:52   6       **Q.** So we've now established that 230 is

14:34:54   7  Officer Schultz, right?

14:34:54   8       **A.** Yes.

14:34:54   9       **Q.** C230 representing C district, right?

14:34:58 10       **A.** Yes.

14:34:58 11       **Q.** Okay. I'd like you to take a look at

14:35:02 12  the notation for January 1, 2017, at 11:23:01. Do

14:35:16 13  you see that?

14:35:17 14       **A.** Yes.

14:35:17 15       **Q.** All right. And that's just a few

14:35:20 16  seconds after 230, which is Schultz, 241 -- 241,

14:35:32 17  which is McDermott, and 242, which is Valez, all

14:35:39 18  say that they're going to head to ECMC. Do you see

14:35:42 19  that above?

14:35:42 20       **A.** Mm-hmm. Yes.

14:35:44 21       **Q.** All right.

14:35:44 22       **A.** Yes.

14:35:44 23       **Q.** And do you see that Schultz indicates

*Lockwood - Rupp, III - 10/14/20*

259

| | | |
|---|---|---|
| 14:35:46 | 1 | that it will be a 941 which is a reference to the |
| 14:35:50 | 2 | New York State Mental Hygiene Law, right? |
| 14:35:53 | 3 | A.   Yes. |
| 14:35:53 | 4 | Q.   That that's involuntary phychiatric |
| 14:35:57 | 5 | commit, right? |
| 14:35:57 | 6 | A.   Yes. |
| 14:35:57 | 7 | Q.   All right.  So -- |
| 14:35:57 | 8 | MS. HUGGINS:   Form. |
| 14:35:58 | 9 | BY MR. RUPP: |
| 14:35:59 | 10 | Q.   -- fair to say from these records, that |
| 14:36:01 | 11 | Mr. Schultz had decided that he was taking |
| 14:36:04 | 12 | Mr. Kistner to the ECMC psych ward for the 941 |
| 14:36:09 | 13 | consult, right? |
| 14:36:09 | 14 | A.   Yes. |
| 14:36:10 | 15 | Q.   Okay.  Now, I'd like you to take a look |
| 14:36:12 | 16 | at Exhibit 46 that I previously handed to you which |
| 14:36:25 | 17 | is the IAD investigation summary of Mr. Schultz's |
| 14:36:30 | 18 | statements given to them about this incident. |
| 14:36:32 | 19 | Do you see that on -- these pages aren't |
| 14:36:34 | 20 | numbered, but if you go four pages in you'll see |
| 14:36:37 | 21 | the summary of what happened in Officer Schultz's |
| 14:36:46 | 22 | interview.  Do you see that? |
| 14:36:47 | 23 | A.   Yes. |

*Lockwood - Rupp, III - 10/14/20*

260

14:36:47   1          Q.   Okay.  And say call on -- and top line
14:36:49   2   is call on Schmarbeck had nothing to do with 37, do
14:36:53   3   you see that?
14:36:53   4          A.   Yes.
14:36:53   5          Q.   All right.  Now, I'd like you to go
14:36:55   6   four entries from the bottom.  And the investigator
14:37:05   7   wrote that Officer Schultz told him that because of
14:37:08   8   his actions at the scene and their observations,
14:37:13   9   nurses suggested that he be taken to CPEP, the
14:37:19  10   CPEP.  Do you see that?
14:37:20  11          A.   Yes.
14:37:20  12          Q.   Now, that is inconsistent with the
14:37:24  13   dispatch records that show that Officer Schultz had
14:37:28  14   already decided that he was going to take
14:37:31  15   Mr. Kistner to the CPEP unit on a 941, isn't that
14:37:35  16   right?
14:37:36  17          A.   Yes.
14:37:36  18          Q.   Do you have any idea why
14:37:38  19   Officer Schultz would have told the investigating
14:37:42  20   IAD lieutenant something that was not true?
14:37:46  21          A.   No.
14:37:53  22          Q.   Are you aware that Mr. Kistner's claims
14:37:55  23   in this case that part of the conspiracy to hide

| | | |
|---|---|---|
| 14:38:01 | 1 | the fact that Ms. McDermott negligently struck him |
| 14:38:05 | 2 | with her SUV, was to have him involuntarily |
| 14:38:08 | 3 | admitted to the psych ward at ECMC? |
| 14:38:11 | 4 | **A.** Repeat that. |
| 14:38:18 | 5 | **Q.** Are you aware that Mr. Kistner contends |
| 14:38:21 | 6 | that the officers at the scene tried to have him |
| 14:38:24 | 7 | involuntarily committed to the psych ward at ECMC |
| 14:38:28 | 8 | to try to provide further cover for |
| 14:38:31 | 9 | Lauren McDermott's negligent driving? |
| 14:38:33 | 10 | **A.** No. |
| 14:38:34 | 11 | **Q.** Are you aware that that is set out in |
| 14:38:37 | 12 | detail in the complaint that my office served on, |
| 14:38:42 | 13 | among others, Karl Schultz in May of 2018? |
| 14:38:46 | 14 | **A.** You said your report? |
| 14:38:54 | 15 | **Q.** My -- the complaint that my office |
| 14:38:57 | 16 | served -- |
| 14:38:57 | 17 | **A.** Okay. |
| 14:38:58 | 18 | **Q.** -- on Karl Schultz -- |
| 14:39:00 | 19 | **A.** Okay. |
| 14:39:00 | 20 | **Q.** -- informed him that it was |
| 14:39:03 | 21 | Mr. Kistner's allegation that the psych admit at |
| 14:39:07 | 22 | ECMC that he attempted, was to cover up |
| 14:39:09 | 23 | Lauren McDermott's driving negligence. |

14:39:12  1          I'm asking you if you are aware that that

14:39:14  2  was set forth in detail in the complaint?

14:39:16  3          **A.**   No.

14:39:17  4          **Q.**   Okay.  So Mr. Kist -- Mr. Schultz gets

14:39:20  5  the complaint and tells the IAD investigator that

14:39:24  6  the decision to take Mr. Kistner to the CPEP unit

14:39:27  7  was the nurses at the ER at ECMC, not him.

14:39:32  8          **MS. HUGGINS:**   Well, form.  That miss --

14:39:33  9          **BY MR. RUPP:**

14:39:34 10          **Q.**   Well, we've already gone through this

14:39:36 11  Mr. Lockwood.

14:39:38 12          **MS. HUGGINS:**   It misstates the --

         13          **MR. RUPP:**   No, it doesn't.

         14          **THE REPORTER:**   I need one at a time, please.

         15          **BY MR. RUPP:**

         16          **Q.**   Please don't editorialize.

14:39:41 17          Do you see -- let's go back to Exhibit 4A,

14:39:43 18  Mr. Lockwood.  I'm trying to go through this so I

14:39:45 19  can get you out of here for your meeting.

14:39:47 20          But there's no question from these dispatch

14:39:51 21  records, unless they've been falsified, that

14:39:53 22  Officer Schultz from the scene said he was taking

14:39:56 23  Mr. Kistner for a psych consult under 941, right?

14:40:00  1    **A.**    Right.

14:40:00  2    **Q.**    So why does he tell the IAD

14:40:03  3  investigator that the decision to take him for a

14:40:05  4  psych consult was the ECMC nurses?

14:40:08  5    **MS. HUGGINS:**  Form.  You can answer.

14:40:10  6    **BY MR. RUPP:**

14:40:11  7    **Q.**    Do you know why he tells him that?

14:40:12  8    **A.**    No.

14:40:14  9    **Q.**    Is that -- is that a lie?

14:40:17 10    **A.**    In -- I'm trying to get this -- okay.

14:40:29 11  In -- in -- the nurse can't tell you to bring

14:40:36 12  someone there for a 941.

14:40:38 13    **Q.**    Well, then why would Schultz say that?

14:40:41 14    **A.**    I don't know.

14:40:42 15    **Q.**    Well, could it be that he was aware

14:40:45 16  that Mr. Kistner had alleged that was part of the

14:40:47 17  cover-up and he wanted to deny that he was part of

14:40:50 18  it?

14:40:50 19    **MS. HUGGINS:**  Form.

14:40:51 20    **THE WITNESS:**  See, when I'm reading this,

14:40:58 21  I'm reading this -- it says because of his actions

14:41:00 22  at the scene and their observations.  That's when I

14:41:04 23  believed he called radio and said we're going to

*Lockwood - Rupp, III - 10/14/20*

264

| | | |
|---|---|---|
| 14:41:07 | 1 | 941 him.  That's the way I'm -- |
| 14:41:08 | 2 | **BY MR. RUPP:** |
| 14:41:08 | 3 | Q.   So he's already decided that at the |
| 14:41:12 | 4 | scene, we're taking the guy for a -- |
| | 5 | A.   Taking -- |
| 14:41:13 | 6 | Q.   -- psych consult, right? |
| 14:41:15 | 7 | A.   Yes. |
| 14:41:15 | 8 | Q.   Okay.  So why does he tell the IAD |
| 14:41:21 | 9 | investigator that the decision for the psych |
| 14:41:25 | 10 | consult was made by nurses at MC -- ECMC, not him? |
| 14:41:38 | 11 | **MS. HUGGINS:**  Form.  You can answer. |
| 14:41:40 | 12 | **BY MR. RUPP:** |
| 14:41:40 | 13 | Q.   Do you know why he tells them that |
| 14:41:42 | 14 | because of his actions in the scene -- at the scene |
| 14:41:44 | 15 | and their observations, nurses suggested that he be |
| 14:41:50 | 16 | taken to CPEP?  He had already told dispatch he was |
| 14:41:54 | 17 | taking him to CPEP. |
| 14:41:55 | 18 | A.   I think he -- I'm looking at it as him |
| 14:41:57 | 19 | and I'm just -- the way I'm looking at this, he |
| 14:42:00 | 20 | called radio and said we're going to ECMC, we're |
| 14:42:04 | 21 | going to 941 him. |
| 14:42:06 | 22 | Because I'm reading right here he's saying |
| 14:42:08 | 23 | because of his actions at the scene and his |

14:42:11  1   observations so we're going to take him to ECMC.

14:42:14  2        **Q.**   No.  It says their observations, not

14:42:16  3   his observations, Mr. Lockwood.

14:42:18  4        **A.**   He says because of his action -- I'm

14:42:21  5   sorry, I'm sorry.  Because of his action at the

14:42:24  6   scene and their observations so I'm thinking he's

14:42:27  7   saying "their" as officers there.

14:42:29  8        **Q.**   Okay.  But the rest of the sentence

14:42:31  9   reads because of his actions at the scene and their

14:42:34 10   observations, nurses suggested that he be taken to

14:42:37 11   CPEP.

14:42:39 12        **A.**   So --

14:42:39 13        **Q.**   Why would the nurses suggest that he be

14:42:42 14   taken to CPEP?

14:42:43 15        **A.**   I'm -- the way I'm looking --

14:42:43 16        **MS. HUGGINS:**   Form.

14:42:44 17        **THE WITNESS:**   The way I would read this is

14:42:46 18   that their observations once they get to ECMC, I'm

14:42:49 19   thinking that he's saying that the nurses suggest

14:42:51 20   when they were there to take him to impact.  That's

14:42:54 21   the way I'm looking at that.

14:42:55 22        **BY MR. RUPP:**

14:42:56 23        **Q.**   He had already decided to take him to

*Lockwood - Rupp, III - 10/14/20*

266

| | | |
|---|---|---|
| 14:42:59 | 1 | impact through CPEP. |
| 14:42:59 | 2 | **A.**    No, because of -- because of his |
| 14:43:00 | 3 | actions at the scene. |
| 14:43:01 | 4 | **Q.**    Mr. Lockwood, you were -- how many |
| 14:43:03 | 5 | years did you spend as a detective? |
| 14:43:05 | 6 | **A.**    About 17. |
| 14:43:07 | 7 | **Q.**    Did you investigate crime? |
| 14:43:09 | 8 | **A.**    Yes. |
| 14:43:10 | 9 | **Q.**    Did that in -- in part involve you |
| 14:43:14 | 10 | weighing the credibility of different witnesses to |
| 14:43:18 | 11 | events and following leads and things like that? |
| 14:43:21 | 12 | **A.**    Yes. |
| 14:43:22 | 13 | **Q.**    Okay.  And you didn't just -- as a |
| 14:43:24 | 14 | detective, if somebody said the sky is green, you |
| 14:43:28 | 15 | didn't just say oh, the sky must be green, he told |
| 14:43:31 | 16 | me it was, right? |
| 14:43:33 | 17 | **A.**    No. |
| 14:43:33 | 18 | **Q.**    Okay.  So you actually have training in |
| 14:43:37 | 19 | knowing how to determine whether somebody's telling |
| 14:43:39 | 20 | the truth or not, right? |
| 14:43:40 | 21 | **A.**    In certain incidents, yes. |
| 14:43:44 | 22 | **Q.**    And you actually have training and |
| 14:43:46 | 23 | experience in vetting what somebody has told you |

14:43:50  1    and ascertaining for yourself whether it was true

14:43:53  2    or not, right?

14:43:54  3         A.    Yes.

14:43:57  4         Q.    And you employed none of those skills

14:44:00  5    in connection with your review of the IAD file of

14:44:04  6    Mr. Kistner's allegations, not the video, not the

14:44:07  7    truth of what Mr. Schultz claimed he saw, or

14:44:10  8    anything --

14:44:10  9         **MS. HUGGINS:**  Form.

14:44:11  10        **BY MR. RUPP:**

14:44:11  11        Q.    -- is that right?

14:44:11  12        **MS. HUGGINS:**  You can answer.

14:44:13  13        **THE WITNESS:**  Yes.

14:44:13  14        **BY MR. RUPP:**

14:44:13  15        Q.    It just got a rubber stamp from you,

14:44:15  16    right?

14:44:16  17        A.    No.  But I'm looking at what your --

14:44:18  18    your complaint is right here about the impact 941,

14:44:22  19    I'm reading what he's saying here and he's saying

14:44:25  20    the -- you know, the action at the scene.

14:44:28  21        **BY MR. RUPP:**

14:44:28  22        Q.    Mr. Lockwood, where does it say in the

14:44:30  23    summary of Officer Schultz's interview with IAD

14:44:33  1   that he made the decision to take Mr. Kistner to

14:44:36  2   impact on a 941? Where does it say that there?

14:44:39  3         **A.**   Right in his -- you know, his

14:45:00  4   statement.

14:45:01  5         **Q.**   It doesn't -- it doesn't say that.

            6         **A.**   It says --

14:45:02  7         **Q.**   It says the nurses said it.

14:45:04  8         **A.**   No, he said --

14:45:05  9         **Q.**   We know from dispatch he made the call.

14:45:08  10   He's the senior officer on the scene at this point,

14:45:11  11   isn't he? Or he's certainly taking control. He's

14:45:13  12   going to take Mr. Kistner to impact, right?

14:45:15  13         **A.**   Yes.

14:45:15  14         **Q.**   Where does it say that in the interview

14:45:17  15   that Lieutenant Kelly took from him as part of the

14:45:21  16   IAD investigation?

14:45:22  17         **A.**   Where does it say --

14:45:23  18         **Q.**   Where does it say that Schultz made the

14:45:26  19   decision to take Kistner for the 941?

14:45:30  20         **A.**   Because of his actions. That's what

14:45:38  21   I'm going by.

14:45:38  22         **Q.**   No, no. I asked where it says that in

14:45:40  23   the summary.

| | | |
|---|---|---|
| 14:45:40 | 1 | **A.** It says -- |
| 14:45:41 | 2 | **Q.** It doesn't say that, does it? |
| 14:45:43 | 3 | **A.** It says in his -- in this statement and |
| 14:45:45 | 4 | that's the way -- that's the way I'm reading it and |
| 14:45:47 | 5 | that's the way I'm looking at it. That's the way I |
| 14:45:50 | 6 | investigate it. It says because his action and -- |
| 14:45:51 | 7 | at the scene and their observations -- their |
| 14:45:55 | 8 | observations. |
| 14:45:55 | 9 | **Q.** Their observations then it says nurses |
| 14:45:58 | 10 | suggested that he be taken to CPEP. He had already |
| 14:46:02 | 11 | taken him to CPEP, Mr. Lockwood. Unless he lied to |
| 14:46:06 | 12 | the dispatcher, right? |
| 14:46:06 | 13 | **A.** No. I'm look -- I'm looking at him |
| 14:46:08 | 14 | saying nurses suggest that he be taken to -- |
| 14:46:11 | 15 | **Q.** Okay. Mr. Lockwood -- |
| 14:46:11 | 16 | **A.** -- CPEP once he got there. |
| 14:46:13 | 17 | **Q.** If he says he's taking him for a 941 |
| 14:46:16 | 18 | consult to dispatch -- |
| 14:46:16 | 19 | **A.** He's telling radio that. |
| 14:46:18 | 20 | **Q.** Yeah. Would you expect that he would |
| 14:46:19 | 21 | take him to ECMC for the 941 or was he lying? |
| 14:46:22 | 22 | **A.** No, you take him to -- |
| 14:46:22 | 23 | **MS. HUGGINS:** Form. |

14:46:24 1    **BY MR. RUPP:**

2        **Q.**   Okay.  So why would he have cared what

14:46:25 3    the nurses said if he's already taking him to 9 --

14:46:27 4    on a 941?

14:46:31 5        **A.**   I'm assuming -- well, you would get --

14:46:32 6    you would go there and it would be the suggest --

14:46:34 7    the -- you would go there for evaluation.  You

14:46:37 8    get --

14:46:37 9        **Q.**   I get that, Mr. Lockwood.  But he's

14:46:39 10   already said I'm taking him there for the psych

14:46:42 11   evaluation, I want a 941 on this guy.

14:46:45 12       Why doesn't he tell the investigator that,

14:46:47 13   why does he make it look like the nurses made the

14:46:50 14   decision?

14:46:51 15       **MS. HUGGINS:**   Well, form.  He can't

16   speculate as to why and answer for them.

17       **BY MR. RUPP:**

14:46:53 18       **Q.**   Well, you know what, he's an

14:46:54 19   investigator and a detective and I think he can.

14:46:56 20       And it's your job isn't, it Mr. Lockwood?

14:46:58 21       **MS. HUGGINS:**   It's his job to speculate?

14:47:00 22       **BY MR. RUPP:**

14:47:01 23       **Q.**   It's your job not to take things at

*Lockwood - Rupp, III - 10/14/20*

271

14:47:03  1  face value just because people say them.  It's your

14:47:06  2  job to investigate and vet and determine the truth,

14:47:09  3  isn't it?  That's what these hearings are about,

14:47:12  4  right, the truth?

14:47:13  5       A.   Yes.

14:47:13  6       Q.   You're trying to get at the truth,

14:47:15  7  right?

14:47:15  8       A.   Yes.

14:47:15  9       Q.   You have clear evidence here that

14:47:19  10 Officer Schultz told dispatch he's taking the guy

14:47:22  11 for the psych consult which could result in an

14:47:25  12 involuntary admission.

14:47:28  13       And when he gets to the IAD investigator, he

14:47:29  14 tells them oh, no, the nurses suggested that he do

14:47:32  15 that.

14:47:33  16       Nowhere in there does he say well, I had

14:47:35  17 already decided I was going to and they

14:47:38  18 corroborated it or we detoured and went to ER.

14:47:41  19       He's making it sound like the nurses made

14:47:42  20 the decision, not him.  What do you make of that?

14:47:45  21       A.   That's not the way I read it.

14:47:50  22       Q.   Okay.  You didn't read it that way?

23  All right.

*Lockwood - Rupp, III - 10/14/20*

272

| | | |
|---|---|---|
| | 1 | **A.** No, I didn't read it that way. |
| 14:47:55 | 2 | **Q.** And you didn't talk to Officer Schultz? |
| 14:47:57 | 3 | **A.** No. |
| 14:47:57 | 4 | **Q.** Okay. Now, you know and we talked |
| 14:48:00 | 5 | about the fact that a felony criminal mischief |
| 14:48:03 | 6 | results in damage to the SUV over $250, right? |
| 14:48:06 | 7 | **A.** Yes. |
| 14:48:07 | 8 | **Q.** Are you aware that Officer McDermott |
| 14:48:12 | 9 | said that the mirror on the SUV, the driver's side |
| 14:48:15 | 10 | mirror, was damaged and dangling and the driver's |
| 14:48:19 | 11 | side window would no longer go up and down after |
| 14:48:22 | 12 | Mr. Kistner allegedly threw himself at the SUV? |
| 14:48:25 | 13 | Are you aware of that from your review -- review of |
| 14:48:27 | 14 | the file? |
| 14:48:27 | 15 | **A.** Yes. |
| 14:48:28 | 16 | **Q.** Okay. So you must also be aware that |
| 14:48:30 | 17 | the SUV went in for service two days later at the |
| 14:48:35 | 18 | police garage, right, you know that? |
| 14:48:36 | 19 | **A.** Yeah, we -- yes. |
| 14:48:37 | 20 | **Q.** Okay. I'm going to show you Exhibit 18 |
| 14:48:44 | 21 | which is to save time been previously identified as |
| 14:48:47 | 22 | the maintenance work order for Ms. McDermott's SUV. |
| 14:48:51 | 23 | **MS. HUGGINS:** A Fleet Management work order. |

*Lockwood - Rupp, III - 10/14/20*

273

| | | |
|---|---|---|
| 14:48:55 | 1 | MR. RUPP:  Well, it says maintenance work |
| 14:48:57 | 2 | order right on it. |
| 14:48:57 | 3 | MS. HUGGINS:  Okay. |
| 14:48:59 | 4 | BY MR. RUPP: |
| 14:49:00 | 5 | Q.   Do you see that? |
| 14:49:00 | 6 | A.   Yes. |
| 14:49:01 | 7 | Q.   Okay.  Do you see the date? |
| 14:49:02 | 8 | A.   Yes. |
| 14:49:06 | 9 | Q.   Four days after the incident involving |
| 14:49:08 | 10 | Mr. Kistner where the mirror is left dangling and |
| 14:49:11 | 11 | the -- the window will not go up and down, there's |
| 14:49:15 | 12 | no reference to any repairs on that vehicle for the |
| 14:49:18 | 13 | mirror or the window, are there? |
| 14:49:20 | 14 | A.   This would be for maintenance.  What |
| 14:49:24 | 15 | you're talking about would be more collision. |
| 14:49:27 | 16 | Q.   Okay.  So we asked your office, the |
| 14:49:29 | 17 | police department, and Ms. Huggins to produce all |
| 14:49:32 | 18 | service records with respect to that SUV that would |
| 14:49:35 | 19 | show any repairs made to it in the aftermath of the |
| 14:49:40 | 20 | incident involving Mr. Kistner and this is what we |
| 14:49:41 | 21 | received. |
| 14:49:42 | 22 | There are no references or records that that |
| 14:49:44 | 23 | vehicle ever had repairs to the mirror or ever had |

*Lockwood - Rupp, III - 10/14/20*

274

14:49:47  1   repairs to the driver's side window being unable to

14:49:51  2   go up and down.  Do you know of anything to the

14:49:53  3   contrary?

14:49:53  4        **A.**    No.

14:49:55  5        **Q.**    Okay.  So why would Mr. Kistner be

14:49:57  6   charged with a felony for causing 250 or more

14:50:02  7   dollars of damage to the SUV when there was no

14:50:06  8   charge for repairing anything ever in the history

14:50:08  9   of that vehicle's maintenance records?

14:50:10  10        **MS. HUGGINS:**  Form.  You can answer.

14:50:11  11        **BY MR. RUPP:**

14:50:12  12        **Q.**    Okay.  Can you answer that question?

14:50:14  13   Why would there be no records if it caused -- if

14:50:17  14   Mr. Kistner caused $250 damage to it?

14:50:20  15        **A.**    I -- I can't answer that one.

14:50:21  16        **Q.**    Okay.  Does that in any way in your

14:50:24  17   experience as a detective, Mr. Lockwood, call into

14:50:28  18   question Ms. McDermott's claim that the vehicle

14:50:31  19   sustained any damage at all?  Or do we once again

14:50:36  20   just believe Ms. McDermott?

14:50:39  21        **MS. HUGGINS:**  Form.  You can answer.

14:50:40  22        **BY MR. RUPP:**

14:50:40  23        **Q.**    Does it call into question the

14:50:42  1  credibility of her criminal felony charge against

14:50:46  2  Mr. Kistner that there was no cost or -- incurred

14:50:49  3  by the city to repair the SUV?

14:50:52  4         A.    Well, there was damage -- damage done

14:50:54  5  to it.

14:50:55  6         Q.    Really?  What was the damage --

14:50:56  7         A.    The mirror.

14:50:57  8         Q.    -- Mr. Lockwood?  How do you know that?

14:51:02  9         A.    That's what was in the report.

14:51:05 10         Q.    From Ms. McDermott, right?

14:51:06 11         A.    Right.

14:51:06 12         Q.    And did you know that Ms. McDermott

14:51:07 13  allegedly took a photograph of the damage and then

14:51:10 14  deleted it from her phone?

14:51:11 15         MS. HUGGINS:  Form.

14:51:12 16         MR. RUPP:  What's the form objection?

14:51:14 17         MS. HUGGINS:  I mean --

14:51:15 18         THE WITNESS:  No, I didn't know that.

14:51:17 19         MR. RUPP:  She testified to that.

14:51:18 20         MS. HUGGINS:  She didn't testify she deleted

14:51:20 21  a picture from her phone.

14:51:21 22         MR. RUPP:  She said she couldn't find the

14:51:24 23  picture.

*Lockwood - Rupp, III - 10/14/20*

276

|          |    |                                                       |
|----------|----|-------------------------------------------------------|
| 14:51:25 | 1  | **MS. HUGGINS:**  Okay.  That's different             |
|          | 2  | than --                                               |
|          | 3  | **MR. RUPP:**  Well, I think she said --              |
|          | 4  | **THE REPORTER:**  Wait --                            |
|          | 5  | **MR. RUPP:**  I think she actually testified         |
|          | 6  | that she deleted it.                                  |
| 14:51:26 | 7  | **MS. HUGGINS:**  Okay.  For the benefit of our       |
| 14:51:27 | 8  | reporter and time, it's a form objection.             |
| 14:51:29 | 9  | **BY MR. RUPP:**                                       |
| 14:51:29 | 10 | **Q.**  Okay.                                          |
|          | 11 | **A.**  No, I --                                       |
| 14:51:30 | 12 | **Q.**  Officer Lockwood -- or Mr. Lockwood, do       |
| 14:51:32 | 13 | you understand that Ms. McDermott claimed that she    |
| 14:51:33 | 14 | took a picture of the SUV and could not produce       |
| 14:51:36 | 15 | it --                                                 |
| 14:51:36 | 16 | **A.**  No.                                            |
| 14:51:37 | 17 | **Q.**  -- to verify the damage?                       |
| 14:51:38 | 18 | **A.**  No.                                            |
| 14:51:38 | 19 | **Q.**  Are you aware that there's no records         |
| 14:51:41 | 20 | produced by the City of Buffalo Police Department     |
| 14:51:43 | 21 | or the maintenance garage or anyone else showing      |
| 14:51:45 | 22 | that that vehicle sustained any damage at all?        |
| 14:51:48 | 23 | **A.**  No.                                            |

*Lockwood - Rupp, III - 10/14/20*

277

14:51:49  1        Q.    Okay.   Does it -- in your experience as

14:51:52  2    a detective in all the investigation you did over

14:51:57  3    those 17 years, does it raise any questions in your

14:52:00  4    mind as to why Mr. -- Mr. Kistner was charged with

14:52:03  5    felony mischief, criminal mischief, causing $250 of

14:52:07  6    damage to a vehicle when there's no indication that

14:52:10  7    any damage was sustained at all?

14:52:12  8        A.    No.

14:52:12  9        Q.    Okay.   Is there anything that would

14:52:13  10   trigger this investigative skill in your mind to

14:52:17  11   question anything that was set forth by the

14:52:19  12   officers in the IAD file that Mr. Kelly brought to

14:52:25  13   you, Lieutenant Kelly brought to you?

14:52:28  14       A.    The only thing I can -- what I can say

14:52:40  15   is that when -- I don't know where this vehicle is

14:52:45  16   now or when the IAD got to investigation.

14:52:49  17       The vehicle could have been -- you know,

14:52:50  18   other damage could have been done to the vehicle by

14:52:53  19   that time.

14:52:53  20       Q.    Well, Mr. Lockwood, come on.   If

14:52:55  21   there's damage to the vehicle and it had to be

14:52:57  22   repaired at city expense, there would be a record

14:52:59  23   of it, wouldn't there?

*Lockwood - Rupp, III - 10/14/20*

278

| | | |
|---|---|---|
| 14:53:00 | 1 | **A.**   I agree, yes. |
| 14:53:02 | 2 | **Q.**   Okay.  And you haven't seen a record of |
| 14:53:04 | 3 | it, have you? |
| 14:53:04 | 4 | **A.**   No. |
| 14:53:05 | 5 | **Q.**   Okay.  And I haven't seen a record of |
| 14:53:06 | 6 | it and I asked for it.  Would you -- would you |
| 14:53:08 | 7 | trust me on that? |
| 14:53:09 | 8 | **A.**   Yes. |
| 14:53:09 | 9 | **Q.**   Okay.  So where's the proof that the |
| 14:53:11 | 10 | vehicle sustained any damage at all much less $250 |
| 14:53:15 | 11 | which was needed to charge Mr. Kistner with a |
| 14:53:17 | 12 | felony for throwing himself at the vehicle? |
| 14:53:20 | 13 | **A.**   There's no record. |
| 14:53:24 | 14 | **Q.**   Does anything here look at all |
| 14:53:27 | 15 | suspicious to you in your 17-year history as a |
| 14:53:29 | 16 | detective for the Buffalo Police Department? |
| 14:53:31 | 17 | There's no damage, there's no repairs. |
| 14:53:38 | 18 | Anything at all that causes you to question |
| 14:53:39 | 19 | anything that the four officers said was reported |
| 14:53:42 | 20 | to you by IAD? |
| 14:53:43 | 21 | **MS. HUGGINS:**   Form.  You can answer. |
| 14:53:44 | 22 | **THE WITNESS:**   I don't want to just come out |
| 14:54:05 | 23 | and say that it -- you know, there was no damage |

| | | |
|---|---|---|
| 14:54:09 | 1 | done. |
| 14:54:11 | 2 | It could have been -- I mean, there's no |
| 14:54:14 | 3 | records. I agree with you on that. There's no |
| 14:54:16 | 4 | records. It should of -- if there's damage, it |
| 14:54:19 | 5 | should have been taken, there should have been |
| 14:54:21 | 6 | records. |
| 14:54:21 | 7 | **BY MR. RUPP:** |
| 14:54:22 | 8 | **Q.** Especially if somebody's been charged |
| 14:54:23 | 9 | with a felony and the police are going to have the |
| 14:54:25 | 10 | obligation of proving that the damage exceeded |
| 14:54:29 | 11 | $250, wouldn't you think they'd want to have |
| 14:54:29 | 12 | records of the repairs? |
| 14:54:29 | 13 | **A.** Oh, yes. |
| 14:54:30 | 14 | **Q.** But they don't, do they? |
| 14:54:32 | 15 | **A.** I haven't seen no records. |
| 14:54:33 | 16 | **Q.** So my actual question was does any of |
| 14:54:36 | 17 | this raise any concerns or questions in your mind? |
| 14:54:40 | 18 | **A.** Yes, it would raise concerns. Yes. |
| 14:54:41 | 19 | **Q.** What concerns are those? |
| 14:54:42 | 20 | **A.** Where is the records for the damage of |
| 14:54:45 | 21 | the vehicle. |
| 14:54:46 | 22 | **Q.** Okay. And you don't have an answer for |
| 14:54:48 | 23 | that, do you? |

*Lockwood - Rupp, III - 10/14/20*

280

| | | |
|---|---|---|
| 14:54:49 | 1 | **A.**   No, I don't have an answer for it. |
| 14:54:51 | 2 | **Q.**   Okay.  Did anybody ask Lauren McDermott |
| 14:54:54 | 3 | hey, you charged this guy with a felony for |
| 14:54:57 | 4 | attacking your vehicle, where's the proof that |
| 14:54:59 | 5 | there was any damage to it?  Where's the |
| 14:55:02 | 6 | photograph, where's the repair records, where's |
| 14:55:04 | 7 | your work order request to get the SUV fixed? |
| 14:55:07 | 8 | **MS. HUGGINS:**  Form.  You can answer. |
| 14:55:08 | 9 | **BY MR. RUPP:** |
| 14:55:08 | 10 | **Q.**   Did you ask any of those questions? |
| 14:55:10 | 11 | **A.**   I didn't ask those questions. |
| 14:55:12 | 12 | **Q.**   Okay.  So you -- your job as |
| 14:55:13 | 13 | commissioner is not to ask any probing questions at |
| 14:55:16 | 14 | the IAD presentations; is that right? |
| 14:55:20 | 15 | **A.**   Yes.  Yes, I can -- yeah, my job is to |
| 14:55:23 | 16 | ask those questions. |
| 14:55:23 | 17 | **Q.**   But you didn't ask them? |
| 14:55:25 | 18 | **A.**   No, I didn't ask those. |
| 14:55:26 | 19 | **Q.**   Okay.  And so you -- you saw a man who |
| 14:55:28 | 20 | on a video appears to be struck by an SUV and |
| | 21 | charged with a felony for throwing himself at it |
| 14:55:33 | 22 | and damaging it and you didn't ask any questions? |
| 14:55:35 | 23 | **MS. HUGGINS:**  Form. |

14:55:40 1     **BY MR. RUPP:**

14:55:41 2     **Q.** Is that right, Mr. Lockwood, you didn't

14:55:42 3 ask any questions?

