# EXHIBIT O



# CITY OF BUFFALO
## DEPARTMENT OF POLICE
### Internal Affairs Division



BYRON W. BROWN
MAYOR

BYRON C. LOCKWOOD
COMMISSIONER

## CASE INDEX
## IAD CASE EC2019-046

A.  Case Summary Information
    1. Case Disposition
    2. Case Summary
    3. Closing Letter to Complainant

B.  Complaint
    1. Notice of Claim
    2. IAPro Summary

C.  Complainants
    1. Criminal History – J. Kistner

D.  Witness(s)

E.  Targets
    1. Disciplinary Card – Det. L. McDermott
    2. Disciplinary Card – Lt. J. Velez
    3. Disciplinary Card – PO K. Schultz
    4. Disciplinary Card – PO K. Moriarity

F.  Reports
    1. CAD Report
    2. Unit History Reports
    3. Incident Report
    4. Arrest/Booking Report
    5. Request For Mental Health Evaluation 9.41

G.  Statements
    1. 50h Hearing Statement Transcription

H.  Correspondence
    1. Case Related Email
    2. Statement Notifications

I.  Miscellaneous
    1. Certificate of Disposition
    2. Request for Strip Search Form
    3. MOP Guidelines for Body Searches, Strip/Body Cavity Searches

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

EXHIBIT
43
10-14-26ATH

PENGAD 800-631-6989

EXHIBIT P

**Early Warning: organizational-component top percentile**
**Peer comparison by current assignment.  Identified employees that may need review**

**Report criteria:**

**Top 10 percent**
**Incident type: Excessive Force**
**Organizational level: Division**
**For incidents received: Jun 30, 2015 - Jun 30, 2020**

Academy

# of Incidents    Employee

< None found >

Admin/Comm/Radio

# of Incidents    Employee



Admin/Finance

# of Incidents    Employee

< None found >

Administration

# of Incidents    Employee



Building/Maintence

# of Incidents    Employee

< None found >

Buildings

# of Incidents    Employee

< None found >

Central Police Services

# of Incidents    Employee

< None found >

City Court Booking

# of Incidents    Employee

< None found >

City Court Lock up



EXHIBIT
94
10-14-20 ATH
PENGAD 800-631-6989

| # of Incidents | Employee |
|---|---|
| 1 | Lieutenant Linda D. STANCHAK [L353/000925] |

**Civilian**

| # of Incidents | Employee |
|---|---|
| < None found > | |

**Commissioner Office**

| # of Incidents | Employee |
|---|---|
| 1 | Lieutenant James C. O'DONNELL [L198/001286] |

**Detective Division**

| # of Incidents | Employee |
|---|---|
| 2 | Detective William J. REZABEK [D646/168258] |

**Fleet**

| # of Incidents | Employee |
|---|---|
| < None found > | |

**Garage**

| # of Incidents | Employee |
|---|---|
| < None found > | |

**Headquarters**

| # of Incidents | Employee |
|---|---|
| < None found > | |

**Patrol**

| # of Incidents | Employee |
|---|---|
| 3 | Police Officer Karl B. SCHULTZ [P2783/169325] |
| 3 | Officer Justin P. TEDESCO [P2735/172780] |
| 3 | Police Officer Joseph R. HASSETT [P2664/170250] |
| 3 | Officer Trevor J. SHEEHAN [P0478/173369] |
| 3 | Officer Brendan M. LEWIS [P3635/174109] |
| 3 | Officer Calvis X. MCKNIGHT [P3654/174116] |
| 3 | Officer Jake J. GIARRANO [P3130/174203] |
| 2 | Officer Kyle T. MORIARITY [P3617/174122] |
| 2 | Officer Ryan M. SANDERS [P3715/174224] |
| 2 | Officer Patrick S. GARRY [P3677/174088] |

**Surveillance Room**

| # of Incidents | Employee |
|---|---|
| < None found > | |

Early Warning: organizational-component top percentile
Peer comparison by current assignment.  Identified employees that may need review

Report criteria:

**Top 10 percent**
**Incident type: External**
**Organizational level: Division**
**For incidents received: Jun 30, 2015 - Jun 30, 2020**

Academy

# of Incidents    Employee

    1        PPO Amber L. JACKSON [/174566]

**Admin/Comm/Radio**

# of Incidents   ·Employee



**Admin/Finance**

# of Incidents    Employee

< None found >·

**Administration**

# of Incidents    Employee

    1        Lieutenant Ronny A. BLATCHFORD [L482/000104]

**Building/Maintence**

# of Incidents    Employee

< None found >

**Buildings**

# of Incidents    Employee

< None found >

**Central Police Services**

# of Incidents    Employee

< None found >

**City Court Booking**

# of Incidents    Employee

< None found >

**City Court Lock up**

| # of Incidents | Employee |
| --- | --- |
| 2 | Lieutenant Linda D. STANCHAK [L353/000925] |

**Civilian**

| # of Incidents | Employee |
| --- | --- |
|  |  |

**Commissioner Office**

| # of Incidents | Employee |
| --- | --- |
| 3 | Lieutenant James C. O'DONNELL [L198/001286] |

**Detective Division**

| # of Incidents | Employee |
| --- | --- |
| 4 | Detective Jerry J. GUILIAN [D483/000383] |
| 4 | Detective Michael J. ACQUINO [D632/168201] |
| 2 | Detective Paul E. FITZPATRICK [D668/168220] |

**Fleet**

| # of Incidents | Employee |
| --- | --- |
| < None found > | |

**Garage**

| # of Incidents | Employee |
| --- | --- |
| < None found > | |

**Headquarters**

| # of Incidents | Employee |
| --- | --- |
| 1 | Captain Paul K. MULLEN [C73/000674] |

**Patrol**

| # of Incidents | Employee |
| --- | --- |
| 6 | Lieutenant Elizabeth A. BAKER [L475/169312] |
| 6 | Officer Mitchell R. THOMAS [P3469/174094] |
| 5 | Officer Charles M. MILLER [P3156/172566] |
| 5 | Officer Andrew J. WHITEFORD [P3172/172582] |
| 5 | Officer Justin P. TEDESCO [P2735/172780] |
| 4 | Police Officer Karl B. SCHULTZ [P2783/169325] |
| 4 | Lieutenant Michael A. DELONG [L420/001088] |
| 4 | Officer James O. OTWELL II [P3573/173062] |
| 4 | Officer Calvis X. MCKNIGHT [P3654/174116] |
| 4 | Officer Jonathan R. JACKSON [P2375/174066] |
| 4 | Officer Patrick S. GARRY [P3677/174088] |
| 4 | Officer Jake J. GIARRANO [P3130/174203] |
| 4 | PPO Mitchell J. THOMAS II [P3729/174341] |
| 3 | Officer John M. DAVIDSON [P3706/174211] |

| | |
|---|---|
| 3 | Officer Joseph A. PETRONELLA [P3588/173350] |
| 3 | Officer Lyana M. LUCIANO [P3652/174123] |

**Surveillance Room**

# of Incidents    Employee

< None found >

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: BAKER, ELIZABETH
RANK: LIEUTENANT
UNIT:  DOG HANDLER
ADDRESS:
PHONE:
DOB:
DOA: 08/01/2008
EMPLOYEE #:  169312
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2008-106 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER EFF., 8/1/08 AND ARE ASSIGNED TO THE ACADEMY. SO 2009-064 EFF., 5/4/09 TRANSFERRED FROM THE ACADEMY TO B DIST. SO 2009-98 TRANSFERRED FROM B-DIST. TO REMAIN AT B-DIST., EFF., 7/13/09. SO 2010-69 EFF., 6/9/10 TRANSFERRED FROM THE B-DIST TO THE HOUSING UNIT. SO 2012-305 EFF., 11/12/12 TRANSFERRED FROM THE HOUSING UNIT TO THE B-DIST. SO 2018-016 PROMOTED TO CONTINGENT PERM. LT. & IS TRANSFERRED TO THE C-DIST., EFF., 1/15/18. SO 2018-269 CHANGE OF STATUS FROM CONTINGENT PERM. LT. TO PERM. LT., EFF. 7/2/18. SO 2019-033 TRANSFERRED FROM THE C-DIST. TO DOG HANDLER, EFF., 1/28/19.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2010-224 | 7/29/2010 | USE OF FORCE SHOTS FIRED | EXONERATED 9/28/10 | |
| 2010-230 | 8/04/2010 | USE OF FORCE | 6/1/11, NOT SUSTAINED | |
| 2012-008 | 1/08/2012 | USE OF FORCE | 8/21/13, NOT SUSTAINED OTHER, DPC CONF. | |
| 2012-045 | 2/13/2012 | CONDUCT/ SEARCH | 2/13/13, NOT SUSTAINED | Y |
| 2012-046 | 2/13/2012 | CONDUCT/ RUDENESS | 2/13/13, NOT SUSTAINED | Y |
| 2012-121 | 5/07/2012 | CONDUCT | 7/10/13, NOT SUSTAINED | |
| 2012-364 | 12/14/2012 | CONDUCT/ PROCEDURES | 12/03/13, NOT SUSTAINED | |
| IC2013-066 | 3/02/2013 | PROCEDURES | 4/17/13, NOT SUSTAINED | |
| EC014-184 | 12/10/2014 | PROCEDURES | 3/24/15, NOT SUSTAINED | |
| EC2015-066 | 12/02/2015 | CONDUCT | EXONERATED 2/10/16 | |
| EC016-011 | 02/11/2016 | PROCEDURES – SEARCH | 10/19/2016, NOT SUSTAINED | |

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: BAKER, ELIZABETH

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2017-004 | 3/21/2017 | CONDUCT | 8/23/17, OTHER DPC CONF. | |
| IC2017-105 | 6/13/2017 | CONDUCT | 12/26/17, NOT SUSTAINED | |
| EC2017-026 | 8/10/2017 | CONDUCT/ POOR SERVICE | 1/3/18, OTHER DPC CONF. | Y |
| IC2018-036 | 2/15/2018 | PROCEDURES/ CITY INV. ACC. | 5/23/18, OTHER CHIEF CONF. | N/A |
| IC2018-052 | 3/27/18 | PROCEDURES/ CITY INV. ACC. | EXONERATED 7/25/18 | N/A |
| EC2018-012 | 3/27/2018 | CONDUCT/ POOR SERVICE | SUSTAINED, CHIEF CONF. 7/25/18 | Y |
| EF2018-001 | 1/16/2018 | USE OF FORCE | SUSTAINED, 3 DAYS W/O PAY SO 2018-344 8/23/18 | *DUPLICATE TO EC2018-004/ PROCEDURES/ IMPROPER SEARCH |
| IC2019-039 | 04/16/2019 | CONDUCT/TRUT HFULNESS | NOT SUSTAINED/DPC CONFERNECE 7/25/19 | |
| IC2020-005 | 02/04/2020 | CONDUCT/ SOCIAL MEDIA VIOLATION | 6/10/20, OTHER DPC CONF. | N/A |

