UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES C. KISTNER,

           Plaintiff,

vs.                                                    Civil No.: 18-CV-00402

THE CITY OF BUFFALO, BYRON LOCKWOOD,
DANIEL DERENDA, LAUREN McDERMOTT,
KARL SCHULTZ, KYLE MORIARITY, DAVID T.
SANTANA, and ANTHONY McHUGH,

           Defendants.
_____

## NOTICE OF MANUAL FILING

Please take notice that, pursuant to Western District of New York's Administrative Procedures Guide for Electronic Filing, Section 2(D)(vii), as part of Plaintiff's opposition to Defendants' motion for judgment as a matter of law (Dkt. 69, et seq.), we are filing conventionally with the Court a flashdrive containing Exhibits E, K, L, M, S, and T to the Declaration of R. Anthony Rupp III.

Dated: May 14, 2021
       Buffalo, New York

                                           **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                           Attorneys for Plaintiff

                                           By:     *s/R. Anthony Rupp III*
                                                      R. Anthony Rupp III
                                                      Jill L. Yonkers
                                                      Chad A. Davenport
                                       1600 Liberty Building, 424 Main Street
                                              Buffalo, New York  14202
                                              (716) 854-3400

**TO:** **CITY OF BUFFALO**
Corporation Counsel
Attorneys for Defendants
Maeve E. Huggins, Esq.
65 Niagara Square, 11th Floor
Buffalo, New York 14202
(716) 851-4317