

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# A

# BUFFALO POLICE
## COMPLAINT SUMMARY REPORT

**Report Date: 11/20/2018**

### 17-0010496   LARCENY/THEFT
### 33 SCHMARBECK AV BUF

| | | | |
|---|---|---|---|
| Reported: | 10:32:23 01/01/2017 | Received By: | 18773 - JULIANNE ASTYK |
| Received: | 10:33:05 | Dispatched By: | 000478 - JOSEPH KESSLER |
| Dispatched: | 10:56:47 | Source: | E-911 |
| En Route: | 10:56:47 | | |
| On Scene: | 10:56:53 | | |
| Cleared: | 10:56:53 | | |

**Officers:**   1. 169325 - KARL SCHULTZ   2. 174122 - KYLE MORIARITY

**Other Personnel:**

**Disposition:** 1. Advised

**Associated Person(s):**

| Time | ID | Type | Description |
|---|---|---|---|
| 10:32:23 | 18773 | CMP | Entry Initiated |
| 10:32:23 | 18773 | E-911 | Loc: 1800 BROADWAY BUFFALO Phone: 716-771-8746 |
| | | | Comp: T-Mobile USA, Inc. |
| 10:33:04 | 18773 | REM | C/ MALE RE: KNOWN MALE TOOK ITEMS FROM HOME |
| 10:33:05 | 18773 | CMP | Sent to Dispatch - LARCENY/THEFT - 33 SCHMARBECK AV BUF (C3) Pri: 5 |
| 10:56:47 | 000478 | UNT | Enroute - C230 |
| 10:56:47 | 000478 | UNT | Dispatched (Primary) - C230 |
| 10:56:53 | 000478 | CMP | Disposition Added - Advised |
| 10:56:53 | 000478 | CMP | Archived |

1

# BUFFALO POLICE
## COMPLAINT SUMMARY REPORT

**Report Date:** 3/1/2017

### 17-0010506   CRIMINAL MISCHIEF
### 37 SCHMARBECK AV BUF

| | | | |
|---|---|---|---|
| Reported: | 10:54:42 01/01/2017 | Received By: | 23892 - SHEILA AYERS |
| Received: | 10:55:42 | Dispatched By: | 000478 - JOSEPH KESSLER |
| Dispatched: | 10:57:17 | Source: | E-911 |
| En Route: | 10:57:17 | | |
| On Scene: | 11:30:12 | | |
| Cleared: | 18:16:09 | | |

**Officers:** 1. 169325 - KARL SCHULTZ  2. 174122 - KYLE MORIARITY  3. 172768 - LAUREN MCDERMOTT  4. 172870 - JENNY VELEZ

**Other Personnel:** 1. 000788-POLIZZI, SALVATORE A. JR  2.  3. 8790-SAUER, EDWARD

**Disposition:** 1. P1375 Crime Report

**Associated Person(s):**

| Time | ID | Type | Description |
|---|---|---|---|
| 10:54:42 | 23892 | E-911 | Loc: 1250 BAILEY AVE BUFFALO Phone: 716-462-2147 |
| | | | Comp: Verizon Wireless |
| 10:54:42 | 23892 | CMP | Entry Initiated |
| 10:55:42 | 23892 | REM | MALE HIT BY POLICE CAR...ADI NTFD |
| 10:55:42 | 23892 | CMP | Sent to Dispatch - AMBULANCE - 37 SCHMARBECK AV BUF (C3) Pri: 6 |
| 10:55:56 | 23892 | CMP | Call Type Changed - ACCIDENT/INJURY Pri: 2 |
| 10:57:17 | 000478 | UNT | Dispatched (Primary) - C230 |
| 10:57:17 | 000478 | UNT | Enroute - C230 |
| 10:57:39 | 000478 | UNT | Dispatched - C241 |
| 10:57:39 | 000478 | UNT | Enroute - C241 |
| 10:57:41 | 000478 | UNT | Dispatched - C242 |
| 10:57:41 | 000478 | UNT | Enroute - C242 |
| 11:03:52 | 8790 | E-911 | Loc: 1250 BAILEY AVE BUFFALO Phone: 716-462-2147 |
| | | | Comp: Verizon Wireless |
| 11:04:20 | 8790 | REM | ANOTHER CALL   -  FEMALEREQ AMB FOR INJURED 54 YO BOYFRIEND |
| 11:04:26 | 8790 | REM | ADI NTFD |
| 11:07:31 | 000478 | REM | cameras on 37 has video of the man flopping on the ground |
| 11:22:34 | 000478 | UNT | Location Changed - C230 ECMC |
| 11:22:40 | 000478 | UNT | Location Changed - C241 ECMC |
| 11:22:46 | 000478 | UNT | Location Changed - C242 ECMC |
| 11:23:01 | 000478 | REM | C230 will be a 941 |
| 11:30:12 | 000478 | UNT | On Scene - C230 |
| 11:30:35 | 000478 | REM | C230 suspect broke mirr on car 473 intentionally |
| 13:14:01 | 000478 | UNT | Set to Primary - C241 |
| 14:45:35 | 000788 | REM | C241 nmt |
| 15:37:06 | 000788 | UNT | Location Changed - C241 CB |
| 15:37:09 | 000788 | UNT | Location Changed - C242 CB |
| 15:48:31 | 000788 | UNT | On Scene - C242 |
| 15:48:35 | 000788 | UNT | On Scene - C241 |
| 16:36:51 | 000788 | UNT | Location Changed - C241 ECMC |
| 16:36:55 | 000788 | UNT | Location Changed - C242 ECMC |
| 16:36:58 | 000788 | UNT | Enroute - C241 |
| 16:37:00 | 000788 | UNT | Enroute - C242 |
| 16:41:01 | 000788 | REM | HD01: 16:40:48 - CAN YOU PLS CHANGE THIS CALL TO CRIMINAL MISCHIEF (Complaint 17-0010506 ACCIDENT/INJURY @ECMC) |
| 16:41:17 | 000788 | CMP | Call Type Changed - CHILD NEGLECT Pri: 3 |
| 16:41:22 | 000788 | CMP | Call Type Changed - CRIMINAL MISCHIEF Pri: 4 |
| 16:46:36 | 000788 | UNT | On Scene - C241 |

1

```
18:16:08  173194    CMP     Disposition Added - P1375 Crime Report
18:16:09  173194    CMP     Archived
```