


**CITY OF BUFFALO**

DEPARTMENT OF LAW

# EXHIBIT

# B

P-1375 (Rev 07/2003) **Side - 1 -**

**BUFFALO POLICE DEPARTMENT**
**INCIDENT REPORT WORKSHEET**
All applicable items on this page to be completed for all reports

REPORT # 17-001-0506 ☑ Original ☐ Supplement REPORT DATE 1-1-17 REPORT TIME 1400

CALL # NATURE OF CALL Criminal Mischief

LOCATION OF INCIDENT: Address: 33 Schmarbeck City: Buffalo State: NY Zip Code: District: C Sector:

OCCURRED FROM: Date: 1-1-17 Time: 1100 TO Date: Time:

Offense #1: PL 145.05-2 Offense #2: PL 240.20-3 Offense #3: Offense #4: Hate Crime: ☐ Yes ☒ No

Reporting Officer: J. Velez ID# 172870 Assisting Officer: L. McDermott ID# 172768

**PERSON #1**

INVOLVEMENT: Victim / Witness / Suspect / Complainant / (Arrested) / Warrant Card

PERSON TYPE: Business / (Individual) / Police Officer / Government

NAME Last: Keistner First: James M.I.

RACE: (W) / B / I / O / H SEX: (M) / F DOB: [redacted] HGT: WGT: Hair Color: Eye Color: Skin: Lt / Med / Dark

ADDRESS INFORMATION:

TYPE: Bus / Work / (Home) / Vacation / Other Address: 37 Schmarbeck City: Buffalo State: NY Zip Code:

TYPE: Bus / Work / Home / Vacation / Other

IDENTIFICATION INFORMATION: Type: Number: State:

TELEPHONE INFORMATION: Type: H / W / (C) / Pgr (Area Code) Prefix Number: 716-895-2949

H / W / C / Pgr

ALIAS INFORMATION: Name: DOB

SCARS/MARKS/TATOOS – *Use Narrative, if more than one.*

Type: Location on Body: Description:

NEXT OF KIN OR ASSOCIATES – *Use Narrative, if more than one.*

Relationship: Name: Address: City: State: Telephone:

SCHOOL INFORMATION: School: Grade:

**IF SUSPECT**

1. General Appearance: 2. Build: 3. Hair Style: 4. Facial Features:

5. Weapon Type: Caliber: Barrel Length: Weapon Color:

CLOTHING DESCRIPTION: Hat: Mask: Glasses: Coat: Shirt: Pants/Shoes:

**IF ARRESTED**

Arrest Type: (Arrest) / Summons Arrest Date / Time: 1-1-17 / 1105 Arrest Location: 37 Schmarbeck ☐ Appearance Ticket issued

Summons #: BAC: Warrant #: Agency:

| Charge: | Level: | Description: | Charge: | Level: | Description: |
|---|---|---|---|---|---|
| PL 145.05-2 | F | Crim Mis | PL 240.20-3 | V | ~~Discord~~ Disorderly Cond |

**IF MISSING**

Missing Date / Time: Last Seen Location: Probable Destination:

Mental Condition: Clothing Description:

**SICK OR INJURED**

Nature of Injury or Illness: Injury Date / Time: On the Job Injury?

Location of Injury on Body: ☐ Yes ☐ No

**PERSON**

INVOLVEMENT: Victim / Witness / Suspect / (Complainant) / Arrested / Warrant Card

PERSON TYPE: Business / Individual / (Police Officer) / Government

P-1375 (Rev. 07/2003) **Side - 2 -**

**VEHICLE #1**

## VEHICLE SECTION

| INVOLVEMENT: | TYPE: | Lic. #: | Lic State: | Lic. Year: | Lic. Type: |
|---|---|---|---|---|---|
| Veh. YEAR | Veh. MAKE: | Veh. MODEL: | Veh. STYLE | Veh. COLOR: | |
| VIN # | STL. / REC LOC | | | | |
| DISPOSITION: | TOWED BY: | TOWED FROM: | TOWED TO: | | |

