

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# D

**JAMES KISTNER**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------------
JAMES C. KISTNER,

                  Plaintiff,

           - vs -     Civil Action No.
                       18-cv-00402

THE CITY OF BUFFALO,
  c/o Corporation Counsel,
BYRON LOCKWOOD, individually and in
  his capacity as Police Commissioner
  of the Buffalo Police Department,
DANIEL DERENDA, individually and in his
  capacity as Police Commissioner of the
  Buffalo Police Department,
LAUREN McDERMOTT, individually and
  in her capacity as a Buffalo Police Officer,
JENNY VELEZ, individually and in her
 capacity as a Buffalo Police Officer,
KARL SCHULZ, individually and in his
  capacity as a Buffalo Police Officer,
KYLE MORIARTY, individually and in his
  capacity as a Buffalo Police Officer,
DAVID T. SANTANA, individually and in his
  capacity as a Buffalo Police Officer,
JOHN DOE(S), individually and in his/their
  capacity as a Buffalo Police Officer(s),
                    Defendants.
------------------------------------------

*JACK W. HUNT & ASSOCIATES, INC.*

CITY OF BUFFALO
DEPARTMENT OF LAW

FEB 2 1 2020

RECEIVED
WEH

2

1          Examination before trial of **JAMES KISTNER**,

2  Plaintiff, taken pursuant to the Federal Rules of

3  Civil Procedure, in the law offices of RUPP BAASE

4  PFALZGRAF & CUNNINGHAM, LLC, 1600 Liberty Building,

5  Buffalo, New York, on February 6, 2020, commencing

6  at 10:20 a.m., before ANNE T. BARONE, RPR, Notary

7  Public.

8

9  APPEARANCES:       RUPP BAASE
                      PFALZGRAF & CUNNINGHAM, LLC,
10                    By CHAD DAVENPORT, ESQ.,
                      1600 Liberty Building,
11                    Buffalo, New York  14202,
                      (716) 854-3400,
12                    davenport@ruppbaase.com,
                      Appearing for the Plaintiff.
13
                      TIMOTHY A. BALL, ESQ.,
14                    Corporation Counsel,
                      By MAEVE E. HUGGINS, ESQ.,
15                    Assistant Corporation Counsel,
                      1137 City Hall,
16                    Buffalo, New York  14202,
                      (716) 851-4334,
17                    mhuggins@city-buffalo.com,
                      Appearing for the Defendants.
18

19

10:20:59 20  J A M E S   K I S T N E R, 37 Schmarbeck, Buffalo,

10:21:12 21  New York  14212, after being duly called and sworn,

10:21:12 22  testified as follows:

10:21:19 23

3

| 10:21:19 | 1 |        EXAMINATION BY MS. HUGGINS: |

10:21:19  1          EXAMINATION BY MS. HUGGINS:

10:21:19  2

10:21:19  3          Q.   Good morning, Mr. Kistner.  We met

10:21:22  4   again for a second time just a moment ago off the

10:21:25  5   record.  My name is Maeve Huggins.  I'm an attorney

10:21:27  6   for the City of Buffalo.  We're here today for your

10:21:30  7   deposition in regards to a federal lawsuit that you

10:21:32  8   filed involving an incident with the Buffalo Police

10:21:36  9   Department.

10:21:37 10          Have you given any sworn testimony since

10:21:39 11   your 50-h in June of 2017?

10:21:43 12          A.   No.

10:21:43 13          Q.   Okay.  I'd just like to review the

10:21:46 14   ground rules before we proceed with the deposition.

10:21:48 15          We have -- you're under oath, obviously,

10:21:50 16   and we have a reporter here who's taking down

10:21:52 17   everything that's being said.

10:21:54 18          For the sake of the reporter and so that we

10:21:55 19   have a clean record, I'd ask that you allow me to

10:21:57 20   finish my question before you answer.  I'll extend

10:21:59 21   the same courtesy to you and allow you to finish

10:22:01 22   before I move on to the next question.

10:22:03 23          If at any point you don't understand my

4

| | | |
|---|---|---|
| 10:22:05 | 1 | question, please let me know.  I'm happy to |
| 10:22:08 | 2 | rephrase it. |
| 10:22:10 | 3 | The reporter can only take down verbal |
| 10:22:12 | 4 | responses, so I'd ask that your responses be |
| 10:22:15 | 5 | verbal.  To the extent that you want to talk with |
| 10:22:17 | 6 | your hands or demonstrate something, I would just |
| 10:22:19 | 7 | verbalize it for the record so that we have it |
| 10:22:21 | 8 | memorialized. |
| 10:22:22 | 9 | If you need a break at any point, we can |
| 10:22:25 | 10 | take one.  I'm just going to ask that if there's |
| 10:22:27 | 11 | a question pending, that you answer it before we |
| 10:22:29 | 12 | break.  Fair enough? |
| 10:22:30 | 13 | A.    Yeah. |
| 10:22:33 | 14 | Q.    Oh.  And I should say this:  Mm-hmm, |
| 10:22:35 | 15 | shoulder shrugs, yeah, nah, those are difficult for |
| 10:22:40 | 16 | her to record accurately, so I would just ask that |
| 10:22:42 | 17 | you avoid those, if possible. |
| 10:22:44 | 18 | Obviously, at some point this may become |
| 10:22:47 | 19 | conversational, but for the sake of the record, I'd |
| 10:22:49 | 20 | ask that you avoid those type of words. |
| 10:22:51 | 21 | Before coming in today, have you taken any |
| 10:22:54 | 22 | medications within the -- |
| 10:22:55 | 23 | A.    No. |

*Kistner - Huggins - 2/6/20*

5

| | | |
|---|---|---|
| 10:22:56 | 1 | Q.    -- last -- |
| 10:22:57 | 2 | MR. DAVENPORT:  Yeah.  You've got to wait |
| 10:22:59 | 3 | for her to finish her question. |
| 10:23:00 | 4 | THE WITNESS:  Okay. |
| 10:23:00 | 5 | BY MS. HUGGINS: |
| 10:23:01 | 6 | Q.    It's okay.  Everyone does it, and |
| 10:23:03 | 7 | sometimes this becomes conversational, but she is |
| 10:23:06 | 8 | quite literally typing down every word we say. |
| 10:23:08 | 9 | A.    Okay. |
| 10:23:09 | 10 | Q.    And it's tough if we speak over each |
| 10:23:11 | 11 | other. |
| 10:23:11 | 12 | So before coming in today, in the last |
| 10:23:14 | 13 | 24 hours have you taken any medications that would |
| 10:23:16 | 14 | inhibit your ability to give truthful testimony? |
| 10:23:20 | 15 | A.    No medications. |
| 10:23:21 | 16 | Q.    Okay.  Are there any medications that |
| 10:23:23 | 17 | you should have been taking that you did not within |
| 10:23:25 | 18 | the last 24 hours? |
| 10:23:26 | 19 | A.    No. |
| 10:23:31 | 20 | Q.    Have you consumed any drugs, alcohol, |
| 10:23:33 | 21 | or marijuana within the last 24 hours? |
| 10:23:36 | 22 | A.    No. |
| 10:23:38 | 23 | Q.    Is there any reason why you can't give |

*Kistner - Huggins - 2/6/20*

6

| | | |
|---|---|---|
| 10:23:40 | 1 | truthful testimony today? |
| 10:23:41 | 2 | **A.**   No. |
| 10:23:43 | 3 | **Q.**   Have you reviewed anything in |
| 10:23:44 | 4 | preparation for your testimony today? |
| 10:23:47 | 5 | **A.**   No. |
| 10:23:49 | 6 | **Q.**   Did you look at any documents in |
| 10:23:51 | 7 | preparation for today? |
| 10:23:52 | 8 | **A.**   No. |
| 10:23:53 | 9 | **Q.**   Review any video? |
| 10:23:55 | 10 | **A.**   No. |
| 10:23:57 | 11 | **Q.**   Review any photographs? |
| 10:23:59 | 12 | **A.**   No. |
| 10:24:02 | 13 | **Q.**   There is obviously some video clips |
| 10:24:04 | 14 | with regard to the incident on January 1st, 2017. |
| 10:24:08 | 15 | When was the last time that you viewed that video? |
| 10:24:16 | 16 | **A.**   Tuesday. |
| 10:24:16 | 17 | **Q.**   Of this week? |
| 10:24:17 | 18 | **A.**   Yeah. |
| 10:24:23 | 19 | **Q.**   Did you review any documents or |
| 10:24:26 | 20 | photographs on Tuesday? |
| 10:24:27 | 21 | **A.**   Yes. |
| 10:24:28 | 22 | **Q.**   Okay.  What did you review specifically |
| 10:24:31 | 23 | with regard to video on Tuesday? |

*Kistner - Huggins - 2/6/20*

7

| 10:24:37 | 1 | A.  I watched the first clip. |
|---|---|---|

10:24:37   1          A.    I watched the first clip.

10:24:41   2          Q.    What is the first clip?  What does that

10:24:44   3  depict?

10:24:45   4          A.    It's the one I got hit in.  I call it

10:24:47   5  the first clip.

10:24:48   6          Q.    Okay.  What documents -- before I move

10:24:58   7  on, any other video that you reviewed on Tuesday?

10:25:02   8          A.    No.

10:25:02   9          Q.    What documents did you review on

10:25:04  10  Tuesday?

10:25:05  11          A.    The transcript of the 50-h hearing.

10:25:12  12          Q.    Any other documents?

10:25:13  13          A.    No.

10:25:15  14          Q.    Did you review any photographs on

10:25:17  15  Tuesday?

10:25:18  16          A.    No.

10:25:30  17          Q.    I am going to try to not cover the same

10:25:35  18  ground of the 50-h, but for the sake of having to

10:25:38  19  orient you to time frame and place for some of my

10:25:40  20  questions, I may have to do that.

10:25:42  21          If at any point you're not sure about what

10:25:45  22  I'm referring to, please let me know.  I want to

10:25:49  23  make sure that we are on the same page in terms of

*Kistner - Huggins - 2/6/20*

8

| 10:25:51 | 1 | my questioning.  Fair enough? |
| 10:25:52 | 2 | A.    Okay. |
| 10:25:55 | 3 | Q.    Have you discussed the January 1st, |
| 10:25:57 | 4 | 2017 incident with anyone, aside from your |
| 10:26:02 | 5 | attorneys? |
| 10:26:06 | 6 | A.    Yes. |
| 10:26:06 | 7 | Q.    Who have you discussed that incident |
| 10:26:08 | 8 | with? |
| 10:26:08 | 9 | A.    My family. |
| 10:26:10 | 10 | Q.    Who in your family? |
| 10:26:15 | 11 | A.    My sister Gwen. |
| 10:26:18 | 12 | Q.    Anyone else in your family? |
| 10:26:21 | 13 | A.    Well, Rachel and I aren't married, but |
| 10:26:24 | 14 | I've talked to Rachel about it. |
| 10:26:27 | 15 | Q.    Anyone else aside from Gwen and Rachel |
| 10:26:33 | 16 | that you recall? |
| 10:26:34 | 17 | A.    Since when?  I mean -- |
| 10:26:37 | 18 | Q.    Well -- |
| 10:26:38 | 19 | A.    WIVB.  I did an interview with them. |
| 10:26:48 | 20 | Q.    Anyone else? |
| 10:26:49 | 21 | A.    I can't remember anybody off the top of |
| 10:26:55 | 22 | my head. |
| 10:26:55 | 23 | Q.    Have you discussed what you were going |

| | | |
|---|---|---|
| 10:26:57 | 1 | to testify about in this deposition with anyone |
| 10:27:00 | 2 | aside from your attorney? |
| 10:27:03 | 3 | A.   No.   Other that Rachel. |
| 10:27:12 | 4 | Q.   Did you take any photographs of the |
| 10:27:14 | 5 | January 1st, 2017 incident involving the Buffalo |
| 10:27:20 | 6 | Police Department? |
| 10:27:20 | 7 | A.   No. |
| 10:27:20 | 8 | Q.   Did you take any photographs of any |
| 10:27:23 | 9 | injuries you allegedly suffered from that incident? |
| 10:27:32 | 10 | THE WITNESS:   Rachel and Earl used their |
| 10:27:36 | 11 | cell phones, I think, to try to get pictures of my |
| 10:27:39 | 12 | wrists. |
| 10:27:42 | 13 | I'm not exactly sure which one of those cell |
| 10:27:44 | 14 | phones we were able to download, but you got them. |
| 10:27:51 | 15 | Other than that, no. |
| 10:27:52 | 16 | BY MS. HUGGINS: |
| 10:27:52 | 17 | Q.   Are you aware of how many photographs |
| 10:27:54 | 18 | were taken of your wrists? |
| 10:27:55 | 19 | A.   Not a clue.   I mean, off the top of my |
| 10:27:58 | 20 | head, no. |
| 10:27:59 | 21 | Q.   Do you know when those photographs were |
| 10:28:01 | 22 | taken? |
| 10:28:06 | 23 | A.   The first week of January 2017. |

Kistner - Huggins - 2/6/20

10

| | | |
|---|---|---|
| 10:28:10 | 1 | I don't know the day. |
| 10:28:25 | 2 | Q. Are you aware of any camera or |
| 10:28:27 | 3 | surveillance systems that captured any video of the |
| 10:28:31 | 4 | January 1st, 2017 incident involving the Buffalo |
| 10:28:36 | 5 | Police Department? |
| 10:28:36 | 6 | A. Yeah. |
| 10:28:37 | 7 | Q. What camera system or surveillance |
| 10:28:40 | 8 | system are you aware of that may have captured |
| 10:28:44 | 9 | footage on that day? |
| 10:28:45 | 10 | A. Rachel's house at 37 Schmarbeck has |
| 10:28:49 | 11 | a Swann system. I think it has eight cameras. |
| 10:28:56 | 12 | There are two of them that are mounted below |
| 10:28:58 | 13 | the eaves up on the third floor that photograph the |
| 10:29:04 | 14 | front of the house. One on the right and one on |
| 10:29:08 | 15 | the left of those upper windows. |
| 10:29:11 | 16 | Q. When you said two, are you referring to |
| 10:29:13 | 17 | two individual cameras of the eight? |
| 10:29:15 | 18 | A. Yeah. |
| 10:29:17 | 19 | Q. Where are the remaining six cameras |
| 10:29:20 | 20 | positioned? |
| 10:29:20 | 21 | A. In the backyard, where the kids play; |
| 10:29:22 | 22 | or on the side of the house, looking down where the |
| 10:29:29 | 23 | kids play; or on the back of the house, looking to |

*Kistner - Huggins - 2/6/20*

11

| | | |
|---|---|---|
| 10:29:32 | 1 | the right and the left. |
| 10:29:40 | 2 | Q. Who purchased that system? |
| 10:29:50 | 3 | A. Rachel and I went to Walmart, and she |
| 10:29:54 | 4 | paid for it. |
| 10:29:54 | 5 | Q. When was it installed? |
| 10:30:05 | 6 | A. I'm going to guess, 2015. I don't even |
| 10:30:11 | 7 | know the month. |
| 10:30:12 | 8 | Q. How are the cameras in that system |
| 10:30:15 | 9 | activated? |
| 10:30:17 | 10 | A. They run all the time. There are ways |
| 10:30:23 | 11 | you can set it to where they'll just go on when |
| 10:30:27 | 12 | there's motion, but we're not that sophisticated. |
| 10:30:31 | 13 | We never understood how to make that work. |
| 10:30:33 | 14 | So we just took it out of the box, put it |
| 10:30:36 | 15 | on the shelf, plugged it in, wired the cameras up, |
| 10:30:39 | 16 | I mounted them outside, and turned it on. And |
| 10:30:45 | 17 | that's essentially how it's worked ever since we |
| 10:30:48 | 18 | bought it. It's still working like that. |
| 10:30:50 | 19 | Q. Has it been just recording continuously |
| 10:30:52 | 20 | since it was installed? |
| 10:30:53 | 21 | A. I think so, yeah. Unless there's |
| 10:30:55 | 22 | a power failure or something, yeah. But we never |
| 10:30:59 | 23 | turned it off except once, that I remember real |

10:31:03   1   distinctly.

10:31:04   2         Q.    When did you turn it off?

10:31:09   3         A.    In January of 2017, Jim Ostrowski told

10:31:16   4   me:   You have to save the video on that machine.

10:31:22   5        I called Gary, a fellow who had repaired

10:31:25   6   a computer for me, and said, I've got to get this

10:31:28   7   off of here, and I don't know how to do it.

10:31:33   8        We had unplugged the machine I'm going to

10:31:39   9   say 9 o'clock at night on January 1st, which was

10:31:43  10   after all this was over and I was home, because we

10:31:49  11   were told:   Don't let it keep running, because we

10:31:53  12   don't know when we're going to get there to

10:31:56  13   retrieve it.   Just unplug it, and I'll try to be

10:31:59  14   there tomorrow or the next day.

10:32:01  15        That's what Gary, the guy that told me he

10:32:04  16   was coming to get it, so --

10:32:05  17         Q.    Do you have -- I apologize.   Continue.

10:32:11  18         A.    I don't know when Gary actually showed

10:32:14  19   up.   I think it was probably the next day or the

10:32:16  20   day after.   We gave him the keyboard, the mouse,

10:32:20  21   and the DVR.

10:32:22  22        We didn't give him any of the cameras

10:32:24  23   because they're all hooked up with leads going

*Kistner - Huggins - 2/6/20*

10:32:26   1   outside.

10:32:27   2          So he took the machine and the keyboard that

10:32:30   3   came with it and the -- does it -- maybe it didn't

10:32:33   4   have a keyboard.  Just a mouse and the clicker.

10:32:35   5   The remote control.

10:32:38   6          Q.    In terms of hardware of that system,

10:32:42   7   there's eight cameras and then there's what you've

10:32:45   8   called a DVR.  Is that -- what is your understanding

10:32:48   9   of what that DVR is and does for the system?

10:32:54  10          A.    Just records everything, everything it

10:32:59  11   sees, and then it lets you go back in with the

10:33:01  12   mouse and ask it to replay what is up there.

10:33:06  13          That's about as sophisticated as we ever got

10:33:10  14   with it so we could see what happened outside if

10:33:12  15   something was amiss.  We could rewind it and say,

10:33:16  16   what happened here?

10:33:16  17          Q.    Do you view the video on the DVR or is

10:33:20  18   there a screen?

10:33:20  19          A.    There's a monitor.

10:33:23  20          Q.    Is the monitor something apart of the

10:33:26  21   Swann system?

10:33:26  22          A.    No.

10:33:27  23          Q.    You've hooked the system up to the

| | | |
|---|---|---|
| 10:33:28 | 1 | monitor? |
| 10:33:29 | 2 | **A.**    Yeah.   It's a TV. |
| 10:33:30 | 3 | **Q.**    What is your understanding of how |
| 10:33:33 | 4 | frequently the footage will record over itself? |
| 10:33:38 | 5 | **A.**    I don't know. |
| 10:33:44 | 6 | **Q.**    The two cameras that are affixed |
| 10:33:48 | 7 | under the third-floor eaves on the front of |
| 10:33:52 | 8 | 37 Schmarbeck, what areas of the street does those |
| 10:34:00 | 9 | cameras capture? |
| 10:34:03 | 10 | **A.**    The one on the left -- if you're in the |
| 10:34:05 | 11 | house looking out, the one on the left, if you're |
| 10:34:08 | 12 | in the house looking out, looks almost like |
| 10:34:10 | 13 | straight down. |
| 10:34:12 | 14 |       The one on the right looks to the left, like |
| 10:34:16 | 15 | you're looking up the street toward Broadway. |
| 10:34:20 | 16 | **Q.**    Are other homes located on Schmarbeck |
| 10:34:24 | 17 | within the view of that second camera you've |
| 10:34:27 | 18 | described? |
| 10:34:32 | 19 | **A.**    24 -- to a large part, 24 Schmarbeck, |
| 10:34:40 | 20 | that's on that camera.   I'm pretty sure you can see |
| 10:34:47 | 21 | the profile of 33 on that camera.   The camera on |
| 10:34:57 | 22 | the right, as you're looking toward the street. |
| 10:34:59 | 23 |       The camera on the left, I don't think you |

10:35:01  1  can see any other houses.  The one that looks

10:35:07  2  almost straight down, I don't think you can see any

10:35:09  3  other houses.

10:35:12  4          Q.    Does the camera capture the sidewalk

10:35:18  5  and the streets in front of both 24 and 33

10:35:23  6  Schmarbeck Avenue?

10:35:26  7          A.    The one on the right that looks in that

10:35:30  8  direction, yeah, it captures the sidewalk on both

10:35:36  9  sides of the street.

10:35:38 10          Q.    Why did you purchase the -- strike

10:35:41 11  that.

10:35:41 12          Why did Rachel purchase the Swann system, if

10:35:53 13  you know?

10:35:53 14          A.    There are two reasons.  For home

10:35:56 15  security, and it was on sale $200 off.

10:36:11 16          Q.    Does the Swann system allow someone to

10:36:16 17  access video footage without preserving the

10:36:19 18  footage?

10:36:22 19          A.    Say that again.

10:36:24 20          Q.    Sure.  Let me rephrase it slightly.

10:36:26 21          Using the system, are you able to view

10:36:29 22  footage without preserving it?

10:36:35 23          A.    I don't know.  You mean, can I --

Kistner - Huggins - 2/6/20

16

10:36:41  1   I don't know.

10:36:42  2          Q.    Have you ever gone onto the system,

10:36:46  3   accessed footage from a period of time, and not

10:36:55  4   saved that footage?

10:37:05  5          A.    We -- either Rachel or I -- Earl even

10:37:09  6   used it in January, he looked at it.  We look at it

10:37:13  7   almost every day.  I mean, if there's something --

10:37:16  8   it's kind of like the window on the world outside.

10:37:25  9          If you're missing a garbage can, you can go

10:37:28 10   back and find out what happened to the trash can.

10:37:30 11   Where did the trash can go?

10:37:35 12          If Charlie lost his ball in the backyard,

10:37:37 13   you can look:  Where did Charlie's ball go?

10:37:44 14          We use it in that sense to look at what has

10:37:47 15   happened to try to understand.

