*Kistner - Huggins - 2/6/20*

125

| | | |
|---|---|---|
| 12:57:02 | 1 | manner during this search? |
| 12:57:06 | 2 | A.   I don't think so. |
| 12:57:23 | 3 | Q.   How many people were present for the |
| 12:57:24 | 4 | search? |
| 12:57:28 | 5 | A.   The two men in front of me and the |
| 12:57:32 | 6 | woman policeman behind me. |
| 12:57:33 | 7 | Q.   Was there any curtain or screen that |
| 12:57:37 | 8 | separated the female officer from you at the time |
| 12:57:42 | 9 | that you -- that your person was searched? |
| 12:57:47 | 10 | A.   There could have been.  And I need to |
| 12:57:49 | 11 | explain that. |
| 12:57:49 | 12 | After this was done and he said, put your |
| 12:57:52 | 13 | clothes back on, and I was getting my clothes back |
| 12:57:55 | 14 | on, the first time I noticed her, she was |
| 12:58:02 | 15 | standing -- like the first time I paid any |
| 12:58:04 | 16 | attention to who else was in the room, she was |
| 12:58:06 | 17 | standing in the doorway. |
| 12:58:08 | 18 | Not in the hall, not in the room, but she |
| 12:58:11 | 19 | was standing like right in the -- right in the |
| 12:58:13 | 20 | doorway, and she was looking at me. |
| 12:58:20 | 21 | If the -- this is -- if the two men that |
| 12:58:26 | 22 | were doing the search -- when I turned to look at |
| 12:58:28 | 23 | the wall, which was on my right, and I did that, |

12:58:31  1  and he told me to get dressed, during this process,

12:58:35  2  you weren't allowed to turn around, so I wasn't

12:58:39  3  allowed to turn around to see if she was standing

12:58:41  4  there behind me during the whole time.

12:58:45  5      But as I'm putting on my clothes, you

12:58:49  6  naturally have to move, so I'm putting on my

12:58:52  7  clothes, and when I looked to the left, the first

12:58:54  8  time I glanced to the left -- my left, I seen her

12:58:58  9  in the doorway.

12:59:00 10      If she went outside, I don't know.  If she

12:59:03 11  stood there the whole time, I don't know.

12:59:06 12      Q.   Your observations and your vantage

12:59:08 13  point was focused on the wall?

12:59:11 14      A.   And the two male officers.  That

12:59:13 15  whole -- that side of the room.

12:59:14 16      Q.   During the portion of your -- of the

12:59:16 17  search of your person?

12:59:17 18      A.   Yeah.  She could have walked out of the

12:59:27 19  room during the strip search and then came back in

12:59:30 20  after they said, okay, we're done, because the

12:59:32 21  vocal of okay, we're done, would have been easily

12:59:37 22  heard.  She was six feet away, if she was outside

12:59:39 23  the room at all.

| | | |
|---|---|---|
| 12:59:40 | 1 | Q.   Did you incur any expenses as a result |
| 12:59:42 | 2 | of your arrest on January 1st, 2017? |
| 12:59:44 | 3 | A.   Well, I had to pay Jim. |
| 12:59:45 | 4 | Q.   Jim Ostrowski? |
| 12:59:47 | 5 | A.   Yeah. |
| 12:59:47 | 6 | Q.   How much did you pay Jim? |
| 12:59:49 | 7 | A.   $1500.  And had he known it was |
| 12:59:56 | 8 | a felony when we went down there, it probably would |
| 12:59:59 | 9 | have been a whole lot more.  We didn't know it was |
| 13:00:01 | 10 | a felony until we got there. |
| 13:00:03 | 11 | Q.   Did you pay him 1500 in total, or was |
| 13:00:06 | 12 | that per appearance? |
| 13:00:07 | 13 | A.   No.  That was all he got. |
| 13:00:09 | 14 | Q.   Did Jim send you any receipts or |
| 13:00:11 | 15 | invoices for his legal fee? |
| 13:00:13 | 16 | A.   No.  No.  I've known him 15 years. |
| 13:00:20 | 17 | Q.   Did you have any other expenses aside |
| 13:00:23 | 18 | from the fee you paid Jim? |
| 13:00:25 | 19 | A.   Well, the hospital sent me a couple |
| 13:00:27 | 20 | bills. |
| 13:00:30 | 21 | And to digress, I think part of my |
| 13:00:35 | 22 | complaint -- when we talked about ECMC earlier, |
| 13:00:38 | 23 | I think part of my complaint was:  I'm not paying |

*Kistner - Huggins - 2/6/20*

128

13:00:41  1   any bills.  I'm not giving you any money.  Collect

13:00:44  2   this from the police department because -- quit

13:00:47  3   sending these bills to me because --

13:00:50  4            Q.   Do you still have those bills you

13:00:52  5   received from ECMC?

13:00:53  6            A.   If I -- I gave them to the lawyers.

13:00:56  7            Q.   When you say lawyers, you mean --

13:00:58  8            A.   Yeah.  Rupp's got them.  Or --

13:01:00  9            Q.   Rupp, Baase.

13:01:02  10           A.   -- Jim's got them or Rupp's got them.

13:01:04  11  Somebody.

13:01:05  12           Q.   Did you ever actually pay any medical

13:01:07  13  bills that you received from ECMC?

13:01:08  14           A.   And I never will for that day.

13:01:10  15           Q.   Did you incur any medical expenses for

13:01:13  16  any other medical treatment as a result of the

13:01:15  17  incident on January 1st, 2017?

13:01:17  18           A.   Not that I've paid.  I don't have any

13:01:19  19  money to pay medical bills.

13:01:21  20           Q.   Well, have you gotten bills or invoices

13:01:23  21  related to any other medical treatment in

13:01:25  22  connection with this incident?

