*McDermott - Rupp - 2/19/20*

360

15:28:44  1  damage to exceed $250.  The defendant did cause

15:28:47  2  said damage to the above-mentioned property without

15:28:49  3  the permission of the owner.

15:28:51  4       And the owner is what?  The City of Buffalo?

15:28:54  5       **A.**   Yes.

15:28:54  6       **Q.**   Okay.  All right.  Okay.  Let's turn

15:29:02  7  the page, and the next one, for disorderly conduct,

15:29:04  8  on page 2 of Exhibit 17, reads that that's

15:29:07  9  a violation, as opposed to a felony.

15:29:10 10       It says, the said defendant, at the

15:29:13 11  aforesaid time and place, with intent to cause

15:29:16 12  public inconvenience, annoyance, or alarm, or

15:29:20 13  recklessly creating a risk thereof, while in

15:29:23 14  a public place, did use abusive or obscene

15:29:27 15  language, or made an obscene gesture.

15:29:29 16       We haven't talked about gestures.  Did

15:29:31 17  Mr. Kistner make any obscene gestures that you

15:29:34 18  remember?

15:29:34 19       **A.**   I don't remember.

15:29:35 20       **Q.**   Okay.  In the time that you saw him

15:29:37 21  from the moment that he was handcuffed and brought

15:29:40 22  to his feet by some officers, was -- was he in

15:29:44 23  handcuffs the entire time?

*McDermott - Rupp - 2/19/20*

15:29:47  1      **A.**    I'm -- I'm sorry.  Could you say
15:29:49  2  that --
15:29:49  3      **Q.**    Did you ever see him out of handcuffs
15:29:51  4  from the time he was first handcuffed, until you
15:29:53  5  took him, say, to central booking?
15:29:55  6      **A.**    He was cuffed to the hospital bed with
15:29:57  7  one hand.
15:29:58  8      **Q.**    Okay.  So was he making gestures with
15:30:01  9  the other hand or --
15:30:01 10      **A.**    I don't remember.
15:30:02 11      **Q.**    Okay.  So why did you say, did use
15:30:05 12  abusive or obscene language or made an obscene
15:30:07 13  gesture?
15:30:08 14      **A.**    That's just the verbiage that is typed
15:30:10 15  up according to the penal law charge.
15:30:12 16      **Q.**    Okay.  So you don't remember him making
15:30:13 17  any obscene gestures.  He didn't flip anybody the
15:30:17 18  bird or give them the finger or anything.
15:30:18 19      **A.**    I don't remember.
15:30:19 20      **Q.**    Okay.  And you wouldn't have charged
15:30:21 21  him with something you didn't remember, right?
15:30:22 22      **A.**    Right.  That's just -- like I said,
15:30:25 23  that's the -- the verbiage that the report --

*McDermott - Rupp - 2/19/20*

362

15:30:27  1  report technicians type up according to the penal

15:30:28  2  law charge.

15:30:29  3       **Q.**   Well, I know that, but you said it, so

15:30:32  4  I just want to make sure that you don't recall him

15:30:34  5  making any gestures.

15:30:35  6       **A.**   I don't remember.

15:30:36  7       **Q.**   Okay.  In that the defendant did

15:30:38  8  intentionally throw his body into the driver's side

15:30:40  9  mirror, et cetera, and so forth.

15:30:41 10       And that is language that's replicated from

15:30:46 11  the criminal mischief charge, right?

15:30:49 12       **A.**   Yes.

15:30:49 13       **MS. HUGGINS:**   Form.

15:30:50 14       **BY MR. RUPP:**

15:30:51 15       **Q.**   All right.  So why is that in the

15:30:52 16  disorderly conduct charge?

15:30:53 17       **A.**   Again, that's -- the report

15:30:55 18  technicians, that's the way that they type up

15:30:57 19  charges.  That's -- that's how they type it.

15:31:00 20       **Q.**   Okay.  So could you have made changes

15:31:02 21  to this, if you wanted to?

15:31:03 22       **A.**   Yes.

15:31:03 23       **Q.**   Okay.  You didn't ask them to make any

15:31:05  1  changes?

15:31:05  2       **A.**    I did not.

15:31:06  3       **Q.**    Okay.  So was the disorderly conduct

15:31:09  4  charge, in your view, because he had thrown his

15:31:12  5  body at the driver's side mirror of your vehicle?

15:31:14  6       **A.**    No.  The disorderly conduct was

15:31:16  7  pertaining to the next sentence.

15:31:18  8       **Q.**    Okay.  All right.  So that's in here

15:31:21  9  kind of extraneously, would you agree?

15:31:24 10       **A.**    Again, I don't know the guidelines that

15:31:27 11  the report -- report technicians type up their

15:31:29 12  charges.

15:31:30 13       **MR. RUPP:**  Okay.  All right.  I'm going to

15:31:37 14  ask that this be marked.

         15  **The following was marked for Identification:**

         16  **EXH. 18**              **Fleet management maintenance**

         17                          **work order**

         18       **BY MR. RUPP:**

15:32:16 19       **Q.**    All right.  Ms. McDermott, I'm going to

15:32:19 20  show you Exhibit 18 for identification.  First of

15:32:20 21  all, have you seen a form similar to this one

15:32:24 22  before in your work as a police officer for BPD?

15:32:27 23       **A.**    I have not.

*McDermott - Rupp - 2/19/20*

364

| | | |
|---|---|---|
| 15:32:28 | 1 | **Q.**   Okay.  So you're not really familiar |
| 15:32:30 | 2 | with this form then. |
| 15:32:31 | 3 | **A.**   Correct. |
| 15:32:31 | 4 | **Q.**   Okay.  But do you see that it purports |
| 15:32:34 | 5 | to relate to unit 473, which is your unit, a Tahoe? |
| 15:32:39 | 6 | **A.**   Yes, I see that. |
| 15:32:40 | 7 | **Q.**   Being a 2014, is that -- does that also |
| 15:32:44 | 8 | ring a bell? |
| 15:32:45 | 9 | **A.**   Yes. |
| 15:32:45 | 10 | **Q.**   Okay.  Being in for service four days |
| 15:32:48 | 11 | after the incident involving Mr. Kistner.  Do you |
| 15:32:49 | 12 | see that? |
| 15:32:50 | 13 | **A.**   Yes. |
| 15:32:50 | 14 | **Q.**   And indication that there was |
| 15:32:53 | 15 | apparently work done on the cooling system, some |
| 15:32:58 | 16 | R/R water pump, and the serpentine belt.  Do you |
| 15:33:02 | 17 | see that? |
| 15:33:02 | 18 | **A.**   Yes. |
| 15:33:02 | 19 | **Q.**   Would you agree with me there's no |
| 15:33:04 | 20 | references to a mirror or a driver's side front |
| 15:33:08 | 21 | window? |
| 15:33:09 | 22 | **A.**   Correct. |
| 15:33:09 | 23 | **Q.**   Okay.  Do you know of any other repair |

