

# CITY OF BUFFALO

## DEPARTMENT OF LAW

# EXHIBIT

# L

Purchase
Copy

## CONTRACT 7617 WITH EMERLING CHEVROLET

## FOR THE PURCHASE OF 2014 CHEVY TAHOE 2WD PPV (POLICE PATROL VEHICLE)

## FOR THE DEPARTMENT OF POLICE



**TOM SPENCE**
t.spence@kerrindustries.com
**Texas – Oshawa – California**
**800 585 1774**

**Quote – 22-Jan-14**

---

City of Buffalo

Kathy Fitzpatrick

2014 Police Tahoe

Contract Adjustments

---

### *Supply and install the following additions to existing contract:*

- KP4D-Paint option- 4 doors only white                    $1,704.00 per truck
- NOTE* Handles, side mirrors and jambs are not painted

- KVDP-BUF-High visibility decal and stripe package with      $1,020.00 per truck
  unit numbers (TraversCollins artwork and color choice)

NOTE: above pricing reflects the upfitter MSRP discount percentage off list of 15% as per contract

### *Adjustments and credits:*

- Original total of existing contract for police equipment        $603,729.00
- **Adjustments:**
  - Vinyl wrap credit                                           -$48,363.00
  - Additional blanket credit                                    -$5,000.00
  - Paint and decal addition(see above for details)             $133,476.00
- Total for 49 trucks with adjustments applied              **$683,842.00**

*Price is quoted in US funds and is exclusive of any applicable taxes*

---

All equipment supplied and installed by Kerr Industries has a warranty of 3 years/36000 miles.

Please contact us if you have any questions regarding this quote

Thanks for the opportunity,

Tom

Please note:
- Kerr Industries is not responsible and assumes no liability for the specifications of the car or the factory options ordered by the dealer to meet those specs. Please consult your Auto book for factory options and pricing for those options.
- This is ONLY a quote and not an order confirmation. To apply these options to a vehicle please provide Kerr with the GM factory order numbers and a Kerr order confirmation will be sent to

---

THIS AGREEMENT, made this 19ᵗʰ day of AUGUST, 2013, by and between THE CITY OF BUFFALO, a municipal corporation in the County of Erie and State of New York, by  WILLIAM L. SUNDERLIN, as its Director of Purchase, party of the first part, hereinafter referred to as the "City", and EMERLING CHEVROLET, a corporation organized and existing under and pursuant to the Laws of the State of NEW YORK, with its principal office and place of business at 9000 BOSTON STATE ROAD, BOSTON, NY 14025, party of the second part, hereinafter referred to as the "Contractor".

## W I T N E S S E T H :

That the said Contractor does hereby for himself, his heirs, executors, administrators, successors and assigns, covenant and agree to and with the said City, that the said Contractor shall and will for the consideration hereinafter mentioned, to be paid by said City to said Contractor at the time and times and in the manner hereinafter specified, sell, furnish, supply and deliver to said City, as ordered and directed from time to time by said Director of Purchase, all of the materials, supplies and equipment mentioned and described in the schedule hereto annexed and made a part hereof, of the kind, quality and size, as set forth in the specifications filed in the office of the Director of Purchase, and forming part of this agreement.

Said Contractor hereby warrants the said materials, supplies and equipment delivered under this contract against any defects in materials and workmanship, and in strict accordance with said specifications.

The said City hereby covenants, promises and agrees to and with the said Contractor, that said City shall and will well and truly pay or cause to be paid to said Contractor for the said materials, supplies and equipment sold and delivered, the unit prices set forth in said schedule, or the amount or sums specified in the proposal of said Contractor; said payments to be made after the approval by the City of a properly itemized invoice for the said materials, supplies or equipment furnished and delivered in strict accordance with the specifications and properly certified by the Director of Purchase, to the effect that the materials, supplies and equipment, for which said invoice is rendered, have been furnished and delivered in accordance with the terms of this contract and the specifications on file.  Such certificates and approval, however, shall in no way lessen the total and final responsibility of the Contractor, neither shall it exempt him from liability to replace any of the articles furnished if it afterwards be discovered that any one, more or all of said articles are not according to the Contract and specifications in quality, quantity or condition.

IT IS FURTHER AGREED, That should the Contractor fail to complete the contract and every part thereof to the satisfaction of the Director of Purchase and within the time herein set forth or required in the specifications, the said City may at its option procure such materials, supplies or equipment omitted to be supplied by said Contractor as may be necessary, all at the expense of said Contractor, and the amount thereof shall be deducted from the contract price herein stated, all as shown in said schedule; and should such expense be greater than the market price, the said Contractor hereby agrees to pay the excess to the City on demand.

The Contractor shall indemnify and save harmless the City, its officers and employees from all claims, suits, actions, damages, losses and costs of every name and description to which the City may be subjected or put by reason of injury to the persona or property of another, or the property of the City, resulting from the negligence or carelessness, active or passive, of the Contractor, or the joint negligence, active or passive, of the Contractor and the City, his or their employees, agents or subcontractors, in the performance of any work under this contract or in the delivery of materials and supplies.  The whole, or so much of the money to become due under this contract as shall be considered necessary by the City, may be retained by it until all suits or claims for damages shall have been settled or otherwise disposed of, and evidence to that effect furnished to the satisfaction of the City.

Should any dispute arise respecting the true construction or meaning of the specifications hereto annexed, the same shall be decided by the Director of Purchase, and his decision shall be final and conclusive.

The Contractor further agrees not to assign, transfer, convey, sublet or otherwise dispose of this contract, or his right, title or interest therein, or his power to execute the same, to any other person, company or corporation, without the previous consent in writing of the Director of Purchase of the City of Buffalo.

IT IS HEREBY MUTUALLY STIPULATED AND AGREED, That this contract shall not be binding or of any force, unless the Comptroller of the City of Buffalo shall endorse heron his certificate that there remains unexpended and unapplied a balance of the appropriation or fund applicable thereto sufficient to pay the expense of executing this contract, as appears upon the face thereof.

IF CORPORATION:

IN WITNESS WHEREOF, the said THE CITY OF BUFFALO has caused this agreement to be signed by its Director of Purchase, and the said EMERLING CHEVROLET, has hereunto affixed its corporate seal and has caused this instrument to be signed by its                                        , the day and year first above written.

THE CITY OF BUFFALO

By _William Sunderl_

WILLIAM L. SUNDERLIN, Director
Division of Purchase

EMERLING CHEVROLET

By _Russel Belscher_

Its _Comm Sales Mgr._

HAVE SIGNATURE WITNESSED ON PAGE 3

IF INDIVIDUAL OR PARTNERSHIP:

IN WITNESS WHEREOF, the said City has caused this agreement to be signed by its Director of Purchase, and the said Contractor has hereunto set his hand and seal, the day and year first above written.

THE CITY OF BUFFALO

By _William Sunderl_

WILLIAM L. SUNDERLIN, *Director of Purchase*

_____

_____

_____

HAVE SIGNATURE WITNESSED ON PAGE 4

2

$ 1,000,669.68

Auditor's Contract No. *2617*

Appropriation or Fund *12005007-474200*

HEREBY CERTIFY that there remains unexpended and unapplied a balance of the appropriation or fund of applicable to this contract sufficient to pay the expense of executing such contract, as appears, upon the face thereof.

_____ *8/9/13*
*Deputy*                    Comptroller

I HEREBY APPROVE the foregoing contract, as to form only

_____ *8/19/2013*
Ass't Corporation Counsel

STATE OF NEW YORK,        }
COUNTY OF ERIE,           } Ss.
CITY OF BUFFALO           }

On this *19TH* day of *August* , 2013, before me personally came WILLIAM L. SUNDERLIN, to me known, who, being by me duly sworn, did depose and say:  That he resides in Buffalo, New York;  that he is the Director of Purchase of the City of Buffalo and as such is the head of the Division of Purchase, Executive Department, of the City of Buffalo, the corporation described in and which executed the above instrument, and that he signed his name thereto, for and in behalf of said City, pursuant to Section Four Hundred (400) of the Charter of the City of Buffalo.

*Kathleen Fitzpatrick*
_____
COMMISSIONER OF DEEDS, BUFFALO, N.Y.
_____
My commission expires December 31, 2013

IF CORPORATION:

STATE OF NEW YORK        }
COUNTY OF ERIE           } Ss.
CITY OF BOSTON           }

On this *19TH* day of *August* , 2013, before me personally came *RUSSEL BELCHER* , to me known, who, being by me duly sworn, did depose and say: That he resides in *Boston, New York* ; that he is the *Comm. Sales MANAGER* of the *EMERLING CHEVROLEt* , the corporation described in and which executed the above instrument ; that he knew the seal of said corporation;  that the seal affixed to said instrument was such corporate seal, that it was so affixed by order of the Board of Directors of said corporation, and that he signed his name thereto by like order.

*Kathleen Fitzpatrick*
_____
NOTARY PUBLIC
_____
COMMISSIONER OF DEEDS
*my commission expires*
*12-31-13*

IF INDIVIDUAL OR PARTNERSHIP:

STATE OF NEW YORK,
COUNTY OF ERIE,          } Ss.
CITY OF BUFFALO

On this _____ day of _____ , 2013, before me, the subscriber personally came _____ , an individual doing business _____ , to me known to be the same person described in and who executed the foregoing instrument; and he duly acknowledged to me that he executed the same.

