UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

JAMES C. KISTNER,

            Plaintiff,

    vs.                                                Civil No.:  18-CV-00402

LAUREN McDERMOTT
JENNY VELEZ
KARL SCHULTZ, and
KYLE MORIARITY, *et al.*,

           Defendants.
───────────────────────────────────────────────

## NOTICE OF MANUAL FILING

Please take notice that, pursuant to Western District of New York's Administrative Procedures Guide for Electronic Filing, Section 2(D)(vii), as part of Plaintiff's Third Amended Complaint, we are filing conventionally with the Court a CD containing Exhibit A to the Complaint.

Dated:  March 9, 2022
          Buffalo, New York

                                    **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                    Attorneys for Plaintiff

                                By:     *s/R. Anthony Rupp III*
                                         R. Anthony Rupp III
                                         Chad A. Davenport
                                1600 Liberty Building, 424 Main Street
                                  Buffalo, New York  14202
                                  (716) 854-3400

**TO:** **CITY OF BUFFALO**
Corporation Counsel
Attorneys for Defendants
David Lee, Esq.
65 Niagara Square, 11th Floor
Buffalo, New York 14202
(716) 851-4317

4890-4753-3844, v. 1

1