UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES C. KISTNER,

        Plaintiff,

vs.

THE CITY OF BUFFALO, BYRON LOCKWOOD,
DANIEL DERENDA, LAUREN McDERMOTT,
JENNY VELEZ, KARL SCHULTZ, KYLE MORIARITY,
DAVID T. SANTANA, and ANTHONY McHUGH,

        Defendants.

Civil No.: 18-CV-00402

---

## **LOCAL RULE 72(C) CERTIFICATION**

        Pursuant to L. R. Civ. P. 72(c), I hereby certify that the attached Objections to the Magistrate Judge's January 11, 2022, February 28, 2022, and April 12, 2022 Report and Recommendations do not raise any legal arguments not presented before the Magistrate Judge.

Dated: June 15, 2022
       Buffalo, New York

                            **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                            *Attorneys for Plaintiff*

                            By: _____
                                  R. Anthony Rupp III
                                  Chad A. Davenport
                             1600 Liberty Building
                             Buffalo, New York 14202
                             (716) 854-3400

4872-8825-1939, v. 1