UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
==============================

JAMES KISTNER,   **NOTICE OF APPEAL**

      Plaintiff,   18-cv-402-LJV-JJM

v.

CITY OF BUFFALO, BYRON LOCKWOOD,
DANIEL DERENDA, LAUREN MCDERMOTT,
JENNY VELEZ, KARL SCHULTZ,
KYLE MORIARITY, JOHN DOE(S),
DAVID T. SANTANA and ANTHONY
MCHUGH,

      Defendants.
==============================

      Notice is given that defendants appeal to the United States Court of Appeals for the Second Circuit from a decision and order entered on November 8, 2022 (Doc. 141), which, among other things, accepted and adopted the Magistrate Judge's recommendation to deny the defendants' motion for summary judgment on the issue of qualified immunity. The defendants limit this appeal to the District Court's denial of their motion for summary judgment on the issue of qualified immunity.

Dated:    Buffalo, New York
           November 30, 2022

                            Yours, etc.,

                            Cavette A. Chambers
                            Corporation Counsel
                            Attorney for Defendants

            By:    s/David M. Lee
                        Assistant Corporation Counsel
                        City of Buffalo Department of Law
                        65 Niagara Square, 1104 City Hall
                        Buffalo, New York 14202
                        Phone: (716) 851-9691
                        Fax: (716) 851-4105
                        E-Mail: dlee@city-buffalo.com