UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES C. KISTNER,

                Plaintiff,

vs.                                                              Civil No.:  18-CV-00402-LJV-JJM

THE CITY OF BUFFALO, *et al.*,

                Defendants.
_____

## NOTICE OF MOTION

| | |
|---|---|
| **NATURE OF ACTION**: | Violation of Civil Rights. |
| **MOVING PARTY**: | Plaintiff, James C. Kistner. |
| **DATE AND TIME**: | To be determined by the Court. |
| **PLACE**: | Hon. Lawrence J. Vilardo<br>Robert H. Jackson United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **SUPPORTING PAPERS**: | Memorandum of Law, dated November 30, 2022. |
| **ANSWERING PAPERS**: | Opposing papers, if any, are required to be filed and served in accordance with the Court's order, or, in the absence of a Court order, within 14 days after service of this motion, in accordance with Local Rule 7(b)(2)(B). |
| **REPLY PAPERS**: | Plaintiff intends to submit reply papers. |
| **RELIEF REQUESTED**: | An Order certifying the City Defendants' appeal as frivolous, or, in the alternative, an Order bifurcating Plaintiff's *Monell* claim against the City of Buffalo for purposes of trial, along with the grant of such other and further relief that the Court deems just and proper. |
| **GROUNDS FOR RELIEF**: | Federal Rules of Civil Procedure 42(b), 28 U.S.C. § 1291, and case law interpreting the same. |
| **ORAL ARGUMENT**: | Requested. |

-2-

Dated: November 30, 2022
       Buffalo, New York

                                        **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                        *Attorneys for Plaintiff*

                                        By:     *s/Chad A. Davenport*
                                                  R. Anthony Rupp III, Esq.
                                                  Chad A. Davenport, Esq.
                                      1600 Liberty Building, 424 Main Street
                                          Buffalo, New York  14202
                                          (716) 854-3400

4854-2481-8494, v. 1