

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◂ www.ruppbaase.com

R. ANTHONY RUPP III
rupp@ruppbaase.com

January 9, 2023

**VIA CM/ECF**

Hon. Lawrence J. Vilardo
United States District Court Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo:

      Re:    Kistner v. City of Buffalo, et al.
             Case No.:    1:18-cv-00402-LJV-JJM

      I am writing to request an adjournment of the conference in this matter scheduled for Thursday, January 12. Both Mr. Davenport and I will be attending a funeral that day.

      Thank you for your kind consideration.

                            Respectfully submitted,

                            *s/R. Anthony Rupp III*

                            R. Anthony Rupp III

cc:    David M. Lee, Esq. (VIA CM/ECF)
         Chad A. Davenport, Esq. (VIA CM/ECF)

4891-0701-3192, v. 1