

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

# LAW DEPARTMENT

May 7, 2024

Hon. Jeremiah J. McCarthy
US District Court, WDNY
2 Niagara Square
Buffalo, NY 14202

    Re:    Reinhardt, et al. v. City of Buffalo, et al.
              18-cv-402-LJV-JJM

Dear Judge McCarthy:

    I am writing on behalf of the City defendants to request an extension of time to file dispositive motions until June 28, 2024. The current deadline is May 30th. Dkt. 150. I have conferred with counsel for the other parties to this action and there is no objection to this request.

    Thank you for your consideration.

                      Respectfully yours,

                      Cavette A. Chambers
                      Corporation Counsel

                      By: s/David M. Lee
                      Assistant Corporation Counsel
                      Direct Dial (716) 851-9691

cc.    All counsel via CM/ECF