# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand twenty-four,

James C. Kistner,

   Plaintiff - Appellee,

v.

The City of Buffalo, Byron Lockwood, Daniel Derenda, individually and in his capacity as Police Commissioner of the Buffalo Police Department, Lauren McDermott, individually and in her capacity as a Buffalo Police Officer, Jenny Velez, individually and in her capacity as a Buffalo Police Officer, Karl Schultz, Kyle Moriarity, John Doe(s), individually and in his/their capacity as a Buffalo Police Officer(s), David T. Santana, Individually and in his capacity as a Buffalo Police Officer, Anthony McHugh, Individually and in his capacity as a Lieutenant for the City of Buffalo Police Department,

   Defendants - Appellants.

**STATEMENT OF COSTS**

Docket No. 22-3058

IT IS HEREBY ORDERED that costs are taxed in the amount of $216.80 in favor of the Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/23/2024