14:55:43 4     **A.** As far as the damage to the vehicle,

14:55:47 5 no, I didn't ask.

14:55:49 6     **Q.** Because asking those questions might

14:55:51 7 have called into the credibility of these officers

14:55:53 8 into question, wouldn't it?

14:55:55 9     **MS. HUGGINS:** Form.

14:55:56 10     **BY MR. RUPP:**

14:55:56 11     **Q.** And you didn't want to do that, did

14:55:58 12 you?

14:55:58 13     **MS. HUGGINS:** Form.

14:55:59 14     **THE WITNESS:** It's not my job to question

14:56:02 15 them.

14:56:03 16     **MR. RUPP:** I didn't think it was.

17     **THE WITNESS:** My --

14:56:04 18     **MR. RUPP:** Thank you, Mr. Lockwood. I have

14:56:05 19 nothing further.

14:56:06 20     **MS. HUGGINS:** Did you finish your answer,

14:56:07 21 Commissioner?

14:56:07 22     **THE WITNESS:** No, I didn't finish my answer.

14:56:09 23     **MS. HUGGINS:** Please -- please finish your

*Lockwood - Rupp, III - 10/14/20*

282

```
14:56:10   1   answer.
14:56:10   2           THE WITNESS:  It's not my job to question.
14:56:13   3   It's internal affair's job to question them on
14:56:15   4   those incidents.
14:56:16   5           BY MR. RUPP:
14:56:17   6           Q.   So you're just a rubber stamp?
14:56:19   7           A.   No, I'm not just a rubber stamp.
           8           Q.   Okay.
14:56:21   9           A.   I go with the facts.
          10           MR. RUPP:  Nothing further.  Thank you.
          11           THE WITNESS:  Thank you.
          12           MR. RUPP:  I got you out of here so you can
14:56:27  13   get to your 3:30.  So --
14:56:27  14           THE VIDEOGRAPHER:  Okay.  This concludes
14:56:28  15   today's deposition, the time is 14:46.  Thank you
14:56:32  16   very much.
          17           (Deposition concluded at 2:56 p.m.)
          18                    *    *    *
          19
          20
          21
          22
          23
```

283

1   I hereby CERTIFY that I have read the

2 foregoing 283 pages, and that except as to those

3 changes (if any) as set forth in an attached errata

4 sheet, they are a true and accurate transcript of

5 the testimony given by me in the above entitled

6 action on October 14, 2020.

7

8

9        -------------------------
         BYRON LOCKWOOD

10

11 Sworn to before me this

12

13 -------- day of  ---------, 2020.

14

15 -------------------------

16 NOTARY PUBLIC.

17

18

19

20

21

22

23

284

1 STATE OF NEW YORK   )

2                              ss:

3 COUNTY OF CHAUTAUQUA)

4

5     I DO HEREBY CERTIFY as a Notary Public in and

6 for the State of New York, that I did attend and

7 report the foregoing deposition, which was taken

8 down by me in a verbatim manner by means of machine

9 shorthand.  Further, that the deposition was then

10 reduced to writing in my presence and under my

11 direction.  That the deposition was taken to be

12 used in the foregoing entitled action.  That the

13 said deponent, before examination, was duly sworn

14 to testify to the truth, the whole truth and

15 nothing but the truth, relative to said action.

16

17

18                    *Andrea J. Hobbs*

19                    ANDREA J. HOBBS,
                     Notary Public.

20

21

22

23

285

1                    **INDEX TO EXHIBITS**

2    **Exhibit**              **Description**              **Page**

3    EXH. 39        Notice of Claim.              114

4    EXH. 40        Complaint.                   127

5    EXH. 41        Letter dated 2/8/19.         133

6    EXH. 42        USB flash drive.             141

7    EXH. 43        Case index.                  149

8    EXH. 44        Disciplinary summary.        242

9    EXH. 45        Disciplinary card.           242

10   EXH. 46        IAD investigation summary.   256

11

12

13   * Exhibits retained by Mr. Rupp.

14

15

16

17

18

19

20

21

22

23

286

1                    INDEX TO WITNESSES

2      Witness              Examination              Page

3       BYRON LOCKWOOD        BY MR. RUPP:              4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

287

1                    DOCUMENT PRODUCTION REQUESTS

2    PAGE 135

3          (BY MR. RUPP:)

4          Q.    All right.   I'm going to make a request

5    of you on this record that you, following the end

6    of this deposition, go back to your office and

7    arrange for a search to be made for Mr. Kistner's

8    letter and any other documentation that is relevant

9    to Mr. Kistner's claim against the city and would

10   be responsive to our discovery demands.

11          And I'd ask you to talk with Ms. Huggins

12   about what those demands were, would you do that

13   for me?

14          A.    Yes.

15          Q.    Okay.

16          MS. HUGGINS:   And I understand your -- your

17   request.   Off the record we had a discussion

18   regarding what has been marked as Exhibit 41.

19          I do not believe as I sit here without the

20   complete file in front of me, that I have ever

21   received a copy of this.   I do believe that would

22   be responsive to demands that the defendants have

23   made of plaintiff.

288

1      So I would ask at this time for any and all

2  correspondence from Mr. Kistner regarding this

3  incident that was directed to the City of Buffalo

4  or at any of the named defendants to be produced

5  likewise.

6      **BY MR. RUPP:**

7      **Q.**   And I will make that search and I'll

8  contact Mr. Kistner, but it's my understanding this

9  is the only letter that he ever sent to any of the

10  defendants or the city in any capacity in

11  connection with his complaints about the January 1,

12  2017, incident.  So I think you have it, but I will

13  make further inquiry.

14

15  PAGE 142

16      **MS. HUGGINS:**  When we were off the record a

17  moment earlier, I made a request for all statements

18  by City of Buffalo employees that were intended to

19  be used in discovery in this process.

20      I was handed a USB that counsel's

21  represented that contain this -- this file, but I

22  would just --

23      **MR. RUPP:**   Yeah.

289

1          **MS. HUGGINS:**   -- again, renew that discovery

2     request.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## $

**$250** [12] - 97:19, 97:20, 97:21, 97:23, 98:2, 98:13, 171:23, 272:6, 274:14, 277:5, 278:10, 279:11

## '

**'13** [1] - 247:14
**'17** [4] - 118:14, 118:15, 119:15, 252:17
**'18** [2] - 119:16, 131:3
**'19** [1] - 146:21
**'20** [3] - 118:16, 119:16, 252:16
**'90s** [1] - 7:5

## 0

**01342** [1] - 199:22
**02529** [1] - 196:12
**046** [1] - 150:12
**05233** [1] - 196:15
**095252** [1] - 199:18
**0:01:45** [1] - 178:22

## 1

**1** [7] - 113:17, 118:8, 125:23, 137:1, 179:14, 258:12, 288:11
**1,500** [1] - 97:17
**10** [8] - 77:9, 161:23, 162:3, 217:11, 241:13, 241:18, 244:15, 246:9
**10:01** [2] - 2:5, 3:6
**10:14** [1] - 73:20
**10:54:42** [1] - 187:7
**10:55:42** [2] - 185:11, 187:2
**10th** [3] - 247:10, 247:12, 247:13
**11** [8] - 17:19, 17:20, 17:23, 18:2, 157:6, 158:9, 163:7, 248:7
**11/25/15** [1] - 247:22
**1120** [1] - 2:4
**1137** [1] - 2:14
**114** [1] - 285:3
**11:13** [1] - 74:1
**11:22:34** [3] - 186:12, 186:13, 187:18
**11:23:01** [1] - 258:12

**12** [4] - 202:8, 246:22, 253:19, 254:9
**12/19/2019** [2] - 251:3, 251:4
**127** [1] - 285:4
**12:13** [1] - 134:18
**12:16** [1] - 134:21
**12:22** [1] - 141:1
**12:24** [1] - 141:5
**13** [1] - 148:11
**13'** [1] - 247:14
**1306** [1] - 184:22
**1309** [1] - 185:2
**133** [1] - 285:5
**135** [1] - 287:2
**1356** [1] - 222:12
**1358** [1] - 222:15
**14** [6] - 2:5, 15:17, 130:5, 186:4, 247:21, 283:6
**141** [1] - 285:6
**142** [1] - 288:15
**14202** [3] - 2:10, 2:15, 4:2
**1429** [1] - 256:9
**1433** [1] - 256:12
**149** [1] - 285:7
**14:46** [1] - 282:15
**14th** [1] - 3:5
**16** [2] - 19:15, 257:1
**1600** [1] - 2:10
**17** [4] - 79:16, 79:22, 266:6, 277:3
**17-year** [1] - 278:15
**18** [1] - 272:20
**18-cv-402** [1] - 1:8
**19** [1] - 252:21
**1959** [1] - 6:3
**1962** [1] - 6:11
**1977** [1] - 6:22
**1984** [6] - 14:19, 15:20, 16:5, 18:21, 19:4, 20:14
**1990** [1] - 19:4
**1992** [6] - 13:11, 14:10, 14:12, 14:20, 15:20, 16:5
**1996** [2] - 11:4, 13:4
**1:41** [1] - 211:20
**1:56** [1] - 144:2
**1st** [1] - 112:8

## 2

**2** [2] - 9:17, 221:17
**2/8/19** [2] - 133:14, 285:5
**20** [1] - 247:21
**20-10-14-08-48-28[**

**1]_segment_0_WMV** [1] - 141:11
**200** [2] - 32:6, 97:23
**2000** [1] - 14:19
**2006** [6] - 9:16, 10:2, 10:5, 11:4, 13:11, 75:21
**2008** [1] - 246:4
**2010** [3] - 244:12, 245:18, 246:9
**2011** [3] - 244:15, 244:21, 246:13
**2012** [2] - 246:16, 246:19
**2013** [3] - 246:22, 247:11, 247:13
**2014** [1] - 8:19
**2015** [2] - 247:18, 247:21
**2016** [2] - 248:8, 248:22
**2017** [25] - 66:16, 66:17, 79:16, 79:22, 80:5, 112:7, 112:8, 115:20, 117:2, 118:8, 119:2, 122:3, 123:18, 124:10, 125:23, 131:2, 131:22, 132:4, 137:2, 179:14, 249:22, 250:8, 250:16, 258:12, 288:12
**2018** [13] - 9:9, 9:16, 9:18, 26:23, 34:8, 66:17, 124:13, 127:20, 128:21, 129:1, 138:11, 250:7, 261:13
**2019** [22] - 124:15, 129:4, 129:14, 135:3, 138:3, 138:13, 146:21, 150:8, 150:19, 151:3, 151:10, 151:18, 152:13, 153:8, 250:2, 250:20, 250:23, 251:7, 251:14, 252:21
**2019-46** [1] - 252:21
**2020** [27] - 2:5, 3:5, 112:4, 112:11, 117:5, 117:12, 118:9, 120:5, 121:21, 130:5, 131:5, 143:9, 146:4, 147:3, 148:11, 149:9, 153:22, 163:14, 179:6, 225:2, 225:23, 241:1, 253:8, 253:9, 253:13, 283:6, 283:13
**2021** [1] - 9:1
**20th** [1] - 210:18

**21** [1] - 253:8
**21st** [1] - 26:21
**230** [4] - 217:5, 257:7, 258:6, 258:16
**24** [8] - 18:1, 18:10, 184:12, 246:19, 248:22, 250:2, 250:20, 253:13
**241** [2] - 258:16
**242** [3] - 258:17, 285:8, 285:9
**25** [1] - 255:2
**250** [1] - 274:6
**256** [1] - 285:10
**264** [3] - 11:15, 74:8, 74:20
**27** [3] - 186:18, 188:6, 188:13
**28** [5] - 186:18, 188:6, 188:13, 244:21, 246:13
**283** [1] - 283:2
**29** [1] - 249:22
**2:56** [1] - 282:17

## 3

**30** [4] - 128:21, 177:15, 178:17, 248:8
**30th** [1] - 127:20
**31** [6] - 115:20, 117:2, 123:18, 250:7, 250:16
**31st** [2] - 119:2, 122:3
**37** [4] - 203:1, 208:23, 209:11, 260:2
**38** [2] - 113:20, 143:16
**39** [7] - 113:21, 114:2, 114:3, 114:10, 122:7, 130:7, 285:3
**3:00** [1] - 18:8
**3:30** [3] - 17:22, 18:3, 282:13

## 4

**4** [7] - 144:10, 151:11, 151:18, 222:3, 246:16, 257:19, 286:3
**4.19** [1] - 59:1
**4.5** [1] - 249:6
**40** [7] - 127:6, 127:8, 127:11, 130:8, 139:7, 143:14, 285:4
**41** [6] - 133:14, 133:17, 135:1, 136:8, 285:5, 287:18

**42** [5] - 141:3, 141:8, 148:16, 148:19, 285:6
**420** [1] - 3:4
**43** [5] - 148:17, 149:2, 149:4, 224:20, 285:7
**44** [9] - 242:9, 242:10, 242:17, 242:20, 243:9, 243:12, 243:14, 285:8
**45** [10] - 150:22, 152:1, 152:4, 242:6, 242:21, 243:8, 243:10, 243:11, 252:20, 285:9
**46** [7] - 151:15, 152:14, 152:21, 256:18, 256:20, 259:16, 285:10
**47** [1] - 256:16
**4A** [3] - 185:5, 257:18, 262:17

## 5

**5** [1] - 148:7
**5/12/10** [1] - 245:18
**5/2/10** [1] - 245:22
**50** [4] - 70:13, 70:14, 73:3
**50h** [1] - 44:17
**54** [1] - 127:17

## 6

**6** [1] - 256:17
**6/24/2012** [1] - 245:13
**6/4/2012** [1] - 245:10
**64** [1] - 137:12
**650** [4] - 11:15, 74:13, 74:14, 74:20
**68** [1] - 4:1
**6th** [2] - 244:12, 250:23

## 7

**716** [2] - 2:11, 2:15
**74** [3] - 137:14, 138:3, 138:4
**749** [1] - 75:7
**750** [2] - 31:19, 32:16
**7:00** [1] - 18:8
**7:30** [1] - 17:21

## 8

**8** [1] - 135:3
**851-4334** [1] - 2:15

**854-3400** [1] - 2:11

**9**

**9** [2] - 247:18, 270:3
**911** [3] - 81:14, 208:13, 208:16
**941** [18] - 216:22, 217:5, 217:6, 218:5, 259:1, 259:12, 260:15, 262:23, 263:12, 264:1, 264:21, 267:18, 268:2, 268:19, 269:17, 269:21, 270:4, 270:11
**950** [1] - 32:9

**A**

**a.m** [1] - 2:5
**ability** [10] - 42:3, 63:1, 124:19, 125:15, 125:16, 125:19, 125:20, 126:2, 129:23
**able** [2] - 63:17, 162:12
**above-requested** [3] - 123:5, 130:16, 200:12
**absolutely** [1] - 162:22
**academy** [5] - 19:2, 19:4, 19:13, 20:12, 20:15
**accept** [1] - 254:20
**acceptable** [1] - 211:15
**access** [3] - 76:23, 125:2, 183:19
**Accident** [13] - 84:2, 84:3, 84:4, 86:16, 89:22, 100:11, 101:7, 102:16, 103:1, 105:13, 106:5, 109:5, 163:1
**accident** [43] - 21:9, 81:6, 81:9, 81:16, 81:18, 81:22, 82:5, 83:4, 83:16, 84:6, 84:7, 84:17, 84:21, 85:7, 87:15, 88:20, 89:8, 89:10, 91:1, 91:13, 91:20, 94:23, 101:8, 101:13, 109:10, 109:13, 151:12, 162:23, 167:21, 172:7, 172:18, 173:13, 174:1, 174:4, 186:5,

188:7, 191:10, 191:19, 229:12, 247:22
**accidently** [1] - 227:23
**accidents** [8] - 21:10, 80:22, 81:1, 84:15, 87:8, 89:16, 91:4, 93:11
**accomplish** [1] - 71:20
**according** [2] - 186:21, 230:11
**accurate** [2] - 144:11, 283:4
**accuse** [1] - 173:15
**accused** [4] - 77:10, 173:23, 228:7
**achieved** [1] - 7:13
**acted** [1] - 71:23
**acting** [1] - 217:1
**Action** [1] - 1:8
**action** [9] - 4:11, 239:18, 265:4, 265:5, 267:20, 269:6, 283:6, 284:12, 284:15
**actions** [8] - 163:20, 260:8, 263:21, 264:14, 264:23, 265:9, 266:3, 268:20
**actively** [1] - 7:20
**acts** [1] - 139:16
**actual** [7] - 31:23, 33:3, 37:21, 48:10, 49:3, 51:5, 70:6, 74:17, 122:6, 154:4, 170:2, 279:16
**add** [1] - 75:17
**additional** [4] - 20:16, 23:7, 141:12
**additions** [1] - 79:20
**address** [3] - 43:2, 137:14, 137:20
**addressed** [3] - 37:1, 135:1, 137:14
**ADI** [3] - 185:15, 185:16, 185:17
**ADJ** [1] - 185:14
**adjacent** [2] - 231:3, 233:2
**administrative** [1] - 11:13
**admission** [4] - 217:11, 217:15, 217:16, 271:12
**admit** [3] - 216:23, 217:20, 261:21
**admitted** [3] - 217:19, 218:2, 261:3
**affair's** [1] - 282:3

**affairs** [33] - 33:12, 35:1, 36:2, 36:6, 37:11, 37:23, 38:9, 38:10, 42:7, 47:19, 48:3, 48:8, 48:18, 48:21, 53:4, 81:17, 83:6, 85:14, 85:15, 91:18, 101:19, 101:22, 103:1, 106:6, 132:11, 133:9, 143:18, 154:7, 154:10, 163:12, 224:1, 224:4
**Affairs** [6] - 33:14, 37:16, 86:21, 100:17, 112:10, 138:22
**aftermath** [1] - 273:19
**afternoon** [2] - 5:9, 39:6
**afterwards** [1] - 20:8
**agencies** [2] - 26:8, 77:15
**agency** [1] - 116:12
**Agency** [1] - 20:20
**ago** [4] - 21:18, 119:18, 253:20, 255:18
**agree** [8] - 49:18, 150:9, 150:10, 167:15, 172:16, 253:2, 278:1, 279:3
**ahead** [7] - 67:16, 75:14, 75:17, 98:18, 115:18, 184:19, 185:2
**AI** [1] - 86:16
**AID** [1] - 124:21
**aired** [1] - 253:4
**AIU** [23] - 84:16, 85:4, 85:6, 85:11, 86:16, 87:7, 89:3, 89:4, 89:13, 90:4, 90:5, 90:8, 90:9, 90:16, 91:5, 92:7, 93:10, 103:17, 104:12, 105:3, 110:13, 111:12, 163:16
**AIU's** [1] - 84:21
**al** [1] - 3:2
**alive** [1] - 17:3
**allegation** [5] - 57:14, 57:15, 170:20, 244:22, 246:14, 261:21
**allegations** [23] - 33:10, 43:2, 44:6, 44:9, 47:16, 48:22, 49:15, 50:19, 55:2, 55:17, 56:10, 56:13,

59:6, 119:7, 129:6, 132:6, 146:19, 151:12, 154:19, 243:2, 251:6, 267:6
**alleged** [4] - 58:14, 171:5, 254:21, 263:16
**allegedly** [2] - 272:12, 275:13
**alleging** [7] - 45:6, 45:15, 48:5, 49:4, 51:20, 125:22, 129:11
**allow** [3] - 189:18, 209:10, 231:18
**almost** [2] - 30:4, 119:9
**alternated** [1] - 18:13
**ambulance** [26] - 110:23, 176:5, 176:8, 177:13, 177:21, 180:21, 182:17, 182:19, 185:17, 185:18, 185:21, 186:2, 188:12, 189:18, 189:19, 190:1, 190:6, 190:16, 190:22, 191:3, 208:8, 208:13, 208:14, 208:19, 208:22, 209:15
**ambulances** [1] - 209:10
**amount** [6] - 60:8, 96:9, 96:21, 97:10, 99:1, 99:3
**analog** [1] - 15:6
**Andrea** [8] - 3:10, 5:22, 113:9, 122:13, 127:3, 130:14, 133:12, 180:16, 221:12
**ANDREA** [2] - 2:6, 284:19
**angle** [3] - 157:22, 196:18, 203:13
**angled** [1] - 235:3
**answer** [61] - 5:11, 16:6, 16:8, 25:5, 26:14, 26:16, 29:21, 29:23, 43:18, 43:20, 45:9, 50:22, 63:8, 67:3, 85:1, 95:2, 98:20, 102:4, 117:6, 122:14, 146:16, 166:2, 167:10, 170:6, 191:6, 191:14, 192:22, 193:1, 200:9, 211:3, 215:9, 219:3, 219:8, 219:9, 220:10, 223:15, 225:5, 225:8, 228:21, 231:19,

232:4, 232:8, 254:1, 254:5, 255:7, 263:5, 264:11, 267:12, 270:16, 274:10, 274:12, 274:15, 274:21, 278:21, 279:22, 280:1, 280:8, 281:20, 281:22, 282:1
**answered** [4] - 122:8, 126:18, 137:5, 174:11
**ANTHONY** [1] - 2:8
**Anthony** [1] - 3:15
**apart** [1] - 125:9
**apologies** [2] - 128:5, 133:21
**apologize** [1] - 158:11
**apparent** [1] - 81:8
**appear** [3] - 148:8, 150:8, 220:6
**APPEARANCES** [1] - 2:7
**appearances** [1] - 115:10
**appeared** [3] - 203:9, 204:6, 219:1
**Appearing** [2] - 2:11, 2:16
**applied** [4] - 214:20, 215:2, 215:8, 216:3
**appointed** [1] - 246:3
**approaches** [1] - 162:8
**approaching** [6] - 158:23, 164:14, 192:10, 193:2, 193:3, 204:3
**appropriate** [23] - 173:19, 178:1, 181:16, 181:21, 182:1, 182:22, 183:7, 183:11, 188:11, 188:17, 189:23, 190:3, 198:21, 206:7, 207:21, 209:20, 209:23, 210:2, 212:20, 213:14, 213:18, 215:1, 215:16
**April** [1] - 132:4
**area** [3] - 6:8, 17:5, 193:15
**arm** [4] - 193:17, 193:20, 204:6, 207:6
**arms** [1] - 216:8
**arrange** [1] - 135:9, 135:20, 287:7
**arrest** [11] - 60:6, 69:12, 94:9, 94:15, 94:17, 95:5, 95:7,

95:13, 128:15, 234:1, 243:19
**arrested** [4] - 95:12, 181:14, 213:5, 213:6
**arrestee** [1] - 215:7
**arrive** [1] - 183:22
**arts** [1] - 7:7
**ascension** [1] - 120:1
**ascertain** [1] - 130:6
**ascertaining** [1] - 267:1
**assigned** [11] - 10:8, 13:15, 14:6, 14:21, 16:16, 34:19, 35:4, 53:10, 80:14, 88:13, 257:11
**assist** [2] - 182:2, 182:4
**assistance** [2] - 176:4, 180:22
**Assistant** [1] - 2:14
**associate's** [3] - 7:1, 7:4, 8:1
**Associates** [2] - 3:4, 3:9
**ASSOCIATES** [1] - 2:3
**Association** [1] - 74:22
**associations** [1] - 24:9
**assume** [9] - 19:17, 26:16, 33:3, 38:5, 74:7, 89:4, 116:22, 133:7, 171:23
**assumed** [1] - 23:9
**assuming** [2] - 101:4, 270:5
**assumption** [1] - 117:16
**astray** [1] - 60:21
**Atlanta** [1] - 17:8
**attached** [1] - 283:3
**attacked** [5] - 102:18, 102:19, 102:20, 168:3, 168:11
**attacking** [3] - 102:19, 191:4, 280:4
**attacks** [4] - 94:3, 102:2, 102:3, 102:13
**attempted** [1] - 261:22
**attend** [2] - 6:16, 284:6
**attention** [9] - 30:17, 162:10, 181:19, 185:10, 188:14, 203:4, 207:16, 224:4, 252:1

**attorney's** [1] - 228:14
**audible** [1] - 5:12
**August** [26] - 112:2, 112:11, 117:5, 117:12, 118:2, 118:3, 118:9, 120:4, 124:5, 125:14, 131:5, 131:8, 146:3, 147:3, 149:9, 153:22, 163:13, 179:6, 201:11, 210:18, 225:2, 225:23, 241:1, 248:8, 253:9
**authority** [3] - 62:16, 89:13, 89:17
**automatically** [1] - 41:23
**available** [3] - 71:2, 83:15, 86:11
**Avenue** [3] - 158:6, 158:16, 198:2
**average** [1] - 151:6
**avoiding** [2] - 108:8, 240:8
**aware** [45] - 43:8, 44:15, 44:19, 44:22, 59:4, 77:8, 106:13, 148:10, 154:23, 155:8, 161:22, 162:2, 162:3, 167:23, 168:6, 168:14, 170:19, 171:4, 171:6, 174:9, 176:3, 176:7, 180:20, 202:18, 204:19, 208:23, 209:2, 225:21, 228:7, 229:17, 229:20, 230:3, 230:9, 230:22, 231:4, 251:22, 260:22, 261:5, 261:11, 262:1, 263:15, 272:8, 272:13, 272:16, 276:19
**awkward** [1] - 113:12

# B

**BAASE** [1] - 2:7
**Baase** [1] - 3:15
**backed** [1] - 85:10, 243:19
**backing** [1] - 241:3
**backs** [1] - 85:18
**bad** [1] - 72:18
**BALL** [1] - 2:12
**barely** [1] - 110:11
**bargaining** [1] - 76:6

**barking** [1] - 16:8
**base** [2] - 255:16, 255:19
**based** [5] - 130:7, 151:15, 162:21, 167:8, 174:15
**basing** [1] - 227:9
**BEATLY** [1] - 12:12
**Beaty** [7] - 12:8, 12:10, 12:20, 12:21, 12:22, 27:17
**became** [9] - 9:17, 13:5, 15:9, 15:23, 18:23, 23:2, 23:11, 75:22, 119:15
**become** [4] - 15:7, 19:19, 26:11, 27:22
**becoming** [3] - 10:1, 28:22, 28:23
**beforehand** [1] - 45:18
**begin** [5] - 2:20, 4:14, 50:20, 51:22, 160:21
**beginning** [2] - 143:11, 180:5
**begins** [1] - 139:13
**behalf** [2] - 3:16, 3:18
**behavior** [1] - 245:2
**behind** [4] - 102:11, 104:20, 199:6, 239:18
**belabor** [1] - 134:14
**bell** [2] - 97:19, 138:4
**below** [3] - 34:16, 97:20, 97:23
**bender** [1] - 85:11
**benefit** [1] - 276:7
**Benevolent** [1] - 74:22
**best** [1] - 253:17
**better** [3] - 67:18, 189:12, 189:17
**between** [18] - 15:20, 16:5, 55:14, 57:8, 66:17, 96:16, 100:20, 112:15, 118:5, 118:15, 133:8, 162:18, 172:17, 188:7, 205:8, 205:17, 227:16, 227:18
**beyond** [4] - 20:17, 23:1, 31:20, 221:4
**big** [1] - 172:17
**bigger** [1] - 243:14
**birth** [1] - 6:2
**bit** [4] - 70:15, 73:9, 113:11, 238:23
**black** [1] - 158:5
**black-and-white** [1] -

158:5
**blame** [1] - 173:14
**blocked** [1] - 181:10
**blue** [2] - 74:11, 141:18
**body** [4] - 66:7, 181:10, 234:19, 240:5
**born** [1] - 6:4
**bottom** [2] - 192:6, 202:12, 260:6
**boundaries** [2] - 15:8, 158:19
**BPD** [2] - 35:14, 247:7
**bracketed** [1] - 149:12
**brakes** [8] - 166:23, 167:1, 167:2, 175:8, 175:9, 175:10, 175:11
**brass** [2] - 32:17, 75:10
**breaches** [1] - 31:7
**break** [8] - 73:13, 109:18, 109:19, 110:4, 184:13, 197:5, 222:4, 256:6
**breakdown** [1] - 31:14
**breaks** [1] - 109:14
**brief** [1] - 80:21
**bring** [13] - 30:16, 63:13, 64:8, 65:22, 99:7, 124:3, 185:8, 207:15, 216:8, 224:3, 263:11
**bringing** [3] - 61:18, 102:15, 109:4
**broadcast** [1] - 143:7
**broken** [5] - 10:15, 96:2, 98:16, 99:5, 109:21
**brought** [21] - 45:14, 55:15, 65:12, 65:15, 70:7, 70:21, 97:2, 98:7, 99:14, 118:13, 125:12, 125:21, 145:3, 192:17, 193:16, 211:17, 228:19, 252:15, 253:21, 277:12, 277:13
**Brown** [9] - 23:16, 24:6, 24:9, 24:12, 24:18, 26:10, 29:19, 30:14, 107:19
**brutality** [1] - 48:13
**budget** [9] - 11:17, 11:18, 28:17, 28:22, 30:7, 31:22, 107:5, 108:15