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: BLATCHFORD, RONNY
RANK: LIEUTENANT
UNIT: CITY COURT BOOKING
ADDRESS:
PHONE:
EMPLOYEE # 082350  #12920
DOB:
DOA:  8/6/96
RECEIVED DRUG TESTING POLICY: NO
RECEIVED RULES & REGULATIONS: NO
RECEIVED CONFINEMENT POLICY: NO
SO 97-198 REMAINS IN HIS PRESENT ASSIGNMENT B DISTRICT EFFECTIVE 0001 HOURS 7/7/97.
SO 2003-68 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 40 DAYS COMMENCING
3/3/03 THRU 4/11/03.  SO 2003-89 RETURNED FROM HIS MILITARY LOA W/O PAY EFF. 4/12/03.  SO
2003-89 RETURNED FROM HIS MILITARY LOA W/O PAY EFF. 4/12/03.  SO 2004-070 GRANTED A
MILITARY LOA W/O PAY FOR AN UNDETERMINED AMOUNT OF TIME COMMENCING 3/21/04.
SO 2005-48 RETURNS FROM HIS MILITARY LOA W/O PAY EFF., 2/9/05.  SO 2007-160 GRANTED A
MILITARY LOA W/O PAY FOR AN UNDETERMINED AMOUNT OF TIME COMMENCING 6/6/07.
SO 2007-209  RETURNS FROM HIS MILITARY LOA W/O PAY EFF., 11/19/07.  SO 2009-122 GRANTED
A MILITARY LOA W/O PAY FOR THE PERIOD OF 43 DAYS COMMENCING 8/24/09 THRU 10/5/09.
SO 2009-144 RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 10/6/09.    SO 2009-166
GRANTED A MILITARY LOA W/O PAY FOR 4 DAYS COMMENCING 11/2/09 THRU 11/6/09 AND
RETURNED 11/7/09.    SO 2009-167 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 2
DAYS COMMENCING 11/13/09 THRU 11/14/09, RETURNED 11/15/09.
2009-172 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 2 DAYS COMMENCING
12/5/09 THRU 12/6/09.  SO 2009-176 RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 12/7/09.
SO 2010-47 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 166 DAYS COMMENCING
4/18/10 THRU 9/29/10.  SO 2010-145 GRANTED AN EXTENSION TO IS MILITARY LOA W/O PAY FOR
THE PERIOD OF 23 DAYS COMMENCING 10/1/10 THRU 10/23/10.  SO 2010-174 RETURNED FROM
HIS MILITARY LOA W/O PAY EFF., 10/24/10.  SO 2011-187 GRANTED A MILITARY LOA W/O PAY
FOR THE PERIOD OF 30 DAYS COMMENCING 9/25/11 THRU 10/24/11.  SO 2011-207 RETURNED
FROM HIS MILITARY LOA W/O PAY EFF., 10/25/11.  SO 2012-63 GRANTED A MILITARY LOA W/O
PAY FOR THE PERIOD OF 346 DAYS COMMENCING 3/22/12 THRU 3/2/13.
2013-010 RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 1/12/13.                    SO 2013-
278 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 1 YR., COMMENCING 11/21/13
THRU 11/21/14.  SO 2013-278 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 1 YR.
COMMENCING 11/28/13 THRU 11/21/14.  SO 2014-305 RETURNS FROM HIS MILITARY LOA W/O
PAY EFF., 10/5/14.   SO 2018-016 PROMOTED TO CONTINGENT PERM. LT. & IS TRANSFERRED TO
CITY COURT BOOKING, EFF., 1/15/18.
SO 2018-105  APPROVED STATUS CHANGE FROM CONTINGENT PERMANENT LIEUTENANT TO
PERMANENT LIEUTENANT EFF., 3/19/18.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 97-328 | 9/23/97 | USE OF FORCE -- BOTH | 11/12/97, NOT SUSTAINED, | Y |

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  BLATCHFORD, RONNY

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2000-188 | 12/6/2000 | CONDUCT – INSUBORDINATION | DPC CONF. 6/26/01 | |
| 2003-143 | 10/02/2003 | USE OF FORCE CONDUCT | DPC CONF. 11/13/2003 | Y |
| 2003-144 | 10/02/2003 | USE OF FORCE CONDUCT | DPC CONF. 11/13/2003 | Y |
| IC2017-197 | 12/05/2017 | PROCEDURES CITY INV. ACC. | EXONERATED 1/31/18 | |
| EF2019-040 | 8/20/2019 | CONDUCT | EXONERATED 12/11/19 | |
| IC2020-044 | 03/18/2020 | CONDUCT / HOSTILE WORK ENVIRONMENT | CASE PENDING | |

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATED**

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: TEDESCO, JUSTIN P.
RANK: POLICE OFFICER
UNIT:  TRAFFIC
ADDRESS:
PHONE:
DOB:
DOA: 08/03/2012
EMPLOYEE # 172780
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-211  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER EFF., 8/03/12.   SO 2013-109  EFF., 4/29/13, TRANSFERRED FROM THE ACADEMY TO THE HOUSING UNIT.**
**SO 2018-186 ASSIGNED FROM HOUSING TO THE COMMISSIONER'S OFFICE/HQ'S EFF., 5/9/18.**
**SO 2018-335 TRANSFERRED FROM THE COMMISSIONER'S OFFICE BACK TO THE HOUSING UNIT, EFF., 8/13/18. SO 2020-150 TRANSFERRED FROM HOUSING TO THE TRAFFIC BUREAU, EFF., 6/15/20.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2013-211 | 11/13/2013 | PROCEDURES/ FAILD TO RESPOND | 1/30/14, OTHER DPC CONF. | Y |
| IC2015-009 | 1/24/2015 | PROCEDURES/ CITY INV. ACC. | 2/4/15, NOT SUSTAINED OTHER, DPC CONF. & TRAINING. | |
| IC2015-069 | 4/19/2015 | PROCEDURES/ CITY INV. ACC. | 5/6/15, NOT SUSTAINED, OTHER, DPC CONF. & TRAINING | |
| EC2015-024 | 4/18/2015 | CONDUCT | 10/7/15, NOT SUSTAINED | |
| EC2015-031 | 6/17/2015 | CONDUCT | 10/7/15, NOT SUSTAINED | |
| EC2015-038 | 6/30/2015 | CONDUCT/ PROCEDURES | SUSTAINED, TRIAGE HEARING REPRIMAND SO 2016-210 6/2/16 | |
| EC2015-064 | 11/10/2015 | CONDUCT/ RUDENESS | 3/9/16, NOT SUSTAINED | Y |
| EC2016-019 | 5/25/2016 | USE OF FORCE | 10/19/16, NOT SUSTAINED | Y |

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATED**

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  TEDESCO, JUSTIN P.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2016-037 | 6/22/2016 | CONDUCT/ HARASSMENT | SUSTAINED, TRIAGE HEARING XO 2017-171 REPRIMAND 5/15/17 | |
| IC2017-069 | 4/17/2017 | PROCEDURES/ CITY INV. ACC | 5-10-2017, OTHER, DPC CONF. | |
| EF2017-008 | 5/17/1017 | USE OF FORCE/OFFICERI NVOLVED SHOOTING. | 3/2/2018, NOT SUSTAINED | |
| IC2017-206 | 12/31/2017 | PROCEDURES/ SICK CONFINEMENT | SUSTAINED, TRIAGE HEARING 1 DAY W/O PAY SO 2018-474 11/06/18 | N/A |
| IC2018-072 | 9/26/2017 | PROCEDURES/ SICK CONFINEMENT | SUSTAINED, TRIAGE HEARING 1 DAY W/O PAY SO 2018-474 11/06/18 | |
| VA2019-014 | 2/11/2019 | PROCEDURES/ CITY INV. ACC. | SUSTAINED, REPRIMAND SO 2019-140 4/24/19 | |
| EF2019-001 | 02/07/2019 | EXCESSIVE FORCE | 04/17/2019 NOT SUSTAINED | |
| VA2019-093 | 09/24/2019 | CITY INVOLVED ACCIDENT/PDO | 12/11/2019 NOT SUSTAINED | |
| VA2019-102 | 11/01/2019 | CITY INVOLVED ACCIDENT / INJ | 02/27/2020 FORMAL HEARING REQ | |

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  TEDESCO, JUSTIN P.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2019-038 | 11/11/2019 | CONDUCT/ RACIAL PROFILING | 02/19/2020, Not Sustained | |
| EC2020-009 | 02/07/2020 | CONDUCT/IMPR OPER ARREST/RACIAL PROFILING | 06/24/2020 DPC CONFERENCE | |
| IC2020-013 | 02/21/2020 | PROCEDURES/F AIL TO APPEAR | 06/24/2020 Not Sustained | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  THOMAS, MITCHELL J., II
RANK:  POLICE OFFICER
UNIT:  E DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 08/04/2017
EMPLOYEE #174341
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2017-250** **APPROVED TO THE POSITION OF CONTINGENT PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 08/04/17.**
**SO 2017-256** **TRANSFERRED FROM THE ACADEMY TO E-DIST., EFF., 8/14/17.**
**SO 2017-423** **STATUS CHANGE FROM CONTINGENT PERMANENT PROBATIONARY POLICE OFFICER TO PERMANENT PROBATIONARY POLICE OFFICER EFF., 12/20/17.**
**SO 2018-180** **TRANSFERRED FROM THE ACADEMY TO THE E-DIST., EFF., 5/7/18.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| IC2018-079 | 05/21/18 | OFF-DUTY CONDUCT | 12/12/18, COMMISSIONER CONFERENCE | N/A |
| EF2019-004 | 03/18/2019 | USE OF FORCE/ PHYSICAL | NOT SUSTAINED 06/10/2019 | |
| EC2019-011 | 04/29/19 | OFF-DUTY CONDUCT | 10/3/2019 FORMAL HEARING REQ | |
| IC2019-046 | 05/07/2019 | CONDUCT/RUDE/UNPROFESSIONAL | 7/24/2019, OTHER CONFERENCE | |
| EC2019-021 | 07/03/2019 | CONDUCT/ HARASSMENT | REPRIMAND, 10/3/2019 SO2019-402 | YES |
| EC2019-022 | 07/23/2019 | CONDUCT LOST/STOLEN PROPERTY | 10/2/2019 EXONERATED | |
| EC2019-036 | 10/20/2019 | CONDUCT | OTHER, DPC CONF 6/24/20 | YES |
| EF2019-030 | 12/29/2019 | USE OF FORCE/ OFFICER INVOLVED SHOOTING | 03/04/2020 EXONERATED | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  THOMAS, MITCHELL J., II

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2019-078 | 10-21-19 | OFF-DUTY CONDUCT | 01/09/2020 FORMAL HEARING REQ | |
| IC2019-091 | 01/02/2020 | CONDUCT/ INSUBORDINATION | REQUEST FORMAL HEARING 01/16/2020 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: THOMAS, MITCHELL R.
RANK: POLICE OFFICER
UNIT: E DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 11/04/2016
EMPLOYEE #174094
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.**

LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| EC2017-036 | 11/09/2017 | CONDUCT/ LOST/STOLEN PROPERTY | 2/14/18, NOT SUSTAINED | Y |
| EC2018-029 | 7/20/2018 | CONDUCT/ HARASSMENT | 11/28/18, OTHER DPC CONF. | Y |
| IC2018-109 | 7/24/2018 | CONDUCT/ AWOL | OTHER, DPC CONF. 8/22/18 | |
| IC2018-124 | 8/19/2018 | CONDUCT/OFF DUTY | OTHER, COMM. CONF. 1/9/19 | |
| IC2019-014 | 1/23/2019 | PROCEDURES COURT ATTIRE | 2/20/2019 REPRIMAND SO 2019-066 | N/A |
| EF2019-004 | 03/18/2019 | USE OF FORCE/ PHYSICAL | 06/10/2019 NOT SUSTAINED | |
| IC2019-050 | 04/27/2019 | PROCEDURES/FI REARMS DISCHARGE | 07/24/2019, Exonerated | |
| EC2019-011 | 04/29/2019 | CONDUCT/ OFF DUTY | NOT SUSTAINED, 8/7/2019 | N/A |
| IC2019-046 | 05/07/2019 | CONDUCT/RUD E/UNPROFESSIO NAL | 07/24/2019, OTHER Conference | |