**STOLEN / RECOVERY INFORMATION**

**KEYS:** ☐ Hidden in Car ☐ In Ignition ☐ Not in Car

**DOORS:** ☐ Locked ☐ Unlocked

**EVIDENCE OF STRIPPING:** ☐ None ☐ Tires ☐ Radio ☐ Engine ☐ Engine Access. ☐ Transmission ☐ Battery ☐ Burned Out ☐ Other

**VEHICLE PLATES MISSING:** ☐ One ☐ Two ☐ None

VEHICLE CONDITION:

DATE AND TIME RECOVERED:

RECOVERY FOR: ☐ BPD ☐ OTHER AGENCY:

**OWNER HAS KEYS:** ☐ Yes ☐ No **LOAN PENDING:** ☐ Yes ☐ No Prior Problems w/ Vehicle:

| Owner Notified By: | By Whom recovered: | Rank: | Assignment: | Emp. #: |
|---|---|---|---|---|

***Important: Shaded information should be included in the narrative in ARS.***

***NOTE: If there is more than 1 vehicle involved, please include above information on additional worksheets.***

**ITEM #1**

## PROPERTY SECTION

| INVOLVEMENT: | Category: | Article: | Brand: | Model: | No. of Pieces: |
|---|---|---|---|---|---|
| Serial or OAN | Value: | Article Description: | Recovery Value: | | |

**IF NARCOTICS:**

| Number of Items: | Narcotic(s) Description: |
|---|---|

**IF FIREARM:**

| Make: | Model: | Gun Type: | Gun Category: | Caliber: | Serial No.: | Firearm Description: |
|---|---|---|---|---|---|---|

**ITEM #2**

## PROPERTY SECTION

| INVOLVEMENT: | Category: | Article: | Brand: | Model: | No. of Pieces: |
|---|---|---|---|---|---|
| Serial or OAN | Value: | Article Description: | Recovery Value: | | |

**IF NARCOTICS:**

| Number of Items: | Narcotic(s) Description: |
|---|---|

**IF FIREARM:**

| Make: | Model: | Gun Type: | Gun Category: | Caliber: | Serial No.: | Firearm Description: |
|---|---|---|---|---|---|---|

**ITEM #3**

## PROPERTY SECTION

| INVOLVEMENT: | Category: | Article: | Brand: | Model: | No. of Pieces: |
|---|---|---|---|---|---|
| Serial or OAN | Value: | Article Description: | Recovery Value: | | |

**IF NARCOTICS:**

| Number of Items: | Narcotic(s) Description: |
|---|---|

**IF FIREARM:**

| Make: | Model: | Gun Type: | Gun Category: | Caliber: | Serial No.: | Firearm Description: |
|---|---|---|---|---|---|---|

**INVOLVEMENT OF PROPERTY:**

(ANL) Analysis
(BUY) Bought
(CON) Converted
(DAM) Damaged
(DEF) Defendant's Prop.
(EVD) Evidence
(FOU) Found
(IMP) Impounded
(INS) Institutionalized
(LST) Lost
(OBS) Observed
(OTH) Other (arson)
(PAW) Pawned
(RCB) Recovered by Other Jurisdiction
(RCV) Recovered
(REG) Registration
(RJC) Recovered for
(RPO) Repossessed
(SAR) Stolen and Recovered
(SFK) Safekeeping
(SRC) Recovered
(STN) Stolen
(STR) Stored
(SUS) Suspect
(SZD) Seized
(TBD) To Be Destroyed