10:37:54 16          Have we ever used it to look back and not

10:37:57 17   preserved it?  I think to preserve it -- it's still

10:38:00 18   beyond me.  I've still got to call somebody in and

10:38:03 19   say, get this off of here.  I want to keep it

10:38:05 20   forever.

10:38:05 21          Q.    Is it your understanding, based on your

10:38:09 22   experience with the Swann system, that you have the

10:38:11 23   ability to access video, and preserving it is

10:38:14  1  something separate?

10:38:16  2       A.    I don't know what its abilities are.

10:38:19  3  I don't know.   We just -- we use it for what we use

10:38:22  4  it for.

10:38:23  5       I'm sure it will do all kind of things if

10:38:26  6  you're smart enough to sit there and study the

10:38:29  7  book.   I don't even know if I've got the book

10:38:31  8  anymore.

10:38:38  9       Q.    In January of 2017, who had access to

10:38:42 10  the footage on the Swann system DVR?

10:38:46 11       A.    Just Rachel and I.   But Earl, he was

10:38:50 12  there that morning, and when I was in the police

10:38:54 13  car and he came back in the house, while Rachel was

10:38:57 14  at the front window, Earl went -- because he's

10:39:02 15  smart enough to figure out how to play and rewind,

10:39:05 16  which is about all I ever showed him, because I

10:39:10 17  don't know any more about it -- he looked at it.

10:39:13 18  So Earl looked at it.

10:39:15 19       Other than Earl looking at it that day --

10:39:18 20  oh, and Earl showed it to Jim Ostrowski that

10:39:22 21  morning.   So that's at least twice that Earl

10:39:25 22  rewound it on that morning and looked at it.

10:39:26 23       Q.    How did you come to learn that?

*Kistner - Huggins - 2/6/20*

18

| | | |
|---|---|---|
| 10:39:28 | 1 | **A.**   That Earl had looked at it? |
| 10:39:31 | 2 | **Q.**   Yes. |
| 10:39:32 | 3 | **A.**   I talk to my son as much as I can. |
| 10:39:44 | 4 | **Q.**   Prior to having Gary retrieve footage |
| 10:39:52 | 5 | from January 1st, 2017, had you viewed footage from |
| 10:39:57 | 6 | that date? |
| 10:40:02 | 7 | **A.**   Yeah.  I think I looked at it as soon |
| 10:40:04 | 8 | as I got home that day. |
| 10:40:07 | 9 | **Q.**   What is Gary's full name? |
| 10:40:13 | 10 | **A.**   I don't remember. |
| 10:40:17 | 11 | **Q.**   How did you contact Gary to make |
| 10:40:19 | 12 | arrangements for him to retrieve the video? |
| 10:40:21 | 13 | **A.**   A refrigerator magnet. |
| 10:40:23 | 14 | **Q.**   Do you still have that magnet? |
| 10:40:25 | 15 | **A.**   No.  I gave it to Jill.  I think Jill's |
| 10:40:29 | 16 | got it.  I think I sent it to her in the mail. |
| 10:40:37 | 17 | **Q.**   Have you had any contact with Gary |
| 10:40:39 | 18 | since his retrieval of the video off the system? |
| 10:40:51 | 19 | **A.**   Well, he dropped it off and I paid him. |
| 10:40:59 | 20 | I might have talked to him on the phone over the |
| 10:41:01 | 21 | last several years twice, but I can't remember what |
| 10:41:04 | 22 | we talked about. |
| 10:41:08 | 23 | **Q.**   Any time that you communicated with |

*Kistner - Huggins - 2/6/20*

19

10:41:11  1  him, was it through whatever contact information

10:41:13  2  was on that fridge magnet?

10:41:15  3       A.    Yeah, it would have had to have been.

10:41:19  4            Oh, and I think he's a friend of mine on

10:41:21  5  Facebook, but I don't -- I don't communicate with

10:41:24  6  him at all on Facebook, other than read his stuff

10:41:27  7  and he reads stuff that I repost.

10:41:32  8       Q.    Had Gary ever retrieved video footage

10:41:36  9  for you prior to --

10:41:37 10       A.    No.

10:41:37 11       Q.    -- January 1st, 2017?

10:41:40 12            Did you give Gary any instructions on what

10:41:48 13  footage you wanted retrieved?

10:41:50 14       A.    Yeah.

10:41:51 15       Q.    What instructions did you give him?

10:41:53 16       A.    I told him Jim -- Mr. Ostrowski --

10:41:56 17  I said, Jim Ostrowski -- Jim wants everything on

10:42:00 18  the front of the house that shows the incident from

10:42:02 19  the time the tenant arrives, until the time the

10:42:08 20  police leave.

10:42:15 21       Q.    Do you know if that footage was

10:42:18 22  preserved from the time the tenant arrived and the

10:42:22 23  police leaving?

| | | |
|---|---|---|
| 10:42:31 | 1 | A. I think so. Yeah, I think so. |
| 10:42:34 | 2 | Q. Are you aware of any footage aside from |
| 10:42:39 | 3 | the first clip that you've mentioned earlier in |
| 10:42:43 | 4 | your testimony? |
| 10:42:49 | 5 | A. From those two cameras, the one on the |
| 10:42:52 | 6 | left that looks straight down, that shows the |
| 10:42:58 | 7 | police with Earl. |
| 10:43:05 | 8 | Q. Was that footage also retrieved off the |
| 10:43:07 | 9 | system, if you are aware? |
| 10:43:10 | 10 | A. Yeah, both of those views. |
| 10:43:14 | 11 | Q. Is it your understanding that the |
| 10:43:15 | 12 | entire footage captured by both of those cameras |
| 10:43:19 | 13 | from the time that the tenant arrived and when the |
| 10:43:22 | 14 | police left on January 1st, 2017, was preserved? |
| 10:43:35 | 15 | A. I think it was. |
| 10:43:40 | 16 | Can I articulate here? I think I can help |
| 10:43:43 | 17 | answer your question here. |
| 10:43:45 | 18 | Q. Let me ask more broadly. |
| 10:43:47 | 19 | A. Okay. |
| 10:43:48 | 20 | Q. Are you aware of any footage that |
| 10:43:51 | 21 | exists from that date that was not retrieved off |
| 10:43:54 | 22 | of your Swann system? |
| 10:43:55 | 23 | A. That's more to the point. I know that |

Kistner - Huggins - 2/6/20

21

10:43:59  1  there was video footage after the police left of

10:44:03  2  Jim Ostrowski arriving and Jim Ostrowski leaving,

10:44:10  3  but I don't know where it is.

10:44:12  4        I have looked and looked and looked, and

10:44:14  5  I am still looking, but I know I saw that on video,

10:44:20  6  and I can't find it anywhere.

10:44:26  7        Q.   Are you aware of any footage -- strike

10:44:38  8  that.

10:44:38  9        From the time that your tenant arrives on

10:44:41 10  Schmarbeck, until the time that the police leave,

10:44:44 11  are you aware of any footage that is no longer

10:44:48 12  available from that period of time?

10:44:59 13        A.   That's a no with an explanation or

10:45:03 14  a yes with an explanation.

10:45:07 15        When Gary came back with the stuff on the

10:45:15 16  disc, he had it on four discs.  All the discs were

10:45:20 17  just copies of each other, he told me.

10:45:25 18        And when I -- when I first was able to get

10:45:28 19  those discs to work and actually look at them,

10:45:30 20  there were like clips on there.  It wasn't one long

10:45:34 21  movie.  It wasn't one long, uninterrupted movie.

10:45:40 22  It was just this clip and then there was another

10:45:42 23  clip and then there was another clip and then there

Kistner - Huggins - 2/6/20

22

10:45:46  1  was another clip.

10:45:51  2        That's what I'm aware.  The clips and the

10:45:54  3  time at the top -- the time at the top looks

10:45:57  4  different.

10:45:57  5        Q.   Are you aware of any footage from that

10:46:01  6  date and incident that is continuous and extends

10:46:05  7  for the entire period of time from when the tenant

10:46:08  8  arrived and the police left?

10:46:09  9        A.   Okay.  I don't think there is one.

10:46:12 10        The reason I say that is because when

10:46:16 11  I asked Gary, the video guy, about is there one

10:46:21 12  long one here, he told me, when he was delivering

10:46:24 13  the thing and picking up his pay, that that video

10:46:29 14  clip was so big, that the only way he could get it

10:46:33 15  off the machine and onto DVD was to make it smaller.

10:46:39 16        Like the two hours from beginning to end or

10:46:42 17  whatever time there was there, it was just too big

10:46:44 18  a clip, and he didn't know how to move it around,

10:46:47 19  other than to do it the way he did it.

10:46:50 20        Q.   Are you aware if the continuous footage

10:46:54 21  from this incident was preserved in any way aside

10:46:58 22  from --

10:46:58 23        A.   No, I'm not.

| | | |
|---|---|---|
| 10:47:00 | 1 | Q.    -- reducing to a disc? |
| 10:47:02 | 2 | A.    No. |
| 10:47:02 | 3 | Q.    Do you have access to that continuous |
| 10:47:04 | 4 | footage today? |
| 10:47:06 | 5 | A.    No.   If I find it, you'll be the first |
| 10:47:10 | 6 | to get it. |
| 10:47:11 | 7 | Q.    Do you have access to the same Swann |
| 10:47:15 | 8 | DVR system that was in place and recording footage |
| 10:47:19 | 9 | on January 1st, 2017? |
| 10:47:22 | 10 | A.    Yeah. |
| 10:47:23 | 11 | Q.    Is that Swann DVR system still |
| 10:47:27 | 12 | functioning? |
| 10:47:28 | 13 | A.    Yeah.   One of the cameras doesn't work. |
| 10:47:32 | 14 | We lost a view. |
| 10:47:34 | 15 | Q.    Which camera? |
| 10:47:40 | 16 | A.    The one on the front porch, looking to |
| 10:47:43 | 17 | the right.   It just stopped working a couple months |
| 10:47:45 | 18 | ago. |
| 10:47:45 | 19 | Q.    Do you know when it stopped working? |
| 10:47:47 | 20 | A.    Yeah.   A couple months ago.   I think |
| 10:47:49 | 21 | it's got a short in the wire going to the camera. |
| 10:47:51 | 22 | Q.    In the year 2019? |
| 10:47:53 | 23 | A.    Oh, yeah.   Yes. |

10:47:54  1        Q.    Had you ever performed any maintenance

10:47:56  2   on either the DVR system or the cameras itself?

10:47:59  3        A.    No.

10:48:11  4        Q.    After -- strike that.

10:48:14  5        In order for Gary to retrieve the footage,

10:48:18  6   did you have to physically give him the DVR system?

10:48:21  7        A.    Yeah.

10:48:22  8        Q.    And that system at some point was later

10:48:24  9   returned to you by Gary?

10:48:25 10        A.    Yeah.

10:48:26 11        Q.    Were you present at any point when Gary

10:48:29 12   was retrieving or preserving video footage from

10:48:34 13   January 1st, 2017?

10:48:35 14        A.    No.

10:48:39 15        Q.    Did you view any of the footage from

10:48:42 16   January 1st, 2017, on the DVR system, after it was

10:48:47 17   returned to you by Gary?

10:49:00 18        A.    I don't know.

10:49:00 19        Q.    Prior to giving Gary the DVR system,

10:49:03 20   had you viewed the January 1st, 2017 footage from

10:49:08 21   the time that your tenant arrived, until when the

10:49:10 22   police left Schmarbeck Avenue?

10:49:21 23        A.    I want to say yes, but I don't think

*Kistner - Huggins - 2/6/20*

25

| | | |
|---|---|---|
| 10:49:25 | 1 | I looked at it like all the way through, nonstop. |
| 10:49:34 | 2 | I, Rachel, and Earl together looked at it |
| 10:49:42 | 3 | the biggest part of half the day the next day. |
| 10:49:47 | 4 | Q.   At some point you became aware that |
| 10:49:52 | 5 | footage was captured from the time your tenant |
| 10:49:55 | 6 | arrived, to when police -- |
| 10:49:57 | 7 | A.   Yeah. |
| 10:49:58 | 8 | Q.   -- left the street. |
| 10:50:00 | 9 | A.   Yeah. |
| 10:50:00 | 10 | Q.   Okay.  Have you ever created any notes, |
| 10:50:05 | 11 | a log, a diary of any sort to reduce to writing |
| 10:50:09 | 12 | what happened on January 1st, 2017? |
| 10:50:14 | 13 | A.   Not a diary. |
| 10:50:17 | 14 | Q.   What form have you taken notes in? |
| 10:50:19 | 15 | A.   I tried to sit and look at the four |
| 10:50:22 | 16 | clips and tried to figure out what order they go in |
| 10:50:30 | 17 | and tried to figure out like how long this whole |
| 10:50:35 | 18 | thing -- how long this whole thing took to happen |
| 10:50:38 | 19 | to try to make some sense of how long from the time |
| 10:50:45 | 20 | he got there, until the time the last police car |
| 10:50:48 | 21 | left, and why did the police leave when they did, |
| 10:50:56 | 22 | and tried to make sense of that. |
| 10:51:01 | 23 | Q.   Did you reduce any of that to writing, |

Kistner - Huggins - 2/6/20

26

| | | |
|---|---|---|
| 10:51:03 | 1 | either handwritten or typed? |
| 10:51:05 | 2 | A.   It was more that I was just keeping |
| 10:51:07 | 3 | notes on the number of the clock, so it -- no. |
| 10:51:12 | 4 | It wasn't the kind of thing you could understand. |
| 10:51:15 | 5 | I didn't save it. |
| 10:51:20 | 6 | Q.   Have you created any notes, a log, |
| 10:51:22 | 7 | a diary to help memorialize any injuries you allege |
| 10:51:26 | 8 | that you suffered from the January 1st, 2017 |
| 10:51:28 | 9 | incident? |
| 10:51:35 | 10 | A.   No. |
| 10:51:38 | 11 | Q.   Sir, how old are you today? |
| 10:51:41 | 12 | A.   59. |
| 10:51:46 | 13 | Q.   What is your current height and weight? |
| 10:51:51 | 14 | A.   250, five eleven. |
| 10:51:56 | 15 | Q.   What was your approximate height and |
| 10:51:59 | 16 | weight on January 1st, 2017? |
| 10:52:05 | 17 | A.   220, five eleven. |
| 10:52:13 | 18 | Q.   Have you been prescribed any contacts |
| 10:52:15 | 19 | or glasses since your 50-h testimony in June of |
| 10:52:18 | 20 | 2017? |
| 10:52:20 | 21 | A.   No. |
| 10:52:28 | 22 | Q.   Do you have any hearing problems? |
| 10:52:40 | 23 | A.   Maybe. |

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 10:52:40 | 1 | Q. Since your testimony in your 50-h in |
| 10:52:44 | 2 | June of 2017, have you seen any medical provider |
| 10:52:47 | 3 | for any hearing-related issue? |
| 10:52:50 | 4 | A. No. |
| 10:52:51 | 5 | Q. When you say maybe, what do you mean by |
| 10:52:53 | 6 | that? |
| 10:52:55 | 7 | A. If there's a crowd, if there's a lot of |
| 10:52:58 | 8 | noise, there's a lot of background noise, it's real |
| 10:53:00 | 9 | hard to pick up from the distance of five feet what |
| 10:53:06 | 10 | somebody's saying unless you watch their mouth. |
| 10:53:08 | 11 | Q. Have you ever seen a medical provider |
| 10:53:11 | 12 | at all with regard to that issue? |
| 10:53:18 | 13 | A. No. |
| 10:53:19 | 14 | Q. Do you utilize anything to aid your |
| 10:53:23 | 15 | hearing in those types of situations? |
| 10:53:28 | 16 | A. Rachel bought me two of them $20 |
| 10:53:33 | 17 | hearing aids, one for each ear, and -- but that was |
| 10:53:41 | 18 | more a here, I told you so, wear these, than it was |
| 10:53:45 | 19 | a physician telling me that I couldn't hear. |
| 10:53:49 | 20 | Q. When did she buy those for you? |
| 10:53:53 | 21 | A. Last year. |
| 10:53:56 | 22 | Q. Were you wearing any type of aid on |
| 10:54:00 | 23 | January 1st, 2017? |

10:54:05  1          A.    No.

10:54:12  2          Q.    You mentioned earlier that you are

10:54:14  3   married to Rachel?

10:54:15  4          A.    No, I'm not.  We're not married.

10:54:17  5          Q.    Okay.  What did you mean by that when

10:54:19  6   you said earlier today that you were married to

10:54:21  7   her?

10:54:24  8          MR. DAVENPORT:  I don't think that he said

10:54:25  9   that he was married to her.

10:54:26 10          THE WITNESS:  I think I clarified that we're

10:54:28 11   not married earlier today.

10:54:29 12          BY MS. HUGGINS:

10:54:29 13          Q.    Okay.  Who is Rachel to you then?

10:54:35 14          A.    We have three children in common.

10:54:39 15          Q.    Have you ever been married before?

10:54:41 16          A.    Yes.

10:54:42 17          Q.    When did you first get married?

10:54:56 18          A.    '90.

10:54:58 19          Q.    Who did you marry?

10:54:59 20          A.    Danielle Bradley.

10:55:06 21          Q.    Are you still married to Ms. Bradley?

10:55:08 22          A.    No.

10:55:09 23          Q.    When did you get divorced?

| | |
|---|---|
| 10:55:13 1 | **A.** We had a jury trial on our divorce in |
| 10:55:17 2 | front of Lane in Niagara County in 2000. |
| 10:55:23 3 | **Q.** Do you have any children in common with |
| 10:55:25 4 | Ms. Bradley? |
| 10:55:26 5 | **A.** Three. |
| 10:55:28 6 | **Q.** Which of your children are your |
| 10:55:32 7 | children in common with Ms. Bradley? |
| 10:55:35 8 | **A.** Joelle, Laurel, and Earl. |
| 10:55:41 9 | **Q.** Do you still have any contact with |
| 10:55:43 10 | Ms. Bradley? |
| 10:55:48 11 | **A.** Once a year maybe she'll call and want |
| 10:55:52 12 | to know where Earl is, but no, we don't talk. |
| 10:55:55 13 | **Q.** Have you ever discussed the |
| 10:55:56 14 | January 1st, 2017 incident with Ms. Bradley? |
| 10:56:00 15 | **A.** I haven't. |
| 10:56:07 16 | **Q.** How many children in total do you have, |
| 10:56:09 17 | sir? |
| 10:56:10 18 | **A.** Seven. |
| 10:56:18 19 | **Q.** Your middle child -- forgive me. |
| 10:56:22 20 | I forget your middle child's name.  We discussed |
| 10:56:35 21 | Joelle, Laurel, and Earl.  Who is your next? |
| 10:56:38 22 | **A.** Kendall. |
| 10:56:39 23 | **Q.** Kendall. |

| 10:56:40 | 1 | A. Yeah. I have four big ones and three |
| 10:56:42 | 2 | little ones. |
| 10:56:43 | 3 | Q. Who is the mother of Kendall? |
| 10:56:48 | 4 | A. I want to make sure I get her last |
| 10:56:50 | 5 | name. I think her name is still Barber. Lisa |
| 10:56:57 | 6 | Barber. |
| 10:56:58 | 7 | Q. Do you have any contact with |
| 10:56:59 | 8 | Ms. Barber? |
| 10:57:03 | 9 | A. Not in six or seven years. |
| 10:57:06 | 10 | Q. Ever discuss this January 1st -- |
| 10:57:09 | 11 | A. No. |
| 10:57:10 | 12 | Q. -- incident with her? Okay. |
| 10:57:12 | 13 | Were any of your children residing with you |
| 10:57:14 | 14 | on January 1st, 2017? |
| 10:57:22 | 15 | A. The three little ones were at Rachel's |
| 10:57:25 | 16 | house at 37, next door. I'm sleeping and staying |
| 10:57:29 | 17 | over at 33, which is the house I own. Earl was |
| 10:57:32 | 18 | home. I can't remember whether he -- I know he had |
| 10:57:39 | 19 | to sleep over at Rachel's on the first floor at 37, |
| 10:57:42 | 20 | so Earl was staying with Rachel that night. I got |
| 10:57:48 | 21 | up early and came over. |
| 10:57:55 | 22 | Almost -- almost constantly since this, |
| 10:57:58 | 23 | though, I've been spending almost all of the time |

*Kistner - Huggins - 2/6/20*

31

| | | |
|---|---|---|
| 10:58:00 | 1 | over at Rachel's because she still worries. |
| 10:58:05 | 2 | Q.   When did you stop residing at 33 and |
| 10:58:09 | 3 | staying at 37? |
| 10:58:10 | 4 | A.   Consistently? |
| 10:58:11 | 5 | Q.   Consistently. |
| 10:58:17 | 6 | A.   I don't know.  Eight months ago. |
| 10:58:19 | 7 | A year ago. |
| 10:58:27 | 8 | Q.   What caused that change in staying at |
| 10:58:30 | 9 | 33 to then consistently staying -- |
| 10:58:32 | 10 | A.   Rachel's mental health. |
| 10:58:59 | 11 | Q.   -- at 37? |
| 10:58:59 | 12 | Where were Laurel, Joelle, and Kendall |
| 10:59:03 | 13 | living in January of 2017? |
| 10:59:16 | 14 | A.   I don't know.  I don't remember. |
| 10:59:17 | 15 | Q.   Were they residing in the Buffalo area? |
| 10:59:26 | 16 | A.   I want to say Joelle was, but I think |
| 10:59:30 | 17 | the other two were out of town. |
| 10:59:33 | 18 | Q.   Did you ever discuss the January 1st, |
| 10:59:36 | 19 | 2017 incident with Laurel, Joelle, or Kendall? |
| 10:59:40 | 20 | A.   No. |
| 10:59:57 | 21 | Q.   What properties, if any, do you own on |
| 11:00:01 | 22 | Schmarbeck Avenue? |
| 11:00:02 | 23 | A.   24, 29, and 33. |

Kistner - Huggins - 2/6/20

32

11:00:09  1        Q.    What type of property is 24 Schmarbeck?

11:00:11  2        A.    24 is a double.  A traditional 30 by 110.