13:01:30  23           A.   I want to truthfully answer, I don't

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 13:01:34 | 1 | know.  I don't know. |
| 13:01:34 | 2 | Q.   Have you ever filled out what's called |
| 13:01:36 | 3 | an application for no-fault benefits? |
| 13:01:44 | 4 | A.   I can't remember if I've ever done that |
| 13:01:49 | 5 | or not. |
| 13:01:49 | 6 | Q.   Is there any reason why you would have |
| 13:01:52 | 7 | not filled out an application for no-fault benefits? |
| 13:01:54 | 8 | A.   I don't know what that is. |
| 13:01:55 | 9 | Q.   Okay.  That's fair. |
| 13:02:01 | 10 | Have you ever been involved in a motor |
| 13:02:04 | 11 | vehicle accident prior to January 1st, 2017? |
| 13:02:06 | 12 | A.   As the driver? |
| 13:02:07 | 13 | Q.   Have you been involved in a motor |
| 13:02:09 | 14 | vehicle accident at all prior to January 1st, 2017? |
| 13:02:13 | 15 | A.   Not as -- not as a driver.  I was |
| 13:02:16 | 16 | a passenger in a car when I was 18 that went off |
| 13:02:25 | 17 | Old Colerain Road.  Gus Winters was driving the |
| 13:02:28 | 18 | car.  Went over the embankment in an Opel.  I was |
| 13:02:33 | 19 | the only one come out of that without a scratch. |
| 13:02:36 | 20 | I was in a car that went off the road in |
| 13:02:41 | 21 | Indiana.  I don't remember who the guy was that was |
| 13:02:43 | 22 | driving that vehicle.  But I came out of that one |
| 13:02:48 | 23 | without a scratch. |

13:02:54  1        And Rachel and me and the three kids were

13:02:56  2  stopped at an intersection, probably around 2015,

13:03:00  3  and an automobile went out of control and stopped

13:03:03  4  right in front of her car, put a hole in her

13:03:08  5  bumper -- she was driving a Windstar then -- about

13:03:10  6  as big as a quarter.  There were no injuries to

13:03:13  7  anybody.

13:03:14  8        So the answer is:  I can remember three

13:03:16  9  times I've been in a car wreck in my life, and

13:03:20  10  I never got hurt.

13:03:22  11        Q.    Have you ever been involved in any

13:03:23  12  other type of accident that may have caused

13:03:25  13  physical injury to you?

13:03:33  14        A.    No.

13:03:33  15        Q.    Did you play any sports growing up?

13:03:39  16        A.    No.

13:03:39  17        Q.    Have you ever suffered a concussion?

13:03:53  18        A.    I was on a Huffy Rail bicycle when

13:03:56  19  I was about 11.  The front tire went into a storm

13:04:00  20  drain, and the bike flipped, and I was out until

13:04:04  21  I woke up in the hospital.  I think I might have

13:04:08  22  been concussed when I was 11.

13:04:17  23        Playing poker when I was about 17 years old,

13:04:20 1    I got hit in the head with a two-by-four by a kid

13:04:23 2    by the name of Billy Leibish.  Lost consciousness

13:04:26 3    for about a half hour.

13:04:28 4          Q.    When was that?

13:04:28 5          A.    I was about 17 years old, 18 years old.

13:04:39 6    Went to the hospital.  They sent me home.  My mom

13:04:42 7    came and got me, I think.  They sent me home.

13:04:45 8          Other than that, not in the last 40 years.

13:04:47 9          Q.    Have you ever suffered any injuries

13:04:49 10   when you were doing any of your construction or

13:04:50 11   laborer work?

13:04:56 12         A.    No.

13:04:56 13         Q.    Are you aware of any testimony that you

13:04:58 14   have given aside from your 50-h in June of 2017?

13:05:02 15         A.    No.

13:05:10 16         Q.    Aside from that 50-h in June of 2017,

13:05:14 17   have you given any other statements about this

13:05:15 18   incident to any other City of Buffalo employee?

13:05:20 19         A.    I don't think so.

13:05:25 20         Q.    How long did the pain to the back of

13:05:27 21   your head last?

13:05:32 22         A.    Oh, I digress to the last question.

13:05:36 23   Could you repeat the last question?

*Kistner - Huggins - 2/6/20*

132

| | | |
|---|---|---|
| 13:05:37 | 1 | Q. The one about statements to City of |
| 13:05:40 | 2 | Buffalo employees? |
| 13:05:40 | 3 | A. Yeah, city employees. I caused to be |
| 13:05:43 | 4 | mailed to Internal Affairs a complaint. |
| 13:05:45 | 5 | Q. What do you mean by you caused to be |
| 13:05:46 | 6 | mailed a complaint to Internal Affairs? |
| 13:05:50 | 7 | A. I took a copy of the complaint in |
| 13:05:56 | 8 | federal court, I put a cover letter on that copy, |
| 13:06:00 | 9 | and I sent it to Internal Affairs. |
| 13:06:01 | 10 | And I said I didn't think there was much |
| 13:06:04 | 11 | more that needed to be said, other than what was |
| 13:06:07 | 12 | contained within the complaint that they could -- |
| 13:06:10 | 13 | all they had to do was look at the complaint and |
| 13:06:12 | 14 | they could figure out what my Internal Affairs |
| 13:06:14 | 15 | complaint about the police officer's conduct would |
| 13:06:19 | 16 | be. |
| 13:06:19 | 17 | And all I wanted to know was when they |
| 13:06:24 | 18 | started their investigation. I'd like you to tell |
| 13:06:26 | 19 | me when you start your investigation. And I mailed |
| 13:06:28 | 20 | it, so I caused the post office to deliver it. |
| 13:06:30 | 21 | Q. Understood. When did you mail that? |
| 13:06:32 | 22 | A. I can't remember that. |
| 13:06:34 | 23 | Q. Do you recall what year? |

*Kistner - Huggins - 2/6/20*

133

13:06:38  1        A.    It was last year.

13:06:39  2        Q.    So at some point in 2019?

13:06:41  3        A.    Or '18.  '18 or '19.  Long years.

13:06:48  4        Q.    Do you have any record showing that you

13:06:49  5   mailed it?

13:06:50  6        A.    I'm pretty sure somewhere in my house

13:06:54  7   or in the office or somewhere there's a receipt

13:06:58  8   with a ZIP code deliverable.  I know I mailed it

13:07:06  9   from the post office downtown here behind City

13:07:10 10   Hall, so there would be a tracking number on there.

13:07:13 11        Whether you could still find it on the --

13:07:17 12   but I think they've since acknowledged they have

13:07:20 13   it, but they didn't acknowledge they had ever

13:07:23 14   started an investigation.

13:07:24 15        Q.    Why do you think that they acknowledged

13:07:26 16   they had it?

13:07:30 17        A.    Fairly recently I was told that

13:07:41 18   Internal Affairs had communicated with my attorney.