*McDermott - Rupp - 2/19/20*

365

| | | |
|---|---|---|
| 15:33:11 | 1 | records that would verify your under-oath statement |
| 15:33:15 | 2 | that the driver's side mirror and the -- well, the |
| 15:33:25 | 3 | driver's side mirror was broken, causing damage of |
| 15:33:31 | 4 | more than $250? |
| 15:33:33 | 5 | **A.**   I don't know of any other maintenance -- |
| 15:33:35 | 6 | **Q.**   All right. |
| 15:33:36 | 7 | **A.**   -- paperwork, no. |
| 15:33:37 | 8 | **MR. RUPP:**  Okay.  All right.  Let's have |
| 15:33:48 | 9 | this marked. |
| | 10 | **The following was marked for Identification:** |
| | 11 | **EXH. 19            Buffalo Police dispatch** |
| | 12 | **monitor - unit history** |
| | 13 | **report** |
| | 14 | **BY MR. RUPP:** |
| 15:34:34 | 15 | **Q.**   All right.  Showing you what has been |
| 15:34:36 | 16 | marked Exhibit 19 for identification, this is -- |
| 15:34:38 | 17 | purports to be the dispatch monitor unit history |
| 15:34:42 | 18 | report for you, who are referred to as unit C241. |
| 15:34:46 | 19 | Do you see that? |
| 15:34:47 | 20 | **A.**   Yes. |
| 15:34:47 | 21 | **Q.**   Okay.  And that's Officer Lauren |
| 15:34:50 | 22 | McDermott.  And that -- that number 172768, what is |
| 15:34:53 | 23 | that? |

*McDermott - Rupp - 2/19/20*

366

| | | | |
|---|---|---|---|
| 15:34:54 | 1 | **A.** | That's my DID number. |
| 15:34:56 | 2 | **Q.** | What does that stand for? |
| 15:34:59 | 3 | **A.** | It's my -- |
| 15:35:00 | 4 | **Q.** | Department ID? |
| 15:35:01 | 5 | **A.** | Yes. |

15:35:01   6     **Q.**   Okay.  And have you had that same
15:35:03   7   number since you joined the BPD?

15:35:05   8     **A.**   Yes.

15:35:05   9     **Q.**   And do you still have it today?

15:35:07  10     **A.**   Yes.

15:35:07  11     **Q.**   Okay.  It doesn't change with your
15:35:09  12   position.

15:35:10  13     **A.**   Correct.

15:35:10  14     **Q.**   Okay.  So this shows that you were
15:35:12  15   dispatched to Schmarbeck on January 1, 2017, at
15:35:18  16   10:57 a.m.  Is that -- do you know if you were
15:35:21  17   there before that or after that or --

15:35:27  18     **A.**   I believe that's when Officer Schultz
15:35:29  19   called it out.

15:35:29  20     **Q.**   Okay.

15:35:31  21     **A.**   When -- yeah.

15:35:32  22     **Q.**   You were -- you already think you were
15:35:35  23   there before that?

*McDermott - Rupp - 2/19/20*

367

| | | |
|---|---|---|
| 15:35:35 | 1 | **A.**   I believe so. |
| 15:35:36 | 2 | **Q.**   Okay.  And I'm not going to go back |
| 15:35:38 | 3 | through 4A again.  I'm just going to see if I can |
| 15:35:41 | 4 | link this up. |
| 15:35:43 | 5 | So this doesn't have the seconds, just |
| 15:35:47 | 6 | the -- the minutes on it, right? |
| 15:35:48 | 7 | **A.**   Yes. |
| 15:35:49 | 8 | **Q.**   Okay.  And 4A does show you as being |
| 15:35:53 | 9 | en route/dispatched at the 10:57 mark. |
| 15:35:58 | 10 | **A.**   Along with -- yes.  Yes, it does. |
| 15:36:00 | 11 | **Q.**   Along -- along with Officer Velez, |
| 15:36:03 | 12 | of course. |
| 15:36:03 | 13 | **A.**   Yes. |
| 15:36:03 | 14 | **Q.**   Okay.  Okay.  And this shows your shift |
| 15:36:05 | 15 | ending at 6:16, so I guess that answers the question |
| 15:36:09 | 16 | that we saw on the second page of whether your |
| 15:36:13 | 17 | overtime that day was -- was just, you know, |
| 15:36:17 | 18 | a few minute -- 45 minutes after your quitting time |
| 15:36:20 | 19 | or -- or over two hours after. |
| 15:36:21 | 20 | **A.**   This is, again, based on what dispatch |
| 15:36:25 | 21 | is logging. |
| 15:36:26 | 22 | **Q.**   Oh, so this would -- so the payroll |
| 15:36:29 | 23 | would be what governs. |

*McDermott - Rupp - 2/19/20*

368

15:36:31  1          **A.**    Correct.

15:36:31  2          **MR. RUPP:**  Okay.  All right.  Do we have the

15:36:32  3  payroll?

15:36:33  4          **MR. DAVENPORT:**  No, but we did send a second

15:36:37  5  document request.

15:36:38  6          Did you get that yet?

15:36:39  7          **MS. HUGGINS:**  I don't believe so.

15:36:40  8          **MR. RUPP:**  All right.  Well, I'll make

15:36:40  9  a document production request that I'll ask Anne to

15:36:43 10  index for me for the start and end times of her

15:36:47 11  shift that day.

15:36:49 12          I don't need to know her pay rate or

15:36:51 13  anything like that.

15:37:00 14          Okay.  Let's mark this.

         15  **The following was marked for Identification:**

         16  **EXH. 20                    Notice to defendant of**

         17  **                            intention to offer evidence**

         18  **                            at trial**

15:37:52 19          **BY MR. RUPP:**

15:37:52 20          **Q.**    All right.  Let me show you what's been

15:37:55 21  marked as Exhibit 20 for identification.

15:37:59 22          First of all, do you know if this is the

15:38:01 23  full document?

*McDermott - Rupp - 2/19/20*

369

15:38:03  1          It looked to me like it almost needed to

15:38:06  2   have a second page.  There's no signature line.  It

15:38:08  3   seems to end kind of abruptly.  Do you know if

15:38:10  4   there's a second page to this document?

15:38:12  5          **A.**   We don't sign these documents.

15:38:15  6          **Q.**   Okay.  Well, that takes care of

15:38:17  7   the signature page, but the question still

15:38:19  8   stands:  Do you know whether this is a one-page

15:38:21  9   document?

15:38:21  10          **A.**   I believe this -- I -- I believe this

15:38:25  11   is the bottom of the page, but I -- I --

15:38:26  12          **Q.**   Okay.  Fair enough.

15:38:28  13          **A.**   Yeah.

15:38:29  14          **Q.**   That's how it was produced, so I

15:38:30  15   just -- I just had a question about it.

15:38:32  16          All right.  So we know this is a -- a notice

15:38:33  17   to the defense of statements that are going to be

15:38:36  18   used against Mr. Kistner.

15:38:39  19          Did you prepare this form?

15:38:40  20          **A.**   I did not.

15:38:41  21          **Q.**   Do you know why it says the date is

15:38:45  22   January 2nd, 2017?

15:38:47  23          Bottom left-hand corner, about an inch and

*McDermott - Rupp - 2/19/20*

370

15:38:50  1  a half up from the bottom line of text.

15:38:52  2        **A.**   I don't know why that date would be on

15:38:53  3  there.

15:38:53  4        **Q.**   Okay.  And you've got some of the

15:39:00  5  statements about Nazis and fascists that you were

15:39:04  6  telling me about earlier, right?

15:39:05  7        **A.**   Yes.