_____

_____
NOTARY PUBLIC
_____
COMMISSIONER OF DEEDS

STATE OF NEW YORK,
COUNTY OF ERIE,          } Ss.
CITY OF BUFFALO

On this _____ day of _____ , 2013, before me, the subscriber personally came _____ , to me known to be the same person described in and who executed the foregoing instrument;  and he duly acknowledged to me that he executed the same.

_____

_____
NOTARY PUBLIC
_____
COMMISSIONER OF DEEDS

4

SCHEDULE

THIS CONTRACT COVERS ONLY:

THE PURCHASE OF 2014 CHEVY TAHOE 2WD PPV (POLICE PATROL VEHICLE), AS SPECIFIED, WITH REQUESTED OPTIONS.

| QTY | DESCRIPTION | PRICE EACH | TOTAL PRICE |
|---|---|---|---|
| 24 | 2014 CHEVY TAHOE 2WD PPV PACKAGE | $ 26,750.00 | $ 642,000.00 |
| 24 | CHEVY OPTION K5T BATTERIES DUAL | $ 163.11 | $ 3,914.64 |
| 24 | CHEVY OPTION 9G8 DELETE DAYTIME RUNNING LAMPS AND AUTOMATIC HEADLAMPS | $ .85 | $ 20.40 |
| 24 | CHEVY OPTION 6E2 KEY COMMON | $ 21.46 | $ 515.04 |
| 24 | CHEVY OPTION G80 LOCKING DIFFERENTIAL | $ 253.25 | $ 6,078.00 |
| 24 | CHEVY OPTION 6N6 REAR DOOR LOCKS INOPERATIVE | $ 56.66 | $ 1,359.84 |
| 24 | CHEVY OPTION 6B2 REAR DOOR HANDLES INOPERATIVE | $ 56.66 | $ 1,359.84 |
| 24 | CHEVY OPTION 6N5 REAR DOOR SWITCHES INOPERATIVE | $ 48.07 | $ 1,153.68 |
| 24 | CHEVY OPTION 5T5 SEATS FRONT CLOTH WITH VINYL REAR SEAT | $ 3.43 | $ 82.32 |
| 24 | PERFORMANCE BOND WAIVER CREDIT | $ (76.00) | $ (1,824.00) |
| | **CHEVY TAHOE SUBTOTAL** | $ 27,277.49 | $ 654,659.76 |
| | KERR OPTION PACKAGE PER ATTACHED SPECIFICATIONS | $ 12,321.00 | $ 295,704.00 |
| | **CHEVY TAHOE WITH KERR PACKAGE SUBTOTAL** | $ 39,598.49 | $ 950,363.76 |
| | WHELEN LIBERTY SERIES LIGHT BAR PER ATTACHED SPECIFICATIONS, INCLUDING SHIPPING TO KERR | $ 2,096.08 | $ 50,305.92 |
| | **CHEVY TAHOE WITH KERR PACKAGE AND WHELEN LIBERTY LIGHT BAR TOTAL** | $ 41,694.57 | $ 1,000,669.68 |

**General Motors Warranty:**
- 3 Years or 36,000 miles Bumper to Bumper
- 5 Years or 100,000 miles Powertrain

**Kerr Industries Warranty**
- All equipment installed by Kerr Industries has a warranty of 3 years/36000 miles

## TOTAL PRICE $ 1,000,669.68

DELIVERY SHALL BE MADE WITHIN _____ 180 _____ DAYS AFTER RECEIPT OF A PURCHASE ORDER.

PRICE INCLUDES INSIDE DELIVERY TO THE CITY OF BUFFALO, POLICE GARAGE LOCATED AT 341 SENECA STREET, ROOM 120, BUFFALO, NEW YORK 14203.

CONTRACT PERIOD: DATE OF CONTRACT THROUGH JUNE 30, 2014

CONTRACT MAY BE RENEWED AT SAME PRICE, AN ADDITIONAL FOUR (4) ONE-YEAR PERIODS, IF AGREEABLE TO THE VENDOR AND THE CITY OF BUFFALO.

ALL AS PER SPECIFICATIONS, BIDS AND CONTRACT #7617

## 2014 CHEVY TAHOE
## 2WD PPV ( POLICE PATROL VEHICLE)
## FOR THE
## DEPARTMENT OF POLICE

PROPOSALS IN SEALED ENVELOPES, marked "FORMAL BID ON 2014 CHEVY TAHOE 2WD PPV (POLICE PATROL VEHICLE) FOR THE DEPARTMENT OF POLICE", addressed to the Director of Purchase, 65 Niagara Square, Room 1901 City Hall, Buffalo, New York 14202, will be received until 11:00 A.M., local time, MONDAY, AUGUST 8, 2013.

The City of Buffalo, Division of Purchase is requesting bids for the Department of Police to purchase of 2014 Chevy Tahoe 2WD PPV (Police Patrol Vehicles), or current model year and the following specifications.

The City of Buffalo reserves the option to purchase additional quantities of the above units at the bid prices, under the same terms and conditions for a period of one (1) year from the date of contract if agreeable to the successful vendor and if necessary funds become available, and may renew an additional four (4) one (1) year periods with all terms the same and agreeable to both parties.

City of Buffalo reserves the right to reject any and all bids or parts of bids, to waive irregularities and technicalities and to request rebids. City of Buffalo also reserves the right to award the contract on such as the City deems will best serve its interests.

City of Buffalo reserves the right to reject all bids and utilize pricing offered in current contracts with other governmental entities if determined advantageous and in the best interest of the City.

Price includes delivery to the City of Buffalo, Department of Police, 341 Seneca Street, Buffalo, New York 14203.

For questions regarding these products, please contact , Buffalo Police Department, at (716) 851-4584.

## NOTIFICATION OF AWARD

A notice of award letter will be sent to all parties who submitted a valid proposal notifying all of our selection as to who was the successful bidder.  **There is a ten (10) calendar day bid protest appeal period which starts from date of award on letter, any vendor who feels they have a reason for protest must file within this time period.**

## METHOD OF BIDDING

Bidders shall quote unit prices and total price.

Prices quoted shall include delivery to the Buffalo Police Garage, 341 Seneca Street, Buffalo, New York 14203.

Bidders shall state manufacturer's name and model number and length of time required for delivery

Pages (8- 10) shall be returned with bid noting any exceptions.  **It will be presumed that the bidder is bidding as specified, if exceptions are not listed.**

## ALL INFORMATION REQUIRED

BIDDERS SHALL ANSWER ALL QUESTIONS APPEARING ON BID FORM.
FAILURE TO FOLLOW INSTRUCTIONS SHALL BE REASON FOR DISQUALIFICATION.
NOT RESPONDING TO THIS BID INVITATION WILL RESULT IN YOUR NAME BEING REMOVED FROM THE BIDDER'S LIST FOR THIS COMMODITY GROUP.

WILLIAM L. SUNDERLIN
DIRECTOR OF PURCHASE



# CITY OF BUFFALO

### NEW YORK
### DEPARTMENT OF ADMINISTRATION, FINANCE, POLICY & URBAN AFFAIRS
### DIVISION OF PURCHASE
### 65 NIAGARA SQUARE, ROOM 1901 CITY HALL
### BUFFALO NY 14202

# FORMAL PROPOSAL
## 2014 CHEVY TAHOE 2WD PPV (POLICE PATROL VEHICLE)
## FOR THE
## DEPARTMENT OF POLICE

Covered by Specifications ADVERTISED ON:  WEDNESDAY, JULY 31, 2013

This bid must be returned to: The Division of Purchase, 65 Niagara Square, Room 1901 City Hall, Buffalo, N.Y. 14202 on or before 11:00 A.M., Local Time, MONDAY, AUGUST 8, 2013, at which time all bids will be publicly opened.

THE UNDERSIGNED SUBMITS THE FOLLOWING BID, WHICH IS IN COMPLETE CONFORMITY WITH THE INTENT OF THE SPECIFICATIONS.

| ITEM NO. | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 1. | 30 EA | 2014 CHEVY TAHOE 2WD POLICE PACKAGE PPV | $ 26,750.00 |

MFR. _Chevrolet_     MODEL NO. _Tahoe 2WD PPV_
_CC10706_

CONTINUED

NAME OF BIDDER _Emerling Chevrolet_ PHONE NO. _716-941-5255_
ADDRESS _9000 Boston State Rd._ REMIT TO ADDRESS _Boston, NY 14025_
This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK

9

**MANUFACTURER'S OPTIONS**

| ITEM NO. | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 2. | 1 EA | K5T  BATTERIES DUEL – 660 CCA, 80-amp hour rating, parallel connected | $ 163.11 |
| 3. | 1 EA | B85  BODY SIDE MOLDINGS – On 4 doors | $ 85.85 |
| 4. | 1 EA | 1LR  BREAK SYSTEM, CITY - Uses base friction material that wears better at Lower temperatures and city service. The city breaks are not optimal for track performance, the rotor does not have the radial drilled holes. The parts are physically interchangeable for service, however the parts should be substituted as complete four wheel sets. | $ Included in PPV Base Price |
| 5. | 1 EA | UTQ  CONTENT THEFT ALARM – Flashing lamps and horn warning. | $ 8.59 |
| 6. | 1 EA | 9GB 96B  DELETE DAYTIME RUNNING LAMPS AND AUTOMATIC HEADLAMPS - Exterior lamps are operated manually. | $ .85 |
| 7. | 1 EA | 9V2  EXTERIOR BODY COLORED PARTS – Blue WA-5665 provides front and Rear fascia that will be blue, requires TGK special paint. B85 body-side moldings are not available. | $ Not Available |
| 8. | 1 EA | 9V7  EXTERIOR BODY COLORED PARTS – Dark Blue Metallic, provides Dark Blue Metallic special paint WA722J and Dark Blue Metallic special paintedexterior body parts in lieu of glossy Black color normally installed with special paint. Dark Blue Metallic painted parts will consist of front fascia, rear bumperfascia, rear liftgate handle and liftgate applique above license plate. Door handles, mirrors, rear D-pillar applique and liftgate spoiler will remain Black. B85 body-side moldings are not available. Requires SEO TGK special paint. | $ 42.92 |
| 9. | 1 EA | 5T4  EXTERIOR BODY COLORED PARTS – Victory Red special painted exterior body parts in lieu of glossy Black color normally installed with special painted bodies, Victory Red painted parts will consist of front fascia, rear bumper fascia, rear liftgate license plate applique and rear liftgate handle, door handlesand body side moldings. Mirrors, rear D-pillar applique and liftgate spoiler will remain Black. Requires SEO TGK special paint and special paint color WA9260 Victory Red, Includes RPO B85 body side moldings. | $ 128.77 |

CONTINUED

NAME OF BIDDER  Emerling Chevrolet  PHONE NO. 716-941-5255

ADDRESS 9000 Boston State Rd.  REMIT TO ADDRESS Boston, NY 14025

This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK

10

| ITEM NO. | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 10. | 1 EA | 6J7   FLASHER SYSTEM HEADLAMP AND TAIL LAMP – DRL compatible, head lamp flasher module with control wire and body control module rear. | $ 412.08 |
| 11. | 1 EA | B30   FLOOR COVERING – Color keyed carpeting. | $ 163.11 |
| 12. | 1 EA | B58   FLOOR MATS – Color keyed carpeted front and 2nd row (not available with vinal floor covering) | $ Included With B30 |
| 13. | 1EA | K05   HEATER – Engine block | $ 64.39 |
| 14. | 1 EA | PPV   INDENTIFIER – Police Package | $ Included In PPV Base Price |
| 15. | 1 EA | 6E2 KEY COMMON – Complete vehicle fleet, provides a Single key cut with a specific code that is common to the door Lock and ignition of all the vehicle fleet; this key code is an alternate to SE0 6E8 key common, complete vehicle fleet; not\ compatible with 2006 and earlier Tahoes. | $ 21.46 |
| 16. | 1 EA | 6E8   KEY COMMON – Complete vehicle fleet, provides a single key cut with a specific code that is common to the door lock and ignition of all the vehicles in the vehicle fleet; this key code is an alternate to SEO 6E2 key common, complete vehicle fleet; not compatible with 2006 and earlier Tahoes. | $ 21.46 |
| 17. | 1 EA | AMF KEYLESS ENTRY TRANSMITTERS – Fleet Package includes 6 additional transmitters. Transmitters are not programmed. Each transmitter, including the two standard with the vehicle, must be programmed together by a dealer at customer expense. | $ 64.38 |
| 18. | 1 EA | G80   LOCKING DIFFERENTIAL – Heavy-duty | $ 253.25 |
| 19. | 1 EA | TRW PROVISION FOR ROOF MOUNTED LAMP – Overhead console mounted switch and wiring to roof; upfitter to install and connect a roof mounted warning lamp | $ 25.75 |

CONTINUED

NAME OF BIDDER Emerling Chevrolet   PHONE NO. 716-941-5255

ADDRESS 9000 Boston State Rd   REMIT TO ADDRESS Boston, NY 14025

This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK

| ITEM NO. | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 20. | 1 EA | 6N6      REAR DOOR LOCKS INOPERABLE – Rear power locks are inoperable at rear door but operate from drivers position. | $ 56.66 |
| 21. | 1 EA | 6B2      REAR DOOR HANDLES INOPERABLE – Rear door inoperative; doors can be opened only from outside. | $ 56.66 |
| 22. | 1 EA | 6N5      REAR DOOR WINDOW SWITCHES INOPERABLE – Rear windows only operated from drivers position. | $ 48.07 |
| 23. | 1 EA | AP3      REMOTE VEHICLE STARTER SYSTWM – Includes remote keyless entry | $ 169.17 |
| 24. | 1 EA | 5T5      SEATS – Front cloth with vinyl rear seat | $ 3.43 |
| 25. | 1 EA | TGK      SPECIAL PAINT SOLID – One color all normally body-colored non-sheet metal parts will be gloss Black. This includes front and rear facias, liftgate handle and applique, D-pillars and upper liftgate applique. Mirrors and door handles will be grained Black parts. B85 body-side molding are not available except with SE0 option 5T4 exterior body-colored parts. May require extending lead time. Required with any SE0 paint selection. May require extended lead time. | $ 257.55 |
| 26. | 1 EA | 7X6      SPOTLAMP – Left-hand, separately fused. | $ 394.91 |
| 27. | 1 EA | 7X7      SPOTLAMPS - Left and right hand, separately fused. | $ 703.97 |
| 28. | 1 EA | WX7 WIRING – For customer connection to front door and windshield pillar speakers. Front speakers are not connected to the vehicle radio; radio audio signals are routed to the rear speakers. | $ 47.21 |
| 29. | 1 EA | 6J3      WIRING – For grille lamps and sired speaker. | $ 87.56 |

CONTINUED

NAME OF BIDDER  Emerling Chevrolet      PHONE NO.  716-941-5255

ADDRESS  9000 Boston State Rd  REMIT TO ADDRESS  Boston, NY  14025

This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK

| ITEM NO. | QTY | DESCRIPTION | UNIT PRICE |
|---|---|---|---|
| 30. | 1 EA | 6J4      WIRING – For horn/siren circuit, in-line Connection for customers furnished switch. | $ _30.90_ |
| 31. | 1 EA | AUTONET MOBILE WIFI IN-CAR UNIT | $ _370.00_ |
| 32. | 1 EA | ANJ  NON DEEP TINTED GLASS    _Credit_ | $ _-248.25_ |
| 33. | 2 EA | SNOW TIRES MOUNTED ON RIMS | $ _695.00_ |
| 34. | 4 EA | SNOW TIRES MOUNTED ON RIMS | $ _1390.00_ |

*Quantity of tires and rims ordered will depend on funding available

CONTINUED

NAME OF BIDDER _Emerling Chevrolet_      PHONE NO. _716-941-5255_

ADDRESS _9000 Boston State Rd._   REMIT TO ADDRESS _Boston, NY 14025_

This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK.

It will be at the discretion of the City of Buffalo as to the manufacturer options chosen and items to be upfitted.  In addition to the manufacturer option we are requesting a pricing option of items to be upfitted by an authorized GM upfitter company.  Listed below are items we are requesting pricing on and will chose depending on cost and available funding.  Successful vendor will be required to deliver complete vehicle as requested by the City of Buffalo.

Name of Authorized GM Upfitter company: _Kerr Industries_

You may attach a listing with upfit items offering a percentage off list or price out below.

If attaching upfitter MSPR what discount percentage off list _____ _15_ % *except item KCPORT @ 10%*

**Option Power Management and Wiring Harnesses** *See Attached PRICING*

**KCP80F  8**0 amp front power management system with 5 ignition and 6 battery connections and 12 ground                                                                                                    1 EACH $_____

**KPDIST** 80 amp front and rear power management systems includes 2 fuse panels, circuit breakers and colour coded, label wiring                                  1 EACH $_____

**KWIRE-LED** Basic LED wiring with terminated ends for mirror, B pillar and rear deck or cargo area and left blunt cut in truck or rear cargo area   1 EACH $_____

**KWIRE-EXT** Extension of 6J7, 6J3 and 6J4 to the rear trunk or cargo area NOTE: must order SEO 6J7, 6J3 and 6J4 or SEO equivalent                           1 EACH $_____

**K72IP** Dash panel pass through grommet                                                                          1 EACH $_____

**KBATP** Automatic battery protection detects when battery voltage is below 11.9V and cuts power to the vehicle, comes with reset button and manual override                                                                                                   1 EACH $_____

**KZBM** Equipment/battery minder allows time out from 15 minutes to 4 hours                                                                                        1 EACH $_____

**KLP-12** Lap top shut down system,  when laptop it wired to this cicuit Will safely shut down computer without loosing data. Must also order One of KCP80—F, KCP80-R, OR KPDIST                                                      1 EACH $_____

**K6J7RF** Separate front from rear flasher on SEO 6J7 (must order SEO 6J7)                                                                                           1 EACH $_____

**KT6BIS** Isolator on IE 6A6 battery. Includes altering OE wiring so all aux police equipment will run of aux battery only (Must order SEO 6A6)                                                                                      **1 EACH $_____**

(continued)

NAME OF BIDDER _Emerling Chevrolet_ PHONE NO. _716-941-5255_

**Option Vehicle Enhancements**

**KATS** Vehicle anti-theft system allows you to remove key while
engine is running                                                          1 EACH $_____

**KBAG** Passenger disable air bag switch convenient for items such
as laptops which impede air bag zone                                       1 EACH $_____