158:5
**Buff** [5] - 7:10, 7:16, 8:7, 8:18, 8:23
**BUFFALO** [1] - 1:9
**Buffalo** [129] - 1:11, 1:13, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 2:4, 2:10, 2:15, 3:2, 3:5, 3:19, 4:2, 4:11, 9:4, 9:11, 10:3, 11:20, 13:6, 14:12, 17:7, 18:20, 20:16, 23:3, 23:19, 26:4, 27:15, 29:11, 29:15, 30:3, 30:21, 31:11, 31:16, 33:9, 35:23, 36:10, 36:20, 37:15, 39:13, 43:9, 43:13, 45:8, 45:15, 45:21, 46:4, 46:11, 49:11, 50:2, 50:10, 50:18, 51:3, 51:19, 52:3, 52:10, 52:15, 53:11, 54:9, 56:18, 58:14, 59:5, 61:7, 61:22, 62:17, 63:2, 66:3, 68:3, 69:6, 70:9, 72:19, 72:23, 75:2, 76:8, 76:20, 77:16, 78:14, 80:14, 84:10, 89:18, 90:1, 90:10, 91:6, 98:5, 104:3, 106:16, 106:21, 107:6, 107:11, 107:12, 115:15, 116:13, 127:15, 128:2, 129:11, 133:6, 134:4, 135:2, 135:8, 136:16, 140:9, 141:21, 142:11, 142:19, 143:21, 144:13, 146:17, 151:7, 158:5, 161:19, 162:1, 162:5, 173:2, 173:8, 174:2, 177:2, 186:21, 195:12, 199:10, 199:18, 204:21, 206:19, 229:3, 234:14, 251:19, 276:20, 278:16, 288:3, 288:18
**buffalo.com** [1] - 2:16
**Building** [2] - 2:4, 2:10
**bulb** [1] - 64:15
**bumper** [1] - 85:20
**business** [1] - 199:2
**busted** [4] - 95:20, 95:22, 95:23, 96:1
**button** [1] - 141:18

**button-down** [1] - 141:18
**BY** [172] - 4:5, 25:6, 25:13, 43:23, 45:11, 46:9, 50:23, 56:5, 58:19, 59:22, 63:16, 64:22, 67:2, 71:10, 74:2, 75:16, 80:3, 85:2, 92:13, 95:3, 96:6, 96:13, 96:22, 98:10, 99:4, 99:11, 99:18, 100:6, 102:6, 103:12, 104:15, 105:6, 107:9, 111:8, 111:16, 114:16, 115:4, 116:9, 117:7, 117:18, 120:23, 122:9, 123:7, 126:21, 127:9, 130:11, 130:22, 132:1, 132:13, 133:15, 134:22, 136:19, 137:18, 138:2, 139:4, 141:6, 143:4, 143:15, 144:16, 145:11, 149:3, 152:11, 153:16, 156:19, 158:13, 165:18, 167:9, 168:8, 168:12, 170:18, 172:4, 173:6, 173:18, 174:13, 175:5, 177:18, 179:21, 180:15, 181:23, 182:13, 183:10, 185:3, 188:16, 189:7, 189:22, 191:7, 191:13, 191:22, 192:15, 192:20, 195:19, 197:7, 198:20, 199:13, 200:8, 200:21, 204:15, 205:10, 205:13, 206:3, 206:16, 207:10, 208:11, 211:2, 213:3, 213:16, 215:5, 215:12, 216:11, 217:22, 219:21, 222:16, 223:17, 225:12, 227:21, 228:23, 229:5, 230:8, 231:6, 231:16, 231:20, 232:1, 232:11, 233:14, 235:7, 235:14, 236:1, 236:15, 236:22, 237:8, 237:12, 237:22, 238:20, 239:1, 239:14, 240:23, 241:19,

242:22, 243:15, 249:12, 250:12, 254:3, 255:8, 256:13, 256:21, 257:5, 258:3, 259:9, 262:9, 262:15, 263:6, 264:2, 264:12, 265:22, 267:10, 267:14, 267:21, 270:1, 270:17, 270:22, 273:4, 274:11, 274:22, 276:9, 279:7, 280:9, 281:1, 281:10, 282:5, 286:3, 287:3, 288:6
**BYRON** [5] - 1:1, 1:10, 2:1, 283:9, 286:3
**Byron** [2] - 2:21, 23:16

**C**

**c/o** [1] - 1:10
**C230** [2] - 186:14, 258:9
**CAD** [2] - 257:22, 258:2
**calendar** [1] - 150:23
**camera** [6] - 157:22, 181:3, 196:18, 202:13, 202:15, 203:13
**cameras** [7] - 67:6, 67:7, 68:9, 68:14, 202:19, 221:1
**campus** [4] - 19:5, 19:6, 19:10, 22:10
**cams** [1] - 66:8
**cancel** [4] - 148:14, 176:16, 177:13, 177:20
**canceled** [12] - 176:5, 176:8, 182:18, 188:11, 190:21, 191:1, 191:2, 208:19, 208:21, 209:2, 209:15, 209:17
**canceling** [1] - 183:2
**canvass** [1] - 68:23
**capacity** [10] - 1:11, 1:12, 1:14, 1:15, 1:16, 1:17, 1:18, 1:19, 136:23, 288:10
**captain** [12] - 10:21, 34:3, 34:4, 34:12, 38:16, 39:3, 39:5, 39:23, 40:1, 82:13, 83:14, 141:19
**Captain** [4] - 140:6, 140:8, 141:20, 144:9

**captains** [3] - 32:13, 39:7, 39:8
**caption** [1] - 115:11
**car** [10] - 21:9, 21:10, 101:6, 110:10, 185:12, 187:2, 187:9, 217:5, 231:8, 236:5
**card** [9] - 242:21, 243:4, 243:12, 244:9, 245:22, 253:7, 254:13, 254:16, 285:9
**cards** [2] - 241:21, 241:23
**care** [1] - 235:4
**cared** [1] - 270:2
**cars** [1] - 16:14
**Case** [2] - 149:2, 285:7
**case** [45] - 2:22, 42:7, 47:20, 100:13, 112:20, 116:19, 118:14, 121:10, 125:11, 130:19, 130:20, 141:8, 143:18, 144:18, 145:3, 146:9, 149:7, 149:13, 149:19, 149:20, 153:23, 178:4, 182:23, 201:8, 205:20, 209:16, 224:21, 225:1, 226:7, 226:15, 227:8, 251:3, 252:8, 252:13, 252:20, 253:6, 255:13, 255:19, 260:23
**cases** [4] - 11:7, 11:9, 69:20
**catch** [1] - 143:22
**categories** [1] - 55:22
**category** [2] - 97:20, 97:22
**caused** [7] - 97:11, 100:14, 100:20, 100:23, 255:4, 274:13, 274:14
**causes** [2] - 223:12, 278:18
**causing** [3] - 214:21, 274:6, 277:5
**cease** [1] - 75:19
**cell** [12] - 68:19, 180:18, 195:4, 195:13, 195:18, 207:18, 207:22, 208:7, 210:2, 210:7, 210:12, 211:11
**center** [2] - 192:17, 216:9

**ceremony** [1] - 27:2
**certain** [3] - 223:4, 223:5, 266:21
**certainly** [2] - 22:14, 47:13, 49:5, 106:13, 119:23, 134:3, 152:4, 268:11
**CERTIFY** [2] - 283:1, 284:5
**cetera** [2] - 187:17, 251:22
**CHAD** [1] - 2:9
**chain** [4] - 31:6, 33:21, 33:23, 90:13
**chambers** [1] - 27:8
**change** [6] - 15:8, 15:19, 80:5, 80:8, 186:15, 187:19
**changed** [3] - 15:11, 97:18, 186:5
**changes** [1] - 283:3
**channel** [1] - 143:9
**Channel** [3] - 144:10, 151:11, 151:18
**charge** [13] - 34:10, 56:16, 97:1, 97:6, 173:3, 173:8, 228:15, 247:2, 248:11, 274:8, 275:1, 278:11
**charged** [10] - 168:5, 170:21, 172:20, 228:12, 229:9, 274:6, 277:4, 279:8, 280:3, 280:21
**charges** [8] - 57:22, 58:12, 61:15, 61:18, 65:13, 65:15, 65:23, 228:19
**Charles** [1] - 12:14
**CHAUTAUQUA** [1] - 284:3
**check** [2] - 215:14, 215:19
**checked** [1] - 215:22
**checking** [3] - 205:5, 207:2, 220:20
**chief** [11] - 54:9, 61:6, 69:5, 72:22, 78:14, 104:2, 140:10, 141:22, 206:18, 234:13, 245:18
**choose** [2] - 211:22, 211:23
**chose** [1] - 130:1
**circumstances** [5] - 53:7, 144:7, 213:13, 213:17, 213:21
**cite** [1] - 58:15
**citizen** [19] - 36:11, 42:9, 50:5, 51:17,

52:22, 58:21, 69:7, 77:11, 94:3, 95:9, 104:21, 120:20, 121:4, 161:12, 241:14, 246:6, 247:8, 248:16, 253:18
**citizen's** [1] - 47:6
**citizens** [3] - 36:17, 68:10, 68:19
**CITY** [1] - 1:9
**city** [54] - 26:6, 27:8, 35:2, 35:4, 35:7, 36:6, 42:16, 44:19, 45:1, 45:23, 47:9, 47:14, 47:15, 48:16, 48:20, 49:4, 51:11, 53:9, 66:6, 66:22, 80:13, 81:5, 84:6, 84:12, 89:15, 89:22, 89:23, 90:2, 90:14, 90:20, 91:12, 106:9, 107:5, 107:11, 107:20, 108:6, 108:10, 116:8, 116:10, 119:1, 120:3, 122:2, 123:17, 125:22, 132:3, 135:12, 135:22, 136:23, 247:21, 249:6, 275:3, 277:22, 287:9, 288:10
**City** [68] - 2:14, 3:1, 3:19, 4:11, 9:4, 9:11, 10:3, 11:20, 23:3, 26:4, 39:13, 43:9, 43:13, 45:7, 45:15, 49:11, 50:2, 50:10, 50:18, 51:3, 52:3, 52:10, 52:15, 53:11, 58:14, 59:5, 62:17, 66:3, 72:19, 72:23, 75:2, 76:8, 77:16, 91:6, 98:5, 104:3, 106:15, 106:21, 107:6, 107:10, 107:12, 115:14, 116:12, 127:15, 128:1, 129:11, 133:6, 134:3, 135:2, 135:7, 136:16, 142:19, 144:13, 146:17, 158:4, 161:19, 162:1, 162:4, 173:2, 177:1, 195:12, 199:9, 199:18, 204:20, 229:3, 276:20, 288:3, 288:18
**city's** [2] - 107:5, 108:15
**city-owned** [6] - 80:13, 81:5, 84:12,

89:23, 90:20, 91:12
**citywide** [2] - 84:11, 84:14
**Civil** [2] - 1:8, 2:2
**civil** [2] - 143:20, 144:5
**Claim** [57] - 42:15, 42:19, 42:22, 43:3, 43:5, 43:13, 44:9, 44:13, 44:18, 44:23, 45:5, 48:5, 48:11, 49:3, 49:16, 50:5, 113:1, 113:2, 113:4, 114:10, 115:13, 115:20, 116:1, 116:20, 117:10, 118:1, 118:19, 118:20, 118:21, 119:1, 119:8, 119:11, 119:15, 120:5, 121:14, 121:18, 122:2, 123:17, 125:4, 125:22, 126:10, 126:16, 130:7, 131:2, 131:20, 132:7, 132:17, 132:19, 144:23, 145:7, 153:10, 204:20, 250:8, 250:14, 250:16, 285:3
**claim** [6] - 114:18, 116:6, 116:16, 135:22, 274:18, 287:9
**claimed** [4] - 155:1, 155:9, 267:7, 276:13
**claiming** [1] - 174:8
**claims** [4] - 111:20, 230:3, 230:23, 260:22
**classes** [3] - 7:10, 8:7, 58:1
**cleaners** [1] - 74:12
**clear** [3] - 69:20, 150:5, 271:9
**cleared** [1] - 56:3
**clearly** [1] - 252:20
**clerk's** [4] - 116:3, 116:8, 116:11, 119:1
**client** [1] - 111:20
**clip** [1] - 140:4
**clock** [6] - 38:8, 38:9, 40:18, 40:21, 41:3, 41:5
**close** [1] - 22:21
**closely** [1] - 22:16
**collar** [2] - 74:11, 74:14
**collide** [1] - 164:20
**collided** [2] - 167:18
**collision** [2] - 186:19, 273:15

**coming** [2] - 164:14, 181:2
**command** [5] - 31:6, 33:21, 33:23, 90:13, 91:16
**commanding** [2] - 10:11, 10:14
**commence** [6] - 48:16, 115:14, 116:1, 129:20, 144:12, 146:18
**commenced** [20] - 4:11, 37:22, 44:19, 45:7, 47:14, 50:8, 51:3, 51:6, 52:5, 123:14, 125:17, 140:1, 144:13, 144:20, 144:21, 145:6, 150:13, 150:18, 150:22, 204:20
**commencement** [2] - 44:23, 144:22
**commencing** [3] - 2:5, 3:6, 126:4
**Commissioner** [4] - 1:11, 1:12, 232:8, 281:21
**commissioner** [80] - 9:4, 9:14, 9:18, 9:19, 9:21, 10:2, 11:11, 11:12, 11:21, 12:2, 12:3, 22:13, 22:15, 22:21, 23:3, 23:9, 23:12, 25:3, 25:8, 25:21, 26:11, 26:20, 27:22, 29:9, 30:18, 33:15, 34:7, 36:17, 37:2, 37:9, 50:1, 50:10, 52:14, 52:22, 60:2, 62:17, 63:1, 70:7, 70:9, 70:17, 71:20, 74:6, 75:23, 79:6, 90:23, 91:11, 105:1, 106:13, 107:16, 108:1, 108:13, 108:19, 111:19, 119:13, 119:16, 120:2, 120:4, 120:10, 121:5, 123:20, 124:20, 125:1, 128:1, 129:23, 133:6, 133:10, 135:2, 135:10, 161:14, 179:16, 236:11, 242:2, 247:3, 248:6, 249:15, 253:22, 254:10, 280:13
**commissioners** [4] - 12:4, 22:16, 32:13

**commit** [2] - 171:18, 259:5
**committed** [9] - 99:15, 174:8, 191:17, 204:12, 208:3, 210:3, 210:4, 210:7, 261:7
**committing** [1] - 227:17
**common** [4] - 29:21, 30:1, 231:14, 237:19
**communicate** [1] - 195:14
**community** [1] - 30:9
**company** [2] - 26:9, 186:2
**compare** [2] - 126:2, 226:23
**compared** [2] - 126:10, 126:13
**compelling** [1] - 240:16
**competing** [1] - 114:5
**complain** [1] - 39:12
**complainant** [13] - 40:14, 41:10, 44:17, 48:8, 48:12, 56:20, 59:11, 59:20, 60:9, 60:13, 69:18, 123:23, 131:15
**complained** [3] - 60:9, 214:19, 241:13
**Complaint** [2] - 127:8, 285:4
**complaint** [69] - 35:17, 36:3, 37:14, 38:3, 38:6, 38:13, 39:18, 40:5, 41:8, 41:18, 42:9, 42:14, 45:14, 45:22, 46:5, 47:7, 47:23, 48:2, 48:3, 48:4, 48:9, 49:16, 50:5, 50:6, 50:18, 52:9, 55:15, 58:6, 58:13, 58:21, 59:5, 59:12, 59:13, 60:1, 60:12, 60:17, 69:7, 71:23, 72:1, 120:20, 121:4, 124:22, 125:4, 127:21, 128:11, 128:12, 129:8, 129:10, 130:8, 131:3, 139:6, 139:20, 147:4, 149:23, 213:8, 244:12, 246:6, 246:10, 247:8, 250:6, 251:11, 261:12, 261:15, 262:2, 262:5, 267:18

**complaints** [42] - 35:6, 35:11, 35:13, 35:22, 36:7, 36:12, 36:18, 37:7, 42:13, 48:12, 52:17, 52:22, 53:6, 56:2, 58:2, 61:1, 67:23, 68:20, 77:12, 78:3, 117:1, 128:13, 128:14, 129:13, 137:1, 146:20, 150:22, 151:2, 151:6, 152:2, 161:13, 161:15, 162:1, 162:4, 241:14, 242:1, 244:17, 248:16, 253:19, 253:21, 254:8, 288:11
**complete** [8] - 8:15, 8:16, 136:10, 164:8, 164:10, 232:3, 232:7, 287:20
**completed** [3] - 8:1, 41:1, 131:8
**completeness** [1] - 202:6
**compliance** [4] - 46:3, 47:9, 49:9, 93:7
**compliant** [1] - 129:18
**concern** [12] - 119:5, 119:8, 122:21, 123:12, 126:17, 126:20, 129:9, 129:15, 129:17, 174:14, 223:7, 223:12
**concerned** [6] - 84:23, 91:11, 120:8, 122:11, 223:5
**concerning** [3] - 62:14, 143:20, 224:16
**concerns** [9] - 120:14, 122:5, 123:8, 123:9, 153:13, 221:4, 279:17, 279:18, 279:19
**concluded** [3] - 60:23, 65:15, 282:17
**concludes** [1] - 282:14
**conclusion** [3] - 155:22, 155:23, 227:12
**conduct** [13] - 56:17, 56:18, 244:13, 244:21, 244:23, 245:1, 245:5, 245:7, 246:7, 248:8, 248:22, 253:14
**conference** [7] - 198:2, 210:21,

246:23, 247:5, 247:23, 248:6, 248:23
**confirm** [1] - 251:5
**confiscated** [1] - 195:3
**confused** [2] - 47:18, 57:7
**confusing** [2] - 222:23, 252:19
**connection** [13] - 30:19, 62:5, 65:21, 68:10, 68:19, 76:11, 111:20, 117:1, 135:6, 137:1, 163:6, 267:5, 288:11
**consecutive** [2] - 113:20, 256:15
**consequences** [1] - 62:4
**consider** [3] - 24:5, 110:4
**considered** [1] - 110:8
**consistent** [1] - 116:15
**conspiracy** [1] - 260:23
**constantly** [1] - 80:6
**constitutes** [1] - 59:8
**consult** [7] - 259:13, 262:23, 263:4, 264:6, 264:10, 269:18, 271:11
**contact** [15] - 11:19, 38:1, 40:14, 41:10, 52:5, 136:21, 162:12, 162:17, 165:22, 166:18, 167:6, 168:16, 169:18, 169:20, 288:8
**contacted** [3] - 166:15, 175:20, 209:9
**contain** [3] - 44:15, 142:22, 288:21
**contains** [1] - 141:10
**contends** [1] - 261:5
**context** [1] - 30:13
**continue** [7] - 162:7, 166:14, 166:19, 191:23, 197:23, 212:7, 245:21
**continued** [7] - 20:8, 165:21, 166:11, 175:6, 175:14, 175:19, 245:18
**continues** [2] - 165:14, 175:2
**continuing** [1] - 193:7
**contract** [2] - 11:17,

76:7
 contradicted [1] - 64:18
 contrary [1] - 274:3
 control [1] - 268:11
 conversation [3] - 80:21, 223:23, 224:1
 conversations [1] - 25:14
 cooperate [2] - 78:7, 78:11
 cooperating [1] - 182:7
 copy [7] - 127:14, 133:17, 135:1, 135:4, 136:11, 139:6, 287:21
 corner [2] - 179:1, 202:13
 corporate [5] - 42:20, 112:21, 112:23, 132:20, 133:3
 corporation [4] - 47:14, 53:9, 122:2, 135:8
 Corporation [3] - 1:10, 2:13, 2:14
 correct [48] - 9:5, 29:10, 29:19, 32:18, 33:3, 43:14, 44:6, 47:1, 47:11, 48:6, 50:2, 50:14, 50:21, 53:11, 53:17, 54:17, 54:21, 55:4, 56:3, 60:14, 60:15, 66:8, 69:22, 71:5, 73:2, 82:13, 82:14, 86:11, 86:19, 86:23, 103:18, 107:11, 118:10, 122:22, 129:1, 129:2, 160:15, 163:3, 163:18, 163:19, 190:7, 190:8, 217:8, 217:12, 244:17, 247:11, 249:9, 250:21
 corrective [4] - 93:5, 93:15, 104:4, 163:20
 correspondence [2] - 136:15, 288:2
 corroborated [1] - 271:18
 corroborating [2] - 244:8, 254:20
 corroboration [1] - 244:2
 cost [2] - 107:20, 275:2
 council [2] - 23:23, 27:8, 27:10, 29:22, 30:1
 Counsel [3] - 1:10,

2:13, 2:14
 counsel [8] - 3:12, 3:13, 42:20, 47:15, 112:21, 112:23, 132:20, 133:4
 counsel's [5] - 53:10, 122:3, 135:8, 142:21, 288:20
 count [2] - 38:6, 152:14
 County [1] - 116:2
 COUNTY [1] - 284:3
 couple [5] - 40:21, 67:7, 132:2, 166:19, 185:8
 course [8] - 8:17, 60:6, 62:21, 73:3, 78:7, 83:1, 111:18, 155:17
 courses [2] - 7:16, 23:7
 COURT [1] - 1:3
 court [8] - 3:8, 4:21, 5:13, 45:15, 61:11, 77:4, 127:14, 222:19
 Court [4] - 2:23, 4:1, 127:19, 137:13
 cousins [2] - 27:11
 cover [6] - 79:10, 115:9, 261:8, 261:22, 263:17
 cover-up [1] - 263:17
 covered [1] - 223:10
 covering [1] - 191:19
 CPEP [12] - 260:9, 260:10, 260:15, 262:6, 264:16, 264:17, 265:11, 265:14, 266:1, 269:10, 269:11, 269:16
 credibility [4] - 244:7, 266:10, 275:1, 281:7
 crime [10] - 30:6, 204:12, 208:1, 208:2, 210:3, 210:7, 229:1, 229:2, 229:6, 266:7
 crimes [2] - 208:3, 210:4
 criminal [20] - 7:11, 97:8, 97:10, 97:15, 97:20, 97:22, 98:5, 99:16, 100:13, 100:14, 100:23, 101:3, 171:18, 172:1, 172:6, 215:7, 229:10, 272:5, 275:1, 277:5
 critical [1] - 166:12
 CUNNINGHAM [1] -

2:7
 Cunningham [1] - 3:16
 current [2] - 8:22, 79:18
 curriculum [1] - 20:12
 customary [1] - 143:19
 cut [3] - 67:6, 67:7, 67:9
 cutoff [5] - 96:7, 96:14, 97:14, 109:12, 110:1

## D

 damage [54] - 81:8, 81:9, 85:19, 86:5, 86:6, 92:2, 92:10, 92:18, 93:18, 94:20, 95:14, 95:16, 95:19, 96:15, 97:10, 97:20, 97:21, 98:4, 98:15, 98:23, 99:7, 99:15, 99:22, 100:4, 100:20, 100:22, 101:6, 101:9, 101:15, 103:16, 171:20, 171:22, 272:6, 274:7, 274:14, 274:19, 275:4, 275:6, 275:13, 276:17, 276:22, 277:6, 277:7, 277:18, 277:21, 278:10, 278:17, 278:23, 279:4, 279:10, 279:20, 280:5, 281:4
 damaged [4] - 93:23, 101:5, 173:11, 272:10
 damages [5] - 49:4, 93:19, 94:4, 95:9, 97:2
 damaging [1] - 280:22
 Dan [6] - 9:19, 22:17, 25:7, 25:20, 27:21, 29:3
 dangling [2] - 272:10, 273:10
 Daniel [1] - 24:23
 DANIEL [1] - 1:12
 date [19] - 6:2, 112:5, 115:19, 115:23, 124:20, 126:10, 126:11, 126:16, 130:4, 135:3, 135:4, 137:9, 146:1, 146:9, 251:4, 252:22, 253:1, 253:15, 273:7

 dated [2] - 133:14, 285:5
 dates [2] - 126:3, 131:5
 daughter [1] - 27:11
 DAVENPORT [2] - 2:9, 113:23
 davenport@ ruppbaase.com [1] - 2:9
 DAVID [1] - 1:17
 days [7] - 18:7, 97:6, 132:2, 217:12, 272:17, 273:9
 DEA [2] - 20:20, 21:18
 deal [1] - 11:13
 dealing [3] - 119:21, 214:18, 215:18
 dealt [1] - 74:5
 December [9] - 129:14, 146:21, 151:10, 151:18, 153:8, 251:7, 251:14, 252:21
 decide [3] - 78:15, 177:15, 247:4
 decided [6] - 254:13, 259:11, 260:14, 264:3, 265:23, 271:17
 deciding [1] - 254:19
 decision [8] - 227:9, 262:6, 263:3, 264:9, 268:1, 268:19, 270:14, 271:20
 decline [1] - 214:13
 declined [1] - 214:12
 deemed [1] - 61:2
 defend [3] - 47:15, 53:10, 144:5
 defendant [1] - 128:1
 defendants [8] - 3:13, 3:19, 136:12, 136:17, 136:23, 287:22, 288:4, 288:10
 Defendants [2] - 1:20, 2:16
 define [1] - 60:13
 definitely [2] - 101:19, 210:20
 degree [11] - 7:2, 7:4, 7:6, 7:13, 7:19, 7:21, 8:2, 8:12, 8:15, 120:16
 degrees [2] - 97:9, 97:14
 delay [5] - 126:4, 130:23, 177:21, 183:12, 188:17
 delaying [1] - 182:10

 deleted [3] - 275:14, 275:20, 276:6
 deliberately [2] - 169:5, 191:18
 demands [7] - 135:7, 135:23, 136:2, 136:12, 287:10, 287:12, 287:22
 demarcate [1] - 96:15
 dented [1] - 85:11
 deny [1] - 263:17
 Department [61] - 1:11, 1:13, 9:5, 9:12, 10:3, 13:6, 14:12, 18:20, 20:17, 23:4, 23:19, 27:16, 29:11, 29:15, 30:4, 30:21, 31:12, 31:17, 35:23, 36:11, 36:20, 37:16, 39:13, 45:21, 46:4, 50:11, 52:4, 52:11, 52:15, 54:9, 59:6, 61:7, 61:22, 63:2, 66:4, 68:4, 69:6, 73:1, 75:2, 77:16, 78:15, 80:14, 84:11, 89:18, 90:11, 91:7, 104:3, 140:9, 141:21, 142:11, 151:7, 173:2, 173:8, 174:3, 195:13, 199:10, 206:19, 234:15, 251:19, 276:20, 278:16
 department [34] - 12:23, 28:3, 28:16, 29:5, 30:8, 31:22, 32:17, 33:9, 37:20, 42:10, 43:12, 50:7, 51:10, 53:14, 66:23, 72:13, 79:12, 88:2, 89:14, 89:16, 90:5, 90:6, 90:14, 90:22, 91:15, 105:2, 106:14, 107:5, 107:12, 108:4, 129:7, 137:19, 152:8, 273:17
 department's [1] - 144:3
 Department's [2] - 51:19, 146:18
 departmental [3] - 59:15, 59:16, 59:19
 depicted [7] - 157:12, 160:18, 163:6, 163:14, 201:1, 217:18, 221:3
 depicting [2] - 218:15, 219:1
 depicts [1] - 219:7

**deployed** [1] - 66:11
**deponent** [1] - 284:13
**Deposition** [1] - 282:17
**DEPOSITION** [1] - 1:1
**deposition** [19] - 2:1, 4:15, 4:18, 130:4, 135:19, 148:14, 157:6, 158:10, 184:4, 192:22, 210:23, 229:23, 247:22, 248:5, 282:15, 284:7, 284:9, 284:11, 287:6
**depositions** [2] - 5:7, 61:14
**deputy** [16] - 9:13, 9:20, 10:2, 10:6, 11:10, 11:12, 11:20, 12:2, 12:4, 22:15, 27:17, 32:13, 74:6, 75:22, 120:1, 248:5
**DERENDA** [1] - 1:12
**Derenda** [8] - 9:19, 22:17, 24:23, 25:7, 25:20, 27:21, 29:3, 129:10
**described** [1] - 105:17
**describes** [1] - 187:12
**Description** [1] - 285:2
**desk** [1] - 32:23
**despite** [2] - 179:15, 241:6
**destination** [1] - 184:1
**detail** [3] - 165:1, 261:12, 262:2
**detailed** [1] - 129:6
**detained** [3] - 216:7, 216:9, 216:12
**detective** [28] - 10:6, 10:12, 10:17, 10:20, 11:3, 11:6, 13:5, 13:9, 13:10, 13:11, 13:12, 13:18, 13:19, 13:20, 13:23, 14:1, 14:4, 14:11, 14:15, 15:23, 97:6, 147:6, 266:5, 266:14, 270:19, 274:17, 277:2, 278:16
**detectives** [1] - 38:20
**determination** [3] - 62:18, 72:22, 227:6
**determinations** [2] - 242:1, 242:2

**determine** [10] - 59:8, 69:16, 106:4, 144:7, 154:19, 156:9, 156:16, 156:18, 266:19, 271:2
**detoured** [1] - 271:18
**differed** [1] - 69:12
**difference** [3] - 57:8, 100:20, 172:17
**differences** [1] - 55:14
**different** [33] - 11:8, 11:9, 15:15, 22:3, 31:15, 55:9, 63:11, 63:13, 64:6, 64:9, 64:11, 64:14, 65:8, 79:23, 87:5, 93:21, 97:14, 119:22, 137:9, 145:18, 149:21, 152:14, 172:21, 196:18, 196:20, 197:6, 199:9, 202:10, 202:18, 202:19, 254:4, 266:10, 276:1
**difficult** [1] - 12:17
**dinner** [1] - 24:18
**direct** [2] - 29:19, 149:12
**directed** [2] - 136:16, 288:3
**direction** [1] - 284:11
**directly** [3] - 9:22, 35:7, 37:8
**disagree** [15] - 122:10, 146:22, 150:9, 159:5, 165:16, 177:10, 177:11, 194:9, 197:17, 197:19, 201:3, 201:6, 218:11, 234:2, 234:3
**disaster** [1] - 152:7
**disciplinarian** [7] - 54:10, 61:6, 69:5, 72:23, 78:14, 104:2, 206:18
**disciplinary** [9] - 28:11, 234:14, 241:20, 241:23, 243:3, 244:9, 253:7, 254:13, 254:16
**Disciplinary** [4] - 242:20, 242:21, 285:8, 285:9
**discipline** [13] - 30:20, 31:3, 31:6, 31:12, 55:20, 61:3, 62:19, 63:3, 70:8, 76:12, 77:17, 163:21, 210:19

**disciplined** [1] - 31:2
**disciplining** [3] - 31:11, 32:21, 72:15
**disclosed** [2] - 153:19, 199:18
**disclosure** [1] - 148:10
**discovery** [7] - 135:7, 135:23, 142:20, 143:2, 287:10, 288:19, 289:1
**discretion** [3] - 41:14, 47:22, 96:4
**discuss** [3] - 42:21, 44:14, 100:22
**discussing** [1] - 100:23
**Discussion** [2] - 134:19, 222:13
**discussion** [2] - 136:7, 287:17
**discussions** [3] - 50:13, 52:6, 107:18
**dispatch** [27] - 81:15, 82:6, 82:8, 85:22, 92:20, 94:12, 95:6, 95:12, 102:15, 163:1, 183:20, 183:21, 184:5, 185:9, 186:8, 187:12, 195:15, 209:4, 209:9, 257:20, 260:13, 262:20, 264:16, 268:9, 269:18, 271:10
**dispatched** [9] - 100:12, 100:17, 103:18, 105:3, 176:9, 187:16, 188:1, 208:22, 209:10
**dispatcher** [1] - 269:12
**dispatchers** [1] - 74:12
**dispute** [1] - 159:14
**distorted** [1] - 157:16
**DISTRICT** [2] - 1:3, 1:4
**District** [5] - 2:23, 127:18, 127:19
**district** [34] - 10:9, 10:10, 10:12, 10:18, 10:22, 13:16, 13:21, 14:3, 14:5, 14:7, 14:9, 14:21, 15:7, 15:10, 35:16, 36:6, 38:5, 38:12, 38:21, 40:6, 41:9, 41:17, 42:6, 82:9, 82:23, 83:15, 105:13, 158:20,