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2019-021 | 07/03/2019 | CONDUCT / HARASSMENT | 10/03/2019, REPRIMAND SO2019-401 | |
| EC20190-022 | 0723/19 | CONDUCT/ LOST/STOLEN PROPERTY | 10-2-2019, EXONERATED | |
| EF2019-030 | 12/29/19 | USE OF FORCE/OFFICER INVOLVED SHOOTING | 03/04/2020 EXONERATED | |
| IC2019-091 | 01/02/2020 | CONDUCT/ INSUBORDINAT ION | FORMAL HEARING REQ 1/16/2020 | |
| EC2020-018 | 04/13/2020 | CONDUCT/ INTOXICATED & PROCEDURES/ UNIFORM VIOLATION | CASE PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  MILLER, CHARLES M.
RANK:  POLICE OFFICER
UNIT:   D DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 01/13/2012
EMPLOYEE # 172566
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-06  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER EFF., 1/13/12.   SO 2012-305 EFF., 11/12/12 TRANSFERRED FROM THE ACADEMY TO THE E-DIST.  SO 2014-314 EFF., 10/13/14 TRANSFERRED FROM THE E-DIST. TO THE HOUSING UNIT, PER ARBITRATION AWARD.  SO 2020-150 TRANSFERRED FROM HOUSING TO THE D DIST., EFF., 6/15/20.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2013-035 | 7/24/2013 | USE OF FORCE | 11/15/13,  NOT SUSTAINED | Y |
| EC2013-081 | 7/24/2013 | CONDUCT | 9/18/13, NOT SUSTAINED | Y |
| EC2013-112 | 9/26/13 | CONDUCT | 12/4/13, NOT SUSTAINED OTHER, DPC CONF. | Y |
| EF2014-005 | 2/08/2014 | USE OF FORCE | 3/26/15, NOT SUSTAINED/ DPC CONF. | |
| EF2014-025 | 05/21/2014 | USE OF FORCE | 07/09/14, NOT SUSTAINED | |
| EC2015-012 | 3/02/2015 | CONDUCT/ RUDENESS | 3/23/15, NOT SUSTAINED OTHER, DPC CONF. | |
| EC2015-013 | 3/02/2015 | CONDUCT/ RUDENESS | 3/23/15, NOT SUSTAINED OTHER, DPC CONF. | |
| EC2015-027 | 06/01/2015 | OFFICER- INVOLVED SHOOTING – ANIMAL | 06/10/15, NOT SUSTAINED | Y |
| EC2015-059 | 10/06/2015 | CONDUCT/ HARASSMENT | 1/13/16, NOT SUSTAINED | Y |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  MILLER, CHARLES M.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2017-031 | 10/03/2017 | PROCEDURES | 1/31/18, NOT SUSTAINED, DPC CONFERENCE | |
| EF2017-020 | 12/04/2017 | USE OF FORCE PHYSICAL | 4/25/18, NOT SUSTAINED | |
| EC2018-035 | 09/19/2018 | CONDUCT | 1/9/19, NOT SUSTAINED | Y |
| VA2019-082  Lt. Lewis | 08/26/2019 | CITY INVOLVED /ACCPDO | 10/2/2019, CONFERENCE | |
| EC2020-005  Lt. Kelly | 01/06/2020 | CONDUCT | NOT SUSTAINED 6/11/20 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  WHITEFORD, ANDREW J.
RANK:  POLICE OFFICER
UNIT:   D DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 01/13/2012
EMPLOYEE # 172582
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2012-06  APPROVED APPOINTMENT TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER EFF., 1/13/12.   SO 2012-305 EFF., 11/12/12 TRANSFERRED FROM THE ACADEMY TO THE E-DIST.   SO 2014-314 EFF., 10/13/14 TRANSFERRED FROM THE E-DIST. TO THE HOUSING UNIT, PER ARBITRATION AWARD.  SO 2020-150 TRANSFERRED FROM HOUSING TO THE D DIST., EFF., 6/15/20.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|-----------------------|
| EF2013-035 | 7/24/2013 | USE OF FORCE | 11/15/13, NOT SUSTAINED | Y |
| EC2013-081 | 7/24/2013 | CONDUCT | 9/18/13, NOT SUSTAINED | Y |
| EF2013-047 | 9/20/2013 | USE OF FORCE | 11/06/13, NOT SUSTAINED | |
| EC2013-112 | 9/26/13 | CONDUCT | 12/4/13, NOT SUSTAINED OTHER, DPC CONF. | Y |
| EF2014-005 | 2/08/2014 | USE OF FORCE | 3/26/15, NOT SUSTAINED OTHER, DPC CONF. | |
| EF2014-025 | 05/21/2014 | USE OF FORCE | 07/09/14, NOT SUSTAINED | |
| EC2015-059 | 10/06/2015 | CONDUCT/ HARASSMENT | 1/13/16, NOT SUSTAINED | |
| EC2017-031 | 10/03/2017 | PROCEDURES | NOT SUSTAINED, DPC CONF. | |
| EF2017-020 | 12/04/2017 | USE OF FORCE PHYSICAL | 4/25/18, NOT SUSTAINED | |
| EC2018-035 | 09/19/2018 | CONDUCT | 1/9/2019 NOT SUSTAINED | Y |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  WHITEFORD, ANDREW

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| VA2019-082 | 08/26/19 | CITY INV. ACC PDO | 10/02/19 CHIEF YOUNG CONF. | |
| EC2020-005 | 1/06/2020 | CONDUCT | NOT SUSTAINED 6/11/20 | Y |
| VA2020-016 | 02/14/2020 | CITY INV. ACC PDO | EXONERATED 6/24/2020 | N/A |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: SCHULTZ, KARL
RANK: POLICE OFFICER
UNIT:  B DISTRICT
ADDRESS:
PHONE:
DOB:
EMPLOYEE #:  169325
DOA: 08/01/2008
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
SO 2008-106 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE **OFFICER EFF.,**
**8/1/08 AND IS ASSIGNED TO THE ACADEMY.  SO 2009-064 EFF., 5/4/09 TRANSFERRED FROM THE**
**ACADEMY TO C DIST.  SO 2009-98 TRANSFERRED FROM C-DIST. TO REMAIN AT C-DIST., EFF.**
**7/13/09.  SO 2010-108 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 291 DAYS**
**COMMENCING 7/26/10 THRU 5/19/11.  SO 2011-13 RETURNED FROM HIS MILITARY LOA W/O PAY**
**EFF., 1/9/11.  SO 2017-416 TRANSFERRED FROM THE C-DIST., TO THE B-DIST., EFF., 12/18/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| 2010-004 | 1/6/2010 | CONDUCT/ PROCEDURES | OTHER, CHIEF CONT. 5/12/10 | |
| 2011-064 | 3/10/2011 | USE OF FORCE | 02/22/12, NOT SUSTAINED | |
| 2011-079 | 3/28/2011 | CONDUCT | 2/22/12, NOT SUSTAINED | |
| 2012-161 | 6/04/2012 | USE OF FORCE | 10/17/12, NOT SUSTAINED | |
| 2012-183 | 6/24/2012 | USE OF FORCE/ ON DUTY SHOOTING | 11/06/13, NOT SUSTAINED | |
| IC2013-012 | 3/12/2013 | USE OF FORCE | 5/16/13,  NOT SUSTAINED OTHER, DPC CONF | Y |
| EF2013-045 | 9/10/2013 | USE OF FORCE | 08/20/14, NOT SUSTAINED | |
| EC2015-003 | 1/09/2015 | PROCEDURES | 5/7/15, NOT SUSTAINED | |
| IC2015-143 | 10/14/2015 | PROCEDURES/ CITY INV. ACC. | 11/25/15, OTHER DPC CONF. | |
| EC2016-047 | 8/30/2016 | CONDUCT | 1/11/17, NOT SUSTAINED | |
| EC2016-059 | 11/24/2016 | CONDUCT/ WEAPON POINTED | OTHER, DPC CONF. 8/23/17 | |
| EF2017-013 | 6/29/2017 | USE OF FORCE/ PHYSICAL | 11/21/17, NOT SUSTAINED | Y |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: SCHULTZ, KARL

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2019-014 | 05/24/2019 | EXCESSIVE FORCE | 7/25/19 NOT SUSTAINED | |
| EF2019-016 | 06/06/2019 | EXCESSIVE FORCE | 10/02/2019 EXONERATED | |
| EC2019-046 | 12/19/2019 | CONDUCT | CASE PENDING | |
| EC2020-022 | 03/24/2020 | CONDUCT | CASE PENDING | |
| IC2020-064 | 6/17/2020 | PROCEDURES | INFORMAL HEARING ON 07/01/2020 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  OTWELL, JAMES O.
RANK:   POLICE OFFICER
UNIT:    A DISTRICT
ADDRESS:
PHONE:
DOB:
DOA:  01/17/2014
EMPLOYEE #173062
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:

**SO 2014-014 APPROVED TO THE POSITION OF PROBATIONARY POLICE OFFICER (PERMANENT) ASSIGNED TO THE ACADEMY EFF., 1/17/14.   SO 2014-314 TRANSFERRED FROM THE ACADEMY TO THE C-DIST.   SO 2015-006 EFF., 1/12/15 IS TRANSFERRED FROM "C" DISTRICT TO "D" DISTRICT.    SO 2015-154 TRANSFERRED FROM THE D- DIST. TO THE E-DIST., EFF., 5/18/15.   SO 2018-259 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 20 DAYS COMMENCING 6/27/18 THRU 7/16/18.   SO 2018-295 RETURNS FROM HIS MILITARY LOA W/O PAY EFF., 7/17/18.  SO 2018-381 GRANTED A MILITARY LOA W/O PAY FOR THE PERIOD OF 3 DAYS COMMENCING 9/7/18 THRU 9/9/18.  <u>SO 2019-297</u> TRANSFERRED FROM E DIST TO A DIST. EFF., 0001 HRS. 8/5/19.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2014-158 | 10/27/2014 | PROCEDURES – PRISONERS | 03/26/2015, NOT SUSTAINED/ DPC CONF. | N/A |
| IC2015-031 | 2/18/2015 | PROCEDURES CITY INV. ACC. | 3/23/15, NOT SUSTAINED OTHER, DPC CONF. & TRAINING | |
| IC2015-057 | 3/27/2015 | PROCEDURES CITY INV. ACC. | SUSTAINED, 1 DAY W/O PAY SO 2015-182 6/3/15 | |
| EC2016-044 | 7/25/2016 | CONDUCT/ POOR SERVICE | 10/19/16, NOT SUSTAINED | Y |
| EC2017-042 | 12/05/2017 | CONDUCT/ RUDENESS | 5/23/18, OTHER CHIEF CONF. | |
| EF2018-010 | 09/16/2018 | USE OF FORCE | 4/3/19, OTHER DPC CONF. | |
| EC2019-005 | 2/13/2019 | CONDUCT/ ILLEGAL SEARCH | CONF. PENDING 8/7/19 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  OTWELL, JAMES O.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2019-047 | 05/08/2019 | PROCEDURES /ESCAPRED PRISONER | 08/28/2019, SUSTAINED 2 DAYS W/O PAY SO 2019-345 | N/A |
| VA2020-046 | 06/03/2020 | CITY INV ACC PDO | 06/24/2020 EXONERATED | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: MCKNIGHT, CALVIS X.
RANK: POLICE OFFICER
UNIT: E DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 11/04/2016
EMPLOYEE #174116
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426** APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
**SO 2017-256** TRANSFERRED FROM THE ACADEMY TO E-DIST., EFF., 8/14/17.
**SO 2018-180** TRANSFERRED FROM THE E-DIST. TO THE D-DIST., EFF., 5/7/18.
**SO 2018-420** TRANSFERRED FROM THE D-DIST., TO THE E-DIST., EFF., 10/15/18.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2017-013 | 6/29/2017 | USE OF FORCE/ PHYSICAL | 11/21/17, NOT SUSTAINED | Y |
| IC2018-124 | 8/19/2018 | CONDUCT | OTHER, COMM. CONF. 1/9/19 | |
| IC2019-011 | 01/16/2019 | PROEDURES/VP URSUIT | OTHER, DPC. CONF. 3/6/19 | N/A |
| VA2019-034 | 03/20/2019 | PROCEDURES CITY INV. ACC | OTHER, DPC CONF.4/17/19 | |
| EF 2019-008 | 03/25/2019 | USE OF FORCE/ PHYSICAL | 7/24/19, NOT SUSTAINED | |
| EC2019-015 | 05/23/2019 | CONDUCT | OTHER, DPC CONF. 10/30/19 | |
| EC2019-018 | 05/29/2019 | CONDUCT | OTHER DPC CONF. 10/30/19 | Y |
| EC2019-014 | 06/04/2019 | PROCEDURES | OTHER DPC CONF. 07/24/2019 | Y |
| EC2019-025 | 08/07/2019 | CONDUCT | NOT SUSTAINED 10/30/19 | |
| EF2019-028 | 11/23/19 | EXCESSIVE FORCE | EXONERATED 6/11/20 | Y |
| VA2020-028 | 03/23/2020 | CITY INV. ACC. | PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  JACKSON, JONATHAN R.
RANK:  POLICE OFFICER
UNIT:  C DISTRICT
ADDRESS:
PHONE:
DOB:
DOA:  11/04/2016
EMPLOYEE #174066
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426** APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER
AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
**SO 2017-256** TRANSFERRED FROM THE ACADEMY TO E-DIST., EFF., 8/14/17.
**2018-355** GRANTED A PERSONAL/EMPLOYMENT LOA W/O PAY FOR THE PERIOD OF 1 YR.
COMMENCING 8/28/18 THRU 8/28/19.  **SO 2019-219** RETURNS FROM HIS PERSONAL LEAVE OF
ABSENCE WITHOUT PAY EFF., 6/21/19 AND ASSIGNED TO THE COMMISSIONERS OFFICE.  SO
**2019-281** TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO E DIST EFF.,  0001 HRS 7/15/19.
**SO 2019-396** TRANSFERRED FROM E-DIST TO THE HOUSING UNIT EFF., 10/14/19.  **SO 2020-150**
TRANSFERRED FROM HOUSING TO C DIST., EFF., 6/15/20.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| EC2017-033 | 9/26/2017 | CONDUCT | EXONERATED 3/28/18 | Y |
| EC2017-036 | 11/09/2017 | CONDUCT LOST/STOLEN PROPERTY | 2/14/18, NOT SUSTAINED | Y |
| EC2017-044 | 11/16/2017 | CONDUCT DISCOURTESY | SUSTAINED, REPRIMAND SO 2018-156 4/18/18 | |
| IC2018-007 | 2/02/2018 | PROCEDURES | 5/23/18, NOT SUSTAINED | Y |
| IC2018-109 | 7/24/2018 | CONDUCT/ AWOL | OTHER, DPC CONF. 8/22/18 | |
| EF2019-027 | 11/22/19 | EXCESSIVE FORCE | CASE PENDING | |
| VA2020-007 | 01/17/20 | PROCEDURES / CITY INV.ACC | OTHER, DPC CONF 6/11/20 | |
| IC2020-047 | 05/06/2020 | PROCEDURES | CASE PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  GARRY, PATRICK S.
RANK:  POLICE OFFICER
UNIT:   C DISTRICT
ADDRESS:
PHONE:
DOB
DOA: 11/04/2016
EMPLOYEE #174088
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.**
**SO 2017-256 IS TRANSFERRED FROM THE ACADEMY TO THE C-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD #                  | DATE OPENED | COMPLAINT                   | DISPOSITION                        | LETTER TO COMPLAINANT |
|------------------------|-------------|-----------------------------|------------------------------------|-----------------------|
| IC2018-014             | 1/18/2018   | PROCEDURES CITY INV. ACC.   | 4/25/18, OTHER CHIEF CONF. TRAINING |                       |
| EC2018—005             | 1/16/2018   | CONDUCT                     | 3/14/18, OTHER DPC CONF.           | Y                     |
| IC2018-098             | 6/10/2018   | CONDUCT/ OFF DUTY           | NOT SUST 9/5/18                    |                       |
| IC2018-107             | 7/17/2018   | PROCEDURES/ CITY INV. ACC.  | DPC CONF.9/5/18                    |                       |
| EF2019-009             | 4/10/2019   | USE OF FORCE -- PHYSICAL    | NOT SUSTAINED, 8/7/2019           | YES                   |
| EF2019-029 Lt. Farley  | 12/16/2019  | Use of Force/Physical       | Exonerated                         | YES                   |
| EC2019-047 Lt. Farley  | 12/31/2019  | Conduct                     | Pending                            |                       |
| EC2020-019             | 04/20/2020  | CONDUCT                     | PENDING                            |                       |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  GIARRANO, JAKE J.
RANK:   POLICE OFFICER
UNIT:    C DISTRICT
ADDRESS
PHONE:
DOB:
DOA: 01/20/2017
EMPLOYEE #174203
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2017-021** APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER
AND IS ASSIGNED TO THE ACADEMY EFF., 01/20/17.
**SO 2017-416** TRANSFERRED FROM THE ACADEMY TO THE E-DIST., EFF., 12/18/17.
**SO 2018-420** TRANSFERRED FROM THE E-DIST., TO THE C-DIST,  EFF., 10/15/18.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2018-050 | 3/26/2018 | PROCEDURES/ CITY INV. ACC. | EXONERATED 8/22/18 | N/A |
| EF2018-004 | 6/27/2018 | USE OF FORCE | NOT SUSTAINED 05/29/2019 | |
| EC2019-008 | 4/16/2019 | CONDUCT | EXONERATED 10/16/2019 | Y |
| EF2019-011 | 04/24/2019 | EXCESSIVE FORCE | EXONERATED 09/04/2019 | Y |
| EC2019-010 Lt. Alberti | 04/24/2019 | CONDUCT | 01/09/2020 FORMAL HEARING REQ | |
| EF2019-013 | 05/09/2019 | EXCESSIVE FORCE | NOT SUSTAINED 07/24/2019 | YES |
| VA2020-032 | 4/16/2020 | PROCEDURES/ CITY INV ACC | Pending | |
| IC2020-052 | 05/11/2020 | PROCEDURES/R EPORT ENTRY | PENDING | |
| EC2020--033 | 6/21/2020 | PROCEDURES | Pending | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: DAVIDSON JOHN M.
RANK: POLICE OFFICER
UNIT: C DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 01/20/2017
EMPLOYEE #174211
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2017-021** APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER
AND IS ASSIGNED TO THE ACADEMY EFF., 01/20/17.
**SO 2017-416** TRANSFERRED FROM THE ACADEMY TO THE C-DIST., EFF., 12/18/17.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2019-009 | 4/10/2019 | USE OF FORCE – PHYSICAL | NOT SUSTAINED, 8/7/2019 | YES |
| EC2020-007 | 01/15/2020 | PROCEDURES/ IMPROPER SEARCH (Notice of Claim) | CASE PENDING | |
| EC2020-029 | 06/23/2020 | PROCEDURES | CASE PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: MULLEN, PAUL K.
RANK: CAPTAIN
UNIT: STAFF INSPECTIONS
ADDRESS:
PHONE:
EMPLOYEE # 667975
DOB:
DOA:   9/15/95
RECEIVED DRUG TESTING POLICY: YES
RECEIVED RULES & REGULATIONS: YES
RECEIVED CONFINEMENT POLICY: NO
**SO 2003-81 GRANTED A MILITARY LOA W/O PAY FOR AN UNDETERMINED AMOUNT OF TIME COMMENCING 4/9/03.**
**SO 2003-115 RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 5/29/2003. SO 2007-216 GRANTED A MILITARY LOA W/O PAY FOR AN UNDETERMINED AMOUNT OF TIME COMMENCING 10/1/07. SO 2008-94 RETURNS FROM HIS MILITARY LOA W/O PAY EFF., 6/25/08. SO 2009-164 APPROVED TO THE POSITON OF CONTINGENT PERM. LT., EFF., 11/17/09. SO 2009-165 EFF., 11/17/09 TRANSFERRED FROM C-DIST. TO D-DIST.**
**SO 2010-69 EFF., 6/9/10 TRANSFERRED FROM THE D-DIST., TO THE RELIEF CIRCUIT.**
**SO 2010-188 STATUS CHANGE FROM CONTINGENT PERM. LT. TO PERM. LT., EFF., 11/11/10. SO 2010-193 TRANSFERRED FROM THE RELIEF CIRCUIT TO THE E-DIST., EFF., 11/11/10. SO 2011-168 GRANTED A MILITARY LOA W/O PAY FOR A PERIOD OF 10 MONTHS COMMENCING 9/1/11 THRU 7/1/12. SO 2012-162 RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 6/14/12. SO 2014-228 PROMOTED TO PERM. CAPTAIN 07/28/14. SO 2014-230 TRANSFERRED TO THE D-DIST. EFF., 7/28/14. SO 2019-281 TRANSFERRED FROM D-DIST TO STAFF INSPECTIONS.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 96-401 | 11/13/96 | DISCOURTESY | EXONERATED, 1/27/97 | Y |
| 2002-120 | 10/16/2002 | USE OF FORCE (PHYSICAL) | 4/16/03, NOT SUSTAINED | |
| 2005-021 | 02/16/2005 | ON DUTY AUTO ACCIDENT | CHIEF'S CONF | |
| 2009-128 | 09/03/2009 | CONDUCT | 2/4/10, NOT SUSTAINED | Y |
| EC2019-007 | 12/12/2018 | CONDUCT-OFF DUTY | EXONNERATED 6/26/19 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  STANCHAK, LINDA D.
RANK:  LIEUTENANT
UNIT:   CITY COURT BOOKING
ADDRESS:
PHONE:
DOB:
DOA:   7/24/96
RECEIVED DRUG TESTING POLICY: NO
RECEIVED RULES & REGULATIONS: NO
RECEIVED CONFINEMENT POLICY: NO
**SO 2008-044 PROMOTED FROM PO TO CONTINGENT PERM. LT., & IS TRANSFERRED FROM "B" DIST., TO "D" DIST., EFF., 3/17/08.  2008-84 APPROVED CHANGE OF STATUS FROM CONTINGENT TO PERMANENT LIEUTENANT, EFF., 6/16/08.  SO 2020-029 TRANSFERRED FROM D DISTRICT TO THE CITY COURT BOOKING, EFF., 1/20/20.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2001-153 | 09/27/01 | CONDUCT | 8/14/02, NOT SUSTAINED | Y |
| 2012-050 | 2/17/2012 | PROCEDURES/ CONDUCT | 5/1/12, NOT SUSTAINED CHIEF CONF. | |
| IC2016-065 | 04/27/2016 | PROCEDURES – CORRESPONDE NCES | 05/19/2016, NOT SUSTAINED/ DPC CONF. | N/A |
| IC2016-062 | 5/03/2016 | PROCEDURES | SUSTAINED,' REPRIMAND SO 2016-352 9/7/16 | |
| IC2016-082 | 06/21/2016 | PROCEDURES/ CITY INV. ACC. | 07/13/16, NOT SUSTAINED/ OTHER, DPC CONF. | N/A |
| IC2017-152 | 9/07/2017 | PROCEDURES/ CITY INV. ACC. | 11/21/17, OTHER DPC CONF. & EVOC TRAINING | N/A |
| IC2018-031 | 8/15/2018 | CONDUCT – LOST/STOLEN PROPERTY | 1/9/19, NOT SUSTAINED | Y |
| IC2018-165 | 10/14/2018 | PROCEDURES- DOMESTIC INVOLVING DEPT MEMBER | WAITING ON CONFERENCE | |
| EC2018-045 | 10/31/18 | PROCEDURES | DPC CONF 2/6/19 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: LINDA STANCHAK