**CATEGORY:**

(!) Machinery/Construction/Etc.
(#) Coin Collections/Rare Coins
($) Drugs
(%) Medical/Dental Equipment
(&) Musical Instruments
(*) Explosives & Ammunition
(1) Office Equipment
(2) Scrap Metal/Copper
(3) Snow Blower
(4) Sporting Equip. & Goods
(5) Telephone/Answering Machines
(6) Tools/Hand/Power
(7) Toys/Electronic Games
(8) Cash/Food Stamps
(9) Lawn Mower/All Lawn Equip
(@) Cash Registers/Safe
(A) Animals/Pets
(B) Auto Parts/Accessories/Tires
(C) Bike
(D) Boat/Boat Motor/Trailers
(E) Building Materials/Plumbing
(F) Cameras & Equipment
(G) Cash/Food Stamps
(H) CD/Tapes/records/Video
(I) Cellular Phones
(J) Clothing/Furs
(K) Collectibles/Paintings/Antiques
(L) Computer/Software/Equip.
(M) Credit/Debit Cards
(N) Food/Gas/Liquor
(O) Guns
(P) Household Items
(Q) Jewelry/Precious Metals
(R) Merchandise (general)
(S) Miscellaneous
(T) Motors/Gas/Electric Operated
(V) Personal Items/Purse/Wallet
(W) Radio/Stereo Equipment/Electron.
(Y) TV/All Types
(Z) Video Cassette Recorders/DVDs
(^) Motorcycle/Mini Bike/Etc.



# BUFFALO PD
## POLICE REPORT
## CRIMINAL MISCHIEF

Complaint
**17-0010506**
Report Date & Time
01/01/2017 10:54

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| 33 SCHMARBECK AV | 'C' | BU | 01/01/2017 10:54 | Sunday | Street |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | N | | | | |

Officers: D674 - MCDERMOTT, P2783 - SCHULTZ, L440 - VELEZ, P3617 - MORIARITY
Rep. Off.: D674 - MCDERMOTT
Supervisor:

**OFFENDER**

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| KISTNER | JAMES | | | [redacted]60 | White | M | 56 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 37 SCHMARBECK | BUFFALO | NY | 14211 | (716) 895-2949 | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| 5' 10" | 195 | GRY | BLU | S | FAR | | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law Yes/No

**COMPLAINANT**

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SONY | C DIST | | | | Unknown | U | | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 693 E FERRY ST | BUFFALO | NY | 14211 | | (716) 851-4412 |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Victim DID receive Information on Victim's Rights and Services pursuant to New York State Law Yes/No

**OFFENSE**

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> $250 | PR |
| PL | 240.20-03 | V | | 0 | DIS/CON OBSCENE LANG/GESTURES | PR |

**ARREST**

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 223353 | KISTNER, JAMES . [redacted]60 | 01-01-2017 | 37 SCHMARBECK AV BUFFALO |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Held | Crime in Progress | 172768 MCDERMOTT,I172870 VELEZ,JENNY M |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 145.05-02 | F | E | 3 | CRIMINAL MISCHIEF 3RD:DAMAGE ANOTHERS PROPERTY-AMOUNT> $250 | 1 |
| PL | 240.20-03 | V | | 0 | DIS/CON OBSCENE LANG/GESTURES | 1 |

**NARRATIVE**

ON 1-1-17 AT APPROX 1100 HRS WHILE AT 33 SCHMARBECK THE DEF. DID INTENTIONALLY THROW HIS BODY INTO THE DRIVER'S SIDE MIRROR OF PATROL VEHICLE 473, CAUSING THE MIRROR TO BECOME DISLODGED FROM THE VEHICLE AND THE DRIVER'S SIDE WINDOW TO MALFUNCTION (AMOUNT TO EXCEED $250). WHILE AT ECMC, DEF DID USE OBSCENE AND OFFENSIVE LANGUAGE TOWARD OFFICERS AND MEDICAL STAFF, CAUSING AN ANNOYANCE AND ALARM.

DEF. TRANSPORTED TO ECMC FOR A 941 EVALUATION AFTER ARREST.