11:00:17  3        Q.    When you say double, is it like

11:00:19  4   a lower, upper double?

11:00:21  5        A.    Yeah.

11:00:24  6        Q.    How long have you owned 24 Schmarbeck?

11:00:32  7        A.    I'm guessing to say 2007, but I think

11:00:34  8   that's kind of accurate.

11:00:37  9        Q.    What type of property is 29 Schmarbeck?

11:00:40 10        A.    It's an empty lot.

11:00:44 11        Q.    Has it always been an empty lot while

11:00:47 12   you have owned it?

11:00:48 13        A.    Yeah.

11:00:48 14        Q.    And what type of residence -- not

11:00:50 15   residence -- what type of property is 33 Schmarbeck?

11:00:54 16        A.    It's a single-family home.  It's got --

11:01:00 17   it's got an office in the back, and it's got --

11:01:10 18   it's got a finished attic and a two bedroom on the

11:01:14 19   first floor, which if I get rid of the office,

11:01:17 20   I can make a three bedroom on the first floor.  So

11:01:20 21   it's essentially a double.

11:01:21 22        Q.    Are those rooms that you have described

11:01:23 23   separate units?

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 11:01:26 | 1 | **A.**    They have been since I got it. |
| 11:01:37 | 2 | **Q.**    What sources of income did you have in |
| 11:01:38 | 3 | January of 2017? |
| 11:01:47 | 4 | **A.**    Two apartment rents -- no.  Three |
| 11:01:50 | 5 | apartment rents.  Three apartment rents.  I've got |
| 11:01:53 | 6 | one of Rachel's apartment rents and then the two -- |
| 11:01:59 | 7 | the two rooms I had rented, so there were three |
| 11:02:01 | 8 | sources. |
| 11:02:02 | 9 | It's not that way anymore but that's what it |
| 11:02:04 | 10 | was then. |
| 11:02:05 | 11 | **Q.**    The three units that you have described, |
| 11:02:11 | 12 | does that encompass 24 and 33 Schmarbeck? |
| 11:02:15 | 13 | **A.**    No.  That would be the two at 33 and |
| 11:02:20 | 14 | one of Rachel's units at 41. |
| 11:02:24 | 15 | **Q.**    Was 24 Schmarbeck empty? |
| 11:02:28 | 16 | **A.**    24 has been a project since the day we |
| 11:02:32 | 17 | got it.  Other things are constantly calling me off |
| 11:02:38 | 18 | of it, and then I've got to go back to it, and |
| 11:02:43 | 19 | then -- |
| 11:02:46 | 20 | **Q.**    The unit that Rachel owns at |
| 11:02:47 | 21 | 41 Schmarbeck -- |
| 11:02:49 | 22 | **A.**    Yeah. |
| 11:02:50 | 23 | **Q.**    -- did you ever reside at 41 Schmarbeck? |

11:02:52  1          A.    Yeah.

11:02:52  2          Q.    When did you reside there?

11:02:54  3          A.    When Rachel got the first building

11:02:57  4  there, we were still undergrads.  Rachel and

11:03:01  5  I lived together there, and then on the weekends,

11:03:04  6  the three older kids would come over.  They were

11:03:07  7  like eight, nine, and 12.  So -- I don't know

11:03:17  8  how -- that was 20 years ago.

11:03:21  9          We did live there I think for six years.

11:03:27 10  Maybe seven.

11:03:28 11          Q.    Some time ago, though?

11:03:29 12          A.    Oh, yeah.  It's a long, long time ago.

11:03:31 13          Q.    What type of building is 41 Schmarbeck?

11:03:34 14          A.    41 is identical to 24.  They're like

11:03:39 15  mirror images of each other.  They're just across

11:03:41 16  the street.  It's a traditional Buffalo double.

11:03:46 17  Four bedrooms on the first floor, three bedrooms on

11:03:49 18  the second floor.

11:03:50 19          Q.    With the two units being an upper and

11:03:52 20  a lower?

11:03:52 21          A.    Yeah.  And if you finish the attic,

11:03:55 22  that's another 900 square feet.

11:03:58 23          Q.    Aside from the rent that you

Kistner - Huggins - 2/6/20

35

| 11:04:00 | 1 | were collecting from the two units in 33 and |
| 11:04:03 | 2 | 41 Schmarbeck, did you have any other sources |
| 11:04:05 | 3 | of income in January of 2017? |
| 11:04:11 | 4 | A.    No. |
| 11:04:11 | 5 | Q.    Were you doing anything else for work |
| 11:04:12 | 6 | to help support yourself at that time? |
| 11:04:15 | 7 | A.    No. |
| 11:04:18 | 8 | Q.    How much rent did you charge for the |
| 11:04:22 | 9 | units at 33 Schmarbeck? |
| 11:04:35 | 10 | A.    I'm going to give you an answer.  It's |
| 11:04:40 | 11 | not gospel.  Don't hold me to it.  But I can tell |
| 11:04:43 | 12 | you approximately 405 on the second floor, 525 on |
| 11:04:50 | 13 | the first floor, and Rachel's unit at 41 upstairs |
| 11:04:57 | 14 | was 555.  So add those together and that was my |
| 11:05:03 | 15 | monthly income.  Gross. |
| 11:05:09 | 16 | Q.    Was there anything about the January 1st, |
| 11:05:12 | 17 | 2017 incident that prevented you from collecting |
| 11:05:15 | 18 | those rents? |
| 11:05:27 | 19 | A.    Can you ask that again? |
| 11:05:28 | 20 | Q.    Let me ask it a different way. |
| 11:05:31 | 21 | In other words, did the January 1st, 2017 |
| 11:05:33 | 22 | incident cause you to lose any rental income? |
| 11:05:47 | 23 | A.    No. |

| | | |
|---|---|---|
| 11:05:48 | 1 | Q.   What paperwork, if any, do you keep |
| 11:05:51 | 2 | regarding the tenants that rent from you? |
| 11:06:07 | 3 | A.   Can you explain that?  Can you be more |
| 11:06:09 | 4 | specific with that question? |
| 11:06:10 | 5 | Q.   Sure. |
| 11:06:11 | 6 | Did you keep any records on the tenants that |
| 11:06:14 | 7 | rented from you? |
| 11:06:22 | 8 | A.   Okay.  The best way to answer that is |
| 11:06:26 | 9 | I don't have a file cabinet.  I have boxes, and |
| 11:06:30 | 10 | I just put the papers in the boxes. |
| 11:06:36 | 11 | As the kids came along, as the three boys |
| 11:06:39 | 12 | came into our lives, you have to shed yourself of |
| 11:06:42 | 13 | that stuff, so you're constantly taking a box, |
| 11:06:46 | 14 | going through it, and going:  Well, I haven't had |
| 11:06:48 | 15 | this lady for a tenant for eight years.  That goes |
| 11:06:51 | 16 | in the garbage. |
| 11:06:53 | 17 | That's how I can describe my record keeping. |
| 11:06:56 | 18 | Q.   Sure. |
| 11:06:57 | 19 | Did you have prospective tenants or tenants |
| 11:07:00 | 20 | that did indeed rent from you fill out an |
| 11:07:03 | 21 | application prior to them taking over a unit? |
| 11:07:05 | 22 | A.   Yeah. |
| 11:07:05 | 23 | Q.   Did you run background checks on your |

*Kistner - Huggins - 2/6/20*

37

| | | |
|---|---|---|
| 11:07:08 | 1 | tenants? |
| 11:07:09 | 2 | A.    No.   Can't afford to. |
| 11:07:16 | 3 | Q.    Who was the tenant or tenants living at |
| 11:07:18 | 4 | 33 Schmarbeck on January 1st, 2017? |
| 11:07:25 | 5 | A.    At 33?   33 Schmarbeck? |
| 11:07:27 | 6 | Q.    33. |
| 11:07:28 | 7 | A.    Mike Wolfe was on the first floor. |
| 11:07:29 | 8 | Q.    How long had Mike Wolfe rented from you |
| 11:07:33 | 9 | by January 1st, 2017? |
| 11:07:40 | 10 | A.    I want to say he'd been there a year. |
| 11:07:45 | 11 | Q.    Did you know Mike Wolfe prior to him |
| 11:07:47 | 12 | becoming a tenant of yours? |
| 11:07:49 | 13 | A.    No. |
| 11:07:55 | 14 | Q.    Did Mike Wolfe fill out an application |
| 11:07:57 | 15 | for the unit? |
| 11:07:58 | 16 | A.    Yeah. |
| 11:07:58 | 17 | Q.    Did you have any issues with Mike Wolfe |
| 11:08:01 | 18 | when he was your tenant at 33 Schmarbeck? |
| 11:08:09 | 19 | A.    No.   Close to the end, maybe a little, |
| 11:08:11 | 20 | but no. |
| 11:08:11 | 21 | He was a Restoration Society referral.   We |
| 11:08:15 | 22 | got him through the Restoration Society.   At that |
| 11:08:18 | 23 | point, we were getting a lot of people through the |

11:08:21  1   Restoration Society.

11:08:22  2          Q.   How does the Restoration Society -- or

11:08:25  3   how did the Restoration Society refer a tenant to

11:08:29  4   you in January of 2017?

11:08:31  5          A.   Here's the best way I can describe my

11:08:34  6   understanding of how that happened:  When we listed

11:08:38  7   something, we never list anywhere except on

11:08:42  8   craigslist because it's free and most people know

11:08:45  9   how to use it.  They can navigate it.

11:08:47  10         Restoration Society has a clubhouse

11:08:50  11  somewhere in Buffalo where homeless people and

11:08:52  12  their clients can go and use a computer to look for

11:08:57  13  apartments.  I'm pretty sure that's how Mike found

11:09:06  14  out about us.

11:09:09  15         And I know he came with Restoration.  He

11:09:12  16  came with -- when he initially established his

11:09:17  17  tenancy with us, he came with a counselor.  And we

11:09:26  18  became pretty familiar with the counselors, but the

11:09:32  19  counselors come and go pretty quick there too, so --

11:09:38  20         Q.   When did Mike Wolfe move out of the

11:09:42  21  unit at 33?

11:09:57  22         A.   Sometime between January 1st, 2017 and

11:10:02  23  January 3rd, 2017.

Kistner - Huggins - 2/6/20

39

11:10:05  1          Q.    Is there anything about the incident

11:10:07  2   occurring involving the Buffalo Police Department

11:10:11  3   on January 1st, 2017, that caused Mike Wolfe to

11:10:16  4   move out of that unit, if you are aware?

11:10:28  5          THE WITNESS:   No.   This begs some

11:10:36  6   explanation here.

11:10:37  7          MR. DAVENPORT:   Go for it.

11:10:41  8          BY MS. HUGGINS:

11:10:41  9          Q.    Let me ask a more general question.

11:10:43 10   Why did Mike Wolfe's tenancy with you come to an

11:10:48 11   end?

11:10:54 12          A.    That begs an explanation too.

11:10:56 13          Q.    It's an open-ended question.

11:10:57 14          A.    All right.   All right.   Mike was a --

11:11:06 15   he was a substance abuser who had mental health

11:11:12 16   issues.   His first few months of tenancy, first

11:11:14 17   five or six or seven months of tenancy were pretty

11:11:17 18   quiet.

11:11:18 19          He had his son or the guy who represented as

11:11:21 20   his son, he would come over and stay with him

11:11:24 21   periodically.   That wasn't an issue.

11:11:26 22          About November, we started seeing a fellow

11:11:31 23   come and he'd stay there for days.   And part of --

11:11:36  1  part of this tenancy is we pay gas, we pay

11:11:41  2  electric, we give you a washer, stove, dryer

11:11:44  3  fridge.  We pay for everything.  Give you free

11:11:46  4  internet.  Everything.

11:11:49  5       If you have another adult move into the

11:11:51  6  unit, you've got -- they've got to get an

11:11:54  7  application filled out, they have to be approved,

11:11:58  8  and you've got to kick in another hundred bucks

11:12:01  9  a month.

11:12:02 10       I'm allowed to do that because I pay for

11:12:05 11  everything.  The water bill goes up.  The electric

11:12:07 12  goes up.  Wear and tear on the unit goes up.  But

11:12:15 13  we don't expect more of a deposit.

11:12:17 14       So I told Mike:  What's up with this guy?

11:12:20 15  Who is he?  Where is he coming from?  You know,

11:12:23 16  because it looks like to me, Mike, that he's living

11:12:26 17  with you.  He said, no.  He's just coming around.

11:12:30 18       Well, then it became apparent they were

11:12:32 19  using together, abusing drugs together.  And

11:12:36 20  I said, well, you know, you've got a subsidized

11:12:42 21  apartment.  Restoration is paying for this.  Are

11:12:47 22  you letting Restoration know that this guy's over

11:12:50 23  here?  Because I will if you won't.

11:12:55   1          By the first week of December, the tenancy

11:13:00   2    had -- it was circling the drain.

11:13:04   3          Q.    You've mentioned November and December.

11:13:06   4    This is in the year 2017?

11:13:08   5          A.    '16.

11:13:09   6          Q.    Oh, I'm sorry.   2016?

11:13:11   7          A.    '16.

11:13:12   8          Q.    Yeah.

11:13:14   9          A.    The month immediately before.

11:13:15  10          Q.    Right.

11:13:18  11          A.    About the -- I'm going to say the 15th

11:13:21  12    or 16th of December, they disappeared.   They were

11:13:24  13    just gone.   And I thought:   Wow.   I didn't even

11:13:31  14    have to put a pay or quit or anything or a 90-day

11:13:35  15    or a 30-day notice on the door.   They just

11:13:37  16    disappeared.   Good for me.

11:13:39  17          And then -- but he didn't turn in the keys,

11:13:44  18    and I'd call him on the phone and say, are you done

11:13:51  19    over there yet?   You know, are you done with the

11:13:52  20    apartment?   Are you moved out?   That might have

11:13:54  21    happened twice that I called him, and he said no.

11:13:57  22          Well, then when he just disappeared -- and

11:14:01  23    I've had tenants do that too.   They just walk away

11:14:04  1   or they get arrested and you never hear from them.

11:14:09  2   He was gone for about a week, so I started, you

11:14:13  3   know, asking people that lived on the street:

11:14:15  4   Anybody know where Mike is?

11:14:17  5        And somebody told me they're over at the

11:14:26  6   Little Shepherd of the Poor.  Some social service

11:14:28  7   agency.  I don't know if I got the name right.  And

11:14:30  8   I said, what are they doing over there?  And the

11:14:34  9   guy that had been over there in the daytime and saw

11:14:37 10   Mike over there said, they're getting the Christmas

11:14:40 11   goodies.  So I said, oh.

11:14:44 12        So I called up Little Shepherd and I said,

11:14:47 13   is Mike Wolfe there?  And they said, who is this?

11:14:50 14   And I told them:  This is his landlord over here on

11:14:55 15   Schmarbeck, and I'm -- is he staying with you guys?

11:14:58 16   Has he moved in with you guys?  Because they house

11:15:01 17   them overnight there.  And they said, yeah.

11:15:04 18        And I said, well, are you aware that he's

11:15:07 19   got a subsidized apartment over here on Schmarbeck?

11:15:10 20   And he said, no.  And he said, who's it subsidized

11:15:14 21   through?  I said, Restoration.  So they said, well,

11:15:18 22   could you have Restoration call us?  And I said,

11:15:20 23   I don't want to get in the middle here.  Why don't

11:15:23   1   you call Restoration.  And he said, yeah, we all

11:15:26   2   got to get together and figure this out.  And I said,

11:15:29   3   well, are you going to keep him?  Is he moved in

11:15:32   4   permanently?

11:15:33   5         Because if you can't talk to the tenant, you

11:15:35   6   have to figure out what's going on with the

11:15:37   7   building somehow.

11:15:41   8         And he said, well, we need to get on the

11:15:43   9   same page with Restoration.  We need to find out

11:15:46  10   what's going on.

11:15:48  11         Q.   Was there ultimately any conversation

11:15:50  12   with Mike about this?

11:15:53  13         A.   No.  No.  He called me back, and he

11:15:58  14   said, they have -- he's over here with a friend,

11:16:02  15   which we kind of deduced was the fellow he had

11:16:05  16   staying at the apartment with him on and off, that

11:16:11  17   were drug abusing together.

11:16:18  18         And I think it was around the 28th I talked

11:16:22  19   to them.  It was just after Christmas.  And I says,

11:16:25  20   is he going to stay there with you?  And they said,

11:16:28  21   well, he's got one more night.  He's able to stay

11:16:33  22   here for ten days.  And under the circumstances, we

11:16:37  23   wish you had called us earlier and we would have

11:16:39  1    told him go home to Schmarbeck because we needed

11:16:42  2    the bed.

11:16:43  3         And I said, well, I just wanted to know

11:16:45  4    whether he had permanent housing, he's got

11:16:47  5    something else.  Because it's always easier, if the

11:16:49  6    tenancy is going south, to make sure somebody has

11:16:52  7    a place to land, because they'll go out a whole lot

11:16:55  8    easier if they've got somewhere to go.

11:16:57  9         And like I said, we've dealt with a lot of

11:16:59 10    people in that situation before.  A lot of our

11:17:01 11    tenants are problematic.

11:17:02 12         Q.   Did you ever initiate any housing court

11:17:04 13    or other legal proceedings involving Mike?

11:17:07 14         A.   I don't know if I mailed it and nailed

11:17:13 15    it.  I think Earl might have nailed and mailed it

11:17:17 16    for me on the 30th.  Because Earl doesn't have

11:17:21 17    a physical interest in 33, he's able to be

11:17:26 18    a process server.

11:17:27 19         I can't do my own process serving on my own

11:17:30 20    buildings.  I've got to get somebody to do it.  And

11:17:32 21    I'd prefer to get somebody that I don't have to

11:17:34 22    pay.

11:17:34 23         Q.   What service -- what process did you

Kistner - Huggins - 2/6/20

45

| | | |
|---|---|---|
| 11:17:38 | 1 | serve on Mike? |
| 11:17:38 | 2 |      A.   Well, I know we nailed on the door.  We |
| 11:17:41 | 3 | gave him a 30-day notice. |
| 11:17:44 | 4 |      Q.   Of eviction? |
| 11:17:45 | 5 |      A.   Yeah.  Which is what you have to do to |
| 11:17:46 | 6 | start the process, I think. |
| 11:17:48 | 7 |      Q.   Did you do any other legal proceedings |
| 11:17:51 | 8 | involving Mike and the unit at 33? |
| 11:18:01 | 9 |      A.   No. |
| 11:18:01 | 10 |      Q.   Did you ever call the police with |
| 11:18:02 | 11 | regard to any issues with Mike at 33? |
| 11:18:06 | 12 |      A.   I don't remember. |
| 11:18:21 | 13 |      Q.   Did you ever come to learn the identity |
| 11:18:23 | 14 | of the person who was staying with Mike? |
| 11:18:26 | 15 |      A.   No.  Not -- I might have known for |
| 11:18:31 | 16 | a second or thought I knew for a second but not |
| 11:18:33 | 17 | now. |
| 11:18:33 | 18 |      Q.   Did Mike ever discuss with you any |
| 11:18:36 | 19 | issues he had with the person staying with him |
| 11:18:39 | 20 | at 33? |
| 11:18:50 | 21 |      A.   I don't want to trash anybody too bad, |
| 11:18:51 | 22 | but Mike was always -- always had something that he |
| 11:18:54 | 23 | wanted you to listen to.  Mike always had some |

*Kistner - Huggins - 2/6/20*

46

| | | |
|---|---|---|
| 11:18:57 | 1 | story. |
| 11:19:03 | 2 | Q.   Did he ever request that you help |
| 11:19:05 | 3 | remove that person from 33? |
| 11:19:08 | 4 | A.   If he did, I know exactly what I would |
| 11:19:10 | 5 | have told him, but I don't remember him doing that, |
| 11:19:13 | 6 | no. |
| 11:19:27 | 7 | Q.   Do you have any contact with Mike Wolfe |
| 11:19:30 | 8 | presently? |
| 11:19:32 | 9 | A.   No. |
| 11:19:34 | 10 | Q.   When was your last contact with Mike |
| 11:19:42 | 11 | Wolfe? |
| 11:19:42 | 12 | A.   During one of my court appearances in |
| 11:19:46 | 13 | City Court on these criminal charges around this |
| 11:19:57 | 14 | false arrest, I was in the hallway, and Mike Wolfe |
| 11:20:01 | 15 | walked into the large area up in the criminal court |
| 11:20:07 | 16 | city building over there, and I noticed him, but he |
| 11:20:12 | 17 | didn't notice me. |
| 11:20:14 | 18 | Within about 15 minutes he walked into |
| 11:20:18 | 19 | a court room on that floor.  My case hadn't been |
| 11:20:23 | 20 | called yet, so I went in and listened and saw that |
| 11:20:28 | 21 | Mike was involved in -- he was in a raid at a crack |
| 11:20:31 | 22 | house and had been swept up in a raid. |
| 11:20:34 | 23 | This was three or four or five months later, |

| | |
|---|---|
| 11:20:40 1 | after January, so it would have been around June or |
| 11:20:42 2 | July.  Something like that. |
| 11:20:46 3 | And after I learned that, I went back and |
| 11:20:48 4 | sat in the hallway for my case to get called, and |
| 11:20:50 5 | Mike came out of the court room after his case was |
| 11:20:53 6 | called, and he walked over and said hello.  And |
| 11:20:56 7 | I really was kind of shy to talk to him, and I just |
| 11:21:00 8 | kind of acknowledged that he was standing there. |
| 11:21:05 9 | And he said, do you have something going on |
| 11:21:08 10 | here?  And I was real vague and said, there's |
| 11:21:13 11 | always something going on in this building, Mike. |
| 11:21:16 12 | He just kind of laughed. |
| 11:21:19 13 | But that was the last time I laid eyes on |
| 11:21:21 14 | Mike Wolfe. |
| 11:21:22 15 | Q.   Have you ever discussed the |
| 11:21:24 16 | January 1st, 2017 incident with the Buffalo |
| 11:21:27 17 | Police Department with Mike? |
| 11:21:29 18 | A.   No. |
| 11:21:31 19 | Q.   Are you aware if Mike witnessed any |
| 11:21:34 20 | portion of your interaction with the Buffalo police |
| 11:21:38 21 | officers on January 1st, 2017? |
| 11:21:54 22 | A.   No, but they're going to inform you |
| 11:21:57 23 | of -- because the way I answer this might infer |