13:07:46 19        Q.    Who told you that?

13:07:48 20        Well, let me preface this by saying I'm not

13:07:52 21   inquiring about conversation you had with your

13:07:53 22   attorney.

13:07:53 23        A.    I gotcha.

*Kistner - Huggins - 2/6/20*

134

13:07:55  1          Q.   So if that is that --

13:07:55  2          A.   I understand.

13:07:56  3          Q.   -- I'm not trying to ask that.

13:07:57  4          A.   I understand.

13:07:58  5          Q.   But did anybody from the police

13:08:00  6    department or Internal Affairs contact you with

13:08:02  7    regard to your letter?

13:08:03  8          A.   Never.

13:08:06  9          Q.   And, again, I'm not trying to breach

13:08:08  10   that, but I just want to get a handle on this.

13:08:11  11   Is it at some point you were informed someone from

13:08:14  12   Internal Affairs has contacted your attorneys?

13:08:17  13         A.   Yeah.

13:08:17  14         Q.   Do you know when you were informed of

13:08:19  15   that?

13:08:24  16         A.   I'm going to say within the last six

13:08:26  17   weeks.  After the WIVB broadcast.  And I don't know

13:08:34  18   what day that was on either.

13:08:48  19         Q.   Did you have a primary care physician

13:08:49  20   on January 1st, 2017?

13:08:53  21         A.   No.  The first -- no, I'm not sure

13:08:57  22   I did.  But when I went on like the 10th to see

13:09:00  23   a doctor, that was -- they called her my primary,

*Kistner - Huggins - 2/6/20*

135

13:09:06  1   and I had never seen the woman before.  She's

13:09:09  2   a young girl.  And I never saw her after that

13:09:12  3   either.  That was at 1500 Broadway.

13:09:15  4       Q.    Did you have a doctor, prior to this

13:09:19  5   incident, that you had most recently seen?

13:09:27  6       A.    I can't remember.  I think I was going

13:09:31  7   to 1500 Broadway before I went back to 1500 Broadway

13:09:35  8   on like the 10th of January of '17, but I think my

13:09:39  9   primary had left, and I had to get a new primary.

13:09:44  10  I think I had been attending that clinic.

13:09:47  11      Q.    Prior, so at some point in the year of

13:09:50  12  2016, you had attended --

13:09:52  13      A.    Yeah.

13:09:52  14      Q.    -- or received treatment at that --

13:09:55  15      A.    I think so, yeah.

13:09:56  16      Q.    The same clinic located at

13:09:57  17  1500 Broadway?

13:09:59  18      A.    Yeah.  It was at Broadway and Bailey

13:10:02  19  for a while.  It was St. Vincent's.  And then they

13:10:06  20  opened at 1500.

13:10:11  21      Q.    How long did the pain to your head

13:10:13  22  last?

13:10:18  23      A.    From when the police car crashed into

*Kistner - Huggins - 2/6/20*

136

| | | |
|---|---|---|
| 13:10:20 | 1 | me on January 1st, 2017, is that what you're asking |
| 13:10:25 | 2 | me? |
| 13:10:25 | 3 | Q.    How long did you experience pain to the |
| 13:10:26 | 4 | back of your head as a result of this incident? |
| 13:10:33 | 5 | A.    It took about three days for me to |
| 13:10:37 | 6 | just -- to not feel like bad.  It took about three |
| 13:10:43 | 7 | days for my head to stop, you know. |
| 13:10:46 | 8 | Q.    Do you have any scars or marks to any |
| 13:10:50 | 9 | parts of your body as a result of the incident on |
| 13:10:52 | 10 | March -- not March -- January 1st, 2017? |
| 13:10:56 | 11 | A.    I have little like dots on my wrists |
| 13:10:58 | 12 | where the scabs were, like scarring, but that's -- |
| 13:11:03 | 13 | you know, every scar's got a tale, so on a guy, |
| 13:11:08 | 14 | a scar doesn't mean a whole lot. |
| 13:11:10 | 15 | Q.    So is it fair to say you may have had |
| 13:11:12 | 16 | scars on your wrists prior to January 1st, 2017? |
| 13:11:15 | 17 | A.    Not where these scars are. |
| 13:11:22 | 18 | Q.    Can you point out the scars that you're |
| 13:11:25 | 19 | referring to? |
| 13:11:26 | 20 | So the record should reflect you held out |
| 13:11:28 | 21 | your right hand? |
| 13:11:29 | 22 | A.    Yeah. |
| 13:11:29 | 23 | Q.    Your right wrist. |

13:11:30  1        A.      You see that?  Like you're going to

13:11:33  2    think it's a line, but that's right where that --

13:11:35  3    that's right where that handcuff was.

13:11:39  4        And there's little -- you see the white

13:11:43  5    right there?  You can -- you can just see it.

13:11:47  6    That's a scar.  That's a scar from where that

13:11:50  7    handcuff bit into me.

13:11:52  8        Q.      So the record should reflect that

13:11:53  9    you've just pointed to the top of your right wrist?

13:11:55 10        A.      Yeah.  There's a scar about a half inch

13:11:58 11    long, and it's a little white -- a little whiter,

13:12:01 12    in deep, than it is on either side.  It's a very

13:12:04 13    small scar.

13:12:07 14        Q.      Before I stopped you, you were

13:12:09 15    beginning to hold out your left hand.

13:12:12 16        A.      Yes.  And the same thing over here.

13:12:16 17    But that one's right there.  That one's right here.

13:12:19 18        Q.      So the record should reflect that

13:12:21 19    you've pointed to the top portion of your wrist,

13:12:28 20    towards -- almost towards the inside of your arm;

13:12:31 21    is that fair?

13:12:32 22        MR. DAVENPORT:  Yes.

13:12:35 23        THE WITNESS:  And they're tiny.

Kistner - Huggins - 2/6/20

138

BY MS. HUGGINS:

Q.    Have you put anything -- an ointment or
anything on your wrists to try to reduce any
scarring?

A.    No.

Q.    How long did the bruising to your
wrists last?

A.    It took a good three months before
my -- my wrists started to have the resemblance
that they have now.  It took about three months.

Q.    You had bruising for a period of three
months?

A.    I had swelling.  I had swelling on both
sides of this -- this crack where the scar was
where I showed you, I had swelling on both sides of
that for months.