15:39:06  8        **Q.**   Okay.  But the second paragraph of

15:39:09  9  things that was said said the defendant did

15:39:12  10  spontaneously state to Police Officer Velez:

15:39:17  11  Charge me criminally to cover yourself.  You're

15:39:20  12  scared.

15:39:21  13        Do you see that part?

15:39:22  14        **A.**   Yes.

15:39:22  15        **Q.**   Okay.  So you then knew, after being

15:39:28  16  placed under arrest and while at ECMC, that

15:39:30  17  Mr. Kistner believed that you had arrested him to

15:39:34  18  cover up for your own negligence in operating the

15:39:37  19  SUV that day.  Were you aware of that?

15:39:39  20        **MS. HUGGINS:**   Form.

15:39:39  21        **THE WITNESS:**   That's what he was saying,

15:39:41  22  yes.

15:39:41  23        **BY MR. RUPP:**

*McDermott - Rupp - 2/19/20*

371

15:39:41  1        Q.   Okay.  So I'm -- I'm not -- I'm not
15:39:42  2   asking you to agree that it was true.  Okay?
15:39:45  3        I'm just asking you if from this quoted
15:39:48  4   statement -- that's in quotes, right?
15:39:49  5        A.   Yes.
15:39:49  6        Q.   -- you knew that Mr. Kistner was taking
15:39:52  7   the position that you had arrested him and charged
15:39:54  8   him criminally to cover your own negligence in
15:39:57  9   striking him with the SUV; is that fair?
15:40:00 10        A.   Yes.
15:40:00 11        Q.   Okay.  All right.  And in the next
15:40:02 12   paragraph, again, he is quoted as saying, if you
15:40:06 13   keep telling your lies so wildly, someone might
15:40:10 14   believe you.  Your story ain't going to fly.
15:40:13 15   Internal affairs is going to eat your ass alive.
15:40:16 16        And that's a direct quote, right?
15:40:18 17        A.   Yes.
15:40:18 18        Q.   Now, again, did you put this down or
15:40:21 19   did Velez put it down?
15:40:22 20        A.   It looks like this one was stated to
15:40:24 21   both of us.
15:40:25 22        Q.   Okay.  So do you know -- like the --
15:40:28 23   the typing in the middle, these paragraphs, this is

*McDermott - Rupp - 2/19/20*

372

15:40:30  1  a form, but somebody typed this in in the middle of

15:40:33  2  the form or -- or used a computer.  Do you know who

15:40:34  3  did it?  Who typed that?

15:40:36  4      **A.**   A report technician types it.

15:40:37  5      **Q.**   Okay.  All right.  So from a written

15:40:39  6  record -- a handwritten record or just from you

15:40:43  7  orally?

15:40:43  8      **A.**   I don't -- I don't remember.

15:40:44  9      **Q.**   Okay.  Do you remember Mr. Kistner

15:40:47 10  saying:  If you keep telling your lies so wildly,

15:40:50 11  someone might believe you.  Your story ain't going

15:40:54 12  to fly.  Internal affairs is going to eat your ass

15:40:56 13  alive?

15:40:57 14      **A.**   I -- I don't remember --

15:41:00 15      **Q.**   Okay.

15:41:00 16      **A.**   -- what was said, but I -- I mean,

15:41:03 17  reading it here, it sounds familiar, but I -- I

15:41:06 18  don't remember.

15:41:06 19      **Q.**   All right.  But at least in terms of

15:41:07 20  what this says, unless this is -- unless this is

15:41:09 21  false -- you don't have any reason to believe this

15:41:13 22  is false.

15:41:13 23      **A.**   No, it's not false.

*McDermott - Rupp - 2/19/20*

373

15:41:14  1          **Q.**   Okay.  It's true, in fact.

15:41:15  2          **A.**   Yes.

15:41:15  3          **Q.**   Okay.  And at ECMC, Mr. Kistner made it

15:41:18  4   very clear that he thought you were lying, he

15:41:20  5   thought you were covering up your own negligence,

15:41:24  6   and he thought internal affairs was going to

15:41:27  7   investigate you, and that your story was not going

15:41:29  8   to stand up under scrutiny.

15:41:32  9          You knew that at the time you were at ECMC

15:41:34 10   the first time, right?

15:41:35 11          **MS. HUGGINS:**  Form.  You can answer.

15:41:37 12          **MR. RUPP:**  Strike it.

15:41:39 13          You knew that Mr. Kistner believed you had

15:41:42 14   made up the story to cover yourself, and you knew

15:41:47 15   that at ECMC on the first time, January 1, 2017.

15:41:53 16          **THE WITNESS:**  It says at ECMC.  I couldn't --

15:41:56 17   I don't know if it was the first or second time.

15:41:58 18          **BY MR. RUPP:**

15:41:58 19          **Q.**   Well, now wait a second.  You told me

15:42:01 20   the second time you just pretty much dropped him

15:42:03 21   off.

15:42:03 22          **A.**   No.  I said we don't just drop him off,

15:42:06 23   but --

*McDermott - Rupp - 2/19/20*

374

| | | |
|---|---|---|
| 15:42:06 | 1 | **Q.** Well, okay. |
| 15:42:06 | 2 | **A.** I mean, I -- like I said -- |
| 15:42:08 | 3 | **Q.** Do you remember him saying anything -- |
| 15:42:08 | 4 | **A.** -- I don't remember -- |
| 15:42:10 | 5 | **Q.** We can go back. |
| 15:42:12 | 6 | Do you remember him saying -- making any |
| 15:42:13 | 7 | statements like this the second time you took him |
| 15:42:15 | 8 | to ECMC? |
| 15:42:16 | 9 | **A.** I don't remember if this was the first |
| 15:42:18 | 10 | or second time, no. |
| 15:42:19 | 11 | **Q.** Okay. Well, my question is: Do you |
| 15:42:21 | 12 | remember him making any statements like this the |
| 15:42:23 | 13 | second time you took him to ECMC? |
| 15:42:24 | 14 | **A.** I don't remember. |
| 15:42:25 | 15 | **Q.** Okay. |
| 15:42:25 | 16 | **A.** I know the next statement was said the |
| 15:42:28 | 17 | first time. |
| 15:42:28 | 18 | **Q.** Okay. And that's where he used the |
| 15:42:30 | 19 | Nazi term and other language. |
| 15:42:32 | 20 | **A.** Yes. |
| 15:42:32 | 21 | **Q.** Okay. And from your recollection of |
| 15:42:35 | 22 | those statements that Mr. Kistner made, did -- did |
| 15:42:41 | 23 | he seem to believe that you had struck him with |

*McDermott - Rupp - 2/19/20*

375

15:42:44  1  your SUV and arrested him to cover up your own

15:42:48  2  negligence?

15:42:48  3        **MS. HUGGINS:**  Form.

15:42:49  4        **THE WITNESS:**  That's what he seemed to

15:42:50  5  believe.

15:42:50  6        **BY MR. RUPP:**

15:42:50  7        **Q.**  Okay.  And did he tell that to not only

15:42:57  8  officers, but ECMC people as well?

15:42:59  9        **A.**  Again, I wasn't in the room when he

15:43:01 10  spoke with the staff.

15:43:03 11        **Q.**  Okay.  Well --

15:43:04 12        **A.**  We purposely stayed outside of the

15:43:05 13  room.