**KBAGSID** Side curtain air bag disable switch allows for installation
of prisoner partition utilizing fixed hard wing panels                     1 EACH $_____


**Option Vehicle Enhancements-Continued**

**KMAU** permits the interior handle to open the door in the
locked position                                                            1 EACH $_____

**KLOCK** rear hatch lock keyed to vehicles existing keys                  1 EACH $_____

**KEMGLOC** permits unlocking of rear passenger doors in the event of
electrical failureallowing access to the rear occupants (per door)         1 EACH $_____

**KTBDP-3A** NIJ Level 3 and level 3a ballistic door panels for front driver and
Passenger only  (per door)                                                 1 EACH $_____

**KTBDP-3NIJ** level 3 ballistic door panels for front driver and
Passenger only (per door)                                                  1 EACH $_____

**KHOUR2** Hour meter - counts only engine idle hours for fuel
Management                                                                 1 EACH $_____

**KHDG** Heavy duty limiting strep oftion for NIJ level 3 ballistic
Panel                                                                      1 EACH $_____

**KEY1** One extra key, cut and programmed                                 1 EACH $_____

**KEY2** Two extra keys, cut and programmed                                1 EACH $_____

**KEY3** Three extra keys, cut and programmed                              1 EACH $_____

**KEY4** Four extra keys, cut and programmed                               1 EACH $_____

**KEY5** Five extra keys, cut and programmed                               1 EACH $_____

**KEY6** Six extra keys, cut and programmed                                1 EACH $_____


NAME OF BIDDER   Emerling Chevrolet      PHONE NO. 716-941-5255

15

**Option Console and Equipment Mounting**

**KCPLT** Console mounting platform (floor plate and leg kit)    1 EACH $_____

**KON\*\*** Available in 14" or 18" console (includes floor plate & leg kit and equipment faceplates to match equipment)    1 EACH $_____

**KON-ARM** Armrest    1 EACH $_____

**KON-CUP** Dual cup holder    1 EACH $_____

**KON-PWR** 3-outlet power plug (12 volt) mounted in console    1 EACH $_____

**K12VA** 3-outlet power plug (12 volt) mounted outside the console    1 EACH $_____

**KTIC** Ticket book holder for console    1 EACH $_____

**KMAP12** 12" gooseneck map light - LED (must specify length)    1 EACH $_____

**KCPUT** Stand alone universal computer mount    1 EACH $_____

**Option Console and Equipment Mounting - Continued**

**KON-LAP** Computer mount universal mounting (KON\*\* must also be ordered)    1 EACH $_____

**KON-LPWR** Laptop power supply (inverter)    1 EACH $_____

**KCPORT** Computer port replicator    1 EACH $ _See note on discount_

**Option Rear Cargo or Trunk Options**

**KTCOMC** Custom built command center/storage box    1 EACH $_____

**KTEDON** Economy equipment storage box made of ABS plastic with three compartments and relocatable dividers    1 EACH $_____

**KTMAT** Heavy duty trunk mat    1 EACH $_____

**Option Emergency Lighting and Equipment**

**KPIA PIAA** headlamp bulbs - super bright white light suitable for remote locations where higher visibility is required    1 EACH $_____

**KSPEAK** 100 watt siren speaker (must order option 6J3)    1 EACH $_____

NAME OF BIDDER _Emerling Chevrolet_ PHONE NO. _716-941-5255_

16

**K010** Illumination for low or no light areas in the event visual inspection under the hood is required

1 EACH $_____

**KCRN-LED\*\*** LED corner modules mounted in head and tail lamps available in red, white, blue, amber

1 EACH $_____

**KGRIL-LED\*\*** Front grille LED modules in any combination of red, amber, blue (must order option 6J3)

1 EACH $_____

**KMMLED-\*\*** Outside mirror LED modules in any combination of red, amber, blue

1 EACH $_____

**KNVL55** Night vision dome light with red LED and white incandescent mounted between the driver and passenger

1 EACH $_____

**KNVL55-LED** Night vision dome light with red and white LED mounted between the driver and the passenger

1 EACH $_____

**KLTBAR** Interior or exterior light bars from Sound Off, Whelen, Code 3, Federal Signal

1 EACH $_____

**KSTPART\*\*** LED modules mounted to B pillar in any combination of red, amber, blue and is side curtain air bag compatible

1 EACH $_____

**KDCKLED-\*\*** Two single rear deck or cargo area LED modules in any combination of red, amber, blue

1 EACH $_____

**KTRAF91** Interior mounted low profile traffic director

1 EACH $_____

**KUNDER** Undercover lighting to include front and rear corner strobes, front grille LEDs and siren speaker with a concealed siren/light controller (must order SEO 6J7, 6J3, and 6J4)

1 EACH $_____

**KCLIG** Lighting equipment controllers from Sound Off, Whelen, Code 3, Federal SignaL

1 EACH $_____

**KTRMT-LED** Exterior roof mounted traffic director includes Controller

1 EACH $_____

**KT6C7** White standard dome light mounted between the driver and Passenger with independent switch

1 EACH $_____

**K7XLED** LH spot lamp with LED Lamp

1 EACH $_____

**K7X7** LED LH and RH Spot lamp with LED Lamp

1 EACH $_____

NAME OF BIDDER _Emerling Chevrolet_   PHONE NO. _716-941-5255_

17

**Option Prisoner Containment and Accessories**

**KHORS** Horizontal shot gun rack mounted on upper portion of partition
with ABS panels to protect the headliner (not compatible with side curtain
air bags, must order KBAGSID)                                   1 EACH $_____

**KVETS** Single vertical shot gun rack mounted between driver and
passenger bucket seats on partition with or without recess panel    1 EACH $_____

**KVETD** Dual vertical shot gun rack mounted between driver passenger
bucket seats on partition with or without recess panel (recommended with
a recess panel within the partition                             1 EACH $_____

**KWBAR-S** Rear window barriers-steel bars                      1 EACH $_____

**KWBAR-L** Rear window barriers-Lexan                           1 EACH $_____

**KDOOR** Rear door panel covers                                 1 EACH $_____

**KPART** Single prisoner partition including rear plastic seat, floor pan,
door panel and window barrier                                    1 EACH $_____

**KPCS** Partition - center sliding window with or without air bag compatible
filler panels                                                    1 EACH $_____

**KPHEX** Partition - half vinyl coated expanded metal with or without
air bag compatible filler panels                                 1 EACH $_____

**KPHS** Partition - half sliding window with or without air bag compatible filler
Panels                                                           1 EACH $_____

**KRCSP** Recessed panel for partition                           1 EACH $_____

**KPRIS-1** Plastic rear prisoner seat-no cargo partition        1 EACH $_____

**KPRIS-2** Plastic rear prisoner seat-includes cargo partition  1 EACH $_____

**KTCAR -Lexan** Cargo partition with Lexan upper section        1 EACH $_____

**KTCAR- metal** Cargo partition with expanded metal upper section  1 EACH $_____

**KEMGLOCK-**permits unlocking of rear passenger doors in the
Event of electrical failure allowing access to the rear occupant
Per door                                                         1 EACH $_____

**KAVD-**drain plug in floor vehicle                             1 EACH $_____

**KPAMT-RA** install customer supplied radio antenna on roof     1 EACH $_____

**KPANT-T** install customer supplied radio antenna on truck lid  1 EACH $_____
NAME OF BIDDER  _Emerling Chevrolet_          PHONE NO. _716-941-5255_

18

**Option K9 Transport**

**KCANU** K9 unit                                                    1 EACH $_____

**KCANU-PRIS** 1/3 and 2/3 K9 and prisoner unit - K9 sits in 2/3 area    1 EACH $_____

**KCANDOR** Canine accessories - door popper system                    1 EACH $_____

**KCANCOL** Canine accessories - cooling fan system with monitor
and alarm                                                            1 EACH $_____

**KCANCOLPAG** Canine accessories - pager for cooling alarm system     1 EACH $_____

**KCANWATD** Canine accessories - non-spill water dish                 1 EACH $_____

**KCANRUB** rubber floor mat                                           1 EACH $_____

**Option Exterior Enhancements**

**KPUSH-SET** Setina PB400 push bumper                                 1 EACH $_____

**KPUSH-Gr** GoRhino push bumper                                       1 EACH $_____

**KPUSH-LED2** Setina PB400 push bumper with 2 LED
Modules intregrated into the push bumper                             1 EACH $_____

**KPUSH-LED4** Setina PB400 push bumper with 4 LED
Modules intregrated into the push bumper                             1 EACH $_____

**KBMPR** Wrap around push bumper (includes bumper & wrap)             1 EACH $_____

**KTINTF** Tint for front driver and passenger side windows
- specify tint %                                                     1 EACH $_____

**KTINTMR** Tint for rear side doors - specify tint %                  1 EACH $_____

**KTINTR** Tint for rear and back windows or cargo area - specify tint %  1 EACH $_____

**PAINT AND VINYL OPTIONS**

**KW4DR** Vinyl wrap options-4 doors in roof wrapped in white          1 EACH $_____

**KW2DR** Vinyl wrap options-2 doors in roof wrapped in white          1 EACH $_____

**KW4D** Vinyl wrap options-4 doors only wrapped in white              1 EACH $_____

**KW2D** Vinyl wrap options-2 doors only wrapped in white              1 EACH $_____

NAME OF BIDDER _Emerling Chevrolet_      PHONE NO. _716-941-5255_

19

If your company is the successful bidder and the City of Buffalo grants approval to waive the performance bond for this contract please list the cost savings that would be credited to the City of Buffalo on this contract

Credit to be applied: $ _76.00_____ **(PER VEHICLE)**

**TOTAL PRICE $** _802,500.00_____

NAME OF BIDDER _Emerling Chevrolet_____ PHONE NO. _716-941-5255_

ADDRESS _9000 Boston State Rd.___ REMIT TO ADDRESS _Boston, NY 14025_

This form must be completed and submitted as stipulated in the specifications, either TYPEWRITTEN OR PRINTED IN INK

CASH DISCOUNT (IF ANY) TO BE DEDUCTED ____0___ % IN THIRTY (30) DAYS.