197:16, 197:21, 221:6, 228:14, 228:20, 258:9
**district's** [1] - 248:17
**districts** [8] - 15:6, 15:12, 15:15, 15:18, 15:23, 34:21, 35:15, 39:14
**divided** [1] - 90:4
**Division** [5] - 33:14, 37:17, 86:21, 100:17, 138:22
**division** [5] - 10:18, 10:20, 52:16, 107:6, 107:12
**Division's** [1] - 112:10
**DO** [1] - 284:5
**DOCUMENT** [1] - 287:1
**document** [7] - 43:12, 48:11, 48:15, 95:14, 98:7, 252:19, 257:14
**documentation** [3] - 135:11, 135:21, 287:8
**documented** [1] - 109:7
**documents** [2] - 50:8, 52:23
**DOE(S** [1] - 1:18
**dogs** [1] - 16:8
**dollar** [5] - 96:7, 96:21, 97:13, 106:20, 161:19
**dollars** [4] - 96:9, 96:14, 107:1, 274:7
**domestics** [1] - 16:7
**done** [2] - 30:16, 35:15, 59:1, 73:5, 92:4, 125:7, 126:6, 126:7, 126:8, 126:9, 130:5, 130:19, 139:20, 144:18, 164:6, 171:20, 210:12, 217:2, 254:21, 275:4, 277:18, 279:1
**door** [1] - 238:14
**double** [1] - 18:11
**doubling** [3] - 17:18, 18:12, 88:12
**down** [30] - 28:1, 28:19, 31:4, 54:14, 55:1, 55:18, 61:21, 70:20, 71:18, 73:9, 99:6, 117:11, 118:2, 119:10, 120:10, 131:5, 141:18, 146:4, 154:14, 159:20,

186:12, 187:18, 192:2, 225:23, 230:19, 238:22, 272:11, 273:11, 274:2, 284:8
**DPC** [3] - 246:23, 247:23, 248:23
**drafting** [1] - 46:15
**drive** [4] - 16:10, 141:3, 141:9, 285:6
**driven** [4] - 102:2, 102:11, 108:22, 230:4
**driver** [4] - 21:6, 80:18, 233:2, 244:3
**driver's** [10] - 99:6, 231:2, 232:14, 232:17, 233:1, 233:3, 233:6, 272:9, 272:10, 274:1
**driving** [14] - 21:5, 85:21, 101:12, 101:20, 101:21, 230:5, 230:20, 233:19, 238:4, 238:8, 238:11, 251:20, 261:9, 261:23
**drove** [1] - 80:13
**Drug** [1] - 20:20
**drug** [1] - 22:2
**drugs** [1] - 22:4
**duly** [2] - 4:2, 284:13
**during** [7] - 9:21, 16:18, 20:4, 22:17, 38:22, 39:6, 64:11
**duties** [2] - 62:5, 111:19
**duty** [4] - 195:21, 245:13, 246:20, 249:5
**DVD** [2] - 196:16, 242:13
**DVDs** [2] - 202:9, 242:14

## E

**early** [2] - 5:8, 7:5
**earn** [1] - 7:3
**easier** [1] - 173:14
**east** [1] - 6:20
**EC** [1] - 149:22
**EC2019-046** [1] - 149:16
**EC2019-46** [2] - 149:14, 251:4
**ECC** [6] - 7:2, 7:4, 7:13, 19:8, 19:9, 22:8
**ECMC** [20] - 186:15, 186:21, 187:20, 195:8, 217:1, 217:7, 217:19, 218:2,

258:18, 259:12, 261:3, 261:7, 261:22, 262:7, 263:4, 264:10, 264:20, 265:1, 265:18, 269:21
**editorialize** [1] - 262:16
**education** [3] - 6:23, 7:8, 20:18
**effect** [1] - 66:14
**eight** [4] - 17:10, 18:17, 25:9, 25:10
**either** [10] - 13:3, 20:16, 52:17, 77:11, 82:12, 86:14, 101:12, 130:7, 131:1, 190:12
**Emerson** [1] - 202:12
**employed** [7] - 10:3, 13:6, 14:11, 23:19, 31:16, 91:6, 267:4
**employees** [2] - 142:19, 288:18
**EMTs** [2] - 188:19, 188:23
**enclosing** [1] - 139:6
**encourage** [1] - 36:16
**encouraged** [2] - 36:19, 68:9
**end** [4] - 88:17, 135:18, 195:23, 287:5
**ends** [1] - 110:21
**Enforcement** [1] - 20:20
**enforcement** [1] - 22:3
**engage** [2] - 31:7, 55:5
**engaged** [1] - 58:23
**enroll** [1] - 8:22
**entire** [5] - 17:10, 18:17, 23:3, 60:13, 89:22
**entirety** [3] - 196:5, 196:6, 196:7
**entitled** [2] - 283:5, 284:12
**entity** [1] - 89:15
**entries** [1] - 260:6
**entry** [2] - 186:12, 187:7
**episode** [2] - 220:7, 221:6
**ER** [2] - 262:7, 271:18
**Erie** [1] - 116:2
**errata** [1] - 283:3
**especially** [1] - 279:8
**ESQ** [4] - 2:8, 2:9,

2:12, 2:13
**essentially** [2] - 35:10, 44:22
**established** [4] - 82:11, 131:22, 201:4, 258:6
**estimate** [1] - 70:12
**estimation** [1] - 96:9
**et** [3] - 3:2, 187:17, 251:22
**evaluate** [2] - 63:17, 70:20
**evaluating** [4] - 62:9, 68:20, 69:6, 244:6
**evaluation** [4] - 217:8, 218:2, 270:7, 270:11
**evening** [1] - 148:11
**events** [2] - 44:20, 266:11
**eventually** [6] - 15:2, 27:4, 27:5, 32:22, 54:8, 166:13
**evidence** [24] - 57:16, 64:19, 65:1, 65:4, 65:6, 66:2, 66:3, 68:18, 69:5, 69:13, 70:21, 95:17, 96:10, 96:17, 96:18, 98:6, 99:2, 99:8, 99:13, 179:14, 225:17, 226:16, 228:18, 271:9
**EVOC** [1] - 21:8
**exactly** [10] - 27:18, 69:17, 124:12, 124:20, 125:2, 125:16, 125:21, 130:21, 144:4, 144:7
**Examination** [1] - 286:2
**examination** [2] - 44:17, 284:13
**EXAMINATION** [1] - 4:5
**example** [11] - 8:22, 24:18, 42:15, 56:13, 59:23, 60:16, 64:5, 68:11, 85:18, 93:9, 104:16
**examples** [1] - 68:13
**exceeded** [1] - 279:10
**except** [1] - 283:2
**exception** [1] - 165:6
**exceptions** [10] - 54:23, 81:20, 84:19, 85:4, 86:1, 86:13, 87:2, 93:1, 103:20, 104:7
**excerpts** [1] - 251:15

**excessive** [9] - 60:3, 77:11, 161:13, 161:15, 161:23, 241:14, 250:2, 250:20, 251:1
**excuse** [3] - 19:7, 32:7, 57:20
**exempts** [1] - 75:11
**EXH** [16] - 114:10, 127:8, 133:14, 141:3, 149:2, 242:20, 242:21, 256:20, 285:3, 285:4, 285:5, 285:6, 285:7, 285:8, 285:9, 285:10
**exhibit** [5] - 113:10, 140:17, 141:8, 158:8, 243:6
**Exhibit** [27] - 113:20, 122:7, 127:11, 130:7, 130:8, 133:17, 135:1, 136:8, 139:7, 141:8, 148:16, 149:4, 157:6, 158:9, 163:7, 184:12, 185:5, 202:8, 224:20, 252:20, 257:1, 257:18, 259:16, 262:17, 272:20, 285:2, 287:18
**EXHIBITS** [1] - 285:1
**Exhibits** [1] - 285:13
**existed** [1] - 225:22
**exonerate** [1] - 57:4
**exonerated** [6] - 55:11, 55:23, 57:3, 57:8, 57:10, 251:1
**expect** [9] - 51:13, 51:20, 61:10, 61:13, 61:17, 98:6, 109:1, 142:14, 269:20
**expectations** [1] - 144:11
**expected** [4] - 78:6, 78:19, 117:3, 139:23
**expense** [1] - 277:22
**experience** [3] - 266:23, 274:17, 277:1
**explain** [4] - 112:14, 117:9, 119:2, 119:4
**exposures** [1] - 108:15
**externally** [1] - 20:17
**extremes** [1] - 227:19
**eyes** [3] - 178:1, 233:3, 238:4

**F**

**face** [3] - 61:2, 62:4,

62:6, 254:15, 271:1
**facing** [3] - 230:5, 230:23, 234:17
**fact** [8] - 36:10, 175:1, 179:15, 189:17, 193:16, 209:5, 261:1, 272:5
**factors** [1] - 72:21
**facts** [7] - 59:6, 63:10, 64:2, 64:4, 249:20, 249:21, 282:9
**failing** [1] - 78:10
**failure** [1] - 48:14
**failures** [1] - 32:21
**fair** [5] - 22:18, 25:4, 116:7, 152:12, 259:10
**fairly** [3] - 22:21, 106:18, 121:20
**fall** [1] - 220:1
**falling** [1] - 212:15
**falls** [2] - 90:16, 165:14
**false** [2] - 67:22, 154:20
**falsified** [1] - 262:21
**familiar** [9] - 5:3, 43:5, 46:11, 77:13, 77:14, 97:1, 107:15, 114:19, 204:23
**family** [1] - 176:9
**far** [8] - 11:13, 29:5, 67:6, 84:22, 101:11, 179:23, 248:15, 281:4
**father** [7] - 180:21, 208:8, 208:15, 210:9, 214:1, 214:4
**fault** [1] - 244:3
**favor** [2] - 67:19, 249:15
**February** [7] - 79:16, 79:22, 80:5, 135:3, 138:3, 138:12, 143:9
**Federal** [1] - 2:2
**federal** [2] - 21:22, 127:14
**feet** [3] - 166:19, 167:5, 192:1
**fell** [1] - 178:9
**fellow** [1] - 249:4
**felonies** [1] - 173:3
**felony** [29] - 97:5, 98:3, 98:4, 99:15, 99:22, 100:13, 168:5, 170:21, 171:18, 172:21, 173:9, 173:15, 173:23, 174:8, 191:17, 227:17, 228:8, 228:12, 228:15, 228:22, 272:5, 274:6,

275:1, 277:5, 278:12, 279:9, 280:3, 280:21
**felt** [1] - 229:9
**female** [2] - 12:9, 12:10
**fender** [2] - 85:11, 91:23
**few** [2] - 223:6, 258:15
**fifth** [5] - 197:2, 197:3, 197:8, 199:5, 202:7
**figure** [2] - 32:16, 170:3
**file** [61] - 40:12, 40:15, 41:9, 41:13, 42:1, 44:10, 44:14, 50:20, 53:19, 61:22, 64:11, 65:1, 66:11, 68:3, 112:16, 116:23, 117:9, 117:23, 124:21, 132:11, 136:10, 141:10, 142:22, 146:9, 146:13, 147:20, 147:22, 148:2, 148:4, 148:8, 149:6, 149:7, 149:19, 150:12, 150:13, 150:18, 151:17, 153:4, 155:17, 170:15, 176:6, 179:16, 180:23, 196:12, 197:19, 202:11, 211:4, 211:7, 211:8, 211:10, 243:5, 252:21, 267:5, 272:14, 277:12, 287:20, 288:21
**filed** [19] - 53:9, 113:5, 116:1, 116:11, 117:17, 119:1, 119:11, 119:15, 120:6, 121:14, 125:22, 126:11, 127:17, 128:11, 128:12, 132:3, 132:7, 250:8, 250:16
**files** [3] - 134:6, 135:10, 163:11
**filing** [5] - 93:12, 131:1, 131:2, 144:23, 145:6
**fill** [1] - 87:15
**filled** [1] - 93:7
**film** [1] - 201:1
**final** [10] - 54:12, 55:1, 55:10, 63:6, 70:8, 73:4, 86:20, 123:18, 199:21, 202:7

**finally** [1] - 199:20
**fine** [4] - 44:1, 114:7, 115:5, 140:18
**finish** [6] - 75:15, 98:19, 231:18, 281:20, 281:22, 281:23
**fire** [7] - 84:14, 84:15, 84:16, 90:6, 90:20, 90:22, 91:15
**fired** [1] - 25:17
**firm** [2] - 3:9, 3:11
**first** [37] - 6:13, 9:13, 9:20, 10:1, 11:10, 11:12, 11:20, 18:5, 18:7, 18:19, 22:1, 22:15, 26:19, 31:15, 44:2, 64:7, 74:5, 75:22, 82:3, 115:12, 120:1, 125:11, 128:3, 137:12, 149:11, 153:4, 159:18, 160:17, 179:7, 179:13, 180:7, 199:6, 199:19, 215:2, 226:2, 244:12, 246:6
**five** [7] - 15:18, 196:23, 198:1, 198:14, 220:23, 245:17, 251:12
**five-minute** [1] - 251:12
**fixed** [1] - 280:7
**flash** [3] - 141:3, 141:9, 285:6
**Fleet** [1] - 272:23
**Florida** [2] - 6:6
**FOIL** [1] - 77:15
**folks** [1] - 87:6
**follow** [12] - 21:16, 21:17, 32:22, 48:14, 177:12, 177:20, 193:8, 193:13, 198:15, 205:19, 205:22, 223:21
**followed** [8] - 3:13, 81:10, 81:23, 93:20, 94:5, 109:1, 210:15, 250:10
**following** [16] - 45:21, 51:18, 54:5, 114:9, 127:7, 133:13, 135:18, 141:2, 149:1, 176:14, 193:12, 242:19, 256:19, 266:11, 287:5
**follows** [4] - 4:3, 41:20, 89:1, 187:22
**foot** [1] - 109:21
**footage** [1] - 202:12

**force** [26] - 10:23, 17:1, 32:8, 60:3, 77:11, 161:13, 161:15, 161:23, 241:14, 244:15, 245:10, 245:13, 246:2, 246:3, 246:10, 246:17, 246:20, 246:23, 247:11, 249:4, 249:22, 250:2, 250:20, 251:1, 253:19, 254:9
**forcibly** [1] - 192:17
**foregoing** [3] - 283:2, 284:7, 284:12
**forget** [2] - 67:7, 67:9
**Form** [18] - 25:5, 45:9, 50:22, 63:8, 102:4, 117:6, 215:9, 225:8, 228:21, 235:12, 254:1, 255:7, 263:5, 264:11, 274:10, 274:21, 278:21, 280:8
**form** [124] - 25:11, 28:6, 45:13, 46:8, 46:11, 47:8, 56:4, 56:7, 58:17, 59:21, 64:20, 67:1, 71:9, 80:1, 85:1, 92:12, 95:2, 96:3, 96:11, 96:19, 98:8, 99:9, 99:17, 100:5, 103:10, 103:14, 104:14, 104:17, 105:5, 107:7, 111:4, 111:15, 117:13, 117:14, 120:22, 126:18, 130:9, 131:23, 132:9, 137:16, 137:21, 144:14, 145:10, 149:13, 152:9, 153:15, 156:13, 165:17, 167:8, 168:7, 168:10, 170:17, 172:3, 173:5, 173:17, 174:11, 175:4, 177:17, 179:18, 181:20, 182:12, 183:8, 188:15, 189:6, 189:21, 191:5, 191:6, 191:12, 191:21, 192:14, 192:19, 192:23, 195:16, 197:5, 198:17, 199:12, 200:7, 204:14, 205:9, 205:12, 206:2, 206:5, 206:15, 207:8, 208:9, 211:1, 213:2, 213:15,

215:4, 216:10, 217:21, 219:20, 221:8, 223:14, 227:20, 229:4, 230:7, 231:5, 235:6, 235:22, 236:14, 236:20, 237:5, 237:11, 237:21, 238:18, 239:10, 240:22, 241:16, 249:10, 250:11, 259:8, 262:8, 263:19, 265:16, 267:9, 269:23, 270:15, 275:15, 275:16, 276:8, 280:23, 281:9, 281:13
**formal** [4] - 7:8, 23:2, 50:7, 52:23
**former** [3] - 138:8, 138:9, 138:13
**Fort** [1] - 6:6
**forth** [18] - 43:3, 51:19, 54:6, 125:4, 129:7, 129:19, 177:13, 198:15, 199:15, 205:7, 205:17, 205:23, 206:1, 207:5, 207:7, 262:2, 277:11, 283:3
**forward** [19] - 162:11, 162:19, 165:21, 166:11, 166:15, 166:19, 167:3, 167:4, 167:6, 169:17, 169:19, 169:21, 171:17, 175:2, 175:7, 175:19, 238:3, 238:11
**forwarded** [2] - 138:21, 139:20
**forwarding** [1] - 38:2
**four** [27] - 7:21, 8:11, 15:4, 15:7, 15:9, 16:22, 107:1, 129:11, 161:18, 168:14, 170:11, 174:7, 174:15, 178:23, 179:3, 179:11, 180:1, 181:8, 188:22, 190:11, 194:1, 241:21, 247:6, 259:20, 260:6, 273:9, 278:19
**four-year** [2] - 7:21, 8:11
**fourth** [3] - 196:9, 196:15, 199:21
**Franklin** [4] - 137:12, 137:15, 138:4
**free** [2] - 83:9, 83:21

**frequently** [2] - 11:23, 77:10
**friends** [1] - 24:6
**front** [13] - 95:10, 103:6, 118:13, 123:10, 125:12, 130:21, 131:9, 136:10, 145:3, 161:6, 224:20, 252:15, 287:20
**full** [7] - 8:11, 18:23, 54:5, 66:20, 66:21, 120:2, 222:2
**full-time** [1] - 8:11
**fully** [2] - 78:11, 109:7
**function** [2] - 24:14, 24:15
**future** [2] - 50:17, 51:10

## G

**gap** [6] - 112:15, 112:18, 118:5, 118:15, 119:3, 126:3
**garage** [3] - 74:12, 272:18, 276:21
**gathered** [1] - 54:17
**General** [1] - 116:2
**generally** [2] - 77:11, 162:4
**generated** [1] - 91:20
**generating** [1] - 92:21
**gentleman** [2] - 20:2, 177:21
**given** [7] - 38:22, 48:17, 48:21, 65:1, 129:6, 259:18, 283:5
**glass** [1] - 113:14
**goal** [2] - 71:18, 71:22
**God** [1] - 7:7
**gospel** [1] - 234:8
**govern** [1] - 79:13
**governmental** [1] - 116:12
**governor's** [1] - 77:5
**grabbed** [4] - 211:17, 212:2, 212:17, 212:19
**graduate** [1] - 6:19
**graduated** [2] - 19:16, 19:17
**green** [2] - 266:14, 266:15
**ground** [9] - 110:22, 156:11, 165:15, 178:9, 180:9, 181:9, 181:18, 219:19, 220:1

**guess** [5] - 59:17, 110:3, 127:6, 222:22, 247:3
**guy** [15] - 160:21, 169:11, 218:18, 219:4, 219:6, 219:16, 219:18, 220:1, 224:10, 249:6, 264:4, 270:11, 271:10, 280:3

## H

**half** [24] - 7:18, 8:11, 107:1, 112:11, 117:3, 119:9, 120:6, 120:9, 120:12, 120:20, 121:2, 122:4, 123:20, 131:17, 152:16, 153:9, 153:10, 161:18, 177:8, 182:10, 184:9, 246:5, 247:6
**Hall** [1] - 2:14
**hall** [5] - 27:8, 35:2, 35:4, 35:7, 36:6
**hand** [3] - 114:11, 202:12, 203:9
**handcuffed** [4] - 192:2, 194:7, 214:15, 216:17
**handcuffs** [9] - 194:15, 194:16, 214:20, 215:2, 215:7, 215:14, 215:19, 215:22, 216:3
**handed** [4] - 142:21, 226:8, 259:16, 288:20
**handful** [1] - 70:13
**handle** [2] - 33:2, 33:7
**handled** [2] - 42:6, 221:6
**handles** [1] - 33:9
**hands** [5] - 212:13, 212:14, 212:17, 216:8
**hanging** [2] - 96:2, 98:13
**hard** [12] - 69:16, 169:2, 169:3, 169:4, 172:8, 172:11, 172:12, 179:8, 214:21, 215:2, 249:18, 256:2
**harder** [1] - 255:21
**harm** [1] - 103:15
**Harvey** [3] - 16:22, 16:23, 20:3
**head** [8] - 5:15, 33:17, 33:18, 54:8, 141:15, 157:13,

188:1, 258:18
**headquarters** [13] -
13:17, 13:19, 14:1,
14:6, 34:22, 34:23,
36:1, 40:10, 76:21,
90:10, 138:8, 138:9,
138:13
**heads** [1] - 153:3
**heads-up** [1] - 153:3
**hear** [1] - 158:12
**heard** [5] - 52:20,
53:2, 130:19, 130:20
**hearing** [3] - 63:14,
211:9, 236:11
**hearings** [3] - 234:6,
249:16, 271:3
**held** [2] - 9:7, 9:16
**help** [7] - 69:9,
111:7, 120:19,
124:10, 182:8, 208:8
**hereby** [1] - 283:1
**HEREBY** [1] - 284:5
**hide** [1] - 260:23
**high** [3] - 6:19, 6:23,
106:19
**High** [1] - 6:20
**highest** [3] - 29:10,
75:10, 90:14
**himself** [36] - 83:9,
103:5, 155:9, 155:10,
168:4, 168:23, 169:5,
169:10, 170:13,
170:22, 171:5,
171:10, 171:12,
172:10, 172:14,
174:16, 174:20,
175:1, 191:18,
212:14, 213:11,
227:17, 228:16,
229:8, 229:13,
229:19, 231:1,
233:20, 234:21,
239:22, 243:21,
254:14, 272:12,
278:12, 280:21
**his/their** [1] - 1:18
**history** [4] - 242:1,
253:18, 274:8, 278:15
**hit** [37] - 101:13,
109:10, 110:17,
156:1, 156:3, 156:7,
156:10, 156:17,
156:20, 164:16,
166:23, 167:1, 167:2,
167:13, 169:9,
169:14, 169:17,
173:14, 175:8,
175:10, 175:11,
175:14, 175:15,
175:16, 181:18,

185:12, 187:2, 187:9,
216:16, 219:18,
227:11, 227:23,
229:2, 230:12
**hits** [2] - 173:3,
173:9
**hitting** [1] - 227:16
**hmm** [17] - 41:19,
41:22, 43:17, 43:22,
114:21, 143:23,
155:5, 157:9, 159:9,
159:21, 162:14,
164:3, 179:2, 180:11,
193:21, 244:18,
258:20
**Hobbs** [1] - 3:10
**HOBBS** [2] - 2:6,
284:19
**hold** [5] - 9:11, 9:15,
12:19, 29:10, 76:14
**holding** [2] - 193:17,
193:20
**homes** [2] - 69:1,
69:3
**hospital** [18] - 177:6,
177:16, 177:22,
178:15, 183:5,
183:18, 184:6,
189:14, 189:16,
189:20, 190:2,
190:14, 198:10,
214:16, 216:20,
220:19, 224:13
**hour** [6] - 39:14,
73:14, 177:9, 182:11,
184:9, 221:18
**hours** [4] - 18:1,
18:10, 183:7, 183:9
**house** [1] - 202:22
**Huggins** [7] - 3:18,
136:1, 148:7, 153:20,
192:23, 273:17,
287:11
**HUGGINS** [203] -
2:13, 3:18, 25:5,
25:11, 43:20, 43:22,
45:9, 46:8, 50:22,
56:4, 58:17, 59:21,
63:8, 64:20, 67:1,
71:9, 73:12, 73:16,
73:18, 75:13, 75:15,
80:1, 85:1, 92:12,
95:2, 96:3, 96:11,
96:19, 98:8, 98:17,
98:19, 99:9, 99:17,
100:5, 102:4, 103:10,
104:14, 105:5, 107:7,
111:4, 111:15,
113:13, 113:19,
114:5, 114:23, 115:2,

116:7, 117:6, 117:13,
117:16, 120:22,
122:8, 122:13,
122:16, 122:22,
123:2, 126:18, 130:9,
131:23, 132:9,
133:22, 134:7,
134:11, 134:14,
136:6, 137:16,
137:21, 138:1, 139:1,
140:16, 142:17,
143:2, 143:10,
143:13, 144:14,
145:10, 152:9,
153:15, 156:13,
158:7, 158:11,
165:17, 167:8, 168:7,
168:11, 170:17,
172:3, 173:5, 173:17,
174:11, 175:4,
177:17, 179:18,
181:20, 182:12,
183:8, 184:13,
184:15, 184:18,
188:15, 189:6,
189:21, 191:5,
191:12, 191:21,
192:14, 192:19,
195:16, 197:5,
198:17, 199:12,
200:7, 200:10,
200:14, 200:18,
204:14, 205:9,
205:12, 206:2,
206:15, 207:8, 208:9,
211:1, 213:2, 213:15,
215:4, 215:9, 216:10,
217:21, 219:20,
221:8, 221:14,
221:17, 221:22,
222:4, 222:7, 223:14,
225:8, 225:11,
227:20, 228:21,
229:4, 230:7, 231:5,
231:15, 231:18,
231:23, 232:3, 232:7,
232:10, 235:6,
235:12, 235:22,
236:14, 236:20,
237:5, 237:11,
237:21, 238:18,
239:10, 240:22,
241:16, 242:9,
242:12, 242:16,
243:8, 249:10,
250:11, 254:1, 255:7,
257:22, 258:1, 259:8,
262:8, 262:12, 263:5,
263:19, 264:11,
265:16, 267:9,
267:12, 269:23,

270:15, 270:21,
272:23, 273:3,
274:10, 274:21,
275:15, 275:17,
275:20, 276:1, 276:7,
278:21, 280:8,
280:23, 281:9,
281:13, 281:20,
281:23, 287:16,
288:16, 289:1
**Humiston** [1] - 34:13
**hundred** [1] - 46:20
**HUNT** [1] - 2:3
**Hunt** [2] - 3:4, 3:9
**hurt** [3] - 155:10,
168:4
**Hygiene** [1] - 259:2

---

## I

**IAD** [193] - 28:12,
33:18, 33:22, 34:6,
34:10, 34:17, 34:19,
35:14, 37:21, 38:7,
40:7, 40:9, 40:14,
40:23, 41:9, 41:10,
41:13, 41:15, 41:20,
42:1, 42:2, 42:12,
42:17, 43:1, 44:10,
44:14, 45:3, 45:5,
45:16, 45:22, 46:5,
46:23, 47:3, 47:8,
47:9, 48:6, 48:7, 49:2,
49:5, 49:10, 49:17,
50:8, 50:20, 51:5,
51:15, 51:21, 52:4,
52:16, 53:16, 54:11,
54:20, 55:1, 55:7,
59:7, 59:12, 59:18,
60:4, 60:9, 60:14,
60:17, 60:18, 60:20,
60:23, 62:8, 62:9,
62:11, 62:13, 62:22,
62:23, 63:6, 63:13,
63:22, 65:21, 68:21,
69:7, 69:11, 70:6,
70:21, 71:19, 72:4,
76:18, 78:1, 78:7,
78:11, 78:20, 86:21,
87:7, 92:7, 102:17,
103:17, 104:12,
105:3, 105:14, 109:6,
111:2, 111:11,
111:20, 112:16,
116:15, 117:10,
117:11, 117:19,
117:22, 118:8, 119:6,
119:10, 120:6,
120:16, 121:3,
122:12, 123:12,
123:18, 125:3, 125:9,

126:4, 126:11,
126:15, 128:12,
129:12, 129:19,
130:6, 133:1, 139:10,
139:21, 140:1,
144:11, 146:2, 146:4,
146:18, 147:2,
147:13, 148:8, 149:8,
149:13, 149:19,
150:13, 150:18,
150:22, 151:2, 151:5,
151:17, 152:1,
152:14, 153:3, 153:5,
153:23, 155:13,
155:17, 163:2,
163:16, 165:10,
165:11, 170:15,
177:2, 179:4, 179:16,
179:17, 188:23,
190:10, 198:6,
207:15, 216:14,
227:8, 234:7, 236:11,
242:1, 243:2, 243:18,
249:16, 249:19,
250:15, 251:3, 251:5,
252:5, 252:11,
252:13, 253:22,
256:20, 258:1,
259:17, 260:20,
262:5, 263:2, 264:8,
267:5, 267:23,
268:16, 271:13,
277:12, 277:16,
278:20, 280:14,
285:10
**IAD's** [1] - 225:6
**ID** [2] - 213:11, 214:5
**idea** [11] - 25:12,
25:20, 128:16,
190:20, 190:21,
194:18, 214:14,
216:19, 220:15,
220:18, 260:18
**Identification** [7] -
114:9, 127:7, 133:13,
141:2, 149:1, 242:19,
256:19
**identification** [3] -
127:12, 141:9, 184:12
**identified** [1] -
272:21
**identify** [7] - 135:10,
158:7, 179:8, 197:11,
213:11, 213:20, 214:2
**ignored** [3] - 49:16,
52:3, 53:1
**III** [2] - 2:8, 3:15
**imagine** [1] - 222:3
**immediate** [5] -
26:13, 182:8, 182:10,

182:14, 190:7
**immediately** [10] -
14:14, 19:19, 50:21,
133:2, 138:22,
139:10, 183:14,
183:15, 189:13, 252:4
**impact** [13] - 166:5,
166:10, 166:22,
179:20, 216:23,
219:23, 226:2, 227:5,
265:20, 266:1,
267:18, 268:2, 268:12
**implausible** [2] -
234:9, 236:17
**implementation** [2] -
66:20, 66:21
**important** [7] - 61:6,
66:3, 69:4, 71:11,
83:20, 225:18, 243:23
**impose** [3] - 63:3,
78:16, 163:21
**imposing** [1] - 31:6
**impression** [2] -
121:10, 121:19
**inappropriate** [1] -
206:12
**INC** [1] - 2:3
**incident** [49] - 46:1,
51:2, 52:20, 92:20,
101:20, 101:21,
105:4, 105:16, 109:6,
112:6, 112:9, 112:15,
118:7, 119:23,
120:12, 131:1,
131:19, 136:16,
137:2, 144:8, 153:9,
154:4, 163:6, 163:14,
163:22, 178:21,
184:5, 185:6, 187:13,
187:23, 204:22,
210:8, 217:20,
218:17, 219:2, 220:7,
220:13, 227:10,
227:22, 229:18,
245:18, 253:4,
253:13, 259:18,
273:9, 273:20, 288:3,
288:12
**incidents** [6] - 51:4,
52:14, 54:21, 255:2,
266:21, 282:4
**include** [4] - 58:1,
109:4, 225:2, 241:23
**includes** [3] - 32:16,
71:1, 90:19
**including** [3] - 22:17,
84:12, 127:15
**inconsistent** [1] -
260:12
**incorrect** [2] - 69:23,

134:8
**incurred** [1] - 275:2
**indeed** [1] - 257:7
**independent** [1] -
63:5
**independently** [1] -
62:13
**INDEX** [2] - 285:1,
286:1
**index** [8] - 149:2,
149:13, 224:21,
225:1, 226:7, 226:15,
258:1, 285:7
**indicated** [3] - 3:6,
114:19, 168:3
**indicates** [1] - 65:2,
258:23
**indicating** [1] - 37:7
**indication** [2] -
190:17, 277:6
**individual** [12] - 38:2,
75:5, 76:15, 77:18,
77:22, 82:16, 110:16,
141:17, 158:23,
177:14, 182:3, 182:5
**individually** [8] -
1:10, 1:12, 1:13, 1:14,
1:15, 1:16, 1:17, 1:18
**individuals** [2] -
32:9, 105:12
**influence** [2] - 72:22,
254:18
**information** [7] -
51:22, 54:16, 141:12,
149:12, 153:17,
153:21, 187:16
**informed** [1] -
261:20
**initial** [3] - 41:8,
166:18, 167:6
**initiated** [2] - 168:15,
187:7
**initiative** [1] - 30:7
**injured** [10] - 85:8,
85:19, 110:22, 111:6,
111:10, 178:5,
178:11, 178:12,
182:8, 220:20
**injuries** [9] - 81:8,
85:8, 92:11, 92:19,
106:1, 110:1, 182:6,
189:4, 189:10
**injury** [5] - 81:7,
110:7, 110:15, 186:5,
216:2
**inquired** [1] - 252:16
**inquiry** [2] - 137:3,
288:13
**inside** [1] - 236:5
**insignificant** [2] -