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2018-012 | 12/23/2018 | USE OF FORCE | 0724/2019, NOT SUSTAINED | |
| | | | | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: ACQUINO, MICHAEL J.
RANK:  DETECTIVE
UNIT:
ADDRESS:
PHONE:
DOB:
DOA:   01/18/2008
EMPLOYEE#: 168201
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2008-024  APPROVE TO THE POSITION OF PROBATIONARY POLICE OFFICER EFF., 1/18/08 AND ASSIGNED TO THE POLICE ACADEMY.**
**SO 2008-136 EFF., 10/6/08 TRANSFERRED FROM THE ACADEMY TO C-DIST.**
**SO 2009-05 EFF., 1/15/09 WILL REMAIN AT C-DIST.**
**SO 2010-95 EFF., 7/24/10, TRANSFERRED FROM THE C-DIST. TO THE HOUSING UNIT.**
**SO 2013-068 EFF., 4/01/13, TRANSFERRED FROM HOUSING UNIT TO THE STRIKE FORCE.**
**SO 2018-016 PROMOTED TO PERM. DET. AND IS TRANSFERRED TO INTELLIGENCE EFF., 1/15/18.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2009-109 | 8/04/2009 | USE OF FORCE | EXONERATED, 06/02/10 | Y |
| 2009-152 | 10/28/2009 | USE OF FORCE | 12/16/09, NOT SUSTAINED | Y |
| 2010-244 | 08/12/2010 | USE OF FORCE SHOT FIRED | EXONERATED 9/28/10 | |
| 2010-348 | 11/30/2010 | PROCEDURES CITY INV. ACC. | EXONERATED 12/15/10 | N/A |
| 2011-132 | 5/26/2011 | CONDUCT | 6/21/11, NOT SUSTAINED | Y |
| 2011-137 | 6/02/2011 | USE OF FORCE | 01/11/12, NOT SUSTAINED | |
| 2011-162 | 6/29/11 | USE OF FORCE | UNFOUNDED 9/21/11 | Y |
| 2012-265 | 8/24/2012 | USE OF FORCE | 8/13/13, NOT SUSTAINED OTHER, DPC CONF. | |
| 2012-336 | 11/02/2012 | CONDUCT | 5/15/13, NOT SUSTAINED | |
| 2012-367 | 12/30/2012 | CONDUCT/ HARASSMENT | 08/13/13, NOT SUSTAINED | |
| EF2013-002 | 1/21/2013 | USE OF FORCE | 3/16/13, NOT SUSTAINED | Y |
| EF2013-028 | 6/12/2013 | USE OF FORCE | 8/13/13, NOT SUSTAINED | Y |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: ACQUINO, MICHAEL

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|----------------------|
| EC2014-064 | 5/27/2014 | CONDUCT/ ILLEGAL SEARCH | 10/23/14, NOT SUSTAINED | |
| EF2014-045 | 08/18/2014 | EXCESSIVE FORCE | 08/14/15, UNFOUNDED | |
| EF2014-176 | 11/11/2014 | PROCEDURES CITY INV. ACC | 03/26/15, NOT SUSTAINED/ DPC CONFERENCE | N/A |
| EC2015-036 | 7/01/15 | CONDUCT | 10/7/15, NOT SUSTAINED | Y |
| EF2016-019 | 5/25/2016 | USE OF FORCE | 10/19/16, NOT SUSTAINED | Y |
| EC2016-051 | 8/11/2016 | PROCEDURES | OTHER, ADMINISTRATIVE 1/19/18 | |
| EC2016-052 | 09/08/2016 | PROCEDURES – SEARCH & PROPERTY DAMAGE | 12/14/16, NOT SUSTAINED | Y |
| EC2016-054 | 10/17/2016 | PROCEDURES – PRISONER TRANSPORT | 12/14/16, NOT SUSTAINED/ DPC CONFERENCE | Y |
| IC2018-027 | 02/06/2018 | PROCEDURES – FIREARMS SECURITY | 5/23/18, OTHER DPC CONF. | N/A |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  GUILIAN, JERRY J.
RANK:  DETECTIVE
UNIT:   E DISTRICT
ADDRESS:
PHONE:
EMPLOYEE # 379800
DOB:
DOA:    1/30/97
RECEIVED DRUG TESTING POLICY: NO
RECEIVED RULES & REGULATIONS: NO
RECEIVED CONFINEMENT POLICY: NO
**SO 97-198 TRANSFERRED FROM THE POLICE TRAINING ACADEMY TO "C" DISTRICT - C-11
EFFECTIVE 0001 HOURS 7/7/97. SO 98-09 TRANSFERRED FROM "C" DISTRICT – C-11 TO "C"
DISTRICT – C-12 EFFECTIVE 0001 HOURS 1/13/98. SO 2000-213 TRANSFERRED FROM "C"
DISTRICT – C-12 TO "C" DISTRICT EFFECTIVE 0645 HOURS 9/14/2000.  SO 2003-90 GRANTED A
MILITARY LOA W/O PAY FOR THE PERIOD OF 10 MONTHS COMMENCING 3/24/03 THRU 1/25/04.
SO 2004-027 RETURNED FROM HIS MILITARY LOA W/O PAY, FOR PAYROLL PURPOSES ONLY,
EFF., 1/26/04.  SO 2004-071 GRANTED A MILITARY LOA W/O PAY FOR AN UNDETERMINED
AMOUNT OF TIME COMMENCING 3/24/04.  SO 2005-39 RETURNS FROM HIS MILITARY LOA W/O
PAY EFF., 1/28/05.
SO 2009-05 EFF., 1/15/09 TRANSFERRED FROM C-DIST. TO MRU
SO 2012-158 EFF., 6/11/12, TRANSFERRED FROM MRU TO E-DIST.
SO 2012-305 EFF., 11/12/12 TRANSFERRED FROM THE E-DIST. TO HOUSING.
SO 2013-068 EFF., 4/01/13, TRANSFERRED FROM HOUSING UNIT TO THE STRIKE FORCE.
SO 2013-315  EFF., 1/6/14, PROMOTED TO PERM. DETECTIVE.  SO 2014-001 TRANSFERRED FROM
STRIKE FORCE AS A PO, TO THE E DIST, AS A DET. EFF., 1/6/14.
LAWSUIT:**

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| 98-161 | 5/22/98 | DISCOURTESY | CAPT. CONF. 7/9/98 | Y |
| 98-187 | 6/23/98 | PROCEDURES | CAPT. CONF. 8/3/98 | Y |
| 98-321 | 10/2/98 | DISCOURTESY | 11/19/98, NOT SUSTAINED | Y |
| 2000-021 | 1/31/2000 | USE OF FORCE/ PHYSICAL | 4/12/00, NOT SUSTAINED | Y |
| 2006-128 | 9/13/2006 | USE OF FORCE | 8/23/07, NOT SUSTAINED | |
| 2007-022 | 2/2/2007 | PROCEDURES/ CONDUCT | UNFOUNDED, 6/12/2007 | |
| 2008-133 | 11/13/2008 | ILLEGAL SEARCH | 12/18/08, NOT SUSTAINED | |
| 2010-122 | 5/04/2010 | PROCEDURES CITY INV. ACC. | EXONERATED 5/12/10 | N/A |
| 2011-087 | 04/05/2011 | PROCEDURES CITY INV. ACC. | EXONERATED 5/18/11 | N/A |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: GUILIAN, JERRY J.

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2011-269 | 10/25/2011 | PROCEDURES CITY INV. ACC. | SUSTAINED, REPRIMAND SO 2012-294 10/17/12 | |
| 2011-293 | 11/14/2011 | CONDUCT/ PROCEDURES | 5/1/12, OTHER, DPC CONF. | |
| 2012-223 | 7/24/2012 | PROCEDURES/ COURT APPEARANCE | EXONERATED 7/3/13 | Y |
| 2012-343 | 11/07/2012 | PROCEDURES CITY INV. ACC. | SUSTAINED, REPRIMAND SO 2013-313 12/23/13 | N/A |
| 2012-360 | 12/08/2012 | USE OF FORCE | 3/15/13, NOT SUSTAINED | |
| EF2013-009 | 3/06/2013 | USE OF FORCE | 4/17/13, NOT SUSTAINED | |
| IC2015-022 | 02/09/2015 | CONDUCT – OFF-DUTY | SUSTAINED, TRIAGE HEARING 2 DAYS W/O PAY SO 2017-010 12/19/16 | |
| EC2015-040 | 6/20/2015 | CONDUCT | 1/13/15, NOT SUSTAINED | |
| EC2016-026 | 4/25/2016 | CONDUCT-OFF DUTY | SUSTAINED, TRIAGE HEARING LETTER OF REPRIMAND SO 2017-011 12/19/16 | |
| IC2016-106 | 08/04/2016 | CONDUCT | 08/17/16, NOT SUSTAINED/ DPC CONF. | N/A |
| EC2017-032 | 10/17/2017 | CONDUCT | 1/31/18, NOT SUSTAINED | Y |
| IC2019-053 Lt. Lloyd | 5/15/2019 | PROCEDURES/ SICK CONF. | 10/03/2019 SUSTAINED SUSPENDED 1 DAY W/O PAY SO 2019-403 | |
| EF2020-001 Lt. Lloyd | 1/16/2020 | USE OF FORCE/ FALSE ARREST | 03/04/2020, SUSTAINED REPRIMAN SO 2020-084 | |
| EC2020-021 | 3/4/2020 | CONDUCT/ RUDENESS | CASE PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: FITZPATRICK, PAUL E., JR.
RANK: DETECTIVE
UNIT: NARCOTICS
ADDRESS:
PHONE:
DOB:
DOA: 01/18/2008
EMPLOYEE #: 168220
DRIVERS LICENSE:
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2008-024 APPOINTED TO THE POSITION OF PROBATIONARY POLICE OFFICER AND ASSIGNED TO THE POLICE ACADEMY. EFF., 1/18/08.  SO 2008-136 EFF., 10/6/08 TRANSFERRED FROM THE ACADEMY TO THE E-DIST.  SO 2009-05 TRANSFERS EFF., 1/15/09, WILL REMAIN AT E-DIST.  SO 2019-011 APPROVED TO THE POSITION OF PERM. DETECTIVE EFF., 1/14/19.   SO 2019-013 IS TRANSFERRED AS A DETECTIVE TO THE E-DIST., EFF., 1/14/19.  SO 2019-297 TRANSFERRED FROM E DIST TO NARCOTICS, EFF., 0001 HRS., 8/5/19.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2009-048 | 4/15/2009 | USE OF FORCE | EXONERATED, 06/10/2009 | Y |
| 2009-069 | 5/21/2009 | CONDUCT OFF DUTY | EXONERATED 2/4/10 | |
| 2010-114 | 4/13/2010 | USE OF FORCE | 4/13/11, NOT SUSTAINED | |
| 2010-181 | 6/27/2010 | CONDUCT OFF DUTY | OTHER, DPC CONF. 1/12/11 | N/A |
| 2010-190 | 7/10/2010 | PROCEDURES CITY INV. ACC. | CHARGES DISMISSED 1/16/13 | |
| 2010-194 | 7/13/2010 | USE OF FORCE | 8/11/10, NOT SUSTAINED | |
| 2010-227 | 8/03/2010 | USE OF FORCE | 9/28/10, NOT SUSTAINED | Y |
| 2010-259 | 8/31/2010 | USE OF FORCE/ CONDUCT | 11/17/10, NOT SUSTAINED, OTHER, DPC CONF. | Y |
| 2010-343 | 11/23/2010 | USE OF FORCE | 11/16/15, NOT SUSTAINED TRIAGE HEARING SO 2015-331 | |
| 2011-030 | 1/31/2011 | USE OF FORCE | 3/3/11, NOT SUSTAINED OTHER, COMM. CONF. 3/3/11 | Y |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: FITZPATRICK, PAUL