P-163 (Rev 01/15)
ORI# 1501

**BUFFALO POLICE DEPARTMENT**
**ARREST DATA FORM**

06023

DISTRICT OF ARREST: C
PROPERTY: ☐ YES ☐ NO
MONEY: $

DATE: 1-1-17 INCIDENT NUMBER: 17-001-0506 RCI# AFN: 17-00009-98

DEFENDANT'S NAME: ~~Kristner~~ Kistner (LAST) James (FIRST) (M)

DATE OF BIRTH: [redacted]60 AGE: 56 PLACE OF BIRTH: Cincinnati, OH

ARRESTING OFFICER: L. McDermott ASSISTING OFFICER: J. Velez / K. Schultz / H. Moriarty

DIST.: C ASSIGNMENT: C241 ARREST DATE: 01-01-17 ARREST TIME: 1105

ADDRESS OF ARREST: 37 Schmarbeck

CHARGES: PL 145.05-2 PL 240.20-3

NARRATIVE: On 1-1-17 at 1100 hrs while at 33 Schmarbeck, def did intentionally throw his body into the driver side mirror of patrol vehicle 473, causing the mirror to become dislodged from the vehicle and the driver's side window to malfunction, amount to exceed $250. While at ECMC def did use obscene and offensive language toward officers and medical staff.

DEFENDANT'S STREET NAME/ALIASES:

DEFENDANT'S ADDRESS: 37 Schmarbeck

CITY: Buffalo STATE: NY ZIP CODE: 14211 US CITIZEN: ☒ YES ☐ NO

SOCIAL SECURITY NUMBER: [redacted]5112 MARITAL STATUS: S OCCUPATION: N/A

DEFENDANT'S SEX: M HEIGHT: 5'10" WEIGHT: 195 BUILD: Med EYE COLOR: Blue

HAIR COLOR: Brown SKIN TONE: Light RACE: ETHNICITY:

SCARS, MARKS, TATTOOS: —

WARRANTS: ☐ YES ☒ NO (IF YES, ATTACH COPY) REPORT TECH. INITIALS: CL SATISFACTORY ID: MUG TP ☒ YES ☐ NO

HAS THE DEFENDANT RECENTLY BEEN OUTSIDE THE UNITED STATES? ☐ YES ☒ NO

(IF YES, WHERE?):

COMPLAINANT'S NAME: SONY RELATIONSHIP: —

USE OF FORCE? ☐ YES ☒ NO (IF YES, OFFICER(S) MUST COMPLETE P-1374 – USE OF FORCE FORM)

VEHICLE TO BE IMPOUNDED? ☐ YES ☒ NO PLATE #: LOCATION:

**TO BE ASKED BY THE REPORT TECHNICIAN** (TO BE ASKED IN THE PRESENCE OF THE ARRESTING OFFICERS)

1. Are you injured? ☐ YES ☒ NO

   If yes, describe injury, any bandages, stitches etc.

   If yes, when were you injured? (Date and time)

2. Have you received medical attention since your arrest? ☐ YES ☐ NO

   (If yes, Arresting Officers are responsible of completing P-1261)

PROCESSING REPORT TECHNICIAN: RT [signature] EMPL/DID NO.:

(ARRESTING OFFICER IS RESPONSIBLE FOR: P-31, P-77C AND DCPS-L-1)

00023

Docket Number ______________

*CITY OF BUFFALO*

CD #: **17-0010506**

*COUNTY OF ERIE STATE OF NEW YORK*

The People of the State of New York

vs.

**JAMES KISTNER DOB: [redacted] 60**

37 SCHMARBECK

BUFFALO, NY

**INFORMATION / COMPLAINT**

I, **Police Officer LAUREN M. MCDERMOTT**, a police officer herein, accuse **JAMES KISTNER**, the DEFENDANT of this action, and charge that on or about Sunday, January 1, 2017 at 33 SCHMARBECK AV in the CITY OF BUFFALO, County of ERIE, at about 10:54 AM, said DEFENDANT did commit the offense of:

**CRIMINAL MISCHIEF 3RD - DAMAGE >$250.**

a class E FELONY contrary to the provisions of section 145.**05, subsection(s)** 02 of the Penal Law of the State of New York.