*Kistner - Huggins - 2/6/20*

| | |
|---|---|
| 11:21:59 | 1 |

that he did.

| | |
|---|---|
| 11:22:02 | 2 |

When I was not home -- during that January

| | |
|---|---|
| 11:22:08 | 3 |

1st, 2017 time, when I wasn't at home, Rachel got

| | |
|---|---|
| 11:22:14 | 4 |

30 calls from him on his cell phone.  Rachel said,

| | |
|---|---|
| 11:22:20 | 5 |

he's been calling here -- when I got home that day,

| | |
|---|---|
| 11:22:23 | 6 |

she said, he's been calling here all day.

| | |
|---|---|
| 11:22:25 | 7 |

Q.    Did she actually speak with him?

| | |
|---|---|
| 11:22:27 | 8 |

A.    No.  Rachel was smart enough to not --

| | |
|---|---|
| 11:22:30 | 9 |

just not answer the phone, or I can't talk now.

| | |
|---|---|
| 11:22:37 | 10 |

Because Rachel being home alone, if Mike

| | |
|---|---|
| 11:22:40 | 11 |

knew I wasn't there, could have been problematic.

| | |
|---|---|
| 11:22:46 | 12 |

If Mike and his drug-abusing friend were over

| | |
|---|---|
| 11:22:49 | 13 |

there, knowing that Rachel was home alone with

| | |
|---|---|
| 11:22:51 | 14 |

three kids, that could have become problematic for

| | |
|---|---|
| 11:22:55 | 15 |

her.

| | |
|---|---|
| 11:22:55 | 16 |

Q.    So other than him, Mike, repeatedly

| | |
|---|---|
| 11:22:57 | 17 |

calling Rachel that day, do you have any other

| | |
|---|---|
| 11:22:59 | 18 |

basis for thinking that maybe Mike saw any of your

| | |
|---|---|
| 11:23:02 | 19 |

interaction with the officers --

| | |
|---|---|
| 11:23:04 | 20 |

A.    No.

| | |
|---|---|
| 11:23:05 | 21 |

Q.    -- on January 1st?

| | |
|---|---|
| 11:23:07 | 22 |

A.    No.  He was hot to talk to me about

| | |
|---|---|
| 11:23:09 | 23 |

something that day.  And it wasn't -- and during

*Kistner - Huggins - 2/6/20*

49

| | | |
|---|---|---|
| 11:23:13 | 1 | those times when he called Rachel, he told Rachel: |
| 11:23:15 | 2 | I'm done with the apartment.  I'm leaving.  Tell |
| 11:23:19 | 3 | Jim to come get the key. |
| 11:23:21 | 4 | Q.    Was that information left via voice-mail |
| 11:23:24 | 5 | message? |
| 11:23:25 | 6 | A.    Probably. |
| 11:23:28 | 7 | Q.    Did any of those 30 phone calls occur |
| 11:23:30 | 8 | prior to your interaction with the officers? |
| 11:23:34 | 9 | A.    No.  Mike never called that morning or |
| 11:23:38 | 10 | the day before, for that matter.  Or the day |
| 11:23:42 | 11 | before. |
| 11:23:43 | 12 | After -- after I had communicated with the |
| 11:23:45 | 13 | Little Portions Friary about Mike, other than maybe |
| 11:23:50 | 14 | seeing him on the -- maybe the 28th, very briefly, |
| 11:23:55 | 15 | I never saw him until the morning of the 1st. |
| 11:23:58 | 16 | Q.    Did you have any conversation with Mike |
| 11:24:01 | 17 | either in the days leading up to January 1st or on |
| 11:24:04 | 18 | January 1st, prior to your interaction with the |
| 11:24:07 | 19 | Buffalo Police Department? |
| 11:24:08 | 20 | A.    No. |
| 11:24:12 | 21 | Q.    Sir, I understand you were originally |
| 11:24:14 | 22 | born in Ohio? |
| 11:24:15 | 23 | A.    Yeah. |

| | | |
|---|---|---|
| 11:24:15 | 1 | Q.   Did you attend any schooling in Ohio? |
| 11:24:22 | 2 | A.   Yes. |
| 11:24:23 | 3 | Q.   What school -- schooling did you attend |
| 11:24:26 | 4 | in Ohio? |
| 11:24:30 | 5 | A.   I went to Chase Elementary School to |
| 11:24:36 | 6 | the third grade.  I went to -- these are all in |
| 11:24:38 | 7 | Cincinnati.  I went to Mount Airy Elementary School |
| 11:24:41 | 8 | in the third grade.  I went to Clovernook |
| 11:24:46 | 9 | Elementary School for fourth, fifth, and sixth, |
| 11:24:55 | 10 | about two weeks of seventh grade.  North College |
| 11:24:58 | 11 | Hill Junior High.  That's it. |
| 11:25:01 | 12 | Q.   Did you graduate high school? |
| 11:25:02 | 13 | A.   No. |
| 11:25:03 | 14 | Q.   What was the last grade that you |
| 11:25:05 | 15 | attended in your schooling in Ohio that you've just |
| 11:25:09 | 16 | described? |
| 11:25:09 | 17 | A.   Seventh. |
| 11:25:10 | 18 | Q.   Why did you drop out? |
| 11:25:12 | 19 | Did you drop out? |
| 11:25:13 | 20 | A.   Yeah.  I was shining shoes.  I was |
| 11:25:15 | 21 | making money. |
| 11:25:16 | 22 | Q.   Where in Ohio did you obtain your GED? |
| 11:25:25 | 23 | A.   I can't remember.  It's on the GED.  It |

| 11:25:28 | 1 | says where I got it.  It was in Cincinnati, in |
| 11:25:31 | 2 | 1978. |
| 11:25:31 | 3 | Q.    1978. |
| 11:25:33 | 4 | I understand you have an urban planning |
| 11:25:40 | 5 | degree from the University of Buffalo.  Have you |
| 11:25:44 | 6 | gotten any additional degrees since you obtained |
| 11:25:47 | 7 | the urban planning degree? |
| 11:25:50 | 8 | A.    No. |
| 11:25:52 | 9 | Q.    Any additional schooling after that? |
| 11:25:58 | 10 | A.    No. |
| 11:25:58 | 11 | Q.    Have you ever worked in the field of |
| 11:26:01 | 12 | urban planning? |
| 11:26:02 | 13 | A.    Not on a bet. |
| 11:26:05 | 14 | Q.    What was your most recent employment |
| 11:26:09 | 15 | outside of the rental units that you own? |
| 11:26:17 | 16 | A.    I am -- okay.  The last three jobs |
| 11:26:19 | 17 | I had for a dollar bill. |
| 11:26:22 | 18 | Q.    You don't even have to go that far for |
| 11:26:25 | 19 | three.  I'm just asking the most recent. |
| 11:26:27 | 20 | A.    Okay.  Well, it's easy.  I worked for |
| 11:26:32 | 21 | G&B Paving for six years when I was married with |
| 11:26:40 | 22 | Danielle Bradley.  I got -- G&B closed, and |
| 11:26:46 | 23 | I worked for a different paver for one season. |

11:26:51  1          And at the end of the season, my back was
11:26:53  2   hurting, so I had -- I could -- within about
11:26:58  3   eight months, I could go back to work, and I had
11:27:00  4   a schwannoma removed -- schwannoma tumor removed
11:27:03  5   from my back.
11:27:08  6          I'm going to jump ahead.  As an undergrad at
11:27:13  7   NCCC, I had two work study jobs.  For like four
11:27:18  8   days I had one and for like a week I had another,
11:27:23  9   and I couldn't do either one of them, so that
11:27:25 10   didn't work out.  And that's it.
11:27:28 11          Q.    Your work at the two paving companies
11:27:31 12   that you've mentioned, was that as a laborer?
11:27:33 13          A.    Yeah.
11:27:34 14          Q.    Was there any type of accident or
11:27:36 15   injury that caused the back pain you mentioned?
11:27:39 16          A.    No.
11:27:40 17          Q.    Okay.  When did you first start
11:27:42 18   experiencing the back pain?
11:27:44 19          A.    That last year I was working.
11:27:49 20          Q.    Do you recall what year that was?
11:27:51 21          A.    I really want to say '97, '98.
11:27:56 22          Q.    What year was your surgery?
11:27:57 23          A.    I think it was '98.

11:28:01  1      Q.   Have you -- in the years after 1998,

11:28:07  2   have you continued to receive medical treatment for

11:28:09  3   either pain to your back or for the tumor?

11:28:11  4      A.   I did until I realized that was going

11:28:14  5   no place.  I think I chased that squirrel up the

11:28:20  6   tree for maybe two or three years trying to figure

11:28:22  7   out how to get rid of it hurting still.

11:28:26  8      My problem was probably that I didn't get

11:28:28  9   the right kind of rehab after the schwannoma was

11:28:33 10   removed and everything kind of got stiff back

11:28:35 11   there.

11:28:36 12      And I was essentially told sometimes you

11:28:37 13   come out of those surgeries and you're fine,

11:28:39 14   sometimes you come out and you're not.  If you

11:28:41 15   can't do what you used to do, you're one of the

11:28:44 16   cannots.

11:28:45 17      Q.   What were the things that you were not

11:28:49 18   able to do after that surgery?

11:28:50 19      A.   Well, I wasn't pushing full barrels of

11:28:54 20   blacktop anywhere, and I wasn't working on my knees

11:28:57 21   finishing flatwork concrete anymore.

11:28:59 22      Q.   Fair to say that general labor type

11:29:01 23   work in the construction fields you are unable to

Kistner - Huggins - 2/6/20

54

11:29:04  1    do after that surgery?

11:29:05  2          A.    No.    The kind of labor I did in the

11:29:07  3    construction field required a 23-year-old back, and

11:29:14  4    I didn't have one.

11:29:19  5          You can work -- you can work hard or you can

11:29:23  6    work smart.    Well, at that point in my life, I was

11:29:26  7    working hard, and that's why I got paid was

11:29:31  8    because, you know, you can put seven wheelbarrows,

11:29:36  9    which is a ton of blacktop, on the ground here,

11:29:39 10    there, here, there, here, there, and keep doing

11:29:41 11    that all day long.    That's working hard.    It's not

11:29:44 12    working smart.

11:29:45 13          So what I was doing before the surgery was

11:29:48 14    I was working hard, and you can't work hard -- you

11:29:53 15    can't work smart to work hard.    You can't do it.

11:29:57 16    Or I couldn't then.

11:29:59 17          Q.    When did you stop treating for the back

11:30:02 18    tumor?

11:30:10 19          A.    Well, I know I checked in and out with

11:30:17 20    the neurologist who took it out, and I think I saw

11:30:21 21    him five or six times after the operation, and that

11:30:27 22    was it.

11:30:27 23          Q.    So would it be sometime in 1999 that

| | | |
|---|---|---|
| 11:30:30 | 1 | you stopped treating for those issues with your |
| 11:30:32 | 2 | back? |
| 11:30:42 | 3 | **A.**   It would be safe to say. |
| 11:30:58 | 4 | **Q.**   Do you have any certificate or did you |
| 11:31:02 | 5 | graduate from the program you attended at American |
| 11:31:06 | 6 | Institute for Paralegal Studies in Cincinnati? |
| 11:31:09 | 7 | **A.**   If I do -- if I did, I have no clue |
| 11:31:11 | 8 | where it is. |
| 11:31:11 | 9 | **Q.**   Did you ever work in the legal field? |
| 11:31:13 | 10 | **A.**   No.   I had job offers in the legal |
| 11:31:16 | 11 | field, but no. |
| 11:31:17 | 12 | **Q.**   Have you ever received any schooling or |
| 11:31:20 | 13 | training in the medical field? |
| 11:31:27 | 14 | **A.**   As an undergrad at Niagara County |
| 11:31:30 | 15 | Community College, I took the lifesaving course. |
| 11:31:36 | 16 | **Q.**   Like a CPR-type certification? |
| 11:31:38 | 17 | **A.**   Yeah.   Yeah. |
| 11:31:40 | 18 | **Q.**   Any -- |
| 11:31:41 | 19 | **A.**   I don't know if I have a certification |
| 11:31:42 | 20 | in that either. |
| 11:31:43 | 21 | **Q.**   Any other medical treatment -- excuse |
| 11:31:45 | 22 | me -- medical training beyond that course at NCCC? |
| 11:31:51 | 23 | **A.**   No.   Not that I know. |

Kistner - Huggins - 2/6/20

56

| | | |
|---|---|---|
| 11:31:53 | 1 | Q.   When did you have that course? |
| 11:31:59 | 2 | A.   2003, maybe. |
| 11:32:05 | 3 | Q.   Aside from the collecting of the rents |
| 11:32:08 | 4 | for the Schmarbeck units, did you have any other |
| 11:32:13 | 5 | duties or responsibilities as a part of the |
| 11:32:17 | 6 | landlord for those properties in January of 2017? |
| 11:32:27 | 7 | A.   Can you ask that again? |
| 11:32:30 | 8 | Q.   Did you do anything beyond collecting |
| 11:32:31 | 9 | rent on those units in January of 2017, as the |
| 11:32:37 | 10 | landlord? |
| 11:32:41 | 11 | A.   You mean to maintain the buildings? |
| 11:32:43 | 12 | Work on the buildings?  Is that what you mean? |
| 11:32:45 | 13 | Q.   It's a broad and open-ended question. |
| 11:32:47 | 14 | If that's what you did. |
| 11:32:48 | 15 | A.   Yeah.   Yeah.   Anything that's ever got |
| 11:32:53 | 16 | fixed, except that roof on 24, the recent reroof, |
| 11:33:03 | 17 | at any of those buildings, hers or mine, I did the |
| 11:33:06 | 18 | work on it. |
| 11:33:08 | 19 | Q.   Was there anything about the |
| 11:33:11 | 20 | January 1st, 2017 incident that prevented you from |
| 11:33:13 | 21 | doing any maintenance to the units that you acted |
| 11:33:16 | 22 | as the landlord for? |
| 11:33:29 | 23 | A.   Yeah.   Want me to tell you? |

11:33:33  1      Q.    What specifically were you unable to do

11:33:35  2  as a result of that incident?

11:33:36  3      A.    Everything slows down and takes longer.

11:33:45  4  I can't do high work at all hardly.  I can get on

11:33:48  5  a ladder, but I don't feel confident that I can

11:34:00  6  hold on to the ladder with both hands.  I've got to

11:34:02  7  hold on to the ladder with both hands now.

11:34:05  8      Q.    Prior to the January 1st, 2017

11:34:08  9  incident, were you doing maintenance on a ladder to

11:34:11 10  any of those units?

11:34:12 11      A.    Yeah.  I was cleaning gutters every

11:34:14 12  year.  I was -- if anything leaked, I fixed the

11:34:19 13  roof.  If we had to hang aerials for TVs, I was on

11:34:26 14  the ladder.  I don't go up more than about six feet

11:34:32 15  anymore.  It's just -- if I'm going to be, you

11:34:35 16  know, using hand tools.

11:34:36 17      It's the hand tools.  That's the problem.

11:34:40 18  If I'm holding on to the roof and I'm nailing like

11:34:44 19  this, I've lost hammers.  My hands have let go.

11:34:49 20  Just like that, they let go.  And I don't want to

11:34:53 21  be up high.

11:34:54 22      And I definitely don't want to work with

11:34:55 23  nobody up high, because if I'm up high and

Kistner - Huggins - 2/6/20

58

| | | |
|---|---|---|
| 11:34:58 | 1 | something goes wrong -- |
| 11:35:04 | 2 | Q.    Have you incurred any expenses as |
| 11:35:06 | 3 | a result of your inability to do that maintenance |
| 11:35:09 | 4 | that requires a ladder on these units? |
| 11:35:11 | 5 | A.    Yeah.    There -- okay.    It's not just |
| 11:35:18 | 6 | limited to the ladder either. |
| 11:35:20 | 7 | Q.    Why don't we stick with the question |
| 11:35:22 | 8 | I just asked -- |
| 11:35:22 | 9 | A.    Okay. |
| 11:35:23 | 10 | Q.    -- and then we can broaden it out. |
| 11:35:25 | 11 | A.    I had to pay a crew to do the roof over |
| 11:35:28 | 12 | at 24.    The last -- the rolled roof and the deck |
| 11:35:35 | 13 | I did myself -- by myself on that building, but |
| 11:35:40 | 14 | I couldn't do it. |
| 11:35:42 | 15 | Q.    Had you previously done roofing work at |
| 11:35:45 | 16 | any of your units prior to the January 1st, 2017 |
| 11:35:48 | 17 | incident? |
| 11:35:48 | 18 | A.    Yeah.    I'm the guy that put the new |
| 11:35:51 | 19 | deck on 24 on that side of the house. |
| 11:35:53 | 20 | Q.    My question was roofing prior to the |
| 11:35:56 | 21 | incident. |
| 11:35:56 | 22 | A.    Yeah.    The deck of the roof is what you |
| 11:35:59 | 23 | put on the roof before you put the shingles on it. |

11:36:05 1 | The four-by-eight sheets, I hauled them up by myself.
11:36:09 2 | I did all that work by myself.  I ripped the roof
11:36:12 3 | off by myself.  I did a complete tear-off on that
11:36:16 4 | whole side of 24.
11:36:18 5 |     And that rolled roofing wore out, so I needed
11:36:22 6 | another roof on it, and we were going to put the
11:36:24 7 | shingles on that new deck that was underneath, and
11:36:27 8 | I couldn't do it.
11:36:28 9 |     Q.   When did you hire a crew to complete
11:36:31 10 | that roofing work on 24?
11:36:32 11 |     A.   I don't remember the date.  I could
11:36:34 12 | find it out at some other date.  I've got receipts.
11:36:38 13 | I've got a receipt.
11:36:40 14 |     Q.   Any other expenses you have had as
11:36:42 15 | a result of your inability to do ladder -- what's
11:36:48 16 | called ladder maintenance, if that makes sense?
11:36:50 17 |     A.   I couldn't do -- this is -- no.
11:37:06 18 |     Q.   Any other aspects of the maintenance to
11:37:08 19 | the units that you have been unable to complete as
11:37:11 20 | a result of the incident on January 1st, 2017?
11:37:14 21 |     A.   Yeah.  The area below the front porch
11:37:21 22 | at 37 was stuccoed.  I couldn't -- I couldn't hold
11:37:28 23 | a trowel.  I couldn't use a trowel to put the

Kistner - Huggins - 2/6/20

60

| 11:37:30 | 1 | stucco on, so that job got hired out.  And that was |
| 11:37:35 | 2 | ground work.  That was standing flat on your feet, |
| 11:37:38 | 3 | but you had to use a trowel a lot, and you use |
| 11:37:41 | 4 | about an eight-by-four trowel. |
| 11:37:43 | 5 | Q.    When did you hire someone to do that |
| 11:37:45 | 6 | work? |
| 11:37:48 | 7 | A.    This past summer. |
| 11:37:50 | 8 | Q.    Summer of 2019? |
| 11:37:53 | 9 | A.    Yeah.  Yeah.  It was spring.  Spring. |
| 11:37:57 | 10 | I think I got it done in the spring. |
| 11:37:59 | 11 | Q.    The issues that you've identified with |
| 11:38:01 | 12 | doing maintenance while on a ladder and with regard |
| 11:38:06 | 13 | to the front porch work, you've identified your |
| 11:38:09 | 14 | hands as being the issue. |
| 11:38:13 | 15 | A.    The wrists. |
| 11:38:14 | 16 | Q.    What about your -- first off, is it |
| 11:38:17 | 17 | both your hands? |
| 11:38:17 | 18 | A.    I'm right-handed.  It's both of my |
| 11:38:20 | 19 | hands, but the right is more pronounced than the |
| 11:38:23 | 20 | left. |
| 11:38:27 | 21 | Q.    What specifically do you experience to |
| 11:38:29 | 22 | your hands that causes difficulty in this |
| 11:38:33 | 23 | maintenance work? |

| | | |
|---|---|---|
| 11:38:34 | 1 | A.    I don't have any confidence in being |
| 11:38:37 | 2 | able to hold anything and work with it.  I used to |
| 11:38:44 | 3 | be one of the best painters I know.  I can draw |
| 11:38:46 | 4 | a line forever, and I could. |
| 11:38:52 | 5 | A six-room apartment, you could knock it out |
| 11:38:55 | 6 | in three days by yourself.  Well, now it takes me |
| 11:38:58 | 7 | ten days to do that because I'm dropping the |
| 11:39:01 | 8 | paintbrush.  I've got to get down off the ladder to |
| 11:39:03 | 9 | get the paintbrush again. |
| 11:39:05 | 10 | I don't know when it's not going to work. |
| 11:39:09 | 11 | Q.    When you say it's not going to work and |
| 11:39:11 | 12 | dropping things, is that the extent of the issues |
| 11:39:13 | 13 | you have with your hand is you have an inability to |
| 11:39:17 | 14 | hold objects? |
| 11:39:17 | 15 | A.    With confidence. |
| 11:39:25 | 16 | This happened to me -- can I keep talking or |
| 11:39:27 | 17 | not? |
| 11:39:28 | 18 | Q.    How long have you experienced |
| 11:39:31 | 19 | difficulty with your ability to hold objects in |
| 11:39:34 | 20 | both of your hands? |
| 11:39:40 | 21 | A.    Since January 1st, 2017. |
| 11:39:41 | 22 | Q.    Has there been any improvement or |
| 11:39:46 | 23 | change in this difficulty with holding objects |

*Kistner - Huggins - 2/6/20*

62

| | | |
|---|---|---|
| 11:39:52 | 1 | since January 1st, 2017, to the present? |
| 11:40:02 | 2 | A.    I'm just more aware of it.  I think it |
| 11:40:06 | 3 | was about the same the whole time, but I just think |
| 11:40:09 | 4 | the further I get away from January of '17, the |
| 11:40:17 | 5 | more I notice like it's still doing it, it's still |
| 11:40:20 | 6 | doing it.  That's what I mean. |
| 11:40:24 | 7 | Q.    Are you seeing any medical provider |
| 11:40:28 | 8 | specific to these issues with your hands? |
| 11:40:30 | 9 | A.    No. |
| 11:40:32 | 10 | Q.    Why not? |
| 11:40:38 | 11 | A.    I don't have the money. |
| 11:40:44 | 12 | Q.    Have you ever described the issues that |
| 11:40:48 | 13 | you have with your hands to any medical provider? |
| 11:40:50 | 14 | A.    Yeah. |
| 11:40:51 | 15 | Q.    Who have you described these issues to? |
| 11:40:53 | 16 | A.    I'll start with that primary that I saw |
| 11:40:56 | 17 | at 1500 Broadway about ten days into the month of |
| 11:41:09 | 18 | January in 2017, and then any primary that I have |
| 11:41:12 | 19 | since then. |
| 11:41:14 | 20 | Khan.  Dr. Khan was at Family Practice. |
| 11:41:17 | 21 | I saw him probably for a year.  But I know what |
| 11:41:25 | 22 | their responses always seem to be to me. |
| 11:41:28 | 23 | Q.    So my question right now is just:  What |

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 11:41:30 | 1 | medical providers have you discussed the issues |
| 11:41:32 | 2 | with your hands with? |
| 11:41:36 | 3 | So we've mentioned the -- |
| 11:41:36 | 4 | A.    Yeah.   Just those two. |
| 11:41:37 | 5 | Q.    -- primary on Broadway and Dr. Khan? |
| 11:41:39 | 6 | A.    Yeah. |
| 11:41:41 | 7 | Q.    Just those two? |
| 11:41:42 | 8 | A.    And -- and ECMC on the morning. |
| 11:41:45 | 9 | Q.    When did you first notice issues with |
| 11:41:49 | 10 | holding objects in your hands? |
| 11:41:54 | 11 | A.    Right after it happened.   Particularly |
| 11:41:57 | 12 | with my right hand, because I do a lot with my |
| 11:42:00 | 13 | right hand. |
| 11:42:00 | 14 | Q.    When you say, right after it happened, |
| 11:42:02 | 15 | are you referring to January 1st, 2017? |
| 11:42:03 | 16 | A.    Yes, ma'am. |
| 11:42:07 | 17 | Q.    Are you able to write?   Handwrite? |
| 11:42:14 | 18 | A.    Yeah.   Yeah.   I can sign my name, and |
| 11:42:17 | 19 | I can print.   Yeah, I know how to do that. |
| 11:42:19 | 20 | Q.    Do you experience any difficulty |
| 11:42:21 | 21 | handwriting? |
| 11:42:22 | 22 | A.    I ain't going to do it long.   I'm going |
| 11:42:25 | 23 | to put the pen down after a very short time.   But |

11:42:29  1    since I've been in college, almost everything is on

11:42:32  2    a typewriter.