Q.    How long did you experience bruising to
your wrists?

A.    Discoloration?  When you say bruising,
I think of like black and blue or red.  When you
say swelling -- you can have swelling without the
color changing.

Q.    So you've just described that you had

*Kistner - Huggins - 2/6/20*

139

13:13:49   1    swelling for approximately three months.

13:13:51   2        A.    Yeah.

13:13:51   3        Q.    How long did you experience bruising to

13:13:54   4    your wrists?

13:13:56   5        A.    Ten days at most before the color came

13:14:01   6    back.

13:14:14   7        Q.    What was the first medical treatment,

13:14:15   8    if any, did you receive after the January 1st, 2017

13:14:20   9    incident?

13:14:20  10        A.    When I went to 1500.  It took me that

13:14:26  11    many days to get in.

13:14:27  12        Q.    Approximately ten days later?

13:14:29  13        A.    Yeah.  It might have been a week.  But

13:14:31  14    it took that long to get in.  We called them right

13:14:33  15    away, but they said, you can't see the doctor, and

13:14:35  16    you've got to have a new primary because your old

13:14:38  17    primary left, and it will be -- okay.  Give me the

13:14:41  18    first available.

13:14:43  19        Q.    What was the name of that doctor you

13:14:45  20    saw?

13:14:52  21        A.    I think her name is in the 50-h.

13:14:54  22        Q.    Is that that younger female doctor --

13:14:56  23        A.    Yeah.

*Kistner - Huggins - 2/6/20*

140

13:14:56  1          Q.    -- you've referred to earlier?

13:14:58  2          A.    Yeah.  Yeah.

13:14:59  3          Q.    And you mentioned you never returned

13:15:01  4   or saw --

13:15:01  5          A.    I never saw her after that, yeah.

13:15:04  6   I only saw her one time, I think.

13:15:06  7          Q.    What medical treatment was provided for

13:15:08  8   you when you saw the doctor at 1500 Broadway?

13:15:14  9          A.    She said, if it hurts, put ice on it.

13:15:17 10   She said, you can take over-the-counter painkillers

13:15:27 11   for it.

13:15:29 12          And she said -- I said, can you give me

13:15:32 13   a referral to a neurologist?  Because I could see

13:15:34 14   that was where this was going, because I could feel

13:15:37 15   that they don't feel the same.

13:15:41 16          And I don't remember if she gave me

13:15:43 17   a neurologist's referral or not, but I know

13:15:49 18   I attempted to make an appointment with Dent

13:15:52 19   Neurology down on Harlem Road.

13:15:55 20          Q.    Do you know if any diagnostic testing,

13:15:57 21   an MRI, an x-ray, a CAT scan, any of that was

13:16:02 22   performed when you sought treatment at 1500 Broadway?

13:16:04 23          A.    Not that I remember.

*Kistner - Huggins - 2/6/20*

141

13:16:06  1          Q.   Do you know if you received any diagnosis
13:16:08  2    of any kind when you attended 1500 Broadway?
13:16:10  3          A.   Not that I remember.
13:16:13  4          Q.   When did you attempt to make an
13:16:15  5    appointment at Dent?
13:16:23  6          A.   I think I had one for February, the
13:16:27  7    next month.
13:16:29  8          Q.   In the year 2017?
13:16:31  9          A.   Yeah.
13:16:31 10          Q.   Did you receive any medical treatment
13:16:33 11    from Dent?
13:16:34 12          A.   No.
13:16:34 13          Q.   Why not?
13:16:35 14          A.   They wanted $200 cash to see me, to let
13:16:39 15    me walk in the door.  And I asked them:  Well, are
13:16:41 16    you going to be able to do anything for me if I give
13:16:44 17    you $200?  And they said, well, we'll set you up
13:16:47 18    with a neurologist and you'll have to come back
13:16:50 19    again.
13:16:51 20          That's going to be the initial patient
13:16:52 21    intake.  No, you're probably not going to get any
13:16:56 22    care that day.  And they asked what was wrong, and
13:16:58 23    I told them.

Kistner - Huggins - 2/6/20

142

| | | |
|---|---|---|
| 13:16:58 | 1 | Q.    Was that conversation over the phone or |
| 13:17:00 | 2 | in person? |
| 13:17:00 | 3 | A.    Over the phone.  And they asked what |
| 13:17:03 | 4 | was wrong, and I told them, and they said, well, |
| 13:17:05 | 5 | this is probably going to be an insurance claim, so |
| 13:17:07 | 6 | you're definitely going to have to pay cash if you |
| 13:17:09 | 7 | don't have any insurance of your own. |
| 13:17:11 | 8 | Q.    What did you identify to Dent as your |
| 13:17:13 | 9 | complaints? |
| 13:17:13 | 10 | A.    I told them I had a handcuff injury. |
| 13:17:26 | 11 | Q.    Did you seek any other medical |
| 13:17:30 | 12 | treatment with regard to the January 1, 2017 |
| 13:17:35 | 13 | incident, aside from what we've just discussed at |
| 13:17:38 | 14 | 1500 Broadway and your attempted appointment at |
| 13:17:40 | 15 | Dent? |
| 13:17:45 | 16 | A.    Catholic Health has a Family Medical |
| 13:17:48 | 17 | Practice.  I can't remember the name of the street |
| 13:17:55 | 18 | that it's on, but it's a few blocks down from OLV. |
| 13:18:03 | 19 | See, I don't drive, so I don't know the name of |
| 13:18:05 | 20 | streets.  But that became my primary physician. |
| 13:18:14 | 21 | Over the course of care with my primary |
| 13:18:16 | 22 | physician for whatever ails a 57-year-old man, |
| 13:18:21 | 23 | I think I may have mentioned my arms, but I don't |

13:18:24  1  think that was his primary concern of my care.

13:18:28  2      Q.    Did you describe the injuries you claim

13:18:30  3  from the January 1st, 2017 incident to any medical

13:18:36  4  providers, aside from the doctor at 1500 Broadway

13:18:40  5  and the intake person at Dent?

13:18:43  6      A.    No.

13:18:44  7      Q.    Why not?

13:18:53  8      A.    I just put it down to lack of

13:18:54  9  opportunity.

13:18:54 10      Q.    What do you mean by that?