15:43:05 14        **Q.**  But do you know whether at any time you

15:43:07 15  were with him he said that in the presence of ECMC

15:43:10 16  staff?

15:43:12 17        **A.**  Yes, because it was relayed to me by

15:43:14 18  the staff.

15:43:15 19        **Q.**  Okay.  And did you tell them that:  No,

15:43:17 20  that wasn't true.  He attacked my SUV and flung

15:43:20 21  himself against the mirror to injure himself and

15:43:24 22  cause damage to it?

15:43:24 23        **MS. HUGGINS:**  Form.

*McDermott - Rupp - 2/19/20*

376

15:43:25  1          **THE WITNESS:**  I believe I used the word

15:43:27  2   threw or thrown.

15:43:27  3          **BY MR. RUPP:**

15:43:27  4          **Q.**    Okay.

15:43:28  5          **A.**    Not attacked.

15:43:29  6          **Q.**    So, basically, it was Mr. Kistner's

15:43:31  7   word against you police officers who were at ECMC

15:43:34  8   as to what had happened on Schmarbeck that day,

15:43:36  9   correct?

15:43:38 10          **A.**    That, and based on what -- other things

15:43:42 11   that he told the staff as well.

15:43:43 12          **Q.**    Well, in terms of how the incident had

15:43:46 13   happened, not in terms of name calling, but in

15:43:49 14   terms of the incident happening, you have

15:43:51 15   Mr. Kistner saying you hit him with the SUV and

15:43:54 16   are lying about it to cover up your own negligence,

15:43:57 17   and the officers are all saying, no, Mr. Kistner

15:44:00 18   attacked the SUV.

15:44:00 19          That's basically what's going on at ECMC,

15:44:02 20   right?

15:44:02 21          **A.**    He also told ECMC staff other stories

15:44:08 22   of what happened.

15:44:08 23          **Q.**    Well, where is that written anywhere?

*McDermott - Rupp - 2/19/20*

377

15:44:11  1          **A.**    I --
15:44:12  2          **Q.**    Well, what other stories did he tell
15:44:14  3  you -- did he tell them?
15:44:16  4          **A.**    It's in the doctor's report.
15:44:18  5          **Q.**    Okay.  Is that the one you told me
15:44:20  6  earlier about that he slipped on ice?
15:44:22  7          **A.**    That's what he told the doctor.
15:44:23  8          **Q.**    Okay.  So on the one hand, he's saying
15:44:27  9  that you're lying and covering it up and internal
15:44:30 10  affairs is going to investigate you, and on the
15:44:33 11  other hand, he's allegedly telling somebody that he
15:44:35 12  just slipped on ice?
15:44:36 13          **A.**    Yes.
15:44:36 14          **Q.**    Okay.  And do you believe he slipped on
15:44:38 15  ice?
15:44:38 16          **A.**    I don't know.
15:44:39 17          **Q.**    Was there any ice on the street?
15:44:40 18          **A.**    I don't remember.
15:44:40 19          **Q.**    Did you see any in the video?
15:44:43 20          **A.**    The video is very grainy.  You can
15:44:45 21  barely tell --
15:44:46 22          **Q.**    Okay.
15:44:46 23          **A.**    -- who was who.

*McDermott - Rupp - 2/19/20*

378

15:44:47  1        Q.   Do you remember what the temperature

15:44:48  2  was on the day of January 1st, 2017?

15:44:51  3        A.   I don't remember.

15:45:32  4        MR. RUPP:   Okay.   If you can mark that.

15:45:32  5  **The following was marked for Identification:**

        6    **EXH. 21              Appearance ticket**

15:45:32  7        **BY MR. RUPP:**

15:45:57  8        Q.   All right.   Ms. McDermott, this

15:46:01  9  obviously is an appearance ticket, right, issued

15:46:03 10  to James Kistner?

15:46:05 11        A.   Yes.

15:46:05 12        Q.   My only real question is:   Do you know

15:46:10 13  when this was given to him?

15:46:11 14        Now, it says that it was committed on the

15:46:14 15  first day of January at 4 p.m., but we know that's

15:46:19 16  not when the incident happened.

15:46:23 17        Do you see that in the middle?   That's

15:46:25 18  clearly wrong, right?

15:46:25 19        A.   I believe that's when it was given to

15:46:28 20  him and not, obviously, when it was committed.

15:46:31 21        Q.   Okay.   What makes you believe that?

15:46:33 22        I mean, it says committed, so you're --

15:46:35 23  you're -- you're agreeing -- you're assuming, as

*McDermott - Rupp - 2/19/20*

379

15:46:37  1  I am, that that's incorrect and that somebody put

15:46:41  2  4 o'clock on, because that seems like close to the

15:46:43  3  time that he was -- well, what is that close to the

15:46:45  4  time of?

15:46:46  5       Would he have been given this at central

15:46:48  6  booking?

15:46:48  7       A.   He would have.  That's not my writing.

15:46:50  8       Q.   Yeah, I know.  That's not your

15:46:53  9  signature either.  It says Lieutenant D --

15:46:54 10       A.   I believe that's Banaszak.

15:46:56 11       Q.   Banaszak.  Okay.  So I knew it wasn't

15:46:58 12  yours.  And -- and you --

15:46:59 13       A.   Right.

15:46:59 14       Q.   -- didn't initial it there either.

15:47:01 15       A.   Correct.

15:47:01 16       Q.   So I guess were you present when

15:47:03 17  Mr. Kistner was given the appearance ticket?

15:47:07 18       A.   I don't remember, but I most likely

15:47:09 19  would have been.

15:47:09 20       Q.   So let me ask you this:  I know that he

15:47:12 21  is released from central booking, he's going to

15:47:14 22  have an appearance ticket, but he's got to go back

15:47:17 23  to ECMC on the 941, right?

*McDermott - Rupp - 2/19/20*

380

| | | |
|---|---|---|
| 15:47:20 | 1 | **A.** Correct. |
| 15:47:20 | 2 | **Q.** So is he given the appearance ticket to |
| 15:47:22 | 3 | hold in his little hands at central booking, or is |
| 15:47:25 | 4 | that given to the ECMC staff so when they let him |
| 15:47:27 | 5 | go, they hand him the appearance ticket as well? |
| 15:47:30 | 6 | **A.** Oh, I misunderstood. I thought you |
| 15:47:32 | 7 | were asking when this was, like, issued. |
| 15:47:33 | 8 | When it was physically handed to him? |
| 15:47:35 | 9 | **Q.** Right. When he had it in his hand. |
| 15:47:37 | 10 | **A.** That, I don't remember. |
| 15:47:38 | 11 | **Q.** Well, okay. So what is -- what is the |
| 15:47:40 | 12 | procedure? |
| 15:47:41 | 13 | I mean, if -- if he's still in police |
| 15:47:43 | 14 | custody under the 941, would he -- but he's done at |
| 15:47:48 | 15 | central booking, would he be given the appearance |
| 15:47:50 | 16 | ticket there and take it with him to ECMC, or |
| 15:47:53 | 17 | would -- would you give it to him at ECMC, or would |
| 15:47:56 | 18 | you give it to the ECMC staff to give it to him |
| 15:47:59 | 19 | when they let him go? |
| 15:48:01 | 20 | **A.** It is normally filled out, like I said, |
| 15:48:03 | 21 | when we first get to central booking -- |
| 15:48:04 | 22 | **Q.** Right. |
| 15:48:05 | 23 | **A.** -- and we give the RT. That's when |