**DELIVERY SHALL BE WITHIN** ___180_____ **DAYS AFTER RECEIPT OF A PURCHASE ORDER BY VENDOR.** _Will not be responsible for Delivery Date Penalty due to manufacturing or upfitting delays which is beyond Emerling Chevrolets control._

PRICE QUOTED INCLUDES DELIVERY TO THE CITY OF BUFFALO, DEPARTMENT OF POLICE, 341 SENECA STREET, BUFFALO, NEW YORK 14203.

We attach hereto Bid Bond, Certified Check, Bank Draft or Letter of Credit in the amount required by the specifications.

THIS PROPOSAL IS FAIR IN EVERY RESPECT AND NO OFFICER OF THE CITY OF BUFFALO IS DIRECTLY OR INDIRECTLY INTERESTED IN SAID PROPOSAL, OR IN THE WORK TO WHICH IT RELATES, OR IN ANY PORTION OF THE PROFITS, excluding profits which may accrue as a stockholder, provided that as such stockholder he does not have supervision, control, or direction of said corporation and that he did not participate in the calculation, submission or preparation of this bid.

THIS PROPOSAL IS TENDERED BY (A) (AN) CORPORATION __✓___ PARTNERSHIP _____ INDIVIDUAL____

PARTNERS CONSTITUTING _____
PARTNERSHIP _____

INCORPORATED IN WHAT STATE, IF CORPORATION? ___New York_____

20

IF FOREIGN CORPORATION, STATE IF AUTHORIZED TO DO BUSINESS IN NEW YORK
STATE _____

| * CORPORATE OFFICERS' NAMES | TITLES | ADDRESSES |
|---|---|---|
| Roy L. Emerling | Owner | 30 Deer Run Orchard Park NY 14127 |

* PRINCIPAL STOCK HOLDERS

| NAMES | ADDRESSES | NAMES | ADDRESSES |
|---|---|---|---|
| | | | |

* Note:  This information is not required from nationally known corporations.

## NON-COLLUSION CERTIFICATION

By submission of this bid, each bidder and each person signing on behalf of any bidder certificates, and in the case of a joint bid, each party thereto certifies as to its own organization, under penalty of perjury, that to the best of knowledge and belief:

(1)   The prices in this bid have been arrived at independently without collusion, consultation, communication, or agreement for the purpose of restricting competition, as to any matter relating to such prices with any other bidder or with any competitor;

(2)   Unless otherwise required by law, the prices which have been quoted in this bid have not been knowingly disclosed by the bidder and will not knowingly be disclosed by the bidder prior to opening, directly or indirectly, to any other bidder or to any competitor;

(3)   No attempt has been made or will be made by the bidder to induce any other person, partnership or corporation to submit a bid for the purpose of restricting competition.

FIRM OR CORPORATION NAME   Emerling Chevrolet

PRINCIPAL ADDRESS   9000 Boston State Rd.
                    STREET
                    Boston          NY        14025
                    CITY            STATE     ZIP CODE

SIGNATURE OF INDIVIDUAL, PARTNERS OR OFFICERS

Roy L. Emerling          Owner
                         TITLE      (TYPE OR PRINT NAME ABOVE)

_____          TITLE      (TYPE OR PRINT NAME ABOVE)

21

FORM 2A – BIDDERS AFFIRMATIVE ACTION STATEMENT

The _Emerling Chevrolet_
(Company Name)

hereby states that we will make good faith efforts to ensure a diverse workforce and minority business

participation for this proposal/bid in accordance with the City of Buffalo Charter, Chapter 96, Bonds and

Contracts.

We will work toward a minority workforce goal of 25%, and woman workforce goal of 5%. In addition,

we will work toward a business utilization goal for minority business enterprise of 25% and woman

business enterprise of 5%.

_William De Sola_
(Signature of Authorized representative of Bidder)

Date _8-7-2013_

BIDS/PROPOSALS FAILING TO INCLUDE OR COMPLETE ANY OF THE ABOVE ITEMS WILL
BE CONSIDERED NON-RESPONSIVE AND WILL NOT BE ACCEPTED.

EEO-2

22

(MWBE SUBCONTRACTOR UTILIZATION)
## Form 2B CITY OF BUFFALO MINORITY / WOMEN'S BUSINESS UTILIZATION REPORT

City of Buffalo
Mayor's Office of Contract Compliance
1701 City Hall, Buffalo, New York 14202

Name of Project: 2014 CHEVY TAHOE 2WD PPV
(POLICE PATROL VEHICLE)

Date: MAY 20, 2013

| 1. | 2. | 3. | 4. | 5. | | 6. | 7. | 8. | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Competitive | | | | Specify the Type of Work | | |
| Name of Contractor | Contract Amount | City of Buffalo Business | Section 3 Business | YES | NO | MBE | WBE | Construction | Supplies | Services |
| Not Applicable | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

23



P.O. BOX 229 • 9000 BOSTON STATE ROAD • BOSTON, NY 14025 • (716) 941-5255 • FAX: (716) 941-8520
WWW.EMERLING.COM • Email: SALES@EMERLING.COM

### City of Buffalo 2014 Chevy Tahoe

| Item Description | Item Price |
|---|---|
| 2014 Chevy Tahoe 2WD PPV Package | $26,750.00 |
| Chevy Option K5T Batteries Dual | $163.11 |
| Chevy Option 9G8 Delete Daytime Running Lamps and Automatic Headlamps | $0.85 |
| Chevy Option 6E2 Key Common | $21.46 |
| Chevy Option G80 Locking Differential | $253.25 |
| Chevy Option 6N6 Rear Door Locks Inoperative | $56.66 |
| Chevy Option 6B2 Rear Door Handles Inoperative | $56.66 |
| Chevy Option 6N5 Rear Door Switches Inoperative | $48.07 |
| Chevy Option 5T5 Seats Front Cloth with Vinyl Rear Seat | $3.43 |
| Discount for No Performance Bond | -$76.00 |
| **Chevy Tahoe Subtotal** | **$27,277.49** |
| Kerr Option Package per attached specifications | $12,321.00 |
| **Chevy Tahoe with Kerr Package Subtotal** | **$39,598.49** |
| Whelen Liberty Series Light Bar per attached specifications, Includes Shipping to Kerr | $2,096.08 |
| **Chevy Tahoe with Kerr Package and Whelen Liberty Light Bar Total** | **$41,694.57** |

*Selling & Servicing WNY for Over 65 Years*



**TOM SPENCE**
t.spence@kerrindustries.com
Texas – Oshawa – California
800 585 1774

Quote – 19-Aug-13

| | |
|---|---|
| To: Russ Belscher | Emerling Chevrolet Inc. |
| From: Tom Spence | KTABUFL-013 |
| Buffalo Police Dept | 2014 Tahoe |

Supply and install the following

- Code 3 **Vcon 3692L-4** Siren Controller — $1000.00

- Isolation of dual batteries to allow all emergency equipment to operate off auxiliary battery-- **PN#KT6BIS** — $304.00

- Corner LEDs R/W head lamp and blue in clear section of tail lamps-**PN#KCRN-LED** — $711.00 corner LEDs

- Siren speaker mounted behind front grille— **PN#KSPEAK-W** — $239.00

- Grille lamps R/W color—**PN#KGRIL-LED** — $266.00 Grille lamps

- Interior door lock override for both front doors—**PN# KAMU-X2** — $462.00

- 1-LED R/W dome lamps on inside of rear hatch--**KTLIGHT** — $221.00

- 1-LED R/W dome lamp in driver compartment— **KNVL55-LED** — $187.00

- Integrated wiring harness including front and rear power distribution panels, break outs for all LED lighting, timer, head/tail lamp flasher, radio, modem provisions and installation of (supplied) light bar and radio antennas and radio, modem, data radio—**NPN specific to build** — $1541.00

- WX7 speaker wiring — $47.00

- 4 keys cut and programmed—**KEY4** — $78.00

- 18" console with 3 power outlet, dual cup holder, printer arm rest to hold(customer supplied)pocket jet printer and standalone computer mount to hold mag dock CF31 (customer supplied)— PN#s **CON18, KON-ARM-PRINT, KON-CUP, KON-PWR, KON-LAP** — $630.00 Console-$220.00 arm rest--$489.00 computer stand

- 

- R/B split LED lighting mounted on rear C pillars for side lighting—**PN#KSTPART-CP** — $378.00

- Left hand LED spot lamp—**PN#K7X6LED** — $519.00

| | |
|---|---|
| ▪ Prisoner containment area—partition with recess panel and center sliding window/expanded metal, Lexan window coverings, rear plastic seat with O/S seat belts and cargo partition— PN#s KPHEX, KRCSP, KPRIS-2-OS, KWBAR-L | $764.00 partition $247.00 recess panel $1124.00 rear seat $305.00 window lexan |
| ▪ Vertical weapon rack mounted in recess area between front seats (Mossberg/Benelli )shotgun—PN#KVETS | $404.00 |
| ▪ Vinyl door wrap 4 doors in white(below the belt line)—PN#KW4D | $987.00 |
| ▪ 2 rear floor drains for wash out PN#KAVD-2 | $151.00 |
| ▪ Setina aluminum push bumper PB400—PN#KPUSH-SET | $503.00 |
| ▪ | |
| ▪ Leds on side of 3rd brake lamp--NPN | $544.00 |
| ▪ Total for above with discounts applied | $12321.00 per truck |

*Price is quoted in US funds and is exclusive of any applicable taxes*

---

All equipment supplied and installed by Kerr Industries has a warranty of 3 years/36000 miles.