86:18, 87:8
**inspector** [10] -
33:23, 34:4, 34:10,
42:4, 42:5, 42:19,
51:2, 52:6, 153:2,
248:4
**Inspector** [1] - 50:14
**instance** [10] - 50:6,
54:20, 93:17, 94:5,
103:23, 104:11,
104:19, 104:23,
109:2, 111:14
**instances** [6] - 56:1,
58:11, 66:7, 69:10,
72:3, 93:3
**instead** [2] - 88:12,
170:11
**instructed** [2] -
142:9, 142:12
**instructions** [1] -
183:21
**intake** [1] - 35:10
**intended** [2] -
142:19, 288:18
**intent** [1] - 101:9
**intention** [1] - 168:4
**intentional** [2] -
227:14, 228:5
**intentionally** [11] -
156:1, 156:7, 156:17,
156:22, 169:9,
169:11, 169:14,
173:10, 227:11,
227:16, 229:8
**interacting** [1] -
68:10
**interfering** [1] -
213:23
**internal** [40] - 23:8,
33:12, 35:1, 36:2,
36:5, 37:11, 37:23,
38:9, 38:10, 42:7,
47:19, 48:2, 48:8,
48:18, 48:21, 53:4,
81:17, 83:5, 85:14,
91:18, 101:19,
101:22, 102:23,
106:5, 106:6, 132:11,
133:9, 143:18, 144:6,
149:23, 154:7,
154:10, 163:12,
189:4, 189:10, 224:1,
224:4, 282:3
**Internal** [8] - 33:13,
37:16, 86:21, 100:16,
112:10, 138:22
**interposing** [1] -
192:23
**interview** [4] -
144:10, 259:22,

267:23, 268:14
**interviews** [2] -
142:4, 142:7
**introduce** [1] - 3:12
**Investigate** [1] - 84:4
**investigate** [12] -
34:1, 59:12, 59:18,
91:1, 91:3, 94:8,
121:3, 144:4, 247:22,
266:7, 269:6, 271:2
**investigated** [3] -
11:9, 109:7, 173:13
**investigates** [3] -
60:4, 60:17, 89:15
**Investigating** [3] -
101:8, 103:1, 106:5
**investigating** [6] -
42:2, 50:21, 81:6,
83:5, 248:12, 260:19
**investigation** [98] -
37:21, 37:23, 38:7,
40:12, 40:23, 41:6,
41:15, 42:1, 42:12,
42:17, 43:1, 44:10,
45:4, 45:5, 45:17,
45:22, 46:5, 47:4,
47:10, 48:6, 49:2,
49:6, 49:17, 50:8,
51:5, 51:8, 51:23,
54:4, 54:5, 54:20,
55:7, 60:14, 62:9,
62:11, 62:15, 62:22,
62:23, 65:22, 68:21,
68:23, 69:8, 78:8,
78:19, 111:1, 112:10,
112:16, 116:18,
116:23, 117:5,
118:10, 118:12,
120:11, 123:14,
123:19, 125:3, 125:8,
125:10, 125:17,
126:4, 126:12,
126:15, 128:13,
128:20, 129:12,
129:20, 130:6, 131:6,
131:9, 139:13, 140:1,
144:6, 144:19, 146:2,
146:19, 147:19,
148:5, 150:18,
155:14, 156:6,
165:10, 173:16,
174:1, 179:5, 188:23,
190:11, 225:7, 243:3,
249:21, 250:15,
251:6, 252:5, 252:11,
256:20, 259:17,
268:16, 277:2,
277:16, 285:10
**Investigation** [9] -
84:2, 84:3, 86:17,

89:22, 100:12,
102:16, 105:14,
109:5, 163:2
**investigations** [13] -
33:4, 33:10, 52:4,
52:16, 70:6, 73:4,
76:19, 78:2, 78:4,
120:17, 144:12,
152:14, 163:17
**investigative** [4] -
251:10, 251:18,
253:3, 277:10
**investigator** [25] -
54:11, 54:15, 60:21,
112:17, 112:19,
117:11, 117:19,
117:22, 118:9, 121:6,
131:8, 131:13,
131:14, 131:18,
147:3, 179:17, 198:6,
260:6, 262:5, 263:3,
264:9, 270:12,
270:19, 271:13
**investigators** [4] -
91:5, 91:16, 170:2,
216:14
**invoke** [1] - 104:1
**involuntarily** [4] -
217:11, 218:3, 261:2,
261:7
**involuntary** [5] -
217:15, 217:16,
217:19, 259:4, 271:12
**involve** [4] - 54:14,
89:8, 91:14, 266:9
**involved** [20] - 11:16,
47:15, 48:22, 80:23,
81:5, 81:22, 82:5,
84:6, 84:17, 84:20,
85:5, 91:13, 93:11,
94:23, 122:2, 161:17,
162:23, 174:4, 185:6
**involvement** [1] -
94:20
**involves** [1] - 89:7
**involving** [12] -
42:15, 50:18, 51:4,
51:14, 52:17, 106:19,
110:7, 112:6, 210:8,
221:7, 273:9, 273:20
**irrational** [1] - 217:1
**issue** [4] - 28:22,
29:1, 70:5, 187:8
**issues** [3] - 77:4,
155:13, 161:11
**it'd** [1] - 37:10
**item** [2] - 196:13,
196:15
**items** [1] - 147:18
**itself** [4] - 29:16,

94:22, 112:15, 131:1

**J**

**Jack** [2] - 3:4, 3:9
**JACK** [1] - 2:3
jacket [1] - 141:17
**James** [6] - 3:1, 3:17, 4:10, 116:6, 194:5, 203:14
**JAMES** [1] - 1:6
**January** [12] - 9:9, 26:21, 34:8, 112:8, 118:8, 125:23, 137:1, 179:14, 244:12, 247:18, 258:12, 288:11
**Jeff** [1] - 141:19
**Jenny** [2] - 160:11, 202:3
**JENNY** [1] - 1:14
**Jim** [1] - 243:20
**job** [14] - 26:19, 71:8, 161:10, 234:6, 256:5, 270:20, 270:21, 270:23, 271:2, 280:12, 280:15, 281:14, 282:2, 282:3
**jobs** [1] - 74:16
**Joe** [1] - 10:22
**JOHN** [1] - 1:18
**join** [2] - 18:19, 246:2
**joined** [1] - 246:3
**joining** [1] - 253:19
**journalism** [3] - 251:10, 251:18, 253:3
**judging** [1] - 131:13
**judgment** [2] - 55:1, 249:7
**judgments** [3] - 106:15, 107:19, 108:4
**jump** [4] - 167:2, 167:3, 167:6, 175:12
**June** [4] - 246:16, 246:19, 249:22, 250:23
**jurisdictional** [1] - 158:19
**justice** [1] - 7:11

**K**

**Karl** [3] - 238:7, 261:13, 261:18
**KARL** [1] - 1:15
**keep** [3] - 108:3, 213:9, 236:2
**keeping** [2] - 87:10, 182:5

**Kelly** [21] - 147:5, 147:7, 147:10, 147:17, 148:9, 149:8, 153:22, 154:15, 155:18, 170:16, 179:6, 225:2, 225:23, 226:8, 226:19, 241:2, 243:1, 253:10, 268:15, 277:12, 277:13
kill [1] - 103:6
**Kim** [2] - 12:8, 12:9
**Kimberly** [1] - 12:10
**kind** [3] - 106:1, 107:21, 113:10
**kindly** [2] - 5:21, 114:13
**Kist** [1] - 262:4
**KISTNER** [1] - 1:6
**Kistner** [111] - 3:1, 3:17, 4:10, 111:21, 112:6, 116:6, 124:8, 125:21, 134:10, 136:15, 136:21, 138:21, 151:19, 153:4, 153:12, 154:4, 155:1, 159:4, 159:12, 159:18, 160:2, 162:8, 162:12, 162:18, 165:14, 165:23, 166:15, 167:7, 168:3, 168:15, 169:5, 169:15, 169:17, 169:21, 170:12, 170:21, 171:5, 172:2, 173:23, 174:8, 175:20, 176:4, 180:9, 181:9, 181:13, 182:19, 183:3, 183:13, 185:7, 186:21, 188:9, 189:3, 190:14, 191:4, 192:1, 194:4, 194:5, 195:8, 198:10, 203:14, 211:13, 213:6, 214:16, 214:19, 216:16, 216:20, 217:3, 217:19, 218:2, 218:15, 219:1, 220:19, 221:7, 224:11, 227:7, 227:8, 228:20, 229:19, 230:12, 231:1, 233:20, 234:1, 234:18, 234:20, 239:22, 240:5, 243:2, 243:20, 244:3, 254:14, 254:21, 259:12, 260:15, 261:5, 262:6, 262:23,

263:16, 268:1, 268:12, 268:19, 272:12, 273:10, 273:20, 274:5, 274:14, 275:2, 277:4, 278:11, 288:2, 288:8
**Kistner's** [60] - 116:16, 117:1, 124:21, 125:3, 127:14, 128:13, 129:13, 132:6, 135:12, 135:20, 135:22, 146:19, 147:4, 151:11, 153:23, 154:19, 163:6, 176:9, 180:8, 180:17, 181:5, 192:6, 192:10, 192:12, 192:16, 193:2, 193:4, 193:8, 193:16, 194:2, 194:11, 194:20, 195:1, 202:22, 203:5, 203:8, 204:3, 204:6, 204:10, 204:19, 205:2, 205:4, 208:4, 209:16, 210:4, 213:4, 213:10, 215:22, 216:6, 220:23, 250:6, 251:6, 251:11, 252:20, 260:22, 261:21, 267:6, 287:7, 287:9
knocked [1] - 156:11
knowing [3] - 189:11, 238:2, 266:19
knowledge [4] - 179:3, 189:1, 189:2, 226:6
known [6] - 23:17, 43:12, 53:11, 53:13, 120:5, 210:18
**KYLE** [1] - 1:16
**Kyle** [1] - 257:9

**L**

label [2] - 186:8, 187:13
labor [2] - 74:10, 74:11
last [13] - 8:17, 12:11, 12:15, 30:4, 79:17, 113:20, 148:6, 148:11, 173:21, 202:16, 217:11, 217:13, 254:8
latter [1] - 152:16
Lauderdale [1] - 6:6
**LAUREN** [1] - 1:13
Lauren [9] - 154:21,

155:3, 165:22, 168:1, 201:14, 243:20, 261:9, 261:23, 288:2
Law [2] - 116:2, 259:2
lawsuit [22] - 44:18, 45:1, 45:6, 46:6, 47:8, 47:14, 48:16, 49:3, 51:3, 51:14, 53:8, 115:12, 115:14, 127:14, 135:12, 144:5, 144:12, 144:23, 153:11, 227:7, 252:10, 252:12
lawsuits [3] - 51:11, 52:17, 106:15
lead [3] - 55:18, 60:20, 108:10
leadership [3] - 14:5, 14:8, 34:6
leads [2] - 44:23, 266:11
learn [1] - 121:18
learned [6] - 50:4, 52:13, 119:7, 120:7, 125:11, 132:6
learning [1] - 67:10
least [6] - 35:6, 66:7, 105:20, 108:14, 151:16, 188:7
leave [8] - 25:3, 25:10, 92:10, 169:16, 183:22, 186:20, 187:23, 188:8
leaving [2] - 121:19, 170:4
led [3] - 72:15, 72:18, 132:15
left [5] - 25:23, 177:9, 184:6, 203:9, 273:10
left-hand [1] - 203:9
leg [1] - 109:14
legal [7] - 43:12, 45:14, 48:11, 48:15, 50:7, 50:17, 52:23
legislation [1] - 77:5
length [3] - 127:17, 163:18, 183:11
lengthy [1] - 253:18
less [2] - 70:16, 278:10
letter [21] - 36:9, 37:1, 51:17, 51:21, 59:20, 60:1, 133:17, 135:21, 136:22, 137:8, 137:10, 137:11, 137:14, 138:12, 138:16, 138:21, 139:5,

139:19, 153:12, 287:8, 288:9
Letter [2] - 133:14, 285:5
letters [7] - 28:5, 37:8, 52:2, 52:18, 52:23, 138:15, 149:21
level [5] - 42:6, 90:14, 99:15, 99:22, 100:13
liability [4] - 106:9, 106:15, 108:3, 249:7
liberal [1] - 7:7
Liberty [2] - 2:4, 2:10
licensed [1] - 80:18
lie [2] - 231:13, 263:9
lied [3] - 60:20, 61:1, 269:11
lies [1] - 60:18
Lieutenant [18] - 147:10, 147:17, 148:9, 149:8, 153:22, 154:15, 155:18, 170:16, 179:6, 225:2, 225:23, 226:8, 226:19, 241:2, 243:1, 253:10, 268:15, 277:13
lieutenant [49] - 10:11, 38:14, 38:16, 38:23, 39:10, 39:15, 39:21, 82:12, 82:21, 83:9, 83:14, 85:13, 86:9, 86:10, 87:6, 87:13, 87:14, 88:16, 88:21, 92:7, 94:21, 99:14, 99:21, 100:1, 100:2, 100:3, 100:8, 101:17, 102:16, 103:2, 103:17, 104:11, 105:2, 105:13, 105:20, 106:3, 109:5, 111:1, 111:11, 146:5, 147:5, 147:7, 147:8, 160:12, 163:1, 163:16, 165:9, 260:20
lieutenant's [2] - 87:16, 88:13
lieutenants [6] - 32:14, 34:1, 34:4, 34:14, 34:17, 85:15
life [4] - 6:14, 109:9, 109:10, 109:12
life-threatening [3] - 109:9, 109:10, 109:12
light [1] - 64:15
likewise [2] - 136:18, 288:5
line [1] - 260:1

list [5] - 161:23, 162:4, 241:13, 241:18, 245:7
listed [7] - 153:18, 191:10, 196:9, 196:13, 196:15, 199:22, 257:10
listen [1] - 143:6
lists [1] - 77:9
litigation [1] - 143:20
live [2] - 17:5, 38:6
living [1] - 17:7
LLC [1] - 2:7
local [3] - 74:9, 77:14, 253:4
locals [1] - 74:18
Locals [1] - 74:20
located [1] - 19:11
location [2] - 186:15, 187:19
locked [1] - 228:11
Lockwood [128] - 2:21, 4:7, 6:1, 19:14, 22:12, 52:14, 55:6, 61:23, 66:14, 71:8, 74:4, 79:2, 81:21, 93:4, 97:1, 100:20, 104:17, 105:8, 111:18, 113:7, 113:17, 114:17, 116:14, 116:23, 117:21, 119:6, 121:15, 123:8, 124:19, 127:10, 129:8, 131:21, 133:17, 134:23, 137:4, 139:19, 141:7, 143:6, 143:22, 144:9, 145:18, 149:4, 150:17, 154:3, 154:23, 157:5, 157:12, 158:14, 162:13, 164:12, 164:21, 165:20, 166:20, 168:9, 168:19, 169:13, 170:19, 171:3, 172:16, 173:19, 175:18, 176:15, 177:5, 182:15, 183:13, 185:4, 188:17, 190:9, 191:9, 192:21, 195:6, 195:13, 196:1, 196:4, 196:19, 198:11, 198:13, 199:20, 200:1, 202:5, 205:4, 206:5, 206:18, 209:7, 212:6, 212:21, 216:6, 220:22, 222:17,

227:15, 228:7, 230:10, 231:17, 231:22, 232:18, 233:15, 235:8, 235:20, 236:2, 236:16, 237:14, 238:1, 239:3, 240:8, 242:23, 243:17, 249:14, 250:13, 252:9, 254:5, 256:14, 256:22, 262:11, 262:18, 265:3, 266:4, 267:22, 269:11, 269:15, 270:9, 270:20, 274:17, 275:8, 276:12, 277:20, 281:2, 281:18
LOCKWOOD [5] - 1:1, 1:10, 2:1, 283:9, 286:3
look [54] - 46:19, 48:3, 48:19, 58:23, 60:9, 69:1, 69:3, 69:15, 86:5, 132:10, 141:15, 146:14, 155:18, 166:16, 168:23, 172:7, 172:12, 175:18, 180:6, 194:19, 196:17, 201:10, 203:18, 211:4, 211:7, 211:12, 212:9, 212:20, 212:22, 213:1, 219:15, 226:18, 227:2, 227:13, 227:22, 229:11, 233:3, 249:20, 255:12, 255:13, 255:14, 255:20, 255:23, 256:1, 256:22, 257:6, 257:17, 258:11, 259:15, 269:13, 270:13, 278:14
looked [12] - 164:13, 166:21, 168:20, 201:9, 201:11, 201:12, 202:16, 205:5, 228:2, 232:14, 244:10, 257:21
looking [33] - 105:23, 116:5, 116:14, 119:12, 150:16, 166:4, 167:11, 167:13, 170:23, 178:6, 184:4, 233:6, 233:7, 233:8, 233:16, 234:19, 236:6, 238:3, 238:5, 238:8, 238:11, 238:15, 240:4, 252:7,

264:18, 264:19, 265:15, 265:21, 267:17, 269:5, 269:13
looks [1] - 229:11
loosen [2] - 215:1, 215:15
loosened [2] - 214:22, 215:22
Louis [2] - 147:5, 147:7
low [1] - 108:5
luck [1] - 29:7
lunch [1] - 24:21
lying [5] - 173:12, 181:17, 234:11, 235:17, 269:21

## M

machine [1] - 284:8
Maeve [2] - 3:18, 113:11
MAEVE [1] - 2:13
Main [1] - 3:4
maintained [1] - 76:20
maintenance [5] - 272:22, 273:1, 273:14, 274:9, 276:21
major [10] - 80:4, 80:8, 101:15, 101:18, 109:8, 109:9, 110:2, 110:5, 110:8, 225:6
majority [1] - 17:12
male [3] - 12:9, 185:12, 187:2
man [7] - 156:1, 156:3, 177:5, 181:17, 190:1, 191:17, 280:19
Management [1] - 272:23
mandatory [1] - 217:20
manned [1] - 88:1
manner [1] - 284:8
manual [18] - 46:12, 46:13, 47:10, 49:11, 54:6, 56:21, 58:16, 58:22, 79:3, 79:4, 79:8, 79:17, 79:20, 80:5, 84:13, 100:7, 165:7, 182:5
March [20] - 27:7, 115:20, 117:2, 119:2, 122:3, 123:18, 127:20, 128:21, 131:2, 131:3, 131:22, 244:15, 244:21, 246:9, 246:13, 246:22, 250:7,

250:16, 253:13
mark [6] - 113:10, 127:3, 133:11, 140:19, 242:5, 242:8
marked [31] - 113:15, 113:20, 114:9, 127:7, 127:11, 133:13, 133:16, 136:8, 139:7, 140:17, 141:2, 141:8, 148:16, 149:1, 157:5, 158:9, 163:7, 184:12, 185:5, 202:8, 242:13, 242:14, 242:15, 242:16, 242:19, 252:19, 256:15, 256:19, 256:23, 257:18, 287:18
massive [2] - 98:14, 98:23
match [2] - 65:4, 65:5
materials [2] - 147:18, 148:7
matter [5] - 3:1, 95:6, 231:11, 234:8, 235:2
mattered [1] - 255:2
matters [1] - 28:11
Mayor [8] - 24:6, 24:9, 24:12, 24:18, 26:10, 29:19, 30:14, 107:19
mayor [10] - 11:19, 23:14, 23:15, 23:16, 24:3, 27:12, 27:13, 29:23, 30:3, 30:10
MC [1] - 264:10
McDermott [23] - 1:13, 154:21, 155:3, 155:9, 160:8, 160:9, 165:22, 168:1, 181:12, 191:10, 199:7, 201:14, 202:2, 241:3, 243:20, 258:17, 261:1, 272:8, 274:20, 275:10, 275:12, 276:13, 280:2
McDermott's [12] - 174:1, 189:5, 230:12, 231:2, 233:21, 234:21, 239:22, 251:20, 261:9, 261:23, 272:22, 274:18
mean [61] - 13:23, 17:20, 38:4, 41:2, 41:5, 41:16, 57:15, 65:19, 81:20, 98:13, 99:2, 102:5, 102:20, 104:9, 106:12,

106:13, 106:18, 108:8, 100:9, 120:15, 120:19, 121:2, 121:7, 123:9, 131:13, 132:23, 134:3, 137:19, 137:21, 152:4, 153:1, 158:1, 166:9, 167:12, 173:1, 174:18, 187:6, 211:6, 211:23, 212:5, 212:13, 214:10, 216:7, 222:2, 227:8, 233:8, 236:4, 236:7, 244:2, 245:1, 245:19, 247:1, 248:6, 252:10, 255:1, 255:22, 255:23, 256:3, 275:17, 279:2
means [10] - 46:7, 55:15, 56:8, 56:9, 57:10, 57:14, 149:16, 150:3, 217:6, 284:8
measure [1] - 89:10
measures [2] - 93:15, 104:4
mechanics [1] - 74:12
media [3] - 142:4, 142:7, 142:10
medical [7] - 176:4, 180:22, 181:19, 183:3, 183:13, 188:9, 188:14
meet [3] - 12:1, 26:10, 27:20
meeting [4] - 54:15, 55:10, 243:1, 262:19
meetings [3] - 53:3, 72:3, 234:7
member [3] - 75:2, 75:5, 76:2
members [3] - 27:10, 75:8, 176:10
memoranda [1] - 28:5
Mental [1] - 259:2
mentioned [5] - 20:2, 40:21, 66:2, 74:8, 137:12
mentor [1] - 20:3
merely [1] - 14:6
met [4] - 24:21, 147:3, 226:19, 241:2, 253:9
metal [1] - 140:19
methods [2] - 42:8, 42:14
mhuggins@city [1] - 2:16
mhuggins@city-

buffalo.com [1] - 2:16
Michelle [1] - 24:19
middle [7] - 159:1, 178:21, 198:2, 198:14, 198:22, 201:2, 211:18
midnight [2] - 17:20, 39:7
midnights [1] - 39:8
might [7] - 51:18, 59:6, 80:22, 210:18, 242:17, 281:6
million [3] - 107:1, 161:18, 249:7
mind [5] - 73:12, 226:12, 277:4, 277:10, 279:17
mine [1] - 79:10
minimize [1] - 108:14
minor [3] - 85:19, 101:16, 101:19
minute [7] - 21:18, 143:13, 143:16, 187:8, 248:10, 251:12, 256:6
minutes [5] - 177:15, 178:17, 186:18, 188:6, 188:13
mirror [27] - 95:22, 95:23, 96:1, 98:13, 231:2, 232:14, 233:2, 233:16, 233:17, 233:18, 234:21, 235:3, 236:18, 237:2, 238:6, 238:12, 238:16, 239:6, 239:7, 239:16, 240:4, 272:9, 272:10, 273:10, 273:13, 273:23, 275:7
mirror's [1] - 99:5
mischief [18] - 97:8, 97:10, 97:15, 97:21, 97:22, 98:6, 99:16, 100:13, 100:14, 100:23, 101:3, 171:19, 172:2, 172:6, 229:10, 272:5, 277:5
misconduct [53] - 30:11, 30:20, 31:8, 32:21, 33:11, 35:7, 35:14, 35:23, 36:14, 36:18, 37:7, 37:15, 39:18, 42:10, 42:16, 43:2, 43:11, 44:6, 45:7, 45:16, 47:7, 47:16, 47:23, 48:5, 48:12, 48:22, 49:5, 49:15, 50:6, 50:20, 51:4, 51:14, 51:20,

52:10, 52:18, 54:21, 56:2, 58:14, 58:23, 60:8, 72:3, 72:9, 76:11, 76:15, 78:3, 108:9, 111:21, 121:4, 128:14, 129:7, 129:12, 244:22, 246:14
misdemeanor [2] - 97:4, 98:1
miss [1] - 262:8
missing [1] - 250:5
misspelled [2] - 133:18, 133:19
misstates [1] - 262:12
mistake [1] - 242:11
mistaken [1] - 200:19
moment [11] - 83:20, 138:17, 138:18, 139:1, 142:18, 146:15, 171:23, 203:12, 238:2, 238:15, 288:17
money [3] - 49:4, 107:4, 107:21
money's [1] - 107:10
month [1] - 152:5
months [3] - 19:23, 20:1, 20:9
mooring [1] - 96:2
MOP [28] - 79:7, 79:8, 79:22, 81:4, 81:23, 83:12, 84:10, 84:22, 87:11, 89:1, 93:7, 95:14, 99:20, 102:14, 109:1, 109:16, 111:11, 129:19, 163:23, 176:14, 177:13, 182:5, 198:16, 205:23, 206:6, 206:9, 210:15, 223:19
Moriarity [13] - 160:23, 161:1, 161:2, 181:2, 194:8, 200:5, 201:2, 201:21, 203:15, 230:5, 231:3, 257:9, 257:10
Moriarity's [9] - 231:8, 233:17, 234:19, 234:20, 237:2, 238:5, 238:11, 238:16, 240:5
MORIARTY [1] - 1:16
morning [5] - 4:7, 4:8, 4:13, 5:8, 17:21
most [2] - 77:10, 241:13

mostly [1] - 16:6
motion [12] - 5:16, 102:10, 103:7, 103:17, 104:21, 108:22, 162:11, 162:19, 164:17, 166:12, 167:16, 167:19
move [10] - 17:14, 138:10, 165:14, 165:21, 166:14, 166:19, 175:2, 175:6, 175:14, 175:19
moved [1] - 138:11
moving [18] - 156:11, 164:11, 164:17, 164:21, 165:2, 165:3, 165:13, 168:22, 169:17, 169:19, 169:21, 171:15, 172:9, 175:2, 175:13, 239:21, 255:18
MR [242] - 3:15, 3:22, 4:5, 25:6, 25:13, 43:23, 45:11, 46:9, 50:23, 56:5, 58:19, 59:22, 63:16, 64:22, 67:2, 71:10, 73:10, 73:15, 73:17, 74:2, 75:14, 75:16, 80:3, 85:2, 92:13, 95:3, 96:6, 96:13, 96:22, 98:10, 98:18, 98:21, 99:4, 99:11, 99:18, 100:6, 102:6, 103:12, 104:15, 105:6, 107:9, 111:8, 111:16, 113:9, 113:14, 113:17, 113:22, 113:23, 114:1, 114:3, 114:7, 114:13, 114:16, 115:4, 116:9, 117:7, 117:14, 117:18, 120:23, 122:9, 123:7, 126:21, 127:3, 127:6, 127:9, 130:11, 130:14, 130:22, 132:1, 132:13, 133:11, 133:15, 134:2, 134:10, 134:13, 134:16, 134:22, 136:19, 137:18, 137:23, 138:2, 139:4, 140:11, 140:14, 140:18, 141:6, 143:1, 143:4, 143:12, 143:15, 144:16, 145:11, 148:13, 148:18, 148:20, 148:22,

149:3, 152:11, 153:16, 156:19, 158:9, 158:13, 165:18, 167:9, 168:8, 168:12, 170:18, 172:4, 173:6, 173:18, 174:13, 175:5, 177:18, 179:21, 180:15, 181:23, 182:13, 183:10, 184:14, 184:17, 184:19, 185:3, 188:16, 189:7, 189:22, 191:7, 191:13, 191:22, 192:15, 192:20, 195:19, 197:7, 198:20, 199:13, 200:8, 200:16, 200:21, 204:15, 205:10, 205:13, 206:3, 206:16, 207:10, 208:11, 211:2, 213:3, 213:16, 215:5, 215:12, 216:11, 217:22, 219:21, 221:11, 221:16, 221:21, 222:1, 222:6, 222:10, 222:16, 223:17, 225:9, 225:12, 227:21, 228:23, 229:5, 230:8, 231:6, 231:16, 231:20, 232:1, 232:11, 233:14, 235:7, 235:14, 236:1, 236:15, 236:22, 237:8, 237:12, 237:22, 238:20, 239:1, 239:14, 240:23, 241:19, 242:4, 242:7, 242:13, 242:22, 243:6, 243:10, 243:12, 243:15, 249:12, 250:12, 254:3, 255:8, 256:6, 256:13, 256:18, 256:21, 257:3, 257:5, 257:23, 258:3, 259:9, 262:9, 262:13, 262:15, 263:6, 264:2, 264:12, 265:22, 267:10, 267:14, 267:21, 270:1, 270:17, 270:22, 273:1, 273:4, 274:11, 274:22, 275:16, 275:19, 275:22, 276:3, 276:5, 276:9, 279:7, 280:9,

281:1, 281:10, 281:16, 281:18, 282:5, 282:10, 282:12, 286:3, 287:3, 288:6, 288:23
MS [202] - 3:18, 25:5, 25:11, 43:20, 43:22, 45:9, 46:8, 50:22, 56:4, 58:17, 59:21, 63:8, 64:20, 67:1, 71:9, 73:12, 73:16, 73:18, 75:13, 75:15, 80:1, 85:1, 92:12, 95:2, 96:3, 96:11, 96:19, 98:8, 98:17, 98:19, 99:9, 99:17, 100:5, 102:4, 103:10, 104:14, 105:5, 107:7, 111:4, 111:15, 113:13, 113:19, 114:5, 114:23, 115:2, 116:7, 117:6, 117:13, 117:16, 120:22, 122:8, 122:13, 122:16, 122:22, 123:2, 126:18, 130:9, 131:23, 132:9, 133:22, 134:7, 134:11, 134:14, 136:6, 137:16, 137:21, 138:1, 139:1, 140:16, 142:17, 143:2, 143:10, 143:13, 144:14, 145:10, 152:9, 153:15, 156:13, 158:7, 158:11, 165:17, 167:8, 168:7, 168:11, 170:17, 172:3, 173:5, 173:17, 174:11, 175:4, 177:17, 179:18, 181:20, 182:12, 183:8, 184:13, 184:15, 184:18, 188:15, 189:6, 189:21, 191:5, 191:12, 191:21, 192:14, 192:19, 195:16, 197:5, 198:17, 199:12, 200:7, 200:10, 200:14, 200:18, 204:14, 205:9, 205:12, 206:2, 206:15, 207:8, 208:9, 211:1, 213:2, 213:15, 215:4, 215:9, 216:10, 217:21, 219:20, 221:8, 221:14, 221:17, 221:22,

222:4, 222:7, 223:14, 225:8, 225:11, 227:20, 228:21, 229:4, 230:7, 231:5, 231:15, 231:18, 231:23, 232:3, 232:7, 232:10, 235:6, 235:12, 235:22, 236:14, 236:20, 237:5, 237:11, 237:21, 238:18, 239:10, 240:22, 241:16, 242:9, 242:12, 242:16, 243:8, 249:10, 250:11, 254:1, 255:7, 257:22, 258:1, 259:8, 262:8, 262:12, 263:5, 263:19, 264:11, 265:16, 267:9, 267:12, 269:23, 270:15, 270:21, 272:23, 273:3, 274:10, 274:21, 275:15, 275:17, 275:20, 276:1, 276:7, 278:21, 280:8, 280:23, 281:9, 281:13, 281:20, 281:23, 287:16, 288:16, 289:1
  **multimillion** [1] - 106:20
  **multiple** [5] - 50:6, 50:19, 51:4, 128:14, 249:4
  **Municipal** [1] - 116:2
  **must** [5] - 43:13, 248:11, 248:12, 266:15, 272:16