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| 2010-033 | 1/30/2011 | PROCEDURES/ CITY INV. ACC. | EXONERATED 6/15/11 | |
| 2011-046 | 2/15/2011 | CONDUCT | 3/11/11, NOT SUSTAINED | |
| 2011-250 | 9/28/2011 | USE OF FORCE | 11/2/11, NOT SUSTAINED | Y |
| 2011-330 | 12/15/2011 | USE OF FORCE | 10/03/12, NOT SUSTAINED | |
| 2012-095 | 4/04/2012 | USE OF FORCE | 03/06/2013, NOT SUSTAINED | |
| 2012-351 | 11/30/2012 | CONDUCT INSUBORDINATION | 11/16/15, SUSTAINED LETTER OF REPRIMAND TRIAGE HEARING SO 2015-330 | |
| EC2013-023 | 1/24/2013 | CONDUCT OFF DUTY | SUSTAINED, LETTER OF REPRIMAND TRIAGE HEARING SO 2015-259 12/14/15 | |
| EF2013-013 | 3/16/2013 | USE OF FORCE | 7/3/13, NOT SUSTAINED | Y |
| EF2013-019 | 4/22/2013 | USE OF FORCE | 7/10/13, NOT SUSTAINED | Y |
| IC2013-093 | 4/23/2013 | PROCEDURES | 7/10/13, NOT SUSTAINED | |
| IC2013-097 | 5/01/2013 | PROCEDURES CITY INV. ACC. | TRIAGE AWARD SUSTAINED, EVOC TRAINING SO 2015-299 9/25/15 | |
| EF2013-033 | 7/08/2013 | USE OF FORCE | 9/13/13, NOT SUSTAINED | Y |
| EF2013-043 | 8/29/2013 | USE OF FORCE | 12/3/13, NOT SUSTAINED | Y |
| EC2013-146 | 7/10/2013 | CONDUCT/ INSUBORDINATION | 8/13/13, NOT SUSTAINED OTHER, CHIEF CONF. | N/A |
| IC2014-014 | 1/16/2014 | CONDUCT/ AWOL | 07/16/2014, CHARGES DISMISSED | N/A |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: FITZPATRICK, PAUL

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2014-028 | 2/02/2014 | PROCEDURES/ CITY INV. ACC. | 2/19/14, NOT SUSTAINED OTHER, DPC CONF. | N/A |
| EF2014-006 | 3/10/2014 | USE OF FORCE | 4/16/14, NOT SUSTAINED OTHER, DPC CONF. | |
| EF2014-021 | 5/07/2014 | USE OF FORCE | 11/28/18, NOT SUSTAINED | |
| EF2015-014 | 03/30/2015 | USE OF FORCE | 11/28/18, NOT SUSTAINED | |
| EF2015-015 | 03/30/2015 | USE OF FORCE | 11/21/18, NOT SUSTAINED | |
| IC2015-144 | 10/16/2015 | PROCEDURES/ CITY INV. ACC. | EXONERATED 11/25/15 | |
| EC2017-003 | 3/02/2017 | CONDUCT/ MISSING PROPERTY | 6/28/17, OTHER DPC CONF. | |
| EC2017-004 | 01/02/2017 | PROCEDURES CITY INV. ACC. | 8/23/17, NOT SUSTAINED | |
| EF2017-009 | 12/18/2016 | USE OF FORCE | 3/14/18, OTHER DPC CONF. | Y |
| EC2017-028 | 8/23/2017 | CONDUCT | 11/30/17, NOT SUSTAINED | Y |
| IC2018-174 | 11/12/2018 | CONDUCT/ INSUBORDINATION | SUSTAINED 4 DAYS W/O PAY SO 2018-492 11/21/18 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  REZABEK, WILLIAM J., JR.
RANK:  DETECTIVE
UNIT:   NARCOTICS
ADDRESS:
PHONE:
DOB:
DOA:    01/18/2008
EMPLOYEE#: 168258
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2008-024  APPROVE TO THE POSITION OF PROBATIONARY POLICE OFFICER EFF., 1/18/08 AND ASSIGNED TO THE POLICE ACADEMY.   SO 2008-136 EFF., 10/6/08 TRANSFERRED FROM THE ACADEMY TO C-DIST.   SO 2009-05 TRANSFERS EFF., 1/15/09, WILL REMAIN AT C-DIST.  SO 2010-69 EFF., 6/9/10 TRANSFERRED FROM THE C-DIST. TO THE HOUSING UNIT.  SO 2014-314 EFF., 10/13/14, TRANSFERRED FROM THE HOUSING UNIT TO THE A-DIST.  SO 2016-249 TRANSFERRED FROM THE A-DIST., TO THE C-DIST., EFF., 7/18/16.  SO 2018-265 PROMOTED TO PERMANENT DETECTIVE AND ASSIGNED TO THE B-DIST, EFF., 7/2/18.  SO 2019-209 TRANSFERRED FROM THE BI DIST TO NARCOTICS EFF., 0001 HRS 6/17/19.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2009-078 | 6/11/2009 | USE OF FORCE | OTHER, DPC CONF. 5/5/10 | |
| 2009-101 | 7/22/2009 | USE OF FORCE | 2/4/10, NOT SUSTAINED | |
| 2010-256 | 8/23/2010 | USE OF FORCE | 3/23/11, NOT SUSTAINED | N |
| 2011-192 | 7/26/2011 | USE OF FORCE | 07/25/12, NOT SUSTAINED | N/A |
| 2012-194 | 7/03/2012 | CONDUCT/ DISCOURTESY | 7/25/12, NOT SUSTAINED | Y |
| IC2013-152 | 8/08/2013 | CONDUCT/ INSUBORDINATION | SUSTAINED, TRIAGE HEARING 1 DAYS W/O PAY SO 2017-166 6/22/16 | |
| EF2014-001 | 1/15/2014 | USE OF FORCE | 3/19/14,  NOT SUSTAINED | |
| EF2015-045 | 11/18/2015 | USE OF FORCE | 5/19/16, NOT SUSTAINED | Y |
| EC2016-019 | 03/28/2016 | PROCEDURES/ INVESTIGATION | 12/14/16, NOT SUSTAINED | Y |
| IC2016-157 | 11/02/2016 | PROCEDURES CITY INV. ACC. | 6/28/17, OTHER DPC CONF. | N/A |
| EF2016-027 | 12/13/2016 | USE OF FORCE/ CONDUCT | EXONERATED 6/28/17 | |
| IC2020-009 | 02/13/2020 | CONDUCT/ INSUBORDINATION | OTHER, 6/10/20 DPC CONF. | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: HASSETT, JOSEPH
RANK: POLICE OFFICER
UNIT:  NET
ADDRESS:
PHONE
DOB:
DOA:   07/31/2009
EMPLOYEE#: 170250
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2009-109   APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER
EFF., 7/31/09.   SO 2010-70  EFF., 6/9/10  TRANSFERRED FROM THE ACADEMY TO THE B-DIST.   SO
2010-95 EFF7/24/10 TRANSFERRED FROM THE B-DIST. TO THE A-DIST.
SO 2013-109 EFF., 4/29/13, TRANSFERRED FROM THE A-DIST., TO THE HOUSING UNIT.  SO 2019-
396 TRANSFERRED FROM THE HOUSING UNIT TO NET EFF., 10/14/19.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|-----------------------|
| 2010-255 | 8/22/2010 | PROCEDURES ON DUTY ACC. | SUSTAINED, 1 DAY W/O PAY SO 2011-12 1/19/11 | N/A |
| 2010-334 | 11/13/2010 | PROCEDURES/ SHOTS FIRED | 1/12/11, NOT SUSTAINED OTHER, COMM. CONF. | |
| 2011-051 | 2/22/2011 | PROCEDURES/ ORDER TO SIGN STATEMENT | 3/9/11, OTHER CHIEF CONF. | |
| 2011-204 | 8/04/2011 | PROCEDURES/ CITY INV. ACC. | SUSTAINED, REPRIMAND SO 2012-58 3/7/12 | N/A |
| IC2014-064 | 4/19/2014 | PROCEDURES/ ADDITIONAL EMPLOYMENT | SUSTAINED, REPRIMAND SO 2015-095 4/15/15 | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: HASSETT, JOSEPH

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|-----------------------|
| EF2014-053 | 10/01/2014 | USE OF FORCE | 11/05/18, NOT SUSTAINED | |

| | | | TRIAGE PACKAGE WITH EF2017-010 | |
|---|---|---|---|---|
| EF2014-003 | 01/23/2014 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2014-023 | 05/14/2014 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2014-032 | 06/27/2014 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2014-047 | 09/02/2014 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EC2014-147 | 10/22/2014 | CONDUCT | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2015-007 | 01/29/2015 | USE OF FORCE | 6/6/18, NOT SUSTAINED | |
| EF2015-011 | 03/12/2015 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2015-035 | 07/09/2015 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EF2015-036 | 09/16/2015 | USE OF FORCE | 11/05/18, NOT SUSTAINED TRIAGE PACKAGE WITH EF2017-010 | |
| EC2015-053 | 9/25/2015 | CONDUCT/ HARASSMENT | 03/09/2016, NOT SUSTIANED/ DPC CONFERENCE | |
| EC2016-033 | 05/16/2016 | PROCEDURES -- PRISONERS | 12/21/16, NOT SUSTAINED/ DPC CONFERENCE | |
| EF2016-020 | 07/07/2016 | USE OF FORCE -- CHEMICAL/ PHYSICAL | 10/19/2016, NOT SUSTAINED | Y |