145.05-2 - CRIMINAL MISCHIEF IN THE THIRD DEGREE
IN THAT THE DEFENDANT, WHILE AT 37 SCHMARBECK, DID WITH INTENT TO DAMAGE THE PROPERTY OF ANOTHER PERSON; CITY OF BUFFALO POLICE DEPARTMENT, AND HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT HE HAD SUCH RIGHT; DID DAMAGE THE PROPERTY, TO WIT; DRIVER'S SIDE MIRROR AND DRIVER'S SIDE MIRROR OF PATROL VEHICLE, IN THE AMOUNT OF MORE THAN $250.00. IN THAT THE DEFENDANT DID INTENTIONALLY THROW HIS BODY INTO THE DRIVER'S SIDE MIRROR OF PATROL VEHICLE #473, CAUSING THE MIRROR TO BECOME DISLODGED FROM THE VEHICLE AND ALSO CAUSING THE DRIVER'S SIDE WINDOW TO MALFUNCTION, THE VALUE OF SAID DAMAGE TO EXCEED $250.00. THE DEFENDANT DID CAUSE SAID DAMAGE TO THE ABOVE MENTIONED PROPERTY WITHOUT THE PERMISSION OF THE OWNER.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

[signature]
Complainant

Subscribed and sworn to me this
1st of January, 2017

Docket Number_______________

CD #: **17-0010506**

***CITY OF BUFFALO***
***COUNTY OF ERIE STATE OF NEW YORK***

The People of the State of New York
vs.
**JAMES KISTNER DOB: [redacted]60**
37 SCHMARBECK
BUFFALO, NY

**INFORMATION / COMPLAINT**

I, **Police Officer LAUREN M. MCDERMOTT**, a police officer herein, accuse **JAMES KISTNER**, the DEFENDANT of this action, and charge that on or about Sunday, January 1, 2017 at 33 SCHMARBECK AV in the CITY OF BUFFALO, County of ERIE, at about 10:54 AM, said DEFENDANT did commit the offense of:

**DISORDERLY CONDUCT**

a VIOLATION contrary to the provisions of section 240.**20, subsection(s)** 03 of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF, WHILE IN A PUBLIC PLACE, DID USE ABUSIVE OR OBSCENE LANGUAGE, OR MADE AN OBSCENE GESTURE. IN THAT THE DEFENDANT DID INTENTIONALLY THROW HIS BODY INTO THE DRIVER'S SIDE MIRROR OF PATROL VEHICLE #473, CAUSING THE MIRROR TO BECOME DISLODGED FROM THE VEHICLE AND ALSO CAUSING THE DRIVER'S SIDE WINDOW TO MALFUNCTION, THE VALUE OF SAID DAMAGE TO EXCEED $250.00 AND WHILE AT BEING TREATED AT ECMC THE DEFENDANT DID USE OBSCENE AND OFFENSIVE LANGUAGE TOWARD OFFICERS AND MEDICAL STAFF. SAID ACTIONS BY THE DEFENDANT DID CAUSE A PUBLIC ANNOYANCE AND ALARM.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
**(Penal Law, Section 210.45)**
**It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

PO [signature]
Complainant

Subscribed and sworn to me this
1st of January, 2017

Docket Number____________

*CITY OF BUFFALO*
*COUNTY OF ERIE STATE OF NEW YORK*

CD #: **17-0010506**

The People of the State of New York

vs.

**JAMES KISTNER DOB: [redacted]60**
37 SCHMARBECK
BUFFALO, NY

**NOTICE TO DEFENDANT OF INTENTION TO OFFER EVIDENCE AT TRIAL (CPL 710.30 AND 700.70)**

**THE PEOPLE** INTEND TO OFFER AT TRIAL:

**I. STATEMENTS BY DEFENDANT:** EVIDENCE OF A STATEMENT MADE BY THE DEFENDANT TO **PUBLIC SERVANT** ENGAGED IN LAW ENFORCEMENT ACTIVITY OR TO A PERSON THEN ACTING UNDER HIS DIRECTION OR IN COOPERATION WITH HIM.