11:42:34  3          Q.    Fair enough.

11:42:35  4          I would like to return back to your injuries

11:42:38  5    a little bit later, but I think where we -- before

11:42:41  6    we got diverted to it, I asked if there was

11:42:44  7    anything about the January 1st, 2017 incident that

11:42:46  8    prevented you from doing maintenance as a landlord

11:42:49  9    on your properties.

11:42:51  10         Have we discussed all of those issues?  The

11:42:56  11   ladder work and then the work on the front porch of

11:43:00  12   37?

11:43:07  13         A.    Yeah.  And the extended time it takes

11:43:10  14   to get stuff done now compared with -- yeah.

11:43:13  15         Q.    Aside from those things, is there any

11:43:16  16   other manner in which you've been prevented from

11:43:19  17   completing your duties as a landlord --

11:43:21  18         A.    I'm going to say no.

11:43:25  19         Q.    -- as a result of this incident?

11:43:26  20         A.    I'm going to say no.

11:43:28  21         Q.    Aside from your rental properties, do

11:43:31  22   you have any other employment today?

11:43:33  23         A.    No.

| | | |
|---|---|---|
| 11:43:41 | 1 | Q.   Between January 1st, 2017 and today, |
| 11:43:42 | 2 | were you employed anywhere else other than as |
| 11:43:44 | 3 | a landlord? |
| 11:43:45 | 4 | A.   No. |
| 11:43:52 | 5 | Q.   Prior to January 1st, 2017, had you |
| 11:43:54 | 6 | ever encountered any of the officers who you |
| 11:44:02 | 7 | encountered on January 1st, 2017? |
| 11:44:04 | 8 | A.   I don't know. |
| 11:44:06 | 9 | Q.   Since January 1st, 2017, have you |
| 11:44:09 | 10 | encountered any of those officers? |
| 11:44:10 | 11 | A.   I don't think so. |
| 11:44:16 | 12 | Q.   Again, I'm trying not to cover the |
| 11:44:19 | 13 | same -- |
| 11:44:19 | 14 | A.   Oh, McDonald's.  Hold -- you asked -- |
| 11:44:24 | 15 | the last question, can you repeat your last |
| 11:44:26 | 16 | question? |
| 11:44:26 | 17 | MS. HUGGINS:   Sure. |
| 11:44:27 | 18 | Do you mind reading it back? |
| 11:44:27 | 19 | (The above-requested portion was then read |
| 11:44:46 | 20 | by the reporter.) |
| 11:44:46 | 21 | THE WITNESS:   McDonald's on Niagara Street, |
| 11:44:50 | 22 | Rachel and me took the kids there.  I went in and |
| 11:44:52 | 23 | got the food, and I think either one of the -- |

11:44:59   1   there was a male and a female officer in there, and

11:45:03   2   when I went over -- Rachel's out in the parking lot

11:45:09   3   in the car with the kids, and she recognized --

11:45:15   4   when I was -- I'll come back to that in a second.

11:45:18   5          When I was in getting the food, the two

11:45:21   6   officers were talking to each other, and the one

11:45:23   7   officer said, that's him.  And when I turned around

11:45:27   8   and looked, they were five or six feet away from

11:45:33   9   me.

11:45:34  10          I think it was one of the female officers or

11:45:36  11   it might have been the male officer that said it,

11:45:39  12   but I know one of them two policemen had something

11:45:44  13   to do with this thing on Schmarbeck that day,

11:45:47  14   because when I came -- when I came out and crossed

11:45:50  15   the parking lot and got in, Rachel said to me:  Did

11:45:54  16   you see them?  And I said, the two that were in

11:45:57  17   there?  And she said, yeah.  And I said, yeah.

11:46:01  18   They were talking behind me, and I went to turn

11:46:04  19   around and look at them, and they were kind of

11:46:06  20   acting kind of strange.

11:46:08  21          We're convinced that somebody in that

11:46:10  22   McDonald's, but no, we didn't talk to each other,

11:46:15  23   there was no confrontation or anything like that,

| 11:46:17 | 1 | but I think we might have ran into one of them one |
| 11:46:20 | 2 | day over at McDonald's. |
| 11:46:21 | 3 | BY MS. HUGGINS: |
| 11:46:21 | 4 | Q.    Did you yourself recognize either |
| 11:46:23 | 5 | of those officers at the McDonald's? |
| 11:46:29 | 6 | A.    No, but I could just -- I knew |
| 11:46:31 | 7 | what I heard going on behind me, and it was |
| 11:46:35 | 8 | like:  I think that's one of the police. |
| 11:46:38 | 9 | Q.    When was that? |
| 11:46:42 | 10 | A.    Better than two years ago. |
| 11:46:44 | 11 | Q.    Are you referring to the McDonald's on |
| 11:46:46 | 12 | Niagara near Virginia? |
| 11:46:48 | 13 | A.    Yeah. |
| 11:46:52 | 14 | Q.    How long have you been in a relationship |
| 11:46:54 | 15 | with Rachel? |
| 11:47:00 | 16 | A.    16 years. |
| 11:47:12 | 17 | Q.    I want to quickly update some of your |
| 11:47:15 | 18 | testimony on the 50-h. |
| 11:47:16 | 19 | Any bankruptcies since your testimony on |
| 11:47:18 | 20 | June 27, 2017? |
| 11:47:19 | 21 | A.    No. |
| 11:47:20 | 22 | Q.    Any military service since your |
| 11:47:23 | 23 | testimony in your 50-h? |

11:47:24  1        A.     No.

11:47:25  2        Q.     Any additional education or training

11:47:28  3   after you testified in your 50-h on June 27th,

11:47:32  4   2017?

11:47:32  5        A.     No.

11:47:40  6        Q.     Do you recall the day of the week that

11:47:43  7   January 1st, 2017 was?

11:47:45  8        A.     No.

11:47:47  9        Q.     Do you recall what you did the night

11:47:49  10  prior?

11:47:53  11       A.     New Year's Eve?

11:47:54  12       Q.     On New Year's Eve, December 31st.

11:47:57  13       A.     Yeah.   The same thing we do every year.

11:47:59  14  We stay at home.

11:48:00  15       Q.     Do you recall what time you went to

11:48:01  16  bed?

11:48:07  17       A.     I don't want to get that New Year's Eve

11:48:10  18  confused with another New Year's Eve, but I think

11:48:12  19  I fell asleep and Rachel was looking out the front

11:48:16  20  window at the Electric Tower, because you can see

11:48:18  21  the fireworks going off from our house.

11:48:25  22            But when I got up and went home, it was

11:48:27  23  probably 2 o'clock.   She was sleeping.

| | | |
|---|---|---|
| 11:48:30 | 1 | Q.   Do you -- at that time in January -- |
| 11:48:33 | 2 | well, in December of 2016 and January of 2017, you |
| 11:48:38 | 3 | and Rachel were sleeping in separate residences? |
| 11:48:41 | 4 | A.   Yeah.  She had a hospitalization, |
| 11:48:53 | 5 | I think it was in '15 -- '16?  '15 or '16 -- and |
| 11:49:02 | 6 | she wanted to live by herself, so she moved into |
| 11:49:09 | 7 | 37, and I would sleep between 33 and 37, if she had |
| 11:49:14 | 8 | a bad night and she said, come over here. |
| 11:49:16 | 9 | Q.   Where did you wake up the morning of |
| 11:49:19 | 10 | January 1st, 2017? |
| 11:49:23 | 11 | A.   I was at 33.  I was sleeping in |
| 11:49:25 | 12 | a barber chair. |
| 11:49:28 | 13 | Q.   In the 24 hours prior to your |
| 11:49:31 | 14 | interaction with the Buffalo police officers on |
| 11:49:34 | 15 | January 1st, did you consume any drugs or alcohol? |
| 11:49:38 | 16 | A.   No. |
| 11:49:38 | 17 | Q.   Did you consume any marijuana? |
| 11:49:45 | 18 | A.   No. |
| 11:49:48 | 19 | Q.   Did you skip taking any medications |
| 11:49:50 | 20 | that you were prescribed within that -- |
| 11:49:52 | 21 | A.   No. |
| 11:49:53 | 22 | Q.   -- 24-hour period? |
| 11:49:55 | 23 | A.   No. |

*Kistner - Huggins - 2/6/20*

70

| | | |
|---|---|---|
| 11:49:59 | 1 | Q. Was anyone present at 33 when you woke |
| 11:50:01 | 2 | up on January 1st? |
| 11:50:04 | 3 | A. No. |
| 11:50:05 | 4 | Q. What did you do when you woke up? |
| 11:50:10 | 5 | A. Got my shoes on and went next door to |
| 11:50:13 | 6 | see if Earl was awake and Rachel and the boys. |
| 11:50:16 | 7 | Q. Was Earl staying in Rachel's unit on -- |
| 11:50:20 | 8 | at that time period? |
| 11:50:21 | 9 | A. I think Earl was downstairs in the |
| 11:50:23 | 10 | first bedroom. |
| 11:50:24 | 11 | See, 37, where Rachel lived then, it's |
| 11:50:29 | 12 | a double, but she has both units. She uses the |
| 11:50:33 | 13 | whole house. Downstairs, there's a front bedroom |
| 11:50:37 | 14 | downstairs, which has a bed in it, and when Earl |
| 11:50:40 | 15 | comes over, Earl usually sleeps there. |
| 11:50:45 | 16 | There's Rachel and the three little boys, |
| 11:50:48 | 17 | they were in cribs then -- I'm pretty sure they |
| 11:50:50 | 18 | were still in cribs -- and they're all up on the |
| 11:50:54 | 19 | second floor. |
| 11:50:55 | 20 | I have a room in the back on the second |
| 11:50:57 | 21 | floor at 37 that has a bed in it. And then I've |
| 11:51:00 | 22 | got the office that's got a barber chair. I can go |
| 11:51:04 | 23 | over there. I've got two mats in the back, if I want |

*Kistner - Huggins - 2/6/20*

71

| | | |
|---|---|---|
| 11:51:08 | 1 | to lay down. |
| 11:51:09 | 2 | But if I just go over there and turn on the |
| 11:51:11 | 3 | TV and go to sleep, it gives her a sense of she's |
| 11:51:15 | 4 | living by herself for a minute. |
| 11:51:17 | 5 | Q.  What was the weather on January 1st, |
| 11:51:30 | 6 | 2017? |
| 11:51:30 | 7 | A.  I don't remember. |
| 11:51:31 | 8 | Q.  What were you wearing? |
| 11:51:36 | 9 | A.  The whole day?  You mean when I went |
| 11:51:38 | 10 | outside? |
| 11:51:39 | 11 | Q.  That morning. |
| 11:51:42 | 12 | A.  I was wearing my -- a pair of pants and |
| 11:51:45 | 13 | a shirt, and I had -- I think I had a windbreaker |
| 11:51:53 | 14 | on, and I had leather-soled dress shoes on. |
| 11:52:01 | 15 | Q.  What type of tread was on those |
| 11:52:04 | 16 | dress shoes? |
| 11:52:08 | 17 | A.  All I can say is leather soles. |
| 11:52:19 | 18 | Q.  At some point in the morning, you went |
| 11:52:22 | 19 | over to 37 Schmarbeck? |
| 11:52:26 | 20 | A.  Yeah. |
| 11:52:26 | 21 | Q.  What time did you leave 33 and go over |
| 11:52:29 | 22 | to 37? |
| 11:52:30 | 23 | A.  It was early.  Like 6:30, 7 o'clock in |

Kistner - Huggins - 2/6/20

72

| | | |
|---|---|---|
| 11:52:32 | 1 | the morning.  It was early. |
| 11:52:36 | 2 | Q.   Who was present at 37 that morning? |
| 11:52:44 | 3 | A.   From my memory it was me, Rachel, Earl, |
| 11:52:47 | 4 | and the three little boys. |
| 11:52:51 | 5 | Q.   At some point that morning your |
| 11:52:54 | 6 | attention was drawn to a red van parked on |
| 11:52:57 | 7 | Schmarbeck Avenue? |
| 11:52:58 | 8 | A.   Yeah.  I saw Wolfe -- I saw the van |
| 11:53:01 | 9 | pull up.  I was looking out the window when the van |
| 11:53:06 | 10 | pulled up. |
| 11:53:06 | 11 | Q.   What type of street -- actually, strike |
| 11:53:09 | 12 | that. |
| 11:53:09 | 13 | The block that your properties are located |
| 11:53:14 | 14 | on Schmarbeck Avenue, is that a two-way street or |
| 11:53:18 | 15 | a one-way street? |
| 11:53:21 | 16 | A.   It's a two-way street. |
| 11:53:23 | 17 | Q.   How many lanes of traffic are located |
| 11:53:27 | 18 | on Schmarbeck Avenue within that block? |
| 11:53:44 | 19 | A.   I would say you could -- well, I know |
| 11:53:46 | 20 | you could safely put three cars abreast, so you |
| 11:53:49 | 21 | could have a parked car on each side of the street |
| 11:53:51 | 22 | and one car could safely navigate right down the |
| 11:53:55 | 23 | middle. |

*Kistner - Huggins - 2/6/20*

73

| | | |
|---|---|---|
| 11:53:56 | 1 | If it's a fire truck or something big, wide, |
| 11:53:59 | 2 | and I was going to say noisy, sometimes they have |
| 11:54:04 | 3 | trouble getting down the street.  The garbage |
| 11:54:08 | 4 | trucks and the plow trucks sometimes, when there's |
| 11:54:10 | 5 | people parked on both sides, they'll have trouble |
| 11:54:12 | 6 | negotiating the street. |
| 11:54:13 | 7 | Q.   Is there any crosswalk or indication on |
| 11:54:17 | 8 | the road for pedestrians within that block on |
| 11:54:19 | 9 | Schmarbeck? |
| 11:54:22 | 10 | A.   Up at Broadway, after they milled |
| 11:54:28 | 11 | it -- I don't know what year that was -- with |
| 11:54:32 | 12 | enough calls to City Hall, they gave us a half |
| 11:54:35 | 13 | a crosswalk -- a half of paved -- of painted |
| 11:54:39 | 14 | pavement up at the corner. |
| 11:54:41 | 15 | They gave us, you know, a line -- a white |
| 11:54:44 | 16 | line where the car could pull to the white line, |
| 11:54:46 | 17 | but I think that was about it. |
| 11:54:50 | 18 | Q.   And that's at the intersection of |
| 11:54:51 | 19 | Broadway and Schmarbeck? |
| 11:54:52 | 20 | A.   Yeah.   That's another 200 feet up the |
| 11:54:55 | 21 | street. |
| 11:54:58 | 22 | Q.   What time was it when the red van |
| 11:55:00 | 23 | pulled up and parked on Schmarbeck? |

*Kistner - Huggins - 2/6/20*

74

| 11:55:06 | 1 | A.   I don't remember the exact time. |
| 11:55:07 | 2 | Q.   What drew your attention to the van? |
| 11:55:10 | 3 | A.   Well, it pulled up in front of 33, and |
| 11:55:14 | 4 | Mike popped out of it.  Mike Wolfe popped out of |
| 11:55:18 | 5 | the driver's side.  That's what really drew my |
| 11:55:21 | 6 | attention to it was Mike Wolfe was driving it. |
| 11:55:23 | 7 | Q.   Was that the first time you had seen |
| 11:55:26 | 8 | Mike since he had stopped staying at 33? |
| 11:55:34 | 9 | A.   I think I saw him on like the 28th, but |
| 11:55:37 | 10 | it was like fleeting.  Like he just walked down the |
| 11:55:40 | 11 | street and went in the house.  But, yeah, that |
| 11:55:46 | 12 | was -- that was the first good look I had at him |
| 11:55:49 | 13 | and like that he was going to be there for a while. |
| 11:55:54 | 14 | Q.   What about the red van concerned you? |
| 11:55:59 | 15 | A.   It was a couple things.  First, six, |
| 11:56:04 | 16 | eight weeks before, Mike had asked me to cash |
| 11:56:07 | 17 | a check, and I said, I'm not cashing your check. |
| 11:56:10 | 18 | I said, take it somewhere and get it cashed.  He |
| 11:56:13 | 19 | said, well, I got no ID. |
| 11:56:15 | 20 | I said, well, how have you been cashing them |
| 11:56:17 | 21 | so far?  And he said, well, I don't want to go |
| 11:56:19 | 22 | there.  And I said, well, tell me.  And he said, |
| 11:56:22 | 23 | I give it to the crack man.  I said, well, go give |

*Kistner - Huggins - 2/6/20*

75

| | | |
|---|---|---|
| 11:56:25 | 1 | that one to the crack man.  Mike said, I owe him |
| 11:56:28 | 2 | money. |
| 11:56:28 | 3 | So I was like:  I'm not going to help you. |
| 11:56:32 | 4 | You've got to have some ID.  Can't Restoration give |
| 11:56:36 | 5 | you something to prove that you can cash a $35 |
| 11:56:39 | 6 | check?  And he says, never mind. |
| 11:56:42 | 7 | But, yeah, he told me he didn't have |
| 11:56:44 | 8 | a driver's license. |
| 11:56:47 | 9 | Q.   Did you ever contact the police the |
| 11:56:49 | 10 | morning of January 1st, 2017, with regard to the |
| 11:56:51 | 11 | red van? |
| 11:56:53 | 12 | A.   No. |
| 11:56:58 | 13 | Q.   When did you first notice police had |
| 11:57:01 | 14 | arrived on Schmarbeck Avenue on January 1st? |
| 11:57:05 | 15 | A.   I'm going to say it was about ten or |
| 11:57:09 | 16 | 15 minutes after Mike got there. |
| 11:57:10 | 17 | Mike pulled up, got out of the van, went in |
| 11:57:13 | 18 | the house.  And I was like, as we're cooking and |
| 11:57:19 | 19 | we're negotiating in the kitchen, looking out on |
| 11:57:21 | 20 | all this, Earl said, what's going on?  I said, |
| 11:57:24 | 21 | well, Mike's here. |
| 11:57:25 | 22 | I think I told Rachel:  The bad penny's |
| 11:57:31 | 23 | back.  And she said, why -- I think she said, did |

11:57:36  1  he go in the house, or what's going on?  I said,

11:57:38  2  well, he just pulled up in a van.

11:57:40  3      Now, Earl wouldn't have known, but Rachel

11:57:43  4  might have mentioned it:  Well, whose van is it?

11:57:47  5  And I said, I don't know.  We'll figure it out.

11:57:50  6  We're not going to worry about it right now.

11:57:52  7      Q.   The observations you made of the van

11:57:55  8  and the police when they arrived, that was all from

11:57:57  9  within the kitchen of 37?

11:58:00  10      A.   Yeah, looking out the kitchen window.

11:58:01  11      Q.   How many police did you first observe

11:58:04  12  arrive on Schmarbeck that morning?

11:58:07  13      A.   Two.  The first Tahoe pulled in the

11:58:09  14  middle of the road.  It didn't pull over to the

11:58:12  15  curb.  It pulled right in the center of the road.

11:58:15  16      Q.   When you say two, do you mean two

11:58:18  17  vehicles or two officers?

11:58:19  18      A.   No.  Just one with two officers in

11:58:21  19  there.  And only one got out.

11:58:23  20      Q.   Please describe the physical appearance

11:58:26  21  of the officer that got out of the Tahoe.

11:58:35  22      A.   I want to say he was tall, but that's

11:58:37  23  like -- I was 150 feet away.  That's all I can tell

11:58:46  1  you.  He seemed to be a little taller than most.