13:18:55 11      A.    You have to have money to see

13:18:57 12  a neurologist.  You have to have money to go into

13:19:00 13  Dent or you've got to have an Obama card or you've

13:19:03 14  got to have some kind of insurance card, and I didn't

13:19:05 15  have any insurance in January of 2017 or February

13:19:08 16  of '17 or March of '17.

13:19:09 17      Q.    Were you ever given a diagnosis by

13:19:11 18  any doctor at any point or a referral by a doctor

13:19:15 19  at any point saying that you needed to see

13:19:17 20  a neurologist to address your concerns relating

13:19:20 21  to the January 1st, 2017 incident?

13:19:22 22      A.    I suspect that that young girl doctor

13:19:27 23  that I saw at 1500 the second week of January or

*Kistner - Huggins - 2/6/20*

144

13:19:31　1　the first -- the 10th of January, I think she gave

13:19:35　2　me a referral and that's why I reached out to Dent.

13:19:37　3　　　　　Because to get into a normal neurologist

13:19:42　4　without any money or insurance was going to be

13:19:44　5　a problem, but the longer I waited to see

13:19:47　6　a neurologist, the more concerned I was because

13:19:50　7　it was hard to move my thumb.

13:19:56　8　　　　　Q.　Have you received any medical treatment

13:19:58　9　at all from any neurologist?

13:20:01　10　　　　　A.　No.

13:20:06　11　　　　　Q.　Aside from 1500 Broadway and the

13:20:09　12　Catholic medical practice that you've referenced,

13:20:11　13　have you received medical treatment from anyone

13:20:13　14　else in relation to the January 1st, 2017 incident?

13:20:16　15　　　　　A.　No.

13:20:17　16　　　　　Q.　And it's your testimony that what has

13:20:21　17　prevented you is cost, not denial of any medical

13:20:25　18　treatment itself?

13:20:34　19　　　　　A.　That, coupled with one other thing.

13:20:36　20　　　　　Q.　What has prevented aside from cost?

13:20:40　21　　　　　A.　That, coupled -- resources are the

13:20:43　22　primary reason, but it's also coupled with the fact

13:20:46　23　that when you call and you say, I want to set up --

*Kistner - Huggins - 2/6/20*

145

13:20:51  1  I want to see somebody about my wrists, they ask

13:20:54  2  you:  Well, okay.  Is this a work-related injury?

13:20:56  3  No.  Well, was it an injury?  Yes.  What happened

13:20:59  4  to your wrists?  Well, I got hit by a police car,

13:21:04  5  I got arrested, and they put the handcuffs on so

13:21:07  6  tight that they injured me.

13:21:08  7       As soon as you say that, the conversation

13:21:11  8  changes.

13:21:11  9       Q.   What do you mean by that?

13:21:19  10      A.   Not everybody wants to involve

13:21:22  11 themselves with the state, the police department.

13:21:29  12 Not everybody, not every practitioner wants to jump

13:21:33  13 in.

13:21:36  14      Q.   Has any medical provider explicitly

13:21:39  15 refused to evaluate or provide any treatment as

13:21:42  16 a result of your description of how you suffered

13:21:45  17 the injury?

13:21:51  18      A.   The young doctor at 1500, ten days

13:21:54  19 after I had the injury, when I spoke to her while

13:22:00  20 she was interviewing me and caring for me and

13:22:04  21 treating me, she said, let me pull up the records

13:22:07  22 from ECMC.

13:22:10  23      So she pulled up the records from ECMC, and

*Kistner - Huggins - 2/6/20*

146

13:22:13  1  she said to me:  What you're telling me doesn't --

13:22:23  2  doesn't match what's in the file here.  And I said,

13:22:27  3  what do you mean?  And she said, well, it says here

13:22:31  4  you jumped on a police car and that you were arrested

13:22:36  5  for it and you were taken to the CPEP unit.

13:22:39  6      And what you're telling me that you had this

13:22:42  7  injury to your wrists because of the handcuffs, it

13:22:47  8  doesn't -- it doesn't -- it doesn't jive with this.

13:22:50  9      Q.   Do you believe that ECMC medical

13:22:51 10  records are inaccurate with regard to the

13:22:54 11  January 1st, 2017 incident?

13:22:55 12      A.   I'm not an expert in medical records.

13:22:57 13  I don't know.  But I know there is one error that

13:23:00 14  is claimed in the record at ECMC.

13:23:03 15      Q.   What error is that?

13:23:05 16      A.   There's a description of some type of

13:23:16 17  suicidal inclination about going to a hotel and

13:23:22 18  starving oneself to death or drinking oneself to

13:23:26 19  death.  That's at the bottom of a page on the

13:23:29 20  record.  And when you go to the next page, on the

13:23:31 21  top, it says, the prior entry was written in error.

13:23:36 22  It was entered in error.

13:23:37 23      So I know there's one error there.

*Kistner - Huggins - 2/6/20*

147

| | | |
|---|---|---|
| 13:23:42 | 1 | Q.  Have you attended any physical therapy |
| 13:23:45 | 2 | as a result of the January 1st, 2017 incident? |
| 13:23:52 | 3 | A.  No. |
| 13:23:52 | 4 | Q.  Have you sought the services or seen |
| 13:23:55 | 5 | a chiropractor as a result of the January 1st, 2017 |
| 13:23:58 | 6 | incident? |
| 13:23:59 | 7 | A.  No. |
| 13:24:01 | 8 | Q.  Have you taken any pain medication at |
| 13:24:04 | 9 | any point as a result of the January 1st, 2017 |
| 13:24:06 | 10 | incident? |
| 13:24:07 | 11 | A.  No.  I don't take pills of any kind. |
| 13:24:20 | 12 | Q.  At any point are you aware of any |
| 13:24:23 | 13 | diagnostic testing done on you, aside from the |
| 13:24:28 | 14 | tests at ECMC that morning and anything you may |
| 13:24:30 | 15 | have received at 1500 Broadway? |
| 13:24:34 | 16 | A.  Not that I remember. |
| 13:24:36 | 17 | Q.  Have we discussed all medical providers |
| 13:24:39 | 18 | that you have seen after this January 1st, 2017 |
| 13:24:44 | 19 | incident? |
| 13:24:44 | 20 | A.  I hope so. |
| 13:24:46 | 21 | Q.  Me too.  That's why I'm asking you. |
| 13:24:48 | 22 | Is there any other doctor or therapist or |
| 13:24:55 | 23 | chiropractor, whatever you want to categorize them, |

*Kistner - Huggins - 2/6/20*

148

13:24:58 1    whom you've sought to try to alleviate or address

13:25:01 2    any injuries you have suffered as a result of the

13:25:04 3    January 1st, 2017 incident?