*McDermott - Rupp - 2/19/20*

381

| | | |
|---|---|---|
| 15:48:10 | 1 | it's filled out. |
| 15:48:10 | 2 | **Q.**   Okay. |
| 15:48:10 | 3 | **A.**   But it's not handed at that time, |
| 15:48:12 | 4 | because they still -- |
| 15:48:12 | 5 | **Q.**   That part I -- I guess I have. |
| 15:48:14 | 6 | **A.**   Okay. |
| 15:48:14 | 7 | **Q.**   Okay.  So -- |
| 15:48:14 | 8 | **A.**   So I don't know when I -- when it was |
| 15:48:15 | 9 | given to him.  I don't know whether it was after |
| 15:48:17 | 10 | the booking process or when we got to ECMC.  That, |
| 15:48:20 | 11 | I don't remember. |
| 15:48:21 | 12 | **Q.**   Well, I guess my question is:  I know |
| 15:48:22 | 13 | at some point before he was discharged from ECMC, |
| 15:48:25 | 14 | you and Officer Velez kind of ended your shift and |
| 15:48:29 | 15 | went home.  I think you said he was still there |
| 15:48:31 | 16 | when you left, right? |
| 15:48:32 | 17 | **A.**   From the -- from the second -- |
| 15:48:32 | 18 | **Q.**   Right. |
| 15:48:33 | 19 | **A.**   Yes.  Yes. |
| 15:48:33 | 20 | **Q.**   Right.  Right. |
| 15:48:33 | 21 | **A.**   Yes. |
| 15:48:33 | 22 | **Q.**   Right.  I know the first one you took |
| 15:48:35 | 23 | him to booking and then you took him -- so I'm -- |

*McDermott - Rupp - 2/19/20*

382

15:48:35  1        **A.**    Right.

15:48:37  2        **Q.**    -- obviously talking about the second

15:48:38  3  one.  You left before he left ECMC, right?

15:48:40  4        **A.**    As far as I know.

15:48:41  5        **Q.**    And nobody came back to give him an

15:48:43  6  appearance ticket, right?

15:48:44  7        **A.**    No.

15:48:44  8        **Q.**    So before you left, you gave the

15:48:47  9  appearance ticket either to James Kistner or to

15:48:50 10  somebody at ECMC to give to him, right?

15:48:52 11        **MS. HUGGINS:**  Form.

15:48:53 12        **THE WITNESS:**  Right.

15:48:54 13        **BY MR. RUPP:**

15:48:54 14        **Q.**    Which is it?

15:48:55 15        **A.**    I don't remember.

15:48:55 16        **Q.**    Okay.  Well, is it protocol or

15:48:57 17  procedure for you to give an appearance ticket for

15:49:00 18  somebody to a medical doctor and say, hey, give

15:49:03 19  this to him when you're ready?

15:49:04 20        **A.**    I -- I don't remember.

15:49:05 21        **Q.**    Well, I'm not asking -- I'm not asking

15:49:07 22  if you remember.  I'm asking you if an appearance

15:49:10 23  ticket has to be given to the person charged or you

*McDermott - Rupp - 2/19/20*

383

15:49:12  1  can give it to somebody else and say, give it to

15:49:15  2  him?

15:49:16  3       **A.**   I -- it is -- I can say, generally, it

15:49:19  4  is given directly to the person.

15:49:21  5       **Q.**   Okay.

15:49:22  6       **A.**   In this situation, I -- I don't

15:49:24  7  remember.

15:49:24  8       **Q.**   Okay.  So it is possible then, you

15:49:26  9  think, that you might have given it to a doctor or

15:49:29 10  somebody at ECMC and said, hey, when -- when you

15:49:32 11  let him go, give him his appearance ticket?

15:49:34 12       **MS. HUGGINS:**   Form.

15:49:35 13       **THE WITNESS:**   I don't know.

15:49:36 14       **BY MR. RUPP:**

15:49:37 15       **Q.**   Okay.  Or it's possible that you gave

15:49:38 16  it to Mr. Kistner and he had it with him while he

15:49:41 17  was being processed at ECMC.

15:49:42 18       **A.**   Right.  I don't remember.

15:49:43 19       **Q.**   You just don't know between the two?

15:49:46 20       **A.**   I don't remember.

15:49:46 21       **Q.**   And there's no policy or procedure that

15:49:49 22  tells you you have to give the defendant the

15:49:51 23  appearance ticket.

*McDermott - Rupp - 2/19/20*

384

15:49:51  1          **A.**    I don't know if there is.

15:49:52  2          **Q.**    Okay.  Well, if you don't give the

15:49:54  3   defendant the appearance ticket, is that a problem

15:49:56  4   if they don't show up in court?

15:49:58  5          **A.**    I -- it would be a problem if they

15:50:02  6   didn't show up in court, yes.

15:50:03  7          **Q.**    Right.  So would that then suggest to

15:50:06  8   you that there's a procedure or a protocol with

15:50:10  9   booking that you give the appearance direct --

15:50:12 10   ticket directly to the person?

15:50:13 11          **A.**    I -- again, if there is, I don't know.

15:50:15 12          **Q.**    Okay.  All right.  And you're aware

15:50:33 13   that Mr. Kistner and his attorneys served

15:50:35 14   interrogatory requests on the City of Buffalo and

15:50:37 15   all the defendants, right?

15:50:40 16          **A.**    The -- meaning the -- the suit?

15:50:43 17          **Q.**    Yes.

15:50:43 18          **A.**    Yes.

15:50:44 19          **Q.**    Yes.  Yeah.

15:50:45 20          **MS. HUGGINS:**  There might just be confusion

15:50:47 21   on the term interrogatory.

15:50:48 22          **THE WITNESS:**  Yes.

15:50:49 23          **MR. RUPP:**  I understand fully.  I'm not

*McDermott - Rupp - 2/19/20*

15:50:51  1  trying to -- I just want to -- you signed

15:50:53  2  a verification page pursuant to 28 USC 1746, under

15:50:57  3  penalty of perjury, that to the best of your

15:50:59  4  knowledge, the information and belief that the

15:51:01  5  foregoing answer to first interrogatories to

15:51:03  6  defendants are true and correct.

15:51:05  7      Did you sign that?

15:51:06  8      **A.**   Yes.

15:51:06  9      **Q.**   Okay.  I'm not even going to mark it,

15:51:10 10  because I just want to make sure:  Did you go

15:51:11 11  through the interrogatory responses in full before

15:51:15 12  you signed that verification?

15:51:17 13      **A.**   I believe so.

15:51:17 14      **Q.**   Okay.  So there was nothing in these

15:51:20 15  interrogatory responses that you did not agree to

15:51:24 16  or did not think was factually correct when you

15:51:27 17  signed that.

15:51:27 18      **MS. HUGGINS:**  Form.  And to be fair,

15:51:28 19  I supplemented one in a cover letter that was

15:51:31 20  included with the interrogatories.

15:51:32 21      **MR. RUPP:**  Fair enough.  I'll just go with

15:51:34 22  as they existed before the supplement.  You had

15:51:37 23  gone through them.  There's nothing in there that

*McDermott - Rupp - 2/19/20*

386

15:51:39  1   you thought was factually inaccurate.