Please contact us if you have any questions regarding this quote

Thanks for the opportunity,

Tom

Please note:
- Kerr Industries is not responsible and assumes no liability for the specifications of the car or the factory options ordered by the dealer to meet those specs. Please consult your Auto book for factory options and pricing for those options.
- This is ONLY a quote and not an order confirmation. To apply these options to a vehicle please provide Kerr with the GM factory order numbers and a Kerr order confirmation will be sent to

## Liberty Series Light Bar Order Form/Worksheet

### Internal Harness Connectors and Colors



| Control Cable Color | Function | I/O Ports | Cable |
|---|---|---|---|
| Violet | LowPower | | 17Conductor |
| GreenBlack | FrontInboard | L2F, L5F | 17Conductor |
| GreenWhite | FrontOutboard | L1F, L6F | 17Conductor |
| BlueBlack | RearInboard | L2R, L5R | 17Conductor |
| WhiteBlue | FlashingTakedownAlley | | 17Conductor |
| WhiteViolet | Scanlock | | 17Conductor |
| Green | FrontCorner | LA3, LA2 | 17Conductor |
| WhiteBrown | RearCenter | L3R, L4R | 17Conductor |
| BlueWhite | RearOutboard | L1R, L6R | 17Conductor |
| Yellow | PassengerAlley | RA | 17Conductor |
| Blue | RearCorner | LA1, LA4 | 17Conductor |
| White | DriverAlley | LA | 17Conductor |
| WhiteBlack | Takedown | TD1, TD2 | 17Conductor |

### Line Items

| QTY | Model # | Description | List Price |
|---|---|---|---|
| 1 | SX2BBRR | 54 inches long, Four Extended Corner Linear Super-LED's | $1,521.00 |
| 1 | SPALF1 | Add Two LR11 Super-LED Flashing Alley ... 2, with 15 Degree Horizontal Adjustment | $125.00 |
| 1 | SXTDLED | Add Two 500 Series Tir High Intensity LED Takedown Lights | $392.00 |
| 4 | SLDRR | Add 500 Series Linear LED Flashers, 2 Red | $1,320.00 |
| 1 | SLDBB | Add 500 Series Linear LED Flashers, 2 Blue | $330.00 |
| 1 | MKEZ71 | Mounting bracket for: 2007 - 2013 CHEV..URBAN, for bar length(s): "52"",54"",55"" | $55.00 |
| | | Total: | $3,743.00 |

The above costs (in US Dollars) is an estimate only. Refer to the current Whelen Automotive Price List for accurate pricing!

### Order Information

Order Date     8/14/2013
Account Number
Project Name
Vehicle Type
Voltage        12
Bar Length     54
WECAD Version  Application is not deployed using ClickOnce

## Liberty Series Light Bar Order Form/Worksheet

### Configuration



### Lenses



### Control Cable Wiring



## Liberty Series Light Bar Order Form/Worksheet

**Bill To:**

PO Number
Name
Address1
Address2
City
State
Zip Code
Telephone
Contact 1
Contact 2

**Ship To:**

PO Number
Name
Address1
Address2
City
State
Zip Code
Telephone
Contact 1
Contact 2

**Special Instructions**

DAN   dbittner

Prepared By:
RUSS BELSCHER
EMERLING CHEVROLET INC
9000 BOSTON STATE RD
BOSTON, NY 14141
Phone: (716) 941-5255
Fax: (716) 941-6340
Email: rbelscher@emerling.com

## 2014 Fleet/Non-Retail Chevrolet Tahoe 2WD 4dr Commercial CC10706

# WARRANTY INFORMATION

**WARRANTY INFORMATION - 2014 Fleet/Non-Retail CC10706 2WD 4dr Commercial**

WARRANTY
Basic:
3 Years/36,000 Miles

Drivetrain:
5 Years/100,000 Miles

Corrosion:
3 Years/36,000 Miles
Rust-Through
6 Years/100,000 Miles

Roadside Assistance:
5 Years/100,000 Miles

Report content is based on current data version referenced. Any performance-related calculations are offered solely as guidelines. Actual unit performance will depend on your operating conditions.

GM AutoBook, Data Version:  288.0, Data updated 7/30/2013
© Copyright 1986-2012 Chrome Data Solutions, LP. All rights reserved.
Customer File:

August 19, 2013 9:47:46 AM

# Kerr

# Tahoe PPV/5W4 - 2014 Pricing

| Kerr Option | Description | MSRP |
|---|---|---|
| **Power Management and Wiring Harnesses** | | |
| KCP80F | 80 amp front power management system with 5 ignition and 6 battery connections and 12 ground | $259.20 |
| KCP80R | 81 amp rear power management system with 5 ignition and 6 battery connections and 12 ground | $367.20 |
| KPDIST | 80 amp front and rear power management systems includes 2 fuse panels, circuit breakers and colour coded, labeled wiring | $440.40 |
| KWIRE-LED | Basic LED wiring with terminated ends for mirror, B pillar and rear deck or cargo area and left blunt cut in trunk or rear cargo area | $289.20 |
| KWIRE-EXT | Extension of 6J7, 6J3 and 6J4 to the rear trunk or cargo area **NOTE: must order SEO 6J7, 6J3 and 6J4 or SEO equivalent** | $151.20 |
| K72IP | Dash panel pass through grommet | $34.80 |
| KBATP | Automatic battery protection detects when battery voltage is below 11.9V and cuts power to the vehicle, comes with reset button and manual override | $266.40 |
| KZBM | Equipment/battery minder allows time out from 15 minutes to 4 hours | $325.20 |
| KLPD-12 | Lap top shut down system. When laptop is wired to this circuit system will safely shut down computer without loosing data. **NOTE: must also order one of KCP80-F, KCP80-R or KPDIST** | $475.88 |
| K6J7RF | Separate front from rear flasher on SEO 6J7 **NOTE: must order SEO 6J7** | $130.80 |
| KT6BIS | Isolator on OE 6A6 battery. Includes altering OE wiring so all aux police equipment will run of aux battery only **NOTE: must order SEO 6A6** | $358.80 |
| **Vehicle Enhancements** | | |
| KPTT-02L | steering wheel mounted police radio push to talk button - includes blunt cut wires routed to console area | $267.16 |
| KPTT-02 | steering wheel mounted police radio push to talk button - includes mic mounted in headliner and APX head connector | $465.79 |
| KPTT-D2P | steering wheel mounted police radio push to talk button - includes mic mounted in headliner, front door speaker wiring harness, front power distribution panel (5 ign, 6 bat circuits and 12 grounds) **and** Motorola radio power harnesses for non-remote setups **NOTE: For remote head radios must order KPTT-RT, to order KPTT-RT radio model number is required** | $929.75 |
| KPTT-RT | remote head cabling available **NOTE: provide radio model number for pricing** | *request price* |
| KATS | Vehicle anti-theft system allows you to remove key while engine is running | $400.74 |
| KBAG | Passenger disable air bag switch **NOTE: special warranty terms - see below.** | $404.16 |
| KBAGSID | Side curtain air bag disable air bag switch **NOTE:special warranty terms - see below** | $663.10 |
| KMAU | permits the interior handle to open the door in the locked position per door **NOTE: front driver or passenger door only** | $272.06 |
| KLOCK | rear hatch lock keyed to vehicles existing keys | $239.60 |
| KEMGLOC | permits unlocking of rear passenger doors in the event of electrical failure allowing access to the rear occupants per door **NOTE: price is shown per door please specify which door** | $221.60 |