### N

  **name** [13] - 3:10, 4:9, 12:11, 12:15, 74:18, 79:5, 133:18, 133:19, 141:10, 160:22, 197:18, 202:11
  **name's** [1] - 128:3
  **named** [3] - 136:17, 202:11, 288:4
  **names** [2] - 127:23, 200:20
  **narcotics** [2] - 13:14, 22:2
  **nearly** [1] - 52:21
  **necessarily** [4] - 31:23, 41:9, 56:21, 83:3
  **need** [25] - 5:12,

31:2, 31:12, 43:18, 101:7, 106:5, 110:12, 110:18, 139:15, 140:11, 170:1, 182:17, 184:13, 184:20, 211:5, 211:8, 211:10, 214:4, 221:9, 222:7, 232:5, 233:13, 235:21, 262:14
  **needed** [2] - 23:8, 247:3, 278:11
  **needs** [2] - 59:7, 114:23
  **negligence** [5] - 108:9, 169:16, 174:2, 228:6, 261:23
  **negligent** [3] - 156:7, 174:4, 261:9
  **negligently** [8] - 155:4, 156:3, 156:17, 156:21, 172:19, 191:11, 227:23, 261:1
  **negotiates** [2] - 76:7
  **negotiation** [1] - 11:16
  **neighborhood** [1] - 68:23
  **never** [13] - 49:14, 60:9, 104:10, 104:12, 104:23, 107:23, 135:14, 137:10, 138:16, 156:6, 163:15, 232:22, 241:9
  **NEW** [2] - 1:4, 284:1
  **new** [3] - 77:5, 112:7, 187:7
  **New** [12] - 2:4, 2:10, 2:15, 2:23, 3:5, 4:2, 6:8, 6:12, 112:7, 127:19, 259:2, 284:6
  **newest** [1] - 31:5
  **news** [4] - 77:14, 143:8, 146:20, 154:12
  **next** [8] - 44:15, 84:1, 115:19, 156:14, 196:2, 224:2, 256:15, 257:10
  **night** [2] - 17:20, 148:6
  **nine** [2] - 17:10, 18:17
  **nine-year** [2] - 17:10, 18:17
  **nobody** [1] - 29:14
  **nobody's** [1] - 85:19
  **nomenclature** [2] - 186:7, 202:11
  **none** [6] - 72:21, 164:1, 164:2, 170:8, 249:8, 267:4

  **normally** [1] - 238:4
  **north** [1] - 185:22
  **Notary** [3] - 2:6, 284:5, 284:19
  **NOTARY** [1] - 283:16
  **notary** [1] - 3:8
  **notation** [2] - 157:23, 258:12
  **note** [1] - 192:9
  **nothing** [22] - 57:22, 88:20, 112:20, 115:11, 118:18, 130:5, 130:19, 164:6, 164:23, 174:18, 174:21, 214:11, 237:17, 240:16, 241:17, 245:22, 255:15, 256:1, 260:2, 281:19, 282:10, 284:15
  **Notice** [58] - 42:15, 42:18, 42:22, 43:3, 43:12, 44:9, 44:13, 44:18, 44:23, 45:4, 48:5, 48:11, 49:2, 49:15, 50:5, 113:1, 113:2, 113:4, 114:10, 115:13, 115:20, 115:23, 116:20, 117:10, 118:1, 118:18, 118:20, 118:21, 119:1, 119:8, 119:11, 119:15, 120:5, 121:14, 121:18, 122:1, 123:17, 125:4, 125:22, 126:10, 126:16, 130:7, 131:1, 131:19, 132:7, 132:17, 132:19, 144:23, 145:7, 153:10, 204:20, 250:8, 250:14, 250:15, 285:3
  **notice** [1] - 128:11
  **noticed** [1] - 154:2
  **Notices** [1] - 43:5
  **notices** [1] - 114:18
  **notification** [1] - 100:9
  **notified** [1] - 51:11, 81:17, 84:3, 86:17, 86:22, 95:13, 101:17, 105:15, 106:7, 131:19, 165:11
  **notify** [12] - 81:14, 81:15, 81:16, 82:5, 82:8, 94:6, 100:1, 112:22, 165:9, 182:16, 183:21,

183:23
  **November** [1] - 248:22
  **nowhere** [1] - 271:16
  **NTFD** [1] - 185:23
  **number** [14] - 5:1, 15:15, 42:2, 70:11, 149:19, 149:20, 150:13, 151:17, 186:18, 188:6, 196:12, 243:7, 251:4, 253:20
  **numbered** [1] - 259:20
  **numbers** [3] - 15:16, 114:6, 150:8
  **nurse** [1] - 263:11
  **nurses** [15] - 260:9, 262:7, 263:4, 264:10, 264:15, 265:10, 265:13, 265:19, 268:7, 269:9, 269:14, 270:3, 270:13, 271:14, 271:19

### O

  **o'clock** [7] - 17:19, 17:20, 17:23, 18:2, 148:7, 221:17, 222:3
  **oath** [2] - 4:13, 233:22
  **object** [1] - 236:23
  **objection** [14] - 45:13, 46:11, 56:7, 103:14, 104:17, 117:14, 168:10, 170:17, 191:12, 205:12, 206:5, 223:14, 275:16, 276:8
  **objectionable** [1] - 236:20
  **objections** [1] - 192:23
  **obligation** [2] - 237:10, 279:10
  **obligations** [1] - 179:15
  **observations** [12] - 260:8, 263:22, 264:15, 265:1, 265:2, 265:3, 265:6, 265:10, 265:18, 269:7, 269:8, 269:9
  **observed** [4] - 218:16, 218:19, 218:20, 218:22
  **obviously** [3] - 55:14, 222:23, 234:11
  **occurred** [1] - 98:4

**October** [6] - 2:5, 3:5, 130:5, 148:11, 247:21, 283:6
  **OF** [4] - 1:4, 1:9, 284:1, 284:3
  **offer** [1] - 26:14
  **offers** [1] - 210:19
  **offhand** [2] - 197:9, 216:1
  **office** [28] - 3:3, 35:1, 36:2, 38:10, 61:21, 68:3, 77:5, 116:3, 116:8, 116:11, 119:2, 122:3, 132:20, 133:9, 134:1, 134:5, 135:7, 135:8, 135:19, 142:1, 153:2, 153:20, 177:1, 228:15, 261:12, 261:15, 273:16, 287:6
  **officer** [98] - 14:16, 14:18, 15:21, 16:4, 16:14, 16:20, 17:11, 19:1, 19:20, 19:22, 30:11, 30:16, 30:20, 31:4, 31:5, 35:2, 35:4, 35:10, 36:14, 37:15, 39:19, 40:5, 42:2, 55:20, 56:16, 56:22, 57:5, 57:11, 58:4, 58:6, 58:15, 58:22, 59:14, 60:2, 60:6, 61:1, 61:2, 62:1, 62:4, 62:15, 62:18, 62:22, 64:6, 64:23, 65:12, 65:14, 65:16, 65:20, 65:22, 69:11, 69:17, 70:8, 72:16, 75:1, 76:11, 76:20, 77:17, 80:11, 85:10, 85:18, 94:6, 94:23, 97:5, 102:10, 103:8, 104:20, 110:19, 143:21, 157:7, 160:14, 161:10, 161:17, 172:19, 181:17, 186:14, 192:13, 193:2, 193:7, 193:17, 193:20, 194:21, 197:3, 197:8, 197:12, 200:19, 204:5, 212:2, 215:13, 234:8, 234:11, 234:14, 249:15, 255:6, 255:13, 257:7, 268:10
  **Officer** [44] - 1:14, 1:15, 1:16, 1:17, 1:18, 16:22, 107:2, 154:21, 155:3, 155:9, 161:8, 161:12, 161:16,

161:22, 181:12,
182:14, 197:16,
197:20, 209:9,
229:18, 234:17,
235:16, 241:3,
241:10, 241:12,
246:1, 248:17,
249:13, 253:18,
254:8, 254:12, 255:3,
257:7, 258:7, 259:21,
260:7, 260:13,
260:19, 262:22,
267:23, 271:10,
272:2, 272:8, 276:12
  **officer's** [11] - 59:9,
60:18, 64:18, 65:3,
65:8, 65:11, 74:23,
81:5, 85:21, 96:8,
199:5
  **Officer(s** [1] - 1:19
  **officers** [116] - 11:8,
21:23, 28:20, 31:7,
31:11, 31:18, 31:20,
31:23, 32:8, 32:12,
32:21, 34:18, 56:2,
61:7, 61:10, 61:13,
61:17, 62:10, 66:6,
67:5, 67:22, 68:8,
69:14, 71:22, 76:13,
76:15, 77:10, 77:18,
77:22, 78:2, 79:13,
82:4, 85:8, 94:1,
95:11, 111:6, 129:11,
139:16, 162:1, 162:5,
163:21, 168:2,
168:14, 170:12,
171:4, 173:22, 174:3,
174:7, 174:16, 176:5,
176:8, 177:5, 178:22,
178:23, 179:4,
179:10, 179:11,
180:1, 181:8, 183:20,
185:6, 186:20,
187:11, 187:18,
188:19, 188:20,
188:22, 190:12,
191:19, 192:3, 192:9,
192:17, 194:1,
194:23, 195:7,
195:12, 195:20,
196:22, 198:1, 198:9,
198:14, 203:13,
204:2, 205:1, 205:3,
206:13, 206:17,
207:6, 208:18,
211:17, 213:10,
214:15, 215:21,
216:7, 216:15,
216:19, 217:17,
218:1, 220:16, 221:6,
223:22, 224:9, 227:1,

228:20, 229:7,
241:13, 241:21,
255:23, 261:6, 265:7,
277:12, 278:19, 281:7
  **Officers** [1] - 181:1
  **offices** [1] - 2:3
  **official** [2] - 79:5,
186:21
  **officials** [1] - 27:15
  **often** [3] - 24:11,
44:19, 44:23
  **oftentimes** [1] -
58:15
  **old** [1] - 17:17
  **omissions** [1] -
139:16
  **on-duty** [4] - 195:21,
245:13, 246:20, 249:5
  **once** [9] - 12:1, 20:8,
40:5, 87:13, 123:22,
132:16, 265:18,
269:16, 274:19
  **one** [80] - 16:19,
17:7, 33:14, 37:13,
39:13, 39:19, 40:2,
42:3, 44:2, 45:17,
45:23, 46:6, 49:6,
59:7, 60:17, 63:12,
64:7, 65:7, 67:5,
69:22, 70:20, 73:5,
75:5, 78:15, 80:10,
90:8, 90:9, 97:20,
101:4, 101:14, 106:8,
123:4, 143:13,
143:16, 146:8,
153:18, 155:12,
168:15, 173:21,
178:13, 179:15,
185:1, 186:17, 188:5,
189:9, 191:2, 196:2,
196:11, 196:14,
196:17, 199:19,
200:17, 200:23,
201:1, 202:8, 202:15,
204:23, 205:6, 207:6,
207:13, 207:15,
208:6, 208:12,
226:10, 232:5,
233:13, 243:13,
244:12, 245:16,
249:19, 253:6,
253:14, 253:21,
254:6, 254:7, 257:20,
262:14, 274:15
  **one's** [2] - 144:2,
207:22
  **ones** [4] - 122:19,
187:1, 197:6, 221:4
  **open** [25] - 41:9,
41:14, 42:3, 42:7,

44:13, 45:22, 46:4,
47:3, 47:10, 47:19,
47:22, 48:1, 48:6,
49:6, 50:20, 51:8,
51:10, 117:23,
126:15, 126:20,
129:12, 130:6, 152:4,
153:4, 153:8
  **opened** [45] - 37:21,
40:13, 40:15, 41:13,
42:1, 43:1, 45:4, 45:6,
45:17, 46:1, 46:6,
49:2, 49:7, 49:17,
52:16, 53:19, 54:20,
68:21, 116:19,
116:23, 117:9,
117:17, 124:22,
125:3, 125:9, 125:10,
126:11, 128:12,
128:18, 128:21,
128:23, 129:3,
143:19, 146:2, 146:9,
150:12, 150:23,
151:17, 151:20,
152:2, 251:4, 251:7,
252:21, 252:22, 253:1
  **opening** [5] - 38:7,
42:12, 42:17, 44:10,
45:16
  **operate** [1] - 80:18
  **operated** [11] -
100:21, 102:8,
102:22, 103:8,
103:16, 104:21,
108:22, 154:21,
165:22, 199:7, 200:5
  **operating** [2] -
160:6, 191:11
  **operations** [2] -
79:5, 79:8
  **operator** [1] - 168:1
  **opportunity** [1] -
5:11
  **opposite** [3] - 230:5,
230:23, 234:18
  **option** [1] - 110:20
  **optional** [1] - 82:19
  **Orchard** [1] - 19:11
  **order** [4] - 272:22,
272:23, 273:2, 280:7
  **ostensibly** [1] -
181:9
  **otherwise** [1] - 26:5
  **outcome** [2] - 76:18,
249:1
  **outcomes** [2] - 55:6,
248:1
  **outside** [4] - 23:18,
23:21, 24:9
  **outtakes** [1] - 220:23

  **overlapped** [1] -
119:23
  **overtime** [2] - 28:19,
28:20
  **own** [2] - 206:23,
238:13
  **owned** [6] - 80:13,
81:5, 84:12, 89:23,
90:20, 91:12

### P

  **p.m** [1] - 282:17
  **packet** [1] - 243:14
  **page** [9] - 36:11,
36:15, 36:16, 36:23,
37:5, 79:10, 115:12,
127:16, 153:18
  **Page** [2] - 285:2,
286:2
  **PAGE** [2] - 287:2,
288:15
  **pages** [5] - 46:20,
127:17, 259:19,
259:20, 283:2
  **paid** [2] - 31:22,
107:10
  **pain** [1] - 214:21
  **paperwork** [17] -
60:7, 87:15, 89:7,
89:9, 91:14, 91:19,
92:4, 92:6, 92:16,
92:22, 93:2, 93:6,
93:12, 146:3, 146:10,
146:13, 146:23
  **Park** [1] - 19:11
  **parked** [8] - 93:19,
93:22, 158:5, 158:15,
158:23, 181:2, 199:6,
200:23
  **parlance** [1] - 88:2
  **part** [28] - 15:9,
27:21, 39:4, 44:17,
60:4, 71:7, 71:11,
75:18, 75:20, 90:4,
90:6, 108:2, 140:19,
140:20, 141:13,
142:3, 152:18,
155:13, 170:4, 172:2,
180:7, 203:11, 225:6,
260:23, 263:16,
263:17, 266:9, 268:15
  **particular** [15] - 10:8,
13:15, 15:7, 17:13,
17:16, 28:18, 41:7,
76:19, 138:3, 162:10,
194:12, 199:4, 203:4,
214:17, 227:10
  **partner** [5] - 16:16,
16:18, 16:19, 16:21,

17:9
  **passed** [1] - 20:8
  **passenger** [5] -
160:10, 200:6, 202:3,
230:15, 233:6
  **passenger's** [4] -
161:6, 231:7, 232:15,
236:19
  **path** [1] - 55:18
  **Patrick** [1] - 34:13
  **patrol** [27] - 14:16,
14:17, 15:21, 16:4,
16:20, 17:11, 18:23,
19:19, 19:22, 31:5,
34:18, 35:2, 35:4,
38:19, 80:11, 81:5,
82:4, 85:20, 92:10,
92:19, 93:10, 94:1,
94:4, 97:5, 97:17,
102:3, 160:14
  **pause** [1] - 5:10
  **pay** [2] - 162:10,
203:3
  **PBA** [7] - 11:15,
75:3, 75:6, 76:3, 76:5,
76:10, 76:16
  **PBD** [1] - 23:8
  **PDA** [1] - 74:21
  **pedestrian** [11] -
108:23, 109:14,
110:8, 164:11,
164:13, 165:1, 165:7,
167:21, 172:20
  **pedestrians** [1] -
164:20
  **penalty** [2] - 78:10,
78:13
  **pending** [7] - 28:11,
252:8, 252:11,
252:22, 253:6, 253:14
  **people** [12] - 31:16,
53:2, 69:1, 92:21,
93:6, 103:9, 109:15,
173:3, 173:8, 187:16,
206:14, 271:1
  **percent** [2] - 161:23,
162:4
  **perform** [1] - 163:16
  **performed** [1] -
116:17
  **perhaps** [7] - 5:8,
44:16, 54:15, 59:19,
82:12, 103:4, 172:19
  **period** [6] - 17:10,
18:17, 19:20, 20:4,
22:5, 22:17
  **perjur** [1] - 60:19
  **person** [27] - 24:1,
35:9, 35:18, 35:20,
35:21, 38:6, 41:20,

52:9, 58:13, 63:2,
63:3, 101:5, 101:6,
102:21, 103:4,
103:14, 105:18,
110:9, 110:12,
110:14, 110:21,
111:5, 111:10,
173:14, 213:19
  **person's** [1] - 95:12
  **personal** [2] - 22:22,
81:7
  **personally** [2] -
71:19, 256:4
  **perspective** [1] -
196:20
  **Pfalzgraf** [1] - 3:16
  **PFALZGRAF** [1] -
2:7
  **phase** [1] - 88:6
  **phone** [15] - 35:19,
35:21, 41:21, 68:19,
180:18, 195:4,
207:19, 207:22,
208:7, 210:2, 210:8,
210:12, 211:11,
275:14, 275:21
  **phones** [2] - 195:14,
195:18
  **phonetic** [1] - 217:1
  **photograph** [2] -
275:13, 280:6
  **photographer** [2] -
95:18, 99:2
  **photographs** [2] -
71:4, 96:10
  **phyciatric** [3] -
218:17, 219:2, 259:4
  **physical** [1] - 249:22
  **physically** [1] -
204:10
  **physics** [1] - 237:19
  **picture** [8] - 193:9,
193:12, 193:13,
194:14, 194:16,
275:21, 275:23,
276:14
  **pictures** [2] - 95:18,
96:5
  **piece** [1] - 179:7
  **pilot** [2] - 66:16,
66:18
  **piloted** [1] - 66:19
  **place** [5] - 15:20,
27:6, 27:7, 120:12,
215:3
  **placed** [1] - 4:13
  **Plaintiff** [2] - 1:7,
2:11
  **plaintiff** [5] - 3:12,
3:16, 4:10, 136:13,

287:23
  **planning** [1] - 8:21
  **plans** [3] - 8:14,
8:16, 8:22
  **platoon** [12] - 17:16,
18:5, 18:6, 18:7,
18:10, 18:12, 18:13,
18:16, 18:18, 38:22,
87:17
  **platoons** [3] - 18:5,
88:1, 88:4
  **play** [8] - 46:14,
108:14, 140:4,
141:13, 143:5, 144:1,
196:2, 196:16
  **played** [3] - 196:11,
251:11, 251:14
  **point** [11] - 7:9, 7:21,
49:5, 80:10, 94:21,
96:16, 102:14,
163:15, 167:21,
194:5, 268:10
  **pointed** [2] - 248:23,
249:5
  **pole** [2] - 85:11,
85:19
  **police** [205] - 9:3,
9:13, 9:20, 10:2,
11:10, 11:12, 11:18,
11:20, 12:23, 16:10,
19:4, 19:13, 20:12,
20:15, 21:6, 22:13,
22:21, 23:3, 23:18,
23:22, 25:7, 25:20,
26:4, 26:8, 26:11,
26:20, 27:22, 29:9,
30:8, 30:18, 31:21,
31:22, 32:17, 33:8,
33:10, 33:15, 34:7,
35:7, 35:13, 35:22,
36:17, 36:18, 37:2,
37:7, 37:8, 37:14,
37:20, 39:18, 40:9,
42:9, 42:10, 42:15,
43:2, 43:11, 44:6,
45:6, 45:15, 47:7,
47:16, 47:23, 48:5,
48:12, 48:13, 48:22,
49:5, 49:11, 49:15,
49:21, 50:1, 50:6,
50:19, 51:4, 51:14,
52:10, 52:14, 52:18,
52:22, 53:13, 54:6,
54:11, 54:21, 56:1,
58:14, 58:16, 58:22,
60:1, 60:18, 62:16,
66:6, 66:23, 67:22,
68:8, 70:9, 70:16,
71:19, 72:3, 74:6,
75:22, 76:7, 79:3,

79:6, 79:13, 80:22,
81:21, 84:5, 84:12,
84:20, 88:2, 89:14,
89:15, 90:5, 90:14,
90:19, 91:3, 91:10,
91:12, 93:10, 93:18,
95:10, 97:3, 98:5,
99:15, 99:22, 100:14,
100:21, 102:22,
103:8, 104:19, 105:1,
106:13, 106:19,
107:5, 107:11,
107:15, 108:3, 108:9,
108:13, 108:19,
108:21, 109:14,
109:20, 110:7,
110:10, 111:19,
111:21, 111:22,
120:2, 121:4, 124:20,
125:1, 128:1, 128:14,
129:7, 129:23, 133:5,
135:2, 135:10,
137:19, 138:8, 138:9,
138:13, 143:21,
151:19, 158:5,
158:15, 159:18,
159:19, 160:4, 160:7,
162:1, 162:5, 162:18,
162:22, 164:8, 165:3,
165:6, 165:8, 167:20,
168:16, 172:19,
173:11, 174:9,
174:16, 177:12,
177:20, 178:23,
179:16, 185:12,
187:2, 187:9, 191:19,
198:15, 199:2,
199:14, 205:19,
227:12, 229:2, 248:5,
249:14, 253:22,
254:10, 272:18,
273:17, 279:9
  **Police** [78] - 1:11,
1:11, 1:12, 1:13, 1:14,
1:15, 1:16, 1:17, 1:18,
1:19, 9:4, 9:11, 10:3,
13:6, 14:12, 18:20,
20:17, 23:4, 23:19,
27:16, 29:11, 29:15,
30:4, 30:21, 31:12,
31:16, 33:9, 35:23,
36:10, 36:20, 37:16,
39:13, 45:21, 46:4,
46:12, 50:10, 51:19,
52:4, 52:11, 52:15,
54:9, 56:18, 59:6,
61:7, 61:22, 63:2,
66:4, 68:4, 69:6,
72:23, 74:22, 75:2,
76:20, 77:16, 78:15,
80:14, 84:10, 89:18,

90:1, 90:10, 91:6,
104:3, 140:9, 141:21,
142:11, 146:18,
151:7, 173:2, 173:8,
174:2, 186:22,
195:13, 199:10,
206:19, 234:14,
251:19, 276:20,
278:16
  **policy** [4] - 31:7,
37:19, 173:1, 173:7
  **position** [13] - 9:8,
9:15, 9:16, 10:5, 13:8,
14:1, 14:14, 29:11,
33:18, 34:7, 71:12,
140:8, 141:21
  **positioned** [5] -
233:19, 236:18,
237:3, 239:6, 239:17
  **positions** [3] - 9:11,
31:21, 34:16
  **possible** [4] -
151:16, 191:8, 235:3,
235:16
  **possibly** [2] - 39:23,
229:13
  **potential** [1] - 55:6
  **practice** [1] - 143:19
  **pre** [3] - 40:6,
242:15, 242:16
  **pre-marked** [2] -
242:15, 242:16
  **precinct** [6] - 15:2,
15:4, 15:7, 15:9,
16:22, 88:4
  **precincts** [5] - 14:23,
15:12, 15:15, 15:17,
16:1
  **Precincts** [1] - 15:1
  **precise** [2] - 238:2,
238:15
  **presence** [1] -
284:10
  **PRESENT** [1] - 2:17
  **present** [7] - 7:22,
64:4, 117:4, 121:4,
147:17, 168:2, 199:11
  **presentation** [1] -
123:19
  **presentations** [1] -
280:14
  **presented** [1] - 47:8
  **presently** [1] - 9:3
  **pretty** [2] - 18:17,
255:15
  **prevent** [2] - 173:23,
212:14
  **previously** [5] -
82:11, 256:23,
257:18, 259:16,

272:21
  **primary** [1] - 17:9
  **printed** [1] - 253:15
  **probable** [2] -
204:16, 210:6
  **probation** [4] -
19:23, 20:1, 20:9,
161:2
  **probationary** [2] -
19:20, 20:4
  **probing** [1] - 280:13
  **problem** [4] - 60:7,
114:14, 129:21,
129:22
  **procedure** [17] -
37:20, 38:11, 40:4,
46:13, 79:20, 81:3,
81:10, 81:13, 81:23,
84:9, 93:21, 94:4,
95:5, 99:20, 173:2,
189:12, 189:17
  **Procedure** [1] - 2:2
  **procedures** [31] -
32:22, 45:21, 46:4,
46:12, 46:15, 46:18,
46:21, 48:14, 49:11,
49:21, 51:18, 56:21,
57:5, 57:12, 84:14,
93:20, 101:1, 102:15,
109:1, 111:22, 164:8,
177:12, 177:20,
205:19, 205:22,
206:6, 244:13, 246:7,
247:18, 247:21, 250:9
  **proceed** [1] - 133:22
  **proceeded** [1] -
159:19
  **proceeding** [1] -
116:1
  **proceedings** [1] -
249:19
  **process** [12] - 5:4,
23:13, 27:21, 44:16,
44:18, 48:16, 55:5,
67:10, 86:21, 142:20,
148:11, 288:19
  **produce** [3] - 213:11,
273:17, 276:14
  **produced** [4] -
136:17, 177:1,
276:20, 288:4
  **PRODUCTION** [1] -
287:1
  **professional** [1] -
24:9
  **profile** [1] - 106:19
  **program** [4] - 19:17,
66:16, 67:19, 67:21
  **pronounce** [1] -
12:20

**pronunciation** [1] - 160:20
**proof** [8] - 56:10, 56:14, 56:15, 235:19, 235:20, 235:21, 278:9, 280:4
**proper** [3] - 57:5, 57:11, 245:4
**properly** [3] - 47:7, 47:17, 71:23
**property** [1] - 81:7
**protect** [3] - 67:22, 106:9, 108:5
**protective** [1] - 113:14
**protocol** [5] - 54:6, 81:4, 129:19, 187:22, 198:15
**prove** [1] - 56:17
**proven** [3] - 55:16, 55:17, 58:2
**provide** [4] - 6:2, 28:4, 56:12, 261:8
**provided** [4] - 133:23, 134:4, 134:5, 148:7
**proving** [1] - 279:10
**provisions** [1] - 58:15
**psych** [14] - 217:7, 217:20, 218:2, 259:12, 261:3, 261:7, 261:21, 262:23, 263:4, 264:6, 264:9, 270:10, 271:11
**psychiatric** [2] - 220:7, 220:13
**public** [1] - 3:8
**PUBLIC** [1] - 283:16
**Public** [3] - 2:6, 284:5, 284:19
**publicity** [1] - 72:18
**pull** [1] - 204:6
**pulled** [1] - 200:15
**pulling** [10] - 200:2, 202:2, 207:5, 207:6, 212:2, 212:4, 212:9, 212:11, 230:13
**pulls** [1] - 159:18
**purposes** [2] - 5:6, 141:9
**pursuant** [1] - 2:2
**pursuing** [1] - 192:13
**push** [1] - 205:23
**pushing** [2] - 205:7, 205:16
**put** [14] - 64:10, 87:18, 130:21, 171:12, 186:8,

203:18, 203:20, 211:14, 212:12, 212:14, 212:17, 216:16, 216:17, 233:12
**puts** [2] - 88:21, 187:13

## Q

**quality** [1] - 172:13
**question's** [3] - 119:22, 145:17, 222:23
**questioned** [1] - 53:4
**questioning** [1] - 133:23
**questions** [25] - 4:12, 5:8, 22:12, 79:2, 80:10, 114:18, 122:16, 157:10, 192:22, 193:1, 197:6, 203:6, 222:20, 223:2, 241:6, 252:18, 277:3, 279:17, 280:10, 280:11, 280:13, 280:16, 280:22, 281:3, 281:6
**quickly** [1] - 257:1
**quite** [2] - 83:8, 98:12
**quote** [1] - 58:21

## R

**radio** [12] - 81:14, 81:16, 94:12, 163:1, 183:19, 183:23, 187:12, 188:2, 195:15, 263:23, 264:20, 269:19
**radioed** [2] - 92:20, 186:20
**radioing** [1] - 102:15
**Rahner** [1] - 3:10
**RAHNER** [1] - 2:17
**raise** [3] - 277:3, 279:17, 279:18
**ran** [5] - 146:20, 151:11, 151:18, 151:21, 169:11
**range** [2] - 20:22, 21:3
**rank** [3] - 61:22, 66:11, 68:3
**rather** [2] - 40:6, 148:14
**reach** [4] - 42:20, 51:21, 52:8
**reached** [2] - 55:9,

124:17
**reaches** [1] - 41:20
**read** [31] - 5:22, 44:5, 115:9, 115:18, 122:14, 123:5, 130:14, 130:16, 138:17, 138:18, 139:2, 176:6, 180:23, 200:12, 201:18, 201:19, 201:21, 208:16, 208:18, 209:14, 209:19, 211:8, 211:10, 222:18, 222:20, 237:16, 265:17, 271:21, 271:22, 272:1, 283:1
**reading** [6] - 209:13, 263:20, 263:21, 264:22, 267:19, 269:4
**reads** [2] - 221:14, 265:9
**ready** [1] - 73:23
**real** [1] - 80:8
**reality** [1] - 253:8
**really** [7] - 110:11, 110:17, 132:12, 199:2, 225:18, 275:6
**reappearing** [1] - 192:6
**rearview** [4] - 233:9, 233:15, 237:4, 238:13
**reason** [28] - 49:1, 49:14, 94:3, 104:23, 105:12, 131:7, 145:20, 146:22, 159:5, 177:10, 189:8, 190:21, 191:2, 194:9, 195:17, 197:17, 201:3, 204:17, 207:3, 211:10, 211:13, 212:18, 218:11, 231:12, 232:13, 234:1, 238:5, 239:13
**reasonable** [3] - 121:3, 215:6, 215:13
**reasons** [1] - 106:8
**receive** [3] - 23:2, 58:20, 135:3
**received** [11] - 20:15, 45:5, 45:23, 46:5, 53:5, 117:10, 136:11, 137:11, 139:19, 273:21, 287:21
**recent** [3] - 77:8, 106:19, 121:20
**recently** [2] - 77:4, 106:23
**rectify** [2] - 21:1, 21:6

**recess** [3] - 73:21, 184:23, 256:10
**recognize** [2] - 22:3, 115:10, 141:16, 149:18, 149:20, 157:21, 158:18, 200:4
**recollection** [1] - 57:21
**recommend** [2] - 63:2, 63:10
**recommendation** [1] - 54:10
**recommendations** [1] - 63:23
**recommended** [2] - 63:6, 99:23
**record** [34] - 43:22, 73:20, 73:23, 134:11, 134:14, 134:17, 134:19, 134:21, 135:18, 136:7, 140:22, 141:1, 141:5, 142:17, 143:10, 158:8, 184:22, 185:2, 221:20, 222:8, 222:11, 222:13, 222:14, 256:1, 256:9, 256:12, 277:22, 278:2, 278:5, 278:13, 287:5, 287:17, 288:16
**recorded** [1] - 2:21
**records** [32] - 69:12, 71:5, 76:14, 76:16, 76:23, 77:3, 77:17, 77:21, 125:2, 125:6, 183:20, 184:5, 185:9, 186:22, 209:5, 243:19, 257:21, 259:10, 260:13, 262:21, 273:18, 273:22, 274:9, 274:13, 276:19, 279:3, 279:4, 279:6, 279:12, 279:15, 279:20, 280:6
**rectify** [1] - 130:1
**reduced** [1] - 284:10
**refer** [3] - 79:4, 79:12, 150:8
**reference** [6] - 41:3, 185:11, 187:6, 202:13, 259:1, 273:12
**referenced** [1] - 74:5
**references** [2] - 154:3, 273:22
**referred** [2] - 74:19, 78:3
**referring** [2] - 32:12, 200:14
**reflect** [2] - 143:10,