NAME: HASSETT, JOSEPH

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2017-010 | 5/30/2017 | USE OF FORCE | SUSTAINED, TRIAGE HEARING 30 DAYS W/O PAY SO 2018-475 11/05/18 | |
| IC2019-060 | 7/29/2019 | CONDUCT | 10/03/2019 | |

| Lt. Lloyd | | | Formal Hearing Requested | |
| IC2019-083 | 11/04/2019 | PROCEDURES/ ADDITIONAL EMPLOYMENT | 01/15/2020 Formal hearing Requested | |
| Lt. Farley | | | | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  SHEEHAN, TREVOR
RANK:  POLICE OFFICER
UNIT:   E DISTRICT
ADDRESS:
PHONE:
DOB:
DOA:  01/23/2015
EMPLOYEE #173369
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO2015-020 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER,
EFF., 1/23/15.   SO 2015-324 TRANSFERRED FROM THE ACADEMY TO THE
E-DIST., EFF., 11/16/15.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2017-005 | 4/09/2017 | USE OF FORCE | 6/28/17, NOT SUSTAINED | Y |
| EF2017-016 | 8/15/2017 | USE OF FORCE | 11/30/17, NOT SUSTAINED | Y |
| EF2017-021 | 12/28/2017 | USE OF FORCE | 3/28/18, NOT SUSTAINED | Y |
| VA2019-006 | 12/23/2018 | PROCEDURES / CITY INV. ACC | 3/6/19 DPC CONFERENCE | Y |
| VA2019-087 | 09/04/2019 | PROCEDURES / CITY INV. ACC | INFORMAL HEARING 01/09/2020 | |
| IC2020-056 | 03/17/2020 | PROCEDURES | CASE PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  LEWIS, BRENDAN M.
RANK:  POLICE OFFICER
UNIT:   A DISTRICT
ADDRESS:
PHONE:
DOB:
DOA:  11/04/2016
EMPLOYEE #174109
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426** APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.
**SO 2017-256** TRANSFERRED FROM THE ACADEMY TO E-DIST., EFF., 8/14/17. **SO 2019-150** TRANSFERRED FROM E DIST TO A DIST EFF., 5/9/19.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EF2017-016 | 8/15/2017 | USE OF FORCE | 11/30/17, NOT SUSTAINED | Y |
| EF2019-002 | 2/27/2019 | USE OF FORCE | 5/29/19, NOT SUSTAINED | Y |
| Ef2019-024 | 10/22/2019 | USE OF FORCE | PENDING | |
| IC2020-058 | 6/2/2020 | PROCEDURES | Pending | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  MORIARITY, KYLE T.
RANK:   POLICE OFFICER
UNIT:    C DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 11/04/2016
EMPLOYEE #174122
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.**
**SO 2017-103 IS TRANSFERRED FROM THE ACADEMY TO THE C-DIST., EFF., 4/3/17.**
**SO 2018-420 TRANSFERRED FROM THE C-DIST., TO THE D-DIST.,  EFF., 10/15/18.**
**SO 2019-004 IS TRANSFERRED FROM THE D-DIST. TO THE C-DIST., EFF., 1/7/19. SO 2019-396 TRANSFERRED FROM THE C-DIST TO THE B-DIST EFF., 10/14/19. SO 2020-150 TRANSFERRED FROM B DIST., TO THE C DIST., EFF. 6/15/20.**
LAWSUIT:

| IAD #                  | DATE OPENED | COMPLAINT          | DISPOSITION                                 | LETTER TO COMPLAINANT |
|------------------------|-------------|--------------------|---------------------------------------------|-----------------------|
| EF2019-010<br>Lt. Farley | 04/22/2019  | EXCESSIVE FORCE    | REPRIMAND 8/15/2019                          | N/A                   |
| EF2019-023<br><br>Lt. Kelly | 10/17/2019  | EXCESSIVE FORCE    | INFORMAL HEARING TO BE HELD 02/11/2020      |                       |
| EC2019-046<br><br>Lt. Kelly | 12/19/2019  | CONDUCT            | CASE PENDING                                 |                       |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  SANDERS, RYAN M.
RANK:  POLICE OFFICER
UNIT:   E DISTRICT
ADDRESS:
PHONE
DOB:
DOA: 01/23/2017
EMPLOYEE #174224
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2017-024** APPROVED TO THE POSITION OF TEMPORARY PROBATIONARY POLICE OFFICER
AND IS ASSIGNED TO THE ACADEMY EFF., 01/23/17.
**SO 2017-162** APPROVED STATUS CHANGE FROM TEMPORARY POLICE OFFICER TO
CONTINGENT PERMANENT POLICE OFFICER EFF., 5/26/17.  **SO 2017-248** STATUS CHANGE FROM
CONTINGENT PERMANENT POLICE OFFICE TO PERMANENT POLICE OFFICER, EFF., 8/4/17.
**SO 2017-416** TRANSFERRED FROM THE ACADEMY TO THE A-DIST. EFF., 12/18/17.  **SO 2018-180**
TRANSFERRED FROM THE A-DIST. TO THE E-DIST., EFF., 5/7/18.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2018-163 | 10/16/18 | PROCEDURES – CITY INVOLVED ACC w/ INJ | SUSTAINED-2 DAYS W/O PAY SO2019-102 3/27/19 | |
| EF2019-011 | 04/24/2019 | EXCESSIVE FORCE | EXONERATED 09/04/2019 | Y |
| EC2019-022 | 07/23/2019 | CONDUCT LOST/STOLEN PROPERTY | EXONERATED 10/02/2019 | |
| EF2019-020 | 08/26/2019 | USE OF FORCE | EXONERATED 01/08/2020 | Y |
| IC2019-087 | 9/29/2019 | PROCEDURES | INFORMAL HEARING on 01/09/2020, SUSTAINED REPRIMAND | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME: PETRONELLA, JOSEPH A. JR.
RANK:  POLICE OFFICER
UNIT:    B DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 01/19/2015
EMPLOYEE #173350
DRIVERS LICENSE
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO2015-014 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER, EFF., 1/19/15.  SO 2015-206 TRANSFERRED FROM THE ACADEMY TO THE C-DIST., EFF., 6/29/15.  SO 2017-416 TRANSFERRED FROM THE C-DIST., TO THE B-DIST., EFF., 12/18/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2015-146 | 10/22/2015 | PROCEDURES CITY INV. ACC. | EXONERATED 11/25/15 | |
| IC2015-153 | 11/14/2015 | PROCEDURES CITY INV. ACC. | 11/25/15, OTHER DPC CONF. | |
| IC2017-053 | 3/14/2017 | PROCEDURES CITY INV. ACC. | EXONERATED 6/28/17 | N/A |
| EC2018-044 | 10/25/2018 | PROCEDURES | 8/7/19 EXONERATED | |
| EF2019-014 | 05/24/2019 | EXCESSIVE FORCE | 07/25/19 NOT SUSTAINED | |
| EF2019-015 | 06/06/2019 | EXCESSIVE FORCE | 10/2/19 EXONERATED | |
| IC2019-089 | 10/13/19 | PROCEDURES | 12/11/19, OTHER CHIEFS CONF | |
| EC2020-022 Lt. Farley | 03/24/2020 | CONDUCT | PENDING | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  LUCIANO, LYANA M.
RANK:  PROBATIONARY POLICE OFFICER
UNIT:  E DISTRICT
ADDRESS:
PHONE:
DOB:
DOA: 11/04/2016
EMPLOYEE #174123
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.**
**SO 2017-256 TRANSFERRED FROM THE ACADEMY TO E-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2017-111 | 6/21/2017 | PROCEDURES/ EXPIRED LICENSE | 6/28/17, OTHER CHIEF CONF. 6/28/17 | N/A |
| EC2018-030 | 6/27/2018 | PROCEDURES | 11/28/18 EXONERATED | |
| EC2018-041 | 10/22/2018 | CONDUCT | 4/3/19, NOT SUSTAINED | |
| VA2019-015 | 2/13/2019 | PROCEDURES CITY INV. ACC. | EXONERATED, 3/6/2019 | N/A |
| EC2019-012 | 4/20/2019 | CONDUCT | 8/7/19, NOT SUSTAINED | |
| IC2019-057 | 06/25/2019 | PROCEDURES (AWOL) | 10/02/19 DPC Conference | |

DISCIPLINARY CARD
CURRENT AS OF: July 16, 2020

NAME:  JACKSON, AMBER L.
RANK:  PROBATIONARY POLICE OFFICER
UNIT:  ACADEMY
ADDRESS:
PHONE:
DOB:
DOA: 06/25/2018 (CELLBLOCK)    01/17/2020 (POLICE OFFICER)
EMPLOYEE #174566
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
<u>SO 2018-258</u> APPROVED TO THE POSITION OF PERMANENT CELLBLOCK ATTENDANT AND
ASSIGNED TO THE ACADEMY, EFF., 6/25/18.  <u>SO 2018-404</u> TRANSFERRED FROM THE ACADEMY
TO THE CITY COURT LOCK-UP EFF., 8/27/18.  <u>SO 2018-389</u> GRANTE4D A PERSONAL LOA W/O
PAY FOR ONE DAY ON 9/21/18.  <u>SO 2018-400</u> RETURNS FROM HER PERSONAL LOA W/O PAY EFF.,
9/22/18.  <u>SO 2019-164</u> GRANTED A PERSONAL LEAVE OF ABSENCE WITHOUT PAY FOR THE
PERIOD OF 5 DAYS COMMENCING 5/16/19 THRU 5/20/19.  <u>SO 2019-172</u>  RETURNS FROM HER
PERSONAL LEAVE OF ABSENCE WITHOUT PAY EFF., 5/21/19.  <u>SO 2020-025</u> GRANTED A
PERSONAL/EMPLOYMENT LEAVE OF ABSENCE WITHOUT PAY FOR THE PERIOD OF 18
MONTHS COMMENCING 1/14/20 THRU 1/17/21 (DURING PROBATIONARY PERIOD AS A POLICE
OFFICER)  <u>SO 2020-027</u> APPROVED THE FOLLOWING TO THE POSITION OF PERMANENT
PROBATIONARY POLICE OFFICER ASSIGNED TO THE POLICE ACADEMY EFF., 1/17/20
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|-------|-------------|-----------|-------------|------------------------|
| EC2019-039 | 11/15/2019 | CONDUCT | NOT SUSTAINED DPC CONFERENCE 06/11/2020 | YES |

EXHIBIT Q

## CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE

DISCIPLINARY CARD
CURRENT AS OF: May 21, 2020

NAME: SCHULTZ, KARL
RANK: POLICE OFFICER
UNIT: B DISTRICT
ADDRESS:
PHONE:
DOB:                86
EMPLOYEE #: 169325
DOA: 08/01/2008
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
SO 2008-106 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE
OFFICER EFF., 8/1/08 AND IS ASSIGNED TO THE ACADEMY. SO 2009-064 EFF., 5/4/09
TRANSFERRED FROM THE ACADEMY TO C DIST. SO 2009-98 TRANSFERRED FROM C-
DIST. TO REMAIN AT C-DIST., EFF. 7/13/09. SO 2010-108 GRANTED A MILITARY LOA W/O
PAY FOR THE PERIOD OF 291 DAYS COMMENCING 7/26/10 THRU 5/19/11. SO 2011-13
RETURNED FROM HIS MILITARY LOA W/O PAY EFF., 1/9/11. SO 2017-416 TRANSFERRED
FROM THE C-DIST., TO THE B-DIST., EFF., 12/18/17.
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| 2010-004 | 1/6/2010 | CONDUCT/ PROCEDURES | OTHER, CHIEF CONT: 5/12/10 | |
| 2011-064 | 3/10/2011 | USE OF FORCE | 02/22/12, NOT SUSTAINED | |
| 2011-079 | 3/28/2011 | CONDUCT | 2/22/12, NOT SUSTAINED | |
| 2012-161 | 6/04/2012 | USE OF FORCE | 10/17/12, NOT SUSTAINED | |
| 2012-183 | 6/24/2012 | USE OF FORCE/ ON DUTY SHOOTING | 11/06/13, NOT SUSTAINED | |
| IC2013-012 | 3/12/2013 | USE OF FORCE | 5/16/13, NOT SUSTAINED OTHER, DPC CONF | Y |
| EF2013-045 | 9/10/2013 | USE OF FORCE | 08/20/14, NOT SUSTAINED | |
| EC2015-003 | 1/09/2015 | PROCEDURES | 5/7/15, NOT SUSTAINED | |
| IC2015-143 | 10/14/2015 | PROCEDURES/ CITY INV. ACC. | 11/25/15, OTHER DPC CONF. | |
| EC2016-047 | 8/30/2016 | CONDUCT | 1/11/17, NOT SUSTAINED | |
| EC2016-059 | 11/24/2016 | CONDUCT/ WEAPON POINTED | OTHER, DPC CONF. 8/23/17 | |



EXHIBIT
45
10-14-20AJJI

| EF2017-013 | 6/29/2017 | USE OF FORCE/ PHYSICAL | 11/21/17, NOT SUSTAINED | Y |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION -- DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: May 21, 2020

NAME: SCHULTZ, KARL

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| EC2019-014 | 05/24/2019 | EXCESSIVE FORCE | 7/25/19 NOT SUSTAINED | |
| EF2019-016 | 06/06/2019 | EXCESSIVE FORCE | 10/02/2019 EXONERATED | |
| Ec2019-046 | 12/19/2019 | CONDUCT | CASE PENDING | |
| EC3030-022 LT. FARLEY | 03/24/2020 | CONDUCT | PENDING | |

EXHIBIT R

| | |
|---|---|
| **CASE#** | **EC2019-46** |
| **TYPE OF COMPLAINT** | **CONDUCT** |
| **TARGET OFFICER** | **LIEUTENANT JENNEY VELEZ** |
| | **DETECTIVE LAUREN MCDERMOTT** |
| | **POLICE OFFICER KURT SCHULTZ** |
| | **POLICE OFFICER KYLE MORIARITY** |
| **INVESTIGATOR** | **LIEUTENANT LOUIS KELLY** |
| **DATE OF OCCURRENCE** | **JANUARY 1, 2017** |
| **COMPLAINANT** | **JAMES KISTNER** |

## Complaint

The complainant filled a lawsuit against the department and the target officers alleging that he was struck by a patrol vehicle and arrested accused of throwing himself at the vehicle. He also claims that he was subjected to a strip search including an anal cavity search and taken to ECMC for an unnecessary mental health evaluation.

## Investigation

1/9/20

- Spoke with Mr. KIstner's attorney Tony Rupp regarding taking a statement from Kistner. Rupp said that he would only make Kistner available for a statement with a signed agreement from corporation counsel stating that Kistner's statement could not be used at trial. Mr. Rupp said that he would speak with corporation counsel about obtaining the statement. He did agree to provide a copy of Kistner's 50h hearing transcript and a copy of surveillance video showing the incident.

1/16/20

- Reviewed and added to the case file a copy of testimony given by Mr. Kistner. Questions were asked by Assistant Corporation Counsel Mave Huggins. The hearing took place on 6/37/17.



EXHIBIT

46

10-14-20ATH

The following is a summary of Mr. Kistners testimony:
- Did not consume drugs or alcohol 24hrs prior to incident
- Did not skip taking any medications.
- Walked up to first police car said "I need to talk to you" officer in passenger seat started yelling "I'm not talking to any one" told driver "lets get out of here"
- Asked female officers who were in vehicle parked at curb if he could talk to them and took two steps towards their vehicle, looked up, vehicle was coming at him.
- Put arms up closed his eyes then was hit.
- Walked towards car because he thought officers were going to talk to him.
- Struck primarily on hands because he put his arms out, not sure if torso or legs came into contact with the car.
- Yelled for Earl (son) to call the police.
- Started to get up, felt pain in back of head, went back down.
- Female officer told him that if he didn't get up off the ground she would arrest him
- Two male officers with the assistance of one the female officers put him in cuffs pushed him down the street, put him in patrol car.
- Saw officers drag Earl out into the street, pushing him back and fourth, barking at him.
- Heard officer tell earl to turn off his phone.
- Didn't directly ask officers for medical attention, but officers were present when he asked earl to call an ambulance.
- Rachel (girlfriend) said that she heard officers cancel ambulance.
- Officers told nurses at ECMC that he jumped onto police car.
- Strip searched at central booking, looked up rectum.
- Did not ask for medical attention while at central booking.
- Went back to ECMC from booking in police car. Taken to CPEP
- Officers did not tell him why they were taking him back to ECMC.
- Never been diagnosed with mental health related disorders.
- Psychiatrist has diagnosed him with adjustment disorder.
- Charges were dismissed.
- Did not go to IA because he doesn't think IA is independent enough to make a reasonable determination.

For details, refer to the copy of Mr. Kistner's 50h hearing testimony.
- Reviewed a copy of surveillance video provided by Mr. Kistners's attorney. The video, which does not contain audio, shows the following:
  - Police vehicle pulls up officer exits the vehicle approaches and appears to speak with unknown person near red van
  - Second police vehicle pulls up, parks at the curb behind the red van
  - First police vehicle pulls of as Kistner walks towards it.
  - Kistner walks across the street towards second police vehicle parked at the curb.
  - Second police vehicle pulls away from curb appears to collide with Kistner who falls to the ground

- Officers from first vehicle return
- Unknown person possibly Kistner's son walks over to police vehicle where Kistner is down then leaves the scene.
- Officers pick Kistner up off the ground, appear to have him in custody and walk him away from the scene.
- Unknown person, possibly Kistner's son returns appears to be talking on phone. He is approached by an officer who grabs him and walks him over to the other officers.

05/22/20
- Took recorded sworn statements from the target officers. (see target officers statement summaries)
- This writer along with Lt. Lloyd did conduct a canvass for possible witnesses in the area. Spoke with the following:
  - 41 Schmarbeck – Female resident who declined to give her name. Said that she was not home at the time of the incident.
  - 43 Schmarbeck – Maxine Williams. Said that she didn't recall the incident.
  - 47 Schmarbeck – Walter Kelly. Said that he was not home at the time of the incident
  - 33 Schmarbeck – No answer.
  - 21 Schmarbeck – No answer.

06/02/20
- Received email from Kistners Attorney Chad Davenport stating that they would be willing to provide a written and notarized statement from Mr. Kistner addressing anything that was not discussed during his 50-h testimony.

06/03/20
- Responded to Mr. Davenport's email requesting a written statement addressing the allegations of a strip search and anal cavity search. See copy of email for details.

06/30/20
- Spoke with Capt. Banaszak from CCB by phone regarding alleged strip search. Banaszak said that arresting officers would have to an explainable reason for a strip search and submit a request for strip search form to the CCB Lieutenant for permission. According to Banaszack, no request was submitted. He believes that Mr. Kistner may have thought he was strip searched because during a normal search, CBA's have detainees pull their underwear out to check for contraband.

  Copies of the request for strip search and MOP guidelines for body searches, strip/cavity searches have been added to the case file.

**Complainant(s) Statement Summary**

**Civilian Witnesses Statement Summary**

**Witness Officer(s) Statement Summary**

- Transported Kistner to ECMC
- Did not cancel ambulance, but someone did because we were transporting.
- Kistner told nurses it was early 40's and he lived in Germany
- Did not take Kistner to CPEP or transport him to CCB.

Officer Schultz:
- Call on Schmarbeck had nothing to do with 37.
- Concluded call was attempting leave.
- Don't remember Kistner approaching.
- Told Kistner that the call dosen't concern him
- Did not yell or get hostile with him
- Kistner well known to officers
- Several neighbor complaints regarding Kistner
- After pulling away Kistners actions appeared suspicious
- Looked through driver side mirror, saw McDermott's vehicle pulling away from curb.
- McDermott stopped abruptly.
- Saw Kistner throw himself into McDermott's vehicle.
- Broke Mirror on McDermott's vehicle
- Kistner went down slowly, bracing himself
- He did not appear to be injured
- Cancelled ambulance because he was in custody and we were transporting.
- Arrested because of broken mirror.
- Kistner cleared physically after being examined.
- Belligerent, yelling cursing at officers and nurses
- Because of his actions at the scene and their observations, nurses suggested that he be taken to CPEP
- Left before  he was take to CPEP
- Did not take him to booking
- Not aware of strip / anal cavity search.

Detective McDermott:
- Original call at 31 Schmarbeck
- Familiar with previous incident at the address
- Kistner was not involved
- Kistner came off porch at 37 Schmarbeck
- Done with call Schultz and Moriarty started to pull away
- Didn't see Kistner coming towards vehicle as we pulled away
- Can't recall if he was trying to get officers attention.
- When I saw him coming ,  I attempted to stop
- Thought vehicle stopped, in video vehicle appears to be in motion
- As he approached he extended his arms out fell to the ground as if he was hit.
- Damaged the side view mirror
- Started screaming to someone to call for an ambulance, he was hit by a police car.
- Told him to gut up or he would be charged.

- Decided to arrest him because he wouldn't get up.
- Took him to the hospital
- Kistner was verbally combative. Called me and velez vulgar names.
- Medically cleared, taken to CPEP on advice of hospital staff because of his actions at the hospital.
- Took him to Cell Block to be processed and get an appearance ticket. Then transported him back to ECMC for CPEP
- Don't believe he was given anal cavity search.
- Don't recall CBA's mentioning an anal cavity search.

Lieutenant Velez:

- Schultz and Moriarity dispatched to call
- Familiar with the address, went to assist
- Kistner was not involved in the original complaint
- Heard thump sound against the vehicle
- Was passenger, McDermott driving
- Noticed Kistner for first time lying on the ground
- Don't recall what he said.
- Both Moriarity and Schultz severalty said that Kistner threw himself into the police vehicle.
- Kistner wasn't resistive or combative physically
- Don't recall him saying that he was hurt
- His girlfriend said that he needed an ambulance.
- Ambulance was cancelled but can't recall why.
- Decision was made amongst officers to arrest
- Kistner was verbally abusive towards officers and nurses at the hospital, used derogatrory language.
- He was cleared medically but taken to CPEP because of his actions at the scene and language used at the hospital.
- Transported to b booking for an appearance ticket then transported back to ECMC for evaluation
- Can't recall who was in search room with Kistner.
- Was not told of strip search or anal cavity search.
- Had no reason to request anal cavity search

For details, refer to each officer's statement.

EXHIBIT S

EXHIBIT T