☐ 1. Written statement (attach copy)

☒ 2. What was said by the defendant at the time of arrest? (specify: date, place, content and to whom)

☐ 3. No statements were made **Arresting Officers Initials: ____________**

BEFORE BEING PLACED UNDER ARREST AND BEFORE BEING ADVISED OF HIS MIRANDA RIGHTS, WHILE AT ECMC, THE DEFENDANT DID SPONTANEOUSLY STATE TO THE DR. AND PO L. MCDERMOTT AND PO J. VELEZ, "YOU HIDE FASCIST UNIFORMS. THAT'S WHAT YOU DO AND THOSE TO NAZIS THAT WERE DRIVING IN FRONT. FASCISTS. I CAN'T TALK IN FRONT OF THEM.

AFTER BEING PLACED UNDER ARREST AND AFTER BEING ADVISED OF HIS MIRANDA RIGHTS, WHILE AT ECMC, THE DEFENDANT DID SPONTANEOUSLY STATE TO PO J. VELEZ, "CHARGE ME CRIMINALLY TO COVER YOURSELVES. YOU'RE SCARED. YOU AND YOUR LILY WHITE PUSSIES."

AFTER BEING PLACED UNDER ARREST AND AFTER BEING ADVISED OF HIS MIRANDA RIGHTS, WHILE AT ECMC, THE DEFENDANT DID SPONTANEOUSLY STATE TO PO J. VELEZ AND PO L. MCDERMOTT, "IF YOU KEEP TELLING YOUR LIES SO WILDLY, SOMEONE MIGHT BELIEVE YOU. YOU'RE STORY AIN'T GOING TO FLY. INTERNAL AFFAIRS IS GOING TO EAT YOUR ASS ALIVE."

AFTER BEING PLACED UNDER ARREST AND AFTER BEING ADVISED OF HIS MIRANDA RIGHTS, WHILE AT ECMC, THE NURSE AT ECMC DID GIVE THE DEFENDANT A DIRECTIVE AND THE DEFENDANT DID YELL ALOUD, "I'M TIRED OF LISTENING TO THIS CUNT, THE THREE NAZI BITCHES."

**II. IDENTIFICATION OF DEFENDANT:** TESTIMONY IDENTIFYING THE DEFENDANT AS A PERSON WHO COMMITTED THE OFFENSE CHARGED BY WITNESSES WHO HAVE IDENTIFIED HIM AS SUCH PRIOR TO ARREST / TRIAL. SPECIFICALLY:

WHO MADE IDENTIFICATION OF DEFENDANT? (SPECIFY NAME):

DATE: **1/2/2017** PLACE: **33 SCHMARBECK**

☐ 1. Showup Identification

☐ 2. Photograph Identification

☐ 3. Line-up

☐ 4. Observation of defendant upon some other occasion relevant to case

☒ 5. Other (specify) **WAS POSITIVELY ID'D BY OFFICERS**

# CITY OF BUFFALO POLICE DEPARTMENT
# CENTRAL BOOKING BUREAU
# CASE HISTORY

DEFENDANT: JAMES KISTNER
AFN: 16-00009-98

**THE OFFICER IN CHARGE OF A CASE IS THE OFFICER WITH THE MOST KNOWLEDGE OF THE EVENTS LEADING TO THE ARREST. THIS OFFICER WILL ALSO BE THE ONE TO SUBMIT ALL ITEMS OF AN EVIDENTIARY NATURE TO THE CPS LAB OR PROPERTY ROOM. THE OFFICER IN CHARGE MUST GIVE A CONCISE AND SUFFICIENTLY DETAILED ACCOUNT OF THE CASE WITH SPECIFICS PERTAINING TO ALL OFFICERS INVOLVED. THIS ACCOUNT WILL ACCOMPANY ALL PAPERWORK FORWARDED TO BUFFALO CITY COURT.**