11:58:50  2  And he was driving.

11:58:50  3       Q.   What happened when the officer exited

11:58:52  4  the vehicle?

11:58:53  5       A.   He walked over about to the curb, and

11:58:56  6  he stood there and talked to Mike.  Mike came out

11:59:02  7  like as they were just almost simultaneously with

11:59:05  8  them coming down the street.

11:59:07  9       So Mike might have been waiting on the

11:59:08 10  sunporch there.  He might have been standing on the

11:59:11 11  porch and come down off the steps to almost meet

11:59:13 12  them when they got there.

11:59:15 13       Q.   Were you able to see what Mike was

11:59:17 14  doing before he walked out to the officer?

11:59:20 15       A.   No.

11:59:24 16       Q.   When you say that the officer walked to

11:59:27 17  the curb, is that the curb of the street and the

11:59:29 18  sidewalk?

11:59:31 19       A.   Yeah.

11:59:33 20       Q.   Is that in front of 33?

11:59:34 21       A.   Yeah.

11:59:35 22       Q.   What happened after you saw Mike and

11:59:40 23  the officer meet each other at the curb?

*Kistner - Huggins - 2/6/20*

11:59:45  1         A.    I think there was some conversation in
11:59:47  2    the house between maybe me and Rachel.  Maybe me
11:59:51  3    and Earl.  I don't think I was standing there
11:59:54  4    staring out the window.
11:59:55  5         I was kind of, you know, doing things, look
11:59:58  6    out for a minute, check it out.  I was more
12:00:01  7    concerned with just keeping an eye out that Mike
12:00:04  8    wasn't making off with the appliances out of the
12:00:08  9    apartment with this van that I knew wasn't his.
12:00:11 10         Q.    What caused you to have that concern?
12:00:20 11         A.    My experience as a landlord on the
12:00:22 12    East Side of Buffalo dealing with cross-addicted
12:00:26 13    mental health patients.
12:00:27 14         Q.    Have you had previous tenants steal
12:00:28 15    appliances from you?
12:00:29 16         A.    I've had previous tenants threaten to
12:00:32 17    steal appliances.  I've had previous tenants break
12:00:39 18    them as they were walking out the door.  So, you
12:00:43 19    know.
12:00:43 20         Q.    Had Mike threatened to do that in this
12:00:46 21    unit?
12:00:47 22         A.    Mike was noncommunicative.  Mike was
12:00:49 23    like -- from the middle of December, we hadn't

12:00:53  1  really said anything.  And then when I found out

12:00:55  2  where he was and I tried to track him down that way

12:00:57  3  and say, are you going to give me the keys back?

12:01:00  4  Are you done over here?  That didn't work too well

12:01:04  5  because --

12:01:07  6        Q.    Did Mike owe you any rent on January 1st,

12:01:11  7  2017?

12:01:11  8        A.    I don't remember.

12:01:12  9        Q.    Did you have a written lease with Mike

12:01:14 10  Wolfe?

12:01:15 11        A.    I had a rental agreement.  We had the

12:01:18 12  same lease with everybody.  If it's a Section 8

12:01:21 13  tenant, we call it a lease.  If it's a guy on

12:01:24 14  month-to-month, we just call it a rental agreement.

12:01:26 15  But it's the same document.

12:01:28 16        Q.    It's reduced to writing --

12:01:28 17        A.    Yeah.

12:01:29 18        Q.    -- in a document?

12:01:30 19        A.    Yeah.

12:01:41 20        Q.    The observations you made of the

12:01:45 21  officer conversing with Mike, that occurred from

12:01:48 22  the kitchen -- your vantage point in your kitchen

12:01:54 23  at 37 at the time?

Kistner - Huggins - 2/6/20

80

12:01:55    1          A.    Yes.

12:01:55    2          Q.    How long did you observe Mike and the

12:01:57    3    officer conversing from your window?

12:01:59    4          A.    I don't remember exactly.  And

12:02:01    5    remember, it's you're glancing out the window,

12:02:03    6    you're watching, you know, you're trying to keep

12:02:07    7    on -- I got three little ones.  We're trying to

12:02:09    8    make breakfast.

12:02:10    9          Everybody's moving around the kitchen at

12:02:12   10    once, and we're trying to -- and I think I told

12:02:15   11    Earl:  As long as he don't put nothing in the back

12:02:19   12    of that van, don't worry about it.  You know, as

12:02:22   13    long as he's not hauling off the fridge, just don't

12:02:24   14    worry about it, Earl.  It's no biggie.  He's

12:02:26   15    probably just here getting stuff or something.

12:02:28   16          Q.    During the period of time that the

12:02:29   17    officer was conversing with Mike at the curb, how

12:02:35   18    many police vehicles were present?

12:02:44   19          A.    See, now, I'm almost relying on the

12:02:46   20    video and not my memory.  Do you know what I mean

12:02:48   21    by that?

12:02:49   22          Q.    Do you have difficulty remembering the

12:02:51   23    incident?

| 12:02:56 | 1 | A. I would be delighted to forget it. |

12:02:56  1     A.    I would be delighted to forget it.

12:03:01  2     Q.    Do you have difficulty remembering the

12:03:04  3  incident?

12:03:08  4     A.    The further I get away from it, the

12:03:12  5  less of it I remember real clearly.  No, I don't

12:03:15  6  have difficulty remembering it.

12:03:18  7     Q.    Did there come a time when you observed

12:03:19  8  a second police vehicle park on Schmarbeck in the

12:03:23  9  vicinity of 33?

12:03:29 10     A.    I don't think I seen them pull up, but

12:03:33 11  yeah, at some point I became aware now there's two

12:03:37 12  cars out there.

12:03:37 13     Q.    Where were you when you became aware of

12:03:39 14  the second car?

12:03:40 15     A.    I was still upstairs.

12:03:43 16     Q.    What point did you choose to exit 37 to

12:03:48 17  go outside?

12:03:50 18     A.    I don't -- I don't know what -- I don't

12:03:55 19  know what kind of conversation we were having, me

12:03:58 20  and Earl and Rachel, but I think when the second

12:04:04 21  police car got there, I thought:  Oh, there's

12:04:06 22  something serious going on down there.

12:04:10 23     Q.    What, if anything, did you observe

12:04:11  1  about the interaction between the police and Mike

12:04:14  2  that caused you to form that opinion?

12:04:16  3        A.   I'm pretty sure the first police car

12:04:25  4  pulled up, the driver got out, walked over, Mike

12:04:29  5  talked to him.

12:04:29  6        Mike was pointing up at the kitchen window,

12:04:36  7  and I was like -- Rachel was concerned, because

12:04:39  8  Rachel noticed that, and she said, what is he

12:04:42  9  pointing up here for?  And I said, I don't know.

12:04:46 10  Maybe he's telling him where his landlord lives.

12:04:48 11  I don't know.

12:04:48 12        Or maybe he knew I had left, because he

12:04:52 13  could have heard me leave that morning, and maybe

12:04:54 14  he said, well, if he's not back in the back, he's

12:04:57 15  over there.

12:05:00 16        When the second police car -- okay.  They

12:05:03 17  talked for a minute, and then Mike disappears, and

12:05:06 18  then the second police car pulls up.  And I think

12:05:09 19  I thought at the time like:  Okay.  Why are all

12:05:12 20  these cops converging on the house and Mike just --

12:05:18 21  what's going on with Mike?  Mike just went in the

12:05:20 22  house.

12:05:20 23        I wasn't sure what conversation had gone on

| | | |
|---|---|---|
| 12:05:23 | 1 | between Mike, but now more people were coming. |
| 12:05:26 | 2 | Q.   Were you able to hear any of the |
| 12:05:28 | 3 | conversation from where you were? |
| 12:05:29 | 4 | A.   No.  Just -- no, I was not able to be |
| 12:05:31 | 5 | a party to hear any of that, but I know he was |
| 12:05:34 | 6 | pointing up at the house a couple of times. |
| 12:05:37 | 7 | Q.   How long did the conversation between |
| 12:05:40 | 8 | the officers occur before you exited the home? |
| 12:05:48 | 9 | A.   I don't know.  I'd like to know, but |
| 12:05:50 | 10 | I don't. |
| 12:05:51 | 11 | Q.   Did anyone summon you out of 37? |
| 12:05:58 | 12 | A.   No. |
| 12:05:59 | 13 | Q.   Did anyone call you and ask you to come |
| 12:06:03 | 14 | out of 37? |
| 12:06:06 | 15 | A.   No. |
| 12:06:14 | 16 | Q.   Who was with you when you exited the |
| 12:06:16 | 17 | house? |
| 12:06:18 | 18 | A.   I thought Earl was like right with me |
| 12:06:20 | 19 | but he wasn't. |
| 12:06:25 | 20 | Q.   What did you do when you exited 37? |
| 12:06:29 | 21 | A.   I walked over to ask the driver of the |
| 12:06:33 | 22 | first Tahoe what was going on with Mike. |
| 12:06:38 | 23 | Q.   Did you enter the roadway in order to |

*Kistner - Huggins - 2/6/20*

12:06:42   1   approach the first Tahoe?

12:06:45   2        A.    Yeah.

12:06:48   3        Q.    Did you in any manner call out to the

12:06:50   4   police before you entered the roadway?

12:06:55   5        A.    No.

12:07:06   6        Q.    At the point that you approached the

12:07:08   7   first Tahoe in the roadway, were any of the

12:07:10   8   officers outside of the police vehicles?

12:07:21   9        A.    I think when I last looked out the

12:07:26   10  window or watched or saw on the monitor, there was

12:07:30   11  one of the policemen was still out of the car.

12:07:33   12       When I left the house, my impression was

12:07:36   13  that he was still going to be there.  That's what

12:07:41   14  I thought.  I said, well, they're still out there.

12:07:43   15  I'll go talk to them.

12:07:44   16       Q.    When you mentioned the monitor, do you

12:07:46   17  mean that your answer is from both your

12:07:48   18  recollection and later viewing video?

12:07:54   19       A.    No.  That's a direct recollection from

12:07:57   20  the morning.  I remember there's still somebody out

12:08:00   21  of the car.  Let's go, Earl.

12:08:03   22       And he had to find his boots, and he had to

12:08:05   23  get his boots on.  Just slide them on.  You can tie

*Kistner - Huggins - 2/6/20*

12:08:10 1  them outside.  But let's go find out, before they

12:08:14 2  go, what's going on.  Or before Mike gets in deep

12:08:18 3  shit.  Or, you know, before somebody gets in

12:08:22 4  trouble that maybe ought not to be in no trouble.

12:08:25 5      Q.    Had you ever intervened with the police

12:08:27 6  and Mike prior to this date?

12:08:28 7      A.    No.   No.   I don't do that.   I don't

12:08:31 8  intervene.

12:08:40 9      Q.    At some point the first police Tahoe

12:08:43 10 pulled away?

12:08:46 11     A.    I left the house, walked down the

12:08:49 12 steps, walked out into the street, and then made

12:08:51 13 a left to walk up to the driver's side.

12:08:55 14     As I was walking up to the vehicle, I said,

12:08:58 15 can I talk to you?  The officer on the left-hand

12:09:02 16 side, in the passenger seat, a male officer, he

12:09:06 17 started waving his arms and screaming really loud:

12:09:09 18 No.  We're leaving now.  We're leaving now.  We're

12:09:12 19 not talking to anybody.

12:09:14 20     Q.    Were you in the roadway when the

12:09:17 21 officer yelled?

12:09:19 22     A.    No.   I was in the roadway to the right

12:09:21 23 of the Tahoe.   I was already on the -- my right,

| | |
|---|---|
| 12:09:27 | 1 |
| 12:09:29 | 2 |
| 12:09:30 | 3 |
| 12:09:33 | 4 |
| 12:09:35 | 5 |
| 12:09:35 | 6 |
| 12:09:38 | 7 |
| 12:09:41 | 8 |
| 12:09:43 | 9 |
| 12:09:46 | 10 |
| 12:09:46 | 11 |
| 12:09:52 | 12 |
| 12:09:55 | 13 |
| 12:09:58 | 14 |
| 12:10:03 | 15 |
| 12:10:05 | 16 |
| 12:10:07 | 17 |
| 12:10:12 | 18 |
| 12:10:14 | 19 |
| 12:10:15 | 20 |
| 12:10:17 | 21 |
| 12:10:23 | 22 |
| 12:10:29 | 23 |

his left.  I was not standing in front of the Tahoe, no.

Q.  Would that have been the driver's side vehicle -- the driver's side of the Tahoe that you were on?

A.  Yeah.  Yeah.  I was already -- because I was trying to walk up to the door -- to the driver's door of the first Tahoe.

Q.  On the roadway of Schmarbeck?

A.  Yeah.

Q.  How long or how much time elapsed from when you exited 37, to when you approached the first Tahoe?

A.  Maybe 14 seconds it takes.  I don't know.  I never timed that.

The time it takes to leave the front door, go down the steps.  I might have checked the mail. I don't know.  I might have looked in the mailbox for Rachel.  I don't know.

Q.  Where was the second police vehicle at the time that you approached the first Tahoe?

A.  She was directly -- she was to the passenger side rear.  Like diagonal, like behind

| 12:10:35 | 1 | him. |
|---|---|---|
| 12:10:35 | 2 | Q. Behind the first Tahoe? |
| 12:10:37 | 3 | A. Yeah. |
| 12:10:41 | 4 | Q. After the first Tahoe pulled away, did |
| 12:10:44 | 5 | you turn your attention to the second vehicle? |
| 12:10:51 | 6 | A. As soon as I heard the guy in there |
| 12:10:53 | 7 | screaming: I'm not going to talk to anybody -- |
| 12:10:55 | 8 | we're not talking to anybody. We're not talking to |
| 12:10:57 | 9 | anybody -- as soon as I heard that, I said, oh, |
| 12:11:00 | 10 | okay. He's not going to talk to nobody. So I just |
| 12:11:03 | 11 | walked past the Tahoe. |
| 12:11:05 | 12 | As soon as I came around the back of that |
| 12:11:07 | 13 | Tahoe, I looked over, and I saw the woman in the |
| 12:11:12 | 14 | other Tahoe parked at the curb, and I said -- |
| 12:11:17 | 15 | Q. My question was going to be: Did you |
| 12:11:19 | 16 | have any conversation with that officer? |
| 12:11:20 | 17 | A. I said, can I speak to you? And she |
| 12:11:24 | 18 | cocked her head and smiled. |
| 12:11:27 | 19 | Q. Did the officer -- strike that. |
| 12:11:38 | 20 | After the time that you turned and looked at |
| 12:11:41 | 21 | the second vehicle, had you changed the position of |
| 12:11:45 | 22 | your body with relation to the vehicle -- that's |
| 12:11:51 | 23 | already gotten very convoluted. Let me rephrase |

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 12:11:54 | 1 | that. |
| 12:11:55 | 2 | At the time that you turned your attention |
| 12:11:57 | 3 | to the second vehicle, where were you positioned on |
| 12:11:59 | 4 | the roadway in Schmarbeck? |
| 12:12:03 | 5 | A.   I want to say I was -- I was -- it |
| 12:12:05 | 6 | seems like I would have been dead in the middle of |
| 12:12:07 | 7 | the road facing her. |
| 12:12:09 | 8 | Q.   Did you ever approach the second police |
| 12:12:13 | 9 | vehicle? |
| 12:12:16 | 10 | A.   Yeah.  I took two steps toward it. |
| 12:12:18 | 11 | After she smiled at me, I took two steps forward |
| 12:12:22 | 12 | and looked up. |
| 12:12:33 | 13 | Q.   Where was your body positioned in |
| 12:12:35 | 14 | relation to that second Tahoe? |
| 12:12:41 | 15 | A.   I don't understand how to answer that. |
| 12:12:44 | 16 | I don't understand the question. |
| 12:12:45 | 17 | Q.   How was your body oriented to that |
| 12:12:48 | 18 | Tahoe? |
| 12:12:48 | 19 | What side of the vehicle were you on or |
| 12:12:51 | 20 | walking towards? |
| 12:12:54 | 21 | MR. DAVENPORT:  Well, form.  He didn't -- |
| 12:12:57 | 22 | well, you can go ahead and answer. |
| 12:12:58 | 23 | THE WITNESS:  The driver's side.  The |

*Kistner - Huggins - 2/6/20*

89

| | | |
|---|---|---|
| 12:13:00 | 1 | driver's side.  Like I was about even with the |
| 12:13:05 | 2 | front wheel. |
| 12:13:26 | 3 | BY MS. HUGGINS: |
| 12:13:26 | 4 | Q.   Did the driver of the second Tahoe ever |
| 12:13:28 | 5 | roll down the window? |
| 12:13:36 | 6 | A.   I don't know. |
| 12:13:36 | 7 | Q.   Did that driver ever summons you |
| 12:13:39 | 8 | towards the vehicle? |
| 12:13:49 | 9 | A.   I thought her smile was the |
| 12:13:51 | 10 | acknowledgement that she heard my question and |
| 12:13:54 | 11 | that she wasn't -- that she was going to be |
| 12:14:00 | 12 | receptive to speaking to me. |
| 12:14:01 | 13 | I thought when she looked over at me and she |
| 12:14:04 | 14 | smiled, that that acknowledgement was:  Yeah, I'm |
| 12:14:06 | 15 | here. |
| 12:14:07 | 16 | Q.   How much time elapsed from when you |
| 12:14:09 | 17 | began approaching the vehicle, to when you claim |
| 12:14:12 | 18 | you were struck? |
| 12:14:16 | 19 | A.   I claim?  I'm going to say five seconds |
| 12:14:32 | 20 | before she crashed into me. |
| 12:14:34 | 21 | Q.   Did you take any effort to avoid the |
| 12:14:37 | 22 | vehicle? |
| 12:14:38 | 23 | A.   Her vehicle? |

*Kistner - Huggins - 2/6/20*

12:14:40  1        Q.    Correct.  Did you take any effort to

12:14:43  2   avoid the vehicle?

12:14:43  3        A.    I didn't know she was moving her

12:14:47  4   vehicle.

12:15:01  5        Q.    What part of your bodies -- or what

12:15:05  6   part of your body was struck by the vehicle?

12:15:12  7        A.    I took two steps around the back of the

12:15:14  8   Tahoe, I looked up, I saw the car was coming at me,

12:15:17  9   I put my hands out in front of me, and I closed my

12:15:20 10   eyes.

12:15:23 11        The next thing I know, I was on the ground

12:15:25 12   and the back of my head hurt.  I don't know.

12:15:31 13   I don't know if my hands hit, my hips hit.  I don't

12:15:34 14   know.

12:15:36 15        Q.    Why did you close your eyes?

12:15:38 16        A.    I was scared she was going to hit me

12:15:40 17   with the car.

12:15:45 18        Q.    Did you take any other action to try to

12:15:47 19   move out of the way?

12:15:49 20        A.    There wasn't time to move out of the

12:16:01 21   way.

12:16:01 22        Q.    Where did you experience the pain to

12:16:04 23   your head?

*Kistner - Huggins - 2/6/20*

91

| | | |
|---|---|---|
| 12:16:04 | 1 | A. In the back of my head. |
| 12:16:17 | 2 | Q. Do you have any recollection of the |
| 12:16:21 | 3 | vehicle striking you? |
| 12:16:33 | 4 | A. I have -- I don't have a visual |
| 12:16:37 | 5 | recollection of it, but I have a recollection in |
| 12:16:40 | 6 | my head of falling. I remember falling down. |
| 12:16:44 | 7 | I remember: Oh, Christ. It's the first -- you're |
| 12:16:48 | 8 | talking to yourself, you know. I remember that. |
| 12:16:58 | 9 | Q. What part of the vehicle struck your |
| 12:17:00 | 10 | body? |
| 12:17:03 | 11 | A. I don't know. I put my hands out. |
| 12:17:05 | 12 | That's all. |
| 12:17:12 | 13 | Q. Did you notice any injury to your hands |
| 12:17:19 | 14 | after you claim the vehicle struck you? |
| 12:17:24 | 15 | A. Like within the first minute? No. |
| 12:17:28 | 16 | I wasn't -- |
| 12:17:29 | 17 | Q. Immediately after. |
| 12:17:30 | 18 | A. After I hit the ground, my head was |
| 12:17:32 | 19 | hurting so bad, I wasn't paying no attention to |
| 12:17:37 | 20 | nothing else but the back of my head. |
| 12:17:38 | 21 | Q. Where was your body positioned with |
| 12:17:40 | 22 | relation to the Tahoe when you landed on the |
| 12:17:45 | 23 | ground? |

12:17:49  1        A.    I don't know when I landed on the
12:17:52  2   ground, but I know when I opened my eyes where
12:17:55  3   I was.  Like my first recollection after I hit the
12:17:57  4   ground, I know where I was then.
12:18:01  5        Q.    How much period of time elapsed before
12:18:03  6   you opened your eyes while you were on --
12:18:05  7        A.    I don't know.
12:18:06  8        Q.    -- the ground?
12:18:07  9        A.    I don't know.
12:18:08 10        Q.    Where were you when you opened your
12:18:09 11   eyes?
12:18:10 12        A.    I was laying on my back, and when I go
12:18:15 13   to get up when I'm laying on my back in the street,
12:18:18 14   I kind of bend up forward, and as I bent up
12:18:22 15   forward, I looked at my feet, and my feet was up
12:18:24 16   and underneath the car.
12:18:25 17        And the first thing I thought is:  She's
12:18:29 18   going to run over my legs.  So I turned to my left
12:18:31 19   side, and it looked like a silent movie.  It had to
12:18:39 20   look like a silent movie, because I don't remember
12:18:42 21   hearing anything, and I like moved my feet like
12:18:45 22   I was pedaling to get out from underneath the car.
12:18:47 23        And then when I got out from under it, I was

12:18:50  1  on my left side, and I was looking down Schmarbeck

12:18:53  2  on my side, like this, and I'm opening and I'm

12:18:56  3  closing my eyes as I'm coming around, and I look

12:19:00  4  down toward Schlenker, where the stop sign is, and

12:19:05  5  I remember seeing the police car down there.