13:25:05 4         A.    No.

13:25:19 5         Q.    When was the last time you saw

13:25:21 6    a medical provider with regard to the January 1st,

13:25:24 7    2017 incident?

13:25:38 8         A.    I think I pretty well give up trying to

13:25:42 9    get a doctor to fix what ails me on my wrists.

13:25:49 10        At the OLV clinic, when my primary at the

13:25:51 11   OLV clinic out by OLV, when he said to me that:

13:25:56 12   Jimmy, I think there's other things.  You're going

13:26:02 13   to have kidney stones.  He said, there's other

13:26:05 14   things we've got to worry about with you other than

13:26:08 15   your wrists.  And I think, you know, there's more

13:26:11 16   important things that we should pay attention to.

13:26:15 17   Learn to live with something.  I said, okay.

13:26:17 18   I think that's kind of when I said, all right.

13:26:18 19        Q.    When did you stop receiving medical

13:26:20 20   treatment for either the pain to your head or the

13:26:23 21   issues you've described with your wrists?

13:26:33 22        A.    When did I --

13:26:35 23        Q.    Stop.

13:26:36  1        A.    Yeah.  As soon as I got my new primary

13:26:41  2   at the OLV clinic, Our Lady of Victory, and the

13:26:47  3   doctor told me -- he said, well, we can't cure

13:26:52  4   everything.  It's going to take me months to get

13:26:54  5   you in to see a neurologist, and I think you should

13:26:58  6   see a urologist before a neurologist, because I'm

13:27:01  7   57, and --

13:27:01  8        Q.    Due to the kidney stones?

13:27:03  9        A.    Yeah.  I have stage 3 kidney disease.

13:27:10 10        Q.    Do you recall when that occurred that

13:27:14 11   you were told this?

13:27:18 12        A.    I'm going to say about a year after.

13:27:20 13   So it would have been January, February of 2018.

13:27:28 14   It was kind of like:  Well, let's worry about

13:27:33 15   what's happening today.

13:27:35 16        Q.    Since that conversation in 2018, have

13:27:40 17   you scheduled or sought any treatment for any

13:27:44 18   issues related to the January 1st, 2017 incident?

13:27:46 19        A.    No.

13:27:47 20        Q.    Do you have any plans to do so in the

13:27:50 21   future?

13:27:53 22        A.    Well, if I had a pile of money, I'd

13:27:56 23   probably call a neurologist and say, give me your

*Kistner - Huggins - 2/6/20*

150

13:27:59  1  first available, and have him at least look at my

13:28:03  2  wrists so he could hear my complaints to find out

13:28:07  3  if there's anything he can do.

13:28:09  4           Q.   Have you taken any steps or --

13:28:11  5           A.   No.

13:28:11  6           Q.   -- contacted anyone?

13:28:12  7           A.   No.   That pile of money ain't fell out

13:28:15  8  of the sky.

13:28:23  9           Q.   Did the January 1st, 2017 incident

13:28:26  10  cause you to miss any actual time working as

13:28:32  11  a landlord?

13:28:40  12           A.   It added time.   It made things longer.

13:28:42  13           Q.   Were you confined to your home or to

13:28:44  14  a bed for any period of time, as a result of the

13:28:48  15  January 1st, 2017 incident?

13:28:49  16           A.   Them first two or three days, I didn't

13:28:51  17  leave the house.   And I can tell you, this kind of

13:28:55  18  kills like six birds with one stone.   You asked

13:28:59  19  earlier about when we first -- when we first knew

13:29:05  20  that Mike Wolfe had left.   After I got home that

13:29:10  21  night, the next day, which would have been January

13:29:14  22  2nd, I went outside, and I walked around, and

13:29:18  23  Mike's door was ajar.

Kistner - Huggins - 2/6/20

151

13:29:20   1        But I didn't want to -- I was still trying

13:29:23   2    to -- my head's still ringing from the day before.

13:29:26   3    I'm like:  I'm not even going to talk to Mike.

13:29:30   4    I don't want to deal with that too.  Because he

13:29:32   5    always had an issue at some point.

13:29:34   6        So the next day, which would have been the

13:29:36   7    3rd, I did the same thing.  I did the walk-around.

13:29:40   8    Didn't do anything.  Didn't do any work those two

13:29:43   9    days.  But it was the 3rd that I said, the door's

13:29:47  10    been open all night long.  The apartment door.

13:29:51  11        Q.    To Mike's unit?

13:29:53  12        A.    Yeah.  I said, the door's been open

13:29:55  13    that same six inches for two days.  I can't leave

13:29:59  14    buildings open.  So that's when I went up on the

13:30:02  15    porch, on the 3rd, and knocked on the door and

13:30:05  16    said, Mike?  Mike?  Mike?

13:30:07  17        The apartment's empty.  I go in.  I got

13:30:11  18    possession of the real estate.  So then I changed

13:30:14  19    the lock on the door, because there was nothing of

13:30:17  20    his that belonged in there -- or nothing of his

13:30:20  21    there.  He had gone completely.

13:30:23  22        And I had to change the lock on the door

13:30:25  23    because there was a key in the lock that was busted

*Kistner - Huggins - 2/6/20*

152

13:30:28  1    off.  I still got that lock with that broke-off key

13:30:37  2    in there.  And the door had been busted down.

13:30:43  3             Q.    Have you filled out any applications

13:30:46  4    for any type of benefits with regard to your

13:30:49  5    injuries that you suffered on January 1st, 2017?

13:30:54  6             A.    No.

13:30:57  7             Q.    Have you filed for any disability

13:31:00  8    benefits?

13:31:02  9             A.    No.

13:31:06  10            Q.    At the time of this incident on

13:31:11  11   January 1st, 2017, did you have any health

13:31:13  12   insurance?

13:31:13  13            A.    No.

13:31:15  14            Q.    Since this incident have you obtained

13:31:17  15   any health insurance?

13:31:21  16            A.    I think I got Obamacare right now.

13:31:27  17   Whatever that is.

13:31:30  18            Q.    Were there any hobbies or activities,

13:31:33  19   aside from what you described, and your landlord

13:31:36  20   duties, that you were prevented from doing as

13:31:38  21   a result of the January 1st, 2017 incident?