15:51:41  2          I mean, you can look at it again.  I'm just

15:51:43  3   trying to save time.

15:51:44  4          **THE WITNESS:**  I mean, yeah, it's been -- I

15:51:44  5   mean --

15:51:44  6          **BY MR. RUPP:**

15:51:44  7       **Q.**   Okay.

15:51:45  8       **A.**   -- it's been a year and a half since --

15:51:45  9       **Q.**   Take a look --

15:51:46 10       **A.**   -- I --

15:51:46 11       **Q.**   Take a look at --

15:51:47 12       **A.**   Well, maybe --

15:51:47 13       **Q.**   What's the exhibit number?

15:51:48 14       **A.**   -- not a year and a half.  It's been

15:51:49 15   a while.

15:51:50 16       **Q.**   What's the -- what's the exhibit number

15:51:52 17   there?

15:51:52 18       **A.**   13.

15:51:52 19       **Q.**   Okay.  You know, not all of them -- and

15:51:53 20   the reason I was kind of shying away from having

15:51:55 21   you read it all, so many of them --

15:51:55 22          **MS. HUGGINS:**  Yeah.

15:51:55 23          **BY MR. RUPP:**

15:51:57  1       **Q.**   -- don't really relate to you

15:51:58  2  factually.  But I'm just talking about the ones

15:51:59  3  that relate to the facts of Mr. Kistner's arrest

15:52:01  4  and what happened that day, you believed those to

15:52:04  5  be true when you signed the verification?

15:52:06  6       **A.**   I'm sorry.  This is the one that --

15:52:08  7  yeah.  Yes.  This one I more recently looked at.

15:52:10  8  I was -- I was thinking what was served to me on

15:52:13  9  the day that it was served.  I misunderstood.

15:52:15 10       **MS. HUGGINS:**  I think she's just confused

15:52:17 11  what is a summons and complaint versus

15:52:18 12  interrogatories.

15:52:19 13       **MR. RUPP:**  Oh, okay.  Yeah.  Yeah.

15:52:20 14       **MS. HUGGINS:**  And I don't mean to overstep.

15:52:22 15  Did -- have we met and discussed interrogatories

15:52:24 16  with relation to this case?

15:52:25 17       **THE WITNESS:**  Yes.

15:52:25 18       **MS. HUGGINS:**  Have you reviewed

15:52:26 19  interrogatories and then -- and based on your

15:52:29 20  knowledge, signed off on them?

15:52:30 21       **THE WITNESS:**  Yes.

15:52:31 22       **MS. HUGGINS:**  Is that -- I'm not trying to

15:52:32 23  overstep, but I'm --

*McDermott - Rupp - 2/19/20*

388

15:52:34  1          **MR. RUPP:**  You're doing -- you're doing

15:52:35  2   fine.  Keep going.

15:52:35  3          **MS. HUGGINS:**  I'm trying to cut through.

15:52:36  4          **THE WITNESS:**  Yeah.  I misunderstood.

15:52:39  5   I was -- when you said it, I was thinking the day

15:52:40  6   I was served.

15:52:40  7          **BY MR. RUPP:**

15:52:41  8          **Q.**   I'll tell you exactly why I'm asking.

15:52:43  9   I just don't want a situation where you tell me

15:52:45 10   that you -- you really -- something that was in the

15:52:47 11   interrogatory, you really didn't review it and you

15:52:49 12   really weren't sure, so when you signed and said it

15:52:51 13   was factually true and accurate, you must have

15:52:53 14   missed that one.

15:52:54 15          You read these, you went over them with

15:52:55 16   counsel, and they were true to the best of your

15:52:57 17   knowledge.

15:52:57 18          **A.**   Yes.

15:52:57 19          **Q.**   Okay.  And that's why you signed the

15:52:59 20   form under penalty of perjury.

15:53:01 21          **A.**   Yes.

15:53:02 22          **Q.**   That's all I really kind of needed.

15:53:04 23   Thank you.

*McDermott - Rupp - 2/19/20*

389

15:53:12  1        Okay.  All right.  So I did promise the

15:53:16  2   City's attorney that there was another video that

15:53:20  3   I think was a supplemental disclosure.  I'm just

15:53:22  4   going to show you that.  I think it's from

15:53:24  5   a slightly different camera angle.  And we're going

15:53:28  6   to get that up on the screen in just a second.

15:54:14  7        Okay, Ms. McDermott, I'm going to -- first

15:54:16  8   of all, just to orient us to what we're looking at

15:54:19  9   here, we're back to 10:25 a.m., according to the

15:54:23 10   time stamp -- I'm not asking you to vouch for its

15:54:26 11   accuracy -- on 1/1/2017.

15:54:29 12        It looks like the C District patrol vehicle

15:54:35 13   Tahoe 532 is what's shown in that picture; do you

15:54:39 14   agree with me?

15:54:40 15        **A.**   Yes.

15:54:41 16        **MR. RUPP:**   At the 00 point.

15:54:42 17        So I'm going to start it, and I think you're

15:54:44 18   going to see that vehicle move.  All right.

15:54:49 19        (Video clip played.)

15:54:49 20        **BY MR. RUPP:**

15:54:49 21        **Q.**   And do you know one way or the other

15:54:51 22   whether that was as it's moving away from 33 and

15:54:54 23   37 Schmarbeck, as was seen in the earlier video,

*McDermott - Rupp - 2/19/20*

390

15:54:59  1    when Moriarity and Schultz pulled away first?

15:55:02  2            **A.**    Yes.

15:55:02  3            **Q.**    Okay.  Does that seem to be a different

15:55:05  4    camera angle on the departure of that patrol

15:55:09  5    vehicle from Schmarbeck --

15:55:11  6            **A.**    Yes.

15:55:11  7            **Q.**    -- before it started to back up?  Okay.

15:55:17  8            All right.  And do we now see that vehicle

15:55:20  9    backing up?

15:55:20 10            **A.**    Yes.

15:55:20 11            **Q.**    And do we see Officers Moriarity and

15:55:23 12    Schultz getting out?

15:55:24 13            **A.**    Yes.

15:55:24 14            **Q.**    And I think you said Moriarity was

15:55:27 15    driving, so the guy who got out of the driver's

15:55:30 16    side is this gentleman here?

15:55:31 17            **A.**    Yes.

15:55:31 18            **Q.**    That's Moriarity.

15:55:33 19            And this gentleman who got out of the

15:55:36 20    passenger side is Schultz.

15:55:37 21            **A.**    Yes.

15:55:37 22            **Q.**    Okay.  All right.  Now, we might have

15:55:39 23    a little bit of downtime here for a second, so

*McDermott - Rupp - 2/19/20*

391

15:55:42  1  there's nothing really going on here, so I'm going

15:55:45  2  to fast-forward it.  I don't think any persons come

15:55:48  3  into the screen for a while.

15:55:49  4       Okay.  So now, all right, do we see

15:55:57  5  Mr. Kistner -- we see Earl in the bottom left?

15:55:59  6       **A.**   Yes.

15:55:59  7       **Q.**   And do we see Mr. Kistner being walked

15:56:02  8  back to patrol vehicle 532?

15:56:04  9       **A.**   Yes.