# Tahoe PPV/5W4 – 2014 Pricing

| Kerr Option | Description | MSRP |
|---|---|---|
| KTBDP-3A* | NIJ Level 3a ballistic door panels for front driver and passenger only<br>**NOTE: price is shown per door please specify which door**<br><br>See www.ncjrs.gov for details on ballistic testing and definition of threat level for **NIJ LEVEL 3A** | $1,477.85 |
| KTBDP-3* | NIJ level 3 ballistic door panels for front driver and passenger only<br>**NOTE: price is shown per door please specify which door**<br><br>See www.ncjrs.gov for details on ballistic testing and definition of threat level for **NIJ LEVEL 3** | $1,725.55 |
| KHDG | Heavy duty limiting strap option for NIJ level 3 ballistic panel | $466.20 |
| KEY1 | One extra key, cut and programmed | $30.00 |
| KEY2 | Two extra keys, cut and programmed | $51.60 |
| KEY3 | Three extra keys, cut and programmed | $72.00 |
| KEY4 | Four extra keys, cut and programmed | $94.20 |
| KEY5 | Five extra keys, cut and programmed | $115.03 |
| KEY6 | Six extra keys, cut and programmed | $135.54 |
| KEY7 | Seven extra keys, cut and programmed | $150.97 |
| KEY8 | Eight extra keys, cut and programmed | $180.60 |
| **Console and Equipment Mounting** | | |
| KCPLT | Console mounting platform (floor plate and leg kit) | $237.62 |
| KON18 | Available in 18" console  (includes floor plate & leg kit and equipment faceplates to match equipment) | $571.90 |
| KON-ARM | Armrest | $236.40 |
| KON-CUP | Dual cup holder | $87.12 |
| KON-PWR | 3-outlet power plug (12 volt) mounted in console | $150.11 |
| K12VA | 3-outlet power plug (12 volt) mounted outside the console | $150.11 |
| KTIC | Ticket book holder for console | $48.96 |
| KMAP12 | 12" gooseneck map light - LED | $164.28 |
| KON-LAP | Computer mount universal mounting (*KON18 must also be ordered*) | $583.50 |
| KON-LPWR | Laptop power supply (inverter) | $187.73 |
| KCPORT | Computer port replicator | *request price* |
| **Rear Cargo Options** | | |
| KTCOMC | Custom built command center/storage box | *request price* |
| KTEDON | Economy equipment storage box made of ABS plastic with three compartments and relocatable dividers | $486.08 |
| **Emergency Lighting and Equipment** | | |
| K7X6LED | LH spot lamp with LED lamp<br>**NOTE: spotlight is included, do NOT order 7X6** | $611.20 |
| K7X7LED | LH & RH spot lamp with LED lamp<br>**NOTE: spotlight is included, do NOT order 7X7** | $1,237.99 |
| KSPEAK | 100 watt siren speaker<br>**NOTE: must order SEO 6J3** | $239.46 |



# Tahoe PPV/5w4 - 2014 Pricing

| Kerr Option | Description | MSRP |
|---|---|---|
| K010 | Illumination for low or no light areas in the event visual inspection under the hood is required | $104.00 |
| KCRN-LED** | LED corner modules mounted in head and tail lamps<br>Available in red, white, blue, amber, please specify when ordering | $837.41 |
| KGRIL-LED** | Front grille LED modules<br>Available in red, white, blue, amber, please specify when ordering<br>**NOTE: must order SEO 6J3** | $314.90 |
| KMMLED** | Outside mirror LED modules<br>Available in red, white, blue, amber, please specify when ordering | $393.35 |
| KT6C7 | White standard dome light mounted between the driver and passenger with independent switch<br>**NOTE: this option will be discontinued when inventory is depleated** | $104.90 |
| KNVL55 | Night vision dome light with red LED and white incandescent mounted between the driver and passenger with independent switch | $119.45 |
| KNVL55-LED | Night vision dome light with red and white LED mounted between the driver and passenger | $221.40 |
| KLTBAR | Interior or exterior light bars from Sound Off, Whelen, Code 3, Federal Signal | *request price* |
| KSTPART** | LED modules mounted to B pillar and are is side curtain air bag compatible<br>Available in red, white, blue, amber, please specify when ordering | $416.68 |
| KDCKLED** | Two single rear deck or cargo area LED modules<br>Available in red, white, blue, amber, please specify when ordering | $416.68 |
| KTRAF91 | Interior mounted low profile traffic director, includes controller | $1,296.58 |
| KTRMT-LED | Exterior roof mounted traffic director, includes controller | *request price* |
| KUNDER | Undercover lighting to include front and rear LED inserts in the head and tail lamps, front grille LEDs, visor light and siren speaker with a concealed siren/light controller<br>**NOTE: must order SEO 6J3, 6J4 and 6J7** | $3,273.95 |
| KCLIG | Lighting equipment controllers from Sound Off, Whelen, Code 3, Federal Signal | *request price* |
| **Prisoner Containment and Accessories** | | |
| KHORS | Horizontal shot gun rack mounted on upper portion of partition with ABS panels to protect the headliner<br>**NOTE: not compatible with side curtain air bags, must order KBAGSID** | $587.69 |
| KVETS | Single vertical shot gun rack mounted between driver and passenger bucket seats on partition with or without recess panel | $476.57 |
| KVETD | Dual vertical shot gun rack mounted between driver and passenger bucket seats on partition with or without recess panel<br>**NOTE: recommended with a recess panel within the partition** | $706.30 |
| KWBAR-S | Rear window barriers - steel bar | $319.25 |
| KWBAR-L | Rear window barriers - Lexan | $359.23 |
| KDOOR | Rear door panel covers - steel | $396.25 |
| KEMGLOC | permits unlocking of rear passenger doors in the event of electrical failure allowing access to the rear occupants per door<br>**NOTE: price is shown per door please specify which door** | $215.15 |
| KPART | Single prisoner partition including rear plastic seat, floor pan, door panel and window barrier | $3,257.34 |

# Kerr

# Tahoe PPV/5W4 - 2014 Pricing

| Kerr Option | Description | MSRP |
|---|---|---|
| KPCS | Partition - center sliding window with or without air bag compatible filler panels | $899.16 |
| KPHEX | Partition - half vinyl coated expanded metal with or without air bag compatible filler panels | $899.16 |
| KPHS | Partition - half sliding window with or without air bag compatible filler panels | $913.68 |
| KRCSP | Recessed panel for partition | $291.05 |
| KPRIS-1 | Plastic rear prisoner seat - no cargo partition | $852.82 |
| KPRIS-2 | Plastic rear prisoner seat - includes cargo partition | $1,133.90 |
| KTCAR-Lexan | Cargo partition with Lexan upper section | $598.13 |
| KTCAR-MET | Cargo partition with expanded metal upper section | $637.02 |
| KAVD | drain plug in floor of vehicle **Note: price is per plug** | $88.90 |
| KPANT-R | install customer supplied radio antenna on roof **Note: specify routed to console area or trunk.  Side curtain air bag compatible** | $257.81 |
| KPANT-T | install customer supplied radio antenna on trunk lid **Note: specify routed to console area or trunk.** | $229.92 |
| **K9 Transport** | | |
| KCANU | K9 unit | ~~$6,660.58~~ |
| KCANU-PRIS | 1/3 and 2/3 K9 and prisoner unit - K9 sits in 2/3 area | $4,630.75 |
| KCANDOR | Canine accessories - door popper system | $921.60 |
| KCANCOL | Canine accessories - cooling fan system with monitor and alarm | $823.80 |
| KCANCOLPAG | Canine accessories - pager for cooling alarm system (must order KCANCOL) | $570.00 |
| KCANWATD | Canine accessories - non-spill water dish | $105.48 |
| KCANRUB | Rubber floor mat | $212.28 |
| **Exterior Enhancements** | | |
| KPUSH-SET | Setina PB400 push bumper | $592.80 |
| KPUSH-LED2 | Setina PB400 push bumper with two LED modules integrated into the push bumper. Available in front cross bar or side facing **NOTE: must order SEO 6J3** | $1,036.80 |
| KPUSH-LED4 | Setina PB400 push bumper with four LED modules integrated into the push bumper, front cross bar and side facing LEDs **NOTE: must order SEO 6J3** | $1,264.80 |
| KPUSH-GR | GoRhino push bumper | $583.20 |
| KBMPR | Wrap around push bumper  (includes bumper & wrap) | $1,201.20 |
| KTINTF | Tint for front driver and passenger side windows - *specify tint %* | $226.80 |
| KTINTMR | Tint for rear side doors - *specify tint %* | $193.20 |
| KTINTR | Tint for rear and back windows of cargo area- *specify tint %* | $415.20 |
| **Paint and Vinyl Options** | | |
| KW4DR | Vinyl wrap Options - 4 doors and roof wrapped in white **Note: vinyl applied from belt line down only** | $1,722.00 |
| KW2DR | Vinyl wrap Options - 2 doors and roof  wrapped in white **Note: vinyl applied from belt line down only** | $1,042.80 |

 **Kerr**

# Tahoe PPV/5W4 - 2014 Pricing

| Kerr Option | Description | MSRP |
|---|---|---|
| KW4D | Vinyl wrap Options - 4 doors only  wrapped in white<br>**Note: vinyl applied from belt line down only** | $1,159.20 |
| KW2D | Vinyl wrap Options - 2 doors only  wrapped in white<br>**Note: vinyl applied from belt line down only** | $676.80 |
| NOTE: | Kerr no longer offers painting options | |
| | All prices are in US funds and are subject to change | |
| Notes: | All warrnaty for KBAG & KBAG-SID is underwritten by AOI, Pro-Gard.  This option **does not** fall under Kerr Industries sandard 3 year, 36,000 mile parts & labor warranty terms, please contact Pro-Gard directly for any warranty issues.  Labor ro repair or replace defective parts will not be reimbursed by Kerr Industries or AOI, Pro-Gard | |
| | Shaded options are also available for Suburban and non-police Tahoes, all lighting requires KPDIST  Please contact Kerr for pricing and availabilty for pick up trucks, | |
| | * Volume discounts are available for multiple vehicles painted with the same scheme at the same time.  Minimum volume for discount is 5 units | |

Pricing as of:
26/07/2013

### City Clerk's Department
### BUFFALO

August 1, 2013

HON. BYRON W. BROWN
MAYOR OF BUFFALO

DEAR SIR:

Pursuant to the provisions of Section 3-19 of the Charter, I present herewith the attached resolution item.