146:23
**reflected** [3] - 146:2, 146:10, 146:11
**regarding** [4] - 136:8, 136:15, 287:18, 288:2
**regular** [1] - 20:11
**regulations** [1] - 79:12
**reinforced** [1] - 61:21
**relate** [1] - 46:23
**relating** [8] - 36:11, 37:6, 77:17, 81:4, 87:15, 111:21, 128:14, 147:4
**relative** [3] - 153:23, 221:5, 284:15
**relayed** [1] - 40:7
**release** [2] - 77:9, 77:16
**released** [2] - 77:6, 77:21
**relevant** [3] - 135:11, 135:21, 287:8
**reliability** [3] - 244:7, 255:5, 255:11
**relocated** [1] - 6:8
**rely** [1] - 68:18
**remained** [1] - 34:6
**remedial** [1] - 20:22
**remedies** [1] - 130:1
**remember** [12] - 27:18, 29:6, 112:5, 113:6, 113:8, 124:11, 124:14, 124:16, 137:5, 197:18, 209:12, 225:4
**renew** [2] - 143:2, 289:1
**repair** [2] - 275:3, 280:6
**repaired** [1] - 277:22
**repairing** [1] - 274:8
**repairs** [6] - 273:12, 273:19, 273:23, 274:1, 278:17, 279:12
**repeat** [12] - 62:20, 80:2, 96:12, 107:8, 124:23, 130:10, 130:13, 200:10, 218:20, 221:9, 221:11, 261:4
**rephrase** [5] - 5:22, 151:13, 151:14
**replace** [1] - 9:18
**replaced** [1] - 24:23
**report** [42] - 9:22, 14:4, 14:5, 17:22, 29:14, 29:19, 30:15,

33:19, 63:6, 74:15,
81:19, 83:5, 84:7,
84:8, 85:12, 85:13,
85:16, 85:22, 87:18,
88:17, 88:22, 89:4,
94:2, 146:20, 151:11,
151:18, 151:21,
160:8, 163:22, 165:2,
186:9, 190:11,
190:13, 208:17,
217:4, 251:11,
251:18, 253:4,
261:14, 275:9, 284:7
  **reported** [10] - 14:8,
47:12, 47:17, 47:19,
86:6, 94:11, 95:6,
163:15, 188:8, 278:19
  **reporter** [9] - 3:8,
3:14, 5:13, 123:6,
130:17, 144:10,
200:13, 222:19, 276:8
  **REPORTER** [39] -
3:20, 73:8, 73:11,
113:15, 113:18,
114:2, 114:4, 114:11,
114:14, 122:15,
122:18, 122:23,
123:3, 127:5, 130:15,
140:21, 148:17,
148:19, 148:21,
148:23, 180:12,
180:14, 221:13,
221:19, 221:23,
232:5, 233:13,
238:22, 242:6,
242:10, 242:17,
243:9, 243:11,
243:14, 256:17,
257:2, 257:4, 262:14,
276:4
  **reporting** [1] - 94:11
  **reports** [1] - 35:5
  **represent** [5] - 4:10,
76:13, 115:22,
127:13, 159:3
  **represented** [3] -
69:11, 142:22, 288:21
  **representing** [1] -
258:9
  **reprimand** [1] - 62:6
  **request** [15] -
135:17, 136:7,
142:18, 143:3,
188:13, 208:15,
215:6, 215:11,
215:17, 215:23,
280:7, 287:4, 287:17,
288:17, 289:2
  **requested** [3] -
123:5, 130:16, 200:12

  **requests** [1] - 77:15
  **REQUESTS** [1] -
287:1
  **require** [1] - 103:8
  **required** [8] - 49:10,
51:22, 81:23, 82:19,
86:10, 87:14, 94:11,
163:22
  **requirement** [4] -
82:15, 83:11, 85:22,
165:9
  **requirements** [1] -
79:3
  **requires** [3] - 41:10,
99:21, 100:7
  **residence** [1] - 181:6
  **resolutions** [1] -
55:9
  **resolved** [1] - 120:20
  **respect** [6] - 37:20,
76:19, 77:21, 94:19,
120:16, 273:18
  **respond** [4] - 5:15,
84:15, 84:16, 85:9
  **responding** [1] -
179:11
  **response** [2] - 5:12,
5:17
  **responsibilities** [5] -
33:14, 59:9, 104:2,
108:18, 234:13
  **responsibility** [1] -
35:3
  **responsible** [1] -
31:10
  **responsive** [5] -
135:11, 135:23,
136:12, 287:10,
287:22
  **rest** [2] - 176:23,
265:8
  **restate** [1] - 5:21
  **restraining** [1] -
195:1
  **restroom** [2] - 73:16,
184:13
  **result** [11] - 41:23,
42:16, 44:9, 45:16,
106:14, 111:10,
123:18, 210:20,
216:3, 217:10, 271:11
  **resulted** [4] - 68:20,
69:7, 161:18, 210:19
  **results** [13] - 62:9,
62:22, 108:10, 112:9,
117:4, 118:10,
118:11, 119:10,
120:11, 121:5, 131:6,
245:17, 272:6
  **retained** [1] - 285:13

  **retire** [1] - 26:1
  **retired** [2] - 11:1,
26:2
  **retiring** [1] - 28:1
  **review** [18] - 11:7,
54:16, 64:11, 112:16,
120:11, 128:5,
131:10, 147:18,
147:20, 147:22,
148:2, 154:18, 209:8,
244:8, 254:12, 267:5,
272:13
  **reviewed** [11] -
46:18, 77:20, 112:9,
146:3, 149:8, 170:15,
179:5, 190:10, 201:7,
229:23
  **reviewing** [4] - 62:8,
62:21, 71:4, 155:17
  **revised** [1] - 79:16
  **revision** [1] - 79:17
  **rewind** [4] - 180:5,
192:5, 205:2, 212:10
  **right-hand** [1] -
202:12
  **Rinaldo** [4] - 140:6,
141:19, 143:7, 144:9
  **Rinaldo's** [2] - 140:8,
141:20
  **ring** [2] - 97:19,
138:4
  **rise** [1] - 221:4
  **Robert** [1] - 34:11
  **rode** [3] - 17:12,
20:6, 20:7
  **role** [15] - 13:19,
22:13, 23:9, 30:19,
30:23, 31:1, 35:3,
46:14, 76:10, 106:12,
108:3, 108:14, 142:3,
236:10, 249:14
  **roll** [2] - 212:7
  **Rosenswie** [2] -
34:11, 50:14
  **rough** [2] - 15:5,
206:13
  **roughed** [1] - 206:21
  **roughly** [1] - 34:6
  **route** [2] - 186:15,
187:19
  **routinely** [1] - 52:3
  **rubber** [3] - 267:15,
282:6, 282:7
  **rule** [1] - 249:15
  **Rules** [1] - 2:2
  **rules** [5] - 59:15,
59:16, 59:19, 79:12,
192:21
  **run** [2] - 143:8, 180:8
  **running** [2] - 140:15,

180:17
  **runs** [1] - 109:20
  **rupp** [1] - 285:13
  **Rupp** [3] - 3:15, 4:9
  **RUPP** [243] - 2:7, 2:8,
3:15, 3:22, 4:5, 25:6,
25:13, 43:23, 45:11,
46:9, 50:23, 56:5,
58:19, 59:22, 63:16,
64:22, 67:2, 71:10,
73:10, 73:15, 73:17,
74:2, 75:14, 75:16,
80:3, 85:2, 92:13,
95:3, 96:6, 96:13,
96:22, 98:10, 98:18,
98:21, 99:4, 99:11,
99:18, 100:6, 102:6,
103:12, 104:15,
105:6, 107:9, 111:8,
111:16, 113:9,
113:14, 113:17,
113:22, 114:1, 114:3,
114:7, 114:13,
114:16, 115:4, 116:9,
117:7, 117:14,
117:18, 120:23,
122:9, 123:7, 126:21,
127:3, 127:6, 127:9,
130:11, 130:14,
130:22, 132:1,
132:13, 133:11,
133:15, 134:2,
134:10, 134:13,
134:16, 134:22,
136:19, 137:18,
137:23, 138:2, 139:4,
140:11, 140:14,
140:18, 141:6, 143:1,
143:4, 143:12,
143:15, 144:16,
145:11, 148:13,
148:18, 148:20,
148:22, 149:3,
152:11, 153:16,
156:19, 158:9,
158:13, 165:18,
167:9, 168:8, 168:12,
170:18, 172:4, 173:6,
173:18, 174:13,
175:5, 177:18,
179:21, 180:15,
181:23, 182:13,
183:10, 184:14,
184:17, 184:19,
185:3, 188:16, 189:7,
189:22, 191:7,
191:13, 191:22,
192:15, 192:20,
195:19, 197:7,
198:20, 199:13,
200:8, 200:16, 204:6,

200:21, 204:15,
205:10, 205:13,
206:3, 206:16,
207:10, 208:11,
211:2, 213:3, 213:16,
215:5, 215:12,
216:11, 217:22,
219:21, 221:11,
221:16, 221:21,
222:1, 222:6, 222:10,
222:16, 223:17,
225:9, 225:12,
227:21, 228:23,
229:5, 230:8, 231:6,
231:16, 231:20,
232:1, 232:11,
233:14, 235:7,
235:14, 236:1,
236:15, 236:22,
237:8, 237:12,
237:22, 238:20,
239:1, 239:14,
240:23, 241:19,
242:4, 242:7, 242:13,
242:22, 243:6,
243:10, 243:12,
243:15, 249:12,
250:12, 254:3, 255:8,
256:6, 256:13,
256:18, 256:21,
257:3, 257:5, 257:23,
258:3, 259:9, 262:9,
262:13, 262:15,
263:6, 264:2, 264:12,
265:22, 267:10,
267:14, 267:21,
270:1, 270:17,
270:22, 273:1, 273:4,
274:11, 274:22,
275:16, 275:19,
275:22, 276:3, 276:5,
276:9, 279:7, 280:9,
281:1, 281:10,
281:16, 281:18,
282:5, 282:10,
282:12, 286:3, 287:3,
288:6, 288:23
  **rupp@ruppbaase.
com** [1] - 2:8

**S**

  **sake** [1] - 202:6
  **SANTANA** [1] - 1:17
  **Santana** [2] - 197:16,
197:20
  **Santana's** [1] -
197:18
  **sat** [4] - 118:2,
119:10, 154:14,
225:22

**save** [1] - 272:21
**saw** [50] - 72:9, 82:5, 101:6, 154:6, 154:12, 155:20, 156:8, 163:15, 170:14, 171:7, 172:1, 179:20, 190:11, 190:13, 196:3, 203:13, 207:11, 216:7, 219:6, 219:16, 219:18, 219:23, 220:1, 220:3, 221:3, 223:7, 223:11, 223:18, 224:4, 226:10, 227:4, 229:18, 229:19, 229:21, 230:2, 231:1, 231:7, 234:12, 235:17, 237:7, 240:15, 241:7, 252:2, 254:14, 254:16, 254:17, 267:7, 280:19
**scene** [59] - 82:16, 82:20, 83:16, 83:21, 84:22, 85:5, 87:6, 87:14, 92:21, 93:6, 99:14, 100:4, 100:8, 100:10, 101:2, 102:17, 103:9, 103:18, 105:3, 105:16, 109:5, 111:12, 157:7, 163:2, 170:2, 170:12, 173:16, 176:5, 176:8, 176:9, 177:9, 180:18, 183:22, 186:19, 187:11, 187:17, 187:23, 197:4, 197:13, 208:14, 208:19, 210:8, 213:5, 225:17, 254:22, 260:8, 261:6, 262:22, 263:22, 264:4, 264:14, 264:23, 265:6, 265:9, 266:3, 267:20, 268:10, 269:7
**scenes** [1] - 85:7
**Schmarbeck** [12] - 158:6, 158:15, 158:18, 159:20, 181:6, 192:3, 198:2, 199:6, 203:1, 208:23, 209:11, 260:2
**school** [5] - 6:19, 6:23, 7:22, 21:20, 22:3
**School** [1] - 6:20
**schools** [2] - 6:16, 21:20
**Schultz** [53] - 107:2, 160:20, 161:5, 161:8,

161:12, 161:16, 161:22, 181:1, 194:8, 200:5, 201:2, 201:21, 203:15, 209:9, 229:18, 230:11, 230:22, 231:11, 233:7, 233:20, 234:17, 235:16, 236:18, 237:3, 238:7, 239:7, 241:3, 241:10, 241:12, 246:1, 248:17, 254:8, 255:3, 255:14, 255:21, 257:7, 257:11, 258:7, 258:16, 258:23, 259:11, 260:7, 260:13, 260:19, 261:13, 261:18, 262:4, 262:22, 263:13, 267:7, 268:18, 271:10, 272:2
**Schultz's** [10] - 243:3, 243:17, 244:7, 253:18, 254:12, 254:20, 255:11, 259:17, 259:21, 267:23
**SCHULZ** [1] - 1:15
**scope** [1] - 60:14
**scores** [1] - 70:13
**scratch** [1] - 88:20, 91:22
**screen** [10] - 3:7, 141:15, 157:13, 160:19, 181:3, 192:7, 196:13, 196:16, 203:11, 203:12
**search** [6] - 135:9, 135:20, 136:20, 287:7, 288:7
**searching** [2] - 212:1, 212:8
**seat** [4] - 161:6, 231:8, 232:16, 236:19
**seated** [2] - 141:17, 230:14
**sec** [1] - 185:1
**second** [14] - 18:5, 18:9, 18:10, 18:13, 64:9, 160:7, 162:9, 199:22, 200:1, 200:16, 234:15, 242:13, 243:17, 252:9
**seconds** [4] - 143:14, 143:16, 186:4, 258:16
**secretary** [1] - 74:16
**Section** [1] - 59:1
**security** [1] - 26:9
**sedan** [1] - 199:5

**see** [132] - 10:19, 14:10, 21:22, 22:20, 24:13, 34:5, 41:8, 42:5, 50:1, 57:17, 59:13, 77:1, 100:4, 115:19, 118:2, 122:7, 124:2, 126:3, 132:12, 138:20, 140:14, 146:15, 149:14, 154:3, 155:19, 156:8, 156:10, 156:14, 157:11, 157:12, 158:4, 158:14, 158:22, 159:19, 160:1, 160:4, 162:13, 174:15, 174:18, 178:20, 178:22, 178:23, 180:9, 180:17, 181:1, 181:5, 181:8, 182:6, 185:11, 185:12, 186:12, 187:20, 191:17, 191:19, 192:1, 192:6, 192:9, 192:12, 192:16, 193:2, 193:3, 193:4, 193:7, 193:11, 193:12, 193:13, 193:16, 193:17, 194:1, 194:10, 194:20, 196:2, 196:19, 196:22, 198:13, 199:5, 200:1, 202:13, 202:15, 203:8, 203:12, 203:18, 204:2, 204:5, 204:7, 205:3, 207:13, 208:3, 209:5, 210:3, 211:10, 212:11, 214:5, 214:17, 215:14, 215:20, 219:22, 220:20, 226:11, 227:22, 228:4, 233:20, 234:12, 235:4, 236:10, 236:18, 237:3, 237:9, 237:18, 239:7, 239:17, 240:3, 240:5, 240:17, 244:11, 245:22, 251:23, 256:2, 257:6, 258:4, 258:13, 258:18, 258:23, 259:19, 259:20, 259:22, 260:3, 260:10, 262:17, 263:20, 273:5, 273:7
**seeing** [6] - 116:5, 168:20, 179:7, 197:18, 207:12, 257:14
**seek** [1] - 130:1

**seeking** [1] - 49:4
**sees** [1] - 234:20
**segment** [7] - 143:5, 143:8, 144:2, 180:4, 196:1, 196:9, 251:12
**segments** [2] - 218:23, 225:3
**selected** [2] - 23:12, 23:14
**semester** [1] - 8:23
**send** [7] - 21:8, 21:15, 22:2, 36:8, 37:11, 111:1, 139:9
**sender** [1] - 51:21
**senior** [1] - 268:10
**sense** [4] - 184:15, 231:14, 237:19, 257:13
**sent** [5] - 37:8, 134:3, 136:22, 138:12, 288:9
**sentence** [1] - 265:8
**September** [3] - 247:10, 247:12, 247:13
**sequence** [1] - 44:20
**sergeant** [10] - 10:7, 10:13, 11:3, 11:6, 13:5, 13:19, 13:20, 13:23, 14:4, 38:14
**sergeants** [4] - 32:14, 38:18, 38:19
**series** [2] - 5:7, 22:16
**serious** [3] - 85:8, 89:10, 109:23
**seriously** [2] - 71:16, 108:18
**serve** [4] - 11:2, 14:17, 48:4, 142:1
**served** [17] - 14:11, 22:15, 42:16, 42:19, 43:13, 48:15, 48:20, 49:3, 70:16, 80:11, 116:12, 123:17, 129:10, 132:3, 135:7, 261:12, 261:16
**service** [3] - 247:7, 272:17, 273:18
**set** [15] - 43:3, 51:19, 54:6, 125:4, 129:7, 129:19, 177:13, 198:15, 199:15, 205:23, 233:2, 261:11, 262:2, 277:11, 283:3
**sets** [1] - 114:6
**setting** [1] - 4:18
**settled** [1] - 107:1
**settlement** [1] -

161:19
**settlements** [4] - 106:19, 106:20, 107:20, 108:5
**seven** [1] - 255:18
**several** [3] - 42:8, 46:20, 70:10
**sheet** [1] - 283:4
**shift** [14] - 17:13, 17:19, 38:22, 38:23, 39:3, 39:5, 87:16, 87:21, 88:3, 88:8, 88:9, 88:14, 88:17, 88:22
**shifts** [3] - 10:16, 88:1, 88:10
**shirt** [1] - 141:18
**shooting** [8] - 20:22, 21:3, 106:23, 161:18, 245:14, 246:20, 249:5, 249:7
**shootings** [2] - 16:7, 106:20
**shorthand** [2] - 79:11, 284:9
**shortly** [1] - 145:6
**show** [17] - 127:11, 132:14, 154:9, 154:10, 157:4, 184:11, 196:8, 196:14, 199:17, 199:21, 202:6, 219:1, 228:4, 256:23, 260:13, 272:20, 273:19
**showed** [6] - 151:12, 156:6, 169:6, 187:1, 218:23, 251:15
**showing** [7] - 65:7, 133:16, 151:19, 154:13, 185:4, 252:3, 276:21
**shown** [3] - 69:12, 168:18, 199:19
**shows** [1] - 252:20
**sic** [1] - 124:21
**sic)** [1] - 73:20
**side** [19] - 96:1, 99:6, 103:5, 158:5, 158:6, 231:2, 232:14, 233:1, 233:6, 233:16, 233:17, 238:6, 238:12, 238:14, 238:16, 239:8, 272:9, 272:11, 274:1
**side-view** [6] - 96:1, 233:16, 238:6, 238:12, 238:14, 238:16
**signed** [1] - 11:8

21

**significant**[3] - 71:7, 109:15, 155:13
**signing**[1] - 61:14
**silver**[1] - 140:20
**similar**[1] - 52:6
**simply**[1] - 60:20
**single**[7] - 52:9, 52:20, 54:19, 141:10, 152:5, 248:15, 254:7
**sister**[1] - 27:11
**sit**[18] - 8:9, 25:19, 28:1, 31:17, 54:14, 70:20, 111:19, 117:11, 120:10, 122:12, 127:20, 128:20, 131:5, 136:9, 144:17, 146:4, 172:12, 287:19
**sitting**[3] - 55:1, 71:18, 232:15
**situated**[1] - 233:3
**situation**[9] - 31:1, 50:4, 53:8, 65:10, 94:22, 95:8, 102:8, 182:23, 215:18
**situations**[1] - 64:17
**six**[7] - 19:23, 20:1, 20:8, 34:15, 202:15, 255:18
**sixth**[1] - 247:7
**skill**[1] - 277:10
**skills**[1] - 267:4
**sky**[2] - 266:14, 266:15
**slash**[1] - 246:7
**slightly**[4] - 119:22, 137:8, 145:17, 196:19
**slow**[2] - 73:9, 238:22
**slowly**[1] - 230:10
**small**[2] - 86:4, 99:1
**Smith**[3] - 16:22, 16:23, 20:3
**socialize**[2] - 24:8, 24:12
**someone**[7] - 20:5, 93:17, 93:22, 101:11, 109:10, 216:23, 263:12
**sometime**[11] - 21:8, 112:10, 117:2, 121:21, 129:13, 143:9, 150:19, 151:17, 152:13, 250:6, 253:9
**sometimes**[9] - 30:12, 44:5, 67:8, 82:22, 141:23, 142:4, 164:19, 167:1, 217:10
**somewhere**[3] -

15:20, 32:10, 188:2
**son**[35] - 180:17, 181:5, 188:12, 189:18, 192:6, 192:10, 192:12, 192:16, 193:2, 193:4, 193:8, 193:16, 194:2, 194:20, 195:1, 203:5, 203:8, 204:3, 204:6, 204:10, 204:19, 205:2, 205:4, 208:4, 209:16, 210:4, 213:4, 213:7, 213:8, 213:10, 213:22, 214:7, 214:18, 216:6
**soon**[5] - 38:1, 38:4, 83:8, 164:15, 184:4
**sorry**[23] - 10:6, 14:1, 14:19, 34:3, 115:3, 122:18, 130:12, 137:4, 143:12, 159:11, 159:23, 162:16, 180:13, 185:1, 200:14, 222:8, 243:6, 244:20, 257:2, 265:5
**sort**[1] - 19:20
**sound**[1] - 271:19
**south**[4] - 19:5, 19:6, 19:10, 22:10
**specific**[1] - 79:2
**specifically**[3] - 34:19, 37:6, 151:10
**speculate**[2] - 270:16, 270:21
**spell**[2] - 12:11, 12:15
**spelled**[2] - 84:10, 128:4
**spelling**[2] - 12:16, 12:17
**spend**[1] - 266:5
**spokesman**[1] - 142:1
**sport**[1] - 141:17
**spring**[2] - 8:23
**squad**[1] - 13:13
**squads**[1] - 14:2
**ss**[1] - 284:2
**staff**[2] - 140:10, 141:22
**stamp**[4] - 115:19, 267:15, 282:6, 282:7
**standard**[3] - 12:16, 56:18, 88:9
**standing**[7] - 178:23, 179:23, 180:1, 194:17, 224:9, 224:14, 226:5
**standpoint**[1] -

144:3
**stands**[1] - 149:22
**start**[10] - 17:19, 18:2, 38:1, 38:8, 41:6, 41:7, 66:15, 66:16, 143:17, 144:2
**started**[2] - 8:6, 66:17
**starts**[2] - 38:9, 40:18
**State**[7] - 7:11, 7:16, 8:7, 8:18, 8:23, 259:2, 284:6
**STATE**[1] - 284:1
**statement**[39] - 22:18, 25:4, 40:16, 40:17, 59:20, 62:15, 63:12, 63:15, 64:7, 65:3, 124:18, 214:23, 229:21, 230:2, 231:9, 231:11, 231:13, 233:12, 234:4, 234:23, 235:10, 235:13, 235:23, 236:3, 237:6, 237:7, 237:10, 237:16, 237:17, 238:19, 239:12, 240:1, 240:7, 240:13, 240:15, 254:14, 268:4, 269:3
**statements**[10] - 89:12, 123:23, 124:1, 124:4, 131:16, 142:18, 233:23, 243:18, 259:18, 288:17
**STATES**[1] - 1:3
**States**[2] - 2:22, 127:18
**stationary**[1] - 93:19
**stationed**[1] - 90:9
**stay**[1] - 221:21
**steady**[1] - 16:21
**step**[2] - 44:16, 86:20
**steps**[1] - 93:5
**still**[25] - 10:23, 12:22, 16:1, 16:23, 17:3, 17:5, 17:6, 19:21, 66:19, 74:7, 85:21, 86:6, 86:10, 103:7, 128:19, 132:4, 144:3, 160:1, 166:11, 175:22, 181:9, 215:18, 220:15, 220:18, 224:20
**stop**[2] - 166:14, 166:20
**stopped**[11] - 110:10, 164:15,

166:3, 166:5, 166:7, 166:11, 166:13, 166:17, 167:14
**story**[3] - 69:22, 191:3
**straight**[4] - 18:7, 73:14, 88:9, 191:4
**Strano**[1] - 10:22
**street**[15] - 158:15, 159:1, 160:2, 178:21, 180:2, 192:2, 192:18, 196:23, 198:15, 198:23, 199:15, 201:2, 211:18, 216:9, 230:19
**Street**[6] - 3:4, 4:1, 137:13, 137:15, 138:4
**strike**[15] - 56:6, 85:3, 95:4, 99:19, 105:7, 111:17, 117:8, 121:1, 165:19, 168:10, 168:13, 172:5, 177:19, 217:23, 225:9
**strikes**[4] - 64:15, 108:22, 165:3, 172:19
**striking**[3] - 110:7, 164:11, 226:3
**struck**[16] - 60:2, 108:23, 151:19, 154:5, 154:20, 155:4, 165:8, 174:9, 175:3, 175:7, 180:8, 180:9, 189:4, 190:1, 261:1, 280:20
**stuff**[1] - 226:23
**subject**[3] - 62:18, 77:4, 78:2
**submitting**[1] - 77:15
**substance**[1] - 137:8
**substantially**[1] - 79:22
**subtract**[2] - 186:17, 188:5
**sudden**[1] - 123:10
**sue**[2] - 43:9, 48:4
**suffered**[2] - 189:10, 216:2
**suffix**[5] - 150:12, 151:15, 196:11, 196:15, 199:22
**suggest**[5] - 218:15, 265:13, 265:19, 269:14, 270:6
**suggested**[5] - 260:9, 264:15, 265:10, 269:10, 271:14

**suicidal**[1] - 103:5
**sum**[1] - 137:7
**summary**[8] - 242:20, 256:20, 259:17, 259:21, 267:23, 268:23, 285:8, 285:10
**summoned**[1] - 84:21
**supervise**[3] - 32:4, 89:21, 90:1
**supervision**[2] - 83:15, 90:17
**supervisor**[9] - 10:19, 10:21, 20:4, 35:16, 39:21, 81:15, 82:9, 82:16, 106:6
**supplying**[1] - 3:20
**support**[4] - 32:8, 61:14, 228:19, 233:23
**suppose**[1] - 59:23
**supposed**[11] - 39:17, 40:23, 47:10, 68:14, 101:22, 132:21, 133:1, 174:5, 206:13, 206:17, 206:19
**surrounding**[1] - 144:8
**surveillance**[6] - 68:18, 157:17, 157:20, 157:22, 202:19, 221:1
**suspicious**[1] - 278:15
**sustain**[4] - 55:2, 56:11, 57:16, 57:22
**sustained**[37] - 55:3, 55:12, 55:15, 55:23, 56:8, 56:9, 57:1, 57:9, 57:10, 57:14, 58:12, 96:9, 189:4, 246:10, 246:14, 246:17, 246:20, 246:23, 247:2, 247:11, 247:15, 247:19, 248:8, 248:16, 248:18, 249:8, 249:23, 250:3, 250:21, 253:8, 253:22, 254:10, 274:19, 276:22, 277:7, 278:10
**SUV**[91] - 85:20, 95:10, 102:2, 108:21, 109:14, 110:7, 151:19, 154:20, 155:4, 155:10, 156:11, 158:23,

159:18, 159:19,
160:4, 160:7, 160:17,
161:6, 162:9, 162:11,
162:18, 164:11,
165:8, 167:15,
167:17, 168:4,
168:16, 169:6,
169:17, 169:19,
170:22, 171:5, 173:9,
174:9, 174:17, 175:1,
181:2, 181:10,
181:18, 189:5, 190:2,
191:4, 191:11,
191:18, 194:8, 199:6,
200:2, 200:4, 200:15,
200:16, 200:23,
202:1, 203:15,
203:19, 203:23,
216:16, 216:17,
219:18, 220:3,
227:16, 227:18,
228:1, 228:16, 229:2,
229:19, 230:4,
230:12, 230:16,
230:17, 231:2,
233:21, 238:4, 239:8,
239:20, 239:23,
243:21, 254:15,
261:2, 272:6, 272:9,
272:12, 272:17,
272:22, 273:18,
274:7, 275:3, 276:14,
280:7, 280:20
    **SUV's** [1] - 175:1
    **SUVs** [2] - 158:5,
173:3
    **swear** [1] - 3:14
    **swearing** [1] - 27:1
    **switch** [1] - 202:9
    **sworn** [11] - 4:3,
31:18, 31:20, 31:23,
32:12, 44:9, 48:15,
60:19, 61:14, 69:12,
284:13
    **Sworn** [1] - 283:11

## T

    **tap** [1] - 110:11
    **target** [1] - 188:23
    **targets** [4] - 78:4,
78:6, 78:19, 179:4
    **taxpayers** [1] - 108:6
    **team** [5] - 96:17,
96:18, 98:6, 99:8,
99:13
    **technician** [1] - 3:11
    **technicians** [2] -
74:15
    **telephone** [2] - 36:5,

204:7
    **television** [1] - 143:8
    **tenure** [3] - 9:21,
52:13, 70:8
    **termination** [1] -
62:7
    **terms** [7] - 55:19,
94:10, 96:14, 97:19,
101:1, 144:11, 221:15
    **testified** [11] - 4:3,
4:14, 4:18, 4:20,
117:17, 134:10,
139:21, 145:7,
250:14, 275:19, 276:5
    **testify** [2] - 275:20,
284:14
    **testifying** [1] - 61:11
    **testimony** [20] -
2:21, 3:3, 74:4, 169:7,
169:8, 179:12, 201:5,
201:7, 201:9, 201:13,
201:14, 209:8,
209:13, 209:15,
229:23, 233:22,
243:18, 244:8,
254:20, 283:5
    **THE** [115] - 1:9, 2:20,
3:20, 25:12, 43:21,
45:10, 58:18, 63:9,
64:21, 73:8, 73:11,
73:19, 73:22, 80:2,
96:4, 96:12, 96:20,
98:9, 98:22, 99:10,
102:5, 103:11, 107:8,
111:5, 113:15,
113:18, 114:2, 114:4,
114:11, 114:14,
115:1, 115:3, 122:15,
122:18, 122:23,
123:3, 126:19, 127:5,
130:10, 130:15,
130:18, 132:10,
134:17, 134:20,
137:17, 139:3,
140:13, 140:21,
140:23, 141:4,
144:15, 148:17,
148:19, 148:21,
148:23, 152:10,
156:14, 174:12,
179:19, 180:12,
180:13, 180:14,
181:21, 183:9,
184:21, 185:1,
195:17, 198:18,
207:9, 208:10,
215:10, 221:9,
221:13, 221:19,
221:23, 222:11,
222:14, 223:16,

228:22, 232:5, 232:9,
233:13, 235:13,
235:23, 237:6,
238:19, 238:22,
239:11, 241:17,
242:6, 242:10,
242:17, 243:9,
243:11, 243:14,
249:11, 254:2, 256:8,
256:11, 256:17,
257:2, 257:4, 262:14,
263:20, 265:17,
267:13, 275:18,
276:4, 278:22,
281:14, 281:17,
281:22, 282:2,
282:11, 282:14
    **themself** [2] - 3:13,
105:18
    **themselves** [10] -
33:4, 60:19, 102:21,
103:6, 103:15,
104:22, 183:4,
205:17, 213:20
    **they've** [3] - 173:14,
188:1, 262:21
    **thinking** [5] - 121:23,
226:12, 252:14,
265:6, 265:19
    **third** [8] - 17:15,
18:6, 18:11, 18:13,
18:16, 196:12, 199:9,
199:14
    **threatening** [3] -
109:9, 109:10, 109:12
    **three** [32] - 4:19,
6:13, 11:14, 30:5,
52:21, 55:22, 56:1,
70:16, 87:5, 112:11,
117:3, 119:9, 119:18,
120:6, 120:9, 120:12,
120:20, 121:2, 122:3,
123:9, 123:10,
123:20, 126:14,
126:19, 131:5,
131:17, 132:18,
153:8, 153:9, 168:2,
187:18, 192:3
    **threshold** [1] - 97:14
    **threw** [16] - 103:5,
105:18, 155:9,
168:23, 169:5,
169:10, 170:12,
170:22, 171:5,
172:14, 174:16,
191:18, 229:8,
229:13, 243:20,
272:12
    **throw** [8] - 171:10,
172:14, 174:19,

174:23, 231:1,
233:20, 234:20,
254:14
    **throwing** [4] -
227:17, 239:22,
278:12, 280:21
    **thrown** [4] - 172:10,
219:19, 228:15,
229:19
    **throws** [3] - 102:21,
103:14, 104:22
    **tied** [2] - 83:2, 83:19
    **tight** [2] - 215:14,
215:20
    **tightly** [3] - 215:3,
215:8, 216:4
    **timeframe** [4] -
40:22, 121:3, 124:7,
137:22
    **timeline** [1] - 122:7
    **timeliness** [1] -
120:16
    **timestamps** [1] -
185:9
    **timing** [1] - 221:15
    **TIMOTHY** [1] - 2:12
    **title** [1] - 115:11
    **TO** [2] - 285:1, 286:1
    **today** [10] - 5:13, 8:9,
25:19, 31:17, 127:20,
128:20, 148:15,
163:18, 218:23,
255:17
    **today's** [1] - 282:15
    **toe** [3] - 109:18,
109:19, 110:4
    **toe's** [1] - 109:21
    **Tomas** [1] - 13:2
    **Tomaszwski** [2] -
12:13, 12:14
    **Tony** [2] - 4:9, 116:7
    **took** [28] - 8:5, 8:17,
15:19, 27:7, 34:7,
118:9, 119:9, 120:9,
120:12, 121:9,
126:14, 126:19,
131:4, 131:11,
131:15, 131:16,
145:15, 176:19,
177:4, 178:15, 183:6,
183:18, 190:13,
194:14, 207:18,
268:15, 275:13,
276:14
    **top** [10] - 32:17, 77:9,
115:12, 149:13,
157:23, 161:23,
162:3, 241:13,
241:18, 260:1
    **total** [3] - 32:7, 32:8,

151:3
    **totally** [2] - 63:12,
65:8
    **touch** [1] - 204:17
    **touched** [3] - 110:12,
194:21, 204:10
    **touching** [3] - 195:1,
205:11, 205:14
    **towards** [5] - 7:20,
7:23, 162:19, 164:18,
181:6
    **town** [1] - 22:6
    **train** [2] - 21:19,
21:23
    **trained** [3] - 19:21,
161:3, 257:11
    **trainer** [1] - 257:12
    **training** [14] - 18:23,
19:14, 20:15, 20:16,
20:19, 21:8, 21:12,
23:2, 23:5, 23:8,
56:22, 59:9, 266:18,
266:22
    **transcript** [3] - 3:21,
201:18, 283:4
    **transfer** [1] - 28:5
    **transition** [2] -
27:21, 120:1
    **transitioning** [2] -
29:3, 29:4
    **transmitted** [1] -
53:16
    **transport** [1] - 190:7
    **transporting** [6] -
195:7, 198:10,
214:15, 216:20,
220:19, 224:10
    **treatment** [5] -
177:14, 183:3,
183:13, 188:9, 204:21
    **tried** [10] - 2:22,
123:22, 124:3,
217:18, 218:1, 218:7,
218:10, 232:2,
232:22, 261:6
    **trigger** [6] - 42:12,
102:14, 110:23,
162:23, 169:23,
277:10
    **triggered** [1] -
250:15
    **triggers** [1] - 234:13
    **trivial** [3] - 86:5,
87:8, 88:21
    **truck** [1] - 84:16
    **trucks** [1] - 90:20
    **true** [32] - 54:19,
55:16, 65:2, 92:6,
92:7, 102:1, 113:22,
116:22, 118:23,

119:6, 145:13,
145:14, 145:16,
145:19, 145:21,
154:20, 171:7, 227:3,
231:11, 235:5, 235:9,
235:11, 236:3,
237:14, 239:3, 239:9,
239:15, 254:7,
260:20, 267:1, 283:4
  **trust** [1] - 278:7
  **truth** [22] - 62:10,
62:14, 64:16, 123:13,
142:6, 142:10,
142:13, 155:14,
155:19, 237:10,
240:12, 249:19,
255:21, 256:2,
266:20, 267:7, 271:2,
271:4, 271:6, 284:14,
284:15
  **truthful** [13] - 61:8,
61:10, 61:13, 61:17,
62:23, 65:9, 65:11,
65:16, 78:20, 78:22,
123:15, 123:21,
145:23
  **truthfulness** [1] -
255:5
  **try** [10] - 5:10, 108:3,
113:12, 130:1,
148:14, 208:7,
222:22, 249:18, 261:8
  **trying** [11] - 71:20,
72:2, 85:6, 103:6,
108:14, 112:22,
146:6, 155:10,
262:18, 263:10, 271:6
  **turn** [2] - 68:9, 68:14
  **TV** [3] - 251:23,
252:3, 253:4
  **twice** [1] - 218:11
  **two** [30] - 8:2, 8:4,
12:6, 16:14, 22:4,
30:4, 63:14, 87:7,
114:5, 122:16, 126:3,
153:10, 153:11,
158:4, 158:14,
172:21, 183:6, 183:9,
190:12, 197:6,
202:12, 202:13,
207:5, 211:17,
227:18, 242:14,
250:23, 272:17
  **two-year** [1] - 8:2
  **Tyler** [3] - 3:10, 74:3,
140:11
  **TYLER** [1] - 2:17
  **type** [11] - 18:22,
27:1, 69:4, 95:6,
100:22, 110:6,

115:13, 143:20,
144:6, 186:5, 219:2
  **types** [10] - 11:5,
22:4, 28:14, 30:2,
32:14, 62:3, 107:19,
108:10, 108:15,
163:17
  **typically** [1] - 115:13

**U**

  **UB** [1] - 19:8
  **ultimately** [3] -
90:13, 90:16, 91:10
  **unable** [1] - 274:1
  **under** [26] - 4:13,
42:1, 53:7, 62:11,
62:15, 62:23, 70:13,
89:13, 89:17, 90:10,
90:16, 91:16, 95:14,
109:16, 111:11,
116:1, 121:9, 182:23,
183:20, 213:14,
213:17, 218:5,
233:22, 258:1,
262:23, 284:10
  **understood** [1] -
121:8
  **unfounded** [9] -
55:12, 55:23, 57:18,
57:19, 57:23, 58:1,
58:10, 60:5, 61:2
  **union** [8] - 74:9,
74:10, 74:11, 74:23,
75:9, 75:18, 75:20
  **unions** [4] - 11:14,
74:5, 74:18
  **Unit** [13] - 84:2, 84:3,
84:4, 86:17, 89:22,
100:12, 101:8,
102:16, 103:2,
105:14, 106:5, 109:6,
163:2
  **unit** [9] - 76:6, 81:16,
83:5, 84:5, 111:1,
165:10, 217:7,
260:15, 262:6
  **UNITED** [1] - 1:3
  **United** [2] - 2:22,
127:18
  **units** [2] - 83:4,
101:18
  **unless** [4] - 210:3,
231:12, 262:21,
269:11
  **unpopular** [1] -
72:12
  **unsworn** [1] - 60:20
  **untruthful** [4] - 61:4,
62:2, 62:4, 65:21

  **up** [65] - 9:17, 16:8,
21:17, 22:21, 30:12,
30:13, 40:15, 41:20,
42:7, 44:13, 47:20,
48:1, 51:8, 51:10,
56:17, 63:13, 65:12,
65:15, 65:22, 83:2,
83:9, 83:19, 83:21,
90:4, 90:10, 99:6,
110:21, 111:6,
116:19, 121:9,
128:18, 140:15,
143:19, 152:13,
153:3, 154:13,
164:16, 168:21,
171:1, 171:9, 171:12,
180:17, 181:13,
191:19, 200:2,
200:15, 202:2,
206:14, 206:22,
212:13, 212:14,
212:17, 217:11,
223:22, 228:11,
229:1, 241:3, 243:19,
248:14, 261:22,
263:17, 272:11,
273:11, 274:2
  **updated** [2] - 80:6,
80:7
  **USB** [5] - 141:3,
141:9, 142:21, 285:6,
288:20

**V**

  **V9** [1] - 141:12
  **Valez** [1] - 258:17
  **valid** [1] - 72:1
  **value** [2] - 254:15,
271:1
  **vandalizes** [1] - 95:9
  **varies** [1] - 151:8
  **vehicle** [102] - 16:10,
80:13, 81:5, 81:21,
84:6, 91:1, 91:12,
92:10, 92:19, 93:18,
93:22, 93:23, 94:2,
94:4, 94:20, 94:21,
94:22, 95:15, 95:17,
95:18, 96:8, 96:15,
97:3, 98:5, 99:16,
99:22, 100:4, 100:14,
100:21, 101:4,
101:10, 101:11,
102:3, 102:8, 102:19,
102:22, 103:5,
103:15, 103:16,
104:20, 104:22,
105:19, 109:20,
156:2, 156:4, 156:15,

156:18, 156:21,
162:23, 164:14,
164:15, 164:18,
165:3, 165:13,
165:21, 166:7,
166:22, 167:1, 167:6,
167:20, 168:1,
168:21, 169:1,
170:13, 171:2, 171:9,
171:11, 171:13,
171:21, 172:8,
172:11, 172:15,
173:11, 174:18,
174:20, 199:8,
199:10, 199:14,
201:20, 227:12,
229:8, 232:15,
233:17, 234:22,
273:12, 273:23,
274:18, 276:22,
277:6, 277:15,
277:17, 277:18,
277:21, 278:10,
278:12, 279:21,
280:4, 281:4
  **vehicle's** [5] - 84:20,
103:7, 168:22,
175:12, 274:9
  **vehicles** [13] - 21:6,
80:22, 84:12, 89:23,
90:1, 90:2, 90:20,
90:21, 93:11, 158:15,
164:19, 164:20
  **VELEZ** [1] - 1:14
  **Velez** [2] - 160:11,
202:3
  **veracity** [2] - 62:10,
62:14
  **verbal** [5] - 5:12,
5:17, 28:8, 43:20,
115:2
  **verbally** [1] - 43:19
  **verbatim** [1] - 284:8
  **verdicts** [2] - 107:20,
108:4
  **verification** [1] -
127:15
  **verified** [1] - 125:10
  **verify** [2] - 237:13,
276:17
  **version** [7] - 64:9,
64:18, 65:1, 65:2,
79:15, 79:18, 167:12
  **versions** [4] - 63:14,
64:6, 64:11, 64:14
  **versus** [2] - 3:1,
122:6
  **vet** [2] - 237:10,
271:2
  **vetting** [1] - 266:23

  **vice** [1] - 13:13
  **vicinity** [1] - 208:23
  **video** [93] - 2:21, 3:7,
3:11, 65:6, 66:2, 66:3,
66:15, 68:17, 69:5,
69:13, 69:15, 69:19,
71:1, 140:14, 140:16,
151:12, 154:4, 154:5,
154:9, 154:11,
155:18, 155:20,
156:8, 157:5, 157:11,
157:13, 157:17,
157:20, 157:22,
158:3, 159:7, 162:8,
163:7, 163:15, 167:8,
168:18, 169:6,
170:23, 171:1, 171:8,
172:13, 174:15,
174:19, 174:21,
176:21, 178:6,
178:22, 179:1,
179:13, 190:10,
192:1, 196:3, 199:17,
199:21, 199:23,
201:14, 201:15,
202:7, 202:10, 203:5,
207:11, 207:12,
217:18, 218:15,
218:23, 225:3,
225:17, 226:2, 226:9,
226:10, 226:13,
226:18, 226:23,
227:2, 227:4, 227:6,
228:2, 228:3, 228:4,
228:19, 229:11,
229:14, 236:5, 241:7,
251:12, 251:15,
267:6, 280:20
  **VIDEO** [1] - 1:1
  **Video** [1] - 2:1
  **videoed** [1] - 69:2
  **Videographer** [1] -
2:17
  **VIDEOGRAPHER**
[15] - 2:20, 73:19,
73:22, 134:17,
134:20, 140:13,
140:23, 141:4,
184:21, 185:1,
222:11, 222:14,
256:8, 256:11, 282:14
  **videos** [17] - 68:18,
68:19, 69:3, 176:23,
199:15, 202:16,
221:3, 223:1, 223:7,
223:11, 224:5, 225:6,
225:13, 225:22,
226:5, 226:6, 230:11
  **view** [10] - 96:1,
154:5, 181:3, 181:10,

JACK W. HUNT & ASSOCIATES, INC.
1120 Liberty Building
Buffalo, New York 14202 - (716) 853-5600

233:16, 238:6, 238:12, 238:14, 238:16, 239:21
**violate** [2] - 56:21, 59:15
**violated** [1] - 58:16
**violation** [6] - 49:21, 59:8, 164:8, 206:9, 206:11, 223:19
**violations** [3] - 59:18, 111:22, 164:10
**vs** [1] - 1:8

## W

**wait** [5] - 129:19, 232:5, 234:15, 252:9, 276:4
**waited** [1] - 188:13
**walk** [1] - 220:3
**walked** [7] - 164:16, 171:1, 171:9, 171:12, 192:2, 220:7, 220:13
**walking** [8] - 110:9, 165:7, 181:5, 192:12, 193:5, 203:14, 219:16, 229:1
**walks** [1] - 168:21
**wants** [1] - 43:8
**ward** [3] - 259:12, 261:3, 261:7
**watch** [14] - 159:17, 162:8, 165:13, 165:15, 165:20, 167:7, 176:1, 176:23, 180:3, 191:23, 193:15, 197:23, 201:13, 201:15
**watched** [1] - 176:21
**watching** [4] - 71:1, 176:22, 195:6, 213:9
**ways** [1] - 36:4
**weapon** [3] - 102:19, 248:23, 249:5
**wearing** [1] - 66:7
**web** [5] - 36:11, 36:15, 36:16, 36:23, 37:5
**website** [1] - 51:20
**week** [1] - 12:1
**weekend** [1] - 201:12
**weeks** [4] - 19:15, 22:4, 22:5, 250:23
**weighing** [1] - 266:10
**welcome** [1] - 148:23
**WESTERN** [1] - 1:4
**Western** [5] - 2:23,

6:8, 6:12, 127:18, 127:19
**whatsoever** [1] - 254:19
**wheel** [4] - 95:1, 102:11, 104:20, 202:2
**white** [2] - 74:14, 158:5
**whitewash** [1] - 72:2
**whoa** [1] - 75:13
**whole** [3] - 115:9, 120:3, 284:14
**wife** [3] - 24:18, 24:20, 209:17
**window** [7] - 99:6, 234:20, 240:16, 272:11, 273:11, 273:13, 274:1
**windows** [1] - 95:20
**windshield** [1] - 238:14
**wished** [1] - 29:7
**witness** [2] - 3:14, 243:23
**Witness** [1] - 286:2
**WITNESS** [60] - 25:12, 43:21, 45:10, 58:18, 63:9, 64:21, 80:2, 96:4, 96:12, 96:20, 98:9, 98:22, 99:10, 102:5, 103:11, 107:8, 111:5, 115:1, 115:3, 126:19, 130:10, 130:18, 132:10, 137:17, 139:3, 144:15, 152:10, 156:14, 174:12, 179:19, 180:13, 181:21, 183:9, 195:17, 198:18, 207:9, 208:10, 215:10, 221:9, 223:16, 228:22, 232:9, 235:13, 235:23, 237:6, 238:19, 239:11, 241:17, 249:11, 254:2, 263:20, 265:17, 267:13, 275:18, 278:22, 281:14, 281:17, 281:22, 282:2, 282:11
**witnessed** [1] - 69:2
**witnesses** [1] - 266:10
**WITNESSES** [1] - 286:1
**WIVB** [4] - 143:7, 146:20, 251:10, 253:3

**word** [5] - 168:11, 184:8, 211:14, 211:21, 211:23
**words** [5] - 47:21, 56:19, 115:20, 121:11, 206:23
**workings** [1] - 142:11
**works** [2] - 35:2, 40:9
**wrists** [2] - 214:20, 216:4
**write** [5] - 36:17, 36:19, 36:20, 60:1, 257:2
**writing** [2] - 36:7, 284:10
**written** [10] - 28:5, 28:6, 37:13, 48:11, 48:15, 48:17, 50:17, 52:17, 52:23, 125:21
**wrote** [4] - 89:11, 153:12, 260:7

## Y

**year** [23] - 6:21, 7:18, 7:21, 8:2, 8:10, 8:11, 17:10, 18:17, 20:21, 26:22, 112:4, 121:11, 128:11, 150:8, 150:11, 150:14, 150:23, 151:6, 151:10, 152:17, 152:19, 246:5, 253:13
**Years** [2] - 112:7
**years** [35] - 6:13, 8:4, 13:13, 25:9, 25:10, 30:4, 52:21, 70:16, 112:11, 117:4, 119:9, 119:18, 120:6, 120:9, 120:12, 120:21, 121:2, 122:4, 123:9, 123:10, 123:20, 126:15, 126:19, 131:17, 132:18, 153:9, 153:10, 153:11, 247:6, 253:20, 254:9, 255:18, 266:5, 277:3
**YORK** [2] - 1:4, 284:1
**York** [10] - 2:4, 2:10, 2:15, 2:23, 3:5, 4:2, 6:8, 127:19, 259:2, 284:6
**Yorker** [1] - 6:13
**yourself** [7] - 24:5, 32:12, 63:18, 144:5, 200:20, 214:3, 267:1

EXHIBIT B



EXHIBIT

18

2/19/20

# Fleet Management
## Maintenance Work Order

Printed: 8/3/2018 10:48:04 AM

### Vehicle Information

| | | | |
|---|---|---|---|
| Unit # 473 | Plate POLICE | Vin 1GNLC2E06ER218219 | Year 2014 |
| Make CHEV | Model TAH | Type OTH | Mileage 97742 |

### Service Information

| | | |
|---|---|---|
| Date 01/05/2017 | Invoice 29 | Cost |

Service COOLING SYSTEM
Remarks r/r water pump, serp.belt

### Repair Notes

| Qty | Part | Cost | Qty | Part | Cost |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT C



EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES C. KISTNER,

                     Plaintiff,

vs.                                             Civil No.:  18-CV-00402-LJV-JJM

THE CITY OF BUFFALO, *et al.*,

                     Defendants.

---

## **PLAINTIFF'S RESPONSES TO DEFENDANTS' INTERROGATORIES**

       Plaintiff James C. Kistner, by his attorneys, Rupp Baase Pfalzgraf

Cunningham LLC, for his responses to defendants' interrogatories, states as follows:

## **GENERAL OBJECTIONS AND NOTES**

       A.     Plaintiff responds to each of defendants' interrogatories subject to his

objections to the instructions and definitions and subject to the general objections set forth here.

These objections form a part of the response to each interrogatory.  The objections are specified

here to avoid duplication by restating them in response to each interrogatory.  These general

objections may be specifically referred to for the purpose of clarity or emphasis, however, the

failure to specifically refer to a general objection is not, and will not be construed as a waiver of

any general objection, even if other general objections are specifically stated in response to an

interrogatory.

B.      Plaintiff objects to each of the interrogatories to the extent that they seek information or documents that are subject to the attorney-client privilege, attorney-work-product doctrine, or any other applicable privilege.  Plaintiff will not provide privileged information.

C.      If any information is produced inadvertently despite the presence of a privilege, the production does not constitute a waiver of plaintiff's privileges.

D.      Plaintiff objects to each of the interrogatories to the extent that they seek information or materials prepared, generated, or received in anticipation of or after the commencement of litigation.

E.      Plaintiff objects to the interrogatories to the extent that they are not properly limited in time or scope or to the extent they fail to specify a relevant time period.

F.      Plaintiff objects to the interrogatories to the extent that they seek to impose upon him any obligations beyond those imposed by the Federal Rules of Civil Procedure or the Western District of New York Local Rules.

G.      Plaintiff objects to the interrogatories as overly broad and unduly burdensome to the extent that they seek information or documents not relevant or related to the claims made in the complaint or defenses raised in the answer.

H.      Plaintiff objects to the interrogatories to the extent that they are overbroad, vague, ambiguous, redundant, unduly burdensome, oppressive, or designed to harass or place undue burden and expense upon him.

I.      Plaintiff objects to the interrogatories to the extent that they are not reasonably calculated to lead to the discovery of admissible evidence and to the extent that they seek information and documents not material and necessary to the prosecution or defense of this action.

J.      Plaintiff objects to the interrogatories to the extent that they request information not within plaintiff's possession or control, information that is equally available to the defendants, or information that is not otherwise available to plaintiff.

K.      Plaintiff objects to the interrogatories to the extent the information sought is premature.  Discovery is ongoing, and plaintiff and his counsel may learn facts through the course of discovery responsive to the interrogatories.  Plaintiff will supplement his responses or otherwise respond in accordance with the Federal Rules of Civil Procedure or the Western District of New York's Local Rules.

L.      Plaintiff reserves the right to challenge the competency, relevancy, materiality, and admissibility of any information or documents provided here, and to object on any ground to the use of the information or documents provided here in any proceeding or trial.  Plaintiff's responses and any identification of documents does not waive or prejudice any objections plaintiff may later assert, including, but not limited to, objections at trial as to the admissibility of any information or documents provided.

M.      Plaintiff objects to the interrogatories to the extent they seek information that could infringe upon his constitutional rights.

N.      These responses are based solely upon information presently available to and known by plaintiff; they are given without prejudice to plaintiff's right to produce additional information at a later date should it become located or available as a result of subsequent review of records or additional investigation or discovery by plaintiff.  Plaintiff further reserves the right to revise, correct, add to, or clarify the objections or responses set forth here at any time.

O.      By producing or failing to produce some or all of the information

requested, plaintiff does not concede the relevance or materiality of any request or subject to

which it relates.

## INTERROGATORIES

1.      State each Plaintiff's date of birth, social security number, and residence

address presently and at the time of the incident.

**RESPONSE:** Plaintiff's date of birth is April 3, 1960.  Plaintiff's address at the

time of the incident was 33 Schmarbeck Avenue, Buffalo, New York.  He still resides there.

Plaintiff's social security number is 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.  (Any personal information contained in this

interrogatory response should be redacted should the defendants need to file these responses in

the future.  Defendants should follow appropriate disposal methods to prevent plaintiff's

personal information from being inadvertently disclosed outside of this litigation.)


2.      State each and every act and omission by Defendants that gives rise to the

underlying action.

**RESPONSE:** Subject to and without waiving his objections, defendants' acts

and omissions giving rise to the underlying action were specified in detail in plaintiff's

complaint.  Plaintiff believes the acts, omissions, and wrongful conducts by the defendants have

occurred and are ongoing, as he learned through the defendants' discovery responses that

defendants have not been investigated or disciplined as a result of their conduct, acts, omissions,

or wrongful conduct on the day of the incidents.  The failure to investigate or discipline the

defendants is another omission attributable to the defendants.

3.      State whether Plaintiff has ever been convicted of a crime.  A conviction includes guilty pleas.  If so, state what charges Plaintiff has been convicted on and the sentences imposed.

**RESPONSE:**  Plaintiff further objects to this demand to the extent it seeks information with no or questionable probative value, information that is substantially outweighed by its prejudicial effect, or information for which the defendants have not provided plaintiff timely notice of use or an opportunity to contest its use.  Subject to and without waiving his objections, plaintiff has not been convicted of any crimes over the past 18 or more years.  If the defendants request further disclosure beyond eighteen years, they must first articulate the bases and relevancy of any prior convictions for purposes of defending against this specific lawsuit.

4.      State whether Plaintiff is or has ever been a party to a lawsuit not including the underlying action.  If so, state the caption information including the court, parties and case number.

**RESPONSE:**  Subject to and without waiving his objections, plaintiff is not and has never been a party to a lawsuit alleging the type of constitutional violations, acts, omissions, or improper conduct by municipal defendants based on the facts asserted in the complaint besides the underlying action.  *See also*, the response to interrogatory 3.

5.      State each constitutional provision, statute, regulation, ordinance, rule, order, requirement, standard, guideline, policy or procedure that Plaintiff claims was violated by the named Defendants.

**RESPONSE:** Plaintiff is unable to respond fully at this time, as defendants have failed to provide full and complete discovery responses, including, without limitation, their internal policies, regulations, guidance, and procedures that were duly requested during discovery. Defendants have this information within their sole custody, possession, and control, and plaintiff has no other source for this information. Subject to and without waiving his objections, *see* the response to interrogatory 2 and plaintiff's complaint.

6.      State each physical and emotional injury claimed by Plaintiff.

**RESPONSE:** Subject to and without waiving his objections, *see* plaintiff's detailed complaint. Further, due to defendants' acts, omissions, and improper and wrongful conduct, plaintiff suffered the following injuries: closed-head injury; abrasions to his head; headaches; bilateral wrist, arm, and shoulder pain, including swelling, incisions, abrasions, bruising, numbness, nerve damage, and irritation and injury to the tendons, ligaments, muscles, blood vessels, cartilage, nerves, and soft tissue of these areas; and other injury. Plaintiff's injuries and damages are ongoing. Plaintiff also refers the defendants to the medical records provided in response to their document demand.

7.      State the name and address of each healthcare professional that saw or treated Plaintiff for any alleged physical and emotional injuries.

**RESPONSE:** Plaintiff further objects to this demand to the extent it is duplicative of the information previously provided in his Rule 26 disclosures. Subject to and without waiving his objections, plaintiff refers the defendants to the names and addresses of each healthcare professional contained within his Rule 26 disclosures.

8.    State and describe whether Plaintiff had any prior or subsequent physical or emotional injuries or conditions that are the same as or similar to those claimed in the underlying action.

**RESPONSE:** Subject to and without waiving his objections, plaintiff had not previously, nor has he since suffered the type of physical or emotional injuries that are the same or similar to the severe injuries, embarrassment, humiliation, shock, fright, and loss of freedom caused by the malicious and inappropriate behavior, acts, omissions, and wrongful conduct perpetrated by the defendants as part of their conspiracy. Plaintiff specified his injuries in his complaint and in his response to interrogatory 6. Plaintiff's injuries and damages are ongoing.

9.    State any and all property claimed to be damaged or destroyed during the alleged incident and the losses and expenses associated therewith.

**RESPONSE:** Plaintiff claims compensatory damages and punitive damages resulting from the defendants' acts, omissions, and wrongful conduct that were enumerated in response to interrogatory 2. Upon information and belief, the only property damage claim was made by defendants with respect to a certain police vehicle, which is more specified in plaintiff's complaint and the documents and video recordings attached to the complaint.

10.    State whether Plaintiff was employed at the time of the incident and whether he was caused to miss any time from work and if so how much time.

**RESPONSE:** Subject to and without waiving his objections, plaintiff is self-employed, just as he was on the date of the subject incidents. He lost time from work on the day of the subject incidents and thereafter, including to attend and defend himself against the

criminal charges asserted against him at the defendants' behest. Further, from time to time since the incidents detailed in the complaint and due to the resulting injuries caused by the defendants, plaintiff has been unable to perform maintenance, repair, and similar work at rental properties that he owns, that he ordinarily would have performed, himself, before the incident. Plaintiff is unable to fully quantify the time he has lost from this maintenance, repair, and similar work at this time, but this can be more fully explored at his deposition.

11.     State the total monetary amount associated with any claim for lost or diminished past or future earnings related to any missed time from work by Plaintiff.

**RESPONSE:** *See* the response to interrogatory 10. Further, subject to and without waiving his objections, plaintiff presently and at the time of the subject incidents was and is self-employed, so he is not making a traditional wage-loss claim. But he is seeking reimbursement for amounts that he has been forced to pay for maintenance, repair, and similar work conducted at rental properties that he owns, that he did and normally would have taken care of before the subject incidents. Plaintiff is unable to specify the amounts related to his missed time from this work, other than to confirm at this time that the amount is over $3,600. Defendants may obtain more information related to this information at plaintiff's deposition.

12.     State each item of special damages claimed by Plaintiff (i.e., monetary loss) and total amounts claimed therefor.

**RESPONSE:** Subject to and without waiving his objections, plaintiff's out-of-pocket losses for medical treatment and legal fees for his criminal defense total over $8,000. *See also* the response to interrogatories 10 and 11.

13.     State each and every item of loss or damages claimed by Plaintiff and the total amounts claimed therefor.

**RESPONSE:**   Subject to and without waiving his objections, plaintiff is claiming compensatory damages and punitive damages resulting from defendants' actions, omissions, and wrongful conduct as enumerated in response to interrogatory 2 and the complaint, in an amount to be determined at trial. *See also* the responses to interrogatories 10, 11, and 12.

14.     State the name and amount of every collateral source that has or likely will reimburse Plaintiff for any alleged monetary loss.

**RESPONSE:**   Subject to and without waiving his objections, plaintiff is not aware of any collateral sources that have or likely will reimburse him for his losses.

15.     State the premiums paid by Plaintiff for such collateral source benefits for the two year period immediately preceding the date of the incident.

**RESPONSE:** *See* the response to interrogatory 14.

16.    State whether Plaintiff is aware of any lien, right of subrogation, or other right of recovery or reimbursement relating to the incident. If so, please identify the person or entity seeking recovery and the amount of reimbursement sought.

**RESPONSE:** Subject to and without waiving his objections, plaintiff is not aware of any lien, right of subrogation, or other right of recovery or reimbursement relating to the subject incidents.

Dated: March 13, 2019
        Buffalo, New York

                                **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                *Attorneys for Plaintiff*

                        By:    _____
                                R. Anthony Rupp, III
                                Jill L. Yonkers
                                424 Main Street
                                1600 Liberty Building
                                Buffalo, New York 14202
                                (716) 854-3400
                                *rupp@ruppbaase.com*
                                *yonkers@ruppbaase.com*

TO:    **TIMOTHY A. BALL, ESQ.**
        *Attorney for Defendants*
        Maeve E. Huggins
        65 Niagara Square, 11th Floor
        Buffalo, New York 14202
        Tel.: (716) 851-4317
        Fax.: (716) 851-4105
        mhuggins@city-buffalo.com

## **VERIFICATION**

STATE OF NEW YORK      )
                                  ) ss:

COUNTY OF ERIE           )

          James C. Kistner, being duly sworn, deposes, and says:

          I am the plaintiff in the above-entitled matter.  I have read the foregoing Responses to Defendant's Interrogatories and I know its contents. The disclosed responses are true based on my own knowledge, except as to those matters stated to be alleged upon information and belief, and as to those matters I believe them to be true.

                                         James C. Kistner

Sworn to before me this
_____ day of March, 2019

_____
Notary Public

**Patricia A. Scarcello**
**Notary Public, State of New York**
**Qualified in Erie Co.**
**My Commission Expires May 22, 20___**

-11-

EXHIBIT E

# EXHIBIT F