THE FOLLOWING SUMMARY REPRESENTS THIS CASE FILE TO THE BEST OF MY KNOWLEDGE:

NAME OF ARRESTING OFFICER : PO LAUREN MCDERMOTT
FUNCTION (S) PERFORMED: INVESTIGATED AND PLACED THE DEFENDANT UNDER ARREST

NAME OF ASSISTING OFFICER: PO JENNY VELEZ
FUNCTION(S) PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST; 710.30

NAME OF ASSISTING OFFICER: PO KARL SCHULTZ
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST

NAME OF ASSISTING OFFICER: PO KYLE MORIARTY
FUNCTION PERFORMED: ASSISTED WITH INVESTIGATION AND ARREST

NAME OF ASSISTING OFFICER:
FUNCTION PERFORMED:

NAME OF ASSISTING OFFICER:
FUNCTION PERFORMED:

OFFICER SIGNATURE: PO [signature]

DATE: 1/1/17

Agency File No. 17 000098

# CITY OF BUFFALO - DEPARTMENT OF POLICE
## CRIME AND INCIDENT RECORDS UNIT

74 FRANKLIN STREET • ROOM 100 • BUFFALO, NEW YORK • 14202

# APPEARANCE TICKET

Issued to: KISTNER (DEFENDANT'S LAST NAME) JAMES (FIRST) ___ (MI) [redacted]60 (D.O.B.) [X] Male [ ] Female

37 Schmarbeck (ADDRESS) Bflo (CITY) 14201 (ZIP CODE) 995-2949 (PHONE)

Records

YOU ARE HEREBY DIRECTED TO APPEAR PERSONALLY IN **PART TWO**, OF THE CITY COURT OF BUFFALO **50 DELAWARE AVENUE**, CITY OF BUFFALO, NEW YORK.

ON JAN 12, 20 17 at 9:30 AM, in connection with your alleged commission of: Crim Mschf et al contrary to the provisions of:

145.05- (SECTION) 2 (SUBSECTION) of the:

- [X] Penal Law of the State of New York
- [ ] Vehicle and Traffic Law of the State of New York
- [ ] Ordinances of the City of Buffalo
- [ ] ______________ Law.

Committed at: 37 Schmarbeck, in the City of Buffalo on the 1st day of JANUARY, 20 17 at 1600 AM / PM.

*I, the undersigned, do hereby acknowledge receipt of this Appearance Ticket and do agree to appear as directed. I further understand that my failure to appear in City Court as directed, may result in a Criminal Summons or a Warrant for my arrest may be issued (CPL 150.60). If I have posted bail, the bail will become forfeit upon my failure to comply with the directives of this Appearance Ticket (150.30).*

[signature]
SIGNATURE OF DEFENDANT (SIGNATURE IS NOT AN ADMISSION OF GUILT)

**ISSUED AND SUBSCRIBED BY:**

[signature]
OFFICER'S SIGNATURE

LT D PANNCZYK
ISSUING OFFICER (PRINT)

CRC
ASSIGNMENT

ISSUE TIME

Warrant check performed by:

[signature]
MEMBER PROVIDING WARRANT CHECK

Source of Identification:

- [ ] New York State Driver's License
- [ ] Known to Issuing Officer
- [X] Other: MUG ID

ECHC - 506 RB (Rev. 6.09)

**REQUEST FOR EXAMINATION OF PERSON UNDER SECTION 9.41 OF THE NYS MENTAL HYGIENE LAW**

☐ To: **Erie County Medical Center – CPEP**
462 Grider St., Buffalo, NY 14215

☐ To: **Lakeshore Health Care Center**
845 Routes 5 & 20, Irving, NY 14081

POLICE AGENCY/DISTRICT: Buffalo PD

COMPLAINT #: 17-001-0506

INCIDENT LOCATION: 33 Schmarbeck

DATE: 1-1-17 TIME OF TRANSPORT: 1637

AMB CO: ______ AMB #: ______

Is responding officer CIT-trained? ___Yes

Does individual have active CIT Crisis Plan? ___Yes

| Name (L, F, MI) | DOB | Age | Sex |
|---|---|---|---|
| Kistner, James | [redacted]60 | 56 | M |
| Address (number, street, city, state, zip): 37 Schmarbeck Buffalo, NY | | | |

Has this individual served in the military/reserves: ☐Yes ☒No ☐Unknown

Known mental health history and/or diagnosis: unknown

What was reported to the police about this individual? ______

EXHIBIT 6 3/13/20 FIB

PENGAD 800-631-6989

Name of source of information: ______ Relationship to individual: ______ Phone: ______

Any known linkages to treatment/significant others: unknown

Justification for transport - Describe any known history of violence to self or others, current violent behavior, and harmful or neglectful behavior to self or others, including documentation of any plans, means, and access for suicide/harm to others: Sub. did intentionally throw himself at patrol vehicle. Repeatedly called ofc Nazis and fascists

___Check here if a continuation page is attached

What behaviors or actions indicate that the individual might be a danger to self/others?

☒ Places self in dangerous situations
☐ Unable to care for self
☐ Threat/use of weapon to harm self/others
☐ Verbal threats
☐ Other: ______
☐ Weapon(s) present (describe): ______

☐ Talk of hurting/killing ___ self ___ others
☐ Attempting to hurt/kill ___ self ___ others
☐ Plan/means/access available
☐ Physical threats

**WEAPONS CHECK PRIOR TO TRANSPORT**
Searched? ☒yes ☐no
Found? ☐yes ☒no
If found, disposition: ______

Check observed and/or reported behavior or actions that indicate that the individual might be a danger to self or others:

| O | R | Verbal and Behavioral |
|---|---|---|
| ☒ | ☐ | Refusal to respond to question |
| ☒ | ☐ | Talking to self |
| ☐ | ☐ | Impaired speech (slurred, slow, illogical/incoherent, fast) |
| ☐ | ☐ | Reported hearing voices |
| ☐ | ☐ | Irrational speech/thoughts |
| ☒ | ☐ | Hostile/argumentative/belligerent/loud/yelling |
| ☒ | ☐ | Expresses ideas of inflated self-importance |
| ☒ | ☐ | Talks repeatedly about a single subject (death, religion, illness, government, etc.) |

| O | R | Appearance and Behavior |
|---|---|---|
| ☐ | ☐ | Paranoia/suspiciousness/feelings of persecution |
| ☐ | ☐ | Dress indicates lack of awareness of weather/setting |
| ☐ | ☐ | Confused/disoriented |
| ☐ | ☐ | Sad expression /crying/depression |
| ☐ | ☐ | Presence of feces or urine |
| ☐ | ☐ | Exhibits extraordinary physical strength |
| ☐ | ☐ | Extremely rapid heart rate/respiration |
| ☐ | ☐ | Poor hygiene/living environment |
| ☐ | ☐ | Under the influence |
| ☐ | ☐ | Hyperactivity/psychomotor agitation |

Has a criminal charge been placed? ☒Yes ☐No If yes, charges: PL 145.05-2 PL 240.20-3

Appearance ticket issued? ☒Yes ☐No Order of protection in force? ☐Yes ☒No

Officer's Name (please print): J. Velez Date: 1-1-17

HOSPITAL DISPOSITION: To be completed by Examining Physician/Emergency Room (check appropriate boxes)

☐ Patient admitted to this facility ☐ Medical admission ☐ Psychiatric admission
☐ Patient transferred to another facility ☐ Patient not admitted ☐ Patient absconded

Form Updated 3/24