12:19:07  6       I don't remember if he had his lights on or

12:19:09  7  not, but as I started -- as I realized then, oh,

12:19:13  8  okay, I'm out from underneath this car, there's

12:19:16  9  a cop car down there, okay, all right, I know where

12:19:19  10  I'm at, I started to lean forward to get up, and as

12:19:22  11  soon as I leaned forward to get up, that's when the

12:19:25  12  back of my head really -- that's when the pain

12:19:29  13  really took off.

12:19:29  14       Q.    Were you able to actually physically

12:19:31  15  get off the ground --

12:19:33  16       A.    No.

12:19:33  17       Q.    -- before you felt the pain?

12:19:34  18       A.    No.   And as soon as the shot of pain

12:19:40  19  went through me, I started yelling for Earl.

12:19:42  20       Q.    Aside from the pain to the back of your

12:19:44  21  head, did you notice any other injuries at that

12:19:46  22  point?

12:19:47  23       A.    No.

12:19:51  1        Q.    When did police officers exit that

12:19:56  2   second Tahoe?

12:20:05  3        A.    All my recollection of what you just

12:20:07  4   asked me is from the video.

12:20:09  5        Q.    Okay.  Fair enough.

12:20:10  6        Do you have any recollection -- strike that.

12:20:20  7        When is -- at what point in time do you next

12:20:25  8   remember something from while you were at Schmarbeck?

12:20:34  9        A.    After I started to get up and the pow

12:20:37 10   happened in the back of my head, it just -- it was

12:20:40 11   like, bang.  It hurt real bad.

12:20:42 12        After that happened, I grabbed the back of

12:20:44 13   my head, and I laid back down, and I said, Earl?

12:20:47 14   I said, Earl?  And I heard him say, Dad?  And

12:20:52 15   I said, yeah.  Call an ambulance.  The back of my

12:20:54 16   head hurts.  This hurts too bad.  And he said,

12:20:58 17   all right.

12:21:02 18        And I think he said, just stay there.  And

12:21:07 19   I said, I'm not going anywhere.  Then I just closed

12:21:15 20   my eyes and laid there for a minute, holding the

12:21:17 21   back of my head.

12:21:18 22        And I don't know how long it was, but I think

12:21:23 23   somebody asked me a question, and I thought it was

```
12:21:27  1  Earl.  I don't know what the question was, but
12:21:31  2  I thought somebody said something to me, and it was
12:21:41  3  about that time I opened my eyes, and I looked up,
12:21:43  4  and then it started getting ridiculous.
12:21:45  5         Q.   So when you said that certain things
12:21:51  6  from your memory are from the video and not your
12:21:54  7  recollection --
12:21:55  8         A.   Yeah.
12:21:55  9         Q.   -- is that due to difficulty recalling
12:22:00 10  what happened that day or because you lost
12:22:01 11  consciousness?
12:22:06 12         A.   I got out from under the police car and
12:22:08 13  I looked down Schlenker, and I seen the back of
12:22:10 14  that police car.  At that point it starts hurting
12:22:13 15  and I'm putting my hand up and I'm grabbing the
12:22:17 16  back of my head, and I'm thinking:  What are you
12:22:20 17  going to do?  Can you get up?  You tried that once.
12:22:23 18  That's not going to work.  Get Earl?
12:22:30 19         I didn't see that police car down at
12:22:34 20  Schlenker back up the street, but I know he backed
12:22:37 21  up the street because I seen it on the video, so
12:22:42 22  I know he backed up the street.
12:22:43 23         Now, whether I was looking down the street
```

Kistner - Huggins - 2/6/20

12:22:45  1  at him as he was backing up, I don't know.  Or was

12:22:50  2  I looking down the street when he was still going

12:22:52  3  toward the stop sign, I don't know.  But I know he

12:22:57  4  eventually backed up the street.

12:23:00  5       Q.    So any difficulty in just describing

12:23:06  6  this is not from you losing consciousness or an

12:23:09  7  inability to recall the incident, it's because you

12:23:12  8  watched a video since then?

12:23:13  9       A.    I don't know.

12:23:14 10       Q.    Okay.

12:23:14 11       A.    I don't know whether I lost

12:23:15 12  consciousness for five seconds or two seconds or

12:23:17 13  whether I was conscious the whole time.

12:23:19 14       Q.    Fair enough.

12:23:20 15       At any point while you were on Schmarbeck

12:23:26 16  Avenue, did you hear any of the conversation

12:23:29 17  between and amongst the officers present?

12:23:41 18       A.    There were bits and pieces that

12:23:43 19  I picked up here and there.

12:23:44 20       Q.    What were you able to hear?

12:23:46 21       A.    While I was laying on the ground --

12:23:49 22  we're back to that point -- I opened my eyes and

12:23:53 23  looked up.  I saw a policewoman with her hands on

*Kistner - Huggins - 2/6/20*

97

| | | |
|---|---|---|
| 12:23:56 | 1 | her hips, and as soon as I opened my eyes, she |
| 12:23:59 | 2 | said, if you don't get off the ground, I'm going to |
| 12:24:01 | 3 | arrest you. |
| 12:24:03 | 4 | Q.   My question is if you heard |
| 12:24:05 | 5 | conversation between and amongst the officers. |
| 12:24:08 | 6 | A.   Not that I remember. |
| 12:24:09 | 7 | Q.   Okay.  At some point you were placed |
| 12:24:18 | 8 | under arrest and placed in the back of a police |
| 12:24:21 | 9 | vehicle while on Schmarbeck Avenue? |
| 12:24:24 | 10 | A.   Yes. |
| 12:24:25 | 11 | Q.   Which of the Tahoe vehicles were you |
| 12:24:27 | 12 | placed in? |
| 12:24:28 | 13 | A.   The one with the males in it. |
| 12:24:36 | 14 | Q.   At any point when you exited |
| 12:24:38 | 15 | 37 Schmarbeck, until your arrest, did you have |
| 12:24:40 | 16 | access to a cell phone? |
| 12:24:54 | 17 | A.   I had to have a cell phone in my pocket |
| 12:24:57 | 18 | because I was booked in with a cell phone. |
| 12:24:59 | 19 | Q.   Did you call anyone during that period |
| 12:25:05 | 20 | of time? |
| 12:25:05 | 21 | A.   After I exited 37? |
| 12:25:07 | 22 | Q.   Yeah. |
| 12:25:08 | 23 | To qualify just the time frame:  Exiting 37, |

*Kistner - Huggins - 2/6/20*

98

| | |
|---|---|
| 12:25:11 1 | until you were arrested, did you contact anyone on |
| 12:25:14 2 | your cell phone? |
| 12:25:15 3 | A.   No. |
| 12:25:16 4 | Q.   Did you do anything with your cell phone |
| 12:25:18 5 | in any attempt to record or photograph what |
| 12:25:20 6 | happened? |
| 12:25:25 7 | A.   No. |
| 12:25:31 8 | Q.   How long were you in the back of the |
| 12:25:34 9 | police vehicle before being transported away from |
| 12:25:39 10 | Schmarbeck Avenue? |
| 12:25:42 11 | A.   I have no recollection of time, as far |
| 12:25:47 12 | as the length of it, other than the video, and |
| 12:25:52 13 | I tried to figure out once how long was -- how long |
| 12:25:56 14 | did all this happen, and I really couldn't piece it |
| 12:25:59 15 | together.  I couldn't figure it out. |
| 12:26:00 16 | I think I was in the back of the car, as |
| 12:26:04 17 | best as I can guess, better than a half hour. |
| 12:26:09 18 | Q.   When you attempted to calculate that |
| 12:26:12 19 | time by watching the video, were you able to view |
| 12:26:18 20 | continuous video from the time you were placed in |
| 12:26:20 21 | the vehicle, until the vehicle left Schmarbeck? |
| 12:26:23 22 | A.   No.  When I was trying to figure that |
| 12:26:25 23 | out, I was using that timer up on top of the video. |

12:26:27  1  I was trying to see, okay, this happened at this

12:26:31  2  time to try to figure out how long the whole thing

12:26:34  3  lasted.  No.  The answer's no.

12:26:46  4      Q.   Did you request any medical attention

12:26:48  5  from any of the officers while you were still on

12:26:52  6  Schmarbeck Avenue?

12:27:01  7      A.   The officers were present and would

12:27:03  8  have heard me tell Earl:  Call an ambulance.

12:27:06  9      Q.   Did you specifically ask any officers

12:27:09 10  for medical attention?

12:27:19 11      A.   No.

12:27:19 12      Q.   Did you identify the pain you were

12:27:23 13  experiencing to the back of your head to any of the

12:27:25 14  officers while you were on scene on Schmarbeck

12:27:30 15  Avenue?

12:27:30 16      A.   After the policewoman said, if you

12:27:36 17  don't get up, I'm going to arrest you, I don't

12:27:41 18  remember the exact words I used, but I made it

12:27:45 19  quite clear to her, and I think it was something

12:27:49 20  along the lines:  You just hit me with a police

12:27:53 21  car, and the back of my head's on fire.  I'm not

12:27:56 22  getting off the ground.  I'm going to go to the

12:27:58 23  hospital in an ambulance.  Or something to that

*Kistner - Huggins - 2/6/20*

100

| | | |
|---|---|---|
| 12:28:00 | 1 | effect. |
| 12:28:03 | 2 | And honest to God, after she threatened to |
| 12:28:07 | 3 | arrest me, I was like:  This whole thing is getting |
| 12:28:10 | 4 | ludicrous, and like, you know, when somebody tells |
| 12:28:14 | 5 | you they're going to arrest you after they hit you |
| 12:28:16 | 6 | with a police car, you don't want to be in |
| 12:28:19 | 7 | conversational mode with those people. |
| 12:28:20 | 8 | Q.    What medical attention, if any, did you |
| 12:28:23 | 9 | want while you were still on Schmarbeck Avenue? |
| 12:28:27 | 10 | A.    I just wanted my head to stop hurting. |
| 12:28:35 | 11 | Q.    Was there any specific medical |
| 12:28:37 | 12 | attention that you requested of the officers while |
| 12:28:39 | 13 | you were on Schmarbeck Avenue? |
| 12:28:42 | 14 | A.    No. |
| 12:28:44 | 15 | Q.    Were you taken directly to ECMC when |
| 12:28:48 | 16 | the Tahoe departed from Schmarbeck Avenue? |
| 12:28:51 | 17 | A.    I was laying down in the back seat of |
| 12:28:53 | 18 | the Tahoe when they took me.  I don't know. |
| 12:29:02 | 19 | Q.    Okay.  Another way to ask that:  Was |
| 12:29:05 | 20 | there any stops made en route to ECMC? |
| 12:29:13 | 21 | A.    I don't know. |
| 12:29:14 | 22 | Q.    Did you -- |
| 12:29:14 | 23 | A.    I mean, I don't think they turned on |

*Kistner - Huggins - 2/6/20*

101

| | | |
|---|---|---|
| 12:29:19 | 1 | the lights.  I know they -- |
| 12:29:21 | 2 | Q.   Well, that's not my question. |
| 12:29:22 | 3 | A.   Okay. |
| 12:29:23 | 4 | Q.   My question is:  Were you taken |
| 12:29:24 | 5 | directly to ECMC when you were transported from |
| 12:29:28 | 6 | Schmarbeck Avenue? |
| 12:29:28 | 7 | A.   I don't know. |
| 12:29:29 | 8 | Q.   Did you lose consciousness at any |
| 12:29:32 | 9 | period of time when you were -- |
| 12:29:33 | 10 | A.   I don't know. |
| 12:29:33 | 11 | Q.   -- in the vehicle? |
| 12:29:34 | 12 | A.   If I lost consciousness, I don't |
| 12:29:37 | 13 | remember.  I wouldn't have known it.  I didn't know |
| 12:29:39 | 14 | it. |
| 12:29:39 | 15 | Q.   Do you have gaps in your memory from |
| 12:29:41 | 16 | while you were in the police vehicle? |
| 12:29:53 | 17 | A.   See, I got -- |
| 12:29:54 | 18 | Q.   Let me ask it this way -- |
| 12:29:56 | 19 | A.   I don't remember getting out of the |
| 12:29:58 | 20 | police vehicle at ECMC and getting in the room at |
| 12:30:01 | 21 | ECMC.  I can't remember how I got down the hallway. |
| 12:30:13 | 22 | And there might be pieces of that ride that I don't |
| 12:30:15 | 23 | remember in the same way. |

*Kistner - Huggins - 2/6/20*

12:30:16   1        Q.    Do you remember being taken anywhere

12:30:19   2   else between Schmarbeck Avenue and ECMC that

12:30:22   3   morning?

12:30:22   4        A.    No, I don't remember.

12:30:31   5        Q.    What medical treatment, if any, did you

12:30:33   6   receive while you were at ECMC that morning?

12:30:39   7        A.    Medical records are Latin to me, so

12:30:43   8   I don't understand them.

12:30:43   9        Q.    Not based on the records, but your

12:30:46  10   recollection of that morning.

12:30:49  11        A.    There was a nurse that saw me.  I think

12:30:52  12   there was a doctor that saw me.  They put me in

12:30:56  13   I think an MRI tube.  The big metal one.  I had one

12:31:00  14   of those for -- I don't know -- a minute or so.

12:31:06  15   I can't remember if they gave me fluids or not.

12:31:13  16        Q.    Did you make any requests for specific

12:31:16  17   medical treatment of any ECMC staff?

12:31:19  18        A.    Yeah.  The first nurse that walked in.

12:31:21  19        Q.    What did you request of her?

12:31:23  20        A.    To leave me alone.  To get as far away

12:31:26  21   from me as possible.  I didn't want her involved in

12:31:31  22   my care.

12:31:32  23        Q.    Did you make any requests for medical

*Kistner - Huggins - 2/6/20*

103

| | | |
|---|---|---|
| 12:31:34 | 1 | treatment from any other ECMC staff? |
| 12:31:35 | 2 | A.   I told them I wanted to see a doctor. |
| 12:31:38 | 3 | When the nurse would come in at the |
| 12:31:40 | 4 | beginning, I'd say, when am I going to see the |
| 12:31:43 | 5 | doctor?  I wanted to see the doctor.  I wanted to |
| 12:31:46 | 6 | see a doctor. |
| 12:31:46 | 7 | Q.   And at some point that morning, you saw |
| 12:31:50 | 8 | a doctor? |
| 12:31:50 | 9 | A.   Yeah. |
| 12:31:50 | 10 | Q.   Did the doctor perform any examination |
| 12:31:52 | 11 | of you? |
| 12:31:52 | 12 | A.   Yeah.  He looked at my head.  He was |
| 12:31:55 | 13 | the one who told them to get the handcuffs off. |
| 12:31:58 | 14 | I'm pretty sure he was. |
| 12:32:04 | 15 | Q.   Did you receive any stitches that |
| 12:32:06 | 16 | morning? |
| 12:32:07 | 17 | A.   No.  No. |
| 12:32:07 | 18 | Q.   Did you receive -- strike that. |
| 12:32:10 | 19 | Were any medical procedures of any kind |
| 12:32:13 | 20 | performed on you that morning? |
| 12:32:14 | 21 | A.   I think they put something on the front |
| 12:32:16 | 22 | of my head, because I had a -- I had -- they said |
| 12:32:19 | 23 | I had an abrasion on the front of my head. |

*Kistner - Huggins - 2/6/20*

12:32:29   1        Q.   Were you bleeding from anywhere?

12:32:30   2        A.   I don't think so.  I might have been

12:32:31   3   bleeding from the front, but I wasn't bleeding from

12:32:33   4   the back.

12:32:33   5        Q.   Have you ever received an MRI prior to

12:32:36   6   January 1st, 2017, to your head?

12:32:45   7        A.   I don't know if I had one as part of

12:32:47   8   that back surgery in '98 or not.

12:32:52   9        Q.   Had you ever received an x-ray or

12:32:53  10   a CAT scan of any kind to your head or neck prior

12:32:57  11   to January 1st, 2017?

12:32:57  12        A.   I don't know how to -- I don't know.

12:33:01  13        Q.   Did you ever describe, to any medical

12:33:06  14   professionals at ECMC, what occurred on Schmarbeck

12:33:09  15   Avenue that morning?

12:33:20  16        A.   Yeah.  The nurse and the doctor that

12:33:22  17   I -- the second nurse and the doctor.

12:33:25  18        Q.   Did you observe any of those medical

12:33:28  19   professionals, the nurse or the doctor, record your

12:33:33  20   description of what happened that day?

12:33:37  21        A.   No.

12:33:37  22        Q.   Did you observe any of those medical

12:33:39  23   professionals take any notes or make any notations

*Kistner - Huggins - 2/6/20*

105

| | | |
|---|---|---|
| 12:33:43 | 1 | while they were speaking with you? |
| 12:33:46 | 2 | A.   No.   I think almost all that stuff was |
| 12:33:48 | 3 | done in the hallway on a computer. |
| 12:34:02 | 4 | Q.   Have you made any claims about ECMC or |
| 12:34:04 | 5 | its staff with regard to your medical treatment |
| 12:34:07 | 6 | that morning? |
| 12:34:14 | 7 | A.   You mean officially, like filed |
| 12:34:16 | 8 | a complaint with them or something? |
| 12:34:18 | 9 | Q.   Let me break it down in two ways. |
| 12:34:20 | 10 | Have you done anything like that legally or |
| 12:34:22 | 11 | submitted any type of complaint to ECMC for your |
| 12:34:24 | 12 | medical treatment that morning? |
| 12:34:26 | 13 | A.   No. |
| 12:34:27 | 14 | Q.   Have you given any statements to anyone |
| 12:34:30 | 15 | at ECMC, aside from the statements you made to |
| 12:34:35 | 16 | staff during your actual treatment, with regard to |
| 12:34:39 | 17 | the conduct or the manner in which ECMC conducted |
| 12:34:41 | 18 | your treatment that day? |
| 12:34:43 | 19 | A.   Yes.   The answer is yes, I think. |
| 12:34:45 | 20 | Q.   Where did you give those statements? |
| 12:34:46 | 21 | A.   I called ECMC several -- I think on |
| 12:34:53 | 22 | several occasions very early on, like the first |
| 12:34:55 | 23 | week of January, second week of January, because |

*Kistner - Huggins - 2/6/20*

106

| | | |
|---|---|---|
| 12:35:03 | 1 | the very first nurse in the room, the one I had the |
| 12:35:06 | 2 | most issue with, I thought that they ought to be |
| 12:35:11 | 3 | aware of that. |
| 12:35:12 | 4 | Q.    Who did you contact at ECMC? |
| 12:35:15 | 5 | A.    I think my first contact was with |
| 12:35:20 | 6 | somebody in social work to find out who to contact, |
| 12:35:23 | 7 | and then I tried to contact somebody.  I may have |
| 12:35:27 | 8 | sent an email to her. |
| 12:35:29 | 9 | I can't remember her name off the top of my |
| 12:35:34 | 10 | head.  She was like the head nurse of the emergency |
| 12:35:37 | 11 | department or something like that. |
| 12:35:39 | 12 | I also talked to the chaplain's office at |
| 12:35:41 | 13 | some point.  And I made several calls I think to |
| 12:35:44 | 14 | social work to try to get somebody to realize what |
| 12:35:49 | 15 | had happened and that that would be better if it |
| 12:35:54 | 16 | didn't happen again. |
| 12:35:55 | 17 | Q.    The head nurse that you referred to, is |
| 12:35:58 | 18 | that the person you made a complaint with or is |
| 12:36:00 | 19 | that the person you were making the complaint |
| 12:36:02 | 20 | about? |
| 12:36:02 | 21 | A.    I never -- I never made a complaint -- |
| 12:36:08 | 22 | I can't -- I don't ever remember making a complaint |
| 12:36:12 | 23 | in writing, but it was the one that I was speaking |

12:36:14  1   to, not the one that I was making it about.

12:36:19  2           And the complaint really wasn't that

12:36:22  3   serious.  It really was more about -- well, I can

12:36:27  4   tell you what it was about, if you want to know.

12:36:29  5           Q.   Well, I'm asking if you made a complaint

12:36:32  6   about the manner in which ECMC staff treated you

12:36:34  7   that morning.

12:36:34  8           A.   Yeah.  One person.  The person I didn't

12:36:38  9   want to treat me.

12:36:39 10           Q.   It was that first initial nurse you

12:36:41 11   mentioned?

12:36:42 12           A.   Yeah, it was the first nurse that

12:36:43 13   walked in the door.  And she asked me:  What's

12:36:45 14   wrong with you?  Why did you jump on top of

12:36:49 15   a police car?  And I said, I didn't jump on top

12:36:51 16   of a police car.  Who told you that?

12:36:54 17           Q.   When did you send the email to ECMC

12:36:59 18   with regard to your concerns?

12:37:00 19           A.   I don't remember.  I don't remember.

12:37:01 20           Q.   Was it within the calendar year of this

12:37:03 21   incident occurring?

12:37:04 22           A.   I would think so, yeah.

12:37:07 23           Q.   Was it that winter?

| | | |
|---|---|---|
| 12:37:10 | 1 | A.   I'm pretty sure. |
| 12:37:11 | 2 | Q.   Do you know if it was in the month of |
| 12:37:13 | 3 | January 2017? |
| 12:37:13 | 4 | A.   Could have been.  The closer to the |
| 12:37:19 | 5 | incident, the more accurate we would be of finding |
| 12:37:22 | 6 | when it -- when it happened. |
| 12:37:24 | 7 | And I had no knowledge of Internal Affairs |
| 12:37:28 | 8 | or I had no knowledge of the federal lawsuit or |
| 12:37:31 | 9 | I had no knowledge of that at that point. |
| 12:37:34 | 10 | At that point I didn't think I could |
| 12:37:36 | 11 | control -- still don't think I can control any of |
| 12:37:39 | 12 | that behavior on the part of the police. |
| 12:37:43 | 13 | All I was thinking about was what happened |
| 12:37:45 | 14 | to me at ECMC when she walked in there accusing me |
| 12:37:50 | 15 | like of what the police accused me of. |
| 12:37:53 | 16 | And I was like:  That's not how you treat |
| 12:37:56 | 17 | people like when they come in the emergency room. |
| 12:37:59 | 18 | You just don't walk in the door and say, why did |
| 12:38:01 | 19 | you jump on a police car?  I didn't do that. |
| 12:38:03 | 20 | Q.   At some point did you make a complaint |
| 12:38:05 | 21 | with regard to the handcuffs to ECMC staff? |
| 12:38:08 | 22 | A.   Yeah.  As soon as the doctor walked in, |
| 12:38:10 | 23 | because I asked him:  Can you get these handcuffs |

| | | |
|---|---|---|
|12:38:14|1|off?|

12:38:14  2          Both the nurses -- both the one that I told

12:38:17  3  just leave me alone and then the second lady that

12:38:19  4  came in, I said, can you get these off my arms?  My

12:38:22  5  arms are swelling up around the handcuffs.  My

12:38:25  6  hands are swelling up around the handcuffs.  She

12:38:28  7  said, well, the doctor.  The doctor.  And I said,

12:38:30  8  okay, well, let's see the doctor.

12:38:35  9          Q.   Did the handcuffs cause any lacerations

12:38:40 10  to your wrists?

12:38:41 11          A.   Yeah.  Both the left hand and the

12:38:43 12  right.

12:38:43 13          Q.   Where were those lacerations on your

12:38:45 14  wrists?  The front?  The back?

12:38:47 15          A.   The top and the top.

12:38:52 16          Q.   So the record should reflect that

12:38:54 17  you've just pointed to on the top of both of your

12:38:58 18  wrists, towards the inner top portion of your

12:39:02 19  wrists and pointed.

12:39:04 20          A.   Yeah.

12:39:04 21          Q.   Accurate description?

12:39:08 22          Was any bone exposed?

12:39:12 23          A.   No.

| 12:39:13 | 1 | Q. Was there any bruising to your wrists |
| 12:39:15 | 2 | that day? |
| 12:39:15 | 3 | A. Oh, yeah.  They were swelled up like |
| 12:39:20 | 4 | peaches. |
| 12:39:20 | 5 | Q. How long did the bruising last to your |
| 12:39:24 | 6 | wrists? |
| 12:39:26 | 7 | A. I don't think my hands looked right for |
| 12:39:31 | 8 | probably three months. |
| 12:39:32 | 9 | Q. Did you receive any medical treatment |
| 12:39:35 | 10 | from the doctors at ECMC or the staff at ECMC that |
| 12:39:39 | 11 | day with regard to your wrists? |
| 12:39:45 | 12 | A. No. |
| 12:39:47 | 13 | Q. Did you complain about the swelling -- |
| 12:39:49 | 14 | A. Oh, yes. |
| 12:39:50 | 15 | Q. -- and the bruising to your wrists? |
| 12:39:55 | 16 | A. Yeah.  When the doctor came in, |
| 12:39:56 | 17 | I talked to the doctor -- I don't know -- probably |
| 12:39:58 | 18 | five minutes.  And he said, can you guys take these |
| 12:40:01 | 19 | cuffs off of him?  Because I showed him my hands. |
| 12:40:04 | 20 | I showed him they were swelling up.  And he said, |
| 12:40:07 | 21 | take these handcuffs off of him. |
| 12:40:09 | 22 | So he took the handcuffs off, and then when |
| 12:40:12 | 23 | I raised my hands and I was looking, I could see |

*Kistner - Huggins - 2/6/20*

12:40:15  1  the handcuffs had dug through the skin.

12:40:19  2          And the first thing I said was:  Record

12:40:23  3  this.  I said, get somebody in here with a camera

12:40:27  4  and take pictures of this.  Look what they did to

12:40:30  5  me.

12:40:30  6          Q.   Were any photographs taken of your

12:40:32  7  hands at ECMC?

12:40:33  8          A.   No.  All ECMC did was stand there with

12:40:36  9  their mouth agape, looking at the police like:

12:40:38  10 What do we do?  Are we allowed to take pictures of

12:40:41  11 his wrists?  Should we take pictures of his wrists?

12:40:46  12         These were the attitudes that you could see

12:40:47  13 nobody knew what to do.

12:40:48  14         Q.   Well, did anybody say that, or is that

12:40:50  15 your assumption based on your observations?

12:40:53  16         A.   That's my assumption from my

12:40:58  17 observation at that point, knowing that there was

12:41:00  18 already a lawyer waiting in the waiting room,

12:41:02  19 because I had already been informed of that.

12:41:05  20 Let the lawyer come down and take the pictures.

12:41:07  21         Q.   Who informed you that a lawyer was

12:41:10  22 present?

12:41:10  23         A.   The second nurse.

12:41:11  1        Q.    What did she say?

12:41:12  2        A.    She says, there's somebody down here

12:41:14  3   for you in the waiting room trying to get in.

12:41:17  4        Q.    Did she identify that person as

12:41:18  5   a lawyer?

12:41:22  6        A.    No.  She identified him as a tall guy.

12:41:26  7   She said, there's a tall guy down here in the

12:41:28  8   waiting room waiting for you.

12:41:29  9        Q.    Did you have any interaction with that

12:41:32 10   person while you were at ECMC?

12:41:33 11        A.    No.  No.  I never saw Jim.

12:41:42 12        Q.    Did you receive any other medical

12:41:45 13   treatment while you were at ECMC that morning that

12:41:47 14   you have not mentioned?

12:41:52 15        A.    If I did, I don't remember it.

12:42:00 16        Q.    The pain to the back of your head,

12:42:02 17   swelling and bruising and pain to your wrists were

12:42:04 18   discussed.  Any other injuries that you noticed at

12:42:07 19   that point in time?

12:42:12 20        A.    Just the abrasion in the front of my

12:42:17 21   head, but honest to God, I didn't even know I had

12:42:20 22   an abrasion in the front of my head until like

12:42:22 23   I got home and Rachel said, what's wrong with the

*Kistner - Huggins - 2/6/20*

113

| | | |
|---|---|---|
| 12:42:25 | 1 | front of your head? |
| 12:42:26 | 2 | Q.   At some point you were transported from |
| 12:42:29 | 3 | ECMC to central booking downtown? |
| 12:42:33 | 4 | A.   Yeah.  Yes. |
| 12:42:43 | 5 | Q.   When you -- do you have a recollection |
| 12:42:45 | 6 | of arriving to central booking downtown? |
| 12:42:56 | 7 | A.   Yeah, I do. |
| 12:43:00 | 8 | Q.   When you arrived at central booking, |
| 12:43:02 | 9 | did you walk from the police vehicle into the |
| 12:43:06 | 10 | facility of your own power? |
| 12:43:09 | 11 | A.   Yeah.  That's -- yeah.  Yeah. |
| 12:43:18 | 12 | Q.   How much time elapsed from your arrest |
| 12:43:20 | 13 | at central booking, to when your -- strike that. |
| 12:43:31 | 14 | Did you lose consciousness at all while you |
| 12:43:34 | 15 | were at ECMC in the morning? |
| 12:43:35 | 16 | A.   I don't know. |
| 12:43:36 | 17 | Q.   Did you lose consciousness at any point |
| 12:43:39 | 18 | during your transport from ECMC, to central booking? |
| 12:43:42 | 19 | A.   Yeah.  I might have fallen asleep, |
| 12:43:44 | 20 | actually. |
| 12:43:51 | 21 | Q.   Once you've arrived at central booking, |
| 12:43:53 | 22 | how much time passed from your arrival, to any |
| 12:43:56 | 23 | search of your person? |

12:44:07   1        A.    20 minutes.   That's a guess.

12:44:17   2        Q.    In that period of time from your

12:44:18   3   arrival, until your person was searched, what were

12:44:24   4   you doing at central booking?

12:44:25   5        A.    Okay.   This is a narrative.   It's the

12:44:30   6   best way I can tell this.

12:44:33   7        I don't know what direction we came in, but

12:44:35   8   there was a steel bench, and I remember coming in

12:44:38   9   and one of the woman policemen said, sit on this

12:44:41  10   steel bench.

12:44:43  11        In front of the steel bench, there was like

12:44:45  12   a bank teller's window, and that room was all glass

12:44:50  13   on the top, like a central control room or something.

12:44:53  14        There was a small hallway off to the left of

12:44:55  15   it in the front, from my perspective sitting on the

12:44:59  16   bench, and there was a cell on the left-hand side.

12:45:03  17   There might have been two cells.

12:45:05  18        Down at the end of that hallway, on the

12:45:08  19   left-hand side, at the end of it, there were two

12:45:11  20   doors.   One went up into the control room and

12:45:14  21   the other went into a room I couldn't see, which

12:45:17  22   I eventually learned was where the camera was.

12:45:22  23        So I sat down on that bench when I walked

Kistner - Huggins - 2/6/20

115

| | | |
|---|---|---|
| 12:45:25 | 1 | in. |
| 12:45:26 | 2 | Q.   So for the period of time that -- |
| 12:45:28 | 3 | strike that. |
| 12:45:29 | 4 | Before your person was searched, were you |
| 12:45:32 | 5 | seated on that steel bench for this entire period |
| 12:45:36 | 6 | of time? |
| 12:45:36 | 7 | A.   It took five minutes to get in, and in |
| 12:45:40 | 8 | 15 minutes I was sitting there on the bench. |
| 12:45:42 | 9 | Q.   Sure.  So once you've entered through |
| 12:45:45 | 10 | the doors and you're inside the facility, did you |
| 12:45:47 | 11 | remain seated on that steel bench until you were |
| 12:45:51 | 12 | taken to -- |
| 12:45:52 | 13 | A.   Yeah, until they took me in the back. |
| 12:45:55 | 14 | Q.   -- the search? |
| 12:45:57 | 15 | When you were taken into the back, you were |
| 12:46:01 | 16 | taken down that hallway you've described and in |
| 12:46:04 | 17 | a room towards the left, as -- |
| 12:46:07 | 18 | A.   Yeah. |
| 12:46:07 | 19 | Q.   -- from your vantage point at the steel |
| 12:46:09 | 20 | bench? |
| 12:46:09 | 21 | A.   You're walking straight down the |
| 12:46:12 | 22 | hallway, and you make a left to go into this room. |
| 12:46:17 | 23 | Q.   Who and how were you brought to that |

12:46:20  1  room down the hallway and towards the left?

12:46:29  2      A.   I was sitting there in front of like

12:46:31  3  the bank teller's window, and I don't know where

12:46:36  4  the policewoman went, but I remember the one went

12:46:41  5  over to the door to go into the control room, and

12:46:45  6  you could hear the buzz, so they let her in to go

12:46:48  7  into the control room.

12:46:50  8      I think the other one went into the hall off

12:46:53  9  to the left while I was sitting there on the bench.

12:46:59 10  There was a conversation inside the control room

12:47:01 11  for a minute, and then --

12:47:04 12      Q.   Were you able to hear that conversation?

12:47:06 13      A.   Yeah.

12:47:08 14      Q.   At this point you are seated on the

12:47:11 15  bench and you have been not taken to the other

12:47:14 16  room, correct?

12:47:15 17      A.   Yeah.  I haven't gone in back there

12:47:17 18  yet.

12:47:17 19      Q.   Who took you to the room down the hall

12:47:19 20  and towards the left?

12:47:22 21      A.   One of the two policewomen.  And to

12:47:27 22  this -- to this day, I haven't seen like a picture

12:47:30 23  of these two different women, so I can't give you

*Kistner - Huggins - 2/6/20*

117

| 12:47:35 | 1 | a face with a name. |

12:47:35  1  a face with a name.

12:47:37  2      Q.   Are you able to provide any physical

12:47:39  3  description of which female officer walked with you

12:47:43  4  to that back room down the hall?

12:47:47  5      A.   I think once I described her she looked

12:47:49  6  like you.

12:47:50  7      Q.   What do you mean by that?

12:47:52  8      A.   She had -- she had straight hair, but

12:47:55  9  I think it was up in a bun.  She didn't have a full,

12:47:59  10  round face.  I think it was the shorter of the two.

12:48:10  11  I think it was the taller one.  I -- I think it was

12:48:13  12  the driver of the car, but I can't put faces with

12:48:20  13  names.

12:48:21  14      Q.   Were you walked to that room on your

12:48:23  15  own power?

12:48:24  16      A.   It was:  Come this way.

12:48:26  17      Q.   Were you able to get up off the bench

12:48:28  18  and walk to that room yourself?

12:48:31  19      A.   Yeah.

12:48:31  20      Q.   Did you require any aid getting off of

12:48:34  21  the bench or walking to that room?

12:48:41  22      A.   No.

12:48:42  23      Q.   Were you handcuffed the entire period

*Kistner - Huggins - 2/6/20*

12:48:48   1   of time that you entered the police vehicle,

12:48:50   2   entered the facility, and were seated on that

12:48:53   3   steel bench?

12:48:54   4        A.   At some point the handcuffs came off,

12:48:57   5   but I don't remember when.

12:48:58   6        Q.   Do you know where you were at the time

12:49:00   7   the handcuffs came off?

12:49:01   8        A.   I know they were off when I went in for

12:49:04   9   the search and when I was fingerprinted and my

12:49:06  10   picture was took.  I'm almost positive they were

12:49:09  11   off then.

12:49:10  12        Q.   So at some point the handcuffs were

12:49:12  13   taken off before you were walked to the -- down the

12:49:16  14   hallway --

12:49:16  15        A.   Yeah.

12:49:16  16        Q.   -- and into that room?

12:49:19  17        A.   Yeah.

12:49:19  18        Q.   Do you recall who took the handcuffs

12:49:21  19   off you?

12:49:21  20        A.   One of the two women officers.  That's

12:49:23  21   all I can tell you.  I can't remember if it was the

12:49:25  22   short one or the taller girl.

12:49:27  23        Q.   And I should ask this foundational

*Kistner - Huggins - 2/6/20*

119

12:49:29  1    question:  At some point the handcuffs were placed

12:49:33  2    back on you at ECMC before you were transported

12:49:36  3    downtown?

12:49:36  4         A.   Yeah.  You know, I think they might

12:49:43  5    have had -- I can't remember if they had things on

12:49:45  6    my legs or not.  Something tells me I had things on

12:49:50  7    my legs at some point, but I can't remember.

12:49:53  8         I'm almost positive at some point in the day

12:49:55  9    I had a belt with the handcuffs through the belt

12:49:59  10   and to the feet.

12:50:01  11        Q.   It's your testimony that at some point

12:50:06  12   you had some mechanism on your legs that restricted

12:50:09  13   your movement?

12:50:10  14        A.   Yeah.  I think at some point they put

12:50:11  15   leg shackles on my legs.  Just something tells me

12:50:15  16   they had a belt on me.

12:50:19  17        Q.   Do you have a recollection of that

12:50:21  18   being placed on you?

12:50:22  19        A.   No.  No.  It's just something because

12:50:26  20   I remember trying to walk and walking -- my gait

12:50:28  21   was weird, and I don't know whether that was

12:50:32  22   because I hit my head or what.

12:50:34  23        Q.   Where do you recall trying to walk and

*Kistner - Huggins - 2/6/20*

12:50:37 1    finding that your gait was --

12:50:41 2         A.    When I got out of the police car at

12:50:43 3    central booking, it was hard to -- it was hard --

12:50:46 4    it was hard to move.  It was -- I was still

12:50:51 5    hurting.

12:50:51 6         Q.    And it is based on your gait being

12:50:55 7    abnormal while walking from the vehicle at central

12:51:07 8    booking into the facility that you base your

12:51:09 9    assumption that you had some type of restraints on

12:51:11 10   your legs?

12:51:12 11        A.    Yeah.  Yeah.

12:51:15 12        Q.    Did you ever observe restraints being

12:51:17 13   placed on your legs?

12:51:18 14        A.    No.  I don't have a memory of that.

12:51:28 15        Q.    Aside from the female officer, did

12:51:31 16   anyone else walk you down the hallway into the room

12:51:34 17   to the left at central booking?

12:51:43 18        A.    No.  And I think she more summoned me.

12:51:48 19        Q.    When you entered that room located down

12:51:53 20   the hallway and to the left, who, if anyone, was

12:51:55 21   present aside from the female officer?

12:51:57 22        A.    There were two guys in there.

12:52:02 23        Q.    Please describe for me what the two

*Kistner - Huggins - 2/6/20*

121

| 12:52:07 | 1 | males present looked like. |
|---|---|---|
| 12:52:09 | 2 | A.    I can't.  I met them two guys for two |
| 12:52:12 | 3 | minutes, maybe three. |
| 12:52:19 | 4 | Q.    Was your only encounter with those two |
| 12:52:23 | 5 | males within that room? |
| 12:52:38 | 6 | A.    Yeah. |
| 12:52:38 | 7 | Q.    What happened once you entered that |
| 12:52:40 | 8 | room? |
| 12:52:41 | 9 | A.    They said, look this way.  So they |
| 12:52:44 | 10 | wanted my attention toward them.  There was a -- |
| 12:52:47 | 11 | like a place -- |
| 12:52:48 | 12 | Q.    When you say they, you mean the two |
| 12:52:50 | 13 | males? |
| 12:52:50 | 14 | A.    Yeah. |
| 12:52:50 | 15 | Q.    Continue. |
| 12:52:51 | 16 | A.    There was a place -- a camera was going |
| 12:52:55 | 17 | to take your picture, and they wanted you to look |
| 12:52:57 | 18 | at that and keep looking at that.  If you looked |
| 12:53:00 | 19 | down or to your side, they would:  No.  Just keep |
| 12:53:06 | 20 | looking at the camera. |
| 12:53:10 | 21 | Q.    Your photograph was taken first? |
| 12:53:12 | 22 | A.    I don't remember. |
| 12:53:13 | 23 | Q.    At some point your fingerprints were |

*Kistner - Huggins - 2/6/20*

122

| | | |
|---|---|---|
| 12:53:15 | 1 | taken within that room? |
| 12:53:16 | 2 | A.   I think a thumbprint on an electric |
| 12:53:21 | 3 | machine.  Maybe they went each print on the |
| 12:53:24 | 4 | electric machine.  I can't remember. |
| 12:53:25 | 5 | Q.   Do you have a clear recollection of |
| 12:53:26 | 6 | that? |
| 12:53:28 | 7 | A.   No, but I'm almost positive they didn't |
| 12:53:30 | 8 | use no ink.  I think there was an electric machine |
| 12:53:34 | 9 | there to do it. |
| 12:53:35 | 10 | Q.   Do you recall the order with which your |
| 12:53:37 | 11 | photograph and your fingerprints were taken? |
| 12:53:41 | 12 | A.   No. |
| 12:53:41 | 13 | Q.   At some point was a search of your |
| 12:53:44 | 14 | person performed within that room? |
| 12:53:47 | 15 | A.   Yeah. |
| 12:53:48 | 16 | Q.   Do you recall if that search occurred |
| 12:53:51 | 17 | prior to your photograph or fingerprints taken? |
| 12:53:54 | 18 | A.   I don't know the order.  It was either |
| 12:53:57 | 19 | the first thing or the last thing.  It wasn't |
| 12:53:59 | 20 | during, in the middle.  That's a weird memory. |
| 12:54:07 | 21 | Q.   What's weird about it? |
| 12:54:15 | 22 | A.   That I can't remember whether it was |
| 12:54:17 | 23 | first or second -- or first or last. |

*Kistner - Huggins - 2/6/20*

123

12:54:20  1        Q.    Please describe how the search of your

12:54:23  2    person occurred.

12:54:28  3        A.    When we walked into the room, the

12:54:31  4    policewoman was behind us.  Again, I don't know

12:54:36  5    whether it was the short one or the tall one.

12:54:39  6    I think it was the taller of the two women.  She

12:54:42  7    was behind us.

12:54:46  8        And the one policeman on my right -- or if

12:54:49  9    they were police, I don't know.  They weren't in

12:54:51  10   uniform, by the way, these two guys.

12:54:52  11       Q.    You're referring to the two males when

12:54:54  12   you say that?

12:54:55  13       A.    Yes.  Yes, ma'am.

12:54:56  14       The one policeman, the one male on my right

12:54:59  15   said to the policewoman behind me:  Where is he

12:55:03  16   going?  And she didn't answer him.  Then the one

12:55:08  17   policeman or the male on my left said, where is he

12:55:13  18   going to end up?  Where is he going?  And she

12:55:16  19   didn't answer him again.  She didn't answer him.

12:55:20  20       Then the first officer asked again, or the

12:55:23  21   first male, on my right, again, kind of went --

12:55:27  22   looked at the -- the male looked at -- they looked

12:55:31  23   at each other, and he said, where is he -- where is

*Kistner - Huggins - 2/6/20*

124

| | | |
|---|---|---|
| 12:55:33 | 1 | he going to?  Where are you sending him?  And she |
| 12:55:36 | 2 | didn't answer him again. |
| 12:55:39 | 3 | And at that point, I don't know if she -- I |
| 12:55:42 | 4 | don't know what she was doing behind me. |
| 12:55:44 | 5 | Q.  So my question to you is:  Describe the |
| 12:55:46 | 6 | manner in which the search of your person occurred. |
| 12:55:49 | 7 | A.  Oh.  At that point the first officer |
| 12:55:53 | 8 | relented, and they proceeded to say -- either |
| 12:56:03 | 9 | before or after -- I can't remember which -- he |
| 12:56:05 | 10 | said, okay.  Stand here and look at the wall. |
| 12:56:08 | 11 | Okay.  Take off your pants -- drop your pants to |
| 12:56:11 | 12 | around your ankles, bend over, spread your cheeks. |
| 12:56:18 | 13 | I don't remember if he said cough. |
| 12:56:25 | 14 | And I think he had -- I think they -- that |
| 12:56:30 | 15 | happened -- that was about -- that whole thing took |
| 12:56:34 | 16 | about 15, 20 seconds. |
| 12:56:35 | 17 | Q.  Were you ever completely nude during |
| 12:56:36 | 18 | the course of this search of your person? |
| 12:56:49 | 19 | A.  I don't remember.  I can't tell you if |
| 12:56:50 | 20 | I had to take my socks off or not.  I think they |
| 12:56:53 | 21 | had me pull off my shirt, but I'm not sure. |
| 12:56:57 | 22 | I don't -- it's -- |
| 12:56:59 | 23 | Q.  Were you ever physically touched in any |