13:31:40  22            A.    I put on this dress shirt this morning

13:31:42  23   and I couldn't snap that button on my left wrist.

13:31:47 1    I couldn't -- I couldn't -- I spent 20 minutes

13:31:50 2    trying to get that button snapped, and every time

13:31:53 3    I did it, this side over here hurt.

13:31:56 4         I'm not trying to be loud.  I promise.

13:31:59 5         But that is just the kind of the stuff that

13:32:07 6    happens.

13:32:08 7         Q.   Difficulty in terms of using -- closing

13:32:10 8    a button or --

13:32:11 9         A.   You'll be doing -- you'll be doing the

13:32:14 10   most minute thing.  The thing that you don't think

13:32:16 11   it's going to -- you know, I can do this.  I've

13:32:19 12   been doing this all my life.  And you're like:  Ow,

13:32:24 13   ow, ow for 20 minutes and finally go:  Rachel, will

13:32:28 14   you button my shirt for me?  It's ludicrous.

13:32:31 15        You're painting an apartment because you

13:32:34 16   have to paint the apartment before you can rent it

13:32:36 17   to the next guy, and you're drawing a line, and

13:32:39 18   you've gone eight inches, and your sash tool falls

13:32:45 19   out of your hand.  It just falls out of your hand.

13:32:47 20        You're like:  Holy shit.  Now you've got to

13:32:50 21   get down off the ladder.  You've got to wipe the

13:32:53 22   brush off.  It takes another 20 minutes.

13:32:55 23        Q.   Have you hired anyone to help you do

*Kistner - Huggins - 2/6/20*

| | | |
|---|---|---|
| 13:32:57 | 1 | any household activities as a result of this |
| 13:32:59 | 2 | incident? |
| 13:32:59 | 3 | A.    Household activities, no.   The |
| 13:33:02 | 4 | biggest -- maybe I answered that too fast.   The |
| 13:33:03 | 5 | biggest expense I've had was the roof, because |
| 13:33:07 | 6 | I couldn't trust myself on it.   I couldn't use the |
| 13:33:09 | 7 | trowel on Rachel's porch.   That was $1100. |
| 13:33:15 | 8 | I couldn't even put the backing up because |
| 13:33:18 | 9 | I couldn't drive the nails hard enough.   I couldn't |
| 13:33:21 | 10 | even put the backing up for the stucco guy.   When |
| 13:33:24 | 11 | he got there, he had to take the backing off and |
| 13:33:26 | 12 | redo it because I couldn't get the nails in far |
| 13:33:29 | 13 | enough. |
| 13:33:29 | 14 | Q.    In terms of those landlord duties that |
| 13:33:34 | 15 | you've described, the roofing and the stucco, you |
| 13:33:36 | 16 | hired contractors to assist? |
| 13:33:37 | 17 | A.    I paid somebody. |
| 13:33:44 | 18 | Q.    Do you have any restrictions from any |
| 13:33:46 | 19 | of your doctors with regard to any activities you |
| 13:33:50 | 20 | are allowed to perform? |
| 13:33:51 | 21 | A.    No.   Not that I'm aware of. |
| 13:33:55 | 22 | Q.    Have you ever suffered any prior |
| 13:33:57 | 23 | injuries to either of your wrists or hands? |

*Kistner - Huggins - 2/6/20*

13:33:59  1      A.    No.

13:34:04  2      Q.    Have you taken any vacations since

13:34:06  3  January 1st, 2017?

13:34:19  4      A.    No.

13:34:36  5      MS. HUGGINS:  Off the record.

13:39:27  6      (A recess was then taken.)

13:39:32  7      BY MS. HUGGINS:

13:39:33  8      Q.    Have you sought treatment from any

13:39:35  9  mental health professional or counselor as a result

13:39:38  10  of the January 1st, 2017 incident?

13:39:40  11      A.    Not yet.

13:39:41  12      Q.    Do you have plans to do so?

13:39:45  13      A.    No formal plans.  I haven't decided

13:39:47  14  what to do there.

13:39:53  15      Q.    What, if any, symptoms or issues have

13:39:57  16  you experienced, in terms of your mental health,

13:40:00  17  that have caused you to consider doing that in the

13:40:03  18  future?

13:40:10  19      A.    I still can't believe that people are

13:40:12  20  lying.  It just -- I can't fathom lying this

13:40:21  21  consistently for this long in their official

13:40:25  22  capacities.

13:40:26  23      Q.    Have you ever received mental health

Kistner - Huggins - 2/6/20

156

| | | |
|---|---|---|
| 13:40:28 | 1 | treatment or counseling prior to January 1st, 2017? |
| 13:40:33 | 2 | A.   In what time frame? |
| 13:40:34 | 3 | Q.   Your life. |
| 13:40:39 | 4 | A.   Not that I remember. |
| 13:40:41 | 5 | Q.   Is it possible that you may have |
| 13:40:44 | 6 | received such treatment that -- |
| 13:40:44 | 7 | A.   Yeah, but I might have forgot. |
| 13:40:45 | 8 | Q.   -- you don't remember? |
| 13:40:46 | 9 | A.   But I might have forgot. |
| 13:41:18 | 10 | Q.   Aside from the complaints that you sent |
| 13:41:22 | 11 | directly to ECMC and your cover letter to the |
| 13:41:26 | 12 | police department Internal Affairs Division, have |
| 13:41:29 | 13 | you written any other complaints or information |
| 13:41:34 | 14 | with regard to this incident to any other |
| 13:41:36 | 15 | individuals? |
| 13:41:37 | 16 | A.   There might have been a mention of it |
| 13:41:39 | 17 | on social media after the WIVB report, but I really |
| 13:41:47 | 18 | have stayed away from mentioning this on social |
| 13:41:51 | 19 | media at all. |
| 13:41:53 | 20 | Q.   The possible mention of it on social |
| 13:41:55 | 21 | media, would that be a post that you yourself |
| 13:41:58 | 22 | caused? |
| 13:41:58 | 23 | A.   Or somebody IM'd me and said, I saw |

*Kistner - Huggins - 2/6/20*

157

13:42:01  1  this on WIVB.  What's going on here?

13:42:04  2          Q.    So perhaps like a direct conversation

13:42:06  3  that you had with somebody?

13:42:07  4          A.    Or somebody posed a question, and

13:42:09  5  I said, well, it's public now, and posted the WIVB

13:42:13  6  story.

13:42:14  7          Q.    Did you post that to your own account?

13:42:17  8          A.    I probably would have, after getting

13:42:21  9  like three or four people saying, wow.  What

13:42:25 10  happened here?

13:42:25 11          Q.    What social media accounts do you have?

13:42:27 12          A.    Only on Facebook.

13:42:28 13          Q.    What is your user name on Facebook?

13:42:30 14          A.    There's two.  There's Jimmy Kistner and

13:42:34 15  there's James Kistner.

13:42:35 16          Q.    Do you spell Jimmy with a Y?

13:42:38 17          A.    Yeah.

13:42:42 18          There is Jimmy 4 Fillmore -- Jimmy 4 Fillmore

13:42:53 19  on Facebook.  Jimmy 4 Fillmore on Facebook, and

13:43:04 20  then there is a jimmykistner4fillmore.com.  There

13:43:14 21  is a dot com that's not on Facebook.

13:43:17 22          And that's it.  I don't tweet.  I don't do

13:43:21 23  anything like that.

*Kistner - Huggins - 2/6/20*

158

| | | |
|---|---|---|
| 13:43:22 | 1 | **Q.**   At the time of this incident, you were |
| 13:43:23 | 2 | not attending any school or occupational training, |
| 13:43:29 | 3 | correct? |
| 13:43:30 | 4 | **A.**   No, I was not. |
| 13:43:33 | 5 | **Q.**   Aside from the expenses that you have |
| 13:43:36 | 6 | described previously, did you lose any income as |
| 13:43:40 | 7 | a result of this incident? |
| 13:43:48 | 8 | **A.**   No. |
| 13:43:48 | 9 | **Q.**   Aside from the time you were at |
| 13:43:52 | 10 | McDonald's on Niagara Street, have you had any |
| 13:43:54 | 11 | other interaction with any members of the Buffalo |
| 13:43:58 | 12 | Police Department since this incident? |
| 13:44:01 | 13 | **A.**   About six weeks after the 1st of |
| 13:44:04 | 14 | January, before the 50-h hearing, so it was after |
| 13:44:10 | 15 | January 1st, but before, somebody kicked down the |
| 13:44:13 | 16 | back door of my room in the back of 33. |
| 13:44:18 | 17 | I was over at Rachel's.  I don't think I had |
| 13:44:27 | 18 | gone there for about two days, so we didn't know |
| 13:44:29 | 19 | exactly what day it happened, but we called the |
| 13:44:32 | 20 | police. |
| 13:44:33 | 21 | Earl was there on that day when we |
| 13:44:37 | 22 | discovered somebody had kicked down the back door |
| 13:44:39 | 23 | when we weren't there and called the police.  There |

Kistner - Huggins - 2/6/20

159

13:44:44  1  was one officer that responded.  I don't think I'd

13:44:47  2  ever met that man before.  Never seen him.  And he

13:44:52  3  said he would write a report.  And he was there ten

13:44:56  4  minutes and drove away.

13:44:58  5       Q.   That interaction with the male officer

13:45:02  6  focused solely on --

13:45:03  7       A.   Yeah.

13:45:04  8       Q.   -- the back door of --

13:45:04  9       A.   Yeah.

13:45:05  10      Q.   -- 33 being kicked down?

13:45:07  11      A.   Yeah.

13:45:07  12      Q.   Okay.

13:45:14  13      A.   I don't think I've -- since this we've

13:45:16  14  called them at all.

13:45:17  15      Q.   Have you had -- strike that.

13:45:21  16      Have you filed a claim or any other legal

13:45:23  17  proceeding against any other party, outside of the

13:45:25  18  City of Buffalo or Buffalo Police Department,

13:45:27  19  related to the January 1st, 2017 incident?

13:45:29  20      A.   No.

13:45:50  21      Q.   Have you given any other interviews,

13:45:51  22  aside from the one to WIVB, regarding this

13:45:59  23  incident?  Not anything else.

*Kistner - Huggins - 2/6/20*

160

| | | |
|---|---|---|
| 13:46:01 | 1 | A.   Or anything else? |
| 13:46:03 | 2 | Q.   Not anything else. |
| 13:46:04 | 3 | A.   Not anything else. |
| 13:46:05 | 4 | Q.   Just the January 1st incident. |
| 13:46:08 | 5 | A.   No. |
| 13:46:10 | 6 | Q.   I don't believe I have any further |
| 13:46:12 | 7 | questions for you.  Oh, I do. |
| 13:46:16 | 8 | Sir, do you recall receiving any type of |
| 13:46:19 | 9 | testing to your head in -- in June of 2009? |
| 13:46:38 | 10 | A.   I don't remember that far back. |
| 13:46:40 | 11 | MS. HUGGINS:  Okay.  Fair enough. |
| 13:46:42 | 12 | I have no further questions for you. |
| 13:46:43 | 13 | Thank you for your time. |
| 13:46:46 | 14 | MR. DAVENPORT:  All set. |
| 13:46:47 | 15 | THE REPORTER:  Will Mr. Davenport be |
| 13:46:50 | 16 | supplied? |
| 13:46:50 | 17 | MS. HUGGINS:  He will. |
| | 18 | THE REPORTER:  Thank you. |
| | 19 | (Deposition concluded at 1:46 p.m.) |
| | 20 | |
| | 21 | *     *     * |
| | 22 | |
| | 23 | |

1      I hereby CERTIFY that I have read the

2  foregoing 160 pages, and that except as to those

3  changes (if any) as set forth in an attached errata

4  sheet, they are a true and accurate transcript of

5  the testimony given by me in the above entitled

6  action on February 6, 2020.

7

8

9                  ------------------------

10                  JAMES KISTNER

11

12

13

14

15

16

17

18

19

20

21

22

23

162

1   STATE OF NEW YORK)

2                ss:

3   COUNTY OF ERIE   )

4

5      I DO HEREBY CERTIFY as a Notary Public in and

6   for the State of New York, that I did attend and

7   report the foregoing deposition, which was taken

8   down by me in a verbatim manner by means of machine

9   shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18                   *Anne T. Barone*

19                   ANNE T. BARONE, RPR,
                       Notary Public.

20

21

22

23