15:56:04  10      **Q.**   Okay.  And which officers are walking

15:56:07  11  him back there?

15:56:10  12      **A.**   That, I -- I believe that is Officer

15:56:14  13  Moriarity and myself and Officer Schultz, and then

15:56:17  14  Officer Schultz breaks away.

15:56:19  15      **Q.**   Okay.

15:56:19  16      **A.**   So then that is Officer Schultz, and

15:56:24  17  then with Mr. Kistner is still myself and Officer

15:56:26  18  Moriarity.

15:56:26  19      **Q.**   Which one are you?  Closest to the

15:56:29  20  camera or furthest away?

15:56:30  21      **A.**   I'm the closer of the two.

15:56:33  22      **Q.**   Okay.  To -- to the vantage point of

15:56:36  23  the viewer.  Okay.

*McDermott - Rupp - 2/19/20*

392

15:56:36  1         **A.**   Yes.  So between the other two

15:56:38  2  officers, I guess.

15:56:39  3         **Q.**   Gotcha.  Okay.

15:56:39  4         So he's being put in the driver's side rear

15:56:43  5  seat; is that correct?

15:56:44  6         **A.**   Yes.

15:56:44  7         **Q.**   Okay.  And I think you told me that was

15:56:46  8  a caged enclosure?

15:56:48  9         **A.**   Yes.

15:56:48  10        **Q.**   So he's put in there.  Is the door

15:56:50  11  closed?

15:56:51  12        **A.**   Yes, I believe so.

15:56:52  13        **Q.**   Okay.  So he can't get out.

15:56:54  14        **A.**   Correct.

15:56:54  15        **Q.**   All right.  So now we see officers

15:56:56  16  coming up to Earl, and we talked about this

15:56:59  17  a little bit before, and I'm just going to play it.

15:57:10  18        I guess I backed up too far.

15:57:12  19        So Schultz gestures towards Earl and

15:57:19  20  approaches him?

15:57:20  21        **A.**   Yes.

15:57:20  22        **Q.**   Okay.  We've seen some of this from

15:57:24  23  another angle.

*McDermott - Rupp - 2/19/20*

393

| | | |
|---|---|---|
| 15:57:25 | 1 | Earl is walking away.  Schultz grabs him. |
| 15:57:27 | 2 | Do you know why? |
| 15:57:27 | 3 | **A.**   I don't. |
| 15:57:28 | 4 | **Q.**   Okay.  Now, Earl appears to be on the |
| 15:57:31 | 5 | phone, right? |
| 15:57:32 | 6 | **A.**   It appears so. |
| 15:57:33 | 7 | **Q.**   Does Schultz take his phone? |
| 15:57:36 | 8 | Why are they doing this to him? |
| 15:57:37 | 9 | **A.**   I don't know. |
| 15:57:37 | 10 | **MS. HUGGINS:**   Form. |
| 15:57:38 | 11 | **BY MR. RUPP:** |
| 15:57:38 | 12 | **Q.**   Okay.  Did you -- did you intervene or |
| 15:57:41 | 13 | ask them to stop? |
| 15:57:43 | 14 | **A.**   I don't remember. |
| 15:57:44 | 15 | **Q.**   Had the young man done anything? |
| 15:57:47 | 16 | **A.**   I don't remember. |
| 15:57:47 | 17 | **Q.**   Okay.  Well, you're standing right |
| 15:57:49 | 18 | there.  Did you think it was appropriate for the |
| 15:57:53 | 19 | officers to rough up Earl? |
| 15:57:55 | 20 | **MS. HUGGINS:**   Form. |
| 15:57:55 | 21 | **BY MR. RUPP:** |
| 15:57:56 | 22 | **Q.**   We'll watch it again. |
| 15:58:25 | 23 | Did you see Officer Schultz take Earl's |

*McDermott - Rupp - 2/19/20*

394

| | | |
|---|---|---|
| 15:58:28 | 1 | telephone away from him? |
| 15:58:29 | 2 | **A.**   I saw him take something. |
| 15:58:30 | 3 | **Q.**   Do you know why he did that? |
| 15:58:31 | 4 | **A.**   I don't. |
| 15:58:37 | 5 | **Q.**   Is that proper police -- police |
| 15:58:38 | 6 | procedure? |
| 15:58:38 | 7 | **A.**   It would depend on the situation. |
| 15:58:39 | 8 | I -- I don't remember -- |
| 15:58:40 | 9 | **Q.**   What about this situation? |
| 15:58:41 | 10 | **A.**   I don't remember what the conversation |
| 15:58:43 | 11 | was. |
| 15:58:43 | 12 | **Q.**   Okay.  Do you know why they start |
| 15:58:46 | 13 | pulling and pushing Earl? |
| 15:58:47 | 14 | **A.**   I don't. |
| 15:58:48 | 15 | **Q.**   You were standing right there, right? |
| 15:58:50 | 16 | You were watching this? |
| 15:58:51 | 17 | **A.**   Yes. |
| 15:58:51 | 18 | **Q.**   Do you intervene at any time and tell |
| 15:58:55 | 19 | them to stop? |
| 15:58:55 | 20 | **A.**   I don't remember. |
| 15:58:57 | 21 | **Q.**   Officer Schultz was the most senior |
| 15:58:59 | 22 | officer on the scene, right? |
| 15:59:01 | 23 | **A.**   Yes. |

| | | |
|---|---|---|
| 15:59:22 | 1 | **Q.**   Do you know why Officer Schultz went |
| 15:59:25 | 2 | back to the SUV? |
| 15:59:25 | 3 | **A.**   I don't. |
| 15:59:27 | 4 | **Q.**   Do you know if he was running Earl's |
| 15:59:29 | 5 | license? |
| 15:59:29 | 6 | **A.**   He may have been. |
| 15:59:31 | 7 | **Q.**   Would that be police procedure? |
| 15:59:35 | 8 | **A.**   It might be.  I mean, I don't -- |
| 15:59:38 | 9 | **Q.**   To see if he has a warrant or |
| 15:59:39 | 10 | something? |
| 15:59:40 | 11 | **A.**   I -- I don't know why he would have, if |
| 15:59:42 | 12 | that's what he was even doing. |
| 15:59:50 | 13 | **Q.**   Was Earl detained at this point, or was |
| 15:59:52 | 14 | he free to go? |
| 15:59:54 | 15 | **A.**   From what I'm watching, it appears he's |
| 15:59:56 | 16 | free to go, but I don't remember. |
| 15:59:59 | 17 | **Q.**   Do you know if he had been given back |
| 16:00:00 | 18 | his possessions? |
| 16:00:01 | 19 | **A.**   I don't know. |
| 16:00:03 | 20 | **Q.**   Do you know why they were taken from |
| 16:00:04 | 21 | him? |
| 16:00:05 | 22 | **A.**   I do not. |
| 16:00:16 | 23 | **Q.**   Do you know if at this point or by this |

*McDermott - Rupp - 2/19/20*

396

| | | |
|---|---|---|
| 16:00:17 | 1 | point Mr. Kistner had complained of being injured? |
| 16:00:20 | 2 | **MS. HUGGINS:**  Form. |
| 16:00:20 | 3 | **THE WITNESS:**  I don't remember. |
| 16:00:21 | 4 | **BY MR. RUPP:** |
| 16:00:23 | 5 | **Q.**   Do you know why it took -- why there |
| 16:00:25 | 6 | was this delay in taking him to the hospital? |
| 16:00:27 | 7 | **A.**   I don't know. |
| 16:00:30 | 8 | **Q.**   Do you think he should have been taken |
| 16:00:32 | 9 | to the hospital? |
| 16:00:33 | 10 | **A.**   I don't remember what the conversation |
| 16:00:36 | 11 | was or if he had complained of injury yet.  I don't |
| 16:01:16 | 12 | remember. |
| 16:01:16 | 13 | **Q.**   Do you remember anything Earl said? |
| 16:01:18 | 14 | **A.**   I don't. |
| 16:01:20 | 15 | **Q.**   Do you remember anything that was said |
| 16:01:21 | 16 | by anyone to Earl? |
| 16:01:22 | 17 | **A.**   I don't remember. |
| 16:01:23 | 18 | **Q.**   Did you speak to Earl? |
| 16:01:26 | 19 | **A.**   I may have.  I don't remember. |
| 16:01:29 | 20 | **Q.**   Okay.  Did you see on officer returning |
| 16:01:34 | 21 | some items to Earl? |
| 16:01:34 | 22 | **A.**   Yes. |
| 16:01:35 | 23 | **Q.**   Do you know which officer that was? |

McDermott - Rupp - 2/19/20

397

16:01:36  1        **A.**    Could you go back?  I think it was
16:01:39  2    Moriarity walked back from the patrol vehicle.
16:01:43  3        Moriarity.
16:01:52  4        **Q.**    Is that the one with the hat?
16:01:54  5        **A.**    Yes.
16:01:54  6        **Q.**    Okay.  Are you in this picture?
16:02:17  7        **A.**    I think that's Officer Velez.
16:02:20  8        **Q.**    Do you know what's being discussed?
16:02:22  9        **A.**    I don't.
16:02:30 10        **Q.**    Who's that gesturing and looking back
16:02:34 11    south on Scharmbeck?
16:02:36 12        **A.**    I think it's Officer Velez.
16:02:46 13        **Q.**    Did you ever see Officer Moriarity
16:02:48 14    writing something down?  Writing a note?
16:02:53 15        **A.**    You'd have to play it again.
16:02:56 16        **Q.**    Well, do you remember seeing that at
16:02:57 17    the scene?
16:02:58 18        **A.**    I don't remember it from that day.
16:03:03 19        **Q.**    Do you remember having any -- any
16:03:05 20    conversations with anybody in the home at
16:03:08 21    37 Scharmbeck?
16:03:12 22        **A.**    I don't believe I ever went inside.
16:03:13 23        **Q.**    Well, I didn't ask you that.

*McDermott - Rupp - 2/19/20*

398

16:03:15  1          Did anybody call out the window or purport

16:03:20  2   to speak to the officers on the street from

16:03:22  3   37 Scharmbeck?

16:03:23  4          **A.**    I believe a woman yelled out the

16:03:25  5   window, but I don't remember if I was the one that

16:03:26  6   responded or not.

16:03:27  7          **Q.**    Do you remember what she said?

16:03:28  8          **A.**    I don't.

16:03:30  9          **Q.**    Do you remember anybody saying that you

16:03:32 10   were on camera?

16:03:34 11          **A.**    I remember knowing that there was

16:03:37 12   a camera.  I just don't remember how that

16:03:40 13   information was told to me.  If she yelled that or

16:03:43 14   if someone else said it that day, I -- I don't

16:03:46 15   remember, but I remember it being told to me.

16:03:51 16          **Q.**    Do you have an opinion about

16:03:53 17   surveillance cameras?

16:03:56 18          **A.**    No.

16:04:14 19          **Q.**    In the upper left-hand corner, we see

16:04:16 20   some officers.  Do you know what's being discussed?

16:04:18 21          **A.**    No.

16:04:19 22          **Q.**    Do you have any recollection, from the

16:04:20 23   time Mr. Kistner was placed in the 532 patrol

*McDermott - Rupp - 2/19/20*

399

| | | |
|---|---|---|
| 16:04:24 | 1 | vehicle, what any officers were discussing with |
| 16:04:26 | 2 | each other? |
| 16:04:27 | 3 | **A.**    No. |
| 16:05:02 | 4 | **Q.**    Do you know why Mr. Kistner is not |
| 16:05:04 | 5 | being transported to the hospital? |
| 16:05:05 | 6 | **A.**    I don't. |
| 16:05:08 | 7 | **Q.**    Is this type of delay usual? |
| 16:05:12 | 8 | **MS. HUGGINS:**    Form. |
| 16:05:13 | 9 | **THE WITNESS:**    It would depend on the |
| 16:05:15 | 10 | situation. |
| 16:05:16 | 11 | **BY MR. RUPP:** |
| 16:05:17 | 12 | **Q.**    Would the situation be that you were |
| 16:05:19 | 13 | all talking to each other to get your stories |
| 16:05:20 | 14 | straight? |
| 16:05:21 | 15 | **MS. HUGGINS:**    Form. |
| 16:05:21 | 16 | **THE WITNESS:**    No. |
| 16:05:56 | 17 | **BY MR. RUPP:** |
| 16:05:56 | 18 | **Q.**    Are you shown in the picture as it |
| 16:05:58 | 19 | reads at 10:34:12? |
| 16:06:00 | 20 | **A.**    Am I shown? |
| 16:06:01 | 21 | **Q.**    Yeah. |
| 16:06:01 | 22 | **A.**    I'm not sure if that's -- I think that |
| 16:06:03 | 23 | might be Officer Velez up in the left-hand corner. |

*McDermott - Rupp - 2/19/20*

400

16:06:09  1  I can't tell if that's her or me.

16:06:09  2       **Q.**   Okay.

16:06:15  3       **A.**   I think that's Officer Velez.

16:06:53  4       **MR. RUPP:**  All right.  Thank you,

16:06:54  5  Ms. McDermott.  I have no further questions.

16:07:11  6       **MS. HUGGINS:**  I have no questions.

16:07:13  7       **MR. RUPP:**  Okay.  We're done.

        8       (Proceedings of 2/19/20 were then concluded

        9  at 4:07 p.m.)

       10                    *    *    *

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

401

```
1        I hereby CERTIFY that I have read the

2   foregoing 400 pages, and that except as to those

3   changes (if any) as set forth in an attached errata

4   sheet, they are a true and accurate transcript of

5   the testimony given by me in the above entitled

6   action on February 19, 2020.

7

8

9                      ------------------------
                          LAUREN McDERMOTT
10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

402

```
 1  STATE OF NEW YORK)

 2                      ss:

 3  COUNTY OF ERIE   )

 4

 5       I DO HEREBY CERTIFY as a Notary Public in and

 6  for the State of New York, that I did attend and

 7  report the foregoing deposition, which was taken

 8  down by me in a verbatim manner by means of machine

 9  shorthand.  Further, that the deposition was then

10  reduced to writing in my presence and under my

11  direction.  That the deposition was taken to be

12  used in the foregoing entitled action.  That the

13  said deponent, before examination, was duly sworn

14  to testify to the truth, the whole truth and

15  nothing but the truth, relative to said action.

16

17

18                      _____

19                      ANNE T. BARONE, RPR,
                        Notary Public.
20

21

22

23
```