No. 2                                    PASSED    August 1, 2013

Waiver of Performance Bond

Gerald A Chwalinski
City Clerk



2013 AUG -9 AM 11: 15
FILED
CITY CLERK



# CITY OF BUFFALO

```
03/20/2020 08:18    |CITY OF BUFFALO                              |P      1
bkinyoun           |                                              |poinqury
```

PURCHASE ORDER

13601319-01  FY 2014   H

BILL TO

ACCOUNTS PAYABLE
65 NIAGARA SQ
RM 1214 CITY HALL
BUFFALO              , NY 14202-3331

VENDOR                              SHIP TO

CAPPELLINO CHEVROLET INC             BUFFALO POLICE GARAGE        H
                                     341 SENECA ST.
9000 BOSTON STATE ROAD
PO BOX 410                           BUFFALO, NY
                                                     14204-2055

BOSTON, NY 14025


     Tel# (716) 941-525     Requisition
     Fax# (716) 941-852     53601802


| DATE ORDERED | VENDOR NUMBER | DATE REQUIRED | FREIGHT METHOD/TERMS | DEPARTMENT/LOCATION |
|---|---|---|---|---|
| 08/19/13 | 000672 | | FOB Destination | POLICE |

VENDOR NOTES

     ALL DMV INFO TO READ AS FOLLOWS:
     BUFFALO, CITY OF
     65 NIAGARA SQ., ROOM 1901
     BUFFALO, NY 14202


| LN | DESCRIPTION | QTY | UOM | UNIT PRICE | NET PRICE |
|---|---|---|---|---|---|
| 001 | BASE VEHICLE, 2014 CHEVY TAHOE 2WD PPV, WITH MANUFACTURER OPTIONS PER ATTACHED DOCUMENT "A" | 24.00 | EACH | 27277.490 | 654,659.76 |
| 002 | UPFITTING PACKAGE PER ATTACHED SPECIFICATIONS INDICATED ON DOCUMENT "B" | 24.00 | EACH | 12321.000 | 295,704.00 |
| 003 | WHELEN LIBERTY SERIES LIGHT BAR PER ATTACHED SPECIFICATIONS AND SCHEMATICS PER DOCUMENT "C". LIGHT BAR TO BE PURCHASED BY EMERLING CHEVROLET AND DROP SHIPPED TO KERR INDUSTRIES. | 24.00 | EACH | 2096.080 | 50,305.92 |

 CITY OF BUFFALO

```
004 MSPR CODE KP4D PAINT          24.00 EACH         1704.000      14,759.02
    OPTION 4 DOORS WHITE ONLY,
    HANDLES, SIDE MIRRORS AND
    JAMBS ARE NOT PAINTED,
    CREDIT APPLIED FOR VINYLE
    WRAP/ADDITIONAL CREDIT
005 MSPR OPTION KVDP-BUF-HIGH     24.00 EACH         1020.000      24,480.00
    VISIBILITY DECAL AND STRIP
    PACKAGE WITH UNIT NUMBERS

                                                  PO TOTAL     1039,908.70


            ** END OF REPORT - Generated by aakinyoun,brian **
```

p-473

002439



## CERTIFICATE OF TITLE

### NEW YORK STATE
www.dmv.ny.gov

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| 1GNLC2E06ER218219 1GNLC2E06ER218219 | 2014 | CHEVR | TAH | SUBN | 181482D |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5203 | GAS | 8 | NEW | VEHICLE | 7/01/14 |

Name and Address of Owner(s)

BUFFALO CITY OF
65 NIAGARA SQ RM1901
BUFFALO NY          14202

ODOMETER READING:    00019
                                                       00019
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

Lienholder
* NO LIENS RECORDED *

MV-999 (1/11)

### DEPARTMENT OF MOTOR VEHICLES


# CITY OF BUFFALO

**03/20/2020 08:19** | **CITY OF BUFFALO** | **P      1**
**bkinyoun** | | **poinqury**

PURCHASE ORDER
_____

13701439-00  FY 2015   H

BILL TO
_____

ACCOUNTS PAYABLE
65 NIAGARA SQ
RM 1214 CITY HALL
BUFFALO                  , NY 14202-3331

VENDOR                                       SHIP TO
_____          _____

CAPPELLINO CHEVROLET INC                    BUFFALO POLICE GARAGE          H
                                           341 SENECA ST.
9000 BOSTON STATE ROAD
PO BOX 410                                  BUFFALO, NY
                                                       14204-2055

BOSTON, NY 14025


    Tel# (716) 941-525      Requisition
    Fax# (716) 941-852      53701996


| DATE ORDERED | VENDOR NUMBER | DATE REQUIRED | FREIGHT METHOD/TERMS | DEPARTMENT/LOCATION |
|---|---|---|---|---|
| 08/28/14 | 000672 | | FOB Destination | POLICE |

VENDOR NOTES
_____

    FORMAL CONTRACT #7617


| LN | DESCRIPTION | QTY | UOM | UNIT PRICE | NET PRICE |
|---|---|---|---|---|---|
| 001 | 2015 CHEVROLET TAHOE 2WD PPV PACKAGE WITH CHEVROLET OPTIONS PER ATTACHED INCLUDING UTQ THEFT DETERRENT SYSTEM DISABLE (DOCUMENT "A"), BOND FUNDS | 24.00 | EACH | 27287.490 | 654,899.76 |
| 002 | KERR 2015 CHEVROLET TAHOE UPFITTING PACKAGE PER ATTACHED SPECIFICATIONS (DOCUMENT "B"), BOND FUNDS | 24.00 | EACH | 13383.000 | 321,192.00 |
| 003 | WHELEN LIBERTY SERIES LIGHT BAR FOR 2015 CHEVROLET TAHOES PER ATTACHED SPECIFICATIONS (DOCUMENT "C"), INCLUDING SHIPPING TO KERR, BOND | 24.00 | EACH | 2096.080 | 50,305.92 |
| 004 | 2015 CHEVROLET TAHOE 2WD PPV PACKAGE WITH CHEVROLET | 19.00 | EACH | 27287.490 | 518,462.31 |



# CITY OF BUFFALO

```
03/20/2020 08:19    |CITY OF BUFFALO                              |P      2
bkinyoun           |                                             |poinqury
```

```
        OPTIONS PER ATTACHED
        INCLUDING UTQ THEFT
        DETERRENT ALARM DISABLE
        (DOCUMENT "A"), GENERAL
        FUND CAPITAL
005 KERR 2015 CHEVROLET TAHOE       19.00 EACH         13383.000      254,277.00
        UPFITTING PACKAGE PER
        ATTACHED SPECIFICATIONS
        (DOCUMENT "B"), GENERAL
        FUND CAPITAL
006 WHELEN LIBERTY SERIES           19.00 EACH          2096.080       39,825.52
        LIGHT BAR FOR 2015
        CHEVROLET TAHOES PER
        ATTACHED SPECIFICATIONS
        (DOCUMENT "C"), INCLUDING
        SHIPPING TO KERR, GENERAL
007 2015 CHEVROLET TAHOE 2WD         1.00 EACH         27287.490       27,287.49
        PPV PACKAGE WITH CHEVROLET
        OPTIONS PER ATTACHED
        INCLUDING UTQ THEFT
        DETERRENT SYSTEM DISABLE
        (DOCUMENT "A"), BOND FUNDS
008 KERR 2015 CHEVROLET TAHOE        1.00 EACH           264.830          264.83
        UPFITTING PACKAGE PER
        ATTACHED SPECIFICATIONS
        (DOCUMENT "B"), BOND FUNDS
009 KERR 2015 CHEVROLET TAHOE        1.00 EACH         13118.170       13,118.17
        UPFITTING PACKAGE PER
        ATTACHED SPECIFICATIONS
        (DOCUMENT "B"), GENERAL
        FUND CAPITAL
010 WHELEN LIBERTY SERIES            1.00 EACH          2096.080        2,096.08
        LIGHT BAR FOR 2015
        CHEVROLET TAHOES PER
        ATTACHED SPECIFICATIONS
        (DOCUMENT "C"), INCLUDING
        SHIPPING TO KERR, GENERAL

                                       PO TOTAL      1881,729.08
```

** END OF REPORT - Generated by aakinyoun,brian **

P-532

009220

# CERTIFICATE OF TITLE

## NEW YORK STATE

www.dmv.ny.gov

| Title and Identification No. | | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|---|
| 1GNLC2ECXFR521869 | | 2015 | CHEVR | TAH | SUBN | 728998K |
| 1GNLC2ECXFR521869 | | | | | | |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 5099 | GAS | 8 | NEW | VEHICLE | 4/20/15 |

Name and Address of Owner(s)

ODOMETER READING: 00005
00005

BUFFALO CITY OF
65 NIAGARA SQ R1901
BUFFALO NY          14202

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

| Lienholder | Lienholder |
|---|---|
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |
| Lienholder | Lienholder |
| * NO LIENS RECORDED * | * NO LIENS RECORDED * |

MV-999 (1/11)

## DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED